**CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

WEB www.cblh.com

James D. Heisman
Partner
Tel 658-9141
Fax 252-4209
Email jheisman@cblh.com
Reply to Wilmington Office

April 12, 2005

**VIA HAND DELIVERY AND ECF-FILE**
The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
844 North King Street, Room 4209
Wilmington, Delaware 19801

   Re: *Jersey Shore Automation, Inc. v. Chugach Support Services, Inc.*
      *and Safeco Insurance Company of America*
      C.A. No. 04-1416 (JJF)

Dear Judge Farnan:

  Counsel for the parties hereby submit the proposed Rule 16 Scheduling Order for your Honor's consideration in the above-referenced matter. Should your Honor have any questions, counsel stands at the call of the Court.

              Respectfully,

              */s/ James D. Heisman*

              James D. Heisman

JDH/jac

cc: Edmund D. Lyons, Esquire (via hand delivery and ECF)
   Harvey A. Levin, Esquire (via email)
   390791/12866*1