**CONNOLLY BOVE LODGE & HUTZ LLP**

ATTORNEYS AT LAW

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

1990 M Street, NW, Suite 800
Washington•DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

WEB www.cblh.com

**James D. Heisman**
Partner
**Tel** 658-9141
**Fax** 252-4209
**Email** jheisman@cblh.com
**Reply to** Wilmington Office

April 13, 2005

*Via hand-delivery*
The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

RE:    *Jersey Shore Automation, Inc. v. Chugach Support Services, Inc.*
*and Safeco Insurance Company of America*
*C.A. No. 04-1416 (JJF)*

Dear Judge Farnan:

Pursuant to Chambers' request, enclosed please find a revised version of the proposed

Rule 16 Scheduling Order (D.I. 10).

Respectfully,

James D. Heisman

Enclosure
xc:    Edmund D. Lyons, Esquire (via hand delivery and ECF)
Harvey A. Levin, Esquire (via email)
391014/12866*1