IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, for the Use and Benefit of **JERSEY SHORE AUTOMATION, INC.**, a New Jersey corporation,<br><br>*Plaintiff,*<br><br>v.<br><br>**CHUGACH SUPPORT SERVICES, INC.**, an Alaska corporation, and **SAFECO INSURANCE COMPANY OF AMERICA**, a Washington corporation,<br><br>*Defendants.* | C.A. NO. 04-1416 (JJF) |

## PLAINTIFF JERSEY SHORE'S RULE 26(a)(1) INITIAL DISCLOSURES

Pursuant to Fed. R. Civ. P. 26(a)(1), Plaintiff Jersey Shore Automation, Inc. ("JSA") makes the following initial disclosures. The disclosures made herein are limited to the information available to JSA at the present time. JSA may supplement and/or amend these responses based upon additional information that it later obtains. JSA expressly and specifically does not waive any attorney-client privilege, work-product protection, or other applicable privilege through these disclosures.

A.   **Identification of Persons**

The following persons may have discoverable information with respect to JSA's claims or defenses. By providing the information herein, JSA does not consent to any *ex parte* communications with its current employees, and expressly preserves all objections to any such communications.

JSA reserves the right to amend this list in accordance with Rule 26(3) of the Federal Rules of Civil Procedure and any orders of the Court, as more information becomes available through discovery in this action.

| | |
|---|---|
| Robert P. Hafey<br>Former Project Manager<br>Chugach Support Services, Inc.<br>DAFB, DE 19902<br>(Current address unknown) | Contract Performance<br>JSA Damages |
| George Molina<br>Asst. Project Manager/Project Manager<br>Chugach Support Services, Inc.<br>Building 447 Tuskegee Street<br>P. O. Box 2049<br>DAFB, DE 19902<br>(302) 735-5570 | Contract Performance<br>JSA Damages |
| Deborah Taylor<br>Former Office Manager<br>Chugach Support Services, Inc.<br>DAFB, DE 19902<br>(Current address unknown) | Contract Performance |
| Tamara Vicere<br>Office Manager<br>Chugach Support Services, Inc.<br>Building 447 Tuskegee Street<br>P. O. Box 2049<br>DAFB, DE 19902<br>(302) 735-5570 | Contract Performance |
| David Neal<br>Quality Control/Superintendent<br>Chugach Support Services, Inc.<br>Building 447 Tuskegee Street<br>P. O. Box 2049<br>DAFB, DE 19902<br>(302) 735-5570 | Contract Performance |
| Dan Jones<br>Former Delivery Order Manager<br>Chugach Support Services, Inc.<br>DAFB, DE 19902<br>(Current address unknown) | Contract Performance<br>JSA Damages |

391094

| | |
|---|---|
| Rick Laird<br>Delivery Order Manager<br>Chugach Support Services, Inc.<br>Building 447 Tuskegee Street<br>P. O. Box 2049<br>DAFB, DE 19902<br>(302) 735-5570 | Contract Performance |
| Andrew Carrano<br>Former Superintendent<br>Chugach Support Services, Inc.<br>DAFB, DE 19902<br>(Current address unknown) | Contract Performance |
| Jackie McGee<br>DAFB Contracting Officer<br>U.S. Air Force<br>DAFB, DE 19902 | Contract Performance<br>JSA Damages |
| James H. Hutton<br>Former Division Manager<br>Chugach Support Services, Inc.<br>DAFB, DE 19902<br>(Current address unknown) | Contract Performance<br>JSA Damages |
| Tami K. Taylor<br>Former Interim Division Manager<br>Chugach Support Services, Inc.<br>DAFB, DE 19902<br>(Current address unknown) | Contract Performance |
| John Mannion<br>Division Manager<br>Chugach Support Services, Inc.<br>Building 447 Tuskegee Street<br>P. O. Box 2049<br>DAFB, DE 19902<br>(302) 735-5570 | Contract Performance<br>JSA Damages |
| Bob Westerman<br>Former President<br>Chugach Support Services, Inc.<br>DAFB, DE 19902<br>(Current address unknown) | Contract Performance<br>JSA Damages |

| | |
|---|---|
| Dean Clowers<br>Former Interim President<br>Chugach Support Services, Inc.<br>DAFB, DE 19902<br>(Current address unknown) | Contract Performance |
| Lori Clowers<br>President<br>Chugach Support Services, Inc.<br>DAFB, DE 19902<br>(Alaska) | Contract Performance |
| Harold Shaw<br>Delivery Order Manager<br>Chugach Support Services, Inc.<br>Building 447 Tuskegee Street<br>P. O. Box 2049<br>DAFB, DE 19902<br>(302) 735-5570 | Contract Performance |
| Steve Welch<br>Superintendent<br>Chugach Support Services, Inc.<br>Building 447 Tuskegee Street<br>P. O. Box 2049<br>DAFB, DE 19902<br>(302) 735-5570 | Contract Performance |
| Bob Baines<br>DAFB Civil Engineering<br>U.S. Air Force<br>DAFB, DE 19902 | Contract Performance<br>JSA Damages |
| CNJ Contracting<br>Mr. Richard Middleton<br>1189 Alabam Road<br>Smyrna, DE 19977<br>(302) 659-3750<br>Fax: (302) 659-0941 | Contract Performance |
| ERCO Ceilings, Blinds & Floors, Inc.<br>Mr. Frank Castiglione<br>512 Shaw Avenue<br>Harrington, DE 19952<br>(302) 398-3200<br>Fax: (302) 398-8264 | Contract Performance |

| | |
|---|---|
| Floor Pro Inc.<br>Ms. Phyllis Cook<br>P. O. Box 11999<br>Louisville, KY 40251<br>(502) 774-4711<br>Fax: (502) 776-7022 | Contract Performance |
| Gene Paulino Tile, Inc.<br>Mr. Gene Paulino<br>31 Meadow Drive<br>Middletown, DE 19709<br>(302) 376-852<br>Fax: (302) 376-8525 | Contract Performance |
| Interstate Panel<br>Mr. Jerry Turner<br>67 Benson Avenue<br>Hamilton, NJ 08610<br>(609) 586-4411 | Contract Performance |
| S&K Insulation, Inc.<br>Mr. Shawn Howard<br>2094 E. Old Philadelphia Road<br>Elkton, MD 21921<br>(215) 945-5966<br>Fax: (215) 945-4715 | Contract Performance |
| Voshell Bros. Welding, Inc.<br>Mr. Rick Coker<br>1769 Kenton Road<br>Dover, DE 19903<br>(302) 674-1414<br>Fax: (302) 674-1742 | Contract Performance |
| Pyro-Tech<br>Mr. Jay Reynolds<br>29 W. Loockerman Street<br>Dover, DE 19904<br>(302) 735-1500<br>Fax: (302) 735-1252 | Contract Performance |
| East Coast Plumbing & HVAC, Inc.<br>Mr. John Gabrielli<br>26A Brookhill Drive<br>Newark, DE 19702<br>(302) 266-0531<br>Fax: (302) 266-0532 | Contract Performance |

391094

| | |
|---|---|
| Exterior Metal Systems, LLC<br>Mr. Tim Yowler<br>142 Kirschling Drive<br>Swedesboro, NJ 08085<br>(856) 467-8148<br>Fax: (856) 241-9743 | Contract Performance |
| G.B.S. Mechanical, Inc.<br>Mr. Sean Spearer<br>P. O. Box 1294<br>Wall, NJ 07719<br>(732) 681-5329<br>Fax: (732) 681-1820 | Contract Performance |
| Hurd's Painting<br>Mr. Steven Hurd<br>459 Winding Creek Road<br>Dover, DE 19904<br>(302) 730-9129 | Contract Performance |
| Mid-Atlantic Dismantlement Corporation<br>Mr. Matthew Mitten<br>109 Tuckahoe Lane<br>Bear, DE 19701<br>(302) 832-2828<br>Fax: (302) 832-2927 | Contract Performance |
| Rollins Metalworks, Limited<br>Mr. Jeffrey C. Argoe<br>1372 Shallcross Lake Road<br>Middletown, DE 19709<br>(302) 376-1150<br>Fax: (302) 376-1151 | Contract Performance |
| Tri-State Carpet<br>Mr. Richard Byerly<br>2 S. Popular Street<br>Wilmington, DE 19801<br>(302) 654-8193<br>Fax: (302) 654-6918 | Contract Performance |
| Walker & Laberge Co., Inc.<br>Mr. Paul A. Thomas<br>30235 Foskey Lane<br>Delmar, MD 21875<br>(410) 749-9400<br>Fax: (410) 749-8591 | Contract Performance |

391094

| | |
|---|---|
| George Wehrhahn<br>President<br>Jersey Shore Automation, Inc.<br>1500 Meeting House Road<br>Sea Girt, NJ 08750 | Contract Performance<br>JSA Damages |
| Daryl J. Meehan<br>Vice President of Operations<br>Jersey Shore Automation, Inc.<br>1500 Meeting House Road<br>Sea Girt, NJ 08750 | Contract Performance<br>JSA Damages |
| Richard Wehrhahn<br>Project Supervisor<br>Jersey Shore Automation, Inc.<br>1500 Meeting House Road<br>Sea Girt, NJ 08750 | Contract Performance |
| Rick Born<br>Project Supervisor<br>Jersey Shore Automation, Inc.<br>1500 Meeting House Road<br>Sea Girt, NJ 08750 | Contract Performance |
| Mike Sparandera<br>Former Project Manager<br>Jersey Shore Automation, Inc.<br>1500 Meeting House Road<br>Sea Girt, NJ 08750 | Contract Performance |

**B.    Identification of Documents and/or Things**

Without waiving any objections to the production and/or admissibility of any document, including objections based on any privilege or the work product doctrine, JSA identifies the following categories of documents and/or things that may be relevant to this action:

1. Pleadings, judicial submissions, discovery requests and responses, and other documents filed in connection with this action, in the possession of JSA's counsel.

2. Contract documents relating to the work in issue, including without limitation, RS Means Facilities Construction Cost Data and the Unit Price Guide.

3. DRBA wage rates.

391094

4. JSA's certified payroll records.

5. Correspondence between JSA and Chugach relating to the work in issue.

6. Progress reports relating to the work in issue.

7. Estimates prepared by Chugach for the work in issue.

8. Chugach's applications for payment for the work in issue.

9. Contracts Chugach entered into to perform the remainder of the work after JSA left the DAFB.

10. JSA's contracts with subcontractors to perform the work in issue.

Documents in categories 1 though 5 and 10 are located at JSA and/or Connolly Bove Lodge & Hutz LLP. Upon information and belief, documents in categories 6 though 9 are in the possession of Chugach and/or its counsel.

**C.   Damages**

1. $685,194.15 because Chugach incorrectly used RS Means cost data when it should have used UPG cost data, which reflects local conditions, in estimating and contracting for the work in issue.

2. $395,557.99 for work performed by JSA's subcontractors and materials delivered by JSA's suppliers, but not paid by Chugach.

3. $281,767.38 for balance of unpaid percentage of work completed based upon contract amount.

4. $22,360.21 for materials purchased and stored on site for use with work.

5. $132,000.00 based upon 50% of remaining contract value of services to be provided directly by JSA.

391094

**D.    Insurance Agreements**

JSA is unaware of any insurance applicable to this dispute.

**E.    Reservation of Rights to Supplement Disclosures**

JSA reserves the right to supplement these responses.

CONNOLLY BOVE LODGE & HUTZ LLP

*/s/ James D. Heisman/*

James D. Heisman (# 2746)
M. Edward Danberg (# 2245)
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899
(302) 658-9141
*Attorneys for Jersey Shore Automation, Inc.*

Dated: April 22, 2005

391094

## CERTIFICATE OF SERVICE

I, James D. Heisman, hereby certify that on this 22nd day of April, 2005, I caused a true and correct copy of the foregoing **Plaintiff Jersey Shore's Rule 26(a)(1) Initial Disclosures** to be served upon counsel of record in the manner indicated below:

*Via Hand-Delivery*
Edmund D. Lyons, Jr., Esquire
The Lyons Law Firm
1526 Gilpin Avenue
Wilmington, DE 19806

*Via Email*
Harvey A. Levin, Esquire
Birch, Horton, Bittner and Cherot
115 Connecticut Ave., N.W.
Suite 1200
Washington, DC 20036

_____
James D. Heisman (# 2746)