IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA<br>for the Use and Benefit of<br>JERSEY SHORE AUTOMATION, INC.<br><br>    Plaintiff and Counter-Defendant<br><br>vs.<br><br>CHUGACH SUPPORT SERVICES, INC., *et al.*<br><br>    Defendants and Counter-Plaintiffs | )<br>)<br>)<br>)<br>)<br>)<br>)   C. A. No. 04-1416 (JJF)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SERVICE**

I, Harvey A. Levin, hereby certify that on the 22nd day of April, 2005, I caused a true and correct copy of Defendants and Counter-Plaintiffs Chugach Support Services, Inc.'s and Safeco Insurance Company of America's Initial Disclosures to be served upon the following indidividuals in the manner indicated below:

*Via first class mail*
James D. Heisman, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

BIRCH, HORTON, BITTNER AND CHEROT

/s/ Harvey A. Levin
Harvey A. Levin
1155 Connecticut Avenue, N.W., Suite 1200
Washington, DC 20036
Phone (202) 659-5800
Fax (202) 659-1027
Email: hlevin@dc.bhb.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Initial Disclosures with documents CSS 000001 through CSS 000873 was served by first class mail, postage prepaid this 22nd day of April 2005 on:

>James D. Heisman, Esquire
>M. Edward Danberg, Esquire
>Connolly Bove Lodge & Hutz LLP
>The Nemours Building
>1007 North Orange Street
>P.O. Box 2207
>Wilmington, DE 19899

____/s/ Harvey A. Levin_____

Harvey A. Levin
1155 Connecticut Avenue, N.W., Suite 1200
Washington, DC 20036
Phone (202) 659-5800
Fax (202) 659-1027
Email: hlevin@dc.bhb.com