IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| UNITED STATES OF AMERICA <br> for the Use and Benefit of <br> JERSEY SHORE AUTOMATION, INC. <br><br> Plaintiff and Counter-Defendant <br><br> vs. <br><br> CHUGACH SUPPORT SERVICES, INC., *et al.* <br><br> Defendants and Counter-Plaintiffs | C. A. No. 04-1416 (JJF) |

## NOTICE OF SERVICE

I, Harvey A. Levin, hereby certify that on the 25th day of April, 2005, I caused a true and correct copy of Defendants and Counter-Plaintiffs Chugach Support Services, Inc.'s and Safeco Insurance Company of America's First Supplemental Initial Disclosures to be served upon the following indidividuals in the manner indicated below:

*Via first class mail*
James D. Heisman, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

BIRCH, HORTON, BITTNER AND CHEROT

____/s/ Harvey A. Levin_____
Harvey A. Levin
1155 Connecticut Avenue, N.W., Suite 1200
Washington, DC 20036
Phone (202) 659-5800
Fax (202) 659-1027
Email: hlevin@dc.bhb.com

@PFDesktop\::ODMA/WORLDOX/G:/505986/4/CJ0084.WPD

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Initial Disclosures with documents CSS 000874 through CSS 000958 was served by first class mail, postage prepaid this 25th day of April 2005 on:

>James D. Heisman, Esquire
>M. Edward Danberg, Esquire
>Connolly Bove Lodge & Hutz LLP
>The Nemours Building
>1007 North Orange Street
>P.O. Box 2207
>Wilmington, DE 19899

>____/s/ Harvey A. Levin_____

>Harvey A. Levin
>1155 Connecticut Avenue, N.W., Suite 1200
>Washington, DC 20036
>Phone (202) 659-5800
>Fax (202) 659-1027
>Email: hlevin@dc.bhb.com