IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>for the Use and Benefit of )<br>JERSEY SHORE AUTOMATION, INC. )<br>)<br>Plaintiff and Counter-Defendant )<br>)<br>vs. )<br>)<br>CHUGACH SUPPORT SERVICES, INC., *et al.* )<br>)<br>Defendants and Counter-Plaintiffs )<br>) | C. A. No. 04-1416 (JJF) |

**NOTICE OF MOTIONS**

PLEASE TAKE NOTICE THAT Defendants Chugach Support Services, Inc. and Safeco Insurance Company of America Initial Disclosures have, this 3rd of May 2005, filed and served the following two motions:

1. Motion of Defendants Chugach Support Services, Inc. And Safeco Insurance Company of America For Leave to File Accompanying Motion To Dismiss in Part, or in the Alternative For Partial Summary Judgment; and

2. Motion of Defendants Chugach Support Services, Inc. And Safeco Insurance Company of America To Dismiss in Part, or in the Alternative For Partial Summary Judgment.

Dated: May 3, 2005
       Wilmington, Delaware

BIRCH, HORTON, BITTNER AND CHEROT


__/s/ Harvey A. Levin_____
Harvey A. Levin
1155 Connecticut Avenue, N.W., Suite 1200
Washington, DC 20036
Phone (202) 659-5800
Fax (202) 659-1027
Email: hlevin@dc.bhb.com

    and

THE LYONS LAW FIRM

__/s/ Edmund Daniel Lyons_____
Edmund Daniel Lyons (No. 0881)
1526 Gilpin Avenue
P.O. Box 579
Wilmington, DE 19806
Phone (302) 777-5698
Fax (302) 777-5051
Email: elyons@lyonslaw.com

Counsel for Chugach Support Services, Inc. and
Safeco Insurance Company of America

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Notice of Motions was served by first class mail, postage prepaid this 3d day of May 2005 on:

      James D. Heisman, Esquire
      M. Edward Danberg, Esquire
      Connolly Bove Lodge & Hutz LLP
      The Nemours Building
      1007 North Orange Street
      P.O. Box 2207
      Wilmington, DE 19899

      __/s/ Harvey A. Levin_____