IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA<br>for the Use and Benefit of<br>JERSEY SHORE AUTOMATION, INC.<br><br>Plaintiff,<br><br>vs.<br><br>CHUGACH SUPPORT SERVICES, INC., *et al.*<br><br>Defendants | C. A. No. 04-1416 (JJF) |

**MOTION OF DEFENDANTS
CHUGACH SUPPORT SERVICES, INC.
AND SAFECO INSURANCE COMPANY OF AMERICA
TO DISMISS IN PART, OR IN THE ALTERNATIVE
FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), or in the alternative Federal Rule of Civil Procedure 56, and Local Rules 7.1.2 and 7.1.3, Defendants Chugach Support Services, Inc. and Safeco Insurance Company of America, by undersigned counsel, respectfully move to dismiss the Complaint, or in the alternative for partial summary judgment on the Complaint, dismissing Plaintiff's claims arising out of and with respect to (i) Chugach's alleged mistakes in calculating, and incorrect calculations of, wage rates and (ii) Chugach's allegedly failing to process invoices in a timely fashion and failing to issue change orders, on the grounds that such allegations fail to state a claim upon which relief can be granted or, in the alternative, there are no genuine disputes of material fact and Defendants are entitled to judgment as a matter of law with respect to such claims.

Pursuant to Local Rule 7.1.2, the grounds for this motion are more fully set forth in the accompanying Brief of Defendants Chugach Support Services, Inc. and Safeco Insurance Company of America to Dismiss in Part, or in the Alternative for Partial Summary Judgment.

Dated: May 3, 2005
Wilmington, Delaware

        THE LYONS LAW FIRM

        _/s/ Edmund Daniel Lyons_____
        Edmund Daniel Lyons (No. 0881)
        1526 Gilpin Avenue
        P.O. Box 579
        Wilmington, DE 19806
        Phone (302) 777-5698
        Fax (302) 777-5051
        Email: elyons@lyonslaw.com

        -and-

        BIRCH, HORTON, BITTNER AND CHEROT

        _/s/ Harvey A. Levin_____
        Harvey A. Levin
        1155 Connecticut Avenue, N.W., Suite 1200
        Washington, DC 20036
        Phone (202) 659-5800
        Fax (202) 659-1027
        Email: hlevin@dc.bhb.com

        Counsel for Chugach Support Services, Inc. and
        Safeco Insurance Company of America

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing Motion and accompanying Brief were served by first class mail, postage prepaid this 3d day of May 2005 on:

>James D. Heisman, Esquire
>M. Edward Danberg, Esquire
>Connolly Bove Lodge & Hutz LLP
>The Nemours Building
>1007 North Orange Street
>P.O. Box 2207
>Wilmington, DE 19899

_/s/ Harvey A. Levin____

@PFDesktop\::ODMA/WORLDOX/G:/505986/4/HAL8944.WPD