IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA<br>for the Use and Benefit of<br>JERSEY SHORE AUTOMATION, INC.<br><br>    Plaintiff,<br><br>vs.<br><br>CHUGACH SUPPORT SERVICES, INC., *et al.*<br><br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)  C. A. No. 04-1416 (JJF)<br>)<br>)<br>)<br>)<br>)<br>) |

**APPENDIX TO
BRIEF OF DEFENDANTS
CHUGACH SUPPORT SERVICES, INC.
AND SAFECO INSURANCE COMPANY OF AMERICA
IN SUPPORT OF MOTION TO DISMISS IN PART,
OR IN THE ALTERNATIVE FOR PARTIAL SUMMARY JUDGMENT**

THE LYONS LAW FIRM

Edmund Daniel Lyons (No. 0881)
1526 Gilpin Avenue
P.O. Box 579
Wilmington, DE 19806
Phone (302) 777-5698
Fax (302) 777-5051
Email: elyons@lyonslaw.com

BIRCH, HORTON, BITTNER AND CHEROT

Harvey A. Levin
1155 Connecticut Avenue, N.W., Suite 1200
Washington, DC 20036
Phone (202) 659-5800
Fax (202) 659-1027
Email: hlevin@dc.bhb.com

Counsel for Chugach Support Services, Inc. and
Safeco Insurance Company of America

@PFDesktop\::ODMA/WORLDOX/G:/505986/4/HAL8955.WPD

# APPENDIX TABLE OF CONTENTS

Exhibit 1: The SABER Contract................................................................................CSS 0000001

Exhibit 2: The Master Subcontract Agreement.........................................................CSS 0000235

Exhibit 3: The Delivery Orders With Notices to Proceed.........................................CSS 0000874

Exhibit 4: Forms 1413...............................................................................................CSS 0000757

Exhibit 5: Plaintiff Jersey Shores Rule 26(a)(1) Initial Disclosures