APPENDIX TO
BRIEF OF DEFENDANTS
CHUGACH SUPPORT SERVICES, INC.
AND SAFECO INSURANCE COMPANY OF AMERICA
IN SUPPORT OF MOTION TO DISMISS IN PART,
OR IN THE ALTERNATIVE FOR PARTIAL SUMMARY JUDGMENT

EXHIBIT 1: THE SABER CONTRACT

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE  J | PAGE OF PAGES  1 / 2 |
|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. 01 | 3. EFFECTIVE DATE 17-Jun-2003 | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) SABER |
|---|---|---|---|

| 6. ISSUED BY  CODE F07603 | 7. ADMINISTERED BY (If other than item 6)  CODE F07603 |
|---|---|
| 436TH CONTRACTING SQUADRON  BLDG 639 ATLANTIC STREET  DOVER AFB DE 19902-5639 | GLENN LAMBERT/302-677-5038  639 ATLANTIC STREET  DOVER AFB DE 19902-5639 |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code) | | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| CHUGACH SUPPORT SERVICES, INC.  JAMES HUTTON  560 EAST 34TH AVENUE  ANCHORAGE AK 99503-4196 | | 9B. DATED (SEE ITEM 11) |
| | X | 10A. MOD. OF CONTRACT/ORDER NO.  F07603-03-D-0002 |
| CODE 1SXD0  FACILITY CODE | X | 10B. DATED (SEE ITEM 13)  14-Feb-2003 |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. ACCOUNTING AND APPROPRIATION DATA (If required)**

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.**
**IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

☐ A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

☐ B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

☒ C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
FAR 52.243-4 entitled Changes and Administrative

☐ D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 1 copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION** (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

This modification is issued to add three coefficients, add a contract clause, correct the DUNS number and the correct the CAGE code.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print)  JAMES H. HUTTON - CONST. DW. MGR | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| 15B. CONTRACTOR/OFFEROR  _[signature]_  (Signature of person authorized to sign) | 15C. DATE SIGNED  6-24-03 | 16B. UNITED STATES OF AMERICA  BY _____  (Signature of Contracting Officer) | 16C. DATE SIGNED |

EXCEPTION TO SF 30  
APPROVED BY OIRM 11-84  
30-105-04  
STANDARD FORM 30 (Rev. 10-83)  
Prescribed by GSA  
FAR (48 CFR) 53.243

CSS 000001

Solicitation No. F07603-03-R-0006  
Contract No. F07603-03-D-0002  
Page 2 of 56  
Modification No. P00001

SECTION B Supplies or Services and Prices

PART I - THE SCHEDULE  
SECTION B  
SUPPLIES OR SERVICES AND PRICES/COST

The contractor shall perform any and all functions called out in the contract per the scope specified in individual delivery orders issued against this contract. The unit prices shall be as specified in the unit price database provided by the R.S. MEANS®, current as of the date of the basic contract period, multiplied times the applicable coefficient entered below:

Initial Contract Period: 1 March 2003 through 29 February 2004

CONTRACT LINE ITEM NUMBERS (CLINS)

| CLINS | DESCRIPTION | COEFFICIENT |
|---|---|---|
| 0001 | Standard working hours in areas *not requiring escorts* | 1.234 |
| 0002 | Nonstandard working hours in areas *not requiring escorts* | 1.250 |
| 0003 | Standard working hours in areas *requiring escorts* | 1.285 |
| 0004 | Nonstandard working hours in areas *requiring escorts* | 1.310 |

**PROJECT ESTIMATING**

| | | |
|---|---|---|
| 0005 | That portion of the preceding CLINs attributed to Project Estimating (See Section H, paragraph 1.0 for explanation of this CLIN) | 3% |

OPTION PERIODS

CONTRACT OPTION PERIODS: Option periods run for a one (1) year period following the last day of the previous contract period. Definitive beginning and ending date for the option periods shall be identified on the award document based on the establishment of the definitive basic contract period.

1st option period: 1 March 2004 through 28 February 2005

The contractor shall perform any and all functions called out in the contract per scope specified in individual delivery orders issued against this contract. The unit prices shall be as specified in the unit price database provided by R.S. Means® Company, current as of the date of the FIRST OPTION PERIOD, multiplied times the applicable coefficient entered for the BASIC CONTRACT PERIOD.

2nd option period: 1 March 2005 through 28 February 2006

The contractor shall perform any and all functions called out in the contract per scope specified in individual delivery orders issued against this contract. The unit prices shall be as specified in the unit price database provided by R.S. Means® Company, current as of the date of the SECOND OPTION PERIOD, multiplied times the applicable coefficient entered for the BASIC CONTRACT PERIOD.

CSS 000002

F07603-03-D-0002
P00001
Page 2 of 2

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

A. (Administrative) SF1442, page 2, block 14, change the DUNS number
   FROM: 070970715
   TO: 608253824

B. (Administrative) SF 1442, page 2, block 14 change the CAGE code
   FROM: 1V1D3
   TO: 1SXD0

C. (Changes) Section B, under the heading "COEFFICIENT" delete the word reserved in each block for contract line item numbers 0002, 0003, and 0004 and add the following coefficients:

| CLINS | DESCRIPTION | COEFFICIENT |
|---|---|---|
| 0002 | Nonstandard working hours in areas not requiring escorts | 1.250 |
| 0003 | Standard working hours in areas requiring escorts | 1.285 |
| 0004 | Nonstandard working hours in areas requiring escorts | 1.310 |

D. (Administrative) Section I, under FAR 52.242-14 entitled Suspension of Work add the following clause:

"52.243-4    Changes                                    AUG 1987"

E. As a result of the above noted changes, delete the following pages and incorporate the revised pages attached hereto. A vertical line in the right margin indicates the changed portions.

Deleted Pages                          Incorporated Pages

Section B, page 2                      Section B, page 2 (Modification P00001)
Section I, page 19                     Section I, page 19 (Modification P00001)

F. All other terms and conditions remain unchanged.

RELEASE OF CLAIMS
In consideration of the modifications agreed to herein as complete equitable adjustments for the changes referred to, including profit, overhead, extended overhead, unabsorbed overhead, and delay damages, the contractor hereby releases the Government from any and all liability under this contract for further equitable adjustments attributable to such facts and circumstances giving rise to the aforesaid changes.

CSS 000003

| Clause | Title | Date |
|---|---|---|
| 52.228-5 | Insurance – Work On A Government Installation | JAN 1997 |
| 52.228-12 | Prospective Subcontractor Requests for Bonds | OCT 1995 |
| 52.228-15 | Performance and Payment Bonds—Construction | JUL 2000 |
| 52.229-4 | Federal, State And Local Taxes (Noncompetitive Contract) | JAN 1991 |
| 52.229-5 | Taxes—Contracts Performed In U S Possessions Or Puerto Rico | APR 1984 |
| 52.232-5 | Payments under Fixed-Price Construction Contracts | SEP 2002 |
| 52.232-17 | Interest | JUN 1996 |
| 52.232-19 | Availability Of Funds For The Next Fiscal Year | APR 1984 |
| 52.232-23 | Assignment Of Claims | JAN 1986 |
| 52.232-23 Alt I | Assignment of Claims (Jan 1986) - Alternate I | APR 1984 |
| 52.232-25 | Prompt Payment | FEB 2002 |
| 52.232-27 | Prompt Payment for Construction Contracts | FEB 2002 |
| 52.232-33 | Payment by Electronic Funds Transfer—Central Contractor Registration | MAY 1999 |
| 52.233-1 | Disputes | JUL 2002 |
| 52.233-1 Alt I | Disputes (Jul 2002) - Alternate I | DEC 1991 |
| 52.233-3 | Protest After Award | AUG 1996 |
| 52.233-3 Alt I | Protest After Award (Aug 1996) - Alternate I | JUN 1985 |
| 52.236-2 | Differing Site Conditions | APR 1984 |
| 52.236-3 | Site Investigation and Conditions Affecting the Work | APR 1984 |
| 52.236-5 | Material and Workmanship | APR 1984 |
| 52.236-6 | Superintendence by the Contractor | APR 1984 |
| 52.236-7 | Permits and Responsibilities | NOV 1991 |
| 52.236-8 | Other Contracts | APR 1984 |
| 52.236-9 | Protection of Existing Vegetation, Structures, Equipment, Utilities, and Improvements | APR 1984 |
| 52.236-10 | Operations and Storage Areas | APR 1984 |
| 52.236-11 | Use and Possession Prior to Completion | APR 1984 |
| 52.236-12 | Cleaning Up | APR 1984 |
| 52.236-13 | Accident Prevention | NOV 1991 |
| 52.236-13 Alt I | Accident Prevention (Nov 1991) - Alternate I | NOV 1991 |
| 52.236-14 | Availability and Use of Utility Services | APR 1984 |
| 52.236-15 | Schedules for Construction Contracts | APR 1984 |
| 52.236-17 | Layout of Work | APR 1984 |
| 52.236-21 | Specifications and Drawings for Construction | FEB 1997 |
| 52.236-21 Alt I | Specifications and Drawings for Construction (Feb 97) - Alternate I | APR 1984 |
| 52.236-26 | Preconstruction Conference | FEB 1995 |
| 52.242-13 | Bankruptcy | JUL 1995 |
| 52.242-14 | Suspension of Work | APR 1984 |
| 52.243-4 | Changes | AUG 1987 |
| 52.244-5 | Competition In Subcontracting | DEC 1996 |
| 52.244-6 | Subcontracts for Commercial Items | MAY 2002 |
| 52.245-1 | Property Records | APR 1984 |
| 52.245-2 | Government Property (Fixed Price Contracts) | DEC 1989 |
| 52.246-21 | Warranty of Construction | MAR 1994 |
| 52.246-21 Alt I | Warranty of Construction (Mar 1994) - Alternate I | APR 1984 |
| 52.248-3 | Value Engineering-Construction | FEB 2000 |
| 52.249-2 | Termination For Convenience Of The Government (Fixed-Price) | SEP 1996 |
| 52.249-2 Alt I | Termination for Convenience of the Government (Fixed-Price) (Sep 1996) - Alternate I | SEP 1996 |
| 52.249-10 | Default (Fixed-Price Construction) | APR 1984 |
| 52.251-1 | Government Supply Sources | APR 1984 |
| 52.253-1 | Computer Generated Forms | JAN 1991 |



*Chugach Support Services, Inc.*

P.O. Box 2049 • DAFB, DE 19902 • Ph (302) 735-5570 • Fax (302) 735-9737

# FAX TRANSMITTAL SHEET

| TO   Mary Gould | FROM: DEBORAH TAYLOR | | |
|---|---|---|---|
| COMPANY    Chugach Alaska | DATE Tuesday, June 24, 2003 | PHONE # (302) 735-5570 | FAX # (302) 735-9737 |
| FAX NUMBER   907-563-7701 | PAGES SENT (INCLUDING COVER SHEET)    6 | | |
| REFERENCE:    Signature required for Mod for DAFB, DE. | | | |

Mary,

I would greatly appreciate if you could take this to Jim and get him to sign it and fax back.

Please make sure that the date he puts on it now is the date on the original.

CSS 000005