```
***********************
***   TX REPORT    ***
***********************

TRANSMISSION OK

TX/RX NO              0179
RECIPIENT ADDRESS     13027359737####104
DESTINATION ID
ST. TIME              06/24 10:08
TIME USE              02'00
PAGES SENT            4
RESULT                OK
```

CHUGACH SUPPORT SERV    13027359737    06/24/03  01:00pm  P. 002

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | | 1. CONTRACT ID CODE J | PAGE OF PAGES 1 / 2 |
|---|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO. P00001 | 3. EFFECTIVE DATE 17-Jun-2003 | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO.(If applicable) SABER | |
| 6. ISSUED BY  CODE F07603  436TH CONTRACTING SQUADRON  BLDG 639 ATLANTIC STREET  DOVER AFB DE 19902-5639 | | 7. ADMINISTERED BY (If other than Item 6)  CODE F07603  GLENN LAMBERT/302-677-5038  639 ATLANTIC STREET  DOVER AFB DE 19902-5639 | | |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code) | | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| CHUGACH SUPPORT SERVICES, INC.  ...MES HUTTON  EAST 34TH AVENUE  ...HORAGE AK 99503-4196 | | 9B. DATED (SEE ITEM 11) |
| | X | 10A. MOD. OF CONTRACT/ORDER NO. F07603-03-D-0002 |
| CODE 1SXD0    FACILITY CODE | X | 10B. DATED (SEE ITEM 13) 14-Feb-2003 |

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| A. | THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| B. | THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B). |
| X C. | THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 52.243-4 entitled Changes and Administrative |
| D. | OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return  1  copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Modification is issued to add three coefficients, add a contract clause, correct the DUNS number and the correct the CAGE code.

CSS 000006



DEPARTMENT OF THE AIR FORCE
HEADQUARTERS 436TH AIRLIFT WING (AMC)

14 March 2003

FROM: LGCA (302-677-5038)

SUBJECT: Minutes of the Pre-construction Conference

CONTRACT #: F07603-03-D-0002

PROJECT # and TITLE: Simplified Acquisition of Base Engineering Requirements (SABER)

CONTRACTOR'S NAME & ADDRESS: Chugach Support Services, Inc.
560 E. 34th Ave., Suite 300
Anchorage AK 99503-4196

DATE/TIME: 26 February 2003, 1230 hrs.

LOCATION: Supply Conference Room, Building 639

See attached listing of individuals in attendance.

I. INFORMATIONAL BRIEFINGS:

1. Mr. Robert O'Hara, a representative from the State of Delaware, Division of Revenue, reminded the contractor since the contract was awarded in an amount over $20,000 he is was required, by State law, to obtain a Delaware business license, post bond to insure payment of taxes, supply a list of subcontractors, and if employees are working in Delaware the contractor must withhold Delaware taxes. If you have any questions, please contact Mr. O'Hara at 302-744-1088, or you may write him at the following address: Division of Revenue, Thomas Collins Building, 540 S DuPont Hwy, Suite 2, Dover DE 19901. Or, you may e-mail him at rohara@state.de.us.

2. In the absence of a representative from the Unemployment Division of the Department of Labor (DOL) in Dover, Delaware, Ms. McGee Briefed the following:

  a. By federal law, contractors with government contracts over $10,000 must notify the DOL of all employment openings for this particular contract.

  b. Ms. Charley Roberson, a representative from the DOL, is available for any questions or if you need to list openings. You may contact Ms. Roberson by calling 302-739-5473 or visiting the Unemployment Division (LVER) of the DOL, 1114 S. DuPont Highway, Suite 104, Dover DE 19901-4401, Monday through Friday from 0800 – 1630 hours. Her email address is croberson@state.de.us.

3. The Employment Standards Administration, Office of Federal Contract Compliance Programs out of the U.S. Department of Labor office in Philadelphia PA, requested this office remind contractors of their responsibility to comply with Executive Order 11246, as amended, Section 503 of the Rehabilitation Act of 1973, as amended, and the Vietnam Era Veterans' Readjustment Assistance Act of 1974, as amended, 38 USC 4212 and the implementing regulations at 41 CFR Chapter 60. You are highly encouraged to contact the Assistant District Director at 215-597-9444 (or fax #215-597-9447) to obtain specific

details of the requirements set forth therein. This office has been advised that the Employment Standards Administration office will be checking your files to ensure your compliance.

4. The Dover Federal Credit Union (the main office is located on Dover Air Force Base (DAFB) with branch offices located west and north Dover, New Castle and Wilmington) offers an array of products and services to include low cost loans for auto, home, and personal needs; VISA; share draft accounts (savings and checking); and financial investing. Contractor personnel are entitled to join the Dover Federal Credit Union while they have an active contract with the government and may keep the account open after the contract is completed. Once the contract has been completed new membership entitlement is not authorized.

5. TSgt Michele Gaul (677-6098) from the 436th Security Forces Squadron briefed the contractor on security procedures; restricted areas; base traffic laws and speed limits (25 mph on base property unless otherwise posted, 20 mph in base housing, 10 mph in school zones and parking lots); contractor employee and vehicle access passes; prohibition of fire arms, metal knuckles, switchblades, blackjacks, combination knuckles and knife, fireworks; martial arts throwing stars, nitroglycerin, dynamite, blasting caps, or any other dangerous explosives; driving under the influence of alcohol; and not wearing seat belts may cause revocation of base driving privileges and/or fine. In addition, by Delaware State law vehicle registration and proof of insurance must be maintained at all times in each vehicle. Motorcycle safety requirements: A protective helmet is required to be worn. It must meet as a minimum, Department of Transportation standards and must be properly worn and fastened (passenger must also wear a helmet). Operator and any passenger must wear impact resistant goggles or a full-face shield on their helmet. EXCEPTION: Goggles or a full face shield are not required for the operator if the motorcycle is equipped with a windshield that is equal in height to or above the top of the helmet of the properly upright seated operator. A brightly colored outer upper garment must be worn at all times when operating a motorcycle. The outer upper garment must be a vest, a jacket, a long-sleeved shirt, a short sleeved shirt, or coveralls. The colors of the upper garment must be one of the following: bright orange, bright red, bright yellow, fluorescent green, fluorescent pink or white. The garment must be predominately solid in color. A long sleeved shirt or jacket must also be worn if the brightly colored outer upper garment is short sleeved or sleeveless. The brightly colored upper garment must also be reflective when worn between dusk and dawn (at night). During these hours, a reflective belt worn across the upper torso from shoulder to waist may be worn instead of reflective material on the brightly colored outer upper garment. The reflective belt does not replace the requirement to wear the brightly colored outer upper garment. Full fingered motorcycle gloves or mittens, long sleeved shirt or jacket, long trousers and sturdy footwear must be worn. These requirements apply to operators of motorcycles, motor scooters and mopeds on Air Force installations. The contractor was also reminded that the State of Delaware and DAFB require seat belts to be worn while operating a vehicle. If an employee is stopped twice on DAFB for not wearing a seat belt they will lose their driving privilege for 30 days. There are periodic car searches at the entrance/exit gates. If drugs are found in the random car search, civilians will not be permitted on base and they are subject to civil law enforcement. Radar detectors are not allowed on DAFB; if found you will be asked to turn them off. The contractor was reminded to secure belongings and equipment on the job site to prevent theft; however, if it should occur, call extension 6666 or 6664 (on base) or 677-6666 or 677-6664 (off base) for assistance. For emergencies requiring immediate police presence, call 677-2100 (crime stop).

6. Mr. Dave Morris (677-4420/4414) from the 436th Civil Engineering Squadron, Fire Protection Flight, briefed the contractor on fire safety, and fire reporting procedures. The contractor was reminded not to park in front of fire hydrants or in fire lanes, keep trash

picked up, keep a fire extinguisher available, obtain a welding and burning permit when required, obtain a fire hydrant key if a hydrant is to be used to obtain water, and to assign a "Fire Warden" to inspect the area at the end of the day. If you need to report a fire, call extension 911 (from on-base phone) or 677-2117 if you are off base. NOTE: If this contract contains any asbestos removal, the Fire Department shall be notified of the time frame asbestos removal will take place.

7. Ms. McGee briefed the contractor on base safety procedures, hazardous procedures and areas. The Ground Safety office can be reached at 677-3369. The contractor was told to notify the Contracting Officer (CO) immediately upon occurrence of any accidents while working under government contracts. The Hospital Emergency Room is available between the hours of 0730 and 1630 only for <u>emergency treatment only (life threatening)</u> with a fee being assessed. If an ambulance is required at the job site, call extension 911 from an extension on base or 911 from off base. Kent General Hospital is approximately 3 miles away, located in Dover at 640 South State Street. The phone number is 674-4700. The contractor was reminded to be sure to comply with all safety standards/requirements set forth in the contract. You are reminded OSHA representatives have access to the base at any time.

8. The contractor was reminded of his responsibilities to comply with all environmental laws and regulations. There are Federal Acquisition Regulation (FAR) clauses that require contractors to comply with local, state and federal environmental laws and regulations. Contractors who don't comply with these provisions are subject to sanction under the terms of such contracts. Sanctions may include cure notice, government claim for damages, partial/total termination for default and suspension/debarment. The contractor was also reminded that MSDS information is available through the Hazardous Materials Pharmacy for nationally stock-listed items and can be provided information on the labeling system. Contact Mr. Steve Seip (677-6839) from the 436th Civil Engineering Squadron, Environmental Flight, with any questions.

9. The contractor was reminded that prior to bringing any radioactive material on base that he must coordinate with TSgt. Thomas Clark (677-2595) from the 436th Aeromedical-Dental Squadron, Bio-Environmental Engineering Flight, preferably at least 7 days in advance. In addition, Bio-Environmental will perform drinking water sampling in the event the contractor installs new lines, or breaks current lines unexpectedly.

10. Historical Problem Areas:

   a. Paper Trail:

   (1) Verbal Questions Asked - If you ask a question verbally of a government employee, whether you receive a verbal answer or not, you are still required to document that question in writing to protect your interests. Be very specific as to what the problem is so the government can adequately evaluate and respond in writing. Regardless of what has been said by either party, the contract remains unchanged until you received written notice of a change from the CO. History indicates that contractors ask the government SABER Project Manager or the engineer a question at the job site and waits for a response. The government SABER Project Manager gets busy on the numerous other jobs they have in their care and inadvertently forgets the question/issue was brought up. Now the contractor waits and claims "government delay" when the government doesn't respond timely; however, the contractor cannot prove the issue/question was ever addressed. The file stands on it own; therefore, it is highly recommended everything be put in writing! The point of contact for any issues or questions is the Contract Specialist.

(2) Differing Site Condition - Too often the government SABER Project Manager is notified of a potential differing site condition (DSC) and the contracting office is not. The DSC clause directs the contractor to "give a written notice to the Contracting Officer". Do not ignore this requirement.

(3) Subcontractor Documentation – The parties involved in this contract are the prime contractor and the government. If documentation is required from a subcontractor or a supplier, it is submitted to this office through the prime contractor and not directly submitted from the subcontractor/supplier to the contracting office. Documentation received from other than the prime contractor shall be returned, with no action taken.

(4) Working other than normal hours. See Statement of Work (SOW) page 8 entitled Working Hours. If the contractor wishes to perform work other normal duty hours, 0730 – 1630 hrs, Monday through Friday, excluding Federal Holidays or days the government recognizes as Federal Holidays, the contractor must submit a written request at least 48 working hours in advance of any work to be performed.

b. Keying (Section 08700) - Use construction keys on site, as specified in applicable delivery orders (DOs). Ensure new keys are sent directly from the manufacturer to the government. The new keys shall at no time be in your possession! If you have any questions regarding a keying schedule, a meeting may be convened.

c. Asbestos (Section 02080):

(1) Prior to starting asbestos abatement:

(a) Submittals are required to be approved. Be sure to pay particular attention to the requirements set forth in the specifications when completing the asbestos plan and other required submittals associated with asbestos, and

(b) The contractor and the <u>Certified Industrial Hygienist</u> (CIH) (NOT the Industrial Hygienist) shall meet with the CO to discuss in detail the asbestos plan to include work procedures and safety precautions.

(2) The CIH and the abatement firm must be independent of each other; both being hired by the prime contractor.

(3) Be aware of the advanced notices required to Department of Natural Resources and Environmental Compliance (DNREC) Environmental Protection Agency (EPA), and DAFB, Delaware.

d. Turf (Section 02935) – If turf is part of a project, there are numerous submittals required. There are specific seeding dates specified for maximum results. An established lawn is required prior to acceptance.

e. American District Telegraph (ADT) Equipment (Section 13000) - Intrusion detection equipment shall be a product of ADT, unless otherwise specified in each DO.

f. Trane® Equipment (Section 15000) - Mechanical equipment shall be a product of Trane®, unless otherwise specified in each DO.

g. Fire/Alarm Systems (Section 16721) - A Monaco fire alarm central receiver is operational at the base fire station. Therefore, as specified in your contract, you are required to provide by brand name Monaco equipment.

h. Concrete Placement (Section 03300) – Because there have been numerous deviations to the specifications/drawings in relationship to concrete placement, it highly recommended a meeting be held one week prior to pouring concrete. This will ensure the contractor understands the requirements set forth in the contract and that the concrete is placed and cured properly. Failure to do adhere to the requirements of the contract could cause the concrete to be rejected or a credit to the government.

i. Submittals – See SOW, page 36.

(1) The Submittal Schedule is not necessarily all-inclusive. Watch for requirements identified in the specifications that do not appear on the Schedule, such as test requirements, plans and/or reports.

(2) HVAC Testing – This submittal shall be submitted and approved prior to final acceptance of the facility.

(3) Roof Warranty – Be sure to read the requirements for the roof warranty before or when you order roofing materials. Before you order your roofing materials you should know if the supplier will meet the warranty requirements. To preclude any problems:

(a) A draft roof warranty may be submitted along with the submittal for the roofing system.

(b) The completed roof warranty certificate shall be submitted and approved prior to final payment.

(4) Color Selection – All submittals requiring color approval/selection shall be submitted at the same time for color coordination purposes. If one or more submitted items are disapproved, all submittals requiring color selection shall be returned with the previously disapproved submittal(s) to ensure colors are coordinated.

j. Mandatory Verification Schedule – Some DOs may include a Mandatory Verification Schedule. The contractor is responsible for ensuring the mandatory inspections have been accomplished prior to proceeding on with work that may cover up the area to be verified. For each work description listed on the schedule, it is highly recommended that the Schedule be signed off and dated by your Quality Controller and the government SABER Project Manager or obtain a signed and dated statement from the government SABER Project Manager indicating the inspection has been accomplished and work may proceed. This will eliminate any questions that may arise as to whether or not the inspection was performed.

k. Alternate methods of work accomplishment – If the contractor decides to accomplish the work in a manner that differs from the proposal incorporated with the issuance of a DO, the contractor must obtain prior written approval from the CO. See SOW, page 29.

l. Contractor must keep area outside office and storage areas clean of debris.

m. DO awards must meet the bona fide need rule. NOTE: The Bona Fide Need Rule was developed by GAO to implement 31 U.S.C. 1502(a). The statute basically provides that funds obligated by award of a contract shall be expensed within 60 days of contract award or in no case for those awarded the end of the FY (30 September) shall be delayed beyond 3 months of award. In other words, those contracts awarded 30 September performance shall start prior to 1 January. Performance begins when the contractor incurs a cost or an obligation for work for which payment will be made under the terms of

the contract. Performance is defined as ordering of materials, mobilization, or actual work at the site. The act of moving supplies and storing material already in inventory is not evidence of performance. A request for progress payment (or material payment if authorized by the terms of the contract), or acceptable evidence to support an obligation in the ordering of materials or has made actual payment to the supplier is proof.

11. You are encouraged to save our environment by recycling materials from this job site, see SOW, section 01020 entitled Affirmative Procurement Guidelines and all applicable provisions and clauses.

There are several companies in the local area that handle construction debris, and in some cases, they may pay you. You may want to check the yellow pages of the Delaware phone book under Recycling Centers for a different company and/or contact those listed below:

| NAME | PHONE # | COMMODITY |
|---|---|---|
| Dover Resource Recovery | 302-674-5819 | Construction debris |
| Tilcon Delaware, Inc. | 302-678-8414 | Asphalt, brick, concrete, rock |
| W. E. Wells, Inc. | 302-378-6306 | Asphalt |
| Cannon Iron & Metal, Inc. | 302-492-8091 | Aluminum, copper, brass, stainless steel |
| Fitzgerald's Auto Salvage | 302-422-7584 | Aluminum, steel, copper, brass |
| Milford Salvage Yard | 302-422-4145 | Scrap iron and usable steel |

12. Central Contractor Registration (CCR):

a. Prior to being awarded this contract, you were required to be registered in the Central Contractor Registration bank. The CCR was created by the Department of Defense (DOD) to be the single point of entry for businesses that want to become supplier or service providers with DOD, and to comply with the Debt Collection and Improvement Act of 1996 (DCIA) which initiated Electronic Funds Transfer (EFT) as the method of payment by the government to contractors awarded contracts as a result of solicitations issued after 26 July 1996. The crucial importance of the information you initially input into the CCR data base, the annual re-certification of your company's registration, and the currency of your financial banking information for receiving EFT payments cannot be stressed enough.

b. To re-certify, update or verify information in the CCR database, you may access the website at https://www.ccr.dlis.dla.mil/ccr/scripts/indexTPIN.asp or contact the CCR Assistance Center at 1-888-227-2423 for help with the database.

II. PARTICULARS:

1. The contractor was reminded that "NO CHANGES" are authorized in the contract specifications, drawings, or performance unless directed to do so by the CO. The Wing Commander, government SABER Project Managers, Engineers, and/or the using activity have "NO AUTHORITY" to bind the government; only the CO. If someone infers otherwise or you, the contractor, are in doubt, call the CO immediately. You, the contractor, have "NO AUTHORITY" to change the contract requirement . . . NOT EVEN TO CHANGE THE HOURS OF OPERATION (Monday – Friday, 0730 – 1630)! You are also reminded that the point of contact for any issues on this contract is the Contract Specialist, Mr Glenn Lambert, 302-677-5038.

2. The CO for this project is Jacqueline J. McGee. Air Force COs are agents of the government and are the only officials authorized to enter into any contract or agreement that binds the government. (In her absence, another CO will identify them self.) Your

Contract Specialist, Mr. Lambert, represents the CO and oversees administrative matters (e.g., payrolls, bonds, insurance, material submittals, etc.). The Contract Specialist ensures elements of the contract are met in accordance with terms and conditions of the contract. Any changes in the contract must be finalized by the CO.

3. The government Project Managers for SABER are:
 - Kim Shore, Chief SABER Management Element, 302-677-6828
 - Guy Smith, SABER Project Manager, 302-677-6831
 - Bob Baines, SABER Project Manager, 302-677-6827
 - MSgt Steve Anderson, SABER Project Manager, 302-677-6830
 - Nam Tran, SABER Project Manager, 302-677-2757

4. If a site plan is required for a particular project, it will be identified in the project SOW. The plan must be submitted <u>prior</u> to starting work at a job site. The plan, as a minimum, shall include the location and color of the site trailers, location of the equipment storage areas, location of the construction entrance, location and construction of the shadow box fence, location of safety signs (i.e. hard-hat area, etc.), location of trash dumpsters, and photographs of the site prior to work starting. See SOW, page 46.

5. The contractor was advised that if or when a trailer is brought to the site it must be secured/tied down and the name and phone number of the company must be permanently displayed. The trailer(s) shall be located where indicated in the approved site plan (see section 01010) or as approved by the government SABER Project Manager. If utilities are to be used at the trailer, the contractor is responsible for the installation at the company's own expense. Electricity shall be metered; the hook-up must be coordinated with the government SABER Project Manager. The contractor will be charged monthly for utilities used. It is imperative that the contractor coordinate with the SABER office prior to bringing and placing a trailer on any job site.

6. See contract, pages 11, 15 and SOW for contractor mobilization requirements. The contractor is reminded that work on DOs shall not occur until the QC and Safety Plans are submitted for government review and the applicable meetings have occurred. When will Chugach be officially on site?
Mr. James Hutton said <u>14 March 2003</u>.

7. The contractor is reminded that all subcontractors are subject to the approval of the CO. See contract, page 31, DFARS 252.219-7009 entitled Section 8(A) Direct Award.

8. The contractor is reminded he must provide an after-hours phone number to be used in case of an emergency situation. In the past, contractors have been notified of pending weather conditions that require immediate clean-up of the area (example, hurricane). Failure of the contractor to take immediate/timely action may cause the government to do the work for him. If this happens, the government will bill the contractor for time spent securing his area. The following emergency contact information will be provided before any site work begins:

 NAME             Phone Numbers
                  Home:
                  Car:
                  Beeper:

9. The contractor was reminded to submit, in writing, the name of the superintendent at each job site. See SOW, page 9. If no superintendent is at the job site when a government official visits the site, the work on the site could be stopped. Mr. Hutton

Page 7 of 24

CSS 000013

indicated Mr. Bob Hafey would be the Project Manager and Mr. George Molina would be the alternate.

10. See SOW, Section 01440 for Quality Control requirements.

11. It is highly recommended that the contractor, prior to the acceptance of any work site from the government, inspect the area of work with the government SABER Project Manager present, annotating any existing damage to the premises. This will preclude the contractor from being held responsible at the final inspection for damaged area(s) that were present prior to his acceptance of the work site.

12. Earth Work:

    a. AF Form 103, Excavation Permit – See SOW pages 26 and 27. Approval of an Excavation Permit is required to be obtained from the government prior to excavating the site. DAFB Instruction Regulation entitled Work Clearance Requirement requires the contractor to obtain a Work Clearance Request (WCR, or excavation permit) as indicated below:

    (1) The contractor will initiate and process the request. The government will provide the proper form. Notify the government SABER Project Manager of the need for the WCR no earlier than 10 days and no later than five working days before excavating. The contractor shall take the WCR and a site map to include grid location showing proposed construction and the surrounding existing facilities to the Production Control Center (PCC), Building 600, to obtain the proper signatures (CECC, CEVC, CEVR, and Communications). The contractor is also responsible for contacting Miss Utility.

NOTE: Under the current AF Form 103 process it is the responsibility of the contractor to obtain clearance from Miss Utility (phone 1-800-282-8555) for utility services not owned by DAFB (i.e. Chesapeake Utility's steel gas lines, AT&T communication lines, Comcast Cablevision lines, & Kent County sewer lines). Call Miss Utility prior to submitting the request to CE customer service. Be sure to adequately describe the exact location and type of work involved to Miss Utility in lieu of, perhaps, just the title of the job. Specifically address required excavation work and the exact location of the excavation. The government process makes this communication solely the responsibility of the contractor.

    (2) The contractor will mark the location of the dig in the field, in white, within 18 inches of the proposed excavation prior to the government shops visiting the site. If the required location of the job site changes, the request must be revalidated and re-approved. The contractor is responsible for protecting the markings made by the government and/or Miss Utility. If the markings disappear or become unreadable, all work will stop and remarking will be done. Remarking may require collection of remarking cost to be paid by the contractor. A new work clearance will be processed to obtain new markings. Digging must begin within 21 calendar days of issue or the request will expire.

    (3) In the event any damage occurs to a utility, notify the PCC at 677-2856.

    (4) Provide the government SABER Project Manager with a copy of the signed and approved AF Form 103 after receipt of same.

    (5) Once digging is complete the contractor will notify PCC.

    b. A particular DO may require sediment and erosion control. The government may obtain an excavation permit through DNREC. The contractor was reminded that there is a State law that requires a contractor to take measures to control sediment erosion. Failure to execute sediment and erosion control measures and maintain them throughout the

CSS 000014

duration of the contract and/or until permanent measures have been established may result in a Notice of Violation from the State of Delaware and your company may be fined. If a violation occurs and you are fined, the responsibility for payment of the fine rests with the contractor, not the government.

13. As-built drawings may be required on a particular DO. If required they must be completed at the completion of the project in one complete set as identified in the SOW, pages 36 and 56. Drawings must be submitted at the time of the final inspection. Failure to provide the as-built drawings at the time required by the DO could cause the final inspection to be delayed.

14. Estimated quantities may be used on a particular DO. See SOW, page 38. You are reminded that at no time shall you exceed those quantities indicated in a particular DO without prior approval from the CO. Any unilateral action on the contractor's part to continue providing materials above the estimated quantity stated in the contract shall result in the contractor forfeiting his right to payment for the excess amount.

15. With SABER there is always a possibility that another contractor (or contractors) may be working in the area. The contract clause entitled "Other Contracts" requires contractors working in the same area to cooperate and work with each other to avoid any conflicts. If the contractor feels another contractor is causing him delays, he should notify this office at once so immediate measures can be taken to correct the problem. Do not wait until completion of the work, for example, and submit a claim for delays. It will be denied!

16. Delivery of Materials:

   (1) Government personnel will <u>not</u> be responsible for accepting materials delivered to the job site. You are responsible for ensuring someone from your company is present to receive materials/supplies.

   (2) Another problem is that of suppliers arriving on DAFB with little or no information as to where the shipment is to be delivered. Many times this office is called and the only information the driver has is the company name. A subcontractor or sub-tier's name may be listed that no one is familiar with. Since no one can identify which contract the materials are for the supplier is turned away. Your company may then be delayed through no fault of the government. Be sure to give your suppliers adequate information for delivery. Reference a contract number as a minimum and ensure they use it.

17. The Wing Commander has stipulated that smoking shall only occur in designated areas on base. All buildings are smoke-free. The building is smoke free even if it is under major renovation! Check with the occupants of the building or the government SABER Project Manager to determine designated smoking areas. Consider providing a butt can to eliminate debris on the job site. If an individual is caught twice smoking outside the designated smoking areas they will not be allowed to continue to work on DAFB.

18. The Schedule of Government-Furnished Property (GFP) may be included in a particular DO. See SOW, pages 52 and 53. When the government furnished material or property is needed, the contractor is responsible for notifying the government SABER Project Manager for coordination to obtain the materials/property. The contractor is responsible for the loading, uncrating, disposal of any packing material, and installation of the above items and related hardware per the applicable specifications and drawings. At the time of pickup, the contractor will inspect all of the items for damages, annotate damages and/or missing items, and sign for the GFP. If GFP is received by the contractor in a condition not suitable for its intended use, the contractor shall, upon receipt, notify the

CO, detailing the facts. The contractor shall complete a DD Form 1342, DOD Property Record, at the time GFP is accepted at the job site to be incorporated into the project. The contractor shall establish and maintain a program for the use, maintenance, repair, protection, and preservation of GFP. The contractor assumes the risk of, and shall be responsible for, any loss or destruction of, or damage to. Upon completing this contract, the contractor shall submit inventory schedules covering all items of GFP not consumed in performing this contract.

19. DOs may include Material and Equipment Disposal Schedule. See SOW, page 57.

    a. The contractor was advised to review the contract requirements regarding delivery of items to the Defense Reutilization and Marketing Office (DRMO). The contractor was also advised to meet with the government SABER Project Manager for the process and guidance in completing paperwork for material to be turned over to DRMO. Also, if you take materials to DRMO for turn-in and they won't accept the material, DO NOT LEAVE THE SITE. Contact your government SABER Project Manager, contract administrator or the CO immediately for direction.

    b. The hours of operation vary so please call prior to attempting delivery, 677-3201.

20. A Schedule for Performance Requirements may be included in a particular DO. Any performance requirements will be discussed during scope development.

21. The Warranty of Construction clause, FAR 52.246-21, indicates the CO shall notify the contractor after the discovery of any failure, defect, or damage to invoke the warranty clause. The CO in the Construction Flight has delegated that authority to the Chief of Construction Management or his delegated representative. In the future, if the warranty clause must be invoked, you shall be notified by Mr Kim Shore/Chief, SABER Management Element or the government SABER Project Manager. The contractor was reminded to contact the government SABER Project Manager prior to and at the completion of doing any of the warranty work at the site. If after reviewing the site the contractor believes the work is not applicable to the warranty clause, do not do the work. Contact the government SABER Project Manager and the contract administrator or CO immediately.

22. The possibility exists that performance of work on a particular DO may progress in stages or phases. If this is part of a particular project, stages/phases will be discussed during scope development.

III. QUESTION/ANSWER SESSION & SPECIFICATION/DRAWING REVIEW COMMENTS:

1. Ms. McGee, discussed the following items found in the specifications/SOW:

    a. SECTION 01010, SUMMARY OF WORK

        i. CO's process for handling unacceptable proposals. Pages 6-7
        ii. Superintendents/DO Managers are to be submitted to the CO for approval. At a minimum, on-site staff shall include a permanent project manager and permanent assistant project manager at all times during the performance of the contract. Pages 8-9
        iii. The notice to proceed for written DOs shall be the date the contractor receives the DO. The DO should be considered as the formal notice to proceed. Page 12

    b. SECTION 01020, AFFIRMATIVE PROCUREMENT GUIDELINES

Affirmative Procurement was discussed and emphasized. James Hutton was reminded to reference pages 14-22 of the SOW.

CSS 000016

c. SECTION 01040, COORDINATION

  i. Interruption of work and street closing procedures. James Hutton was reminded to reference page 24 of the SOW for proper procedures.
  ii. Job Site Verification: James Hutton was reminded to reference page 26 of the SOW for a disclaimer regarding accuracy and adequacy of existing as-built/record drawings.
  iii. Excavation and Burn Permits: James Hutton was reminded to reference page 27 of the SOW for proper procedures. In addition, James Hutton was advised to ensure excavation markings remain visible and clear after initial survey markings are posted. Ms. McGee suggested that the contractor record the markings by taking photographs or make sketches with the government SABER Project Manager noting agreement. Mr Smith suggested that the contractor periodically re-mark with a bright spray paint. Ms McGee advised placement of flags for marking is not appropriate because the grounds people will run over them or they may be removed.

d. SECTION 01090, REFERENCES

  Non-Prepriced Items: James Hutton was reminded to reference page 28 of the SOW for proper procedures. The contractor shall demonstrate competitive pricing (two or more sources) for each non-prepriced item.

e. SECTION 01300, DELIVERY ORDER PROPOSALS

  i. Progress Schedules and Reports: James Hutton was reminded to reference page 36 of the SOW for proper procedures.
  ii. Material Approval Submittals: James Hutton was reminded to reference pages 36-37 of the SOW for proper procedures. It was stressed that the contractor should not resubmit material submittals that have previously been approved by the contracting office.
  iii. Measurements are without Waste: James Hutton was reminded to reference page 38 of the SOW for proper procedures. All measurements shown on shop drawings and used in developing cost estimates shall be exact dimensions. Use of R.S. Means® price data is applicable to this section. Unit prices include all waste. The government will NOT allow additional SF, SY, LF, CY, etc., for waste.
  iv. Fifteen percent Variation in Quantity: James Hutton was reminded to reference page 38 of the SOW for proper procedures. The CO must be notified in writing when a 15% or more variance in quantity is realized BEFORE the contractor purchases materials or proceeds with work over that amount indicated in the DO. The contractor shall not be reimbursed without the CO's approval.

f. SECTION 01440, CONTRACTOR'S QUALITY CONTROL

  Weekly Meeting: James Hutton was reminded to reference page 43 of the SOW for proper procedures. The contractor shall provide documentation of these meetings to the CO through the SABER Chief for official record. These minutes should be submitted not later than five calendar days after the meeting is held.

g. SECTION 01500, CONSTRUCTION FACILITIES AND TEMPORARY CONTROLS

  Securing Dumpsters: James Hutton was reminded to reference page 47 of the SOW for proper procedures. The contractor is responsible for securing his own dumpsters. All dumpsters, trailers, storage containers, etc., shall be painted "Eagle Feather Tan" or approved equal.

CSS 000017

2. As a reminder, any discussions held in reference to deviating from the contract drawings or specifications shall be followed up in writing by the initiating/requesting party. A verbal agreement at this meeting does not constitute a change in the contract terms. The contract remains unchanged until both parties sign a formal modification.

3. Ms. McGee and Mr. Hutton continued with the meeting by discussing the general terms of the contract and the AF Form 3035. The contractor felt confident that he understood the meaning of the clauses referenced on the AF Form 3035 and waived further discussions. The contractor signed the AF Form 3035 indicating he understood the clauses listed thereon.

4. Base Housing Jobs - See SOW, pages 25 and 26 - Based on experience with other Housing contracts at DAFB the contractor was advised of the following:

RECOMMENDATION: NEVER ALLOW AN EMPLOYEE or SUBCONTRACTOR TO WORK ALONE IN THE HOUSING AREA.

a. The contractor is required to provide a five (5) workday advance written notice to each housing occupant before entering their building to begin work (Specifications Section 01040, paragraph b. (2) (a)). The contractor was reminded that he must notify the housing occupant well in advance if he is unable to perform work at a unit that he has previously scheduled. There may be times when the contractor has scheduled with an occupant to perform work in a unit, only to have the occupant not be home when the workers arrive. If this happens several times, the contractor should advise the government SABER Project Manager. The contractor was also reminded that his written notice cannot be placed in the mailbox. The contractor can present it to the occupant, tape it to the door, or use whatever system works for him to get this notice to the occupants. IF (not required by the contract) the contractor has a cellular telephone on the job site, it was suggested that he may want to consider including this phone number in his notices to the occupants. This is the contractor's decision. It was also suggested that the notices be as specific as possible as to when his workers will be arriving on the job site, i.e. morning, afternoon.

b. If an occupant alleges that a personal belonging is missing, the contractor should notify the government SABER Project Manager at once. If work is being done on the inside of the house and the occupant states they have to leave their housing unit for a moment, the worker should suggest that they do not, (for the contractor's protection) or leave when they do. If the worker arrives at a unit and there are only children at home, it is recommended the worker insist that an adult be present before they work in the unit.

c. It is highly recommended the employees wear some form of identification that identifies their company, or, as a minimum, suggest the employees attached the government pass to their clothing. People living in base housing may call Security Police if they see strangers walking around the housing units. Between a recognizable form of identification on the individuals and an article run in the base bulletin and newspaper advising occupants that workers will be in their area, the phone calls made to Security Police should be held to a minimum.

d. It is highly recommended the contractor address any existing damage to the occupant's personal property prior to starting to work in the area to prevent the occupant from claiming the damage was caused by the contractor. If the contractor's employees damage any occupants' personal property, it is the responsibility of the contractor to work out an agreement/settlement. You are required to maintain insurance on government contracts. Failure to make restitution may cause this office to disclose the name of your insurance company.

CSS 000018