IV. GENERAL INFORMATION:

1. Government personnel may inspect the contractor's project at any time during the performance period. Typically there is a walk-through with the using activity at 25%, 50% and 75% completion. Any time after the contractor reaches 95% completion and the government wishes to inspect the project the inspection is called (by regulation) a "pre-final inspection". Note, however; the terminology "pre-final" does not mean any portion of the project is accepted by the government when an element of work does not appear on a resulting punch list.

2. FAR 52.246-12, Inspection of Construction:

   a. The Inspection of Construction clause requires the contractor to maintain an adequate inspection system and ensure the work performed conforms to the contract requirements. The government inspects and may test areas of the work for it's sole benefit. The government SABER Project Manager realistically credits the contractor for work accomplished every other week by annotating the percentage of work he feels has been completed for the period on an AF Form 3065, Contract Progress Report, in order that the contractor may be paid for work completed. The inspection/test and resulting percentage of credit for work annotated on the AF Form 3065 does not constitute or imply acceptance of the work nor relieve the contractor of his/her responsibility for adequate quality control measures. If, at a later date, the work is found to be in non-compliance with the terms of the contract, the percentage of work credited on the AF Form 3065 may be adjusted accordingly.

   b. The contractor is hereby placed on notice that the government may charge the contractor any additional cost of inspection or test when work is not ready at the time specified by the contractor. If re-inspection or re-testing becomes necessary because the work was not in conformance with the contract, you may be charged for each individual present, for time spent portal to portal, for the inspection that fails. In other words, when you call for an inspection or test, you are indicating the work is complete and meets the specifications/drawings of the contract. When you call for an inspection you are indicating you are prepared for the government to accept the facility. The Inspection of Construction clause places the burden of quality control on the contractor; the government is not going perform your quality control holding repeat inspections.

   c. Final Inspections:

      (1) The government SABER Project Manager formulates a list of any minor deficiencies found and provides the contractor with a copy of the punch-listed items as soon as possible. However, it must be noted that it is the contractor's superintendent or quality controller that should also be making a list at the time of the inspection and not rely on the government to provide a list.

      (2) If the government finds numerous major deficiencies during the final inspection, the inspection shall be canceled and the contractor will be charged for government employees present (see paragraph IV.2.b. above).

3. If any member of your construction firm has any questions or concerns about materials that may or may not contain asbestos, you are requested to call Base Environmental Health at 677-2564. At the request of Dave Burke at DNREC, Dover, DE, please do not call his office prior to contacting base officials. Base officials have first priority in working any problems noted or questioned.

4. For the purpose of expediency in doing business, faxed documents will be authorized during the administration of this contract from either party (contractor or government). However, the hard copy or original document shall be forwarded shortly thereafter. Our fax number is 302-677-2905.

5. SOW, section 01010 stipulates the work schedule for working on DAFB, that being between 7:30 A.M. and 4:30 P.M. daily, Monday through Friday, excluding federal legal holidays. It further states that unless otherwise specifically authorized working other than these times is not permitted. If a situation arises where you feel your company needs to work the weekend, you are advised to request that deviation, in writing, at 48 working hours prior to the affected date. Failure to give the government three days to work the issued may result in a negative response.

6. It is recommended that the contractor use a brief "subject" line in all written correspondence (letters or emails). The "subject" should include a reference to your contract number and include a brief statement as to what the letter is about, i.e.: F07603-03-D-0002/(DO #), Time Extension; F07603-02-D-0002/(DO #), Request to Work Weekends; or F07603-02-D-0002/(DO #), Justification for Excusable Delays, etc. If the contractor writes several letters using the same date, it is easier to reference which letter the government is responding to by subject versus giving a brief summary of the contents of the letter. Also, referencing the contract number is of the utmost importance to ensure documents are maintained in the correct contract file. Note, the government does use a subject line to include the contract number, project number, title of project and then subject line.

7. Visitor and/or Vehicle Passes:

   a. The process for Visitor and/or Vehicle Passes varies with the Force Protection Condition (FPCON) level. Please check with your administrator for the current process.

   b. On occasion this office receives a frantic call from a spouse of one of the workers indicating there is a family emergency. The caller has no idea who their spouse is working for or where the work is taking place other than on DAFB. Please tell your employees to give their spouses enough information so we can help them. Giving them the phone number to the job site would be nice and then they wouldn't have to call this office; however, as a minimum, giving them the contract number would be a good start.

8. The Base Weather Office may be contacted to get up-to-date information on the weather when a specific portion of the work depends of good weather. For your scheduling purposes, you may call 677-4175 for a current check of the weather.

9. For a commercial telephone you must call Verizon to make the arrangements for the service. Coordinate your needs with Communications Squadron, the office of Plans and Implementation, Building 302, by calling 302-677-3882.

10. Dover Downs International Speedway is located on Route 13, approximately 5 miles north of DAFB. Twice a year NASCAR holds two Winston Cup races. Normally they are held the first week after Memorial Day and the third week after Labor Day. Be advised that local hotels and motels book their rooms well in advance for the week before each race; therefore, making lodging availability a problem.

11. Internet capabilities:

Since your company has Internet capabilities, you may want to check out the following:

    a. The Contracting Squadron's home page for current information regarding business opportunities, news and events, Federal Acquisition Regulation directory, squadron personnel directory and more can be found at http://www.dover.af.mil/org/

    b. For various blank forms see the below-indicated Internet addresses:

        (1) AF Forms: http://www.e-publishing.af.mil/

        (2) Standard and Optional forms: http://www.gsa.gov/forms/.

V. REGULATORY INFORMATION

    1. In accordance with 5 USC, Sections 7116(b)(7)(A) and 7311(3), Federal employees are prohibited from striking against the government; therefore, a strike or picket of DAFB by government employees would be an illegal act. In the unlikely event that this would happen, all contract employees providing work or services on base would be expected to cross the picket lines and report to work.

    2. The Standard Form (SF) 1413, Statement and Acknowledgment, is required to be signed and forwarded to this office within fourteen calendar days of awarding a subcontract. Since the contract administrator is responsible for visitors entering the base, unless there is evidence in the contract file that a subcontractor has been hired, persons identifying themselves as employees of a company that cannot be identified/verified to be working on this project _may_ not be allowed on base. If this Base is under a security situation (i.e.; Operation Enduring Freedom) your employee _shall not_ be sponsored on. This could cause your company delays. Also, if payrolls are received for a subcontractor for which the Contract Specialist does not have the SF 1413 on file, payment for that particular DO will not be processed. It is extremely important that all SF 1413s are received in a timely manner.

    3. Paragraph (e) of FAR 52.236-21, Specifications and Drawings for Construction, requires the contractor to coordinate all such shop drawings, review them for accuracy, completeness, and compliance with the contract requirements and indicate its approval thereon as evidence of such coordination and review. Shop drawings submitted without evidence of the contractor's approval shall be returned for resubmission.

    4. AF Form 3000, Material Approval Submittal – See SOW, pages 36 and 37:

        a. The contractor was briefed to review these meeting minutes for direction on how to fill out the form. FAILURE TO COMPLETE THE FORMS PROPERLY SHALL RESULT IN THE FORMS BEING RETURNED FOR REACCOMPLISHMENT. Quality control of the information provided is the contractor's responsibility.

        b. FAILURE TO SUBMIT AND OBTAIN TIMELY MATERIAL SUBMITTALS SHALL BE DETERMINED TO MEAN YOU HAVE FAILED TO COMPLY WITH CONTRACT TERMS AND SATISFACTORY PROGRESS IS NOT BEING MADE THEREBY ENDANGERING TIMELY PERFORMANCE/COMPLETION OF THIS PROJECT. AS A RESULT, RETAINAGE SHALL BE WITHHELD FROM YOUR MONTHLY PROGRESS PAYMENT UNTIL WHICH TIME THE SITUATION IS CORRECTED.

        c. The approval of any submittal is based on your representation that the submittal complies with all requirements listed in the specifications and drawings. If this representation is inaccurate, approval is withdrawn and you must immediately notify the government. You must resubmit and clearly indicate those areas of non-compliance or

CSS 000021

<u>deviations from the specifications and drawings. The contractor shall bear all liability (including time) for any re-submittal and obtaining these items necessary to comply with the specifications and drawings.</u>

    d. You are reminded that it is your responsibility to submit materials that comply with the contract requirements. Prior to using materials indicated on the Material Approval Submittal Schedule, the CO highly recommends (but it is not required) you obtain approval for the materials listed. If materials are installed prior to obtaining approval, in accordance with FAR 52.236-5, you do so at the risk of subsequent rejection and at no expense to the government. The following information is provided to summarize the directions found on the reverse of the AF Form 3000:

    (1) You are required to submit those items appearing on the "Material Approval Submittals" schedule found in your contract within 10 calendar days from issuance of the DO. The only exceptions shall be those submittals that are time-specific in the specifications (i.e.: testing and balancing of the HVAC, slump test for placed concrete, air sampling for asbestos, and as-built drawings at the completion of the job).

    (2) The "Material and Workmanship" clause requires you to identify or reference trade names, make, catalog numbers, etc.

    (3) In case any attached literature and/or samples were to be separated from the AF Form 3000, they should contain adequate information for easy identification. Each item will be tabbed or labeled indicating the contract number, item number and submittal number of the AF Form 3000.

    (4) The "NOTE" at the top of the Submittal Register found in any DO "Each submittal item shall be listed separately on the form with the 'Item No.' on the form corresponding to the item number on this schedule." Even if you make a re-submittal, please use the "Item Number" found on the Material Approval Submittals schedule.

    (5) Paragraph 4, on the reverse of AF Form 3000 indicates that a single submission should be used for all work of a section of the specifications. In other words, please don't mix, for example, plumbing items with electrical items for our technical people to review. It may require two different people to review, which causes the submittal to be held up longer. Also, if you do submit several different sections of the specifications on one submittal and the government takes longer than the usual time frame to evaluate, the government will not be held responsible for a long evaluation time and any delays it may cause the contractor.

    (6) You are required to indicate the specification section, paragraph number and/or a drawing number that requires the submittal in the appropriate block on the AF Form 3000. Failure to annotate the complete reference may result in a disapproved submittal.

    (7) THIS CANNOT BE STRESSED ENOUGH. <u>Any deviation from the requirements listed in the specification/SOW, drawings, sketches, etc., (i.e., a request for an approved equal) shall be pointed out prior to the government's evaluation. You are required to note the differences and the similarities of the two items in a separate document.</u> (See paragraph c above.)

    (8) If your submittal is incomplete or a component of the submitted item is incorrect, the government reserves the right to disapprove the particular item in total, thus requiring the entire submittal package to be returned upon re-submittal by your company. It is not to either party's advantage to approve a submittal when a submittal contains a write-up

noting only the voltage, style and/or size, etc., is incorrect. Without a disapproval, this write-up can be overlooked resulting in an incorrect end item being ordered and installed.

    (9) It is highly recommended when submitting a submittal required for each item description found on the Submittal Register (i.e.: Submittal Codes A-O), all submittal code requirements be submitted at the same time. For example, if the "Submittal Code" column on Submittal Register reflects an A, C, D, & J, simultaneously submit the catalog cuts/technical literature, certification, shop drawings and material safety data sheet.

    (10) If submitting a brochure or pamphlet which contains details on several different models of a product, indicate which model you are submitting for review. Failure to indicate which end item you are submitting may cause the submittal to be disapproved.

    (11) Near the top left of the AF Form 3000 there is a block that reads "Previous Submission Number." You only need to complete this block when you are resubmitting an item that has been previously disapproved on that particular DO. However, you may also use "Previous Submission Number" if you are using an item on a new DO that was previously approved on a prior DO.

    (12) An example of the <u>minimum</u> amount of information required on the AF Form 3000 in the blocks below the heading "TO BE COMPLETED BY CONTRACTOR" (noting the block asks that the "type, model number, catalog number, mfg., etc." be included) is as follows:

| ITEM NO. | SPECIFICATION SECTION/ PARA NO./DRAWING NO. | DESCRIPTION OF MATERIAL (Include Type, Model #, Catalog #, Mfg, Etc.) |
|---|---|---|
| 3 | 05500, 1.4 | Misc. Metal |
| 4 | 05500, 1.4 | Fasteners |
| 4B | " | Sample |
| 4I | " | Manufacturer's Instructions/Manuals |

    e. There is a block on the AF Form 3000 that reads "FOR GOVERNMENT USE ONLY". This block is found to the right of the section that reads "TO BE COMPLETED BY CONTRACTOR". There are four blocks under the title "FOR GOVERNMENT USE ONLY". They are: "APPROVED", "DISAPPROVED", "SEE REVERSE", and "INITIAL". These blocks are used by the Civil Engineering SABER Element while reviewing the submittal. Civil Engineering recommends approval or disapproval of the submittal; however, it is the CO that approves or disapproves the submittal. The annotation of whether or not the item is disapproved or approved can be found in the block near the bottom of the form, located one line above the CO's signature.

5. AF Form 3064, Contract Progress Schedule:

    a. The contractor was briefed to review these meeting minutes for the directions (also found and the reverse of the form itself) on how to complete the form. <u>The AF Form 3064 should NOT be submitted as a submittal.</u> FAILURE TO COMPLETE THE FORM PROPERLY SHALL RESULT IN THE SCHEDULE BEING RETURNED FOR REACCOMPLISHMENT.

    b. In accordance with the "Schedule for Construction Contracts" clause and as determined by the CO, you are required to submit your proposed schedule within 10 calendar days from commencement of work. Commencement of work is defined as the day the DO is issued.

    c. You are required to follow the directions on the reverse of the AF Form 3064 and submit the chart in four copies, two to be retained by the government.

    d. It is highly recommended that you utilize the entire performance period on your schedule from the Notice to Proceed (date of issuance of the DO) through to the completion date of the contract. Since the government calculates work completed on every other Friday your schedule too shall reference every other week increments, (Block D through Q) ending on a Friday for two-week periods. The only exception to that will be if the completion date of your contract ends other than on a Friday then end that reporting period on the appropriate date. Please check with your contract administrator for the first bi-weekly entry; each block after that will be a two-week period (except perhaps the last entry as stated above).

    e. List an appropriate number of work elements (Column H, Line 1 - 16) to properly evaluate the work as it proceeds. Keep in mind, the more elements listed or the finer the definition of work, the easier it is to evaluate the percentage of work completed for the period. If there is a disagreement between the contractor and the government SABER Project Manager's percentage of work completed on the AF Form 3065, payment for work completed is based on the government SABER Project Manager's evaluation of the amount of work that has been completed. If the work elements are not broken out sufficiently to properly evaluate work completed, these percentages may be low causing a lower progress payment than the contractor feels he is entitled to.

    f. Mobilization will not be an element of work on SABER DOs.

    g. Insurance is not to be listed on this form.

    h. At the bottom of the form, for each two-week increment, indicate the total percentage of work proposed for the week and the total cumulative of the project to that date. Example: The total percentage of work proposed for the first two-week period is 5%. Your entry at the bottom of the page in the first column would be 5/5 ("5" for the period/"5" for the cumulative total that period. The second two week period you propose to complete 8% of the work. At the bottom of the page for the second period you would enter 8/13 ("8" for the week/"13" for the cumulative total that period. The "5" last period and the "8" this report period equal the cumulative total of "13"). Continue this process for the duration through to 100% complete.

    i. You must also plot (graph) your proposed work schedule using a broken dotted line charted from line 15 of column D through to completion of the project at the intersection of line 5, column K. Correlate the graph with each week's entry of work completed starting at zero at line 15 column D. bottom left. Each line on the form represents a 5% increment.

    j. Be sure to date and sign the form upon its submission. You are reminded not to complete blocks 6 and 7 at the top right of this form. They will be completed at a later date.

    k. If you have any questions and/or need assistance completing this form, please contact the contract administrator. Remember, NO PROGRESS PAYMENT shall be made prior to approval of this form by the CO. For a performance period of less than 60 calendar days, an AF Form 3064 is not required. In this instance there will be no progress payments.

    l. If you are asked to revise your approved Proposed Progress Schedule due to changes resulting in an increase in the performance period, request that if you're planning

to change the percentages (%) of the work elements, please discuss the issue with your contract specialist before submitting a revised schedule. In some situations changing the percentages on the work elements can throw everything into a-tizzy particularly when progress payments have already been made. The government SABER Project Manager must then realign all percentages for payment purposes.

    m. There will be no payment for materials stored on site for this contract.

6. The AF Form 3065, Contract Progress Report:

    a. This report is to be completed using duplicate work elements listed on the AF Form 3064, Contract Progress Schedule.

Mr. Hutton agreed that Chugach will prepare the AF Form 3065 after a meeting with the government Project Manager on the Friday of the ending reporting period. The AF Form 3065 will be signed by a representative of Chugach and then forwarded to the Chief/ SABER Management Element for signature. After review and signature by CECS, the AF Form 3065 will be forwarded to the Contract Specialist.

    b. The contractor and the government SABER Project Managers are encouraged to review the work accomplished for the period and agree to the entries. If there is a difference of 5% of more between the two reports, a meeting will be held by the Contract Specialist to discuss the variance.

    c. Failure to submit a bi-weekly AF Form 3065 shall cause progress payment requests to be denied.

7. Davis-Bacon Act (DBA) Requirements:

    a. Owner-Operators of Dump Trucks: DOL recently informed this office that only owner-operators of dump trucks are exempt from the DBA labor provisions. All other subcontractors regardless of company or equipment ownership are subject to all of the labor provisions, including pay, if they individually perform any of the covered construction work at the job site. This office contacted Mr Enrique Lopez-Mena (302-596-0625) from the Philadelphia PA office to ask what specifically are subcontractors to do if they could no longer submit a payroll indicating "salaried". The following was provided:

    (1) "The DOL sets the criteria for DBA compliance. DOL All Agency Memorandum (AAM) No. 123 sets the compliance guidelines for owners of sub-contracting firms who themselves perform the work of laborers or mechanics in a job covered by the DBA. The following is taken directly from AAM # 123. ' ... when officers/owners of a subcontractor corporation, partnership, or proprietorship, are themselves performing the work of laborers and mechanics, the prime contractor must pay them weekly an amount equal to at least the applicable prevailing wages for the hours worked in the specific classification, and list them on his certified payroll records in accordance with Section 5.5(a)(3) of Regulation 29 CFR Part 5, Subtitle A.'

    (2) For guidance contractors and subcontractors may contact their nearest DOL office. The bottom line is that anyone working on a DBA project that is not otherwise exempt is protected. The regulations make it mandatory for the prime contractor to insure compliance and this may only be done by placing the subcontractor on the prime's payroll as required by AAM # 123."

    b. Supervisors' wages may be regulated under DBA if the supervisor does not meet all the exemption requirements given by the regulations in 29 CFR Part 5411.1. Briefly, to be exempt,

CSS 000025

the supervisor must be performing primarily managerial or administrative duties rather than mechanic or laborer work on the site. If a supervisor spends more than 20% of his/her work-week performing laborer or mechanic duties, the supervisor must be paid at least the minimum required wage rate for the classification for the time so spent. In that case, all the required wage information for this individual must be reported on the certified payrolls.

    c. Subcontractors' wages are protected by the DBA and the Contract Work Hours and Safety Standards Act (CWHSSA), even if the subcontractors are part owners in the company. If the subcontractor is performing any laborer or mechanic work on the site, he/she must be paid at least the minimum required wage rates for the classification of work performed. Their names and required wage data must be reported on the certified payrolls. Occasionally, the Part 541 exemption for managers might apply.

    d. Soil boring and drilling directly related to a construction project is considered DBA mechanic or laborer work by the DOL. On the other hand, soil boring and drilling for the purposes of gathering data, such as soil samples, for use in studies and planning is not considered DBA mechanic or laborer work. Technicians engaged in testing and analysis duties on a construction project are not considered laborers or mechanics unless the duties of any individual "technician" are limited to digging and extracting the soil samples in which case the "technician" would be considered a laborer and must be paid at least the required rate for that classification. Survey crewmembers performing duties of rodman, instrumentman, chainman, chief, etc. are not subject to DBA when performing those duties. A crewmember performing primarily manual work such as clearing brush is considered a laborer. DBA requirements apply for the time so spent.

    e. Steam and sandblast cleaning contracts are covered by the DBA as construction activity, and are not "service" contracts. Such operations, if performed on public buildings or public works, are for the purpose of renewing the original appearance or preparing the surface for treatment or painting which are activities covered by the DBA. Removing rubber from runways is DBA covered work.

  8. In reference to progress payments for work accomplished on this project, the following is offered:

    a. As a reminder, FAR 52.232-27, entitled "Prompt Payment for Constructions Contracts (February 2002)":

      (1) Requires an invoice be submitted with the below information or it will be returned:

        "(i) Name and address of the Contractor.
        (ii) Invoice date. (The Contractor is encouraged to date invoices as close as possible to the date of mailing or transmission.)
        (iii) Contract number or other authorization for work or services performed (including order number and contract line item number).
        (iv) Description of work or services performed.
        (v) Delivery and payment terms (e.g., prompt payment discount terms).
        (vi) Name and address of Contractor official to whom payment is to be sent (must be the same as that in the contract or in a proper notice of assignment).
        (vii) Name (where practicable), title, phone number, and mailing address of person to be notified in the event of a defective invoice.
        (viii) For payments described in subdivision (a)(1)(I) of this clause, substantiation of the amounts requested and certification in accordance with the requirements of the clause at 52.232-5, Payments Under Fixed-Price Construction Contracts. (See paragraph c. below for itemization.)
        (ix) Any other information of documentation required by the contract.

(x) While not required, the Contractor is strongly encouraged to assign and identification number to each invoice."

(2) Prompt payment for subcontractors and their subcontractors: A payment clause that obligates the Contractor to pay the subcontractor for satisfactory performance under its subcontract within 7 days from receipt of payment out of such amounts are paid to the ~~subcontractor~~ Contractor. Likewise, the subcontractor must include same for sub-tiers and each lower ~~tier~~ subcontractor or supplier.

b. In accordance with FAR 52.232-5, entitled: "Payments Under Fixed-Price Construction Contracts", the second sentence of paragraph (e) reads: "However, if satisfactory progress has not been made, the CO may retain a maximum of 10 percent of the amount of the payment <u>until satisfactory progress is achieved.</u>" (emphasis added). When a contractor's progress remains unsatisfactory, this office shall withhold the amounts retained on past progress payments as well and the present progress payment and shall continue until satisfactory progress is achieved. (Note, once back on schedule the contractor needs to include all the retainage withheld when calculating the invoice amount.)

c. FAR 52.232-5, Payments under Fixed-Price Construction Contracts (September 2002):

(1) The following items are required to be included on your invoice:

"(i) An itemization of the amounts requested, related to the various elements of work required by the contract covered by the payment requested.

(ii) A listing of the amount included for work performed by each subcontractor under the contract.

(iii) A listing of the total amount of each subcontract under the contract.

(iv) A listing of the amounts previously paid to each such subcontractor under the contract.

(v) Additional supporting data in a form and detail required by the Contracting Officer." (See FAR 52.232-27 for additional requirements.)

(2) In accordance with paragraph (c), the contractor must certify each request with the following signed statement:

"I hereby certify, to the best of my knowledge and belief, that-

(1) The amounts requested are only for performance in accordance with the specifications, terms, and conditions of the contract;

(2) All payments due to subcontractors and suppliers from previous payments received under the contract have been made, and timely payments will be made from the proceeds of the payment covered by this certification, in accordance with subcontract agreements and the requirements of chapter 39 of Title 31, United States Code;

(3) This request for progress payments does not include any amounts which the prime contractor intends to withhold or retain from a subcontractor or supplier in accordance with the terms and conditions of the subcontract; and

(4) This certification is not to be construed as final acceptance of a subcontractor's performance.

_____
(Name)

_____
(Title)

_____
(Date)

d. In accordance with DOL laws and government acquisitions, provisions and clauses for FAR Part 22, you are required to submit payrolls within 7 days from the first

CSS 000027

pay period and weekly thereafter. A requirement that a lot of contractors are missing is the fact that when payrolls indicate fringe benefits are paid on behalf of workers, the compliance statement of the certified payroll must show the amounts and name of the funds receiving the payments. Failure to submit weekly payrolls that are correct shall cause your company to experience a delay in payment.

    e. Progress and final payments are now being processed by DFAS-FV/OM, P.O. Box 7020, Bellevue NE 68005.

    f. (NOTE: NAF now pays through electronic funds transfer also!!!) Payment by Electronic Funds Transfer (EFT) Clause, FAR 252.232-7009, appears in your contract. The clause states that payments due under this contract shall be made by electronic funds transfer. When you registered in the Central Contract Registration bank, you completed the information for the Finance office to process your payments through the use EFT. All payments, regardless of the number of different contracts you may have, will be paid by the same method.

NOTE: This is your formal written notice, if payrolls, SF 1413s, etc., are not received and current for each delivery order upon submission of an invoice for payment from the contractor, the invoice shall be returned to the contractor unprocessed without further notification.

    9. Value Engineering - Construction clause (FAR 52.248-3) is not applicable to the SABER contract.

    10. Accident Prevention, FAR 52.236-13, requires the contractor to provide and maintain work environments and procedures that will safeguard the public, government and contractor personnel. Alternate I is a part of the contract when the contract is for a long duration or of a hazardous nature. Before commencing work, the contractor shall:

    "(1) Submit a written proposed plan for implementing this clause. The plan shall include an analysis of the significant hazards to life, limb and property inherent in contract work performance and a plan for controlling these hazards; and

    (2) Meet with representative of the CO to discuss and develop a mutual understanding relative to administration of the overall safety program."

    11. The Drug Free Workplace Clause, FAR 52.223-6 requires the contractor to
    a. Publish a statement notifying its employees that the unlawful manufacture, distribution, dispensing, possession, or use of a controlled substance is prohibited on the contractor's workplace and specify the actions that will be taken against employees for violation of such prohibition.
    b. Establish an ongoing drug-free awareness program to inform the employees about:
    (1) The dangers of drug abuse in the workplace;
    (2) The contractor's policy of maintaining a drug-free workplace;
    (3) Any available drug counseling, rehabilitation, and employee assistance programs; and
    (4) The penalties that may be imposed upon employees for drug abuse violations occurring in the workplace.
    c. Provide all employees engaged in performance of the contract with a copy of the statement required by the clause.
    d. Notify such employees in writing in that statement that as a condition of continued employment on this contract, the employee will:
    (1) Abide by the terms of the statement; and
    (2) Notify the employer in writing of the employee's conviction under a criminal drug statute for a violation occurring in the workplace no later than 5 calendar days after such conviction.

CSS 000028

e. Notify the CO in writing within 10 calendar days after receiving notice under paragraph d. above, from an employee or otherwise receiving actual notice of such conviction. The notice shall include the position title of the employee.

f. Within 30 calendar days after receiving notice of a conviction, under paragraph d. (2) above, take one of the following actions with respect to any employee who is convicted of a drug abuse violation occurring in the workplace:

(1) Take appropriate personnel action against such employee, up to and including termination; or

(2) Require such employee to satisfactorily participate in a drug abuse assistance or rehabilitation program approved for such purposes by a Federal, State or local health, law enforcement, or other appropriate agency.

g. Make a good faith effort to maintain a drug-free workplace through implementation of paragraph a. through paragraph f. above.

The contractor's failure to comply with the requirements of the clause may cause the government to suspend contract payments, terminate for default, suspend or debar the contractor from further doing business with the government.

12. Your contract contains FAR 52.222-37, Employment Reports on Disabled Veterans and Veterans of the Vietnam Era.

a. You are required to report:

(1) The number of disabled veterans and the number of veterans of the Vietnam era in the workforce of the contractor by job category and hiring location; and

(2) The total number of new employees hired during the period covered by the report, and of that total, the number of disabled veterans, and the number of veterans of the Vietnam era.

b. The above items shall be reported by completing the form entitled "Federal Contractor Veterans' Employment Report VETS-100." You may submit this report electronically by visiting http://vets100.cudenver.edu/ on the Internet. Or, you may submit a hard copy to: U.S. DOL, Office of Veterans' Employment and Training, VETS-100 Reporting System, 6101 Stevenson Ave, Alexandria VA 22304-3540.

c. Reports shall be submitted no later than 30 September of each year.

d. The employment activity report required by paragraph (a)(2) of this clause shall reflect total hires during the most recent 12-month period as of the ending date selected for the employment profile report required by paragraph (a)(1) of this clause.

e. *Subcontracts.* The Contractor shall include the terms of this clause in every subcontract or purchase order of $10,000 or more unless exempted by rules, regulations, or orders of the Secretary.

f. If you have any questions about the VETS-100 reporting requirements, please call VETS-100 Processing Center at 703-461-2460.

13. FAR 52.212-5, Liquidated Damages – Construction is in your contract.

a. If you fail to complete the work within the time specified in the contract, or any extension, you shall pay to the government as liquidated damages, the sum of $223.28 (minimum) for each day of delay to include the day of acceptance.

b. Liquidated damages are not punitive in nature. They are typically based on administrative costs for an estimated number of hours it takes various persons to administer the contract on any given day. An example of persons involved are the government SABER Project Manager, Contracting Officer, Contract Specialist, Chief/Infrastructure Flight, Legal, etc. The amount of liquidated damages may be revised to include lost revenue, i.e.; idle housing, or costs incurred for rental of a building, portable toilets, etc.

c. Liquidated damage amounts may change depending on the stages, phases, and location of work.

CSS 000029

## VI. CLOSING

1. It must be stressed that the government expects you to complete all work on this contract in the amount of time so stated and agreed upon. Failure to complete on time or maintain your approved progress schedule may preclude your firm from being awarded future contracts, receiving progress payments, obtaining future bonds, or all of the above. To reiterate, barring excusable delays, you are expected to complete the work and have an acceptable final inspection within the time frame of this contract.

2. Construction Contractor Appraisal Support System (CCASS) - In 1987 the Corps of Engineers established the CCASS database. The idea was to have one central database that all Department of Defense agencies could access and obtain performance data on a specific contractor. The Corps wanted to prevent poor performers from continuing doing business with the government. Upon completion of your contract the offices of Contract Management and Construction Flight jointly evaluate your performance. The areas of evaluation are quality of work, timely performance, effectiveness of management, compliance with labor standards, and compliance with safety standards. Failure to receive an overall satisfactory rating or better, could cause your company to be determined non-responsible for future government contracts not only at this base but elsewhere.

3. With no further questions, the meeting was adjourned at 1600 hours.

4. The foregoing is believed to be an accurate summary of discussions held during subject meeting. Those present should advise the undersigned of any additional information, clarifications, or corrections that they feel should be made to the minutes within 15 days of receipt. Failing notification to the contrary, these minutes will stand for the record.

D. GLENN LAMBERT
Contract Specialist

Reviewed by: JACQUELINE J. MCGEE
Contracting Officer

Attachment:
AF Form 3035 w/Attendance Roster

cc: jhutton@chugach-ak.com
    CECS: kim.shore@dover.af.mil
    CEOD: ronald.morra@dover.af.mil