

**DEPARTMENT OF THE AIR FORCE**
HEADQUARTERS 436TH AIRLIFT WING (AMC)

21 February 2003

CONTRACT NO: F07603-03-D-0002

PROJECT NO: Assigned for each project

PROJECT TITLE: Simplified Acquisition of Base Engineering Requirements

CONTRACTOR: Chugach Support Services, Inc.
560 E. 34th Avenue, Suite 300
Anchorage AK 99503-4196

AMOUNT OF CONTRACT: Not-To Exceed $30,000,000.00 (Initial contract period plus four 12 month option periods)

NOTICE TO PROCEED DATE: Notice to proceed is issued with the award of each delivery order.

PERFORMANCE PERIOD: 1 March 2003 – 29 February 2004 (Initial contract period)

COMPLETION DATE: 29 February 2004 (Initial contract period)

AMENDMENTS: 2

ADDENDA: None

MODIFICATIONS: None

CONTRACTING OFFICER: Jacqueline J. McGee

CONTRACT SPECIALIST: Glenn Lambert

CONSTRUCTION INSPECTOR: Kim Shore, 302-677-6828
Guy Smith, 302-677-6831
Bob Baines, 302-677-6827
Nam Tran, 302-677-2757
MSgt Steven Anderson, 302-677-6830

SCOPE OF WORK: This is an indefinite delivery, indefinite quantity (IDIQ) contract for construction efforts at Dover Air Force Base, Delaware. The government will award construction projects by individual delivery orders on an as-needed basis. The contractor shall furnish all personnel, equipment, tools, materials, supervision, and other items and services necessary to design, manage, and accomplish a broad range of maintenance, repair, alteration, and/or new construction work. During the contract period, the Base Civil Engineer (BCE) will identify construction tasks and the Contracting Officer, henceforth referred to as CO, will issue individual delivery orders to the contractor to complete the work. The contractor shall maintain an office on Dover Air Force Base in order to receive work requests and other related requirements to accomplish each individual delivery order. Projects will include tasks in a variety of trades, including, but not limited to the following:

- Site Work, Concrete, Masonry, Metals, Wood and Plastics, Thermal and Moisture Protection, Doors and Windows, Finishes, Specialties, Equipment, Special Construction, Conveying Systems, Mechanical, and Electrical.

- Residential/Commercial Repair and Remodeling.
- Abatement of Hazardous Material.

CSS 000031

OMB APPROVAL NO. 2700-0042

| SOLICITATION, OFFER, AND AWARD (Construction, Alteration, or Repair) | 1. SOLICITATION NO. F07603-03-R-0006 | 2. TYPE OF SOLICITATION<br>☐ SEALED BID (IFB)<br>☒ NEGOTIATED (RFP) | 3. DATE ISSUED 9-Dec-02 | PAGE OF PAGES 1 of 56 |
|---|---|---|---|---|

IMPORTANT – The "offer" section on the reverse must be fully completed by offeror.

| 4. CONTRACT NO. F07603-03-D-0002 | 5. REQUISITION/PURCHASE REQUEST NO. N/A | 6. PROJECT NO. SABER |
|---|---|---|

| 7. ISSUED BY   CODE | 8. ADDRESS OFFER TO |
|---|---|
| 436th CONTRACTING SQUADRON<br>BLDG 639 ATLANTIC STREET<br>DOVER AFB DE 19902-5639 | GLENN LAMBERT<br>639 ATLANTIC STREET<br>DOVER AFB DE 19902-5639<br><br>TEL: 302-677-5038     FAX: 302-677-2905 |

| 9. FOR INFORMATION CALL: | A. NAME GLENN LAMBERT | B. TELEPHONE NO. (Include area code) (NO COLLECT CALLS) 302-677-5038 |
|---|---|---|

## SOLICITATION

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder."

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS (Title, identifying no., date):

This is a fixed-price, indefinite delivery-indefinite quantity (IDIQ) with economic price adjustment, Simplified Acquisition of Base Engineering Requirements (SABER) contract for the acquisition of multi-discipline construction projects between $2,000.00 and $500,000.00.

The minimum quantity of work which will be required under this contract during the basic period and which will be initiated by one or more delivery orders, will not be less than $300,000.00 for the basic period. The maximum dollar value of this contract shall not exceed $30,000,000.00 over the life of the contract.

The Notice to Proceed will be as stated in individual delivery orders written against the contract (See Section H, Paragraph 22.0 entitled Notice to Proceed).

The contractor shall begin performance within the number of calendar days specified on each delivery order and complete the work ready for its intended use within the number of calendar days specified therein.

See Section L, Paragraph 1.0, General Proposal Preparation Instructions.

Facsimile or electronic proposal is authorized.

MARK ENVELOPES "SOURCE SELECTION SENSITIVE".

This requirement is set aside for sole source 8(a) in accordance with FAR 19.805(b)(2).

The Small Business Administration Requirements Number is 1084-03-300540.     The NAICS Code Number is 236210.

11. The Contractor shall begin performance within __*__ calendar days and complete it within __*__ calendar days after receiving ☐ award, ☒ notice to proceed. This performance period is ☒ mandatory, ☐ negotiable. (See *FAR 52.211-10 .)

| 12A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? (If "YES," indicate within how many calendar days after award in Item 12B.)<br>☒ YES    ☐ NO | 12B. CALENDAR DAYS 15 |
|---|---|

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and __4__ copies to perform the work required are due at the place specified in Item 8 by 1600 local time (hour) local time 12/30/2002 (date). If this is a sealed bid solicitation, offers must be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

B. An offer guarantee    ☐ is,    ☒ is not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing less than __120__ calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.

| NSN 7540-01-155-3212<br>Computer Generated | 1442-101 | STANDARD FORM 1442 (REV. 4-85)<br>Prescribed by GSA<br>FAR (48 CFR) 53.236-1(e) |
|---|---|---|

CSS 000032

F07603-03-D-0002

**OFFER** *(Must be fully completed by offeror)*

| 14. NAME AND ADDRESS OF OFFEROR *(Include ZIP Code)* | 15. TELEPHONE NO. *(Include area code)* |
|---|---|
| CHUGACH SUPPORT SERVICES, INC.<br>560 E. 34TH AVENUE<br>ANCHORAGE, AK 99503-4196<br><br>DUNS 070970715 | (907) 563-8866 |
| | 16. REMITTANCE ADDRESS *(Include only if different than Item 14)* |
| CODE 1V1D3      FACILITY CODE | |

17. The offeror agrees to perform the work at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government within ____ calendar days after the date offers are due. *(Insert any number equal to or greater than the minimum requirement stated in Item 13D. Failure to insert any number means the offeror accepts the minimum in Item 13D.)*

AMOUNTS ▶

18. The offeror agrees to furnish any required performance and payment bonds.

19. ACKNOWLEDGMENT OF AMENDMENTS
*The offeror acknowledges receipt of amendments to the solicitation — give number and date of each*

| AMENDMENT NO. | 0001 | 0002 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DATE | 12/16/02 | 1/9/03 | | | | | | | | |

| 20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER *(Type or print)*<br>JAMES H. HUTTON, CONSTRUCTION DIVISION MANAGER | 20B. SIGNATURE | 20C. OFFER DATE<br>January 29, 2003 |
|---|---|---|

**AWARD** *(To be completed by Government)*

21. ITEMS ACCEPTED:
CONTRACT CLIN 0001 and CLIN 0005

| 22. AMOUNT<br>NOT TO EXCEED $30M OVER LIFE OF CONTRACT | 23. ACCOUNTING AND APPROPRIATION DATA<br>TO BE IDENTIFIED ON INDIVIDUAL DELIVERY ORDERS |
|---|---|
| 24. SUBMIT INVOICES TO ADDRESS SHOWN IN *(4 copies unless otherwise specified)* ▶   ITEM 7 | 25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO<br>☒ 10 U.S.C. 2304(c)( 5 )    ☐ 41 U.S.C. 253(c)( ) |
| 26. ADMINISTERED BY       CODE<br>SAME AS BLOCK 7 | 27. PAYMENT WILL BE MADE BY<br>DFAS-FV/OM<br>P.O. BOX 7020<br>BELLEVUE NE 68005-1920 |

CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE

☒ 28. NEGOTIATED AGREEMENT *(Contractor is required to sign this document and return  2  copies to issuing office.)* Contractor agrees to furnish and deliver all items or perform all work, requisitions identified on this form and any continuation sheets for the consideration stated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications or incorporated by reference in or attached to this

☒ 29. AWARD *(Contractor is not required to sign this document.)* Your offer on this solicitation is hereby accepted as to the items listed. This award consummates the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual document is necessary.

| 30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN *(Type or print)*<br>JAMES H. HUTTON, CONSTRUCTION DIVISION MANAGER | 31A. NAME OF CONTRACTING OFFICER *(Type or print)*<br>JACQUELINE J. MCGEE |
|---|---|
| 30B. SIGNATURE | 30C. DATE<br>January 30, 2003 | 31B. UNITED STATES OF AMERICA<br>BY | 31C. AWARD DATE<br>2003 FEB 21 |

Computer Generated

STANDARD FORM 1442 BACK (REV. 4-85)

CSS 000033

Soliciation No. F07603-03-R-0006
Contract No. F07603-03-D-0002
Page 2 of 56

SECTION B Supplies or Services and Prices

PART I - THE SCHEDULE
SECTION B
SUPPLIES OR SERVICES AND PRICES/COST

The contractor shall perform any and all functions called out in the contract per the scope specified in individual delivery orders issued against this contract. The unit prices shall be as specified in the unit price database provided by the R.S. MEANS®, current as of the date of the basic contract period, multiplied times the applicable coefficient entered below:

Initial Contract Period: 1 March 2003 through 29 February 2004

CONTRACT LINE ITEM NUMBERS (CLINS)

| (CLINS) | DESCRIPTION | COEFFICIENT |
|---|---|---|
| 0001 | Standard working hours in areas *not requiring escorts* | 1.234 |
| 0002 | Nonstandard working hours in areas *not requiring escorts* | (Reserved) |
| 0003 | Standard working hours in areas *requiring escorts* | (Reserved) |
| 0004 | Nonstandard working hours in areas *requiring escorts* | (Reserved) |

PROJECT ESTIMATING

| 0005 | That portion of the preceding CLINs attributed to Project Estimating | 3% |

(See Section H, paragraph 1.0 for explanation of this CLIN)

OPTION PERIODS

CONTRACT OPTION PERIODS: Option periods run for a one (1) year period following the last day of the previous contract period. Definitive beginning and ending date for the option periods shall be identified on the award document based on the establishment of the definitive basic contract period.

1st option period: 1 March 2004 through 28 February 2005
The contractor shall perform any and all functions called out in the contract per scope specified in individual delivery orders issued against this contract. The unit prices shall be as specified in the unit price database provided by R.S. Means® Company, current as of the date of the FIRST OPTION PERIOD, multiplied times the applicable coefficient entered for the BASIC CONTRACT PERIOD.

2nd option period: 1 March 2005 through 28 February 2006
The contractor shall perform any and all functions called out in the contract per scope specified in individual delivery orders issued against this contract. The unit prices shall be as specified in the unit price database provided by R.S. Means® Company, current as of the date of the SECOND OPTION PERIOD, multiplied times the applicable coefficient entered for the BASIC CONTRACT PERIOD.

Soliciation No. F07603-03-R-0006
Contract No. F07603-03-D-0002
Page 3 of 56

**3rd option period: 1 March 2006 through 28 February 2007**
The contractor shall perform any and all functions called out in the contract per scope specified in individual delivery orders issued against this contract. The unit prices shall be as specified in the unit price database provided by R.S. Means® Company, current as of the date of the THIRD OPTION PERIOD, multiplied times the applicable coefficient entered for the BASIC CONTRACT PERIOD.

**4th option period: 1 March 2007 through 29 February 2008**
The contractor shall perform any and all functions called out in the contract per scope specified in individual delivery orders issued against this contract. The unit prices shall be as specified in the unit price database provided by R.S. Means® Company, current as of the date of the FOURTH OPTION PERIOD, multiplied times the applicable coefficient entered for the BASIC CONTRACT PERIOD.

## NOTES

1.0. In order to be considered for award, each offeror must submit four (4) coefficients, (CLINS 0001 through 0004); and identify that portion of the preceding coefficients attributed to project estimating and preparation of minimal design packages (CLIN 0005). The government uses these multipliers to determine the price of work for each task on individual delivery orders. The prices established in the R.S. Means® database bare costs (which means no markup for overhead and profit (O&P)) column, will be multiplied by the City Cost Index Weighted Average Total for Dover, Delaware, or geographically closest city listed if Dover, Delaware should be deleted and the coefficient to arrive at the actual price for a unit of work. The coefficients shall be represented as "net", a "decrease from" or an "increase to" the prices listed in the R.S. Means®. An offer of "net" would be represented as "1.0". An example of a decrease from the prices in R.S. Means® would be "0.98." An example of an increase above the prices listed in the R.S. Means® would be "1.10". The figure entered for CLIN 0005 shall be represented in the same manner (raw figure) as the coefficient.

2.0. If the government directs a work schedule during nonstandard hours, then the coefficients entered for CLIN 0002 or 0004, as appropriate, shall be applied against those items of work, which will be performed during the nonstandard hours. The price for the remaining items of work is calculated using the coefficients entered for CLIN 0001 or 0003, as appropriate. The term "nonstandard working hours" is not to be interpreted as "overtime."

3.0. Offered coefficients must contain all allowable contractor costs, including contingencies and profit. Examples of such costs are; gross receipts taxes and payroll taxes, such as FICA, workmen's compensation, state and federal unemployment taxes for direct payroll employees, superintendents' salaries, builders' risk insurance, initial contract startup mobilization and demobilization expenses, individual project mobilization and demobilization expenses, and any and all bond premiums. Coefficients shall also include various overhead expenses, including *project estimating*, project engineering, site office overhead, field office building, furniture, equipment, on-site office staff salaries, vehicle and construction equipment maintenance, office administrative expenses, grounds keeping in and around field office site, and a proportional share of home office overhead. The coefficient must also include all insurance, special clothing for workers, traffic barricades, flag persons, daily and final cleanup, all supervision, delivery of materials/equipment to Defense Reutilization and Marketing Office (DRMO) estimated to be required in 85% of all delivery orders as well as, paperwork fees associated with a particular delivery order (i.e., asbestos removal plan preparation estimated to be required approximately three (3) times per contract period and lead abatement plan preparation estimate to be required approximately one (1) time per contract period), consultant fees, all on and off site storage, etc. Offered coefficients must also contain any and all associated costs for the contractor's temporary office space at the beginning of the contract (see Technical Specifications – General Requirements Statement of Work (SOW), paragraph 2.1, pages 9 and 9A), and any and all associated costs for relocation and support of a field office or off-base location after the last day of the contract (see Section H, paragraph 19.2).

4.0 The following Subdivisions/Major Classifications, as contained in R.S. Means® shall not be used as line items in pricing delivery orders issued under this contract. These costs shall be covered in the coefficients:

CSS 000035

Soliciation No. F07603-03-R-0006
Contract No. F07603-03-D-0002
Page 4 of 56

Subdivision 011 – Summary, excluded in it entirety.
Subdivision 012 – Price and Payment Procedures, excluded in its entirety.
Subdivision 013 – Administrative Requirements, excluded in its entirety.
Subdivision 014 – Quality Control, excluded in its entirety.
Subdivision 015 – Temporary Facilities and Controls, all excluded with exception of 01540 500, Personal Protective Equipment, 01540 750, Scaffolding and 01590, Equipment Rental.
Subdivision 017 – Execution Requirement, excluded in its entirety.
Subdivision 018 – Facility Operations, excluded in its entirety.

5.0. No changes to the coefficient will be permitted for Option Periods. The R. S. Means® Company updates their database yearly. This update shall provide the only economic price adjustment under the contract with the exception in Section H, paragraph 18.0, entitled Non-prepriced Items (NPIs).

6.0. The terms and conditions of the contract, including but not limited to coefficients, prices included in the R. S. Means® Company database, and prices included in the unit price guide (UPG) are applicable to all delivery order modifications.

7.0. CLAUSES AND PROVISIONS

7.1. Clauses and provisions from the Federal Acquisition Regulation (FAR) and supplements thereto, are incorporated in this document by reference and in full text. Those incorporated by reference have the same force and effect as if they were given in full text.

7.2. Clauses and provisions in this document will be numbered in sequence, but will not necessarily appear in consecutive order.

7.3. SECTIONS K, L, and M will be physically removed from any resultant award, but will be deemed to be incorporated, by reference, in that award.

CSS 000036

Soliciation No. F07603-03-R-0006
Contract No. F07603-03-D-0002
Page 5 of 56

SECTION C Descriptions and Specifications

PART I - THE SCHEDULE
SECTION C
DESCRIPTION/SPECIFICATIONS/UNIT PRICE BOOK

1.0. **GENERAL Description:** See Technical Specifications - General Requirements, Section 01010, paragraph 1.1 for description.

2.0. **SABER Technical Specifications.** The SABER Technical Specifications, Volume One (1) of this solicitation, are numbered and organized by the 1995 edition of the Construction Specification Institute's (CSI) Master Format. All specifications are filed in Division 1 through 16 as per CSI guidelines. Some specifications are broadly scoped in nature and contain a variety of items. Therefore, they will have several unit price designators. Other specifications will not have pricing information. These items are those which are special ordered from the manufacturer or the items involved would be proprietary to each manufacturer's own equipment. Divisions 2 through 16 reference the Army Corps of Engineers Military Constructions Guide Specifications as the primary and NAVFAC Basic Guide Specifications as the secondary for construction. Within 20 days of award, the contractor shall obtain three (3) copies of the latest edition (CD ROM version) of the Unified Facility Guide Specifications from the following:
National Institute of Building Sciences
1201 L Street, N.W., Suite 400
Washington, D.C. 20005-4019
(202) 289-7800


*ORDERED*

The Unified Facility Guide Specifications package contains a complete copy of the US Army Corps of Engineers Military Construction Guide Specifications and the NAVFAC Basic Guide Specifications. The contractor shall provide one copy to the Base Civil Engineer SABER office, one copy to the contracting officer, and retain the third copy in his on-site SABER office. The contractor shall have a means of accessing the guide specifications at their on site office. These specifications shall form the basis for evaluating work performance throughout the life of this contract. The intent of these specifications is to furnish concise industrial and/or commercial standards for maintenance and repair of government facilities. To prevent confusion the Army COE guide specifications will be referred to by number only and the NAVFAC specifications will be preceded by the designator NAV.

3.0. **Construction Codes.** The contractor shall comply with the latest edition of the following building codes for any construction under this contract. The contractor shall have a copy of each of these documents for use during the term of the contract, and furnish one (1) complete set to the government at the beginning of the contract and throughout the life of the contract. The contractor shall maintain these code books current throughout the life of the contract by obtaining copies of any and all revisions/updates as they become available, not to exceed 60 days of the release of the revision. If there is a conflict between these codes, regulations, and specifications, the most stringent requirement shall apply.

The Uniform Building Code
The Uniform Mechanical Code
The National Electric Code
The Standard Plumbing Code
The National Fire Protection Association (NFPA) Code
Building Office Construction Authority (BOCA) Codes

CSS 000037

Soliciation No. F07603-03-R-0006
Contract No. F07603-03-D-0002
Page 6 of 56

SECTION E Inspection and Acceptance

INSPECTION AND ACCEPTANCE TERMS

Supplies/services will be inspected/accepted at:

| CLIN | INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|------|------------|------------|-----------|-----------|
| 0001 | Destination | Government | Destination | Government |
| 0002 | Destination | Government | Destination | Government |
| 0003 | Destination | Government | Destination | Government |
| 0004 | Destination | Government | Destination | Government |
| 0005 | Destination | Government | Destination | Government |

CLAUSES INCORPORATED BY REFERENCE:

52.246-12    Inspection of Construction                             AUG 1996

CSS 000038

Soliciation No. F07603-03-R-0006
Contract No. F07603-03-D-0002
Page 7 of 56

SECTION F Deliveries or Performance

DELIVERY INFORMATION

| CLINS | UNIT OF ISSUE | QUANTITY | FOB | SHIP TO ADDRESS |
|---|---|---|---|---|
| 0001 | Lump Sum | 999.00 | Dest. | FQ4497<br>436 CES/CERF - FQ4497, FU0201, F13CES,<br>600 CHEVRON STREET<br>DOVER AFB DE  19902-5600 |
| 0002 | Lump Sum | 999.00 | Dest. | Same as CLIN 0001 |
| 0003 | Lump Sum | 999.00 | Dest. | Same as CLIN 0001 |
| 0004 | Lump Sum | 999.00 | Dest. | Same as CLIN 0001 |
| 0005 | Lump Sum | 999.00 | Dest. | Same as CLIN 0001 |

CLAUSES INCORPORATED BY REFERENCE:

| 52.211-18 | Variation in Estimated Quantity | APR 1984 |
| 52.247-34 | F.O.B. Destination | NOV 1991 |

CLAUSES INCORPORATED BY FULL TEXT

52.211-12   LIQUIDATED DAMAGES--CONSTRUCTION (SEP 2000)

For the purposes of the clause the blank is completed as follows:

(a) The sum will be sited on individual delivery orders for each day of delay.

NOTE:  The contracting officer may include this clause in all delivery orders issued against the basic contract.  The amount of $223.28 is the base figure for administrative costs that will be charged for liquidated damages per calendar day of delay.  The amount noted includes only applicable contractual administration charges.  Should equipment or facility charges be included, that amount of liquidated damages will be increased to cover those costs to the government and shall be indicated on the individual delivery order.  If different completion dates are specified in the contract for separate parts or stages of work, paragraph (a) of the clause will state the amount of liquidated damages for each separate part of stage of the work.
(End of Clause)

Soliciation No. F07603-03-R-0006
Contract No. F07603-03-D-0002
Page 8 of 56

SECTION G Contract Administration Data

CLAUSES INCORPORATED BY REFERENCE:

252.201-7000  Contracting Officer's Representative                DEC 1991

CLAUSES INCORPORATED BY FULL TEXT

G-1  CONTRACT ADMINISTRATION

Administration of the delivery orders under this contract will be performed by 436 CONS/LGCA, Dover AFB, Delaware. No changes, deviations, or waivers shall be effected without a modification of the contract, executed by the contracting officer authorizing such changes, deviations, or waivers.

G-2  MAILING OF INVOICES

Properly prepared invoices in an original and three copies, bearing the contract number, applicable delivery order number, invoice number, and accounting and appropriation data, will be submitted to:

436 CONS/LGCA
639 Atlantic Street
Dover AFB, Delaware 19902-5639

G-3  IDENTIFICATION OF CORRESPONDENCE

All correspondence and data submitted by the contractor under this contract shall reference the contract number, delivery order number, project title, and project number.

G-2  ACCOUNTING AND APPROPRIATION DATA

Funds, including funds for the contract minimum, will be obligated on individual delivery orders, not on the contract itself.



252.242-7000    POSTAWARD CONFERENCE (DEC 1991)

The Contractor agrees to attend any postaward conference convened by the contracting activity or contract administration office in accordance with Federal Acquisition Regulation subpart 42.5.
(End of Clause)

CSS 000040