Soliciation No. F07603-03-R-0006
Contract No. F07603-03-D-0002
Page 9 of 56

SECTION H Special Contract Requirements

PART I - THE SCHEDULE
SECTION H
SPECIAL CONTRACT REQUIREMENTS

**1.0. Separate Requirement for Project Estimating**

1.1. In order to expedite year-end or emergency requirements, the government may request the contractor to prepare a design and cost proposal, and participate in negotiations for a specific project prior to the government's receipt of full project funding. Once designed and negotiated, the project may be placed on hold awaiting construction funds. However, a delivery order for project estimating will be issued and paid immediately following successful negotiations. The effort will be referred to as a project estimating. Compensation for project estimating will be determined by multiplying each task negotiated for the work described in the request for proposal (individual delivery order) times the figure entered on the Price Schedule (Section B, CLIN 0005) for project estimating. It is paramount that the figure entered on the Schedule for *Project Estimating* represent only that portion of CLINS 0001 through 0004, attributed to *Project Estimating*. The figure entered for Project Estimating shall remain constant for the duration of the contract, to include any options that may be exercised. The CLIN for Project Estimating shall not be construed as an additional cost under the contract. Only the CLIN for *Project Estimating* shall be computed on delivery orders issued for that purpose.

1.2. Once funds become available for the actual construction of a project previously negotiated under project estimating, the total negotiated construction amount shall be adjusted (decreased) by the amount previously paid as compensation for project estimating. If the design is less than one year old, the original negotiated amount will be used. Designs older than one year will be updated to the current R.S. Means® Computerized Pricing Guide (MCPG). A separate delivery order shall be issued to construct the work described in the statement of work.

1.3. While, it is not the government's intent to have the contractor provide a design/estimating service for projects with no serious SABER construction consideration, the government is not obligated to issue a delivery order for the construction work described in the delivery order issued for *project estimating*.

1.4. If the government and the contractor cannot come to an agreement on a particular project to be priced under the *project estimating* process, negotiations shall be terminated without cost to the government.

**2.0. Project Distribution:** It is estimated that the maximum dollar amount of this contract at Dover AFB, Delaware, will be distributed as follows:

95%   Work accomplished during *standard* working hours (7:30 am – 4:30 pm local time) in areas not requiring escorts (CLIN 0001)

1%   Work accomplished during *non-standard* working hours in areas not requiring escorts (CLIN 0002)

3%   Work accomplished during *standard* working hours in areas requiring escorts. (CLIN 0003)

1%   Work accomplished during *non-standard* working hours in areas requiring escorts (CLIN 0004)

**3.0. Professional Engineering Requirement:** The possibility exists that particular designs may require proof of licensing (i.e., an Engineer's stamp). The government anticipates less than five (5) percent of the designs will require an engineer's stamp. However, when such conditions do occur, the contractor shall provide said proof for the discipline appropriate to the design. This requirement is not an additional cost under the contract and should be included in CLINS 0001, 0002, 0003, and 0004.

Soliciation No. F07603-03-R-0006
Contract No. F07603-03-D-0002
Page 10 of 56

4.0  Delivery Order Historical Data: Construction projects under this contract will generally range from $2000 to $500,000. The following is other pertinent historical information on the SABER contract at Dover AFB, Delaware, as accumulated during the period 1 Dec 98 through 30 Nov 02.

Total dollars spent on all delivery orders issued   $18,959,377.94

Total number of orders issued:                      105

Smallest delivery order issued:          $      6,773.00

Largest delivery order issued:           $  1,013,404.00

Majority of delivery orders were in the range of  $150,000.00 to $200,000.00

Average delivery order size was:         $    180,565.50

Volume of work by quarter for period:

| Period | Amount | Period | Amount |
|---|---|---|---|
| 01 Jan 98 – 31 Mar 98 | $ 412,845.94 | 01 Jul 00 – 30 Sep 00 | $1,565,033.00 |
| 01 Apr 98 – 30 Jun 98 | $ 474,814.00 | 01 Oct 00 – 31 Dec 00 | $1,157,741.00 |
| 01 Jul 98 – 30 Sep 98 | $1,319,779.00 | 01 Jan 01 – 31 Mar 01 | $ 497,234.00 |
| 01 Oct 98 – 31 Dec 98 | $ 343,562.00 | 01 Apr 01 – 30 Jun 01 | $ 501,060.00 |
| 01 Jan 99 – 31 Mar 99 | $ 689,754.00 | 01 Jul 01 – 30 Sep 01 | $ 988,603.00 |
| 01 Apr 99 – 30 Jun 99 | $1,995,322.00 | 01 Oct 01 – 31 Dec 01 | $ 630,757.00 |
| 01 Jul 99 – 30 Sep 99 | $ 911,714.00 | 01 Jan 02 – 31 Mar 02 | $      0.00 |
| 01 Oct 99 – 31 Dec 99 | $ 351,050.00 | 01 Apr 02 – 30 Jun 02 | $1,523,567.00 |
| 01 Jan 00 – 31 Mar 00 | $3,329,528.00 | 01 Jul 02 – 30 Sep 02 | $1,463,039.00 |
| 01 Apr 00 – 30 Jun 00 | $ 803,975.00 | | |

The above information is historical data only and does not necessarily represent future volume under this contract.

5.0. Statutory Cost Limitations: Some delivery orders may be subject to a statutory cost limitation. In those instances the following provision, DFARS 252.236-7006 shall apply and it shall be referenced in those delivery orders.

DFARS 252.236-7006          COST LIMITATION                       JAN 1997
                            (IAW DFARS 236.570(b)(4))

6.0. Bonding:

6.1. The initial bond amount is based upon the contract minimum. When the value of delivery orders in progress exceeds the existing bonding, the contracting officer may require additional bond protection by directing the contractor to increase the penal amount of the existing bond, or to obtain additional bonds. Although the amount of the initial bond is based on the minimum dollar amount, bond premium costs should be included in the coefficients as an indirect cost based on the contract maximum amount, not just the bonding requirements imposed for the minimum amount at award. In accordance with FAR 52.232-5, the government will reimburse the contractor for bond premiums upon request if the contractor provides evidence of full payment of such premiums to the surety. Payment for such premiums will be treated the same as all other progress payments made under delivery orders. Payments for bond premiums, at any time during contract performance, are not additional costs under the contract.

6.2. BID BONDS: A proposal/bid bond is not required.

3. PERFORMANCE BONDS: The penal amount of the performance bond shall equal one hundred percent (100%) of the contract minimum of $300,000.00.



6.4. **PAYMENT BONDS:** The penal amount of the performance bond shall equal one hundred percent (100%) of the contract minimum.

6.5. Required performance and payment bonds will be furnished by the contractor to the government prior to commencement of contract performance. Performance and payment bonds, in the amounts stated above, will also be required for any options exercised.

**7.0. ADP Support Requirements**

7.1. The contractor shall provide, install and maintain all of his/her own computer hardware and software necessary for the complete operation of the contract requirements. The contractor shall have all of his/her own hardware and software in place within 15 days after contract award.

7.2. The government does not require the contractor to purchase, install, or maintain the computer hardware for government personnel unless otherwise specified herein. The government has the computer hardware necessary for operating the SABER delivery order estimating/proposal programs, and the SABER record keeping programs. This computer hardware is installed at Building 639, Bay 19, Dover Air Force Base, Delaware. However, the contractor shall have all other hardware provided by the contractor for the government in place within 15 calendar days after contract award.

7.3. All hardware supplied by the contractor to the government shall remain the property of the contractor. Upon the last day of the contract performance period or the final close-out day of any open delivery order whichever is the latest, the hardware supplied by the contractor shall be turned over to the contractor. Hardware supplied by the contractor to the government shall include:

7.3.1. HARDWARE (furnished and maintained by the contractor at the government SABER office):

    1 each Hewlett Packard Laser Jet 5 or approved equal printer with 16MB memory

    1 each Cannon PC-920 Personal Copier or approved or equal.

7.4.    SOFTWARE (to be purchased by the contractor and maintained at the government SABER office):

7.4.1 Reserved

7.4.2. The contractor shall provide the government the Estimating Systems, Inc. (PULSAR®) software package, along with the MEANS® master file or equal. Software shall allow for simplified assemblies creation. Customer support by the software manufacturer shall be provided for one year. Data shall not be edited to fit the approved software from the format provided from the MEANS® database and shall utilize the same numbering system. Provide software for up to 6 (six) government users. The cost-estimating package shall be a Windows-based software and the database shall contain no less than 55,000 line items. The database must include cost data on building construction, mechanical, electrical, concrete, site work, plumbing, interiors, heavy construction, and assemblies. The package must have the capability to automatically adjust costs for the Dover, Delaware area.

7.4.3 The contractor shall provide the latest version of the R.S. MEANS® database (to include PULSAR® updates and hard copies), within 30 days of any release for use by both government and contractor users. The updated file is the sole contract adjustment for variations in labor, equipment, and material costs. No adjustment to the contract coefficients shall be allowed.

Soliciation No. F07603-03-R-0006
Contract No. F07603-03-D-0002
Page 12 of 56

Amendment 0002

### 7.5 RECOMMENDED HARDWARE AND SOFTWARE FOR CONTRACTOR'S PC(S) ONLY

a. Hardware:

733MHz CPU or better w/128 MB memory.
20 GB Hard Drive with 4 GB Partition for Windows 2000.
1 each – Hewlett Packard Laser Jet 5 or better with 32 MB memory.
1 each – Color plotter capable of printing E-size CADD drawings.
Equipment for a dial-up or Broadband connection to the internet.
All necessary cables, interface devices and system integration required.

b. Software:

Windows 2000.
Current Norton AntiVirus Software with regular updates.
Current Internet Explorer with 128-bit encryption.
Adobe Acrobat software capable of reading PDF documents on the Internet.

NOTE: Contractor shall clearly label all contractor ADPE equipment with company name and logo.

7.6. Reserved

### 8.0. HARD COPY of MEANS®

The contractor shall provide, at no additional cost to the government, one (1) hard copy of unit price data to consist of the following R.S. MEANS® cost data books (one (1) complete set). Contractor shall provide the latest edition of these books to the SABER Chief and the Contract Administrator will only receive a copy of Facilities Construction Cost Data Book, within 30 days of latest release. If an item is not in the MEANS® Electronic Database used with the PULSAR® System, the contractor shall use the MEANS® Facility Cost Guide to locate the item. If the item cannot be found in the computerized version of the Facility Cost Guide, the contractor shall use the first eight (8) of the following books to develop the delivery order estimate. The contractor shall consider the item non-priced ONLY if it cannot be located in any of the first 8 guides.

   Building Construction Cost Data
   Mechanical Cost Data
   Plumbing Cost Data
   Electrical Cost Data
   Site Work Cost Data
   Concrete Cost Data
   Heavy Construction Cost Data
   Interior Cost Data
   Repair and Remodeling Cost Data (to be used for reference only)
   Light Commercial Cost Data (to be used for reference only)
   Residential Cost Data (to be used for reference only)

9.0. CD ROM Copy of Corp of Engineers Specifications: The contractor shall provide to the SABER office the latest edition of the Construction Criteria Base® CD ROMs (three (3) sets), one for contractor use, one for SABER office use, and one to the contracting officer, at least thirty (30) days after issuance of the latest version. The contractor shall use these data sets to develop the specifications for project pertaining to the following:

- Site Work
- Concrete
- Masonry
- Metals
- Wood and Plastics
- Thermal and Moisture Protection
- Doors and Windows
- Finishes
- Specialties
- Equipment
- Furnishings
- Special Construction
- Conveying Systems
- Mechanical
- Electrical

10.0. The contractor at his/her expense shall repair any contractor-furnished hardware not operating properly within two (2) calendar days.

11.0 Telephone services and/or any other communication services and all expenses associated with such services will be the responsibility of the contractor.

12.0. The contractor shall maintain an email address at the on-site office for correspondence purposes. Email program shall be capable of transmitting documents as attachments in native file format.

13.0. The R.S. Means® database shall serve as the basis for establishing the value of the work to be performed on a unit price basis.

14.0. The contractor must include justification for any non-prepriced work included in an individual requirement. "See paragraph 18.0".

15.0. The contractor shall comply with any licensing requirements pertaining to any software purchased to meet the terms of this contract. Also, the contractor shall honor all copyright restrictions relevant to proprietary data obtained in electronic or hard copy format to meet the terms of this contract.

16.0. Wage Rates-Exercise of Options: The contracting office shall, concurrent with the exercise of any annual option, incorporate the current applicable Davis-Bacon Wage Decisions, which shall be effective on the first day of the option period and shall remain effective for the entire option period. The contractor shall compensate all covered employees at not less than the rates specified on the Wage Decision applicable to the specific delivery order during the current option period. Under no circumstances shall the coefficients be changed to accommodate increases in wages, as adjustments for wage increases are inherent in annual revisions of the R.S. Means® pricing guides.

17.0. Work by the Government: The government reserves the right to undertake performance by government forces or other contractors, the same type or similar work as contracted for herein, as the government deems necessary or desirable, and to do so will not breach or otherwise violate this contract.

Soliciation No. F07603-03-R-0006
Contract No. F07603-03-D-0002
Page 14 of 56

## 18.0. Non-prepriced Items (NPIs):

18.1. Items of work not covered by this contract but within its scope and general intent and necessary to complete the requirements of a specific delivery order may be negotiated and incorporated into the delivery order by the contracting officer or his designated representative. Non-prepriced work shall be so noted on each delivery order and shall not exceed fifteen (15) percent of the final negotiated amount for the delivery order.

18.2. To permit recurrent use, a NPI must be incorporated by supplemental agreement into the Unit Price Guide (UPG). This may be done at any time during the contract period.

18.3. Once an item is added to the UPG and becomes a pre-priced item (PPI), an economic adjustment will be applied in subsequent option years if that item is used again. The Construction Cost Index (CCI) for the city of Baltimore, Maryland published in the McGraw Hill Publication ENR (Engineering News Record) is applied to determine increases or decreases in labor, equipment and material. To determine the amount of adjustment, the contracting officer will calculate the change in the index appearing in the issue of ENR published during the month prior to the effective date of the contract option period from the index for the week, month and year in which the item was originally negotiated. One hundred (100) % of the variation between the CCI of the year in which the item was originally negotiated versus the current CCI (Current at the end of the month immediately preceding the exercise of the option) will be applied to the originally negotiated price to determine the full current year price (i.e., since NPIs are originally negotiated for the actual cost of installation and all other overhead and profit, neither the contractor's coefficient nor any other adjustment factor will be additionally applied). If publication of the index should be discontinued, the parties to this contract will negotiate a replacement index or new contract provision. If a replacement index or contract provision cannot be agreed upon, the contracting officer may unilaterally determine the contract adjustment method, and the contractor may dispute the determination  der FAR 52.233-1, entitled Disputes.

### Example

**Assumptions**
NPI was originally negotiated and added to the UPG for $100 in the second year of the contract.
CCI for the second year of the contract was 110.0.
Item is included in a delivery order in third year of the contract.

Current CCI (at the end of the month immediately preceding exercise of the option for the third year of the contract) was 115.9.

**Formula**

    a. <u>Economic Adjustment</u>

(Third year *(previous end of month)* CCI minus second year *(overall)* CCI) divided by second year *(overall)* CCI multiplied by originally negotiated cost equals adjustment allowed in current delivery order

(115.9 - 110.0 divided by 110.0) x $100 = $5.36)

    b. <u>Total Allowed Cost</u>

Adjusted total cost allowed for current delivery order = original cost + adjustment

$100 + $5.36 = $105.36

CSS 000046

Soliciation No. F07603-03-R-0006
Contract No. F07603-03-D-0002
Page 15 of 56

NOTE: This formula can also result in a decrease in cost in a subsequent year if the CCI for the current year is lower than the CCI for the previous year.

**19.0. Contract Phase-In/Phase-Out:**

19.1. The contractor shall commence any mobilization and familiarization activities prior to actual work on individual delivery orders as soon after contract award as practicable. However, within 20 calendar days after contract award, the contractor shall mobilize the necessary personnel and equipment to estimate and negotiate requirements. The contractor shall have a fully operational field office with all required facilities, staff and automated data processing (ADP) capabilities within 30 calendar days after contract award.

19.2. Contractor must vacate government furnished offices and storage areas in and around building 638 on the last day of the contract period. Premises must be returned in the same condition in which they were received or as agreed to by the contracting officer. All ongoing delivery orders must be completed from an approved field office or off-base location.

**20.0. Quality Control:** The contractor will be required to institute a comprehensive *Quality Control Program* in order to assure himself and the Government that all materials and workmanship are in strict accordance with the provisions of the specifications. Within 20 calendar days of contract award, the contractor shall submit his Quality Control Program Plan for government review, acceptance, and incorporation into the contract.

**21.0. Incorporation of Contractor's Proposal**

21.1. The successful offeror's proposal, as revised through discussions and final proposal revision dated January 29, 2003, submitted in response to Solicitation F07603-03-R-0006, dated December 9, 2002, and supplemented by Amendments 0001 and 0002, is incorporated into this contract by reference.

21.2. Any written commitment by the contractor within the scope of this contract shall be binding upon the contractor. For the purpose of the contract, a written commitment by the contractor is limited to the offer submitted by the contractor as referenced in paragraph 21.0 above.

21.3. In the event an item within the contractor's proposal fails to comply with the mandatory requirements as stated in the contract specifications, the contractor shall furnish components or services, which conform to the mandatory requirements as stated in the contract specifications. When the contractor's proposal exceeds the contract specification requirements, the proposal will prevail. However, the contract specification requirements shall prevail in any other circumstances in establishing the requirement.

**22.0. NOTICE TO PROCEED:** The Notice to Proceed for written delivery orders shall be the date the contractor receives the order. In rare instances, on those projects deemed emergencies, the government may issue an oral confirming order prior to the issuance of the written delivery order. In that case, the notice to proceed shall be the date the contractor is provided a delivery order number and verbal direction by the contracting officer, with written confirmation to follow within 72 hours.

**23.0. SAFETY:** In accordance with the clause entitled "Accident Prevention, Alternate I, FAR 52.236-13, prior to commencing work, the contractor shall:

23.1. Submit a written proposed plan for implementing referenced clause. The plan shall include an analysis of the significant hazards to life, limb, and property inherent in contract work performance, and a plan for controlling these hazards; and

Soliciation No. F07603-03-R-0006
Contract No. F07603-03-D-0002
Page 16 of 56

23.2. Meet with representatives of the contracting officer to discuss and develop a mutual understanding relative to administration of the overall safety program.

**24.0. KEY PERSONNEL:** Personnel in key positions are considered essential to the performance of any resultant delivery orders under this contract. Examples of key positions include project manager, assistant project manager, quality control inspectors, site superintendents, and CADD technicians. The offeror may identify other additional positions considered as "key". Prior to diverting any key personnel to other programs/projects, the contractor shall notify the contracting officer at least ten (10) working days in advance of the proposed diversion and shall submit justification (including proposed substitutions) in sufficient detail to permit evaluation of the impact on the SABER program. Contractor shall provide a listing of key personnel. This listing of key personnel may be amended from time to time during the course of the contract to either add or delete personnel, as appropriate. See Technical Specifications – General Requirement, Section 01010, paragraph 1.f.

**25.0 RUBBISH HAULING/HANDLING:** Rubbish hauling/handling includes the total process of collecting and disposal of rubbish/debris which may result from construction projects including, but not limited to collection, compaction charges (no air), dumpsters, landfill fees, and transportation to and from landfill, etc. Payment for construction rubbish/debris will only be made in accordance with the single line item included in the UPG, item number 02000 620 0005.

**26.0 AFFIRMATIVE PROCUREMENT:** The contractor shall incorporate Affirmative Procurement requirements as per 40 CFR, Part 247 and Executive Order 13101: "Greening the Government through Waste Prevention, Recycling and Federal Acquisition". Designated items used in the execution of this contract shall meet or exceed the Environmental Protection Agency's (EPA) requirements for recycled content materials (RCM) as per the EPA's Comprehensive Procurement Guidelines (CPG). The contractor shall ensure affirmative procurement requirements for CPG items are met or provide written justification that: 1) the price of a given designated item is unreasonably high, 2) there is inadequate competition (not enough sources of supply), 3) unusual and unreasonable delays would result from obtaining the item, or 4) the item does not meet the Air Force's performance specifications. The Recovered Material Advisory Notice II is available on the internet at the following address: http://www.epa.gov. The contractor is responsible for checking the website for updates to the list of EPA designated items. See Technical Specifications – General Requirements, Section 01020.

**27.0 ENVIRONMENTAL AND HAZARDOUS MATERIAL HANDLING:** The contractor shall be required to maintain Material Safety Data Sheets (MSDS) for all hazardous materials in accordance with base and federal guidelines. Prior to the performance of any delivery order, the contractor shall submit to the contracting officer a list of the hazardous materials to be brought on base. This list shall include all materials to be used by the prime contractor and all sub-contractors. The list must include estimated quantities of each hazardous material that is contemplated to be used during the performance of the delivery order. The contractor is required to provide a copy of the MSDS for each product identified on the list. At the end of the performance period the contractor is required to submit a list of those items and the quantity of each being taken off base. Any questions concerning hazardous material can be directed to the HAZMAT Pharmacy on Dover Air Force Base, Delaware at (302) 677-6742.

**28.0 Security Requirements:**

28.1 The contractor and, as applicable, subcontractor shall not employ persons for work on this contract if such employee is identified as a potential threat to the health, safety, security, general well being or operational mission of the installation and its population, nor shall the contractor or subcontractor employ persons under this contract who have an outstanding criminal warrant as identified by the National Crime Information Center (NCIC). Government conducted NCIC checks will verify if a person is wanted by local state, and federal agencies. Contractor and subcontractor personnel who do not consent to an NCIC check will be denied access to the installation. Information required to conduct an NCIC check includes: full name, driver's license number/state issued/expiration date, social security number, and date of birth of the person entering the installation and shall be submitted in conjunction with the contractor's request for

vehicle pass. Completion of a successful NCIC check does not invalidate the requirement for an escort when contractor or subcontractor personnel are working within controlled or restricted areas.

28.2 Contractors shall ensure their employees and those of their subcontracts have the proper credentials allowing them to work in the United States. Persons later found to be undocumented or illegal aliens will be remanded to the proper authorities.

28.3 The contractor shall not be entitled to any compensation for delays or expenses associated with complying with the provisions of this clause. Furthermore, nothing in this clause shall excuse the contractor from proceeding with the contract as required.

H-101 REQUIRED INSURANCE
    (IAW FAR 28.306(b))

Reference FAR clause entitled "Insurance . . ." the Contractor shall, at its own expense, procure and thereafter maintain the following kinds of insurance with respect to performance under the contract.

a. Workmen's Compensation and Employers Liability Insurance as required by law except that if this contract is to be performed in a State which does not require or permit private insurance, then compliance with the statutory or administrative requirements in any such State will be satisfactory. The required Workmen's Compensation insurance shall extend to cover employer's liability for accidental bodily injury or death and for occupational disease with a minimum liability limit of $100,000.

b. General Liability Insurance. Bodily injury liability insurance, in the minimum limits of $500,000 per occurrence shall be required on the comprehensive form of policy.

c. Automobile Liability Insurance. This insurance shall be required on the comprehensive form of policy and shall provide bodily injury liability and property damage liability covering the operation of all automobiles used in connection with the performance of the contract. At least the minimum limits of $200,000 per person and $500,000 per occurrence for bodily injury and $20,000 per occurrence for property damage shall be required.

H-102 IDENTIFICATION OF GOVERNMENT-FURNISHED PROPERTY
    (IAW FAR 45.303-2)

Pursuant to the "Government Property" clause herein, The government will furnish the item(s) of property listed below as government-furnished property to the contractor, F.O.B. destination, for use in performance of this contract.

| ITEM NO. | DESCRIPTION | QUANTITY |
|---|---|---|

To be specified on each delivery order as applicable.

H-103 FEDERAL HOLIDAYS

The following Federal Legal holidays are observed by this base:

| | |
|---|---|
| New Year's Day | 1 January |
| Martin Luther King's Birthday | Third Monday in January |
| Washington's Birthday | Third Monday in February |
| Memorial Day | Last Monday in May |
| Independence Day | 4 July |
| Labor Day | First Monday in September |
| Columbus Day | Second Monday in October |
| Veterans Day | 11 November |
| Thanksgiving Day | Fourth Thursday in November |
| Christmas Day | 25 December |

CSS 000049

Soliciation No. F07603-03-R-0006
Contract No. F07603-03-D-0002
Page 18 of 56

H-104 PREPARATION OF PROGRESS SCHEDULE AND REPORTS
(IAW AFFARS 5336.291)

The reports contemplated by the clause titled, "Schedules for Construction Contract" shall be accomplished on and in accordance with instructions pertaining to AF Form 3064, Contract Progress Schedule, and AF Form 3065, Contract Progress Report.

H-105 PREPARATION OF MATERIAL APPROVAL SUBMITTALS
(AFFARS 5336.290)

The submittals contemplated by the clause herein entitled "Material and Workmanship" shall be accomplished on and in accordance with instruction pertaining to AF Form 3000, Material Approval Submittal.

SECTION I Contract Clauses

CLAUSES INCORPORATED BY REFERENCE:

| Clause | Title | Date |
|---|---|---|
| 52.202-1 Alt I | Definitions (Dec 2001) --Alternate I | MAY 2001 |
| 52.203-3 | Gratuities | APR 1984 |
| 52.203-5 | Covenant Against Contingent Fees | APR 1984 |
| 52.203-6 | Restrictions On Subcontractor Sales To The Government | JUL 1995 |
| 52.203-7 | Anti-Kickback Procedures | JUL 1995 |
| 52.203-8 | Cancellation, Rescission, and Recovery of Funds for Illegal or Improper Activity | JAN 1997 |
| 52.203-10 | Price Or Fee Adjustment For Illegal Or Improper Activity | JAN 1997 |
| 52.203-12 | Limitation On Payments To Influence Certain Federal Transactions | JUN 1997 |
| 52.204-4 | Printed or Copied Double-Sided on Recycled Paper | AUG 2000 |
| 52.209-6 | Protecting the Government's Interest When Subcontracting With Contractors Debarred, Suspended, or Proposed for Debarment | JUL 1995 |
| 52.211-10 | Commencement, Prosecution, and Completion of Work For the purpose of this clause, the blanks are filled in as follows: (a) <u>the number of days specified in each delivery order</u> (c) <u>the number of days specified in each delivery order</u> | APR 1984 |
| 52.211-13 | Time Extensions | SEP 2000 |
| 52.211-15 | Defense Priority And Allocation Requirements | SEP 1990 |
| 52.215-2 | Audit and Records--Negotiation | JUN 1999 |
| 52.215-8 | Order of Precedence--Uniform Contract Format | OCT 1997 |
| 52.215-11 | Price Reduction for Defective Cost or Pricing Data-- Modifications | OCT 1997 |
| 52.215-13 | Subcontractor Cost or Pricing Data--Modifications | OCT 1997 |
| 52.215-21 | Requirements for Cost or Pricing Data or Information Other Than Cost or Pricing Data—Modifications | OCT 1997 |
| 52.216-7 | Allowable Cost And Payment | FEB 2002 |
| 52.216-7 Alt I | Allowable Cost and Payment (Feb 2002) - Alternate I | FEB 1997 |
| 52.216-18 | Ordering For the purpose of this clause, the blanks are filled in as follows: (a) <u>date of contract</u> and <u>one year from date of award or any option periods exercised.</u> | OCT 1995 |
| 52.216-19 | Order Limitations For the purpose of this clause, the blanks are filled in as | OCT 1995 |

Soliciation No. F07603-03-R-0006  
Contract No. F07603-03-D-0002  
Page 19 of 56

|   |   |   |
|---|---|---|
|   | follows:<br>(a) $2,000.00<br>(b)(1) $500,000.00<br>(b)(2) $500,000.00<br>(b)(3) three (3)<br>(d) three (3) |   |
| 52.216-22 | Indefinite Quantity | OCT 1995 |
|   | For the purpose of this clause, the blanks are filled in as follows:<br>(d) 120 calendar days beyond the end of the contract period or applicable option period. |   |
| 52.217-9 | Option To Extend The Term Of The Contract | MAR 2000 |
|   | For the purpose of this clause, the blanks are filled in as follows:<br>(a) fifteen (15) calendar days<br>(a) sixty (60) calendar days<br>(c) sixty (60) months |   |
| 52.219-8 | Utilization of Small Business Concerns | OCT 2000 |
| 52.219-14 | Limitations On Subcontracting | DEC 1996 |
| 52.222-1 | Notice To The Government Of Labor Disputes | FEB 1997 |
| 52.222-3 | Convict Labor | AUG 1996 |
| 52.222-4 | Contract Work Hours and Safety Standards Act - Overtime Compensation | SEP 2000 |
| 52.222-6 | Davis Bacon Act | FEB 1995 |
| 52.222-7 | Withholding of Funds | FEB 1988 |
| 52.222-8 | Payrolls and Basic Records | FEB 1988 |
| 52.222-9 | Apprentices and Trainees | FEB 1988 |
| 52.222-10 | Compliance with Copeland Act Requirements | FEB 1988 |
| 52.222-11 | Subcontracts (Labor Standards) | FEB 1988 |
| 52.222-12 | Contract Termination-Debarment | FEB 1988 |
| 52.222-13 | Compliance with Davis-Bacon and Related Act Regulations. | FEB 1988 |
| 52.222-14 | Disputes Concerning Labor Standards | FEB 1988 |
| 52.222-15 | Certification of Eligibility | FEB 1988 |
| 52.222-21 | Prohibition Of Segregated Facilities | FEB 1999 |
| 52.222-26 | Equal Opportunity | APR 2002 |
| 52.222-27 | Affirmative Action Compliance Requirements for Construction | FEB 1999 |
| 52.222-35 | Equal Opportunity For Special Disabled Veterans, Veterans of the Vietnam Era and Other Eligible Veterans | DEC 2001 |
| 52.222-36 | Affirmative Action For Workers With Disabilities | JUN 1998 |
| 52.222-37 | Employment Reports On Special Disabled Veterans, Veterans Of The Vietnam Era, and Other Eligible Veterans | DEC 2001 |
| 52.223-5 | Pollution Prevention and Right-to-Know Information | APR 1998 |
| 52.223-6 | Drug Free Workplace | MAY 2001 |
| 52.223-11 | Ozone-Depleting Substances | MAY 2001 |
| 52.223-12 | Refrigeration Equipment and Air Conditioners | MAY 1995 |
| 52.223-13 | Certification of Toxic Chemical Release Reporting | OCT 2000 |
| 52.223-14 | Toxic Chemical Release Reporting | OCT 2000 |
| 52.225-13 | Restrictions on Certain Foreign Purchases | JUL 2000 |
| 52.226-1 | Utilization Of Indian Organizations And Indian-Owned Economic Enterprises | JUN 2000 |
| 52.227-1 | Authorization and Consent | JUL 1995 |
| 52.227-2 | Notice And Assistance Regarding Patent And Copyright Infringement | AUG 1996 |
| 52.227-4 | Patent Indemnity-Construction Contracts | APR 1984 |
| 52.228-2 | Additional Bond Security | OCT 1997 |

CSS 000051

Soliciation No. F07603-03-R-0006
Contract No. F07603-03-D-0002
Page 20 of 56

| Clause | Title | Date |
|---|---|---|
| 52.228-5 | Insurance - Work On A Government Installation | JAN 1997 |
| 52.228-12 | Prospective Subcontractor Requests for Bonds | OCT 1995 |
| 52.228-15 | Performance and Payment Bonds—Construction | JUL 2000 |
| 52.229-4 | Federal, State And Local Taxes (Noncompetitive Contract) | JAN 1991 |
| 52.229-5 | Taxes—Contracts Performed In U S Possessions Or Puerto Rico | APR 1984 |
| 52.232-5 | Payments under Fixed-Price Construction Contracts | SEP 2002 |
| 52.232-17 | Interest | JUN 1996 |
| 52.232-19 | Availability Of Funds For The Next Fiscal Year | APR 1984 |
| 52.232-23 | Assignment Of Claims | JAN 1986 |
| 52.232-23 Alt I | Assignment of Claims (Jan 1986) - Alternate I | APR 1984 |
| 52.232-25 | Prompt Payment | FEB 2002 |
| 52.232-27 | Prompt Payment for Construction Contracts | FEB 2002 |
| 52.232-33 | Payment by Electronic Funds Transfer--Central Contractor Registration | MAY 1999 |
| 52.233-1 | Disputes | JUL 2002 |
| 52.233-1 Alt I | Disputes (Jul 2002) - Alternate I | DEC 1991 |
| 52.233-3 | Protest After Award | AUG 1996 |
| 52.233-3 Alt I | Protest After Award (Aug 1996) - Alternate I | JUN 1985 |
| 52.236-2 | Differing Site Conditions | APR 1984 |
| 52.236-3 | Site Investigation and Conditions Affecting the Work | APR 1984 |
| 52.236-5 | Material and Workmanship | APR 1984 |
| 52.236-6 | Superintendence by the Contractor | APR 1984 |
| 52.236-7 | Permits and Responsibilities | NOV 1991 |
| 52.236-8 | Other Contracts | APR 1984 |
| 52.236-9 | Protection of Existing Vegetation, Structures, Equipment, Utilities, and Improvements | APR 1984 |
| 52.236-10 | Operations and Storage Areas | APR 1984 |
| 52.236-11 | Use and Possession Prior to Completion | APR 1984 |
| 52.236-12 | Cleaning Up | APR 1984 |
| 52.236-13 | Accident Prevention | NOV 1991 |
| 52.236-13 Alt I | Accident Prevention (Nov 1991) - Alternate I | NOV 1991 |
| 52.236-14 | Availability and Use of Utility Services | APR 1984 |
| 52.236-15 | Schedules for Construction Contracts | APR 1984 |
| 52.236-17 | Layout of Work | APR 1984 |
| 52.236-21 | Specifications and Drawings for Construction | FEB 1997 |
| 52.236-21 Alt I | Specifications and Drawings for Construction (Feb 97) - Alternate I | APR 1984 |
| 52.236-26 | Preconstruction Conference | FEB 1995 |
| 52.242-13 | Bankruptcy | JUL 1995 |
| 52.242-14 | Suspension of Work | APR 1984 |
| 52.244-5 | Competition In Subcontracting | DEC 1996 |
| 52.244-6 | Subcontracts for Commercial Items | MAY 2002 |
| 52.245-1 | Property Records | APR 1984 |
| 52.245-2 | Government Property (Fixed Price Contracts) | DEC 1989 |
| 52.246-21 | Warranty of Construction | MAR 1994 |
| 52.246-21 Alt I | Warranty of Construction (Mar 1994) - Alternate I | APR 1984 |
| 52.248-3 | Value Engineering-Construction | FEB 2000 |
| 52.249-2 | Termination For Convenience Of The Government (Fixed-Price) | SEP 1996 |
| 52.249-2 Alt I | Termination for Convenience of the Government (Fixed-Price) (Sep 1996) - Alternate I | SEP 1996 |
| 52.249-10 | Default (Fixed-Price Construction) | APR 1984 |
| 52.251-1 | Government Supply Sources | APR 1984 |
| 52.253-1 | Computer Generated Forms | JAN 1991 |

| Clause | Title | Date |
|---|---|---|
| 252.203-7001 | Prohibition On Persons Convicted of Fraud or Other Defense-Contract-Related Felonies | MAR 1999 |
| 252.203-7002 | Display Of DOD Hotline Poster | DEC 1991 |
| 252.204-7003 | Control Of Government Personnel Work Product | APR 1992 |
| 252.204-7004 | Required Central Contractor Registration | NOV 2001 |
| 252.205-7000 | Provisions Of Information To Cooperative Agreement Holders | DEC 1991 |
| 252.209-7000 | Acquisition From Subcontractors Subject To On-Site Inspection Under The Intermediate Range Nuclear Forces (INF) Treaty | NOV 1995 |
| 252.209-7004 | Subcontracting With Firms That Are Owned or Controlled By The Government of a Terrorist Country | MAR 1998 |
| 252.215-7000 | Pricing Adjustments | DEC 1991 |
| 252.223-7004 | Drug Free Work Force | SEP 1988 |
| 252.223-7006 | Prohibition On Storage And Disposal Of Toxic And Hazardous Materials | APR 1993 |
| 252.225-7012 | Preference For Certain Domestic Commodities | APR 2002 |
| 252.225-7031 | Secondary Arab Boycott Of Israel | JUN 1992 |
| 252.226-7001 | Utilization of Indian Organizations and Indian-Owned Economic Enterprises-DoD Contracts | SEP 2001 |
| 252.227-7022 | Government Rights (Unlimited) | MAR 1979 |
| 252.227-7033 | Rights in Shop Drawings | APR 1966 |
| 252.231-7000 | Supplemental Cost Principles | DEC 1991 |
| 252.236-7000 | Modification Proposals-Price Breakdown | DEC 1991 |
| 252.236-7005 | Airfield Safety Precautions | DEC 1991 |
| 252.236-7006 | Cost Limitation | JAN 1997 |
| 252.243-7001 | Pricing Of Contract Modifications | DEC 1991 |
| 252.243-7002 | Requests for Equitable Adjustment | MAR 1998 |
| 252.244-7000 | Subcontracts for Commercial Items and Commercial Components (DoD Contracts) | MAR 2000 |
| 252.247-7023 | Transportation of Supplies by Sea | MAY 2002 |
| 252.247-7024 | Notification Of Transportation Of Supplies By Sea | MAR 2000 |
| 5352.223-9000 | ELIMINATION OF USE OF CLASS I OZONE DEPLETING SUBSTANCES (ODS) | MAY 1996 |

For the purpose of this clause, the blanks are filled in as follows:

(d) <u>None</u>

| 5352.223-9001 | HEALTH AND SAFETY ON GOVERNMENT INSTALLATIONS | JUN 1997 |

CLAUSES INCORPORATED BY FULL TEXT

52.219-17    SECTION 8(a) AWARD (DEC 1996)

(a) By execution of a contract, the Small Business Administration (SBA) agrees to the following:

(1) To furnish the supplies or services set forth in the contract according to the specifications and the terms and conditions by subcontracting with the Offeror who has been determined an eligible concern pursuant to the provisions of section 8(a) of the Small Business Act, as amended (15 U.S.C. 637(a)).

(2) Except for novation agreements and advance payments, delegates to the 436th Contracting Squadron the responsibility for administering the contract with complete authority to take any action on behalf of the Government under the terms and conditions of the contract; provided, however that the contracting agency shall give advance notice to the SBA before it issues a final notice terminating the right of the

subcontractor to proceed with further performance, either in whole or in part, under the contract.

(3) That payments to be made under the contract will be made directly to the subcontractor by the contracting activity.

(4) To notify the 436th Contracting Squadron Contracting Officer immediately upon notification by the subcontractor that the owner or owners upon whom 8(a) eligibility was based plan to relinquish ownership or control of the concern.

(5) That the subcontractor awarded a subcontract hereunder shall have the right of appeal from decisions of the cognizant Contracting Officer under the "Disputes" clause of the subcontract.

The offeror/subcontractor agrees and acknowledges that it will, for and on behalf of the SBA, fulfill and perform all of the requirements of the contract.

(c) The offeror/subcontractor agrees that it will not subcontract the performance of any of the requirements of this subcontract to any lower tier subcontractor without the prior written approval of the SBA and the cognizant Contracting Officer of the 436th Contracting Squadron.

52.223-3   HAZARDOUS MATERIAL IDENTIFICATION AND MATERIAL SAFETY DATA (JAN 1997)

(a) "Hazardous material", as used in this clause, includes any material defined as hazardous under the latest version of Federal Standard No. 313 (including revisions adopted during the term of the contract).

(b) The offeror must list any hazardous material, as defined in paragraph (a) of this clause, to be delivered under this contract. The hazardous material shall be properly identified and include any applicable identification number, such as National Stock Number or Special Item Number. This information shall also be included on the Material Safety Data Sheet submitted under this contract.

| Material (If none, insert "None") | Identification No. |
|---|---|
| NONE | |
| | |
| | |

(c) This list must be updated during performance of the contract whenever the Contractor determines that any other material to be delivered under this contract is hazardous.

(d) The apparently successful offeror agrees to submit, for each item as required prior to award, a Material Safety Data Sheet, meeting the requirements of 29 CFR 1910.1200(g) and the latest version of Federal Standard No. 313, for all hazardous material identified in paragraph (b) of this clause. Data shall be submitted in accordance with Federal Standard No. 313, whether or not the apparently successful offeror is the actual manufacturer of these items. Failure to submit the Material Safety Data Sheet prior to award may result in the apparently successful offeror being considered nonresponsible and ineligible for award.

(e) If, after award, there is a change in the composition of the item(s) or a revision to Federal Standard No. 313, which renders incomplete or inaccurate the data submitted under paragraph (d) of this clause, the Contractor shall promptly notify the Contracting Officer and resubmit the data.

(f) Neither the requirements of this clause nor any act or failure to act by the Government shall relieve the Contractor of any responsibility or liability for the safety of Government, Contractor, or subcontractor personnel or property.

(g) Nothing contained in this clause shall relieve the Contractor from complying with applicable Federal,

Soliciation No. F07603-03-R-0006
Contract No. F07603-03-D-0002
Page 23 of 56

State, and local laws, codes, ordinances, and regulations (including the obtaining of licenses and permits) in connection with hazardous material.

(h) The Government's rights in data furnished under this contract with respect to hazardous material are as follows:

(1) To use, duplicate and disclose any data to which this clause is applicable. The purposes of this right are to--

(i) Apprise personnel of the hazards to which they may be exposed in using, handling, packaging, transporting, or disposing of hazardous materials;

(ii) Obtain medical treatment for those affected by the material; and

(iii) Have others use, duplicate, and disclose the data for the Government for these purposes.

(2) To use, duplicate, and disclose data furnished under this clause, in accordance with subparagraph (h)(1) of this clause, in precedence over any other clause of this contract providing for rights in data.

(3) The Government is not precluded from using similar or identical data acquired from other sources.
(End of clause)

52.223-9   ESTIMATE OF PERCENTAGE OF RECOVERED MATERIAL CONTENT FOR EPA-DESIGNATED PRODUCTS (AUG 2000)

(a) Definitions. As used in this clause--

Postconsumer material means a material or finished product that has served its intended use and has been discarded for disposal or recovery, having completed its life as a consumer item. Postconsumer material is a part of the broader category of "recovered material."

Recovered material means waste materials and by-products recovered or diverted from solid waste, but the term does not include those materials and by-products generated from, and commonly reused within, an original manufacturing process.

(b) The Contractor, on completion of this contract, shall--

(1) Estimate the percentage of the total recovered material used in contract performance, including, if applicable, the percentage of postconsumer material content; and

(2) Submit this estimate to the 436th Contracting Squadron [Contracting Officer complete in accordance with agency procedures].
(End of clause)

52.225-11   BUY AMERICAN ACT --CONSTRUCTION MATERIALS UNDER TRADE AGREEMENTS (JUL 2002)

(a) Definitions. As used in this clause--

Component means an article, material, or supply incorporated directly into a construction material.

Construction material means an article, material, or supply brought to the construction site by the Contractor or subcontractor for incorporation into the building or work. The term also includes an item brought to the site preassembled from articles, materials, or supplies. However, emergency life safety systems, such as emergency lighting, fire alarm, and audio evacuation systems, that are discrete systems

CSS 000055

incorporated into a public building or work and that are produced as complete systems, are evaluated as a single and distinct construction material regardless of when or how the individual parts or components of those systems are delivered to the construction site. Materials purchased directly by the Government are supplies, not construction material.

Cost of components means--

(1) For components purchased by the Contractor, the acquisition cost, including transportation costs to the place of incorporation into the construction material (whether or not such costs are paid to a domestic firm), and any applicable duty (whether or not a duty-free entry certificate is issued); or

(2) For components manufactured by the Contractor, all costs associated with the manufacture of the component, including transportation costs as described in paragraph (1) of this definition, plus allocable overhead costs, but excluding profit. Cost of components does not include any costs associated with the manufacture of the end product.

Designated country means any of the following countries: Aruba, Austria, Bangladesh, Belgium, Benin, Bhutan, Botswana, Burkina Faso, Burundi, Canada, Cape Verde, Central African Republic, Chad, Comoros, Denmark, Djibouti, Equatorial Guinea, Finland, France, Gambia, Germany, Greece, Guinea, Guinea-Bissau, Haiti, Hong Kong, Iceland, Ireland, Israel, Italy, Japan.

Kiribati, Korea, Republic of, Lesotho, Liechtenstein, Luxembourg, Malawi, Maldives, Mali, Mozambique, Nepal, Netherlands, Niger, Norway, Portugal, Rwanda.

Sao Tome and Principe, Sierra Leone, Singapore, Somalia, Spain, Sweden, Switzerland, Tanzania U.R., Togo, Tuvalu, Uganda, United Kingdom, Vanuatu, Western Samoa, Yemen.

Designated country construction material means a construction material that--

(1) Is wholly the growth, product, or manufacture of a designated country; or

(2) In the case of a construction material that consists in whole or in part of materials from another country, has been substantially transformed in a designated country into a new and different construction material distinct from the materials from which it was transformed.

Domestic construction material means--

(1) An unmanufactured construction material mined or produced in the United States; or

(2) A construction material manufactured in the United States, if the cost of its components mined, produced, or manufactured in the United States exceeds 50 percent of the cost of all its components. Components of foreign origin of the same class or kind for which nonavailability determinations have been made are treated as domestic.

Foreign construction material means a construction material other than a domestic construction material.

North American Free Trade Agreement country means Canada or Mexico.

North American Free Trade Agreement country construction material means a construction material that--

(1) Is wholly the growth, product, or manufacture of a North American Free Trade Agreement (NAFTA) country; or

CSS 000056