(2) In the case of a construction material that consists in whole or in part of materials from another country, has been substantially transformed in a NAFTA country into a new and different construction material distinct from the materials from which it was transformed.

United States means the 50 States and the District of Columbia, U.S. territories and possessions, Puerto Rico, the Northern Mariana Islands, and any other place subject to U.S. jurisdiction, but does not include leased bases.

(b) Construction materials. (1) This clause implements the Buy American Act (41 U.S.C. 10a-10d) by providing a preference for domestic construction material. In addition, the Contracting Officer has determined that the Trade Agreements Act and the North American Free Trade Agreement (NAFTA) apply to this acquisition. Therefore, the Buy American Act restrictions are waived for designated country and NAFTA country construction materials.

(2) The Contractor shall use only domestic, designated country, or NAFTA country construction material in performing this contract, except as provided in paragraphs (b)(3) and (b)(4) of this clause.

(3) The requirement in paragraph (b)(2) of this clause does not apply to the construction materials or components listed by the Government as follows: None.

(4) The Contracting Officer may add other foreign construction material to the list in paragraph (b)(3) of this clause if the Government determines that—

(i) The cost of domestic construction material would be unreasonable. The cost of a particular domestic construction material subject to the restrictions of the Buy American Act is unreasonable when the cost of such material exceeds the cost of foreign material by more than 6 percent;

(ii) The application of the restriction of the Buy American Act to a particular construction material would be impracticable or inconsistent with the public interest; or

(iii) The construction material is not mined, produced, or manufactured in the United States in sufficient and reasonably available commercial quantities of a satisfactory quality.

(c) Request for determination of inapplicability of the Buy American Act. (1)(i) Any Contractor request to use foreign construction material in accordance with paragraph (b)(4) of this clause shall include adequate information for Government evaluation of the request, including—

(A) A description of the foreign and domestic construction materials;

(B) Unit of measure;

(C) Quantity;

(D) Price;

(E) Time of delivery or availability;

(F) Location of the construction project;

(G) Name and address of the proposed supplier; and

(H) A detailed justification of the reason for use of foreign construction materials cited in accordance with paragraph (b)(3) of this clause.

(ii) A request based on unreasonable cost shall include a reasonable survey of the market and a completed price comparison table in the format in paragraph (d) of this clause.

(iii) The price of construction material shall include all delivery costs to the construction site and any applicable duty (whether or not a duty-free certificate may be issued).

(iv) Any Contractor request for a determination submitted after contract award shall explain why the Contractor could not reasonably foresee the need for such determination and could not have requested the determination before contract award. If the Contractor does not submit a satisfactory explanation, the Contracting Officer need not make a determination.

(2) If the Government determines after contract award that an exception to the Buy American Act applies and the Contracting Officer and the Contractor negotiate adequate consideration, the Contracting Officer will modify the contract to allow use of the foreign construction material. However, when the basis for the exception is the unreasonable price of a domestic construction material, adequate consideration is not less than the differential established in paragraph (b)(4)(i) of this clause.

(3) Unless the Government determines that an exception to the Buy American Act applies, use of foreign construction material is noncompliant with the Buy American Act.

(d) Data. To permit evaluation of requests under paragraph (c) of this clause based on unreasonable cost, the Contractor shall include the following information and any applicable supporting data based on the survey of suppliers:

Foreign and Domestic Construction Materials Price Comparison

| Construction material description | Unit of measure | Quantity | Price (dollars) \1\ |
|---|---|---|---|
| Item 1: | | | |
| Foreign construction material.... | | | |
| Domestic construction material... | | | |
| Item 2: | | | |
| Foreign construction material.... | | | |
| Domestic construction material... | | | |

\1\ Include all delivery costs to the construction site and any applicable duty (whether or not a duty-free entry certificate is issued).
List name, address, telephone number, and contact for suppliers surveyed. Attach copy of response; if oral,
attach summary.
Include other applicable supporting information.
(End of Clause)

52.228-14     IRREVOCABLE LETTER OF CREDIT (DEC 1999)

(a) "Irrevocable letter of credit" (ILC), as used in this clause, means a written commitment by a federally insured financial institution to pay all or part of a stated amount of money, until the expiration date of the letter, upon presentation by the Government (the beneficiary) of a written demand therefor. Neither the financial institution nor the offeror/Contractor can revoke or condition the letter of credit.

(b) If the offeror intends to use an ILC in lieu of a bid bond, or to secure other types of bonds such as performance and payment bonds, the letter of credit and letter of confirmation formats in paragraphs (e) and (f) of this clause shall be used.

(c) The letter of credit shall be irrevocable, shall require presentation of no document other than a written demand and the ILC (including confirming letter, if any), shall be issued/confirmed by an acceptable federally insured financial institution as provided in paragraph (d) of this clause, and—

(1) If used as a bid guarantee, the ILC shall expire no earlier than 60 days after the close of the bid acceptance period;

(2) If used as an alternative to corporate or individual sureties as security for a performance or payment bond, the offeror/Contractor may submit an ILC with an initial expiration date estimated to cover the entire period for which financial security is required or may submit an ILC with an initial expiration date that is a minimum period of one year from the date of issuance. The ILC shall provide that, unless the issuer provides the beneficiary written notice of non-renewal at least 60 days in advance of the current expiration date, the ILC is automatically extended without amendment for one year from the expiration date, or any future expiration date, until the period of required coverage is completed and the Contracting Officer provides the financial institution with a written statement waiving the right to payment. The period of required coverage shall be:

(i) For contracts subject to the Miller Act, the later of—

(A) One year following the expected date of final payment;

(B) For performance bonds only, until completion of any warranty period; or

(C) For payment bonds only, until resolution of all claims filed against the payment bond during the one-year period following final payment.

(ii) For contracts not subject to the Miller Act, the later of—

(A) 90 days following final payment; or

(B) For performance bonds only, until completion of any warranty period.

(d) Only federally insured financial institutions rated investment grade or higher shall issue or confirm the ILC. The offeror/Contractor shall provide the Contracting Officer a credit rating that indicates the financial institution has the required rating(s) as of the date of issuance of the ILC. Unless the financial institution issuing the ILC had letter of credit business of less than $25 million in the past year, ILCs over $5 million must be confirmed by another acceptable financial institution that had letter of credit business of less than $25 million in the past year.

(e) The following format shall be used by the issuing financial institution to create an ILC:

_____

[Issuing Financial Institution's Letterhead or Name and Address]

Issue Date _____

IRREVOCABLE LETTER OF CREDIT NO. _____

Account party's name _____

Account party's address _____

For Solicitation No. _____(for reference only)

TO: [U.S. Government agency]

[U.S. Government agency's address]

1. We hereby establish this irrevocable and transferable Letter of Credit in your favor for one or more drawings up to United States $_____. This Letter of Credit is payable at [issuing financial institution's and, if any, confirming financial institution's] office at [issuing financial institution's address and, if any, confirming financial institution's address] and expires with our close of business on _____, or any automatically extended expiration date.

2. We hereby undertake to honor your or the transferee's sight draft(s) drawn on the issuing or, if any, the confirming financial institution, for all or any part of this credit if presented with this Letter of Credit and confirmation, if any, at the office specified in paragraph 1 of this Letter of Credit on or before the expiration date or any automatically extended expiration date.

3. [This paragraph is omitted if used as a bid guarantee, and subsequent paragraphs are renumbered.] It is a condition of this Letter of Credit that it is deemed to be automatically extended without amendment for one year from the expiration date hereof, or any future expiration date, unless at least 60 days prior to any expiration date, we notify you or the transferee by registered mail, or other receipted means of delivery, that we elect not to consider this Letter of Credit renewed for any such additional period. At the time we notify you, we also agree to notify the account party (and confirming financial institution, if any) by the same means of delivery.

4. This Letter of Credit is transferable. Transfers and assignments of proceeds are to be effected without charge to either the beneficiary or the transferee/assignee of proceeds. Such transfer or assignment shall be only at the written direction of the Government (the beneficiary) in a form satisfactory to the issuing financial institution and the confirming financial institution, if any.

5. This Letter of Credit is subject to the Uniform Customs and Practice (UCP) for Documentary Credits, 1993 Revision, International Chamber of Commerce Publication No. 500, and to the extent not inconsistent therewith, to the laws of _____ [state of confirming financial institution, if any, otherwise state of issuing financial institution].

6. If this credit expires during an interruption of business of this financial institution as described in Article 17 of the UCP, the financial institution specifically agrees to effect payment if this credit is drawn against within 30 days after the resumption of our business.

Sincerely,

_____

[Issuing financial institution]

(f) The following format shall be used by the financial institution to confirm an ILC:

_____

[Confirming Financial Institution's Letterhead or Name and Address]

(Date) _____

Our Letter of Credit Advice Number _____

Beneficiary: _____ [U.S. Government agency]

Issuing Financial Institution: _____

CSS 000060

Issuing Financial Institution's LC No.: _____

Gentlemen:

1. We hereby confirm the above indicated Letter of Credit, the original of which is attached, issued by _____ [name of issuing financial institution] for drawings of up to United States dollars _____ /U.S. $_____ and expiring with our close of business on _____ [the expiration date], or any automatically extended expiration date.

2. Draft(s) drawn under the Letter of Credit and this Confirmation are payable at our office located at _____.

3. We hereby undertake to honor sight draft(s) drawn under and presented with the Letter of Credit and this Confirmation at our offices as specified herein.

4. [This paragraph is omitted if used as a bid guarantee, and subsequent paragraphs are renumbered.] It is a condition of this confirmation that it be deemed automatically extended without amendment for one year from the expiration date hereof, or any automatically extended expiration date, unless:

(a) At least 60 days prior to any such expiration date, we shall notify the Contracting Officer, or the transferee and the issuing financial institution, by registered mail or other receipted means of delivery, that we elect not to consider this confirmation extended for any such additional period; or

(b) The issuing financial institution shall have exercised its right to notify you or the transferee, the account party, and ourselves, of its election not to extend the expiration date of the Letter of Credit.

5. This confirmation is subject to the Uniform Customs and Practice (UCP) for Documentary Credits, 1993 Revision, International Chamber of Commerce Publication No. 500, and to the extent not inconsistent therewith, to the laws of _____ [state of confirming financial institution].

6. If this confirmation expires during an interruption of business of this financial institution as described in Article 17 of the UCP, we specifically agree to effect payment if this credit is drawn against within 30 days after the resumption of our business.

Sincerely,

_____

[Confirming financial institution]

(g) The following format shall be used by the Contracting Officer for a sight draft to draw on the Letter of Credit:

SIGHT DRAFT

_____

[City, State]

(Date) _____

[Name and address of financial institution]

CSS 000061

Pay to the order of _____ [Beneficiary Agency] _____ the sum of United States
$_____. This draft is drawn under Irrevocable Letter of Credit No._____.

[Beneficiary Agency]

By: _____
(End of Clause)


52.236-4    PHYSICAL DATA (APR 1984)

Data and information furnished or referred to below is for the Contractor's information. The Government shall not be responsible for any interpretation of or conclusion drawn from the data or information by the Contractor.

(a) The indications of physical conditions on the drawings and in the specifications are the result of site investigations by:  N/A

(b) Weather conditions:  See Operational Climatic Data Summary, Atch 2 and Monthly Mean Number of Days with Precip Trace to .5 Inches, Atch 3.

(c) Transportation facilities:  Motor carrier and nearby railroad are approximately five miles from Dover AFB, Delaware.

(d) Other pertinent information:  N/A
(End of Clause)


52.252-2    CLAUSES INCORPORATED BY REFERENCE (FEB 1998)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

http://farsite.hill.af.mil/vffar1.htm

(End of Clause)

252.219-7009    SECTION 8(A) DIRECT AWARD (MAR 2002)

(a) This contract is issued as a direct award between the contracting office and the 8(a) Contractor pursuant to the Partnership Agreement dated February 1, 2002, between the Small Business Administration (SBA) and the Department of Defense. Accordingly, the SBA, even if not identified in Section A of this contract, is the prime contractor and retains responsibility for 8(a) certification, for 8(a) eligibility determinations and related issues, and for providing counseling and assistance to the 8(a) Contractor under the 8(a) Program. The cognizant SBA district office is:

U. S. SMALL BUSINESS ADMINISTRATION
ANCHORAGE DISTRICT OFFICE
501 L STREET, SUITE 310
ANCHORAGE, AK 99501-1952
VOICE: 907-271-4861
FAX:    907-271-4545

(b) The contracting office is responsible for administering the contract and for taking any action on behalf of the Government under the terms and conditions of the contract; provided that the contracting office shall give advance notice to the SBA before it issues a final notice terminating performance, either in whole or in part, under the contract. The contracting office also shall coordinate with the SBA prior to processing any novation agreement. The contracting office may assign contract administration functions to a contract administration office.

(c) The Contractor agrees that--

(1) It will notify the Contracting Officer, simultaneous with its notification to the SBA (as required by SBA's 8(a) regulations at 13 CFR 124.308), when the owner or owners upon whom 8(a) eligibility is based plan to relinquish ownership or control of the concern. Consistent with Section 407 of Pub. L. 100-656, transfer of ownership or control shall result in termination of the contract for convenience, unless the SBA waives the requirement for termination prior to the actual relinquishing of ownership and control; and

(2) It will not subcontract the performance of any of the requirements of this contract without the prior written approval of the SBA and the Contracting Officer.
(End of Clause)

252.223-7001    HAZARD WARNING LABELS (DEC 1991)

(a) "Hazardous material," as used in this clause, is defined in the Hazardous Material Identification and Material Safety Data clause of this contract.

(b) The Contractor shall label the item package (unit container) of any hazardous material to be delivered under this contract in accordance with the Hazard Communication Standard (29 CFR 1910.1200 et seq). The Standard requires that the hazard warning label conform to the requirements of the standard unless the material is otherwise subject to the labeling requirements of one of the following statutes:

(1) Federal Insecticide, Fungicide and Rodenticide Act;

(2) Federal Food, Drug and Cosmetics Act;

(3) Consumer Product Safety Act;

(4) Federal Hazardous Substances Act; or

(5) Federal Alcohol Administration Act.

(c) The Offeror shall list which hazardous material listed in the Hazardous Material Identification and Material Safety Data clause of this contract will be labeled in accordance with one of the Acts in paragraphs (b)(1) through
(5) of this clause instead of the Hazard Communication Standard. Any hazardous material not listed will be interpreted to mean that a label is required in accordance with the Hazard Communication Standard.

MATERIAL (If None, Insert "None.")                ACT
_____NONE_____         _____
_____     _____

(d) The apparently successful Offeror agrees to submit, before award, a copy of the hazard warning label for all hazardous materials not listed in paragraph (c) of this clause. The Offeror shall submit the label with the Material Safety Data Sheet being furnished under the Hazardous Material Identification and Material Safety Data clause of this contract.

(e) The Contractor shall also comply with MIL-STD-129, Marking for Shipment and Storage (including revisions adopted during the term of this contract).
(End of Clause)

252.236-7001    CONTRACT DRAWINGS, MAPS, AND SPECIFICATIONS (AUG 2000)

(a) The Government will provide to the Contractor, without charge, one set of contract drawings and specifications, except publications incorporated into the technical provisions by reference, in electronic or paper media as chosen by the Contracting Officer.

(b) The Contractor shall—

(1) Check all drawings furnished immediately upon receipt;

(2) Compare all drawings and verify the figures before laying out the work;

(3) Promptly notify the Contracting Officer of any discrepancies;

(4) Be responsible for any errors that might have been avoided by complying with this paragraph (b); and

(5) Reproduce and print contract drawings and specifications as needed.

(c) In general—

(1) Large-scale drawings shall govern small-scale drawings; and

(2) The Contractor shall follow figures marked on drawings in preference to scale measurements.

(d) Omissions from the drawings or specifications or the misdescription of details of work that are manifestly necessary to carry out the intent of the drawings and specifications, or that are customarily performed, shall not relieve the Contractor from performing such omitted or misdescribed details of the work. The Contractor shall perform such details as if fully and correctly set forth and described in the drawings and specifications.

(e) The work shall conform to the specifications and the contract drawings identified on the following index of drawings:

**To be completed in each delivery order as applicable.**
(End of Clause)

5352.242-9000 CONTRACTOR ACCESS TO AIR FORCE INSTALLATIONS (MAY 2002)
(a) The contractor shall obtain base identification and vehicle passes for all contractor personnel who make frequent visits to or perform work on the Air Force installation(s) cited in the contract. Contractor personnel are required to wear or prominently display installation identification badges or contractor-furnished, contractor identification badges while visiting or performing work on the installation.

(b) The contractor shall submit a written request on company letterhead to the contracting officer listing the following: contract number, location of work site, start and stop dates, and names of employees and subcontractor employees needing access to the base. The letter will also specify the individual(s) authorized to sign for a request for base identification credentials or vehicle passes. The contracting officer will endorse the request and forward it to the issuing base pass and registration office or security police for processing. When reporting to the registration office, the authorized contractor individual(s) should provide a valid driver's license, current vehicle registration, and valid vehicle insurance certificate to obtain a vehicle pass or pictured identification if the individual does not have a valid driver's license to obtain base identification credentials.

(c) During performance of the contract, the contractor shall be responsible for obtaining required identification for newly assigned personnel and for prompt return of credentials and vehicle passes for any employee who no longer requires access to the work site.

(d) When work under this contract requires unescorted entry to controlled or restricted areas, the contractor shall comply with AFI 31-209, the Air Force Resource Protection Program, and AFI 31-501, Personnel Security Program Management, as applicable.

(e) Upon completion or termination of the contract or expiration of the identification passes, the prime contractor shall ensure that all base identification passes issued to employees and subcontractor employees are returned to the issuing office.

(f) Failure to comply with these requirements may result in withholding of final payment.
(End of Clause)

CSS 000065

Soliciation No. F07603-03-R-0006
Contract No. F07603-03-D-0002
Page 34 of 56

SECTION J List of Documents, Exhibits and Other Attachments

Section J Table Of Contents

## PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS
### SECTION J
### LIST OF ATTACHMENTS

| ITEM NO. | TITLE | DATED | PAGES |
|----------|-------|-------|-------|
| ATCH 1 | TECHNICAL SPECIFICATIONS - GENERAL REQUIREMENTS VOLUME 1 | 20 Nov 02 | 110 |
| ATCH 2 | CLIMATIC BRIEF | Sep 1977 | 3 |
| ATCH 3 | MONTHLY NUMBER OF DAYS WITH PRECIP TRACE TO .5 | 23 May 00 | 1 |
| ATCH 4 | RATES OF WAGES | | |
| | Building – General Decision Number DE020009 | 10/11/2002 | 3 |
| | Residential – General Decision Number DE020003 | 03/01/2002 | 2 |
| | Heavy – General Decision Number DE020005 | 10/11/2002 | 3 |
| | Highway – General Decision Number DE010006 | 10/11/2002 | 2 |
| ATCH 5 | Unit Price Guide | 13 December 2002 | 5 |

CSS 000066

SOLICITATON NO: F07603-03-R-0006
CONTRACT NO: F07603-03-D-0002

## OPERATIONAL CLIMATIC DATA SUMMARY

STATION: DOVER AFB, DELAWARE          STATION #: 724088                    ICAO: DOV
LOCATION: 3908N   7528W               ELEVATION (FEET):  30                LST = GMT  -5
PREPARED BY: AFCCC/DOS, SEP 1997      PERIOD: 7301-9612

| | SOURCE NO. | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | ANN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **1. TEMPERATURE ( F)** | | | | | | | | | | | | | | |
| EXTREME MAX | 2 | 72 | 76 | 87 | 90 | 97 | 100 | 103 | 101 | 97 | 91 | 83 | 74 | 103 |
| MEAN DAILY MAX | 2 | 41 | 43 | 52 | 62 | 72 | 81 | 85 | 83 | 77 | 66 | 56 | 45 | 64 |
| MEAN | 2 | 33 | 36 | 44 | 53 | 63 | 72 | 77 | 75 | 69 | 58 | 47 | 38 | 56 |
| MEAN DAILY MIN | 2 | 26 | 28 | 35 | 44 | 54 | 63 | 68 | 67 | 60 | 49 | 39 | 30 | 47 |
| EXTREME MIN | 2 | -5 | 0 | 9 | 21 | 33 | 43 | 52 | 48 | 39 | 24 | 14 | -4 | -5 |
| # DAYS GE 90 | 2 | 0 | 0 | 0 | # | 1 | 4 | 8 | 5 | 2 | 0 | 0 | 0 | 20 |
| # DAYS LE 32 | 2 | 24 | 20 | 12 | 2 | 0 | 0 | 0 | 0 | 0 | 1 | 8 | 19 | 86 |
| # DAYS LE 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 2 |
| **2. PRECIPITATION (INCHES)** | | | | | | | | | | | | | | |
| MAXIMUM | 3 | 8.2 | 7.5 | 9.1 | 7.1 | 8.1 | 15.3 | 12.6 | 16.6 | 8.2 | 6.9 | 8.6 | 8.2 | 72.8 |
| MEAN | 3 | 3.1 | 3.0 | 3.9 | 3.3 | 3.6 | 3.4 | 4.2 | 4.5 | 3.5 | 3.0 | 3.4 | 3.6 | 42.5 |
| MINIMUM | 3 | 0.3 | 1.1 | 1.1 | 0.4 | 0.6 | 0.7 | 0.8 | 0.9 | 0.4 | # | 0.3 | 0.5 | 22.8 |
| MAX 24 HR | 3 | 2.2 | 2.7 | 2.7 | 2.6 | 3.2 | 3.7 | 5.4 | 9.0 | 3.5 | 4.1 | 5.7 | 2.8 | 9.0 |
| # DAYS GE .004 | | * | * | * | * | * | * | * | * | * | * | * | * | * |
| # DAYS GE .5 | 3 | 2 | 2 | 3 | 2 | 2 | 2 | 3 | 3 | 2 | 2 | 2 | 3 | 28 |
| **3. SNOWFALL (INCHES)** | | | | | | | | | | | | | | |
| MEAN | 3 | 5.4 | 6.2 | 2.2 | 0.2 | 0 | 0 | 0 | 0 | 0 | # | 0.6 | 2.1 | 16.7 |
| MAXIMUM | 3 | 27.0 | 33.9 | 20.2 | 2.2 | 0 | 0 | 0 | 0 | 0 | # | 9.0 | 13.6 | 58.3 |
| MAX 24 HR | 3 | 14.0 | 17.9 | 8.2 | 2.2 | 0 | 0 | 0 | 0 | 0 | # | 9.0 | 9.1 | 17.9 |
| # DAYS GE 0.1 | | * | * | * | * | * | * | * | * | * | * | * | * | * |
| # DAYS GE 1.5 | | * | * | * | * | * | * | * | * | * | * | * | * | * |
| **4. MEAN RELATIVE HUMIDITY (%) / VAPOR PRESSURE (IN HG) / DEWPOINT ( F)** | | | | | | | | | | | | | | |
| RH ( 5 LST) | 1 | 70 | 71 | 72 | 73 | 80 | 82 | 84 | 86 | 84 | 80 | 76 | 71 | 77 |
| RH (15 LST) | 1 | 57 | 54 | 52 | 52 | 56 | 55 | 56 | 59 | 58 | 54 | 56 | 57 | 56 |
| VAPOR PRESS | 1 | .14 | .15 | .20 | .27 | .42 | .56 | .67 | .67 | .53 | .35 | .26 | .18 | .37 |
| DEWPOINT | 1 | 23 | 24 | 31 | 40 | 52 | 60 | 66 | 66 | 59 | 47 / 38 | 27 | 44 | |
| **5. SURFACE WINDS 16 PT/KTS / 99.95% HIGHEST   PRESSURE ALTITUDE (FEET)** | | | | | | | | | | | | | | |
| PVLG DRCTN | 1 | WNW | N | N | WNW | SSW | SSSW | SSSW | SSSW | SN | SN | SW | SWNW | SN |
| MEAN SPEED (PVLG DRCTN) | 1 | 11 | 8 | 8 | 10 | 8 | 7 | 6 | 6 | 6 | 7 | 7 | 10 | 8 |
| MEAN SPEED (ALL OBS) | 1 | 7 | 7 | 8 | 7 | 6 | 6 | 5 | 5 | 5 | 6 | 7 | 7 | 6 |
| MAX PEAK GUST | 1 | 59 | 69 | 74 | 51 | 54 | 58 | 62 | 52 | 60 | 51 | 51 | 61 | 74 |
| PRESSURE ALT | 1 | 1059 | 1089 | 1209 | 809 | 609 | 509 | 409 | 309 | 859 | 609 | 659 | 809 | 1209 |
| **6. MEAN CLOUD COVER (8THS) / THUNDERSTORMS / FOG / BLOWING SAND & DUST (BNBD)** | | | | | | | | | | | | | | |
| CLD COVER | 1 | 5 | 5 | 5 | 5 | 5 | 4 | 4 | 4 | 4 | 4 | 5 | 5 | 5 |
| DAYS TSTMS | 1 | # | # | # | 2 | 3 | 5 | 6 | 9 | 7 | 3 | 1 | # | 36 |
| DAYS FOG LT 7 | 1 | 14 | 12 | 14 | 14 | 17 | 16 | 19 | 20 | 18 | 16 | 15 | 13 | 187 |
| DAYS BNBD LT 7 | 1 | 0 | 0 | # | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**7. PERCENTAGE FREQUENCY OF OCCURRENCE (% FREQ) OF CEILING AND/OR VISIBILITY (CIG/VIS) LT 3000/3 STATUTE MILES (MI) (SOURCE NO. 1)**

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | ANN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00-02 LST | 19 | 19 | 19 | 17 | 18 | 11 | 12 | 12 | 16 | 15 | 17 | 16 | 16 |
| 03-05 LST | 20 | 20 | 21 | 19 | 23 | 18 | 20 | 20 | 21 | 19 | 20 | 17 | 20 |
| 06-08 LST | 21 | 22 | 23 | 21 | 24 | 20 | 24 | 27 | 27 | 23 | 23 | 18 | 23 |
| 09-11 LST | 19 | 20 | 20 | 18 | 21 | 15 | 12 | 13 | 17 | 15 | 19 | 18 | 17 |
| 12-14 LST | 18 | 19 | 18 | 15 | 17 | 9 | 7 | 9 | 13 | 10 | 15 | 16 | 14 |
| 15-17 LST | 18 | 18 | 17 | 13 | 14 | 7 | 6 | 8 | 11 | 10 | 14 | 16 | 13 |
| 18-20 LST | 18 | 18 | 16 | 15 | 15 | 8 | 6 | 8 | 10 | 11 | 14 | 17 | 13 |
| 21-23 LST | 17 | 19 | 17 | 16 | 16 | 9 | 9 | 9 | 11 | 13 | 16 | 16 | 14 |
| ALL HOURS | 18 | 19 | 18 | 16 | 18 | 12 | 12 | 13 | 15 | 14 | 17 | 16 | 16 |

Page 1 of 3

ATCH 2

CSS 000067

SOLICITATON NO: F07603-03-R-0006
CONTRACT NO: F07603-03-D-0002

## OPERATIONAL CLIMATIC DATA SUMMARY

8. % FREQ OF CIG/VIS LT 1500/3 MI (SOURCE NO. 1)

|  | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | ANN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00-02 LST | 15 | 15 | 15 | 13 | 14 | 9 | 10 | 10 | 11 | 12 | 13 | 12 | 13 |
| 03-05 LST | 16 | 17 | 17 | 16 | 19 | 16 | 19 | 17 | 17 | 15 | 14 | 13 | 16 |
| 06-08 LST | 17 | 19 | 18 | 17 | 21 | 17 | 21 | 24 | 22 | 19 | 18 | 14 | 19 |
| 09-11 LST | 16 | 18 | 15 | 13 | 15 | 10 | 7 | 9 | 11 | 11 | 14 | 13 | 13 |
| 12-14 LST | 15 | 15 | 14 | 10 | 11 | 6 | 3 | 5 | 6 | 6 | 10 | 12 | 9 |
| 15-17 LST | 14 | 13 | 13 | 9 | 9 | 4 | 4 | 4 | 5 | 6 | 9 | 11 | 8 |
| 18-20 LST | 14 | 13 | 13 | 10 | 11 | 7 | 5 | 5 | 6 | 7 | 9 | 12 | 9 |
| 21-23 LST | 14 | 15 | 13 | 12 | 12 | 8 | 7 | 7 | 8 | 10 | 12 | 12 | 11 |
| ALL HOURS | 15 | 15 | 14 | 12 | 14 | 9 | 9 | 10 | 10 | 10 | 12 | 12 | 12 |

9. % FREQ OF CIG/VIS LT 1000/2 MI (SOURCE NO. 1)

|  | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | ANN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00-02 LST | 12 | 12 | 12 | 11 | 11 | 7 | 5 | 5 | 8 | 9 | 10 | 10 | 9 |
| 03-05 LST | 12 | 14 | 14 | 13 | 15 | 11 | 10 | 10 | 11 | 12 | 11 | 10 | 12 |
| 06-08 LST | 12 | 16 | 14 | 13 | 15 | 12 | 11 | 14 | 14 | 14 | 13 | 10 | 13 |
| 09-11 LST | 11 | 14 | 12 | 10 | 10 | 6 | 4 | 4 | 5 | 8 | 10 | 10 | 9 |
| 12-14 LST | 11 | 11 | 10 | 7 | 7 | 3 | 1 | 2 | 3 | 5 | 7 | 9 | 6 |
| 15-17 LST | 11 | 9 | 10 | 6 | 6 | 3 | 2 | 2 | 2 | 4 | 7 | 9 | 6 |
| 18-20 LST | 11 | 10 | 10 | 7 | 8 | 4 | 2 | 3 | 3 | 5 | 7 | 9 | 7 |
| 21-23 LST | 12 | 11 | 10 | 9 | 9 | 5 | 3 | 3 | 5 | 7 | 9 | 9 | 8 |
| ALL HOURS | 11 | 12 | 11 | 9 | 10 | 6 | 4 | 5 | 6 | 8 | 9 | 9 | 8 |

10. % FREQ OF CIG/VIS LT 200/0.5 MI (SOURCE NO. 1)

|  | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | ANN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00-02 LST | 2 | 3 | 2 | 3 | 2 | 1 | 1 | 1 | 1 | 3 | 3 | 3 | 2 |
| 03-05 LST | 2 | 4 | 3 | 3 | 3 | 2 | 1 | 2 | 2 | 4 | 3 | 2 | 3 |
| 06-08 LST | 3 | 4 | 3 | 3 | 2 | 1 | 1 | 2 | 2 | 4 | 4 | 3 | 3 |
| 09-11 LST | 2 | 3 | 2 | 1 | * | * | 0 | 0 | * | 1 | 2 | 1 | 1 |
| 12-14 LST | 2 | 2 | * | * | 0 | * | 0 | 0 | * | * | * | * | * |
| 15-17 LST | 1 | 1 | * | 0 | 0 | * | * | * | 0 | 0 | * | * | * |
| 18-20 LST | 2 | 2 | 1 | 1 | 1 | * | * | 0 | * | 1 | 1 | 1 | 1 |
| 21-23 LST | 3 | 3 | 2 | 1 | 1 | 1 | * | * | * | 1 | 1 | 1 | 1 |
| ALL HOURS | 2 | 2 | 1 | 1 | 1 | * | * | * | * | 1 | 2 | 1 | 1 |

11. PERCENTAGE FREQUENCY OF OCCURRENCE [% FREQ] OF THUNDERSTORMS:

|  | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | ANN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00-02 LST | 0 | * | * | 1 | 2 | 1 | 3 | 1 | 1 | * | * | 0 | 1 |
| 03-05 LST | 0 | 0 | * | 1 | 1 | 1 | 1 | 1 | 0 | * | * | 0 | * |
| 06-08 LST | 0 | 0 | * | * | 1 | 1 | 1 | 1 | * | * | * | * | * |
| 09-11 LST | 0 | 0 | * | 1 | * | 1 | 1 | 1 | * | * | * | * | * |
| 12-14 LST | * | * | * | * | 1 | 1 | 3 | 1 | 1 | * | 0 | 0 | 1 |
| 15-17 LST | * | * | 1 | 1 | 2 | 2 | 4 | 3 | 2 | * | * | * | 1 |
| 18-20 LST | * | * | * | 2 | 4 | 4 | 5 | 4 | 2 | * | * | * | 2 |
| 21-23 LST | * | 0 | 1 | 1 | 3 | 3 | 4 | 3 | 1 | * | * | * | 1 |
| ALL HOURS | * | * | * | * | 1 | 1 | 2 | 2 | * | * | * | * | * |

12. % FREQ RAIN AND/OR DRIZZLE:

|  | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | ANN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00-02 LST | 10 | 11 | 12 | 12 | 11 | 6 | 5 | 6 | 8 | 9 | 10 | 11 | 9 |
| 03-05 LST | 10 | 11 | 12 | 12 | 11 | 6 | 5 | 6 | 8 | 10 | 11 | 11 | 9 |
| 06-08 LST | 9 | 10 | 14 | 13 | 11 | 7 | 6 | 6 | 8 | 9 | 10 | 10 | 9 |
| 09-11 LST | 10 | 9 | 13 | 11 | 10 | 7 | 5 | 5 | 7 | 8 | 12 | 12 | 9 |
| 12-14 LST | 10 | 8 | 12 | 10 | 9 | 5 | 6 | 6 | 6 | 7 | 10 | 9 | 8 |
| 15-17 LST | 9 | 10 | 12 | 11 | 9 | 7 | 7 | 7 | 7 | 7 | 9 | 10 | 9 |
| 18-20 LST | 10 | 9 | 12 | 12 | 10 | 9 | 8 | 7 | 8 | 8 | 10 | 11 | 9 |
| 21-23 LST | 10 | 10 | 13 | 13 | 12 | 7 | 7 | 8 | 8 | 9 | 11 | 11 | 10 |
| ALL HOURS | 9 | 9 | 12 | 11 | 10 | 6 | 6 | 6 | 7 | 8 | 10 | 10 | 9 |

ATCH 2

CSS 000068

SOLICITATON NO: F07603-03-R-0006
CONTRACT NO: F07603-03-D-0002

OPERATIONAL CLIMATIC DATA SUMMARY

13.  % FREQ SNOW AND/OR ICE PELLETS:

|  | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | ANN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00-02 LST | 4 | 4 | 2 | # | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 2 | 1 |
| 03-05 LST | 6 | 4 | 3 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 2 | 1 |
| 06-08 LST | 5 | 4 | 2 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 2 | 1 |
| 09-11 LST | 5 | 4 | 2 | 1 | 0 | 0 | 0 | 0 | # | 1 | 1 | 2 | 1 |
| 12-14 LST | 5 | 4 | 2 | 1 | 0 | 0 | 0 | 0 | 0 | # | # | 2 | 1 |
| 15-17 LST | 4 | 4 | 2 | # | 0 | 0 | 0 | 0 | 0 | 0 | # | 2 | 1 |
| 18-20 LST | 4 | 4 | 2 | # | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 2 | 1 |
| 21-23 LST | 4 | 4 | 2 | # | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 2 | 1 |
| ALL HOURS | 4 | 4 | 2 | # | 0 | 0 | 0 | 0 | 0 | # | # | 2 | 1 |

14.  % FREQ OF SURFACE WIND SPEEDS GT 25 KTS. (INCLUDING GUSTS):

|  | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | ANN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00-02 LST | 3 | 3 | 3 . | 1 | # | # | # | # | # | # | 1 | 2 | 1 |
| 03-05 LST | 2 | 3 | 2 | 1 | # | 0 | 0 | # | # | # | 1 | 2 | 1 |
| 06-08 LST | 2 | 3 | 3 | 1 | # | 0 | 0 | # | # | 1 | 1 | 3 | 1 |
| 09-11 LST | 5 | 5 | 7 | 4 | 2 | # | # | # | 1 | 2 | 4 | 5 | 3 |
| 12-14 LST | 7 | 7 | 9 | 7 | 2 | 1 | # | # | 1 | 2 | 5 | 7 | 4 |
| 15-17 LST | 6 | 5 | 7 | 6 | 2 | 1 | 1 | # | 1 | 1 | 3 | 4 | 3 |
| 18-20 LST | 4 | 2 | 3 | 2 | 1 | 1 | # | # | # | 1 | 1 | 3 | 2 |
| 21-23 LST | 4 | 3 | 3 | 2 | # | # | # | # | # | # | 1 | 2 | 1 |
| ALL HOURS | 4 | 4 | 4 | 3 | # | # | # | # | # | # | 2 | 3 | 2 |

SOURCE(S):  1.  AFCCC DATSAV DATABASE, 7301-9612, TOTAL OBS USED 212250
2.  INTERNATIONAL STATION METEOROLOGICAL CLIMATE SUMMARY, CD-ROM, V 4.0
(ISMCS V 4.0 INCLUDES GHCN V 1.0 DATA)
3.  SUMMARY OF DAY DATA FOR DOVER AFB DELEWARE, FOR: DEC 42-SEP 46,
JUL 45-JUN 97

REMARKS:  * = DATA NOT AVAILABLE     # = LT 0.5 DAY, OR 0.05 INCH, OR 0.5%, AS
APPLICABLE     $ = % CALM GT PVLGN DRCTN
= BASED ONLY ON AVAILABLE DATA, I.E. LT 24 HRS/DAY, OR LT 12 MONTH/YR
ANNUAL TOTALS MAY NOT EQUAL THE SUM OF MONTHLY TOTALS DUE TO ROUNDING

ATCH 2

CSS 000069

Dover AFB, DE (724088)
Monthly Mean Number of Days with Precip Trace to .5 Inches
Period of Record:  Total Obs Used:

Solicitation NO.  F07603-03-R-0006
Contract NO.  F07603-03-D0002

| | Mean # Days |
|---|---|
| Jan | 8 |
| Feb | 7 |
| Mar | 8 |
| Apr | 8 |
| May | 8 |
| Jun | 7 |
| Jul | 7 |
| Aug | 6 |
| Sep | 5 |
| Oct | 6 |
| Nov | 7 |
| Dec | 7 |



Monthly Mean Number of Days with Precip Trace to .5 Inches

— Mean # Days

Prepared By: SSgt Riter
Weather Analyst/ DOC3
23 May 00

AF Combat Climatology Center
Asheville, North Carolina

Page 1 of 1
ATCH 3

CSS 000070

SOLICITATION NO: F07603-03-R-0006
CONTRACT NO:    F07603-03-D-0002

## RATES OF WAGES
## General Decision Number DE020009

```
General Decision Number DE020009
Superseded General Decision No. DE010009
State: DELAWARE
Construction Type:
BUILDING
County(ies):
KENT
BUILDING CONSTRUCTION PROJECTS (does not include residential
construction consisting of single family homes and apartments up
to and including 4 stories)
Modification Number       Publication Date
             0            03/01/2002
             1            03/08/2002
             2            03/22/2002
             3            05/03/2002
             4            05/24/2002
             5            06/14/2002
             6            06/28/2002
             7            07/05/2002
             8            08/30/2002
             9            10/11/2002
COUNTY(ies):
KENT
 * BRDE0001C  05/01/2001
                                       Rates          Fringes
Bricklayers (Including Caulking)       21.00      /    8.73
-----------------------------------------------------------------
 * CARP0626A  05/01/2002
                                       Rates          Fringes
Carpenters Including Drywall
 Hanging, Acoustical Ceilings,
 Formsetting and Scaffold Building     26.82          9.57
Soft Floor Layers                      26.82          9.57
-----------------------------------------------------------------
 * CARP1545A  05/01/1998
                                       Rates          Fringes
Millwrights                            27.41          7.49
-----------------------------------------------------------------
 * ELEC0313A  12/01/2001
                                       Rates          Fringes
Electricians                           28.38          13.22
-----------------------------------------------------------------
 * ENGI0542S  05/01/2002
                                       Rates          Fringes
POWER EQUIPMENT OPERATORS:
Backhoes                               23.35          12.39+A
Bulldozers                             23.35          12.39+A
Cranes
 High Rail/Burro Crane                 23.69          12.49+A
 Tower Type Crane Operation,
```

Page 1 of 3

CSS 000071

SOLICITATION NO: F07603-03-R-0006
CONTRACT NO:    F07603-03-D-0002

```
    Erecting, Dismantling,
    Jumping, or Jacking            23.35           12.39+A
Forklifts                          23.35           12.39+A
Loaders
    Rail Loader (Winch Boom Loader) 23.69          12.49+A
    Conveyor Loaders (Euclid-Type
    Wheel)                         23.35           12.39+A
Front-End Loader                   23.35           12.39+A
Rail/Road Loader                   23.35           12.39+A
FOOTNOTE:
A.  PAID HOLIDAYS:  New Year's Day, Memorial Day; Independence
    Day; Labor Day; Thanksgiving Day; Christmas Day; and
    Election Day (provided the employee works the scheduled
    work day following the holiday.)
----------------------------------------------------------------
 * IRON0451A  07/01/2002

                                   Rates           Fringes
Ironworkers, Structural
and Reinforcing                    25.60           15.05
----------------------------------------------------------------
 * PAIN0021S  05/01/2002

                                   Rates           Fringes
GLAZIERS                           26.80           11.00
----------------------------------------------------------------
 * PAIN0021V  05/01/2002

                                   Rates           Fringes
Painters, Brush & Roller
Including Drywall Finishing        21.43           8.08
----------------------------------------------------------------
 * SFDE0669A  04/01/2001

                                   Rates           Fringes
Sprinkler Fitters                  26.45           8.00
----------------------------------------------------------------
 * SHEE0019C  07/01/2002

                                   Rates           Fringes
Sheet Metal Workers                26.30           17.94+A
FOOTNOTE:
    PAID HOLIDAY:  Election Day.
----------------------------------------------------------------
 * SUDE1002A  07/30/2002

                                   Rates           Fringes
Cement Masons/Finishers            21.00           1.22
Laborers, Unskilled                13.61
Plumbers/Pipefitters, including
    HVAC Pipe Work                 29.72           6.67
----------------------------------------------------------------
WELDERS - Receive rate prescribed for craft performing operation
to which welding is incidental.
================================================================
Unlisted classifications needed for work not included within
the scope of the classifications listed may be added after
```

Page 2 of 3

ATCH 4

CSS 000072

SOLICITATION NO:  F07603-03-R-0006
CONTRACT NO:      F07603-03-D-0002

award only as provided in the labor standards contract clauses
(29 CFR 5.5(a)(1)(ii)).
------------------------------------------------------------------
In the listing above, the "SU" designation means that rates
listed under that identifier do not reflect collectively
bargained wage and fringe benefit rates.  Other designations
indicate unions whose rates have been determined to be
prevailing.
        WAGE DETERMINATION APPEALS PROCESS
1.) Has there been an initial decision in the matter?  This can
 be:
* an existing published wage determination
* a survey underlying a wage determination
* a Wage and Hour Division letter setting forth a
  position on a wage determination matter
* a conformance (additional classification and rate)
  ruling
On survey related matters, initial contact, including requests
for summaries of surveys, should be with the Wage and Hour
Regional Office for the area in which the survey was conducted
because those Regional Offices have responsibility for the
Davis-Bacon survey program.  If the response from this initial
contact is not satisfactory, then the process described in 2.)
and 3.) should be followed.
With regard to any other matter not yet ripe for the formal
process described here, initial contact should be with the Branch
of Construction Wage Determinations.  Write to:
     Branch of Construction Wage Determinations
     Wage and Hour Division
     U. S. Department of Labor
     200 Constitution Avenue, N. W.
     Washington, D. C.  20210
2.) If the answer to the question in 1.) is yes, then an
interested party (those affected by the action) can request
review and reconsideration from the Wage and Hour Administrator
(See 29 CFR Part 1.8 and 29 CFR Part 7).  Write to:
          Wage and Hour Administrator
          U.S. Department of Labor
          200 Constitution Avenue, N. W.
          Washington, D. C.  20210
The request should be accompanied by a full statement of the
interested party's position and by any information (wage payment
data, project description, area practice material, etc.) that the
requestor considers relevant to the issue.
3.) If the decision of the Administrator is not favorable, an
interested party may appeal directly to the Administrative Review
Board (formerly the Wage Appeals Board).  Write to:
          Administrative Review Board
          U. S. Department of Labor
          200 Constitution Avenue, N. W.
          Washington, D. C.  20210
4.) All decisions by the Administrative Review Board are final.
                    END OF GENERAL DECISION

ATCH 4

CSS 000073

SOLICITATION NO: F07603-03-R-0006
CONTRACT NO:   F07603-03-D-0002

# RATES OF WAGES
## General Decision Number DE020003

```
General Decision Number DE020003
Superseded General Decision No. DE010003
State: DELAWARE
Construction Type:
RESIDENTIAL
County(ies):
KENT              NEW CASTLE          SUSSEX
RESIDENTIAL CONSTRUCTION PROJECTS (consisting of single family
homes and apartments up to and including 4 stories)
Modification Number    Publication Date
        0              03/01/2002
COUNTY(ies):
KENT              NEW CASTLE          SUSSEX
  SUDE4001A  04/01/1990
```

|  | Rates | Fringes |
|---|---|---|
| NEW CASTLE COUNTY: | | |
| CARPENTERS (Excluding Drywall Hangers) | 10.59 | 2.05 |
| DRYWALL HANGERS | 10.79 | |
| ELECTRICIANS | 9.12 | |
| LABORERS, UNSKILLED | 6.15 | |
| PAINTERS | 9.00 | |
| PLUMBERS | 9.80 | |
| ROOFERS | 9.79 | |
| KENT AND SUSSEX COUNTIES: | | |
| BRICKLAYERS | 12.50 | .63 |
| CARPENTERS | 9.75 | .65 |
| CONCRETE FINISHERS | 9.69 | |
| ELECTRICIANS | 10.00 | |
| LABORERS: | | |
| Unskilled | 6.15 | |
| Landscape | 6.15 | |
| Mason Tenders (Brick) | 6.25 | .63 |
| PLUMBERS | 8.92 | |
| POWER EQUIPMENT OPERATORS: | | |
| Backhoe | 10.15 | |

```
----------------------------------------------------------------
WELDERS - Receive rate prescribed for carft performing operation
to which welding is incidental
----------------------------------------------------------------

Unlisted classifications needed for work not included within
the scope of the classifications listed may be added after
award only as provided in the labor standards contract clauses
(29 CFR 5.5(a)(1)(v)).
----------------------------------------------------------------

In the listing above, the "SU" designation means that rates
listed under that identifier do not reflect collectively
bargained wage and fringe benefit rates. Other designations
indicate unions whose rates have been determined to be
prevailing.
```

ATCH 4

CSS 000074

SOLICITATION NO: F07603-03-R-0006
CONTRACT NO:    F07603-03-D-0002

WAGE DETERMINATION APPEALS PROCESS

1.) Has there been an initial decision in the matter?  This can
be:

* an existing published wage determination
* a survey underlying a wage determination
* a Wage and Hour Division letter setting forth a
  position on a wage determination matter
* a conformance (additional classification and rate)

Ruling on survey related matters, initial contact, including requests
for summaries of surveys, should be with the Wage and Hour
Regional Office for the area in which the survey was conducted.
because those Regional Offices have responsibility for the
Davis-Bacon survey program.  If the response from this initial
contact is not satisfactory, then the process described in 2.)
and 3.) should be followed.

With regard to any other matter not yet ripe for the formal
process described here, initial contact should be with the Branch
of Construction Wage Determinations.  Write to:

        Branch of Construction Wage Determinations
        Wage and Hour Division
        U. S. Department of Labor
        200 Constitution Avenue, N. W.
        Washington, D. C.  20210

2.) If the answer to the question in 1.) is yes, then an
interested party (those affected by the action) can request
review and reconsideration from the Wage and Hour Administrator
(See 29 CFR Part 1.8 and 29 CFR Part 7).  Write to:

        Wage and Hour Administrator
        U.S. Department of Labor
        200 Constitution Avenue, N. W.
        Washington, D. C.  20210

The request should be accompanied by a full statement of the
interested party's position and by any information (wage payment
data, project description, area practice material, etc.) that the
requestor considers relevant to the issue.

3.) If the decision of the Administrator is not favorable, an
interested party may appeal directly to the Administrative Review
Board (formerly the Wage Appeals Board).  Write to:

        Administrative Review Board
        U. S. Department of Labor
        200 Constitution Avenue, N. W.
        Washington, D. C.  20210

4.) All decisions by the Administrative Review Board are final.
                END OF GENERAL DECISION

ATCH 4

CSS 000075

SOLICITATION NO: F07603-03-R-0006
CONTRACT NO:    F07603-03-D-0002

**RATES OF WAGES**
**General Decision Number DE020005**

```
General Decision Number DE020005
Superseded General Decision No. DE010005
State: DELAWARE
Construction Type:
HEAVY
County(ies):
KENT              NEW CASTLE
HEAVY CONSTRUCTION PROJECTS
Modification Number    Publication Date
          0            03/01/2002
          1            03/08/2002
          2            03/22/2002
          3            05/03/2002
          4            05/24/2002
          5            06/14/2002
          6            06/28/2002
          7            07/05/2002
          8            08/30/2002
          9            10/11/2002
COUNTY(ies):
KENT              NEW CASTLE
 * BOIL0013H  01/01/2002
```

|  | Rates | Fringes |
|---|---|---|
| NEW CASTLE COUNTY: | | |
| BOILERMAKERS | 30.60 | 13.91 |

--------------------------------------------------

```
 * BOIL0193H  10/01/2001
```

|  | Rates | Fringes |
|---|---|---|
| KENT COUNTY: | | |
| BOILERMAKERS | 25.57 | 12.76 |

--------------------------------------------------

```
 * CARP0626B  05/01/2002
```

|  | Rates | Fringes |
|---|---|---|
| CARPENTERS (Including Formsetting and Scaffold Building) | 26.82 | 9.57 |

--------------------------------------------------

```
 * CARP1545B  05/01/1998
```

|  | Rates | Fringes |
|---|---|---|
| MILLWRIGHTS | 27.41 | 7.49 |

--------------------------------------------------

```
 * ENGI5420A  05/02/2002
```

|  | Rates | Fringes |
|---|---|---|
| POWER EQUIPMENT OPERATORS: | | |
| Backhoes | 23.35 | 12.39+A |
| Bulldozers | 23.35 | 12.39+A |
| Cranes | | |
| High Rail/Burro Crane | 23.69 | 12.49+A |
| Tower Type Crane Operation, Erecting, Dismantling, Jumping, or Jacking. | 23.35 | 12.39+A |

Page 1 of 3

CSS 000076

SOLICITATION NO: F07603-03-R-0006
CONTRACT NO:    F07603-03-D-0002

| | | |
|---|---|---|
| Loaders | | |
| Rail Loader (Winch Boom Type) | 23.69 | 12.49+A |
| Conveyor Loaders (Euclid-Type Wheel) | 23.35 | 12.39+A |
| Front-End Loader | 23.35 | 12.39+A |
| Rail/Road Loader | 23.35 | 12.39+A |
| Rollers | | |
| Roller (High Grade Finishing) | 23.35 | 12.39+A |
| Roller | 21.23 | 11.76+A |
| | | |
| Scrapers | | |
| Scrapers and Tandem Scrapers | 23.35 | 12.39+A |
| Trenchers | | |
| Trenching Machines | 23.35 | 12.39+A |
| Ditch Witch (Small Trencher) | 21.23 | 11.76+A |

FOOTNOTE A: PAID HOLIDAYS: New Year's Day, Memorial Day,
Independence Day, Labor Day, Thanksgiving Day, Christmas Day, and
Election Day provided that the employee works the scheduled work
day before and after the holiday.
----------------------------------------------------------------

* IRON0451B  07/01/2002

| | Rates | Fringes |
|---|---|---|
| IRONWORKERS: | | |
| Structual | 25.60 | 15.05 |

----------------------------------------------------------------
* SUDE3002B  07/30/2002

| | Rates | Fringes |
|---|---|---|
| Cement Masons/Finishers | 18.20 | 2.88 |
| Laborers | | |
| Unskilled | 13.17 | 3.19 |
| Power Equipment Operators | | |
| Pavers | 19.61 | 4.44 |
| Truck Drivers | | |
| Dump | 14.73 | 1.43 |

----------------------------------------------------------------
WELDERS - Receive rate prescribed for craft performing operation
to which welding is incidental.
================================================================
Unlisted classifications needed for work not included within
the scope of the classifications listed may be added after
award only as provided in the labor standards contract clauses
(29 CFR 5.5(a)(1)(ii)).
----------------------------------------------------------------

In the listing above, the "SU" designation means that rates
listed under that identifier do not reflect collectively
bargained wage and fringe benefit rates.  Other designations
indicate unions whose rates have been determined to be
prevailing.

WAGE DETERMINATION APPEALS PROCESS

1.) Has there been an initial decision in the matter?  This can
be:
* an existing published wage determination
* a survey underlying a wage determination

ATCH 4

CSS 000077

SOLICITATION NO: F07603-03-R-0006
CONTRACT NO:      F07603-03-D-0002

* a Wage and Hour Division letter setting forth a
  position on a wage determination matter
* a conformance (additional classification and rate)ruling

On survey related matters, initial contact, including requests
for summaries of surveys, should be with the Wage and Hour
Regional Office for the area in which the survey was conducted
because those Regional Offices have responsibility for the
Davis-Bacon survey program. If the response from this initial
contact is not satisfactory, then the process described in 2.)
and 3.) should be followed.

With regard to any other matter not yet ripe for the formal
process described here, initial contact should be with the Branch
of Construction Wage Determinations.  Write to:

    Branch of Construction Wage Determinations
    Wage and Hour Division
    U. S. Department of Labor
    200 Constitution Avenue, N. W.
    Washington, D. C.   20210


2.) If the answer to the question in 1.) is yes, then an
interested party (those affected by the action) can request
review and reconsideration from the Wage and Hour Administrator
(See 29 CFR Part 1.8 and 29 CFR Part 7). Write to:

        Wage and Hour Administrator
        U.S. Department of Labor
        200 Constitution Avenue, N. W.
        Washington, D. C.   20210

The request should be accompanied by a full statement of the
interested party's position and by any information (wage payment
data, project description, area practice material, etc.) that the
requestor considers relevant to the issue.

3.) If the decision of the Administrator is not favorable, an
interested party may appeal directly to the Administrative Review
Board (formerly the Wage Appeals Board). Write to:

        Administrative Review Board
        U. S. Department of Labor
        200 Constitution Avenue, N. W.
        Washington, D. C.   20210

4.) All decisions by the Administrative Review Board are final.
                    END OF GENERAL DECISION

ATCH 4

CSS 000078

SOLICITATION NO: F07603-03-R-0006
CONTRACT NO:    F07603-03-D-0002

**RATES OF WAGES**
**General Decision Number DE020006**

General Decision Number **DE020006**
Superseded General Decision No. DE010006
State: DELAWARE
Construction Type:
HIGHWAY
County(ies):
KENT
HIGHWAY CONSTRUCTION PROJECTS (excluding tunnels, building
structures in rest areas projects,and railroad construction;
bascule, suspension & spandrel arch bridges; bridges designed
for commercial navigation; bridges involving marine construction
other major bridges).

| Modification Number | Publication Date |
|---|---|
| 0 | 03/01/2002 |
| 1 | 10/11/2002 |

COUNTY(ies):
KENT
 * PAIN1021C  05/01/2002

| | Rates | Fringes |
|---|---|---|
| PAINTERS, SPRAY | 23.48 | 8.08 |

-------------------------------------------------------------------

 * SUDE3003A  07/30/2002

| | Rates | Fringes |
|---|---|---|
| Cement Masons/Finishers | 16.06 | |
| Electricians | 16.66 | 1.02 |
| LABORERS: | | |
| Landscapers | 13.52 | .93 |
| Pipelayers | 14.72 | 2.05 |
| Unskilled | 13.04 | 1.37 |
| POWER EQUIPMENT OPERATORS: | | |
| Backhoes | 17.50 | 2.70 |
| Bulldozers | 16.73 | 2.74 |
| Loaders | 17.03 | 3.52 |
| Rollers | 17.69 | 2.18 |

-------------------------------------------------------------------

WELDERS - Receive rate prescribed for craft performing operation
to which welding is incidental.
================================================================
Unlisted classifications needed for work not included within
the scope of the classifications listed may be added after
award only as provided in the labor standards contract clauses
(29 CFR 5.5(a)(1)(ii)).

-------------------------------------------------------------------

In the listing above, the "SU" designation means that rates
listed under that identifier do not reflect collectively
bargained wage and fringe benefit rates.  Other designations
indicate unions whose rates have been determined to be
prevailing.
     WAGE DETERMINATION APPEALS PROCESS
1.) Has there been an initial decision in the matter?  This can
be:

ATCH 4

CSS 000079

SOLICITATION NO: F07603-03-R-0006
CONTRACT NO:    F07603-03-D-0002

* an existing published wage determination
* a survey underlying a wage determination
* a Wage and Hour Division letter setting forth a
  position on a wage determination matter
* a conformance (additional classification and rate)
  ruling

On survey related matters, initial contact, including requests
for summaries of surveys, should be with the Wage and Hour
Regional Office for the area in which the survey was conducted
because those Regional Offices have responsibility for the
Davis-Bacon survey program.  If the response from this initial
contact is not satisfactory, then the process described in 2.)
and 3.) should be followed.
With regard to any other matter not yet ripe for the formal
process described here, initial contact should be with the Branch
of Construction Wage Determinations.  Write to:
        Branch of Construction Wage Determinations
        Wage and Hour Division
        U. S. Department of Labor
        200 Constitution Avenue, N. W.
        Washington, D. C.  20210
2.) If the answer to the question in 1.) is yes, then an
interested party (those affected by the action) can request
review and reconsideration from the Wage and Hour Administrator
(See 29 CFR Part 1.8 and 29 CFR Part 7).  Write to:
        Wage and Hour Administrator
        U.S. Department of Labor
        200 Constitution Avenue, N. W.
        Washington, D. C.  20210
The request should be accompanied by a full statement of the
interested party's position and by any information (wage payment
data, project description, area practice material, etc.) that the
requestor considers relevant to the issue.
3.) If the decision of the Administrator is not favorable, an
interested party may appeal directly to the Administrative Review
Board (formerly the Wage Appeals Board).  Write to:
        Administrative Review Board
        U. S. Department of Labor
        200 Constitution Avenue, N. W.
        Washington, D. C.  20210
4.) All decisions by the Administrative Review Board are final.
        END OF GENERAL DECISION

ATCH 4

CSS 000080

SOLICITATION NO: F07603-03-R-0006
CONTRACT NO: F07603-03-D-0002
Amendment 0001

SIMPLIFIED ACQUISTION OF BASE ENGINEER REQUIREMENTS (SABER)
UNIT PRICE GUIDE (UPG)
13 DECEMBER 2002

| SUBDIV | MAJ CLASS | LINE # | DESCRIPTION | UNIT | TOTAL |
|--------|-----------|--------|-------------|------|-------|
| 01590 | 400 | 6435 | Portable Toilets | MO | $ 84.60 |
| 02000 | 620 | 0005 | Rubbish Handling: Total process, compacted, no air | CY | $ 34.84 |
| 02000 | 830 | 0500 | Demolition of cadmium, chromium, arsenic, and/or lead contaminated brick, concrete, CMU block, sheetrock, plaster, etc. | SF | $ 8.82 |
| 02000 | 830 | 9500 | Provide type "C" breathing air equipment – rental (crew of four persons, 8 hrs per day, five day work week). | WK | $1,530.75 |
| 02000 | 850 | 0005 | Waste Packaging, Handling, & Disposal of Asbestos Material | TN | $ 442.73 |

(This includes all personnel, collecting, bagging or placing in drums, vehicles, transportation/hauling, dumpsters, loading, disposal fees, landfill fees, and off loading at the landfill, etc.)

| SUBDIV | MAJ CLASS | LINE # | DESCRIPTION | UNIT | TOTAL |
|--------|-----------|--------|-------------|------|-------|
| 02000 | 850 | 4000 | Steel drums, 55 gallon capacity | EA | $ 66.43 |

-1-

ATCH 5 - REV 1

CSS 000081

SOLICITATION NO: F07603-03-R-0006
CONTRACT NO: F07603-03-D-0002
Amendment 0001

SIMPLIFIED ACQUISITION OF BASE ENGINEER REQUIREMENTS (SABER)
UNIT PRICE GUIDE (UPG)
13 DECEMBER 2002

| SUBDIV | MAJ CLASS | LINE # | DESCRIPTION | UNIT | TOTAL |
|--------|-----------|--------|-------------|------|-------|
| 02000 | 860 | 2700 | Wet wipe and hepa vaccum for cadmium, chromium, arsenic and/or lead. Includes environmental protection for workers (tyvec suits, gloves, half-face, respirator, etc.), cleaning material to include rags/ solvents, and equipment. | SF | $  3.74 |
| 02000 | 890 | 0100 | Industrial Hygienist (IH) | HR | $  18.26 |
| 02000 | 890 | 0300 | Certified Industrial Hygienist (CIH) | DAY | $  349.05 |
| 02000 | 890 | 1100 | Phase Contrast Microscopy (PCM) Analysis (Air, 5 day turn-a-round) | EA | $  21.00 |
| 02000 | 890 | 1105 | Phase Contrast Microscopy (PCM) Analysis (Air, 24 HR turn-a-round) | EA | $  29.16 |
| 02000 | 890 | 1150 | Polarized Light Microscopy (PLM) Analysis (Bulk, 5 day turn-a-round) | EA | $  23.34 |
| 02000 | 890 | 1155 | Polarized Light Microscopy (PLM) Analysis (Bulk, 24 HR turn-a-round) | EA | $  29.17 |

-2-

ATCH 5 – REV 1

CSS 000082

SOLICITATION NO: F07603-03-R-0006
CONTRACT NO: F07603-03-D-0002
Amendment 0001

SIMPLIFIED ACQUISITION OF BASE ENGINEER REQUIREMENTS (SABER)
UNIT PRICE GUIDE (UPG)
13 DECEMBER 2002

| SUBDIV | MAJ CLASS | LINE # | DESCRIPTION | UNIT | TOTAL |
|--------|-----------|--------|-------------|------|-------|
| 02000 | 890 | 1200 | Transmission Electron Microscopy (TEM) Analysis (5 day turnaround) | EA | $ 145.86 |
| 02000 | 890 | 1205 | Transmission Electron Microscopy (TEM) Analysis (24 HR turnaround) | EA | $ 291.72 |
| 02000 | 890 | 1300 | Air samples-labatory analysis for airbourne cadmium, chromium, arsenic, and/or lead. | EA | $ 29.80 |
| 02000 | 890 | 1400 | Health and Safety Plan for removal of cadmium, chromium, arsenic, and/or lead. | EA | $ 851.61 |
| 02315 | 400 | 0305 | Backhoe/Crane/Forklift Operator (includes all fringe benefits, payroll taxes, insurance, overhead, and profit) | HR | $ 52.56 |
| 06100 | 100 | 0020 | Carpenter (includes all fringe benefits, payroll taxes, insurance, overhead, and profit) | HR | $ 54.58 |
| 07400 | 107 | 0760 | Standing seam metal roof panels, 2" seams, 24 gage steel with factory finish. Includes all installation, fastening components material, equipment, and labor. | SF | $ 6.25 |

-3-

ATCH 5 – REV 1

SOLICITATION NO: F07603-03-R-0006
CONTRACT NO: F07603-03-D-0002
Amendment 0001

SIMPLIFIED ACQUISITION OF BASE ENGINEER REQUIREMENTS (SABER)
UNIT PRICE GUIDE (UPG)
13 DECEMBER 2002

| SUBDIV | MAJ CLASS | LINE # | DESCRIPTION | UNIT | TOTAL |
|---|---|---|---|---|---|
| 07410 | 700 | 0712 | Sheet Metal Roofing Mechanic (includes all fringe benefits, payroll taxes, insurance, overhead, and profit) | HR | $ 66.44 |
| 07600 | 201 | 6500 | Downspout, 4" X 5", 24 gage steel with factory finish. Includes all fastening components, material, equipment and labor. | LF | $ 7.60 |
| 07600 | 203 | 1500 | Elbows, 4" X 5", 24 gage steel with factory finish. Includes all fastening components, material, equipment and labor. | EA | $ 11.89 |
| 07600 | 205 | 2900 | Gutter, 7", 24 gage steel with factory finish. Includes all fastening components, material, equipment, and labor. | LF | $ 9.16 |
| 07720 | 875 | 0010 | Clear plastic snow guards, inclusive of all material, labor and equipment. | EA | $ 9.60 |
| 15110 | 160 | 7701 | Plumber/Pipefitter (includes all fringe benefits, payroll taxes, insurance, overhead, and profit) | HR | $ 54.58 |

-4-

ATCH 5 – REV 1

CSS 000084

SOLICITATION NO: F07603-03-R-0006
CONTRACT NO: F07603-03-D-0002
Amendment 0001

SIMPLIFIED ACQUISITION OF BASE ENGINEER REQUIREMENTS (SABER)
UNIT PRICE GUIDE (UPG)
13 DECEMBER 2002

| SUBDIV | MAJ CLASS | LINE # | DESCRIPTION | UNIT | TOTAL |
|---|---|---|---|---|---|
| 16139 | 700 | 0005 | Electrician (includes all fringe benefits, payroll taxes, insurance, overhead, and profit) | HR | $ 62.40 |
| 16800 | 120 | 4055 | Monaco Enterprises, Inc. M-2, 6 Zone, 24 VDC, Class A Integrated Fire Alarm & Radio Transceiver<br>2 ea #176-186-00    2 ea #400-712-00    1 ea #190-400-00<br>1 ea #021-008-00    1 ea #625-100-00    1 ea #626-000-02 | EA | $ 7541.93 |

This item includes the following:
1 ea #227-551-00   1 ea #176-185-00
1 ea #199-011-00   1 ea #198-007-00
1 ea IOM Manual

| SUBDIV | MAJ CLASS | LINE # | DESCRIPTION | UNIT | TOTAL |
|---|---|---|---|---|---|
| 16800 | 120 | 4056 | Monaco Enterprises, Inc. M-2, 8 Zone, 24 VDC, Class A Integrated Fire Alarm & Radio Transceiver<br>3 ea #176-186-00    3 ea #400-712-00    1 ea #190-400-00<br>1 ea #021-008-00    1 ea #625-100-00    1 ea #626-000-02 | EA | $ 7932.82 |

This item includes the following:
1 ea #227-551-00   1 ea #176-185-00
1 ea #199-011-00   1 ea #198-007-00
1 ea IOM Manual

| SUBDIV | MAJ CLASS | LINE # | DESCRIPTION | UNIT | TOTAL |
|---|---|---|---|---|---|
| 16800 | 120 | 4057 | Monaco Enterprises, Inc. M-2, 10 Zone, 24 VDC, Class A Integrated Fire Alarm & Radio Transceiver<br>4 ea #176-186-00    2 ea #400-712-00    1 ea #190-400-00<br>1 ea #021-008-00    1 ea #625-100-00    1 ea #626-000-02 | EA | $ 8323.70 |

This item includes the following:
1 ea #227-551-00   1 ea #176-185-00
1 ea #199-011-00   1 ea #198-007-00
1 ea IOM Manual

ATCH 5 – REV 1

-5-

SIMPLIFIED ACQUISITION OF
BASE ENGINEER REQUIREMENTS
(SABER)


TECHNICAL
SPECIFICATIONS -
GENERAL REQUIREMENTS

STATEMENT OF WORK (SOW)

VOLUME I
DATE:  20 Nov 02


SOLICITATION NO.  F07603-03-R-0006
CONTRACT NO.  F07603-03-D-0002


436 MSG/CECS


ATCH 1

1

# CONTENTS

SECTION 01010 SUMMARY OF WORK ........................................................ 5
   1. General. ................................................................................................. 5
   2. Contractor Use of Premises. ................................................................ 9
   3. Work Sequence. ................................................................................... 11

SECTION 01020 AFFIRMATIVE PROCUREMENT GUIDELINES ............ 14
   1. General. ................................................................................................. 14
   2. Products. ............................................................................................... 14
   3. Execution. ............................................................................................. 22

SECTION 01030 METRIC MEASUREMENTS ......................................... 23
   1. General. ................................................................................................. 23
   2. References. ............................................................................................ 23

SECTION 01040 COORDINATION ............................................................ 24
   1. Project Coordination. ........................................................................... 24
   2. Utilities Coordination. .......................................................................... 26
   3. Existing Facilities/Job Site Verification. ............................................. 26
   4. Permits. ................................................................................................. 27

SECTION 01090 REFERENCES ................................................................. 28
   1. Sources for Reference Publications. ..................................................... 28
   2. Definitions. ........................................................................................... 28
   3. Abbreviations and Symbols. ................................................................. 30

SECTION 01100 SPECIAL PROVISIONS FOR WORKING ON OR NEAR THE AIRFIELDOR AIRFIELD HANGAR .............................................................. 32
   1. General. ................................................................................................. 32

SECTION 01300 DELIVERY ORDER PROPOSALS ................................ 34
   1. General. ................................................................................................. 34
   2. Design Submittals. ................................................................................ 34
   3. Design Documentation. ......................................................................... 34
   4. Record Drawings. ................................................................................. 36
   5. Progress Schedules and Reports. .......................................................... 36
   6. Material Approval Submittals. .............................................................. 36
   7. Quality Control on Design Submittals. ................................................. 37

SECTION 01440 CONTRACTOR'S QUALITY CONTROL ..................... 40
   1. General. ................................................................................................. 40
   2. Quality Control Plan. ............................................................................ 40

SECTION 01500 CONSTRUCTION FACILITIES AND TEMPORARY CONTROLS ............................................................................................... 44
   1. Construction Facilities. ......................................................................... 44
   2. Temporary Controls. ............................................................................. 47

SECTION 01600 MATERIAL AND EQUIPMENT ................................... 52
   1. Equipment. ............................................................................................ 52
   2. Material. ................................................................................................. 52

CSS 000087

SECTION 01700 DELIVERY ORDER CLOSE OUT ... 55
  1. Inspection. ... 55
  2. Project Closeout Documents. ... 55
  3. Warranties. ... 57
  4. Salvageable Materials. ... 57

SECTION 02000 SITE WORK ... 58
  1. General. ... 58

SECTION 02080 REMOVAL AND DISPOSAL OF ASBESTOS MATERIALS ... 59
  1. General. ... 59
  2. Execution. ... 64

SECTION 02090 REMOVAL AND DISPOSAL OF LEAD-CONTAINING PAINT ... 68
  1. General. ... 68
  2. Products. ... 74
  3. Execution. ... 75

SECTION 03000 CONCRETE ... 80
  1. General. ... 80

SECTION 04000 MASONRY ... 81
  1. General. ... 81

SECTION 05000 METALS ... 82
  1. General. ... 82

SECTION 06000 WOOD AND PLASTICS ... 83
  1. General. ... 83

SECTION 07000 THERMAL AND MOISTURE PROTECTION ... 84
  1. General. ... 84

SECTION 08000 DOORS AND WINDOWS ... 85
  1. General. ... 85

SECTION 09000 FINISHES ... 86
  1. General. ... 86

SECTION 10000 SPECIALTIES ... 87
  1. General. ... 87

SECTION 11000 EQUIPMENT ... 88
  1. General. ... 88

SECTION 12000 FURNISHINGS ... 89
  1. General. ... 89

SECTION 13000 SPECIAL CONSTRUCTION ... 90
  1. General. ... 90

SECTION 14000 CONVEYING SYSTEMS ... 91
  1. General. ... 91

CSS 000088

SECTION 15000  MECHANICAL ........................................................... 92
   1. General. ........................................................................................ 92

SECTION 16000  ELECTRICAL ........................................................... 93
   1. General. ........................................................................................ 93

SECTION 16721  FIRE DETECTION AND ALARM SYSTEM .................. 94
   1. General. ........................................................................................ 94
   2. Products. ....................................................................................... 99
   3. Execution. ..................................................................................... 102

SECTION 16740  COMMUNICATION SYSTEM ................................... 105
   1. General. ........................................................................................ 105
   2. Products. ....................................................................................... 107
   3. Execution. ..................................................................................... 108

CSS 000089