SECTION 01010

SUMMARY OF WORK

1. General.

    a. Description.

    This is an indefinite delivery, indefinite quantity (IDIQ) contract for construction efforts at Dover Air Force Base, Delaware. The government will award construction projects by individual delivery orders on an as-needed basis. The contractor shall furnish all personnel, equipment, tools, materials, supervision, and other items and services necessary to design, manage, and accomplish a broad range of maintenance, repair, alteration, and/or new construction work. During the contract period, the Base Civil Engineer (BCE) will identify construction tasks and the Contracting Officer, henceforth referred to as CO, will issue individual delivery orders to the contractor to complete the work. The contractor shall maintain an office on Dover Air Force Base in order to receive work requests and other related requirements to accomplish each individual delivery order. Projects will include tasks in a variety of trades, including, but not limited to the following:

    (1) Site Work, Concrete, Masonry, Metals, Wood and Plastics, Thermal and Moisture Protection, Doors and Windows, Finishes, Specialties, Equipment, Special Construction, Conveying Systems, Mechanical, and Electrical.

    (2) Residential/Commercial Repair and Remodeling.

    (3) Abatement of Hazardous Material.

    b. Ordering Procedures.

    (1) As the need arises for performance under the terms of this contract, the CO or his/her authorized representative will notify the contractor of the requirement. Upon receipt of this notification, the contractor shall respond to the needs of the government within two (2) working days by visiting the proposed work site in the company of the CO or his/her representative to further define the scope of the requirement.

    (2) Upon establishment of the scope of the individual requirement through a government furnished formal statement of work, the contractor shall prepare and submit a proposal for accomplishing the task.

        (a) The "Bare Cost" unit price data (most recent version) provided by the R.S. Means® Company shall serve as the basis for establishing the value of the work performed on a unit price basis. Pulsar (or approved equal) shall be utilized as the software program for estimating purposes.

        (b) The contractor must include justification for any non-pre-priced work included in an individual requirement. The contractor shall first attempt to price all unit prices using the

R.S. Means® based computerized database. If an item is not included in this database or if the contractor's computer system is not available, the contractor shall use the hard copy of the R.S. Means® Facility Cost Guide to price the items. If the contractor cannot locate the required item from these sources, the contractor shall extend the search to the following R.S. Means® pricing guides before considering it a non-priced item.

    (i). Building Construction Cost Data

    (ii). Mechanical Cost Data

    (iii). Plumbing Cost Data

    (iv). Electrical Cost Data

    (v). Sitework Cost Data

    (vi). Concrete Cost Data

    (vii). Heavy Construction Cost Data

    (viii). Interior Cost Data

    (ix). Repair and Remodeling Cost Data

(c) The contractor's proposal must be supported by necessary documentation to indicate that engineering and planning to accomplish the delivery order requirements have been done. Documentation that shall be submitted with the proposal (unless otherwise noted by the CO) includes but is not limited to a detailed cost estimate, drawings, calculations, catalog cuts, specifications, architectural renderings, etc. The documentation shall be used to support and verify the contractor's cost estimate and proposed construction methods.

(d) At the site validation visit, the CO will determine the time for submittal of the contractor's proposal for individual delivery order requirements based on the following:

    (i). For proposals requiring limited design (projects that have been previously designed to 35%) or projects that do not require increased effort of engineering (see paragraph 2.(d).(ii) below) maximum allowed time period will not exceed ten (10) calendar days from initial notification by the CO or as otherwise determined by the CO.

    (ii). For proposals requiring increased engineering effort (includes designs for structural, mechanical, and designs requiring Engineering stamp by building and construction codes; maximum allowed time period for submittal of proposal will not exceed 30 calendar days or as otherwise determined by the CO.

    (iii). Contractor proposals which are considered unacceptable (i.e., clarity, completeness, cost, etc.,) or which require changes will be resubmitted within three

    (3) working days after written request by the CO (or as otherwise determined by the CO) with all necessary changes.

   (iv). Proposals for modifications or addenda to delivery orders already under contract will be submitted within five (5) calendar days of written notification or as otherwise determined by the CO.

   (v). Proposals for emergency work orders will be submitted within four hours of notification by the CO, or as otherwise determined by the CO.

 (e) Upon receipt of the contractor's proposal, the government will review the proposal for completeness. The contractor's submission of the proposal shall serve as proof of acknowledgment that the contractor is prepared to immediately negotiate the delivery order. The government will negotiate with the contractor all quantities for pre-priced items, non-prepriced items, and performance times, and any other required considerations.

(3) Delivery orders will then be issued by the CO using a Department of Defense (DD) Form 1155, *Order for Supplies or Services*. Each delivery order will include the following information.

 (a) Date of the delivery order.

 (b) Contract number and delivery order number.

 (c) Item number, description, material submittal requirements, quantity and unit prices for pre-priced and non-pre-priced items and total.

 (d) Delivery order price and delivery or performance date.

 (e) Accounting and appropriation data.

 (f) Liquidated damages, if any.

 (g) Any statement of work, drawings, or other pertinent data.

 (h) Base Civil Engineer's project number

 (i) GFP (if applicable)

 (j) Statutory cost limitation (if applicable)

(4) The government reserves the right from time to time to execute changes in delivery dates of on-going delivery orders to accommodate higher priority delivery orders.

(5) The requirements in the statement of work included in each delivery order will supplement and take precedence over the contract specifications and/or drawing, sketches, etc., included with each delivery order as required to properly perform work.

c. Location.

The contractor shall accomplish all work under this project at Dover Air Force Base, Delaware and Dover Air Force Base Military Family Housing Areas.

d. Working Hours.

The normal hours of work on Dover Air Force Base are from 0730 to 1630 hours, Monday through Friday, excluding Federal holidays. The government may restrict access to work sites to these hours and days. The contractor shall submit for approval to the CO, a written request at least 48 hours in advance of any work to be performed during other than normal hours as stated above.

e. Legal Holidays.

In accordance with U. S. Code Section 6103(a) and Public Law 98-44, Dover Air Force Base recognizes the following legal holidays:

| Holiday | Date |
|---|---|
| New Year's Day | 1 January |
| Martin Luther King's Birthday | Third Monday in January |
| Washington's Birthday | Third Monday in February |
| Memorial Day | Last Monday in May |
| Independence Day | 4 July |
| Labor Day | First Monday in September |
| Columbus Day | Second Monday in October |
| Veteran's Day | 11 November |
| Thanksgiving Day | Fourth Thursday in November |
| Christmas Day | 25 December |

NOTE: Any of the aforementioned holidays that occur on a Saturday or Sunday will be observed in accordance with Dover Air Force Base guidelines.

f. Key Management Staff.

(1) The contractor shall provide an on-site staff to respond to the requirements of this contract. The contractor's organizational approach shall integrate with this staff to provide project management, project engineering and design, quality control, site superintendence/inspectors, subcontractor purchasing and administration. The project manager shall have sufficient authority to effectively manage all facets of the contract.

(2) The on-site project manager is subject to approval by the CO. At award of the contract and for any changes in personnel during the course of the contract, the contractor shall submit documentation in resume format for approval of the on-site project manager. As a minimum, the on-site project manager shall have at least ten (10) years of construction experience including three (3) years of construction management. The construction management experience shall include as a minimum, multi-task, multi-skill management

8

involving structural, mechanical, concrete, pavements, roofing, carpentry (rough and finish), and electrical construction. The project manager shall ensure detailed cost estimates for the requirements of this contract are complete and accurate.

(3) Additional on-site management staff shall meet the following criteria. At least one member of the additional on-site staff shall be designated as assistant project manager and shall have complete authority to manage all project manager functions in the absence of the project manager. This authority shall be designated in writing at the inception of the contract and is subject to approval by the CO. At award of the contract and for any changes in personnel during the course of the contract, the contractor shall submit documentation in resume format for approval of the on-site assistant project manager. ~~The assistant project manager shall have at least seven~~ (7) years of construction experience including three (3) years of construction management. The construction management experience of the assistant project manager shall include as a minimum, multi-task, multi-skill management involving structural, mechanical, concrete, pavements, roofing, carpentry (rough and finish), and electrical construction. All on-site management and administrative personnel shall posses experience to include a working knowledge of computer technology to include word processing, spreadsheets, and use of e-mail communications. At a minimum, on-site staff shall include a permanent project manager and permanent assistant project manager at all times during the performance of the contract.

(4) In addition, the contractor shall provide in writing, a designated site superintendent for each active work site. The site superintendent shall have sufficient authority to discuss and act on all matters at the job site to ensure construction processes are performed in accordance with specifications and codes. A site superintendent shall be present at each construction site at all times during active construction.

(5) The project manager or designated representative (subject to approval by CO) shall carry a pager for immediate response to contract requirements. The contractor shall notify the CO when the project manager plans to be absent from Dover Air Force Base. The contractor shall provide in writing, a designated person who will have the authority to manage the contract in the absence of the project manager.

(6) Subcontractors utilized to perform work for this contract are subject to approval by the CO. Subcontractors performing work under this contract shall posses the necessary qualifications to accomplish the tasks in accordance with specifications. This includes but is not limited to licenses, skill levels, authorities for performing work for warranty purposes, etc.

2. Contractor Use of Premises.

   a. Government-Furnished Facilities.

      (1) The government will provide a SABER contractor area in the north end of Facility 638. This location has approximately 1,200 square feet of heated and air-conditioned administrative office area and approximately 2,400 square feet of chain link fence

CSS 000094

enclosed, heated storage area. In addition, latrines for both men and women are located in this contractor area. Access to the storage area can be made through the administration area or through a ten-foot wide roll-up door. Any outside contractor storage around Facility 638 shall be in an acceptable, enclosed suitable container (conex box or trailer), painted Glidden "Eagle Feather Tan" or approved equal. The contractor shall also be responsible for the maintenance and repair of the contractor office site including utility lines and grounds upkeep. In the event of a fire or any damage to the building, the contractor shall notify the Base Civil Engineer Fire Department immediately. The contractor is responsible for insuring his/her own contents. The government shall not be liable for any loss or damage to the contractor's property, including stock, or for expenses incidental to such loss or damage.

(2) At the beginning of the contract, the contractor shall be temporarily located in Facility 447 for a term not to exceed 150 days. This temporary location has latrines, heat and air conditioning for the administrative area. The contractor shall also be responsible for the maintenance and repair of the temporary office site including utility lines and grounds upkeep. There is no inside or outside storage area at Facility 447. During this initial contract period of 150 days, the contractor may still have an outside storage area at Facility 638. Any outside contractor storage around Facility 638 shall be in an acceptable, enclosed suitable storage container (conex box or trailer), painted Glidden "Eagle Feather Tan" or approved equal. The contracting officer will advise the contractor in writing once the area located in Facility 638 becomes available. Any costs associated with the contractor's temporary location in Facility 447 and the move from Facility 447 to Facility 638 shall be at the contractor's expense."

b. Contractor Identification Signs.

The contractor shall erect a sign for his/her office and/or storage area. The sign shall be in compliance with base requirements and color scheme and approved by the CO before being erected.

c. Government Furnished Services.

(1) Government-Furnished Utilities: The government will provide utility access at the government-furnished contractor office site for water, sewer, and electric services. The contractor shall provide an electrical meter for the purpose of reimbursing the government for the quantities consumed by the contractor. Utility services shall be charged to the contractor at the Non-federal reimbursable rate IAW AFI 32-1061, *Providing Utilities to US Air Force Installations*. The contractor shall be responsible for making all required connections for water, sewer, electric, and telephone and these costs shall be included in the contractor's coefficient. If available (i.e. existing and in service), the government will provide utility access (electricity and water) at construction sites. Utility services furnished to the contractor by the government from the government's existing system outlets and supplies will be at no cost to the contractor at construction sites only. Where utility services are not available from existing system outlets and supplies, the contractor may include the required utility services in the proposal for the individual

delivery order. The contractor shall install all temporary services at the inception of each delivery order as required and shall remove said services after completion of the delivery order.

(2) Telephone Services: The government will not provide telephone service to the contractor. All communications equipment, connections, and services shall be installed and maintained at the contractor's expense.

(3) Refuse Collection: The contractor is responsible for disposing of all rubbish, construction debris and contractor-generated refuse safely and properly in accordance with section 01500. The contractor will be paid for debris generated as a result of required construction and included in delivery orders in accordance with the item in the unit price guide, item no. 020 620 0005. Rubbish generated by the contractor at the on-site office location will be disposed of at the contractor's expense and shall be included in the contractor's coefficient accordingly as part of site office overhead. All refuse containers (construction type or otherwise) used on Dover Air Force Base, Delaware or its housing areas shall be painted Glidden color "Eagle Feather Tan" or an approved equal. The contractor shall take all necessary actions to preclude unauthorized use. The government accepts no responsibility for unauthorized use of refuse containers.

(4) Grounds Maintenance: The contractor will be responsible for grounds maintenance around his office site and at construction sites as indicated in each delivery order. At a minimum, grass shall be mowed and necessary trimming (i.e., weed-eating) shall be performed twice a month during the growing season at construction and office sites. Failure to maintain the office site or job sites in a neat and orderly fashion including upkeep of grounds maintenance could result in the accomplishment of the work by government personnel with the cost being charged to the contractor. The cost of grounds maintenance at the contractor's office site will be included in the coefficient. Grounds maintenance as required at individual construction sites will be priced on each delivery order.

(5) Security Police and Fire Protection: The government will provide security police and fire protection to the extent necessary to ensure a secure and safe installation. In return for these services, the contractor shall adhere to the security and fire directives, instructions, and policies of Dover AFB.

(6) Emergency Medical Services: In the event of an emergency which requires government services, 436 Med Group, Dover Air Force Base, will respond and transport, if necessary, a contractor employee to one of the local hospitals. The contractor shall reimburse the government for any government provided medical or emergency services.

3. Work Sequence.

   a. Commencement of Work.

      (1) Contract:

         (a) The contractor shall be capable of negotiating and executing delivery orders within 15 calendar days after contract award.

(b) The contractor shall be fully operational with all required facilities, staff and automated data processing (ADP) capability within 30 calendar days after award. The cost of all mobilization and demobilization shall be included in the contractor's coefficient.

(2) Delivery Orders:

The contractor shall commence any mobilization and familiarization activities prior to actual work on individual delivery orders. The notice to proceed for written orders shall be the date the contractor receives the order. In the event of an emergency or urgent work order requirement, the government may issue an oral confirming order prior to the issuance of the written delivery order. The receipt of the oral confirmation and delivery order number from the CO will signify the notice to proceed under these special circumstances. Work shall begin within the number of days specified in the delivery order.

(3) Project Execution.

(a) Working Conditions: The work performed under this contract will be in occupied and unoccupied facilities. In occupied facilities, the contractor shall accomplish all work in a manner that minimizes inconvenience to the using agencies. The contractor shall perform all work in accordance with the approved schedule for the delivery order. The contractor shall protect all government, or personal effects (equipment, property) within the work area from dust, debris, and damage. The government will hold the contractor responsible for any damages as a result of contractor's work. The contractor shall ensure hallways are clear, and emergency exits are lighted, free of debris, and safe at all times. Work sites shall be cleaned up daily to remove debris, waste, rubble, etc. Contractor personnel shall strictly adhere to OSHA and AFOSH Safety standards and practices at all times during the term of the contract.

(b) Emergencies: In case of emergency, the Base Civil Engineer, CO, Base Fire Chief, or their representative(s), have the authority to order the contractor to terminate work and clear the area of personnel and equipment. The contractor shall comply to such an order immediately upon notification.

(c) Interruption of Utility Services: The contractor shall not hold the government responsible for temporary interruptions of utility service nor liable for contractor delays, damages, or increased costs as a result of interruption of service. Temporary interruptions are defined as interruptions of four (4) hours or less.

(d) Work in Secure Areas: The contractor shall comply with security regulations imposed by the installation commander and/or the agency responsible for the project location. Projects in a secured area are subject to a local agency check of the contractor, his/her employees, and all sub-tier contractors through the base security police prior to commencement of on-site work. The government will provide an escort that must accompany contractor personnel when working in a controlled/restricted area. The government will provide these escorts only during normal working hours as specified in paragraph 1.d, *Working Hours*, of this section. The contractor shall schedule work

requiring escorts, to include site visits for project estimating purposes, ten (10) calendar days prior to starting work unless the CO waives this requirement. Due to specific mission requirements inherent in the nature of these restricted areas, the government may direct the contractor to leave the restricted area at any given time. he government will not be liable for these temporary delays or increased costs caused by interruptions of four hours or less.

CSS 000098