SECTION 01020

AFFIRMATIVE PROCUREMENT GUIDELINES

1. General.

    a. Introduction.

    Affirmative Procurement is a federal government effort to promote recycling by using government purchasing to expand markets for recovered materials and recycled products. Executive Order 13101 requires all federal agencies to implement an affirmative procurement program for the specified items designated by the Environmental Protection Agency (EPA). The EPA is tasked with developing a list of products that are or can be made with recovered materials and must update this list every two years. Currently, there are 54 items that are designated by the EPA for affirmative procurement. Not all of the 54 items on the list are related to construction activities, thus, this specification is directed towards the items utilized during construction activities. See Contract, Section H, paragraph 26.0.

    b. Definitions.

    The following definitions apply to this section.

    (1) Post Consumer materials means a material or finished product that has served its intended end use and has been diverted or recovered from waste destined for disposal, having completed its life as a consumer item. Post consuming material is part of the broader category of recovered materials.

    (2) Recovered materials means waste material and byproducts which have been recovered or diverted from solid waste, but such term does not include those materials and byproducts generated from, and commonly reused within, an original manufacturing process.

    (3) Recycled materials means a material that can be utilized in place of a raw or virgin material in manufacturing a product and consists of materials derived from post-consumer waste, industrial scrap, material derived from agricultural wastes and other items, all of which can be used in the manufacture of new products.

2. Products.

    a. Affirmative Procurement Program.

    If a product to be utilized during this project is contained within this specification, the contractor must procure and install that product with the noted minimum content of recycled product. The contractor can request a waiver from the Affirmative Procurement Program if (1) the cost is an unreasonable amount more than a comparable product made from virgin materials, (2) is not readily available, or (3) did not perform adequately. All waivers must be requested in writing and approved by the project manager. Due to the repetition of the SABER contract, after a waiver for a specific product has been approved, no additional waivers for that product need

to be processed on future delivery orders unless new information becomes available on that product.

(1) Building Insulation Products. Contractor shall utilize the following information with regards to building insulation and their associated recovered material content if building insulation is associated with this project.

| Insulation Material | Recovered Material | Minimum Percentage of Post-Consumer Material | Minimum Percentage of Recovered Material |
|---|---|---|---|
| Rock Wool | Slag | -- | 75 |
| Fiberglass | Glass cullet[2] | -- | 20-25 |
| Cellulose loose-fill and spray-on | Post-consumer paper | 75 | 75 |
| Perlite composite board | Post-consumer paper | 23 | 23 |
| Plastic Rigid Foam, Polyisocyanurate/ polyurethane: Rigid Foam | Recovered material | -- | 9 |
| Foam-in-place | Recovered material | -- | 5 |
| Glass Fiber Reinforced | Recovered material | -- | 6 |
| Phenolic Rigid Foam | Recovered material | -- | 5 |

1. The recommended recovered material content levels are based on the weight (not volume) of materials in the insulating core only.
2. Contractors shall reference American Society for Testing and Materials (ASTM) standard specification D 5359, "Glass Cullet Recovered from Waste for Use in Manufacture of Glass Fiber," in Invitations for Bid and Requests for Proposal when fiberglass insulation is specified or is an allowable material.

(2) Structural Fiberboard and Laminated Paperboard. The contractor shall utilize the following information with regards to structural fiberboard and laminated paperboard if either is utilized on this project in the listed applications. The applications are building board, sheathing, shingle backer, sound deadening board, roof insulating board, insulating wallboard, acoustical and non-acoustical ceiling tile, acoustical and non-acoustical lay-in panels, floor underlayments, and roof overlay (cover board). These applications apply only to the purchase of cellulosic fiber structural fiberboard and laminated paperboard products and not to products made from other similar or competing materials.

Minimum Recovered Material Content Levels
for Structural Fiberboard and Laminated Paperboard

| Product | Minimum Percentage of Post-consumer Recovered Paper | Minimum Percentage of Total Recovered Materials |
|---|---|---|
| Structural Fiberboards | -- | 80-100 |

CSS 000100

| | | |
|---|---|---|
| Laminated Paperboards | 100 | 100 |

1. The recovered material content levels are based on the weight (not volume) of materials in the insulating core only.

When purchasing structural fiberboard products containing recovered paper, contractors will: (1) reference the technical requirements of ASTM C 208, "Insulating Board (Cellulosic Fiber), Structural and Decorative;" (2) permit structural fiberboard products made from recovered paper where appropriate; and (3) permit products such as floor underlayment and roof overlay containing recovered paper.

(3) Carpet and Carpet Cushion. This section pertains to the purchasing of polyester carpet and carpet cushion for installation in light and moderate wear applications. Contractors are not precluded from purchasing carpet made of other materials, such as nylon, wool, or polypropylene. However, DAFB may disallow polyester carpeting based on determination of heavy wear applications or, where suitable, the use of polyester carpet containing recovered materials.

Minimum Recovered Material Content Levels for Carpet and Carpet Cushion

| Product | Material | Minimum Percentage of Post-consumer Materials | Minimum Percentage of Total Recovered Materials |
|---|---|---|---|
| Carpet: | | | |
| Polyester Carpet Face Fiber | PET | 25-100 | 25-100 |
| Carpet Cushion: | | | |
| Bonded Polyurethane | Old Carpet Cushion | 15-50 | 15-50 |
| Jute | Burlap | 40 | 40 |
| Synthetic Fibers | Carpet Fabrication Scrap | -- | 100 |
| Rubber | Tire Rubber | 60-90 | 60-90 |

(4) Floor Tiles and Patio Blocks. The contractor shall utilize floor tiles and patio blocks with the associated recovered material. Applicability of this section is appropriate for rubber or plastic floor tiles and patio blocks with a specialty purpose use at particular locations. Such specialty purpose uses involve limited flooring areas where grease, tar, snow, ice, wetness, or similar substances or conditions are likely to be present. The contractor can request to utilize floor tiles and patio blocks manufactured from other materials. However, when purchasing floor tiles or patio blocks made from rubber or plastic, and for use in an application discussed above, the contractor is required to purchase items made from

CSS 000101

recovered materials when the items meet applicable specifications and performance requirements.

### Minimum Recovered Material Content Levels for Floor Tiles and Patio Blocks

| Product | Material | Minimum Percentage of Post-consumer Materials | Minimum Percentage of Total Recovered Materials[1] |
|---|---|---|---|
| Patio Blocks | Rubber or Rubber Blends | 90-100 | -- |
| Patio Blocks | Plastic or Plastic Blends | -- | 90-100 |
| Floor Tiles (specialty purpose uses at particular locations) | Rubber | 90-100 | -- |
| Floor Tiles (specialty purpose uses at particular locations) | Plastic | -- | 90-100 |

1. The recommended recovered material content levels are based on the dry weight of the raw materials, exclusive of any additives such as adhesives, binders, or coloring agents.

(5) Shower and Restroom Dividers/Partitions. Shower and restroom dividers/partitions are panels used to separate individual shower, toilet, and urinal compartments in commercial and institutional facilities. They are generally 1-inch thick and are available in a variety of styles and colors in both plastic and steel. Contractors are not precluded from requesting allowance to purchase shower and restroom dividers/partitions manufactured from another material, such as wood. However, when purchasing shower and restroom dividers/partitions made from plastic or steel, contractors are required to purchase items with recovered materials when the items meet applicable specifications and performance requirements.

### Minimum Recovered Material Content Levels for Shower and Restroom Dividers/Partitions

| Material | Post-consumer Content (%) | Total Recovered Materials Content (%) |
|---|---|---|
| Steel (Basic Oxygen Furnace) | 16 | 25-30 |
| Steel (Electric Arc Furnace) | 67 | 100 |
| Plastic | 20-100 | 20-100 |

CSS 000102

(6) Latex Paint for Specific Applications. The contractor shall utilize latex paint with the associated recovered content for the following applications: (1) consolidated latex paint for covering graffiti; and (2) reprocessed latex paint used for interior and exterior architectural applications such as wallboard, ceilings, and trim; gutter boards; and concrete, stucco, masonry, wood, and metal surfaces.

**Minimum Recovered Material Content Levels for Latex Paint**

| Product | Material | Minimum Percentage of Post-consumer Materials | Minimum Percentage of Recovered Materials |
|---|---|---|---|
| Consolidated Latex Paint | Leftover latex paint | 100 | 100 |
| Reprocessed Latex Paint: Gray, Brown, and Earth Tones | Leftover latex paint | 50-99 | 50-99 |
| Reprocessed Latex Paint: White, Off-White, and Pastels | Leftover latex paint | 20 | 20 |

(7) Rubber or Plastic Playground Surfaces, Running Tracks and Plastic Fencing. Contractor shall utilize the following information with the associated recovered material content if the product is utilized for this project.

**Minimum Recovered Material Content Levels for Playground Surfaces, Running Tracks, and Plastic Fencing**

| Product | Material | Minimum Percentage of Post-consumer Recovered Materials | Minimum Percentage of Total Recovered Materials |
|---|---|---|---|
| Playground Surfaces | Rubber or Plastic | 90-100 | -- |
| Running Tracks | Rubber or Plastic | 90-100 | -- |
| Plastic Fencing | Plastic | 60-100 | 90-100 |

1. The recommended recovered material content levels are based on the dry weight of the raw materials, exclusive of any additives such as adhesives, binders, or coloring agents.

(8) Hydraulic Mulch. Contractor shall utilize the following information with regards to hydraulic mulch and their associated recovered material content if hydraulic mulch is utilized for this project.

CSS 000103

Minimum Recovered Material Content Levels for Hydraulic Mulch Products

| Hydraulic Mulch Products | Recovered Materials | Minimum Percentage of Recovered Materials |
|---|---|---|
| Paper-based Hydraulic Mulch | Post-consumer Recovered Paper | 100 |
| Wood-based Hydraulic Mulch | Recovered Wood and/or Paper | 100 |

1. The recommended recovered material content levels are based on the dry weight of the fiber, exclusive of any dyes, wetting agents, seeds, fertilizer, or other non-cellulose additives.

(9) Compost. Contractor shall use compost made from yard trimmings, leaves, and/or grass clippings in such applications as landscaping, seeding of grass or other plants on roadsides and embankments, as nutritious mulch under trees and shrubs, and in erosion control and soil reclamation.

(10) Transportation Products. Contractor shall utilize the following products with their associated recovered material content if product is utilized for this project.

| Product | Material | Minimum Percentage of Post-consumer Recovered Materials | Minimum Percentage of Total Recovered Materials |
|---|---|---|---|
| Traffic Cones | PVC, LDPE, Crumb Rubber | -- | 50-100 |
| Traffic Barricades (Type I and II only) | HDPE, LDPE, PET, steel, fiberglass | 80-100 | 100 |
| Parking Stops | Plastics and/or rubber | -- | 100 |
| Parking Stops | Concrete containing fly ash | -- | 20-40 |
| Parking Stops | Concrete containing GCBF slag | -- | 25-70 |
| Delinators | Plastic | -- | 25-90 |
| Delinators | Rubber (base only) | -- | 100 |
| Delinators | Steel (base only) | -- | 25-50 |
| Flexible Delinators | Plastic | -- | 25-85 |
| Channelizers | Plastic | -- | 25-95 |
| Channelizers | Plastic | -- | 100 |

1. The recommended recovered material content levels are based on dry weight of the raw materials, exclusive of any additives such as adhesives, binders, or coloring agents.

2. Parking stops made with recovered plastics may also include other recovered materials such as sawdust, wood or fiberglass. The percentage of these materials contained in the product would also count toward the recovered material content level of the item.

(11) Flowable Fill. Flowable fill is a wet, flowable slurry made up of coal fly ash, water, portland cement, and/or a coarse aggregate (such as ferrous foundry sand) that is used as an economical fill or backfill material. The contractor shall utilize the following information with regards to flowable fill and it's associated recovered content if backfill is to be utilized for this project. Note, the contractor can utilize flowable fill with either high or low fly ash contents. Both are provided below.

Materials Quantities for Flowable Fill Mixture (High Fly Ash Content)

| Component | Range (lb/cubic yard) | Mix Design (lb/cubic yard) |
|---|---|---|
| Fly Ash (95%) | 1600 to 2600 | 2080 |
| Cement (5%) | 80 to 125 | 104 |
| Added Water | 375 to 625 | 416 |

Materials Quantities for Flowable Fill Mixture (Low Fly Ash Content)

| Component | Range (lb/cubic yard) | Mix Design (lb/cubic yard) |
|---|---|---|
| Fly Ash (6-14%) | 200-500 | 300 |
| Cement | 50-200 | 100 |
| Added Water | 333-833 | 500 |
| Sand | 1483-1780 | 2600 |

(12) Park Benches and Picnic Tables. Contractor shall utilize the following information with regards to park benches and picnic tables and there associated recovered content if either item is to be utilized in this project.

| Material | Post-consumer Content (%) | Total Recovered Materials Content (%) |
|---|---|---|
| Plastic | 90-100 | 100 |
| Plastic Composites | 50-100 | 100 |
| Aluminum | 25 | 25 |

CSS 000105

(13) Playground Equipment. Contractor shall utilize the following information with regards to playground equipment and it's associated recovered content if it is to be utilized in this project.

| Material | Post-consumer Content (%) | Total Recovered Materials Content (%) |
|---|---|---|
| Plastics | 90-100 | 100 |
| Plastic Composites | 50-75 | 95-100 |
| Steel | 16 | 25-30 |
| Aluminum | 25 | 25 |

(14) Garden and Soaker Hoses/ Lawn and Garden Edging. Contractor shall utilize the following information with regards to recovered content if any of these items is to be utilized in this project.

| Product | Material | Minimum Percentage of Post-consumer Recovered Materials | Minimum Percentage of Total Recovered Materials |
|---|---|---|---|
| Garden Hose | Rubber and/or plastic | 60-65 | -- |
| Soaker Hose | Rubber and/or plastic | 60-70 | -- |
| Lawn and Garden Edging | Plastic and/or rubber | 30-100 | 30-100 |

(15) Plastic Lumber Landscaping Timbers and Posts. Contractor shall utilize the following information pertaining to recovered content if any of these items is to be utilized in this project.

| Material | Post-consumer Content (%) | Total Recovered Materials Content (%) |
|---|---|---|
| HDPE | 25-100 | 75-100 |
| Mixed Plastic/Sawdust | 50 | 100 |
| HDPE/Fiberglass | 75 | 95 |
| Other Mixed Resins | 50-100 | 95-100 |

21

(16) Industrial Drums. Contractor shall utilize the following information pertaining to recovered content if industrial drums are to be utilized on this project.

| Product | Material | Minimum Percentage of Post-consumer Recovered Materials | Minimum Percentage of Total Recovered Materials |
|---|---|---|---|
| Steel Drums | Steel | 16 | 25-30 |
| Plastic Drums | HDPE | 30-100 | 30-100 |
| Fiber Drums | Paper | 100 | 100 |

Note: The recommended recovered materials content levels for steel in this table reflect the fact that the designated items are made from steel manufactured in a Basic Oxygen Furnace (BOF). Steel from the BOF process contains 25-30% total recovered materials, of which 16% is post-consumer steel.

(17) Mats. Contractor shall utilize the following information pertaining to recovered content if mats are to be utilized on this project.

| Material | Post-consumer Content (%) | Total Recovered Materials Content (%) |
|---|---|---|
| Rubber | 75-100 | 95-100 |
| Plastic | 10-100 | 100 |
| Plastic/Rubber Composite | 100 | 100 |

(18) Concrete and Cement. Contractor shall evaluate the utilization of concrete and cement containing coal fly ash or ground granulated blast furnace (GGBF) slag. Due to variations in both slag materials, no firm percentage was set by the EPA, however, it is recommended that in cement, coal fly ash content ranges from 20-30%.

3. Execution.

Measurement of Affirmative Procurement. Contractor shall submit a monthly report indicating the amount spent on specific products that contain recycled materials.

CSS 000107

SECTION 01030

METRIC MEASUREMENTS

1. General.

This project includes metric units of measurements. The metric units used are the International System of Units (SI) developed and maintained by the General Conference on Weights and Measures (GCPM). In some cases, both metric SI units and English inch-pound (I-P) units are included in a section of the specifications according to the circumstances that apply. Specifications requiring metric measurements may contain requirements for equipment (e.g. HVAC systems) describe in I-P units, in which case no metric substitution will be allowed. Specifications requiring metric measurements may include references to related non-metric industry and/or government standard, in which case the requirements of the standard

2. References.

The publications listed below form a part of this specification to the extent referenced. The publications are referred to in the text by basic designation only and will be utilized in the event that a metric system is implemented during the course of this contract.

AMERICAN SOCIETY FOR TESTING AND MATERIALS (ASTM)

ASTM E 380                  (1993) Practice for Use of the International
                            System of Units (SI)

ASTM E 621                  (1984; R 1991) Practice for Use of Metric
                            (SI) Units in Building Design and Construction

CSS 000108

## SECTION 01040

## COORDINATION

1. **Project Coordination.**

    a. General.

    (1) The contractor shall coordinate all work schedules with the CO and with the base civil engineer SABER Project Manager prior to the start of work. The contractor shall participate in weekly progress meetings with the CO and the SABER staff. Attendance at these meetings may include the contractor's corporate management representative(s) at the CO's discretion. Before initiating any work under an individual delivery order, the contractor shall confer with the CO or his/her representative(s) and agree on:

    (a) a sequence of procedures;

    (b) a means of access to premises and buildings;

    (c) space for storage of materials and equipment;

    (d) delivery of materials and use of approaches;

    (e) use of corridors, stairways, elevators, and similar means of egress;

    (f) communications;

    (g) the location of partitions and barriers;

    (h) eating spaces, and restrooms for contractor's employees;

    (i) any other incidentals to the project.

    (2) Interruption of Work. If it becomes necessary to interrupt work activities in buildings and/or areas for construction purposes (except as otherwise described in the delivery order), the contractor shall request permission, in writing, from the CO five (5) working days in advance. The contractor shall submit written requests for street closings ten (10) working days prior to desired closing of the street.

    (3) Paving, Fencing, and Painting. Prior to start of any paving, fencing, or painting under this contract, the contractor shall coordinate start and completion dates in writing with the CO five (5) working days prior to the scheduled start date.

    (4) Temporary construction. Occasionally contractor installed temporary construction will be required to prevent interruption of normal work activity, protect workers, or prevent loss of utility services. All contractor performed temporary construction shall be approved by the Base Civil Engineer through the CO.

    (5) Mandatory Verification. The government may require that work progress in stages when verification of the quantity, adequacy and/or accuracy of underlying work is necessary

before follow-on work is allowed to start. When required by these specifications, such verifications shall be mandatory, and an allowance for these verifications shall be made in the contractor's Contract Progress Schedule. The contractor shall provide notification that work is ready for verification in accordance with the requirements outlined on the Mandatory Verification Schedule. Required mandatory verifications will be listed in the Mandatory Verification Schedule issued with each request for proposal for individual projects.

b. Special Projects.

(1) Medical Facilities. The contractor shall coordinate all work in medical facilities through the CO with hospital staff liaisons to minimize interruption of service.

(2) Military Family Housing Projects.

(a) The contractor shall coordinate all work in family housing units through the CO with family housing office staff liaisons to minimize inconvenience to family housing occupants. Occupants shall be notified by the contractor 5 work days prior to any work performed on family housing units.

(b) The housing units are provided with heat and air conditioning at no charge to the extent necessary to perform the work under this contract. In unoccupied units the following applies: The thermostat shall be set no higher than 68 degrees in winter months and no lower than 76 degrees during the summer months. During the summer months the A/C shall be turned off after work each day unless a conflict with the materials used, at which time this conflict shall be brought to the attention of the government representative.

(c) The contractor will be issued a key to unoccupied units as necessary. The contractor shall establish and implement methods of ensuring that all keys issued to contractor by the government are not lost or misplaced and are not used by unauthorized persons. No keys issued to the contractor by the government shall be duplicated. The contractor shall immediately report the loss or duplication of keys to the CO.

(d) In the event keys are lost or duplicated, the contractor shall be required, upon direction of the CO, to re-key or replace the affected lock or locks; however, the government, at its option, may replace the affected lock or locks or perform re-keying. When the replacement of locks or re-keying is performed by the government, the total cost of re-keying or the replacement of the lock or locks shall be deducted from the payment due.

(e) The contractor shall prohibit the use of keys issued by the government by any person other than the contractor's employees. The contractor shall prohibit the opening of locked areas by contractor's employees to permit entrance of persons other than contractor's engaged in performance of assigned work in those areas.

(f) Housing units shall be locked by the contractor at the end of each day.

CSS 000110

    (g) The contractor shall be responsible for the storage and protection of government property and materials to be installed. Any loss or damage shall be at the contractor's expense to replace.

(3) Projects In or Around the Airfield. The contractor shall coordinate all work performed in or around the airfield according to these specifications under Section 01100 *Special Provisions for Working In or Near the Airfield*.

2. **Utilities Coordination.**

    a. Utility Outages.

The contractor shall perform the work under this contract with a minimum of outage time for all utilities. The contractor shall schedule any work that requires utility outages (electrical, water, gas, etc.,) which will close down or limit normal activities in the building, construction area, or other affected areas (as determined by the CO) at a time other than regular work periods of the organization occupying the facility. The contractor shall submit requests for approved utility outages ten (10) working days prior to commencing work. The contractor must receive approval in writing from the CO before interrupting utilities. Wide scale disruption of utility services shall include coordination with the base information agencies including the base newspaper, telegrams, and the base television station. This coordination shall be the responsibility of the contractor through the Civil Engineering SABER office. Once work begins on an approved outage, work must continue without interruption until the contractor restores utility services to the affected line(s) and/or facility.

    b. Communications Utilities.

Refer to Section 16740 for communication utilities requirements.

    c. Excavating Around or Locating Existing Utilities.

Prior to the start of work, an Air Force Form 103 (work clearance request) shall be obtained for each delivery order. The contractor shall identify and locate all valve or utility shut-off locations for use in the event of accidental damage to the utility. The contractor shall locate utilities marked as communication, natural gas, electrical, or fuel supply by a method approved by the CO that prevents damage to said lines. The contractor shall note any utilities discovered during excavations that are missing or incorrect on the contract drawings (including any erroneous dimensions on government record drawings), or those utilities staked by the user, and clearly identify those discoveries on the as-built drawings.

3. **Existing Facilities/Job Site Verification.**

Record drawings, showing existing facilities and underground utilities, are available to the contractor through the Base Civil Engineer SABER office. One copy of said drawings will be provided to the contractor as applicable for the accomplishment of the delivery order. The government does not guarantee the accuracy or adequacy of existing as-built/record drawings. The contractor shall be responsible for verification of all dimensions and actual conditions when developing individual delivery order proposals. Failure to verify the dimensions and locations will be at the contractor's

risk and shall not relieve the contractor from accomplishing the work required by the contract at the price awarded by the government. The contractor shall immediately repair any utility line shown on a record drawing (or made known to the contractor) and damaged during construction work, at no cost to the government.

4. **Permits.**

   a. Excavation Permits/Excavations

   The contractor shall initiate, prepare, and obtain the necessary approvals for an AF Form 103, *Work Clearance Request*, commonly referred to as a digging permit, 14-28 calendar days (inclusive) prior to any excavation activities. The SABER Project Manager will assist the contractor by providing points of contact, however, the contractor shall be responsible for executing the digging permit and coordinating utility markings with the civil engineer shops and outside utility companies. The contractor shall provide drawings and details showing the exact location and description of the intended type of excavation. The contractor shall also stake and define the boundaries of all required utility locates. The contractor shall maintain the coordinated AF Form 103 at the excavation site and shall comply with instructions for hand excavation and other methods of safeguarding any buried utilities. The contractor shall immediately notify a SABER representative or the CO of and damage to existing utilities or infrastructure and promptly repair any damage created by his/her work force, or by subcontractors back to original condition. The contractor shall take necessary precautions at the 3 foot mark on any side of a utility mark out to prevent damage to existing utilities. If the damaged utility requires an outside source (e.g., someone to repair fiber optic lines) to effect the repairs, and the contractor is responsible for the damage, the contractor shall furnish payment within a 24 hour period of the repair.

   b. Burn Permit.

   Prior to any soldering, brazing, torch cutting, and welding, the contractor must obtain a signed AF Form 592, *USAF Welding, Cutting, or Blazing Permit*, from the base Fire Department, Technical Services Element. When any of these activities take place in or near a combustible facility or materials, the contractor shall restore any smoke and heat detectors, or post a fire guard/watch when the detectors are not useable unless otherwise waived by the CO.

CSS 000112