## SECTION 01090

### REFERENCES

### 1. Sources for Reference Publications.

Various publications are referenced in other sections of the specifications (including the referenced standards) to establish requirements for the work. These references are identified in each section by document number, date and title. The document number used in the citation is the number assigned by the sponsoring organization, e.g. UL 1 (1993; Rev through Jan 1995) Flexible Metal Conduit. However, when the sponsoring organization has not assigned a number to a document, an identifying number has been assigned for convenience, e.g. UL's unnumbered 1995 edition of their Building Materials Directory is identified as UL-01 (1995) Building Materials Directory. The sponsoring organization number (UL 1) can be distinguished from an assigned identifying number (UL-1) by the dash mark (-). The addresses of the organizations whose publications are referenced in other sections of these specifications can be found at http://www.hnd.usace.army.mil/techinfo/nibs/unrlall.pdf. Documents listed in the specifications with numbers which were not assigned by the sponsoring organization should be ordered from the source by title rather than by number.

### 2. Definitions.

a. Drawings.

Graphical representations documenting work proposed by the government and performed by the contractor. Includes shop drawings, diagrams, layouts, schematics, descriptive literature, illustrations, schedules, performance and test data, and similar representations to illustrate specific portions of the work required by the contractor. Drawings shall be developed to the extent to allow ease of estimations and execution of work. Refer to section 01300 for more specific requirements pertaining to submitted drawings.

b. Estimates of Prepriced Items.

A computerized, "detailed report" estimate, organized into the format reflected in the pricing guide. The report shall be presented in the format required as stated by the software requirements of the contract. The estimate shall include quantities, prices, and a short description of all items required by the statement of work and drawings for which a price exists in the pricing guide.

c. Estimates of Non-Prepriced Items.

A computerized, "detailed report" estimate organized into the format reflected in the pricing guide listing quantities, prices, and a short description of all items required by the statement of work and drawings for which no price exists in the pricing guide. The contractor shall demonstrate competitive pricing (two or more sources) for each non-prepriced item.

28

CSS 000113

d. Instructions.

Preprinted material describing installation of a product, system, or material, including special notices and material safety data sheets, if any, concerning impedances, hazards, and safety precautions. Operation and maintenance manuals are considered deliverables under the contract and not submittals; however, the government reserves the right to request the aforementioned items as submittals.

e. Design.

Designs incidental to accomplishing the required tasks outlined in each delivery order. The extent of these designs will depend upon the complexity of each task. Under the scope of this contract, the complexity will not necessarily require the services of a registered architect or engineer. However, the contractor shall provide sufficient design documentation to substantiate the proposed approach for the task. Also, designs shall clearly illustrate compliance with local, state, and federal building and construction codes. The SABER project manager will identify the extent of documentation that the contractor shall include in the project submittal. This documentation may include any or all of the following:

(1) Technical narrative (technical description of the task)

(2) Work flow chart

(3) Detailed cost estimate

(4) Justification for any non-prepriced items

(5) Material approval submittals

(6) Verified as-built drawings

(7) Shop drawings depicting layout and planning of the work

(8) Manufacturer's or technical drawings/schematics for fabrication and assembly of structural elements

(9) Form fit and attachment details for installation of materials/equipment

(10) Design calculations to substantiate proposed layout and sizing of utilities and structural elements (i.e., HVAC loads, lighting, platform supports, etc.)

f. Detailed Cost Estimate.

Cost estimate delineating actual line items from R. S. Means® database that will be utilized to account for contractor's proposed cost of each delivery order. Cost estimate shall include all pre-priced and non-pre-priced items. Cost estimate shall be presented by method which depicts separate trade sections (i.e., site work, mechanical, electrical, etc.,). Any processes or items (items are subject to 15% rule as stated in Section 01300, paragraph 7.b.(2)) contained in the Detailed Cost Estimate that are not utilized during the execution of the individual delivery order shall be refunded to the government. Alternate methods of accomplishment of work

29

CSS 000114

other than those proposed by the contractor in the line items of the detailed cost estimate are subject to prior approval by the CO.

g. Negotiations.

Meetings between government and contractor personnel to come to an agreement on the specific conditions, performance times, and cost of a delivery order.

h. Site Visit.

An investigative visit to a project location for the contractor to gather enough information to prepare a proposal and drawings.

i. Statement of Work.

Formal written descriptions of proposed construction work composed by the government for the execution of individual delivery orders. The statement of work may include written directives, drawings and various schedules, which outline work requirements, submittals, staging and testing or other necessary requirements to be performed by the contractor.

j. Demolition.

Includes all aspect of disconnecting, disassembly, removal, etc., and transportation to Defense Reutilization Marketing Organization (DRMO) or dumpster when required by the specific delivery order. There will be no separate unit pricing or payment of any kind for removal of attachments/items if an item is being demolished.

3. Abbreviations and Symbols.

|  | METRIC UNIT OF MEASURE | DESCRIPTION | ENGLISH UNIT OF MEASURE | DESCRIPTION |
|---|---|---|---|---|
| 1.0 | DISTANCE | | | |
|  | MM | Millimeter | IN | Inch |
|  | CM | Centimeter | FT | Foot |
|  | M | Meter  L | F | Linear Foot |
|  |  |  | VLF | Vertical Linear Feet |
|  |  |  | YD | Yard |
|  |  |  | CLF | 100 Linear Feet |
|  |  |  | MLF | 1000 Linear Feet |
|  |  |  | MI | Mile (Statute) |
| 2.0 | AREA | | | |
|  | CM2 | Square Centimeter | SI | Square Inch |

30

CSS 000115

|        |              | M2  | Square Meter         | SF   | Square Foot          |
|--------|--------------|-----|----------------------|------|----------------------|
|        |              | HEC | Hectare              | SY   | Square Yard          |
|        |              | KM2 | Square Kilometer     | CSF  | 100 Square Feet      |
|        |              |     |                      | CSY  | 100 Square Yards     |
|        |              |     |                      | ARE  | Acre                 |
|        |              |     |                      | MI2  | Square Mile          |
| 3.0    | VOLUME       |     |                      |      |                      |
|        |              | CC  | Cubic Centimeter     | CI   | Cubic Inch           |
|        |              | M3  | Cubic Meters         | CF   | Cubic Feet           |
|        |              |     |                      | CY   | Cubic Yard           |
|        |              |     |                      | BF   | Board Feet           |
|        |              |     |                      | MBF  | 1000 Board Feet      |
| 4.0    | FLOW         |     |                      |      |                      |
|        |              | CCS | Cubic Centimeter/Sec | CFM  | Cubic Ft/Minute      |
|        |              | CMM | Cubic Meter/Minute   | MCF  | 1000 Cubic Ft/Minute |
| 5.0    | LIQUID       |     |                      |      |                      |
|        |              | LIT | Liter                | GAL  | Gallon (US)          |
| 6.0    | WEIGHT       |     |                      |      |                      |
|        |              | G   | Gram                 | OZ   | Ounce                |
|        |              | KG  | Kilogram             | LB   | Pound                |
|        |              | MT  | Metric Ton           | TON  | Ton (Short)          |
| 7.0    | MISCELLANEOUS|     |                      |      |                      |
|        |              | BBL | Barrel               | BBL  | Barrel               |
|        |              | EA  | Each                 | EA   | Each                 |
|        |              | FLR | Floor                | FLR  | Floor                |
|        |              | LAN | Lane                 | LAN  | Lane                 |
|        |              | LS  | Lump Sum             | LS   | Lump Sum             |
|        |              | OPN | Opening              | OPN  | Opening              |
|        |              | PCT | Percent              | PCT  | Percent              |
|        |              | PR  | Pair                 | PR   | Pair                 |
|        |              | RSR | Riser                | RSR  | Riser                |

CSS 000116

| | | | |
|---|---|---|---|
| SEA | Seat | SEA | Seat |
| SET | Set | SET | Set |
| SQ | Square (Roofing) | SQ | Square (Roofing) |
| Wk | Week | Wk | Week |

CSS 000117

## SECTION 01100

## SPECIAL PROVISIONS FOR WORKING ON OR NEAR
## THE AIRFIELD OR AIRFIELD HANGAR(S)

### 1. General.

The following provisions apply when work is required on the active airfield/hangar, or within the clear zones or primary surfaces, as defined by AFI 32-1026.

a. Airfield Requirements.

Clause entitled "Airfield Safety Precautions," of the solicitation applies to this contract.

b. Closures.

All runway, taxiway or hangar closures will require the coordination of Base Operations through the CO not less than 14 calendar days prior to the requested closure, unless otherwise provided for in the specifications of the individual delivery order. The contractor shall make the maximum utilization of time during the requested closure period. The contractor shall notify the CO when finished with the work requiring the closure. The contractor shall schedule operations in phases if necessary so as to minimize the effect of construction closures on normal base operations.

c. Coordination Of Work.

The contractor shall coordinate with the CO before initiating any work and will notify the CO of proposed location of work and time of operation. The contractor shall contact Base Operations for daily construction restrictions involving the flightline, taxiway, and runway areas and shall comply with the following:

(1) DOD FAR SUP 252.236-7005, *Airfield Safety Precautions*

(2) AFI 13-213, *Airfield Management and Base Operations*

d. Personnel Safety Precautions.

Jet aircraft and support equipment operating in/near hangars, on/near the runways, taxiways, and aprons make the area of construction a zone of high level noise. The contractor shall take the necessary precautions, such as the use of ear plugs or muffs to prevent injury to personnel working in the area.

e. Restrictions.

No contractor vehicles, equipment, or personnel shall be on or crossing any active runway or taxiway, except during construction period closures as outlined herein or when clearance is requested from and granted by the control tower. All contractor vehicles operating on the landing areas (1,000 feet on either side of the runway center line) during the period from dawn to dusk will be identified by mounted operating electric battery operated low intensity, red or amber flashing lights. When contractor operations require crossing an active runway or other controlled area on a regular basis, the contractor shall furnish a two-way radio in order to

CSS 000118

maintain contact with the control tower. The government will provide the contractor with the correct frequency. Use of the government provided radio frequency for other purposes will be strictly prohibited.

f.  Cleanliness Of Work Area.

Contractor shall maintain cleanliness of hangars, taxiways, runways and apron pavements at all times during progression of work in order to alleviate foreign object damage (FOD). All construction materials shall be secured so as to prevent damage to government property or equipment. The contractor shall remove and secure all materials and equipment a safe distance from the runway or aircraft parking area at the close of each work day. This distance will be determined by the CO. The contractor will not be allowed to stockpile any materials or store any equipment within 1,000 feet of the runway center line.

g.  Emergencies.

There may be periods of time when the contractor will be required to vacate the work site and move his personnel and equipment a distance of several hundred feet away from the work site due to declared aircraft emergencies. Such evacuations will be given on short notice and expeditious action will be required. Whenever the contractor is required to clear the runway or a hangar, the contractor, accompanied by the SABER Project Manager or Air Force representative, will make an inspection sweep of the entire work site or hangar to ensure all tools, equipment, and personnel have been removed from the runway, active taxiway and hangar. Any evacuations are the responsibility of the contractor and no cost will be incurred by the government as a result.

CSS 000119

## SECTION 01300

### DELIVERY ORDER PROPOSALS

#### 1. General.

The contractor shall prepare and submit a proposal to the CO within ten (10) work days of written notification of a job requirement for projects with limited design and within 30 calendar days of written notification for projects requiring an increased amount of engineering as stated in Section 01010, paragraph 1.b.(2).(d) unless otherwise determined by the CO. Units of weights and measures used on all proposals shall be the same throughout. Each proposal shall be complete and in sufficient detail to allow ready determination of compliance with delivery order requirements. The submittal package shall contain sufficient documentation, providing evidence of adequate design and preparation to include execution narrative, technical description, assumptions, progress schedule, proposed performance period, drawings and details, and engineering calculations. "Execution narrative" is defined as a brief written description of the major elements of work and how the project will be carried out to completion, taking into consideration the site condition(s), and any obstacles that may have to be overcome during the construction process.

#### 2. Design Submittals.

Design submittals will be required as indicated in each project statement of work provided by the government. The contractor shall not construe the CO's approval of design submittals as a complete check, but only an indication that the general method of construction, materials, detailing and other information are satisfactory. Approval will not relieve the contractor of the responsibility for any error, which may exist. Under the contractor's quality control requirements of this contract, the contractor is responsible for dimensions, the design of adequate connections and details, and the satisfactory construction of all work. If applicable, the contractor shall make corrections required by the CO and resubmit for approval. After the CO approves a design submittal, the government will not consider any resubmittal for the purpose of substituting materials or equipment unless accompanied by an explanation of why a substitution is necessary.

#### 3. Design Documentation.

Design documentation shall include (at the CO's discretion) shop drawings and sufficient calculations to support the adequacy of equipment/materials proposed for the project and the proposed assembly of structural components.

a. Shop Drawings.

Drawings submitted by the contractor, subcontractor, and any lower tier subcontractor, pursuant to a construction contract, shall show in detail proposed fabrication and assembly of structural elements and/or the installation (i.e., form fit, and attachment details) of materials or equipment. Drawings shall clearly define the scope of work, with details sufficient to effectively establish the methods and materials intended. Drawings shall have sufficient detail to ensure soundness of design. Drawings shall be developed to the extent to enable both the contractor and the government to accomplish independent estimates. For the purpose of this contract, the

35

term drawings includes actual shop drawings, diagrams, layouts, schematics, descriptive literature, illustrations, schedules, performance and test data, and similar materials furnished by the contractor to explain in detail specific portions of the work required by the contract.

(1) The contractor shall provide three (3) sets of drawings to the CO with the proposal. Drawing size shall be 24"x36". The contractor shall also provide one copy of the drawings on disk(s). The disk drawings shall be in the native file format used by Autodesk®, AutoCAD and capable of being loaded without conversion on the government computers being used. The drawing format of the disk drawings (i.e., level/layer structure, symbology, etc.) shall utilize Tri-Service CADD standards. The civil engineer SABER manager will provide the contractor an address to acquire a copy of the required Tri-Service CADD standards. The contractor shall acquire any updates as they become available.

(2) The contractor shall incorporate any changes to the drawings, brought about by changes in scope or as a result of proposal evaluation, and provide three (3) revised sets along with new disk files to the CO before issue of the delivery order.

(3) The government may duplicate, use, and disclose in any manner and for any purpose shop drawings delivered under this contract.

(4) The CO will sign the drawing to indicate approval or disapproval of the shop drawings and return one set to the contractor. On disapproval, the CO shall annotate the government's reason for disapproval on the drawing. The contractor shall resubmit disapproved items in three (3) work days with the required changes after written notification of disapproval. If the contractor initiates any work before receiving approval, the contractor assumes all risk for that work.

b. Calculations.

To substantiate appropriate equipment or material selection/sizing and component assembly, the contractor shall supply the following calculations at the request of the CO or as stated in the request for proposal for each delivery order.

(1) Mechanical: HVAC load analysis and unit sizing, pipe sizing, duct sizing, or other calculations necessary to determine proper equipment sizing as required for each delivery order.

(2) Electrical: Electrical system capacity, conductor, conduit, protective devices, and other equipment sizing as applicable for each delivery order.

(3) Structural: Structural system, roofing system, and foundation sizing or other necessary calculations as required for each delivery order.

(4) Pavements/Site Work: Area run-off quantities, drainage capacities, and grading slopes, or other necessary calculations as determined for individual delivery orders.

36

### 4. Record Drawings.

One copy of record drawings will be supplied with each delivery order by the government (as applicable) when required for the accomplishment of the design.

a. Accuracy of Record Drawings.

The government does not guarantee the complete accuracy of these drawings. As part of the design process, the contractor shall verify the as-built conditions of the site. To indicate verification, the contractor shall sign one copy of the record drawings and include this copy in the submittal package. The verification applies ONLY to those features that are readily verifiable. It does NOT apply to hidden or buried components. The government will not pay for modifications associated with existing site conditions due to the contractor's failure to verify those conditions as part of the design effort.

b. Drawing Updates.

(1) During the progress of the work, the contractor shall keep a careful record at the job site of all changes and corrections from the layouts shown on the drawings, if applicable, regardless of whether they are a part of the construction effort or not. This shall include any hidden or subsurface data discovered during construction. The contractor shall enter such changes and corrections on a copy of the technical proposal drawings (submitted with the delivery order proposal) and provide the CO with a copy of the updated drawings.

(2) The record drawings shall indicate all physical changes to the construction area and the actual location of any subsurface utilities. The drawings shall indicate all valves, splice boxes, and appurtenances by dimensions along the utility run from a reference point.

### 5. Progress Schedules and Reports.

Upon award of the delivery order, the contractor shall accomplish the reports contemplated by the clause titled "Schedules for Construction Contracts" on and in accordance with instructions pertaining to AF Form 3064, *Contract Progress Schedule*, and AF Form 3065, *Contract Progress Report*. The contractor has the option, subject to the CO's approval, to submit alternative schedule forms (i.e., PERT charts, GANT charts, etc.) developed using scheduling software, provided these documents convey the same information as the AF Forms 3064 and 3065.

### 6. Material Approval Submittals.

In each delivery order proposal, the contractor shall identify all material and articles requiring approval contemplated by the Materials and Workmanship Clause using the AF Form 3000, *Material Approval Submittal* in five (5) complete copies. All contractor supplied submittals shall be submitted within 10 calendar days of award of the applicable delivery order or as authorized by the CO. The government will review submittals for completeness and clarity. Submittal approval or disapproval will be returned to the contractor within seven (7) calendar days. Disapproved

CSS 000122

submittals shall be corrected and resubmitted within five (5) working days of notification of disapproval or as required by the CO. Any items installed without approval by the CO are subject to removal by the contractor at no cost to the government.

a.  Approved Materials/Equipment.

Once the government approves an item of material or equipment, the contractor need not resubmit an AF Form 3000 on this item for the duration of the contract unless directed to do so by the CO or as required by the delivery order specifications. The contractor shall provide adequate justification and obtain approval from the CO for resubmittals of materials/equipment originally approved.

b.  Submittal Register.

The contractor shall develop and maintain a submittal register in the form of a Microsoft® Excel spreadsheet to record and track all pre-approved material submittals. An alternate computer generated program may be authorized if it is compatible with government software. The contractor shall number all material submittals consecutively throughout the life of the contract. For resubmittals after disapproval, or resubmittals upon request of the CO, the contractor shall use the original submission number and an alpha, beginning with "(A)" after the original submission number. For example, if the CO disapproved the original submission numbered 500, the first resubmission of this submittal shall be number 500(A). The second resubmission shall be number 500(B), etc. The contractor shall provide an updated submittal register in disk format (or sent by e-mail) to the SABER office for tracking and monitoring purposes on the first and fifteenth day of each month.

7.  **Quality Control on Design Submittals.**

The contractor shall thoroughly review all design submittals for accuracy, completeness, and compliance with contract requirements, and shall indicate approval thereon as evidence of such coordination and review. The contractor shall include constructability, architectural and system compatibility, operability, and maintainability considerations in each review.

a.  Proposed Alternative Approaches.

The design submittal shall clearly identify any proposed alternatives from the original design concept envisioned to meet the project requirements.

(1)  If the contractor's shop drawings show variations from the design concept originally discussed during initial design of the project, the contractor shall submit a narrative description of the variations to the CO.

(2)  The government will develop an independent estimate on the project for the purpose of validating the contractor's estimate.   Any deviations that are discovered during negotiations, shall be justified by the contractor. The government reserves the right to reject the contractor's proposal without award or cost to the government (including using the design multiplier) if agreements can't be reached in the negotiation process. Also, if proposals are not submitted in a timely manner, the government reserves the right of cancellation at no cost to the government.

CSS 000123

b. Accuracy.

    (1)    All measurements shown on shop drawings and used in developing cost estimates shall be exact dimensions. Use of the R.S. Means® price data is applicable to this section. Unit prices include all waste. The government will NOT allow additional SF, SY, LF, CY, etc., for waste. For example, when estimating ceiling tile for a room 14 feet by 14 feet totals 196 square feet, the contractor's proposal shall reflect 196 square feet for the removal and installation of the ceiling tile.

    (2)    The delivery order may reflect estimated quantity line items. For these items, the contractor shall submit a daily total of quantities used on days the contractor uses the item. These submittals may be delivery tickets, weigh bills, worksheets, etc., to meet the specific requirement. The contractor shall provide these submittals to the project SABER Project Manager who will validate and forward them to the CO. If the actual quantity of items varies by more than 15 percent above or below the estimated quantity, the government will make an equitable adjustment in the delivery order price. The adjustment will apply only to that quantity above the 115 percent or below the 85 percent variance. If items from the proposal are not utilized, the government reserves the right to claim reimbursement for subject line items. Deviations from processes involving subject line items shall be approved by the CO prior to execution. If the variation will cause an increase in the time necessary for completion, the contractor may request, in writing, an extension of time. The contractor shall submit this request a minimum of 10 calendar days before the beginning of the delay. Upon receipt of a written request, the CO will ascertain the facts and make an adjustment, if justifiable, for extending the completion date.

c. Codes, Standards, and Instructions.

    (1)    All design documentation and subsequent construction practices shall comply with Federal, State, and Local codes. Building Officials and Code Administrators (BOCA) International, Inc. has established the basic building code standards for construction, renovation, repair, and maintenance. These standards, commonly referred to as BOCA National Codes, shall constitute the minimum acceptable levels of design, function, and safety for all projects performed under this contract.

    (2)    All designs, material selections, construction, renovation, repair, and maintenance shall comply with the specifications contained (or referenced) herein as well as the base and Air Mobility Command architectural standards. The government documents these two latter standards in the base's *Architectural Compatibility Guide*, and in a series of pamphlets published by the command, including the *Commander's Guide to Facility Excellence*. The CO will provide these documents to the contractor upon request. During the course of the contract, the contractor shall comply with any additions or revisions to these standards upon official notification by the government. Failure to comply with the

CSS 000124

specifications and standards of this contract will result in reaccomplishment of the work by the contractor at no additional cost to the government.

(3) Manufacturer's instructions pertaining to the use or installation of products, materials, or equipment used or installed in the execution of work under this contract form a part of these specifications as though specifically set forth herein. These instructions apply whether furnished as a normal, usual, or customary practice of the manufacturer or if furnished in response to a requirement stipulated herein. In the event of conflict between the specification of drawings and manufacturers' instructions, the contractor shall bring such conflict to the attention of the CO for resolution before proceeding with the work involved.

(4) All designs for new facilities shall include features that comply with the energy management directives outlined in Executive Order 12902, 10 March 1994, Part XIII.

CSS 000125

## SECTION 01440

## CONTRACTOR'S QUALITY CONTROL

### 1. General.

The contractor is responsible for quality control and shall establish and maintain an effective quality control system in compliance with the Contract Clause entitled "Inspection of Construction." The quality control system shall consist of plans, procedures, and organization necessary to manage all delivery orders to produce end products, which comply with the contract requirements. The system shall cover all construction operations, both on site and off site, and shall be keyed to the proposed construction sequence. The government will hold the project manager responsible for the quality of work and is subject to removal by the CO for non-compliance with quality requirements as specified in the contract.

a. References.

The publications listed below form a part of this specification to the extent referenced. The publications are referred to in the text by basic designation only.

#### AMERICAN SOCIETY FOR TESTING AND MATERIALS (ASTM)

ASTM D 3740       (1994a) Minimum Requirements for Agencies Engaged in the Testing and/or Inspection of Soil and Rock as Used in Engineering Design and Construction

ASTM E 329       (1993b) Agencies Engaged in the Testing and/or Inspection of Materials Used in Construction

b. Payment.

Separate payment will not be made for providing and maintaining an effective Quality Control program, and all costs associated therewith shall be included in contractor's coefficient.

### 2. Quality Control Plan.

In accordance with the paragraph titled "Quality Control" in Section H of the solicitation, the contractor shall furnish for review by the government the contractor's Quality Control (QC) Plan proposed to implement the requirements of the Contract Clause entitled "Inspection of Construction." The plan shall identify personnel, procedures, control, instructions, test, records, and forms to be used. Construction will be permitted only after acceptance of the QC Plan.

CSS 000126

a. Content of the QC Plan.

The QC Plan shall include, as a minimum, the following to cover all construction operations, both on site and off site, including work by subcontractors, fabricators, suppliers, and purchasing agents:

(1) A designation in writing of the individual responsible for the overall Quality Control program management, personnel responsible for quality control and a clear policy establishing their authority.

(2) A method that outlines authority and responsibilities of personnel at job sites to ensure that at any time a job site is under construction, someone shall be present and posses the authority to act on the contractors behalf for matters pertaining to the applicable delivery order.

(3) A specific policy establishing schedules for the performance of quality control tasks.

(4) Procedures for scheduling, reviewing, certifying, and managing submittals, including those of subcontractors, off site fabricators, suppliers, and purchasing agents.

(5) Procedures for tracking preparatory, initial, and follow-up control phases and control, verification, and acceptance tests including documentation.

(6) Procedures for tracking construction deficiencies from identification through acceptable corrective action. These procedures will establish verification that identified deficiencies have been corrected.   Procedure shall   also include method of tracking trends of performance and a plan of corrective actions for poor trends including materials, supplies, and workmanship.

(7) Reporting procedures, including proposed reporting formats.

(8) Plan for tracking and submitting purchase orders of goods necessary to complete the construction process as required for each delivery order.

b. Coordination Meeting.

After the Pre-construction Conference, before issuance of any delivery order under this contract, and prior to acceptance by the government of the QC Plan, the contractor shall meet with the CO or authorized representative and discuss the contractor's quality control system. The QC Plan shall be submitted for review a minimum of 5 calendar days prior to the Coordination Meeting. During the meeting, a mutual understanding of the system details shall be developed, including the forms for recording the QC operations, control activities, testing, administration of the system for both on site and off site work, and the interrelationship of contractor's management and control with the government's quality assurance.  Minutes of the meeting shall be prepared by the government and signed by both the contractor and the CO. The minutes shall become a part of the contract file. There may be occasions when subsequent conferences will be called by either party to reconfirm mutual understandings and/or address

42

deficiencies in the QC system or procedures which may require corrective action by the contractor.

c. Acceptance of Plan.

Government acceptance of the contractor's plan is required prior to the award of any delivery order. The government reserves the right to require the contractor to make changes in the QC Plan and operations including removal of personnel, as necessary, to obtain the quality specified.

d. Notification of Changes.

After acceptance of the QC Plan, the contractor shall notify the CO in writing of any proposed change no later than two working days after change has occurred. Proposed changes are subject to acceptance by the CO.

e. Quality Control Organization.

(1) General: The contractor shall provide a QC organization which shall monitor the construction site at a frequency that will minimize error and maintain a high quality of work performed. The QC staff shall have complete authority to take any action necessary to ensure compliance with the contract.

(2) Organizational Changes: The contractor shall revise the QC Plan to reflect any changes and submit the changes to the CO for acceptance within two working days of the change.

f. Design Submittals.

The QC manager shall review all design submittals as specified in **Section 01300 SUBMITTAL PROCEDURES**. The QC organization shall be responsible for certifying that all submittals are in compliance with the contract requirements.

g. Documentation.

The contractor shall maintain current records providing documented evidence that required quality control activities and/or tests have been performed. These records shall include the work of subcontractors and suppliers. These records shall be made available to SABER Project Manager immediately upon request. The records shall include as a minimum, the following information:

(1) Contractor/subcontractor and their area of responsibility.

(2) Operating plant/equipment with hours worked, idle, or down for repair.

(3) Work performed each day, giving location, description, and by whom.

(4) Test and/or control activities performed with results and references to specifications/drawings requirements. List deficiencies noted along with corrective action.

(5) Quantity of materials received at the site with statement as to acceptability, storage, and reference to specifications/drawings requirements.

(6) Submittals reviewed, with contract reference, by whom, and action taken.

43

CSS 000128

(7) Off-site surveillance activities, including actions taken.

(8) Job safety evaluations stating what was checked, results, and instructions or corrective actions.

(9) Instructions given/received and conflicts in plans and/or specifications.

(10) Contractor's verification statement.

These records shall indicate a description of trades working on the project; the number of personnel working; weather conditions encountered; and any delays encountered. These records shall cover both conforming and deficient features and shall include a statement that equipment and materials incorporated in the work and workmanship comply with the contract. The report from the QC manager shall include copies of test reports and copies of reports prepared by all subordinate quality control personnel.

h. Interface with the Government and Contractor.

The contractor shall attend a weekly meeting with the CO or his/her authorized representative and SABER project managers to address the status of all projects in progress. The meeting shall cover the progress of all work with regard to respective project schedules, any problems encountered and corrective actions taken, and anticipated delays, if any. The contractor shall provide documentation of these meetings to the CO through the SABER Chief for official record.

i. Notification of Noncompliance.

The CO will notify the contractor of any detected noncompliance with the foregoing requirements. The contractor shall take immediate corrective action after receipt of such notice. If the contractor fails or refuses to comply promptly, the CO may issue an order stopping all or part of the work until satisfactory corrective action has been taken. No part of the time lost due to such stop orders shall be made the subject of claim for extension of time or for excess costs or damages by the contractor.

CSS 000129

## SECTION 01500

## CONSTRUCTION FACILITIES
## AND
## TEMPORARY CONTROLS

### 1. Construction Facilities.

a. Temporary Utilities.

Contractor personnel may use existing toilet facilities if available on the premises unless otherwise instructed by the CO or his/her designated representative. At construction sites where toilet facilities are not readily available or usage is not allowed by the facility owner, the contractor shall provide chemical sanitary toilets and include their cost in the delivery order. The contractor shall service the chemical toilets regularly subject to government inspection. The contractor shall correct all identified sanitary deficiencies within 24 hours of inspection.

b. Construction Aids.

Explosive Operated Hand Tools: The contractor shall comply with the OSHA Standard 1910.215(c) when utilizing explosive operated hand tools. On the installation, the contractor shall store explosive cartridges in metal containers and limit the quantity to one day's supply. The contractor shall provide adequate controls to prevent loss/theft of cartridges used and stored on the installation.

c. Safety.

The contractor shall initiate and maintain such programs as to comply with the provisions of OSHA and Air Force Occupational Safety and Health Standards. These programs shall include the education and training of employees and subcontractors' personnel in the recognition, avoidance, and prevention of unsafe conditions.

(1) IAW FAR 52.236-19 Alt 1 entitled Accident Prevention, the contractor must submit a written plan for implementing subject clause. Within 30 days of contract award, and prior to the start of any work under this contract, representatives of the contractor shall meet with the CO and SABER representatives to review the contractor's safety and health program, and discuss implementation of all safety and health provisions pertinent to the work performed under the contract. The contractor shall describe, in detail, the measures the contractor will take in order to control any unsafe or unhealthy conditions associated with the work performed under the contract. The contractor's project manager, general superintendent(s), and safety representative(s) shall attend this meeting.

(2) The contractor shall organize and maintain a safety program. The contractor's management organization shall include administrative, liaison, and technical functions to implement, direct, monitor, control, and allocate resources for the safety program.

45

CSS 000130

(3) The contractor shall document all methods to satisfy safety requirements. The government may review the contractor's files containing safety and safety related data as deemed necessary by the CO.

(4) The contractor is responsible for ensuring subcontractors provide necessary support to satisfy requirements. The contractor shall include a stipulation in all subcontracts to require subcontractors to comply with the safety provisions as applicable.

(5) The contractor shall comply with all applicable Air Force, Command, Installation, and Facility mishap prevention requirements while operating through or at such installation or facility.

(6) The contractor shall integrate system safety into the overall contractual effort satisfying the requirements of EM 385-1-1 (U. S. Army Corps of Engineers Safety and Health Requirements manual).

(7) The contractor shall ensure that any person on a construction site, including workers, superintendents, suppliers, quality control personnel, Government SABER Project Managers, and contracting personnel wear hard hats and all other required safety equipment (i.e., face shields, welding leathers, ear protection, gloves, safety toed shoes/boots, etc.). Personnel shall wear hard hats at all times unless other safety equipment takes precedence (e.g., equipment required for asbestos abatement).

(8) The contractor shall assume full responsibility and liability for compliance with the applicable instruction for the health and safety of personnel during the execution of work, and shall hold the government harmless for any action by the contractor, the contractor's employees, or subcontractors employed by the contractor, which results in illness, injury, or death.

(9) The contractor shall report immediately to the CO and Wing Safety all available data relating to each instance of a mishap involving government property. During weekends, holidays or after normal duty hours, the contractor shall notify the security police desk sergeant of the accident. The contractor shall immediately secure the mishap site and impound any damaged items. The contractor shall be responsible for the site and any relevant items until released by the appropriate investigating agency through the CO. The contractor shall fully support the government in any mishap or hazard investigation. This support shall include technical assistance as well as access to undelivered internal contractor data. The contractor shall also submit a report to the CO and Wing Safety in letter form that includes the following:

(a) Date and time of occurrence

(b) Place of occurrence

(c) List of personnel directly involved

46

(d) Narrative description of the accident that includes a chronological order of the accident and circumstances.

d. Fire Protection.

The contractor is responsible for furnishing adequate and proper fire protection for all phases of the contract work. The contractor shall comply with all base instructions covering the base fire prevention program.

e. Severe Weather.

The contractor shall develop and be prepared to implement procedures to evacuate and/or protect people and facilities (controlled by the contractor) in the event of severe weather. These procedures will include provisions for securing or repositioning of equipment. The contractor shall notify the CO of any evacuation procedures. Upon receipt by the CO of a severe weather warning, the following sequence of actions will occur:

(1) The CO or his/her representative will instruct the contractor of the severe weather warning.

(2) The contractor shall take immediate action to tie down, remove, protect, or secure materials and equipment to provide reasonable assurance that the severe weather will not damage government property. If the contractor cannot be reached, fails, or refuses to secure materials and equipment, Air Force personnel will accomplish the work and the government will charge the contractor the cost thereof.

f. Barriers and Enclosures.

The contractor shall isolate all SABER work sites using barriers, cordons, or other appropriate measures from mobilization to completion of construction.

(1) Site Plan: As required by any delivery order, the contractor shall prepare a site plan indicating the proposed location and dimensions of any area to be fenced and used by the contractor, avenues of ingress/egress to the fenced area and details of the fence installation. Any areas which may have to be graveled to prevent the tracking of mud shall also be identified. The contractor shall also indicate the use of a supplemental or other staging area (as approved by SABER representative) as desired.

(2) Indoor Barricades: The contractor shall furnish, install, and maintain adequate barricades and warning signs to isolate the construction area from other occupied building areas, and to block direct access to open floor areas, areas with tripping hazards, and/or areas with overhead construction hazards.

(3) Outdoor Barricades: The contractor shall furnish, install, and maintain adequate barricades, warning signs, or other necessary means to isolate outdoor construction areas. The contractor shall identify and barricade all open trenches and excavations at the end of each work day. In the vicinity of traveled ways (pedestrian and vehicular), the contractor shall use flashing barricades with spacing not to exceed 25 feet. In other areas, the

47

contractor may use unlit barricades, flagging, rope, fences or other suitable means. The contractor shall comply with all pertinent provisions of the Corps of Engineers EM 385-1-1, *Safety and Health Requirements Manual*, including any revisions.

(4) Fencing: The contractor shall install fences to isolate construction sites when instructed by the CO. Fencing material shall consist of wooden "shadow box" type fence or as otherwise indicated in any delivery order.

g. Security.

(1) The contractor shall comply with any and all security regulations imposed by the installation commander and/or the agency occupying the space where the contractor will perform the work, including adhering to security regulations or obtaining any security clearance.

(2) The contractor shall be responsible for taking necessary measures to prevent intrusion, damage, or theft of contractor and government property on projects under construction by the contractor.

h. Access Roads.

At the end of each day, the contractor shall inspect for and clear all mud, dirt, debris, foreign objects, or spills of any kind as a result of contractor's operations (including subcontractors and suppliers) on streets and parking lots used as access to the work or staging areas. The contractor shall ensure all taxiways, runways, parking aprons and hard surfaces in or around the airfield, used to access the work or staging areas, remain clean at all times.

## 2. Temporary Controls.

a. Construction Site Maintenance.

The contractor shall maintain the construction area in a neat an orderly manner, including storage areas, free from accumulation of waste materials or rubbish. Upon completion of the construction, the contractor shall leave the work premises in a clean, neat condition satisfactory to the CO. This condition shall be met before final acceptance of delivery order.

(1) Contractor Generated Refuse: Prior to completion of work each day, the contractor shall store (method subject to approval by CO) or dispose of all waste materials and rubbish generated by any work under this contract. If the contractor temporarily stores waste material or rubbish in a dumpster controlled by the contractor, the contractor shall secure the dumpster in such a manner that prevents unauthorized use. The contractor shall empty dumpsters on a routine basis to prevent overflow of waste materials and to ensure sanitary conditions are met. The contractor shall dispose of such materials in accordance with applicable federal, state, or local laws, ordinance or regulations. Containers used for hauling refuse and waste materials shall have tight fitting covers to prevent spillage during transport.

CSS 000133

(2) Screening: Upon the CO's request, the contractor shall install visual screening outside the construction site to maintain a neat appearance. During interior construction of occupied buildings, the contractor shall provide and install non-combustible or self-extinguishing material drop-cloths to isolate areas exposed to debris or noise, or to cover material storage.

b. Environmental Compliance and Protection

The contractor shall perform all work associated with this contract in a manner which prevents environmental pollution or damage during and as a result of construction operations under this contract. The government defines environmental pollution as the presence of chemical, physical, or biological elements that adversely affect human life, other living species, or the environment.

(1) All work performed under the contract on a government installation shall comply with all applicable Federal, state, and local laws as well as all Air Force regulations and policies pertaining to environmental issues. The contractor shall obtain all required permits and certifications needed to perform work associated with the contract. The contractor shall file all required notifications to regulatory agencies in accordance with Federal, state, and local regulations. The contractor shall correct, at no additional expense to the government, and to the satisfaction of all appropriate regulatory agencies, all violations he/she has caused. This includes any fines, penalties, or related actions.

(2) The contractor shall handle, transport, store, and dispose of all waste materials generated by any work under the contract by the contractor and his/her subcontractors at any time in accordance with all applicable Federal, state and local laws as well as all Air Force regulations and policies pertaining to environmental issues at no additional expense to the government.

   (a) Any waste which may be considered hazardous under the Resource Conservation and Recovery Act and/or the Toxic Substance Control Act, must be profiled by the contractor at their expense by a certified laboratory. The transportation, disposal, and manifesting of hazardous waste requires additional guidance. Mr. Steven Seip, phone 302-677-6839, 436 MSG/CEV shall be contacted for further information.

   (b) The contractor shall not utilize base refuse dumpsters for the disposal of any wastes associated with the contract. The contractor shall remove all refuse from the installation for work performed under delivery orders of this contract.

   (c) The contractor shall handle, transport, store and dispose of all asbestos containing materials in accordance with all Federal and State regulations. ALL ASBESTOS WASTE SHALL BE DISPOSED OF WITHIN THE STATE OF DELAWARE at an approved landfill in accordance with section 02080.

   (d) The contractor shall handle, transport, store and dispose of all lead-based paint and lead-based paint debris in accordance with all Federal and State regulations.

CSS 000134

(3) The contractor shall perform asbestos abatement in compliance with Federal and State regulations, which includes all appropriate workers and supervisors having valid Delaware Asbestos Licenses. Asbestos abatement procedures shall also be in accordance with base specifications as incorporated in each individual delivery order. Disposal of asbestos waste shall comply with Paragraph B.3. of this section.

(4) The contractor shall perform lead based paint abatement in compliance with Federal and State regulations in accordance with section 02090. Lead based paint abatement procedures shall also be in accordance with base specifications as incorporated in each individual delivery order. Disposal of lead based paint and lead based paint debris shall comply with paragraph B.4. of this section.

(5) The contractor shall NOT use paints or coatings containing lead in excess of 0.06 percent by weight of non-volatile content in accordance with Title 16 of the Code of Federal Regulation, Part 1303. Paints or coatings within reach of children in housing, recreation, and public areas shall have zero lead content.

(6) The contractor shall notify the CO when any quantity of hazardous materials are spilled or released into the environment. The CO shall report this event immediately to 436 MSG/CEV to ensure compliance with associated reporting requirements for the spilled/released material. The contractor shall be prepared to provide manpower to remedy the situation. The contractor shall comply with the base Spill Prevention and Countermeasures Plan. Profiling and disposal of spilled material shall be at the expense of the contractor. 436 MSG/CEV shall be contacted for guidance on disposal, transportation, and manifesting requirements as stated in Paragraph B.1. of this section.

(7) The contractor shall take any necessary precautions to avoid the dissemination of hazardous dust particles. The contractor shall furnish and install temporary framework covered by polyethylene sheeting around work areas requiring protection. Framework shall be of sturdy wood or metal composition. Polyethylene film shall comply with ASTM D 2103, shall have a minimum density of 0.910, and an impact strength greater than 70. Adhesive tape for sealing seams and edges shall meet the polyethylene manufacturer's recommendations. Sealing compound shall comply with recommended practices for use of latex compounds as prescribed by ASTM C 790. Install dust protection enclosures according to the manufacturer's recommendations. The contractor shall repair any accidental penetrations of the enclosures swiftly and adequately to prevent dust intrusion.

(8) The contractor shall limit emissions of organic solvents into the atmosphere. This rule applies to use, clean-up, and disposal of organic, photochemically reactive, and non-photochemically reactive solvent and materials containing these solvents.

(9) The contractor shall limit the quantity of volatile organic compounds in architectural coatings. This applies to any coatings applied to stationary structures and their appurtenances, mobile homes, pavements, and curbs.

(10) The contractor shall contact the CO if contaminated soil is discovered during the work performed under subject contract. The CO will contact Mr. Steven Seip, phone 302-

50

677-6839, 436 MSG/CEV or (environmental planning) for additional guidance to the contractor.

(11) The contractor shall abide by all approved Sediment and Erosion Control plans. The contractor shall be responsible for providing a Sediment and Erosion Control plan for any project that results in a disturbance of soil of 5000 square feet or more. These plans shall approved by the State of Delaware, Department of Natural Resources and Environmental Control, Division of Soil and Water (DNREC). DNREC is entitled to inspect any job site to ensure permit compliance. As stated in Paragraph A of this section, the contractor is responsible to correct any deficiencies or violations discovered by regulatory agencies at no additional cost to the government. For projects which do not require a DNREC Sediment and Erosion Control plan, the contractor must provide protective barriers to prevent soil erosion. This requirement includes environmental protection measures to prevent sedimentation drainage of silts into storm drains. The contractor shall grade all surface drainage from cuts and fills within the construction limits, whether or not completed, and form borrow and waste disposal areas to control erosion within acceptable limits.

(12) The contractor shall seek approval from Mr. Steven Seip, phone 302-677-6839, 436 MSG/CEV (environmental planning) and if applicable, Mr. David Morris, phone 302-677-4414, 436 MSG/CEF (fire department) for proper storage location of any liquid or gaseous hazardous material.

(13) The contractor shall NOT dispose of any waste or residual material on the ground or in any storm or sanitary sewer system. The contractor shall coordinate with Mr. Steven Seip, phone 302-677-6839, 436 MSG/CEV (environmental planning) for approval before discharging any material, even if diluted, into a sanitary or storm sewer system. The contractor shall take special precautions to prevent petroleum products, chemicals, or pesticides from entering public waters.

(14) The contractor shall coordinate disposal efforts through Mr. Steven Seip, phone 302-677-6839, 436 MSG/CEV (environmental planning) for any equipment containing PCBs. Equipment which may contain PCBs include, but is not limited to transformers, regulators, and fluorescent light ballasts. New electric equipment shall not contain PCBs, shall be certified to this effect, and shall be labeled "NO PCBs."

(15) The contractor shall verify and properly dispose of any mercury containing thermostat switches and fluorescent bulbs incidental to work performed under this contract at no additional cost to government.

(16) Materials classified as hazardous by federal or state environmental rules, regulations or laws shall be handled and processed in accordance with those rules laws and regulations. The contractor shall submit a list of all hazardous materials to be used during the delivery order including estimated quantities at the beginning of the delivery order. At the completion of the delivery order, the contractor shall submit a list of actual quantities of hazardous materials used during the delivery order.

CSS 000136

c. Noise Control.

The contractor shall comply with all applicable state and local laws, ordinances, and regulations relative to noise control.

d. Recording and Preserving Historical and Archaeological Finds.

The contractor shall instruct all employees and subcontractors to carefully preserve all items having any apparent historical or archaeological interest discovered in the course of any construction activities. The contractor shall leave any archaeological find undisturbed and shall immediately report the find to the CO.

e. Vehicle Control.

The contractor shall NOT park or drive personal vehicles on grass or other unauthorized areas. Only equipment required in direct performance of work will be permitted to enter the aforementioned areas. The contractor shall repair or replace any damage rendered to grounds, plantings, or other surrounding objects which are caused by construction equipment or activities. The contractor shall load all loose debris on trucks leaving the site in a manner that will prevent loss of materials on streets, and conform to local ordinances. The contractor shall fasten a suitable cover over debris to ensure compliance. The contractor shall be responsible for prompt cleanup of any fallen debris or materials during any transporting processes.

52

CSS 000137