## SECTION 01600

## MATERIAL AND EQUIPMENT

1. Equipment.

   The contractor shall provide equipment and/or hire subcontractors who have their own equipment common to the trade in which they are employed (i.e., tools, traffic barricades, flag persons, safety equipment, waste, swell and compaction, paperwork fees, etc.). However, the coefficient does NOT include direct costs that are abnormal for a specific trade or practice of that trade. For example, a delivery order requires painting of both interior and exterior walls on a two story housing unit. Any contractor or subcontractor normally performing this type work would reasonably be expected to have scaffolding capable of reaching this height. As a result, the government will not consider the associated cost of the scaffolding a direct cost for inclusion in the delivery order. Conversely, if the delivery order required painting of the exterior of a five-story building, the government would not expect the contractor or subcontractor who normally engages in painting, to have scaffolding capable of reaching such a height. Therefore, the government would consider the associated cost direct and allowable on the delivery order.

   a. Equipment Condition.

      Equipment and vehicles used on base shall be maintained to provide a safe operating condition. The CO, or designated representative, reserves the right to inspect any on-base equipment and reject such equipment if it appears unsafe, is in poor operating condition, or is deemed inappropriate for the work required. The contractor must notify the CO of any contractor equipment which has become inoperable on any base road. The contractor shall remove inoperable equipment immediately.

   b. Rental Equipment.

      The government will NOT pay separate costs for equipment rental and usage where equipment is associated with the cost of work processes. This includes all safety equipment. The items listed in the R.S. Means® Pricing Guide include all "usual" equipment common to the task performed. In addition, the government will not pay for mobilization/remobilization of any part of the construction process.

2. Material.

   a. Government Furnished Equipment/Materials (GFE/GFM).

      As a rule, the government will NOT furnish equipment/materials (GFE/GFM) except for equipment specified in the solicitation or elsewhere in these specifications. However, the government reserves the right to provide GFE/GFM for use on any delivery order. In such cases the delivery order shall contain *Schedule of Government Furnished Property* listing GFE/GFM that pertain to the project. The contractor shall transport all GFE/GFM, if any, described on each delivery order from the government storage area to the work site indicated on the delivery order at no cost to the government. Since unit prices in the R.S. Means® data

53

base include materials/equipment, work using GFE/GFM shall be accomplished at the unit price less the cost of materials and listed as non-prepriced items, or shall be negotiated as non-prepriced items in accordance with the non-prepriced provisions of the contract. Once GFE/GFM are released to the contractor for transportation to the project site, the contractor shall assume the risk and responsibility for the loss or damage to GFE/GFM. The contractor shall follow the instructions of the CO regarding the disposition of GFE/GFM not consumed in performance of a delivery order.

b. Contractor Storage.

The contractor shall be solely responsible for securing equipment and/or materials used in the performance of this contract and stored on base. Use of contractor supplied temporary storage facilities will be subject to base appearance standards and the approval of the CO. The use of contractor supplied temporary storage facilities will be at no cost to the government. The contractor shall assume the risk and responsibility for loss or damage to government-furnished property. The contractor shall cover material stored within the area of contract operations and protect against mechanical and climatic damage or loss. The contractor shall NOT leave equipment or materials on any roof (or tower) without prior approval from the CO. The contractor shall store equipment removed in performance of work as directed by the CO or his/her representative, and re-use in work as required by drawings and specifications. Equipment temporarily removed shall be protected, cleaned and replaced as a minimum in the same condition as it was prior to starting work. The contractor shall tie down all materials stored in an open area to prevent damage to government property particularly during unusual weather conditions, e.g., hurricanes, tornadoes, high winds. If the contractor does not take appropriate action to secure materials and/or equipment when notified of impending severe weather conditions, the government will secure the equipment and/or materials and bill the contractor for the incurred cost. The contractor shall repair or replace, at the contractor's expense, any damage to government property that occurs as a result of negligence. The contractor shall remove all materials, equipment, and temporary buildings ten (10) calendar days after final acceptance of the delivery order. Any materials, equipment, or temporary buildings remaining at the construction site after this time period shall become the property of the government and will be disposed of as abandoned property.

c. Hazardous Material.

(1) The contractor shall take all necessary actions to eliminate the use of hazardous materials and hazardous waste at all work sites. Materials classified as hazardous by Federal or state environmental rules, regulations, or laws, shall be handled and processed for disposal in accordance with applicable environmental statutes, regulations, and/or laws. The contractor shall submit Material Safety Data Sheets (MSDS) for those materials considered hazardous in accordance with the requirements of AFOSH Standard 161-21. The contractor is responsible for all residual materials from contractor furnished supplies and materials. The contractor shall report any spill of hazardous material to the CO and to the civil engineer service call desk immediately (24 hours a day, 7 days a week).

CSS 000139

(2) The contractor shall bring to the attention of the CO any previously unknown material suspected of being hazardous encountered during execution of work. The CO will make a determination whether the contractor shall perform tests to determine if material is hazardous.

(3) Asbestos (reference section 02080): Work involving the disturbance or dismantling of asbestos or asbestos containing materials; the demolition of structures containing asbestos; and the disposal and removal of asbestos, shall comply with applicable Federal, state, and local safety and health requirements. Where there is a conflict between applicable regulations, the most stringent shall apply. The contractor or any of his subcontractors responsible for handling hazardous and toxic materials shall have the necessary certification before doing so.

(4) Use of Radioactive Devices: Under no circumstances shall the contractor use an unlicensed radioactive device on base. Prior to using a radioactive device (i.e., soil or asphalt density meter) on base, the contractor shall submit an application to the CO for approval by the base Radiation Protection Officer. The contractor shall submit the application thirty (30) calendar days prior to the anticipated use. The application will consist of the following:

    (a) A copy of the appropriate NRC license or state permit to operate/own the radioactive device.

    (b) A copy of the operator's qualifications and/or radiation safety training.

    (c) Radiation dosimetry results for the operator for the past calendar year.

    (d) A statement of the expected start date and the length of the contract (delivery order).

    (e) A statement of expected storage and security requirements or other peculiar needs of the contractor.

    (f) Copies of the last two leak tests, if appropriate.

CSS 000140

# SECTION 01700

## DELIVERY ORDER CLOSE OUT

1. Inspection.

    a. Notification.

        (1) After completion of work for the applicable delivery order, the contractor shall request final inspection in writing to the CO. The contractor shall submit the request for final inspection five (5) working days prior to the desired date or as otherwise authorized by the CO. The scheduled final inspection shall be prior to the completion date of the applicable delivery order. This provision in no way restricts the right of the government to inspect work at any time.

        (2) One pre-final inspection may be requested per delivery order by the contractor before final inspection. The contractor shall notify the CO 48 hours in advance, in writing, of request for a pre-final inspection. The contractor shall correct any discrepancies noted prior to the final inspection.

    b. Final Inspection.

        (1) The contractor shall ensure the job site is thoroughly cleaned after construction. Work area shall be clean and free of debris. Damage to any surrounding areas as a result of the construction process shall be repaired by the contractor prior to final inspection. Incomplete or substandard work will not be accepted.

        (2) The contractor, civil engineer SABER manager, and CO or his/her authorized representative may participate in the final inspection. The CO reserves the right to decline the contractor's request for a final inspection or suspend a final inspection, when it is evident that the contractor is not ready for the inspection.

        (3) After the delivery order is substantially complete, any required work items that are minor in detail and do not affect the use or operation of the facility or structure may be added to a punchlist at the discretion of the CO. The items will be listed by the SABER representative through the CO and shall be verified by the contractor. The punch-listed items shall be corrected by the contractor within ten (10) working days of written notification. Failure to correct the items within the allotted time could result in correction by government workforces or separate contracting methods. The cost of said corrective work and administration fees will be charged to the contractor.

2. Project Closeout Documents.

    The government requires the following information (as applicable) for record and operation purposes. The contractor shall submit all required information to the CO no later than ten (10)

workdays following the final inspection. Final payment shall not be made until receipt of these documents.

a. Project Record Documents.

The contractor shall submit one full set of 24"x 36" reproducible as-built drawings that are neat, to scale as indicated on the drawing, and clearly marked to show all variations or changes at final inspection. The drawings shall show any hidden, subsurface, or corrected layout information that the contractor discovered during construction regardless of whether the information was part of the construction effort or not. The contractor shall also provide one copy of the drawings on 3.5-inch floppy disk(s). The disk drawings shall be capable of loading on government computers without conversion or editing. The CADD drawing format (i.e., level/layer structure, symbology, etc.) shall conform to the CADD standards used by the base civil engineer Engineering Design Element. The government's SABER manager will provide the contractor with a copy of these standards and any updates as they become available throughout the life of the contract. All drawings shall conform to standard drafting practices and include such supplementary notes, legends, and details as required. The legibility and clear portrayal of the as-built construction on the marked prints (hard copy) are subject to the approval of the CO. The government will review the as-builts for accuracy and if found in error, will return the drawings to the contractor for further revision.

b. Keys and Keying Schedule.

The contractor shall provide all keys (minimum of three complete sets) to finish hardware to the location designated by the SABER representative as indicated on the finish hardware schedule or sections of work. Cylinder locks shall be master-keyed when required by the government.

c. Real Property Records.

For all delivery orders the contractor shall prepare the Real Property Accountability Checklist (this is a government provided form), for all installed property (by building number if multiple buildings are involved in the project/delivery order). The list shall include all government furnished and contractor furnished items installed by the contractor including heating systems, air conditioning systems, fire protection systems, fuel tanks, electric lines, telephone lines, water lines, sidewalks, fences, parking lots, roadways and airfield lighting.

d. Operation and Maintenance Manuals/Data.

The contractor shall furnish five (5) copies of operation and maintenance manuals for any product installed in the construction project. The manuals shall contain complete instructions for operation, inspection, testing and maintenance of the system, and shall include part breakdown diagrams. If applicable, the manuals shall also contain complete wiring schematics and diagrams. The manuals shall be in booklet form with binder and shall be arranged in logical sections for easy reference. The contractor shall provide the CO all paperwork that was shipped with or attached to the product or material including:

(1) Installation or maintenance instructions for the product or material

(2) Part number listing

    (3)  Care and/or cleaning instructions

    (4)  Removing and replacing information

    (5)  Warranty information

    (6)  Toll or toll-free numbers for information

    (7)  Operator manuals(s).

3. **Warranties.**

With the closeout documentation and prior to final payment, the contractor shall provide any and all guarantees, warranties, and bonds as specified in contract clauses and individual sections of work. The contractor shall honor all routine warranty requirements by responding and correcting all routine warranty calls not later than seven (7) calendar days after notification by the CO, and not later than three (3) calendar days on second and subsequent attempts to correct a deficient item. For urgent calls, the contractor shall respond within 24 hours of notification and initiate corrective action within 48 hours. For emergency calls, the contractor shall respond within 1 hour of notification and initiate corrective action immediately. Urgent and Emergency warranty calls shall be corrected not later than seven (7) calendar days after notification. Extension of correction times may be allowed for repairs where parts are not readily available. The CO will determine the category of the call (routine, urgent, or emergency). The corrective action shall include making the work site safe and performing temporary repairs, if necessary, until more permanent repairs can be made or replacement parts ordered. The contractor shall complete all warranty work to the complete satisfaction of the CO in accordance with the applicable specifications. If the contractor fails to honor warranty requirements (to include making temporary repairs), the government reserves the right to correct the deficiency and charge the contractor for the repairs.

4. **Salvageable Materials.**

All materials removed from existing facilities or materials not used in the project as specified herein or shown on the applicable drawings remain the property of the government, except as noted below. The CO will determine if materials removed from the job site are salvageable or unsalvageable. When a material is designated as unsalvageable, the material becomes the property of the contractor. If the CO considers the material salvageable, the government will either take possession of the material and store it, or instruct the contractor to transport the Defense Reutilization and Marketing Office (DRMO) on Dover Air Force Base. It is estimated the government will require the contractor to turn-in items to DRMO on approximately 85% of the delivery orders issued per contract period. The contractor shall schedule a delivery time by contacting the DRMO Receiving section no less than three (3) days prior to turn in of equipment. The contractor shall be responsible for separating, palletizing, transporting, and offloading items taken to DRMO at no expense to the government. The contractor shall be responsible for transferring all materials to DRMO if required for storage including cutting, bundling, stacking, etc. A point of contact for the DRMO receiving section will be provided by the CO. The contractor shall be responsible for coordination of operating hours with a DRMO representative.

CSS 000143

# SECTION 02000

## SITE WORK

1. **General.**

   All standard specifications, pertaining to site work, in the most recent version (as of the award date of this contract) of the U.S. Army Corps of Engineer Guide Specifications and the NAVFAC Basic Guide Specifications are incorporated into this specification by reference. The specifications described within this section are local modifications or addenda to the U.S. Army Corps of Engineer Guide Specifications and the NAVFAC Basic Guide Specifications. If there is a conflict between these specifications, the most stringent shall apply.

CSS 000144

## SECTION 02080

## REMOVAL AND DISPOSAL OF ASBESTOS MATERIALS

1. General

   a. Scope.

   This section specifies the requirements applicable to the removal, handling and disposal of all asbestos containing materials at Dover AFB. All work involving the removal and disposal of asbestos containing materials shall be accomplished in conformance with the requirements specified herein and with related requirements covered by the other sections of these specifications.

   b. Description Of Work.

   The work covered by this section includes the handling of friable and non-friable materials containing asbestos which are encountered during removal and demolition operation and the incidental procedures and equipment required to protect workers and occupants of the building or area, or both, from contact with airborne asbestos fibers. The work also includes the disposal of the removed asbestos-containing materials. Perform work in accordance with 29 CFR 1926.1101, and 40 CFR 61, Subparts A and M, and the requirements specified herein. All non-mandatory material within 29 CFR 1926.1101 shall be considered mandatory for the purposes of this specification. The asbestos abatement subcontractor is responsible for being current and conforming with all EPA, OSHA, DNREC, and State of Delaware regulations pertinent to the removal and disposal of asbestos materials and shall hold the responsibility of the "Competent Person" as stated in the aforementioned regulations.

   c. Referenced Standards.

   The publications listed below form a part of this specification to the extent referenced. The publications are referred to in the text by the basic designation only.

   (1) Federal Standard (Fed. Std.):

   Fed. Std. 595B          Colors

   (2) Military Standard (Mil. Std.):

   MIL-STD-101B           Color Code for Pipelines and for Compressed-Gas Cylinders

   (3) Code of Federal Regulations (CFR) Publications:

   29 CFR                 Access to Employee Exposure and
   1910.20                Medical Records

   29 CFR                 Respiratory Protection
   1910.134

   29 CFR                 Specifications for Accident

60

| | |
|---|---|
| 1910.145 | Prevention Signs and Tags |
| 29 CFR 1926.1101 | Asbestos |
| 40 CFR 61, Subpart A | General Provisions |
| 40 CFR 601, Subpart M | National Emission Standard for Asbestos |
| 40 CFR 241 | Guidelines for the Land Disposal of Solid Wastes |
| 40 CFR 257 | Criteria for Classification of Solid Waste Disposal Facilities and Practices |
| 40 CFR 763 | Asbestos Hazard Emergency Response Act (AHERA) |
| 49 CFR 171, 172 & 173 | Transportation of Hazardous Materials |

    (4) American National Standards Institute (ANSI) Publications:

| | |
|---|---|
| Z9.2-79 | Fundamentals Governing the Design and Operation of Local Exhaust Systems |
| Z88.2-92 | Practices for Respiratory Protection |

    (5) National Institute of Occupational Safety and Health (NIOSH) Publications:

Manual of Analytical Methods, 2nd Ed., Vol. 1, Physical and Chemical analysis Method (P&CAM)

| | |
|---|---|
| Method 239 | Asbestos Fibers in Air |
| Method 7400 | Fibers (NI, 3rd Ed., Vol. 1) |

    (6) Underwriters Laboratories, Inc. (UL) Publications:

| | |
|---|---|
| 586-90 | Test Performance of High Efficiency, Particulate, Air Filter Units |

    (7) Air Force Occupational Safety and Health (AFOSH) Stds:

| | |
|---|---|
| 161-1 | Respiratory Protection Program |

    (8) State of Delaware Standards:

Delaware Regulations Governing the Control of Air Pollution, Section 10, Emission Standards for Asbestos.

  d. General Requirements.

The "Competent Person" shall possess a current project supervisor badge required for the removal of asbestos as required by Federal, state, and local safety and health requirements.

CSS 000146

Asbestos workers shall possess a current asbestos removal badge for the removal of asbestos as required by Federal, State, and local laws and regulations.

(1) Title to Materials. Materials resulting from demolition work, except as specified otherwise, shall become the property of the contractor and shall be disposed of as specified herein.

(2) Protection of Existing Work to Remain. Perform demolition work without damage or contamination of adjacent work. Where such work is damaged or contaminated, restore work to the original condition.

e. Permits Of Notifications.

Secure necessary permits in conjunction with asbestos removal, hauling, and disposition and provide timely notification of such actions as may be required by federal, state, regional, and local authorities. Notify the Environmental Protection Agency Region III, and State of Delaware Department of Natural Resources and Environmental Control (DNREC) in accordance with 40 CFR 61 subpart M 20 days prior to asbestos removal work. Notification requires submittal of DNREC "10 Day Notice" form to DNREC and USEPA. Dover Air Force Base also requires "10 Day Notice" prior to asbestos removal. Failure to comply with this requirement may result in a fine of up to $25,000 per day. This fine is the contractor's responsibility and is at no cost to the government.

f. Safety And Health Compliance.

In addition to detailed requirements of this specification, comply with laws, ordinances, rules, and regulations of federal, state, regional, and local authorities regarding handling, storing, transporting, and disposing of asbestos waste materials. Comply with the applicable requirements of the current issue of 29 CFR 1926.1101 and 40 CFR 61, Subpart A and M. Submit matters of interpretation of standards to the appropriate administrative agency for resolution before starting work. Where specification requirements and referenced documents vary, the most stringent requirement shall apply.

g. Stop Work Provisions.

If any aspect of the work is in violation of specification requirements, the CO will issue a stop work order to be in effect immediately and until the violation is resolved. Standby time and expenses required to resolve the violation shall be at the contractor's expense.

h. Respirator Program.

Establish a respirator program as required by ANSI Z88.2 and 29 CFR 1910.134, and AFOSH 161-1.

i. Industrial Hygienist (IH).

The industrial hygienist shall be State of Delaware certified as an asbestos abatement supervisor and have a minimum of 3-5 years experience in asbestos abatement experience. The IH hired by the general contractor shall not be a member of the same corporation or firm as the abatement subcontractor. The IH will oversee the project and bring immediately to the

CSS 000147

attention of the CO any asbestos abatement procedures identified that are not approved by the State of Delaware, unsafe work practices and sample results exceeding the action level. The IH will be responsible for the following work:

(1) The IH shall prepare and sign the asbestos removal plan.

(2) All monitoring test results shall be reviewed and signed by the IH and the laboratory employee.

(3) The IH shall be available for any emergencies or additional consultation at no additional cost to the government.

(4) The preabatement inspection and release of the contractor to begin abatement will be conducted by the IH or his designated representative in each containment area. The release will be documented in writing.

(5) The contractor cannot begin any abatement of either friable or non-friable asbestos-containing material until he receives written authorization from the IH or his designated representative to proceed for each new work area.

(6) The IH will be responsible for the final visual inspection and final air test for each major work area. The IH shall conduct the final visual inspection and final air test for each major work area after the IH and abatement contractor's competent person have agreed the work area is ready for inspection.

(7) The IH has the authorization to halt abatement activities at any time, irrespective of airborne fiber levels, if the provisions of asbestos removal plan are not being followed by the abatement contractor or the general contractor.

(8) The IH is responsible for ensuring that adequate personnel are on site to perform both asbestos removal monitoring and air sampling.

j. Special Submittal Requirements.

The following items shall be submitted to and approved by the CO prior to commencing work involving asbestos materials. (Items A, B, C, D, H and I shall be submitted together at one time for approval.)

(1) Asbestos Plan: Submit a detailed plan of the work procedures to be used in the removal and demolition of materials containing asbestos. The plan shall be prepared, signed, and sealed, including certification number and date, by the industrial hygienist. Such plan shall include a sketch showing the location, size, and details of asbestos control areas, location and details of the decontamination layout of decontamination area, and locations of local exhaust equipment. The plan shall also include interface of trades involved in the construction, sequencing of asbestos-related work, disposal plan, type of wetting agent to be used, air monitoring, respirators, protective equipment, pressure differential monitoring device, and a detailed description of the method to be employed in order to control pollution. The plan shall be approved prior to the start of any asbestos work. Prior to beginning work, the contractor and industrial hygienist shall meet with the CO to discuss in

CSS 000148

detail the asbestos plan, including work procedures and safety precautions. Upon approval of the CO this plan will become the specification for the asbestos removal and disposal on this project.

(2) Testing Laboratory: Submit the name, address, and telephone number of the testing laboratory selected to perform the monitoring, testing, and reporting of airborne concentrations of asbestos fibers along with certification that persons counting the samples have been judged proficient by successful participation within the last year in the National Institute for Occupational Safety and Health (NIOSH) Proficiency Analytical Testing (PAT) Program.

(3) Industrial Hygienist: Submit the name, address, and telephone number of the industrial hygienist selected to prepare asbestos plan, direct monitoring and perform training, and a certification that the industrial hygienist is certified by the State of Delaware, including certification number and date, and is experienced in asbestos removal activities. Also include a copy of the industrial hygienist firm's State of Delaware certificate.

(4) Monitoring Results: Fiber counting shall be completed and results reviewed by the industrial hygienist within 16 hours of their collection. The results shall be posted at the work site within 24 hours. The industrial hygienist shall notify the contractor and the CO immediately of any exposure to fibers in excess of the acceptable limits. Submit monitoring results to the CO within 3 working days, signed by the testing laboratory employee performing air monitoring, the employee that tested the sample, and the industrial hygienist.

(5) Notification: Notify the CO 10 working days prior to the start of asbestos work. Submit copies of all permits required by EPA and DNREC for asbestos removal.

(6) Landfill: Submit copies of all letters requested by or received from the Delaware Solid Waste Authority. Submit detailed delivery tickets, prepared, signed, and dated by an agent to the landfill, certifying the amount of asbestos materials delivered by the landfill, within 3 working days after delivery.

(7) Negative Air System: A negative air system shall be installed and operated in accordance with ANSI Z9.2. The local exhaust system shall be operated continuously, 24 hours a day, until the enclosure of the asbestos control area is removed. Pressure differential recordings for each workday shall be reviewed by the industrial hygienist and submitted to the CO within 24 hours from end of each workday. The industrial hygienist shall notify the contractor and the CO immediately of any variance in the pressure differential which could cause exposure of adjacent unsealed areas to asbestos fiber concentrations in excess of the action level.

(8) Training: The contractor shall submit current State of Delaware certificates that the employee has received approved training in the proper handling of materials that contain asbestos. The contractor shall also submit the asbestos firm's State of Delaware certificate.

(9) Final Report: The contractor shall submit a final report and daily log book documenting all findings of sampling data, observations, problems encountered with removal operations, actions taken to resolve problems, negative pressure readings of control area enclosures, and all acceptance monitoring to reopen the facility will be submitted to the CO, for the purpose of documenting the removal operation, and review of information for final facility acceptance by the Air Force.

2. Execution.

   a. Equipment.

   (1) Respirators. Select respirators approved by the Mine Safety and Health Administration (MSHA) and the National Institute for Occupational Safety and Health (NIOSH), Department of Health and Human Services, for use in atmosphere containing asbestos fibers. Provide personnel engaged in the removal or demolition of pipes, structures, or equipment covered or insulated with asbestos, or in the removal or demolition of asbestos insulation or covering, with Type C supplied air respirators.

   (2) Special Clothing and Accessories. Clothing and accessories shall be utilized as specified by Federal, State and Local laws and regulations.

   (3) Change Rooms. Change rooms will be utilized as specified by Federal, State and Local laws and regulations.

   (4) Warning Signs and Labels. Provide warning signs at approaches to asbestos control areas containing airborne asbestos fibers. Locate signs at such distance that personnel may read the sign and take the necessary protective steps required before entering the area. Provide labels and affix to asbestos materials, scrap, waste, debris, and other products contaminated with asbestos.

   (a) Warning Signs. Provide warning signs that are of sufficient size to be clearly legible and display the following information:

   DANGER
   ASBESTOS
   CANCER AND LUNG DISEASE HAZARD
   AUTHORIZED PERSONNEL ONLY

   RESPIRATORS AND PROTECTIVE CLOTHING ARE REQUIRED IN THIS AREA

   (b) Warning Labels: Provide labels of sufficient size to be clearly legible, printed in large, bold letters on a contrasting background, and displaying the following legend:

   DANGER
   CONTAINS ASBESTOS FIBERS
   AVOID CREATING DUST
   CANCER AND LUNG DISEASE HAZARD

   (5) Tools and Negative Air System. Provide a negative air system in the asbestos control area. Filters on vacuums and exhaust equipment shall be UL 586-labeled HEPA filters. Negative air equipment shall be sufficient to maintain a minimum pressure differential of

minus 0.02 inch of water column relative to adjacent, unsealed areas. Provide a manometer-type negative pressure differential monitor with minor scale division of 0.02 inch of water and accuracy within plus or minus 1.0 percent. Calibrate the manometer daily as recommended by the manufacturer. Provide manually recorded manometer readings of the pressure differential between the asbestos control area and adjacent unsealed areas at the beginning of each workday and every 2 working hours thereafter. The negative air system shall be operated continuously, 24 hours a day, until the asbestos control area enclosed is removed. Replace filters as required to maintain the efficiency of system. The building heating, ventilating, and air conditioning (HVAC) system shall not be used as the local exhaust system for the asbestos control area.

b. Work Procedure.

Perform asbestos-related work in accordance with 29 CFR 1926.1101 and as specified herein. Use wet removal procedures. Personnel shall wear and use protective clothing and equipment as specified herein. Eating, smoking, drinking, chewing tobacco or chewing gum shall not be permitted in the asbestos control area. Personnel of other trades not engaged in the removal and demolition of asbestos shall not be exposed at any time to airborne concentrations of asbestos in excess of 0.01 fibers unless the personnel protection provisions of this specification are complied by the trade personnel. Shut down the building HVAC system. Disconnect electrical service when wet removal is performed and provide temporary electrical service protected by a ground fault circuit interrupter.

(1) Masking and Sealing. Masking and sealing shall be performed in accordance with Federal, State, and Local laws and regulations.

(2) Asbestos Handling Procedures:

(a) General Procedures. Sufficiently wet asbestos material, including floor tile and cement asbestos board, with a fine spray of amended water during removal, cutting, or other handling to reduce the emission of airborne fibers. Remove material and immediately place in plastic disposal bags. When both piping and insulation are to be removed, wet the insulation, then, using glovebag technique, remove up to three foot sections of the pipe insulation and encapsulate exposed edges of the asbestos insulation to remain, and remove the pipe. Where unusual circumstances prohibit the use of plastic disposal bags, the industrial hygienist shall submit, in the asbestos plan, an alternate proposal for removal of asbestos materials and containment of asbestos fibers.

(b) Exposed Pipe Insulation Edges. Encapsulate exposed edges of asbestos insulation to remain. Wet and cut the rough ends true and square with sharp tools and encapsulate the edges with a 1/4-inch-thick layer of insulating cement troweled to a smooth, hard finish. When cement is dry, lag the end with a layer of fiberglass cloth and thermal insulation adhesive, overlapping the existing ends by 4 inches. When insulating cement and cloth are an impractical method of sealing raw edges of asbestos, take appropriate steps to seal the raw edges as approved by the CO. Remove existing asbestos

CSS 000151

        insulation for new piping connections during the asbestos handling and disposal procedures as specified herein.

(3) Identification of Asbestos-Free Insulation. Apply "ASBESTOS-FREE" markings to the exterior jackets of non-asbestos-insulated piping installed herein. Letter size shall be in accordance with MIL-STD-101. Apply marking at maximum of 20-foot intervals. Indicate the limits of "ASBESTOS-FREE" insulation with a 1-inch wide band with attached arrow pointing in the direction of the label "ASBESTOS-FREE." Paint markings in orange, No. 12246 of Fed. Std. 595.

(4) Monitoring. Monitoring of airborne concentrations of asbestos fibers shall be in accordance with 29 CFR 1926.1101, 40 CFR 763 and as specified herein, whichever is stricter. The government shall have the option to perform independent monitoring.

(5) Site Inspection. While performing asbestos removal work, the contractor shall be subject to on-site inspection by a Government SABER Project Manager trained in asbestos working procedures who may be assisted by safety or health personnel.

c. Cleanup And Disposal.

(1) Cleanup. Maintain surfaces of the asbestos control area free of accumulations of asbestos fibers. Restrict the spread of dust and debris; keep waste from being distributed over the general area. Do not dry sweep or blow down the space with compressed air. Clean all surfaces in the work area and other contaminated areas with water and/or HEPA vacuum equipment. The IH or his designated representative shall visually inspect the affected surfaces for residual asbestos material and accumulated dust; the contractor shall re-accomplish cleaning of areas showing dust or residual asbestos materials. If additional cleaning is required, monitor the airborne fiber concentration after additional cleaning. After cleaning the work area, allow 24 hours for settlement of dust and wet clean or clean with HEPA vacuum equipment all surfaces in the work area. When asbestos removal, disposal, and cleanup are complete, <u>the industrial hygienist shall certify, in writing, that the concentration of airborne fibers in the control area is less than 70 structures/mm$^2$ per TEM analysis, using aggressive monitoring procedures.</u>, the contractor shall repeat the cleaning until a satisfactory fiber count is reached, at no additional cost to the government. Aggressive monitoring will be as detailed in the EPA publication <u>Guidance for Controlling Asbestos-Containing Material in Buildings</u>, Appendix M.1.5. Do not remove the asbestos control area enclosure and caution signs prior to the CO's receipt of the industrial hygienist's certification. After final cleanup, remove filters on the building HVAC system and provide new filters. Dispose of filters as asbestos-contaminated materials. Reestablish HVAC, mechanical, and electrical systems in proper working order. Notify the CO before unrestricted entry is permitted. The government shall have the option to perform independent monitoring to certify the areas are safe before entry is permitted.

(2) Disposal of Asbestos. Collect asbestos waste, scrap, debris, bags, containers, equipment, and asbestos-contaminated, clothing which may produce airborne concentrations of asbestos fibers; place in sealed impermeable bags imprinted with a

CSS 000152

caution label. Dispose of waste asbestos material by burial at the State of Delaware approved sanitary landfill for each class of asbestos. For temporary storage, store sealed impermeable bags in asbestos waste drums. An area for interim storage of asbestos waste-containing drums will be assigned by the CO or by an authorized representative. Procedure for hauling and disposal shall comply with 40 CFR 61, Subpart M, 40 CFR 241 and 257, 49 CFR 171, 172 and 173, and state, regional, and local standards. Sealed plastic bags may be dumped from drums into the burial site unless the bags have been broken or damaged. Damaged bags shall remain in the drum and the entire contaminated drum shall be buried. Uncontaminated drums may be recycled. Workers unloading the sealed drums shall wear appropriate respirators and personal protective equipment when handling asbestos materials at the disposal site.

CSS 000153