## SECTION 02090

## REMOVAL AND DISPOSAL OF LEAD-CONTAINING PAINT

### NOTES

***************************************************************

NOTE: This specification covers the requirements and procedures for limiting occupational and environmental exposure to lead when removing lead-containing paint. This specification is intended for use in projects where lead-containing paints must be removed from painted surfaces and it has been determined that the lead-containing paint is classified as hazardous waste in accordance with 40 CFR 261, Identification and Listing of Hazardous Waste, thereby requiring special handling, storage, and disposal according to federal and local hazardous waste management regulations.

NOTE: This revision "B" to NFGS-02090 amends the issue dated 30 September 1991 by updating "References," and revising text related to Paint Removal and Hazardous Waste Management Plans.

NOTE: Obtain from the activities information on lead-containing paint in paint removal and disposal projects. This will require testing of paint to be removed in accordance with 40 CFR 261.

NOTE: Projects that involve cutting, sawing, etc., of lead-containing painted materials may result in lead exposures in excess of OSHA limits. If so, personal protective equipment should be used and controls implemented. Obtain recommendations from cognizant industrial hygienist on health and safety measures.

NOTE: Indicate on the project drawings:

    (1) Lead control area (area of lead-containing paint to be removed).

    (2) Designated boundary (area around lead control area).

***************************************************************

1. General.

    a. References.

    The publications listed below form a part of this specification to the extent referenced. The publications are referred within the text by the basic designation only.

    AMERICAN NATIONAL STANDARDS INSTITUTE (ANSI)

| | |
|---|---|
| ANSI Z9.2 | 1979 Fundamentals Governing the Design and Operation of Local Exhaust Systems |
| ANSI Z88.2 | 1980 Respiratory Protection |

CODE OF FEDERAL REGULATIONS (CFR)

| | |
|---|---|
| 29 CFR 1910.134 | Respiratory Protection |
| 29 CFR 1910.1200 | Hazard Communication |
| 29 CFR 1926.55 | Gases, Vapors, Fumes, Dusts, and Mists |
| 29 CFR 1926.57 | Ventilation |
| 29 CFR 1926.62 | Lead |
| 40 CFR 260 | Hazardous Waste Management Systems: General |
| 40 CFR 261 | Identification and Listing of Hazardous Waste |
| 40 CFR 262 | Generators of Hazardous Waste |
| 40 CFR 263 | Transporters of Hazardous Waste |
| 40 CFR 264 | Owners and Operators of Hazardous Waste Treatment, Storage, and Disposal Facilities |
| 40 CFR 265 | Owners and Operators of Hazardous Waste Treatment, Storage, and Disposal Facilities |
| 40 CFR 268 | Land Disposal Restrictions |
| 49 CFR 172 | Hazardous Materials Tables and Hazardous Materials Communications Regulations |
| 49 CFR 178 | Shipping Container Specification |

MILITARY SPECIFICATIONS (MIL)

| | |
|---|---|
| MIL-A-22262 | (Rev. A) (Am. 2) Abrasive Blasting Media Ship Hull Blast Cleaning |

UNDERWRITERS LABORATORIES INC. (UL)

| | |
|---|---|
| UL 586 | 1990 High-Efficiency, Particulate, Air Filter Units |

b. Definitions.

(1) Action Level. Employee exposure, without regard to use of respirators, to an airborne concentration of lead of 30 micrograms per cubic meter of air averaged over an 8-hour period. As used in this section, "30 micrograms per cubic meter of air" refers to the action level.

(2) Area Monitoring. Sampling of lead concentrations within the lead control area and inside the physical boundaries which is representative of the airborne lead concentrations which may reach the breathing zone of personnel potentially exposed to lead.

(3) Physical Boundary. Area physically roped or partitioned off around an enclosed lead control area to limit unauthorized entry of personnel. As used in this section, "inside boundary" shall mean the same as "outside lead control area."

(4) Certified Industrial Hygienist (CIH). As used in this section, refers to an Industrial Hygienist employed by the contractor and is certified by the American Board of Industrial Hygiene in comprehensive practice.

(5) Change Rooms and Shower Facilities. Rooms within the designated physical boundary around the lead control area equipped with separate storage facilities for clean protective work clothing and equipment and for street clothes which prevent cross-contamination.

(6) Decontamination Room. Room for removal of contaminated personal protective equipment (PPE).

(7) Eight-Hour Time Weighted Average (TWA). Airborne concentration of lead averaged over an 8-hour workday to which an employee is exposed.

(8) High Efficiency Particulate Air (HEPA) Filter Equipment. HEPA filtered vacuuming equipment with a UL 586 filter system capable of collecting and retaining lead-contaminated paint dust. A high efficiency particulate filter means 99.97 percent efficient against 0.3 micron size particles.

(9) Lead. Metallic lead, inorganic lead compounds, and organic lead soaps. Excluded from this definition are other organic lead compounds.

(10) Lead Control Area. An enclosed area or structure with full containment to prevent the spread of lead dust, paint chips, or debris of lead-containing paint removal operations. The lead control area is isolated by physical boundaries to prevent unauthorized entry of personnel.

(11) Lead Permissible Exposure Limit (PEL). Fifty micrograms per cubic meter of air as an 8-hour time weighted average as determined by 29 CFR 1926.62. If an employee is exposed for more than 8 hours in a work day, the PEL shall be determined by the following formula:

PEL (micrograms/cubic meter of air) = 400/No. hrs worked per day

(12) Personal Monitoring. Sampling of lead concentrations within the breathing zone of an employee to determine the 8-hour time weighted average concentration in accordance with 29 CFR 1926.62. Samples shall be representative of the employee's work tasks. Breathing zone shall be considered an area within a hemisphere, forward of the shoulders, with a radius of 6 to 9 inches and the center at the nose or mouth of an employee.

c. Quality Assurance.

(1) Medical Examinations. Before exposure to lead-contaminated dust, provide workers with a comprehensive medical examination as required by 29 CFR 1926.62 and 29 CFR 1910.1200. The examination will not be required if adequate records show that employees have been examined as required by 29 CFR 1926.62 within the last year.

71

(2) Medical Records. Maintain complete and accurate medical records of employees for a period of at least 40 years or for the duration of employment plus 20 years, whichever is longer.

(3) CIH Responsibilities:

   (a) Certify training.

   (b) Review and approve lead-containing paint removal plan for conformance to the applicable referenced standards.

   (c) Inspect lead-containing paint removal work for conformance with the approved plan.

   (d) Direct monitoring.

   (e) Ensure work is performed in strict accordance with specifications at all times.

   (f) Ensure hazardous exposure to personnel and to the environment are adequately controlled at all times.

(4) Training. Train each employee performing paint removal, disposal, and air sampling operations prior to the time of initial job assignment, in accordance with 29 CFR 1926.62.

(5) Training Certification. Submit certificates signed and dated by the CIH and by each employee stating that the employee has received training.

(6) Respiratory Protection Program.

   (a) Furnish each employee required to wear a negative pressure respirator or other appropriate type with a respirator fit test at the time of initial fitting and at least every 6 months thereafter as required by 29 CFR 1910.1025.

   (b) Establish and implement a respiratory protection program as required by ANSI Z88.2, 29 CFR 1910.134, 29 CFR 1926.55, and 29 CFR 1926.62.

(7) Hazard Communication Program. Establish and implement a Hazard Communication Program as required by 29 CFR 1910.1200.

(8) Hazardous Waste Management. The Hazardous Waste Management plan shall comply with applicable requirements of federal, state, and local hazardous waste regulations and address:

   (a) Identification of hazardous wastes associated with the work.

   (b) Estimated quantities of wastes to be generated and disposed of.

   (c) Names and qualifications of each contractor that will be transporting, storing, treating, and disposing of the wastes. Include the facility location and a 24-hour point of contact. Furnish two copies of EPA, state and local hazardous waste permit applications, permits and EPA Identification numbers.

   (d) Names and qualifications (experience and training) of personnel who will be working on-site with hazardous wastes.

CSS 000157

      (e) List of waste handling equipment to be used in performing the work, to include cleaning, volume reduction, and transport equipment.

      (f) Spill prevention, containment, and cleanup contingency measures to be implemented.

      (g) Work plan and schedule for waste containment, removal and disposal. Wastes shall be cleaned up and containerized daily.

      (h) Cost for hazardous waste disposal according to this plan.

  (9) Safety and Health Compliance. In addition to the detailed requirements of this specification, comply with laws, ordinances, rules, and regulations of federal, state, and local authorities regarding removing, handling, storing, transporting, and disposing of lead waste materials. Comply with the applicable requirements of the current issue of 29 CFR 1926.62. Submit matters regarding interpretation of standards to the CO for resolution before starting work. Where specification requirements and the referenced documents vary, the most stringent requirement shall apply.

  (10) Pre-Construction Conference. Along with the CIH, meet with the CO to discuss in detail the lead-containing paint removal work plan, including work procedures and precautions for the work plan.

  (11) Permits of Notifications. Secure necessary permits in conjunction with lead-containing paint removal, hauling, and disposition and provide timely notification of such actions as may be required by federal, state, regional, and local authorities. Notify the Environmental Protection Agency Region III and State of Delaware Department of Natural Resources and Environmental Control (DNREC) in accordance with 40 CFR 61 20 days prior to lead-containing paint removal work. Any fines connected with the contractor's failure to notify a regulator of lead-containing paint removal are the contractor's responsibility and are at no cost to the government.

d. Submittals.

Submit the following in accordance with Section 01300, "Submittals."

  (1) SD-02, Manufacturer's Catalog Data

    (a) Vacuum filters

    (b) Respirators

  (2) SD-06, Instructions. Paint removal materials: Include applicable material safety data sheets.

  (3) SD-08, Statements

    (a) Qualifications of CIH

    (b) Testing laboratory qualifications

    (c) Lead-containing paint removal plan

    (d) Rental equipment notification

(e) CIH approval of work plan (signature, date, and certification number)

(f) Respiratory protection program

(g) Hazard communication program

(h) EPA approved hazardous waste treatment or disposal facility for lead disposal

(i) Hazardous waste management plan

(4) Qualifications of CIH. Submit name, address, and telephone number of the CIH selected to perform responsibilities in paragraph entitled "CIH Responsibilities." Provide previous experience of the CIH. Submit proper documentation that the Industrial Hygienist is certified by the American Board of Industrial Hygiene in comprehensive practice, including certification number and date of certification/recertification.

(5) Testing Laboratory. Submit the name, address, and telephone number of the testing laboratory selected to perform the monitoring, testing, and reporting of airborne concentrations of lead. Provide proper documentation that persons performing the analysis have been judged proficient by successful participation within the last year in the National Institute for Occupational Safety and Health (NIOSH) Proficiency Analytical Testing (PAT) Program. The laboratory shall be accredited by the American Industrial Hygiene Association (AIHA). Provide AIHA documentation along with date of accreditation/reaccreditation.

(6) Lead-Containing Paint Removal Plan Submit a detailed job-specific plan of the work procedures to be used in the removal of lead-containing paint. The plan shall include a sketch showing the location, size, and details of lead control areas, location and details of decontamination rooms, change rooms, shower facilities, and mechanical ventilation system. Include in the plan, eating, drinking, smoking and restroom procedures, interface of trades, sequencing of lead related work, collected wastewater and paint debris disposal plan, air sampling plan, respirators, protective equipment, and a detailed description of the method of containment of the operation to ensure that airborne lead concentrations of 30 micrograms per cubic meter of air are not exceeded outside of the lead control area. Include air sampling, training and strategy, sampling methodology, frequency, duration of sampling, and qualifications of air monitoring personnel in the air sampling portion of the plan.

(7) Notification. Notify the CO 20 working days prior to the start of lead-containing paint removal work. Submit copies of all permits required by EPA and DNREC for lead-containing paint removal.

(8) Field Test Reports. Monitoring Results

(9) Air Monitoring. Submit monitoring results to the CO within 3 working days, signed by the testing laboratory employee performing the air monitoring, the employee that analyzed the sample, and the CIH.

(10) SD-13, Certificates. Vacuum filters

(11) SD-18, Records

    (a) Completed and signed hazardous waste manifest from treatment or disposal facility

    (b) Certification of medical examinations

    (c) Employee training certification

e. Removal.

  (1) Title to Materials. Materials resulting from demolition work, except as specified otherwise, shall become the property of the contractor and shall be disposed of in accordance with Section 01700, "Demolition and Removal," except as specified herein.

  (2) Equipment. Furnish the CO with two complete sets of personal protective equipment daily, as required herein, for entry into and inspection of the paint removal work within the lead controlled area. Personal protective equipment shall include fitted respirators and disposable whole body covering, including appropriate foot, head, and hand protection. PPE shall remain the property of the contractor.

    (a) Respirators. Furnish appropriate respirators approved by the NIOSH, Department of Health and Human Services, for use in atmospheres containing lead dust. Respirators shall comply with the requirements of 29 CFR 1926.62.

    (b) Special Protective Clothing. Furnish personnel who will be exposed to lead-contaminated dust with appropriate disposable protective whole body clothing, head covering, gloves, and foot coverings. Furnish appropriate disposable plastic or rubber gloves to protect hands. Reduce the level of protection only after obtaining approval from the CIH.

    (c) Rental Equipment Notification. If rental equipment is to be used during lead-containing paint handling and disposal, notify the rental agency in writing concerning the intended use of the equipment. Furnish a copy of the written notification to the CO.

    (d) Vacuum Filters. UL 586 labeled HEPA filters.

2. **Products.**

  a. Paint Removal Products.

  Submit applicable Material Safety Data Sheets for paint removal products used in paint removal work. Use the least toxic product suitable for the job and acceptable to the Industrial Hygienist.

  b. Abrasive Materials.

  Abrasive blasting materials shall meet the requirements of MIL-A-22262 for limits on chemical composition and hazardous material ingredients.

  c. Limits on the Composition of Abrasive Materials.

The soluble metal content and the total metal content shall not exceed values which would cause a material to be classified as a hazardous waste as specified in MIL-A-22262.

3. Execution.

   a. Protection.

      (1) Notification. Notify the CO 20 days prior to the start of any paint removal work.

      (2) Lead Control Area Requirements:

         (a) Establish a lead control area by completely enclosing with containment screens the area or structure where lead-containing paint removal operations will be performed.

         (b) Contain removal operations by the use of a negative pressure full containment system with at least one change room and with HEPA filtered exhaust.

      (3) Protection of Existing Work to Remain. Perform paint removal work without damage or contamination of adjacent areas. Where existing work is damaged or contaminated, restore work to its original condition or better.

      (4) Boundary Requirements. Provide physical boundaries around the lead control area by roping off the area or providing curtains, portable partitions or other enclosures to ensure that airborne concentrations of lead will not reach 30 micrograms per cubic meter of air outside of the lead control area.

      (5) Furnishings

**************************************************************************

NOTE: Verify with the activity furniture/equipment requirements.

**************************************************************************

[The government will remove furniture and equipment from the work area before lead-containing paint removal work begins.] or [Furniture and equipment will remain in the building. Protect and cover furnishings or remove furnishings from the work area and store in a location approved by the CO.]

      (6) Heating, Ventilating and Air Conditioning (HVAC) Systems. Shut down, lock out, and isolate HVAC systems that supply, exhaust, or pass through the lead control areas. Seal intake and exhaust vents in the lead control area with 6-mil plastic sheet and tape. Seal seams in HVAC components that pass through the lead control area. [Provide temporary HVAC system for areas in which HVAC has been shut down outside the lead control area.]

      (7) Change Room and Shower Facilities. Provide clean change rooms and shower facilities within the physical boundary around the designated lead control area in accordance with requirements of 29 CFR 1926.62.

      (8) Mechanical Ventilation System:

       (a) Use adequate ventilation to control personnel exposure to lead in accordance with 29 CFR 1926.57.

       (b) To the extent feasible, use fixed local exhaust ventilation connected to HEPA filters or other collection systems, approved by the industrial hygienist. Local exhaust ventilation systems shall be designed, constructed, installed, and maintained in accordance with ANSI Z9.2.

  (9) Personnel Protection. Personnel shall wear and use protective clothing and equipment as specified herein. Eating, smoking, or drinking is not permitted in the lead control area. No one will be permitted in the lead control area unless they have been given appropriate training and protective equipment.

  (10) Warning Signs. Provide warning signs at approaches to lead control areas. Locate signs at such a distance that personnel may read the sign and take the necessary precautions before entering the area. Signs shall comply with the requirements of 29 CFR 1926.62.

b. WORK PROCEDURES.

Perform removal of lead-containing paint in accordance with approved lead-containing paint removal plan. Use procedures and equipment required to limit occupational and environmental exposure to lead when lead-containing paint is removed in accordance with 29 CFR 1926.62, except as specified herein. Dispose of removed paint chips and associated waste in compliance with Environmental Protection Agency (EPA), federal, state, and local requirements.

  (1) Personnel Exiting Procedures. Whenever personnel exit the lead-controlled area, they shall perform the following procedures and shall not leave the work place wearing any clothing or equipment worn during the work day:

       (a) Vacuum themselves off.

       (b) Remove protective clothing in the decontamination room, and place them in an approved impermeable disposal bag.

       (c) Shower.

       (d) Change to clean clothes prior to leaving the physical boundary designated around the lead-contaminated job site.

  (2) Monitoring. Monitoring of airborne concentrations of lead shall be in accordance with 29 CFR 1926.62 and as specified herein. Air monitoring, testing, and reporting shall be performed by a CIH or an Industrial Hygiene (IH) Technician who is under the direction of the CIH.

       (a) The CIH or the IH Technician under the direction of the CIH shall be on the jobsite directing the monitoring, and inspecting the lead-containing paint removal work to ensure that the requirements of the Contract have been satisfied during the entire lead-containing paint removal operation.

       (b) Take personal air monitoring samples on employees who are anticipated to have the greatest risk of exposure as determined by the CIH. In addition, take air monitoring

CSS 000162

    samples on at least 25 percent of the work crew or a minimum of two employees, whichever is greater, during each work shift.

   (c) Submit results of air monitoring samples, signed by the CIH, within 16 hours after the air samples are taken. Notify the CO immediately of exposure to lead at or in excess of the action level of 30 micrograms per cubic meter of air outside of the lead control area.

 (3) Monitoring During Paint Removal Work. Perform personal and area monitoring during the entire paint removal operation. Sufficient area monitoring shall be conducted at the physical boundary to ensure unprotected personnel are not exposed above 30 micrograms per cubic meter of air at all times. If the outside boundary lead levels are at or exceed 30 micrograms per cubic meter of air, work shall be stopped and the CIH shall immediately correct the condition(s) causing the increased levels and notify the CO immediately. The CIH shall review the sampling data collected on that day to determine if condition(s) requires any further change in work methods. Removal work shall resume when approval is given by the CIH. The contractor shall control the lead level outside of the work boundary to less than 30 micrograms per cubic meter of air at all times. As a minimum, conduct area monitoring daily on each shift in which lead paint removal operations are performed in areas immediately adjacent to the lead control area. For outdoor operations, at least one sample on each shift shall be taken on the downwind side of the lead control area. If adjacent areas are contaminated, clean and visually inspect contaminated areas. The CIH shall certify that the area has been cleaned of lead contamination.

c. Lead-Containing Paint Removal

Remove paint within the areas designated on the drawings in order to completely expose the substrate. Take whatever precautions are necessary to minimize damage to the underlying substrate.

 (1) Indoor Lead Paint Removal.

  (a) Selection. Select paint removal processes to minimize contamination of work areas with lead-contaminated dust or other lead-contaminated debris/waste. This paint removal process should be described in the lead-containing paint removal plan.

  (b) Mechanical Paint Removal and Blast Cleaning. Perform mechanical paint removal and blast cleaning in lead control areas using negative pressure full containments with HEPA filtered exhaust. Collect paint residue and spent grit (used abrasive) from blasting operations for disposal in accordance with EPA, state and local requirements.

 (2) Outdoor Lead Paint Removal.

    (a) Selection. Select paint removal processes to minimize contamination of work areas with lead-contaminated dust or other lead-contaminated debris/waste. This paint removal process should be described in the lead-containing paint removal plan.

d. Surface Preparations.

Avoid flash rusting or other deterioration of the substrate. Provide surface preparations for painting in accordance with Section 09900, "Painting."

e. Cleanup And Disposal.

  (1) Cleanup. Maintain surfaces of the lead control area free of accumulations of paint chips and dust. Restrict the spread of dust and debris; keep waste from being distributed over the work area. Do not dry sweep or use compressed air to clean up the area. At the end of each shift and when the paint removal operation has been completed, clean the area of visible lead paint contamination by vacuuming with a HEPA filtered vacuum cleaner and wet mopping the area.

  (2) Certification. The CIH shall certify in writing that the inside and outside the lead control area air monitoring samples are less than 30 micrograms per cubic meter of air, the respiratory protection for the employees was adequate, the work procedures were performed in accordance with 29 CFR 1926.62, and that there were no visible accumulations of lead-contaminated paint and dust on the work site. Do not remove the lead control area or roped-off boundary and warning signs prior to the CO's receipt of the CIH's certification. Re-clean areas showing dust or residual paint chips.

  (3) Testing of Lead-Containing Paint Residue and/or Used Abrasive. Test lead containing paint residue and/or used abrasive in accordance with 40 CFR 261 for hazardous waste.

  (4) Disposal:

    (a) Collect lead-contaminated waste, scrap, debris, bags, containers, equipment, and lead-contaminated clothing which may produce airborne concentrations of lead particles. Label the containers in accordance with 29 CFR 1926.62. Dispose of lead-contaminated waste material at a EPA or state approved hazardous waste treatment, storage, or disposal facility off government property.

    (b) Store waste materials in U.S. Department of Transportation (49 CFR 178) approved 55-gallon drums. Properly label each drum to identify the type of waste (49 CFR 172) and the date the drum was filled. The CO or an authorized representative will assign an area for interim storage of waste-containing drums. Do not store hazardous waste drums in interim storage longer than 90 calendar days from the date affixed to each drum.

    (c) Handle, store, transport, and dispose lead or lead-contaminated waste in accordance with 40 CFR 260, 40 CFR 261, 40 CFR 262, 40 CFR 263, 40 CFR 264, and 40 CFR 265. Comply with land disposal restriction notification requirements as required by 40 CFR 268.

CSS 000164

(5) Disposal Documentation. Submit written evidence that the hazardous waste treatment, storage, or disposal facility (TSD) is approved for lead disposal by the EPA and state or local regulatory agencies. Submit one copy of the completed manifest, signed and dated by the initial transporter in accordance with 40 CFR 262.

(6) Payment for Hazardous Waste. Payment for disposal of hazardous waste will not be made until a signed copy of the manifest from the treatment or disposal facility certifying the amount of lead-containing materials delivered is returned and a copy is furnished to the government.

*************************************************************************

### CRITERIA NOTES

NOTE A: Use bracketed prohibition on manual and power sand when appropriate. Large scale manual or power sanding of painted surfaces should never be allowed in family housing, administrative buildings, galleys, barracks, etc., due to problems associated with the resulting dust fallout/contamination of crevices and cracks which may retain unseen quantities of lead-contaminated dust. Use of this type of removal technique for exteriors of the aforementioned facility types should be extremely limited, because the resulting airborne dust could result in significant contamination of the ground in the immediate vicinity of the facility. Manual or power sanding of interior and exterior surfaces may be an acceptable work method only if appropriate controls for personnel/environmental protection are in place.

NOTE B: Listed below are various types of paint removal techniques. Designer may be required to specify a particular technique in order to limit potential conflicts or problems.

(1) Wood, Drywall, Interior Partitions

   (a) Scraping

   (b) Heat Stripping

   (c) Chemical Stripping

   (d) Power Tool Cleaning

   (e) Wet Abrasive Blasting

(2) Steel and Metal Surfaces (Industrial)

   (a) Power/Hand Tool Cleaning

   (b) Dry Abrasive Blast with Water Ring (Wet "Halo")

   (c) Wet Abrasive Blast

   (d) Low Volume High Pressure Water Blast

*************************************************************************

CSS 000165

## SECTION 03000

## CONCRETE

1. General.

All standard specifications, pertaining to concrete and applicable to the scope of effort identified in each delivery order in the most recent version (as of the award date of this contract) of the U.S. Army Corps of Engineer Guide Specifications and the NAVFAC Basic Guide Specifications are incorporated into this specification by reference. If there is a conflict between these specifications, the most stringent requirement shall apply.

CSS 000166