## SECTION 04000

## MASONRY

### 1. General.

All standard specifications, pertaining to masonry and applicable to the scope of effort identified in each delivery order in the most recent version (as of the award date of this contract) of the U.S. Army Corps of Engineer Guide Specifications and the NAVFAC Basic Guide Specifications are incorporated into this specification by reference. If there is a conflict between these specifications, the most stringent requirement shall apply.

CSS 000167

## SECTION 05000

## METALS

1. **General.**

   All standard specifications, pertaining to metals and applicable to the scope of effort identified in each delivery order in the most recent version (as of the award date of this contract) of the U.S. Army Corps of Engineer Guide Specifications and the NAVFAC Basic Guide Specifications are incorporated into this specification by reference. If there is a conflict between these specifications, the most stringent requirement shall apply.

CSS 000168

## SECTION 06000

### WOOD AND PLASTICS

1. **General.**

All standard specifications, pertaining to wood and plastics and applicable to the scope of effort identified in each delivery order in the most recent version (as of the award date of this contract) of the U.S. Army Corps of Engineer Guide Specifications and the NAVFAC Basic Guide Specifications are incorporated into this specification by reference. If there is a conflict between these specifications, the most stringent requirement shall apply.

CSS 000169

## SECTION 07000

## THERMAL AND MOISTURE PROTECTION

1. **General.**

All standard specifications, pertaining to thermal and moisture protection and applicable to the scope of effort identified in each delivery order in the most recent version (as of the award date of this contract) of the U.S. Army Corps of Engineer Guide Specifications and the NAVFAC Basic Guide Specifications are incorporated into this specification by reference. If there is a conflict between these specifications, the most stringent requirement shall apply.

CSS 000170

## SECTION 08000

## DOORS AND WINDOWS

### 1. General.

All standard specifications, pertaining to doors and windows and applicable to the scope of effort identified in each delivery order in the most recent version (as of the award date of this contract) of the U.S. Army Corps of Engineer Guide Specifications and the NAVFAC Basic Guide Specifications are incorporated into this specification by reference. If there is a conflict between these specifications, the most stringent requirement shall apply.

CSS 000171

## SECTION 09000

## FINISHES

1. **General.**

   All standard specifications, pertaining to finishes and applicable to the scope of effort identified in each delivery order in the most recent version (as of the award date of this contract) of the U.S. Army Corps of Engineer Guide Specifications and the NAVFAC Basic Guide Specifications are incorporated into this specification by reference. If there is a conflict between these specifications, the most stringent requirement shall apply.

CSS 000172

## SECTION 10000

## SPECIALTIES

1. **General.**

   All standard specifications, pertaining to specialties and applicable to the scope of effort identified in each delivery order in the most recent version (as of the award date of this contract) of the U.S. Army Corps of Engineer Guide Specifications and the NAVFAC Basic Guide Specifications are incorporated into this specification by reference. If there is a conflict between these specifications, the most stringent requirement shall apply.

CSS 000173

## SECTION 11000

## EQUIPMENT

1. **General.**

   All standard specifications, pertaining to equipment and applicable to the scope of effort identified in each delivery order in the most recent version (as of the award date of this contract) of the U.S. Army Corps of Engineer Guide Specifications and the NAVFAC Basic Guide Specifications are incorporated into this specification by reference. If there is a conflict between these specifications, the most stringent requirement shall apply.

CSS 000174

## SECTION 12000

### FURNISHINGS

1. General.

   All standard specifications, pertaining to furnishings and applicable to the scope of effort identified in each delivery order in the most recent version (as of the award date of this contract) of the U.S. Army Corps of Engineer Guide Specifications and the NAVFAC Basic Guide Specifications are incorporated into this specification by reference. If there is a conflict between these specifications, the most stringent requirement shall apply.

CSS 000175

## SECTION 13000

## SPECIAL CONSTRUCTION

### 1. General.

All standard specifications, pertaining to special construction and applicable to the scope of effort identified in each delivery order in the most recent version (as of the award date of this contract) of the U.S. Army Corps of Engineer Guide Specifications and the NAVFAC Basic Guide Specifications are incorporated into this specification by reference. If there is a conflict between these specifications, the most stringent requirement shall apply. Intrusion detection equipment shall be a product of ADT.

CSS 000176

## SECTION 14000

## CONVEYING SYSTEMS

1. **General.**

All standard specifications, pertaining to conveying systems and applicable to the scope of effort identified in each delivery order in the most recent version (as of the award date of this contract) of the U.S. Army Corps of Engineer Guide Specifications and the NAVFAC Basic Guide Specifications are incorporated into this specification by reference. If there is a conflict between these specifications, the most stringent requirement shall apply.

CSS 000177

## SECTION 15000

## MECHANICAL

### 1. General.

All standard specifications, pertaining to mechanical work/systems and applicable to the scope of effort identified in each delivery order in the most recent version (as of the award date of this contract) of the U.S. Army Corps of Engineer Guide Specifications and the NAVFAC Basic Guide Specifications are incorporated into this specification by reference. If there is a conflict between these specifications, the most stringent requirement shall apply. Mechanical equipment shall be a product of The Trane Company when specified.

CSS 000178

## SECTION 16000

## ELECTRICAL

### 1. General.

All standard specifications, pertaining to electrical work/systems and applicable to the scope of effort identified in each delivery order in the most recent version (as of the award date of this contract) of the U.S. Army Corps of Engineer Guide Specifications and the NAVFAC Basic Guide Specifications are incorporated into this specification by reference. If there is a conflict between these specifications, the most stringent requirement shall apply.

CSS 000179

**SECTION 16721**

**FIRE DETECTION AND ALARM SYSTEM**

## 1. General.

a.  Summary.

The primary purpose of this fire detection and alarm system is to monitor supervisory and alarm signals from manual pull stations, duct detectors, and the sprinkler system. The system shall be complete with horn strobes, visual indicators, exterior bells, and control panel. Also, the system will provide off-site annunciation by means of a Monaco Enterprises, INC. transceiver.

b.  References.

The publications listed below form a part of this specification to the extent referenced. The publications are referred to in the text by basic designation only.

AMERICAN NATIONAL STANDARDS INSTITUTE (ANSI)

ANSI C135.30(1988) Zinc-Coated Ferrous Ground Rods for Overhead or Underground    Line Construction

FACTORY MUTUAL ENGINEERING AND RESEARCH (FM)

FM P7825(1992; Supple I; Supple II) Approval Guide

FEDERAL STANDARDS (FED-STD)

FED-STD 595(Rev B) Color Used in government procurement

INSTITUTE OF ELECTRICAL AND ELECTRONICS ENGINEERS (IEEE)

IEEE C62.41 (1991) Surge Voltages in Low-Voltage AC Power Circuits

NATIONAL FIRE PROTECTION ASSOCIATION (NFPA)

NFPA 70 (1993) National Electrical Code

NFPA 72 (1993) National Fire Alarm Code

NFPA 90A (1989) Installation of Air Conditioning and Ventilating Systems

CSS 000180

### UNDERWRITERS LABORATORIES (UL)

UL-04 (1992)  Fire Protection Equipment Directory

UL 6(1981; Rev thru Jul 1991) Rigid Metal Conduit

UL 38(1987; Rev Jun 1987) Manually Actuated Signaling Boxes for Use with Fire-Protective Signaling Systems

UL 228(1979; Rev thru Feb 1986) Door Closers-Holders, with or without Integral Smoke Detectors

UL 268 (1989; Rev May 1989) Smoke Detectors for Fire Protective Signaling Systems

UL 464 (1990) Audible Signal Appliances

UL 467 (1984; Rev thru Nov 1986) Grounding and Bonding Equipment

UL 521 (1988) Heat Detectors for Fire Protective Signaling Systems

UL 797 (1983; Rev thru Jul 1991) Electrical Metallic Tubing

UL 864 (1991) Control Units for Fire-Protective Signaling Systems

UL 1242 (1983; Rev thru Jun 1991) Intermediate Metal Conduit

c. General Requirements.

(1) Rules. The installation shall conform to the requirements of the most recent edition of the National Electric Code, except where requirements in excess thereof are specified herein. All work shall be performed by a licensed journeyman electrician or apprentices under the direct supervision of a licensed journeyman.

(2) Coordination. The Contractor shall become familiar with all details of the work and verify all dimensions in the field so that the outlets and equipment will be properly located and readily accessible. Outlets and other equipment and materials shall be located to avoid interference with mechanical or structural features. If any conflicts occur necessitating departures from the drawings, details of departures and reasons therefore shall be submitted as soon as practicable for written approval of the contracting officer.

(3) Standard Products.    Material and equipment shall be the standard products of a manufacturer regularly engaged in the manufacture of the products and shall be items that have been in satisfactory use for at least two years prior to bid opening. Equipment shall be supported by a service organization that can provide service within 24 hours.

(4) Nameplates.    Major components of equipment shall have the manufacturer's name, address, type or style, voltage and current rating, and catalog number on a non-corrosive and non-heat-sensitive plate which is securely attached to the equipment.

(5) Keys and Locks.  Locks shall be keyed alike.

(6) Tags. Tags with stamped identification number shall be furnished for keys and locks.

CSS 000181

(7) Verification of Dimensions  The Contractor shall become familiar with all details of the work, verify all dimensions in the field, and shall advise the Contracting Officer of any discrepancy before performing the work.

(8) Compliance.  The fire detection and internal alarm system and the central reporting system shall be configured in accordance with NFPA 72. The equipment furnished shall be compatible and be UL listed or FM approved or approved or listed by a nationally recognized testing laboratory in accordance with the applicable NFPA standards.

d. System Design.

The fire alarm control panel and transceiver are existing.

(1) Operation.  The fire alarm and detection system shall be a complete, supervised non-coded, zoned fire alarm system.  The system shall be activated into the alarm mode by actuation of any alarm initiating device.  The system shall remain in the alarm mode until initiating device is reset and the fire alarm control panel is manually reset and restored to normal. Electrical supervisory circuits conforming to NFPA 72 shall be four wire, and all circuits conforming to NFPA 72 shall be four wire capable of operating under a signal ground or open condition. All textual, audible, and visual appliances and systems shall comply with NFPA 72. All devices shall be painted red similar to FED-STD 595 color number 11105.

(2) Operational Features.  The system shall have the following operating features:

   (a) Electrical supervision of alarm initiating circuits and alarm indicating circuits.

   (b) Electrical supervision of the primary power (ac) supply, battery voltage, placement of alarm zone module within the control panel, and transmitter tripping circuit integrity.

   (c) Trouble buzzer and trouble lamp (light emitting diode or neon light) to activate upon a single break, open, or ground fault condition which prevents the required normal operation of the system.  The trouble signal shall also operate upon loss of primary power (ac) supply, low battery voltage, removal of alarm zone module, and disconnection of the circuit used for transmitting alarm signals off-premises. A trouble alarm silence switch shall be provided which will silence the trouble buzzer, but will not extinguish the trouble indicator lamp.  After the system returns to normal operating conditions, the trouble buzzer shall again sound until the silencing switch returns to normal position.

   (d) Transmitter disconnect switch to allow testing and maintenance of the system without activating the transmitter but shall provide a trouble signal when disconnected and a restoration signal when reconnected.

   (e) Evacuation alarm silencing switch or switches which, when activated, will silence alarm devices, but will not affect the zone indicating lamp nor the operation of the transmitter. This switch shall be over-ridden upon activation of a subsequent alarm from an unalarmed zone and the alarm devices will be activated.

97

(f) Electrical supervision of circuits used for supervisory signal services. Supervision shall detect any open, short, or ground.

(g) System shall operate 24 Volt DC circuits and dry contacts (for fan shut down and contacts for remote signaling). Supply voltage shall be 120 Volt.

(h) Zones for alarm initiating circuits shall be arranged as indicated on the contract drawings.

(i) The system shall have a walk-test capability, allowing one person to test the system.

(3) Alarm Functions. An alarm condition on a circuit shall automatically initiate the following functions:

(a) Transmission of signals over the station radio fire reporting system indicating the appropriate zone(s).

(b) Visual indications of the alarmed zones on the fire alarm control panel annunciator.

(c) Continuous sounding of alarm notification appliances throughout the building.

(d) Deactivation of air handling units as shown.

(4) Trouble Functions:

(a) Transmission of signals over the station radio fire reporting system indicating the appropriate zone(s).

(b) Visual indication of the zone operated on the fire alarm control panel annunciator.

(c) Continuous sounding of a buzzer at panel until manually disabled, light shall remain illuminated until trouble condition is cleared.

(5) Primary Power. Operating power shall be single phase taken from the building electric service as specified. Transfer from normal to emergency power or restoration from emergency to normal power shall be fully automatic and not cause transmission of a false alarm. Loss of ac power shall not prevent transmission of a signal via the fire reporting system upon operation of any initiating circuit.

(6) Emergency Power. Emergency power shall be through use of rechargeable, sealed-type storage batteries and battery charger.

e. Submittals.

The following shall be submitted for government approval:

(1) Data:

(a) Voltage Drop. Voltage drop calculations for signaling appliance circuits to indicate that sufficient voltage is available for proper appliance operation.

(b) Spare Parts. Spare parts data for each different item of material and equipment specified, not later than two (2) months prior to the date of beneficial occupancy. Data shall include a complete list of parts and supplies with the current unit prices and source

CSS 000183

of supply and a list of the parts recommended by the manufacturer to be replaced after one (1) and (3) years of service.

(2) Qualifications. Qualifications, with verification of experience and license number (State of Delaware Fire Detection System installer's license required) of the Registered Fire Protection Engineer who has at least 4 years of current experience in the design of the fire protection and detection systems. This engineer must perform the various specification items required by this section to be performed by a registered Professional Engineer.

(3) Drawings. Fire Detection and Alarm system. Detail drawings, signed by the Registered Professional Engineer, consisting of a complete list of equipment and material, including manufacturer's descriptive and technical literature, performance charts and curves, catalog cuts, and installation instructions shall be submitted by the contractor. The detail drawings shall contain complete wiring and schematic diagrams for the equipment furnished, equipment layout, and any other details required to demonstrate that the system has been coordinated and will properly function as a unit. Drawings shall show proposed layout and anchorage of equipment and appurtenances, and equipment relationship to other parts of the work including clearances for maintenance and operation. A detailed point-to-point wiring diagram, signed by the Registered Professional Engineer, showing all points of connection shall be provided by the contractor. Diagram shall include connections between system devices, appliances, control panels, supervised devices, and all equipment that is activated or controlled by the panel.

(4) Test Procedures. Detailed test procedures, IAW NFPA 72, signed by the Registered Fire Protection Engineer, for the fire detection and alarm system 60 days prior to performing system tests.

(5) Testing. Test reports in booklet form showing all field tests performed to prove compliance with the specified performance criteria, upon completion and testing of the installed system. Each test report shall document all readings, test results and indicate the final position of controls. Tests shall be repeated until all problems have been corrected.

(6) Certificate of Compliance will be provided, certificate as illustrated in NFPA 72 Chapter 2.

(7) Installer Certificate. The installer of the system shall be licensed by the state of Delaware.

(8) Laminated Drawings. Provide laminated set of fire protection drawings in a format which meets government approval (approximately 11" by 17"). Show riser diagram, floor plan with equipment, and wiring diagrams (show zones, exact sequence by number for devices). Drawings shall show both existing and new equipment. Obtain government approval of drawings prior to lamination.

f. Delivery And Storage.

CSS 000184

All equipment delivered and placed in storage shall be stored with protection from the weather, humidity and temperature variation, dirt and dust, and any other contaminants.

## 2. Products.

a. Control Panel.

(1) Fire Alarm Control Panel shall be a product of Monaco Enterprises, Inc.

(2) Control Panel shall comply with all the applicable requirements of UL 864. Panel shall be modular, installed in a surface mounted steel cabinet with hinged door and cylinder lock. Control panel shall be a clean, uncluttered, and orderly assembled panel containing all components and equipment required to provide the specified operating and supervisory functions of the system. The panel shall have prominent rigid plastic, phenolic or metal identification plates for all lamps, zones, controls, meters, fuses, and switches. Nameplates for fuses shall also include ampere rating. Separate alarm and trouble lamp shall be provided for each zone alarm located on exterior of cabinet door or be visible through the cabinet door. Control panel switches shall be within the locked cabinet. A suitable means shall be provided for testing the control panel visual indicating devices (meters or lamps). Meters and lamps shall be plainly visible when the cabinet door is closed. Signals shall be provided to indicate by zone any alarm, supervisory or trouble condition on the system. Each initiating circuit shall be powered and supervised so that a signal on one zone does not prevent the receipt of signals from other zones. Loss of power, including any or all batteries, shall not require the reloading of a program. Upon restoration of power, startup shall be automatic, and shall not require any manual operation. The loss of primary power or the sequence of applying primary or emergency power shall not affect the transmission of alarm, supervisory or trouble signals.

(3) Visual annunciators of alarm and trouble shall be provided for each active zone and spare zone. Spare zones shall be provided as shown on the drawing. Each lamp shall provide specific identification of the zone by means of a permanently attached rigid plastic, phenolic or metal sign with either raised or engraved letters. Zone identification shall consist of word description of the zone.

(4) Cabinets shall be provided with ample gutter space to allow proper clearance between the cabinet and live parts of the panel equipment. If more than one modular unit is required to form a control panel, the units shall be installed in a single cabinet large enough to accommodate all units.

(5) Circuit Connections: Circuit conductors entering or leaving the panel shall be connected to screw-type terminals with each terminal marked for identification.

b. Storage Batteries.

Storage Batteries shall be provided and shall be the sealed, nickel-cadmium with pocket plates type requiring no additional water. The batteries shall have ample capacity, with primary power disconnected, to operate the fire alarm system for a period of 48 hours. Following this period of operation via batteries, the batteries shall have ample capacity to operate all components of

100

CSS 000185

the system, including all alarm signaling devices in the total alarm mode for a minimum period of five (5) minutes. Batteries shall be sized to deliver 50 percent more ampere/hours based on a 48 hour discharged rate than required for the calculated capacities. Battery cabinet shall be a separate compartment within the control panel cabinet.

c. Battery Charger.

Battery charger shall be completely automatic, with high/low charging rate, capable of restoring the batteries fom full discharge to full charge within 12 hours. A separate ammeter shall be provided for indicating rate of charge. A separate voltmeter shall be provided to indicate the state of the battery charge. A pilot light indicating when batteries are manually placed on a high rate of charge shall be provided as part of the unit assembly if a high rate switch is provided. Charger shall be located in control panel or battery cabinet.

d. Manual Fire Alarm Stations.

(1) Manual fire alarm stations shall conform to the applicable requirements of UL 38. Manual stations shall be connected into alarm-initiating circuits. Stations shall be installed on semi-flush mounted outlet boxes.

(2) Stations shall be double action type. Stations shall be finished in red, with raised letter operating instructions of contrasting color. Stations requiring the breaking of glass or plastic panels for operation are not acceptable. Stations employing glass rods are not acceptable. The use of a key or wrench shall be required to reset the station. Gravity or mercury switches are not acceptable. Switches and contacts shall be rated for the voltage and current upon which they operate. Stations shall have a separate screw terminal for each conductor.

e. Fire Detecting Devices.

(1) Fire detecting devices shall comply with the applicable requirements of NFPA 72, NFPA 90A, UL 268, and UL 521. The detectors shall be provided as indicated. Detector base shall have screw terminals for making connections. No solder connections will be allowed. Detectors shall be connected into alarm initiating circuits. Detectors located in concealed locations (above ceiling, etc.) shall have a remote visible indicator lamp. Installed devices shall conform to the classification of the area.

(2) Heat Detectors shall be designed for detection of fire by either fixed temperature or combination fixed temperature and rate-of-rise principle. Heat detectors shall be rated for a minimum of 50 foot spacing (smooth ceiling rated) in accordance with UL 521. Detectors located in areas subject to moisture, exterior atmospheric conditions or hazardous locations as defined by NFPA 70, shall be types approved for such locations.

f. Notification Appliances.

CSS 000186

Audible appliances shall be heavy duty and conform to the applicable requirements of UL 464. Devices shall be connected into alarm indicating circuits. All devices shall have a separate screw terminal for each conductor. All shall be painted red similar to FED-STD 595 color, number 11105.

(1) Alarm Horns. Horns shall be surface mounted, with the matching mounting back box recessed, grill and vibrating type suitable for use in an electrically supervised circuit. Horns shall produce a minimum sound rating of at least 90 dBA at 10 feet, but no more than 120 dBA at the minimum hearing distance. Horns used in exterior locations shall be specifically listed or approved for outdoor use and be provided with metal housing and protective grills.

(2) Visual Notification Appliances. Visual notification appliances shall have high intensity optic lens and flash tubes. Strobes shall flash at approximately 1 flash per second and a minimum of 1 candela (8,000 peak candle power). Strobes shall be listed or approved for a minimum of 100 Candela - Seconds. Strobe shall be semi-flush mounted. Provide the word "FIRE" engraved in minimum 1-inch-high letters displayed on the unit.

(3) Combination Audible/Visual Notification Appliances. Combination audible/visual notification appliances shall provide the same requirements as individual units except they shall mount as a unit in standard backboxes. All units shall be factory assembled.

g. Fire Detection And Alarm System Peripheral Equipment.

(a) Conduit. Conduit and fittings shall comply with UL 6, UL 1242 and UL 797. Conduit shall be as specified in section 16415 ELECTRICAL WORK, INTERIOR.

(b) Wiring. Wiring for 120V AC power shall be No. 12 AWG minimum. Wiring for low voltage dc circuits shall be No. 14 AWG minimum. Power wiring (over 28 volts) and control wiring shall be isolated. All wiring shall conform to NFPA 70. System field wiring shall be solid copper and installed in metallic conduit or electrical metallic tubing, except rigid plastic conduit may be used under slab-on-grade. All conductors shall be color coded. Conductors used for the same functions shall be similarly color-coded. Two different color codes shall be used for each alarm circuit, one for each loop. Wiring code color shall remain uniform throughout the circuit. Pigtail or T-tap connections to alarm initiating, supervisory circuits, and alarm indicating circuits are prohibited.

(c) Special Tools and Spare Parts. Special tools necessary for the maintenance of the equipment shall be furnished. Two spare fuses of each type and size required and five spare lamps and LED's of each type shall be furnished. Two percent of the total number of each different type of detector, but no less than two each, shall be furnished. Fuses and lamps shall be mounted in the fire alarm panel.

(d) The Fire Alarm Transceiver shall be a Monaco Enterprises BT2-4 building transceiver.

(e) The Fire Alarm Antenna shall be a Monaco Enterprises BSA-1 omni-directional antenna. The frequency shall be 139.675 MHz.

CSS 000187

(f) The Lightning Arrestor shall be a Monaco Enterprises Model R-T lightning arrestor.

(g) Zone expansion modules for the Fire Alarm Control Panel shall be Monaco Enterprises Vulcan I Zone Expansion Modules.

## 3. Execution.

### a. INSTALLATION

All work shall be installed as shown and in accordance with the manufacturer's diagrams and recommendations, unless otherwise specified.

(1) Power Supply for the System. A single dedicated branch-circuit connection for supplying power to each building fire alarm system shall be provided. The primary power shall be single phase supplied from a new dedicated panel connected ahead of the main building service panel. Panel shall be equipped with key lock. Panel shall be marked "FIRE ALARM CIRCUIT CONTROL" with a rigid plastic nameplate.

(2) Wiring. Wiring for systems shall be installed in 3/4-inch minimum diameter conduit. Wiring for the fire alarm system shall not be installed in conduits, junction boxes, or outlet boxes with conductors of lighting and power systems. No more than one conductor shall be installed under any screw terminal. All circuit conductors entering or leaving any mounting box, outlet box enclosure or cabinet shall be connected to screw terminals with each terminal marked in accordance with the wiring diagram. Connections and splices shall be made using screw terminal blocks. The use of wire nut type connectors are prohibited in the system. Wiring within any control equipment shall be readily accessible without removing any component parts. The fire alarm equipment manufacturer's representative shall be present for the connection of wiring to the control panel.

(3) Control Panel. The control panel and its assorted components shall be mounted so that no part of the enclosing cabinet is less than 12 inches nor more than 78 inches above the finished floor. All manually operable controls shall be between 36 inches to 60 inches above the finished floor. Panel shall be installed to comply with the requirements of UL 864.

(4) Detectors. Detectors shall be installed in accordance with NFPA 72. Detectors shall be at least 12 inches from any part of any lighting fixture. Detectors shall be located at least 3 feet from diffusers of air handling systems. Each detector shall be provided with appropriate mounting hardware as required by its mounting location. Detectors which mount in free space shall be mounted directly to the end of the stubbed down rigid conduit drop. Conduit drops shall be firmly secured to minimize detector sway. Where length of conduit drop from ceiling or wall surface exceeds 3 feet, sway bracing shall be provided.

(5) Notification Appliances. Notification appliances shall be mounted a minimum of 8 feet above the finished floor unless limited by ceiling height or otherwise indicated.

### b. Overvoltage And Surge Protection.

All equipment connected to alternating current circuits shall be protected from surges per IEEE C62.41 and NFPA 70. All cables and conductors which serve as communications links,

CSS 000188

except fiber optics, shall have surge protection circuits installed at each end. Fuses shall not be used for surge protection.

c.  Grounding.

Grounding shall be provided to building ground or ground rods shall be driven. Maximum impedance to ground shall be 25 ohms. Ground rods shall not protrude more than 6 inches above grade.

d.  Testing.

The Contractor shall notify the Contracting Officer in writing 30 days before the preliminary and acceptance tests are to be conducted. The tests shall be performed in accordance with the approved test procedures in the presence of the Contracting Officer. The Contractor shall furnish all instruments and personnel required for the tests.

(1) Preliminary Tests. Upon completion of the installation, the system shall be subjected to functional and operational performance tests including tests of each installed initiating and notification appliance. Tests shall include the meggering of all system conductors to determine that the system is free from grounded, shorted, or open circuits. The megger test shall be conducted prior to the installation of fire alarm equipment. If deficiencies are found, corrections shall be made and the system shall be retested to assure that it is functional.

(2) Acceptance Test. Testing shall be in accordance with NFPA 72. The recommended tests in NFPA 72 shall be considered mandatory and shall verify that all previous deficiencies have been corrected. The test shall include the following:

(a) Test of each function of the control panel.

(b) Test of each circuit in both trouble and normal modes.

(c) Tests of alarm initiating devices in both normal and trouble conditions.

(d) Tests of each control circuit and device.

(e) Tests of each alarm notification appliance.

(f) Tests of the battery charger and batteries.

(g) Complete operational tests under emergency power supply.

(h) Visual inspection of all wiring connections.

(i) Opening the circuit at each alarm initiating device and notification appliance to test the wiring supervisory feature.

(j) Ground fault

(k) Short circuit faults

(l) Stray voltage

(m) Loop resistance

CSS 000189

e.  Training.

Training course shall be provided for the operations and maintenance staff. The course shall be conducted in the building where the system is installed or as designated by the Contracting Officer. The training period shall consist of one (1) training days (8 hours per day) and shall start after the system is functionally completed but prior to final acceptance tests. The instructions shall cover all of the items contained in the operating and maintenance instructions.

CSS 000190