## SECTION 16740

## COMMUNICATIONS SYSTEM

### 1. General.

a. Scope.

This section specifies the requirements applicable to facility communications systems including telephone and data connections and equipment. All work under this contract involved with the installation or alteration of these systems, including any extensions, additions, or connections thereto, shall be in conformance with the requirements specified herein and with related requirements covered by other sections of these specifications.

b. References.

The publications listed below form a part of this specification to the extent referenced. The publications are referred to in the text by basic designation only.

CODE OF FEDERAL REGULATIONS (CFR)

CFR 47 Part 68 Connection of Terminal Equipment to the Telephone Network

INSULATED CABLE ENGINEERS ASSOCIATION (ICEA)

ICEA S-80-576 (1988) Communications Wire and Cable for Wiring of Premises

NATIONAL FIRE PROTECTION ASSOCIATION (NFPA)

NFPA 70 (1996) National Electrical Code

AMERICAN NATIONAL STANDARDS INSTITUTE, Inc (ANSI)

C2-1987 National Electrical Safety Code

EIA/TIA 568-A (1995) Commercial Building Telecommunications Cabling Standard

UNDERWRITERS LABORATORIES, INC (UL)

UL 50-80 Cabinets and Boxes (1985)

UL 1585-86 Class 2 and Class 3 Transformers (1986) Errata 87

c. General Requirements.

(1) Rules. The installation shall conform to the requirements of the most recent version of the National Electrical Code, except where requirements in excess thereof are specified herein. All work shall be performed by a licensed journeyman electrician, or apprentices under the direct supervision of a licensed journeyman electrician.

(2) Coordination.    The drawings indicate the extent and the general location and arrangement of equipment, conduit, and wiring. The Contractor shall become familiar

CSS 000191

with all details of the work and verify all dimensions in the field so that the outlets and equipment will be properly located and readily accessible.    Outlets and other equipment and materials shall be located to avoid interference with mechanical or structural features.  If any conflicts occur necessitating departures from the drawings, details of departures, and reasons therefore shall be submitted as soon as practicable for written approval of the Contracting Officer.

d.  Submittals.

The following shall be submitted for government approval:

(1)  Communication System Drawings.  Detail drawings shall include a complete list of equipment and material, including manufacturer's descriptive and technical literature, catalog cuts, and installation instructions.  Detail drawings shall contain complete wiring and schematic diagrams and any other details required to demonstrate that the system has been coordinated and will properly function as a unit.  Drawings shall show proposed layout and anchorage of equipment and appurtenances, and equipment relationship to other parts of the work including clearance for maintenance and operations.  System drawings showing final configuration, including location, type, gauge, and number assignment of inside wiring, and floor plan layout for the equipment after installation.

(2)  Instructions, Manufacturers' Recommendations.  Where installation procedures, or any part thereof, are required to be in accordance with the recommendations of the manufacturer of the material being installed, printed copies of these recommendations shall be forwarded prior to installation.  Installation of the item will not be allowed to proceed until the recommendations are received and approved.

(3)  Test Plan.  Test plan shall define all tests required to ensure that the system meets technical, operational, and performance specifications.  The test plan shall identify the capabilities and functions to be tested.

(4)  Test Reports.  Test reports in booklet form showing all field tests performed to prove compliance with the specified performance criteria, upon completion and testing of the installed system.  Results shall be provided for each communications jack/outlet.

(5)  Compliance with Industry Standards for Telephone Systems, Plates and Jacks, and Station Cables.  Where equipment or materials are specified to conform to the standards or publications and requirements of CFR and ICEA, manufacturer's literature shall attest that the items furnished under this section of the specification conform to the specified requirements.

e.  Mandatory Inspection.

The contractor shall complete a prototype installation of communication cable, outlet, termination blocks and terminations, and associated items of work for government inspection and approval prior to accomplishing additional work of the same type.  This prototype shall include one of each item of communication work required under this contract and shall be used, following acceptance, to set the expected standard for the remainder of work.

CSS 000192

f.  Delivery And Storage.

Equipment delivered and placed in storage shall be stored with protection from the weather, humidity and temperature variation, dirt and dust, or other contaminants.

## 2. Products.

a.  Standard Products.

Materials and equipment shall be the standard products of a manufacturer regularly engaged in the manufacture of the products and shall be the manufacturer's latest standard design that has been in satisfactory use for at least 2 years prior to bid opening.

b.  Approval Of Materials And Equipment.

Materials and equipment will be approved based on the manufacturer's published data.

(1)  Underwriters Laboratories Inc. (UL) Publications.  The label or listing of the Underwriter's Laboratories Inc., will be accepted as evidence that the materials or equipment conform to the applicable standards of that agency  In lieu of this label or listing, the contractor shall submit a statement from a nationally recognized, adequately equipped testing agency indicating that the items have been tested in accordance with required procedures and that the materials and equipment comply with all contract requirements.

(2)  Non-Underwriters Laboratories Inc. Publications.  For other than equipment and materials specified to conform to UL publications, a manufacturer's statement indicating complete compliance with the applicable Federal Specification, Military Specification, or standard of the American Society for Testing and Materials, National Electrical Manufacturers Association, or other commercial standard is acceptable.

c.  Nameplate.

Each major component of equipment shall have the manufacturer's name, model number, and serial number on a plate secured to the equipment.

d.  Materials And Equipment.

(1)  Communications cable.  The communications cable shall be unshielded twisted pair, four pair (eight conductor), 24 gauge, ASTM B-3 annealed copper wire with semi-rigid polyvinyl chloride insulation.  Outer jacket shall be constructed of flexible polyvinyl chloride. Cable shall meet REA PE-20 requirements and shall be Category 5 compliant. The colors for conductors shall be: blue/white, white/blue, orange/white, white/orange, green/white, white/green, brown/white, white/brown.

(2)  Communications Outlet.  Communications outlets shall be flush mounted in a single gang wall box.  The outlets shall be duplex type, with each jack being the modular style compatible with standard network equipment.  Each jack shall be provided with AT&T 110 type terminals. The top jack shall be USOC 3 pair. The bottom jack shall be AT&T T568B, 4 pair, category 5 compliant.  Modular telephone outlets shall comply with FCC Rules and Regulations, Part 68, Subpart F.

CSS 000193

(3)  Device Plates. Device plates shall have ivory finish.

(4)  Communications Terminations:

(a) Communications Terminal Backboards. Telephone backboards shall be installed at locations shown on the drawings. The backboards shall be 4 foot by 8 foot, 3/4-inch plywood having a two-coat insulating varnish finish.

(b) Termination Blocks. Termination blocks shall be BIX blocks manufactured by Northern Telecom and no other. Size and quantity of blocks and all necessary auxiliary equipment shall be provided for termination of all communications outlets and cables provided under this contract.

(5)  Auxiliary Devices. All auxiliary devices such as J-hooks, tie bars, etc. which are not shown but are required for a high grade installation shall be provided.

## 3. Execution.

a.  Installation.

(1)  Provide a complete cable tray and/or conduit system with telephone cable from each telephone outlet to the communications terminal backboard. All cable recessed in walls shall be installed in conduit. All system components and appurtenances shall be installed as specified. Necessary interconnections, services, and adjustments required for a complete and operable telephone system shall be provided. All installation work must be done in accordance with the safety requirements set forth in the general requirements of NFPA 70. All telephone equipment installation shall comply with REA requirements.

(2)  Interior wiring. Interior wiring shall be installed in raceways and boxes, except jacks shall be installed in non-metallic boxes. Interior wire shall be terminated at station locations as indicated. Wiring shall consist of station cables wired directly, home run fashion, from a distribution point to the appropriate modular jack plate, jack assembly, or floor jack. Cables shall be unspliced. Station cables shall not be installed in the same cable tray, utility pole compartment, or floor trench compartment with ac power cables. Category 5 communications cable which is not installed in a complete conduit system shall be supported in accordance with manufacturer's requirements. Bridle rings and cable ties are not acceptable as support methods.

(a) Communications Raceways. Communications raceways shall be installed in accordance with the previous requirements for conduit and tubing and with the additional requirements that no length of run shall exceed 50 feet for 1/2-inch and 3/4-inch sizes and 100 feet for 1-inch or larger sizes, and shall not contain more than two 90-degree bends or the equivalent. Additional pull or junction boxes shall be installed to comply with these limitations whether or not indicated. Inside radii of bends in conduits of 1-inch size or larger shall be not less than ten times the nominal diameter.

CSS 000194

(b) Pull Boxes. Pull boxes of not less than the minimum size required by NFPA 70 shall be constructed of aluminum or galvanized sheet steel. Boxes shall be furnished with screw-fastened covers. Where several circuits pass through a common pull box, they shall be tagged to indicate clearly the circuit number.

(c) Communication Outlet Boxes. Boxes for communications outlet shall be non-metallic.

(3) Qualifications of Installer. The system shall be installed by an experienced installer regularly engaged in the installation of telephone systems. The Contracting Officer may reject any proposed installer who can not show evidence of such qualifications.

(4) Cable installation. The telephone cable shall be marked at both ends with a designation unique to that cable. At the termination point, the cable shall be labeled with the appropriate jack number and be terminated to the BIX blocks. The label will be placed approximately two feet before the location of the telephone frame point on the wire. The telephone wiring shall be connected to the outlets as follows:

| Jack | Terminal | Pin # | Wire (Main Color - Marker) |
|------|----------|-------|----------------------------|
| Top Jack | Red | 4 | Blue - White |
| (Voice) | Green | 3 | White - Blue |
| | Yellow | 2 | Orange - White |
| | Black | 5 | White - Orange |
| | White | 1 | White - Green |
| | Blue | 6 | Green - White |
| | | | Brown - White (Spare) |
| | | | White - Brown (Spare) |
| Bottom Jack | Green | 5 | White - Blue |
| (Data) | Red | 4 | Blue - White |
| | Blue | 1 | White - Orange |
| | Orange | 2 | Orange - White |
| | Black | 3 | White - Green |
| | Yellow | 6 | Green - White |
| | Brown | 7 | White - Brown |
| | White | 8 | Brown - White |

Spare wires will be wrapped around the insulated sheath on the wire in the terminating box.

(5) Testing. Cables, outlets and terminations shall be tested to verify proper installation.

(6) USOC jacks and their associated cable and terminations shall be tested to verify that the cable is properly terminated and marked at both ends and that no opens, shorts, reversals, miswires or split pairs exist. An acceptable tester is Siemon Company part #STM-8.

(7) AT&T T568B jacks and their associated cable and terminations shall be tested for the same as above in addition to testing for category 5 certification up to 100 Mps.

110

CONTRACT NO: F07603-03-D-0002
MODIFICATION NO. P00002

## RATES OF WAGES

## General Decision Number DE030006

```
General Decision Number DE030006
Superseded General Decision No. DE020006
State: DELAWARE
Construction Type:
HIGHWAY
County(ies):
KENT
HIGHWAY CONSTRUCTION PROJECTS (excluding tunnels, building
structures in rest areas projects,and railroad construction;
bascule, suspension & spandrel arch bridges; bridges designed
for commercial navigation; bridges involving marine construction
other major bridges).
Modification Number     Publication Date
         0              06/13/2003
COUNTY(ies):
KENT
  PAIN1021C  05/01/2002
                               Rates        Fringes
PAINTERS, SPRAY                23.48        8.08
------------------------------------------------------------
  SUDE3003A  07/30/2002
                               Rates        Fringes
Cement Masons/Finishers        16.06
Electricians                   16.66        1.02
LABORERS:
 Landscapers                   13.52         .93
 Pipelayers                    14.72        2.05
 Unskilled                     13.04        1.37
POWER EQUIPMENT OPERATORS:
 Backhoes                      17.50        2.70
 Bulldozers                    16.73        2.74
 Loaders                       17.03        3.52
 Rollers                       17.69        2.18
------------------------------------------------------------
WELDERS - Receive rate prescribed for craft performing operation
to which welding is incidental.
============================================================
Unlisted classifications needed for work not included within
the scope of the classifications listed may be added after
award only as provided in the labor standards contract clauses
(29 CFR 5.5(a)(1)(ii)).
------------------------------------------------------------
In the listing above, the "SU" designation means that rates
listed under that identifier do not reflect collectively
bargained wage and fringe benefit rates.  Other designations
indicate unions whose rates have been determined to be
prevailing.
     WAGE DETERMINATION APPEALS PROCESS
1.) Has there been an initial decision in the matter?  This can
 be:
* an existing published wage determination
* a survey underlying a wage determination
* a Wage and Hour Division letter setting forth a
  position on a wage determination matter
* a conformance (additional classification and rate)
  ruling
```

Page 1 of 2

ATCH 4A

CSS 000196

On survey related matters, initial contact, including requests
for summaries of surveys, should be with the Wage and Hour
Regional Office for the area in which the survey was conducted
because those Regional Offices have responsibility for the
Davis-Bacon survey program.  If the response from this initial
contact is not satisfactory, then the process described in 2.)
and 3.) should be followed.
With regard to any other matter not yet ripe for the formal
process described here, initial contact should be with the Branch
of Construction Wage Determinations.  Write to:
     Branch of Construction Wage Determinations
     Wage and Hour Division
     U. S. Department of Labor
     200 Constitution Avenue, N. W.
     Washington, D. C.   20210
2.) If the answer to the question in 1.) is yes, then an
interested party (those affected by the action) can request
review and reconsideration from the Wage and Hour Administrator
(See 29 CFR Part 1.8 and 29 CFR Part 7). Write to:
          Wage and Hour Administrator
          U.S. Department of Labor
          200 Constitution Avenue, N. W.
          Washington, D. C.   20210
The request should be accompanied by a full statement of the
interested party's position and by any information (wage payment
data, project description, area practice material, etc.) that the
requestor considers relevant to the issue.
3.) If the decision of the Administrator is not favorable, an
interested party may appeal directly to the Administrative Review
Board (formerly the Wage Appeals Board). Write to:
          Administrative Review Board
          U. S. Department of Labor
          200 Constitution Avenue, N. W.
          Washington, D. C.   20210
4.) All decisions by the Administrative Review Board are final.
                    END OF GENERAL DECISION

ATCH 4A

CSS 000197

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | |
|---|---|
| 1. CONTRACT ID CODE J | PAGE 1 OF PAGES 2 |

| 2. AMENDMENT/MODIFICATION NO. P00002 | 3. EFFECTIVE DATE 1-Mar-2004 | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) SABER |
|---|---|---|---|

| 6. ISSUED BY          CODE | | 7. ADMINISTERED BY (If other than Item 6)   CODE    FA4497 |
|---|---|---|

6. ISSUED BY    CODE

ONS/LGC
639 Atlantic Street
Dover Air Force Base, Delaware 19901-5639

7. ADMINISTERED BY (If other than Item 6)   CODE    FA4497

Same as block 6

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | | (X) 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|

Chugach Support Services, Inc.
Attn: James Hutton
560 East 34th Avenue
Anchorage AK 99503-4196

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO.

X F07603-03-D-0002

10B. DATED (SEE ITEM 13)

| CODE 1SXD0 | FACILITY CODE | 21-Feb-2003 |
|---|---|---|

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data (If required)

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

[ ] A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

[ ] B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc). SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

[ ] C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

[X] D. OTHER (Specify type of modification and authority)
Unilateral, FAR 52.217-9, OPTION TO EXTEND THE TERM OF THE CONTRACT

IMPORTANT:   Contractor [X] is not, [ ] is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

POC: Jacqueline J. McGee/Contracting Officer, phone: 302-677-5215, fax: 302-677-2905/2907, jacqueline.mcgee@dover.af.mil

## DUPLICATE ORIGINAL

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF SIGNER (Type or print) JACQUELINE J. MCGEE Contracting Officer |
|---|---|---|

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY _Jacqueline McGee_ (Signature of Contracting Officer) | 16C. DATE SIGNED 12 Feb 2004 |
|---|---|---|---|

(Signature of person authorized to sign)

| ISN 7540-01-152-9070 PREVIOUS EDITION UNUSABLE | Created using PerForm Pro software | STANDARD FORM 30 (REV. 10-83) Prescribed by GSA FAR (48 CFR) 53.243 |
|---|---|---|

CSS 000198

This modification is issued to exercise Option Period One for the period of 01 March 2004 through 28 February 2004 and to incorporate new wage determinations. This is the final 15-day notice to exercise Option Period One.

A. Pursuant to Special Contract Requirements, FAR 52.217-9 entitled "Option to Extend the Term of the Contract", subject contract is extended for one (1) full year:

    FROM: 1 March 2004
       TO: 28 February 2005

B. The total "Not-To-Exceed" amount for the life of the contract is unchanged at $30,000,000.00.

C. In accordance with Special Contract Requirements, paragraph 16.0 entitled Wage Rates – Exercise of Options, subject contract, Atch 4A, Rates of Wages, General Decision Number DE030009, pages 1 through 3 dated 02/06/2004 for building construction, Rates of Wages, General Decision Number DE030003, pages 1 through 2 dated 06/13/2003 for residential construction, Rates of Wages, General Decision Number DE030005, pages 1 through 3 dated 10/31/2003 for heavy construction, and Rates of Wages, General Decision Number DE030006, pages 1 through 2 dated 06/13/2003 for highway construction are incorporated and made part of this contract and will be applicable to all delivery orders issued from 1 March 2004 through and including 28 February 2005.

D. Section J, List of Attachments, add the following :

| ITEM NO. | TITLE | DATE | PAGES |
|---|---|---|---|
| "ATCH 4A | RATES OF WAGES | | |
| | Building – General Decision Number DE030009 | 02/06/2004 | 3 |
| | Residential – General Decision Number DE030003 | 06/13/2003 | 2 |
| | Heavy – General Decision Number DE030005 | 10/31/2003 | 3 |
| | Highway – General Decision Number DE030006 | 06/13/2003 | 2" |

E. In accordance with the contract clause, FAR 52.232-19, "Availability of Funds for the Next Fiscal Year", the Government has no legal liability for payment unless and until funds are made available. Funds are cited on each delivery order.

F. In accordance with the contract, Part I – The Schedule, Section H, Special Contract Requirements, paragraph 18.0 entitled "Non-prepriced Items (NPIs)", the Government reserves the right to adjust items included in Atch 5, Unit Price Guide (UPG) after the designated McGraw Hill publication of the ENR (Engineering News Record) Index becomes available. The prices delineated in Atch 5, UPG, (Rev 1 – 13 December 2002) shall remain in effect until adjustments are made in accordance with the above mentioned special contract requirement.

G. All references to the contract performance period are changed:

    FROM: "1 March 2003 through 29 February 2004"
       TO: "01 March 2004 through 28 February 2005"

H. As a result of the above noted changes, delete the following pages and/or incorporate the revised pages attached hereto. A vertical line in the right margin indicates the changed portions of Section J.

Deleted Pages
Section J, page 34

Incorporated Pages
Section J, page 34 (Modification P00002)
Atch 4A, Rates of Wages (Modification P00002)

I. All other terms and conditions are unchanged.

(END OF PAGE)

CSS 000199

Solicitation No. F07603-03-R-0006
Contract No. F07603-03-D-0002
Page 34 of 56
Modification P00002

SECTION J List of Documents, Exhibits and Other Attachments

Section J Table Of Contents

### PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS
### SECTION J
### LIST OF ATTACHMENTS

| ITEM NO. | TITLE | DATED | PAGES |
|---|---|---|---|
| ATCH 1 | TECHNICAL SPECIFICATIONS - GENERAL REQUIREMENTS VOLUME 1 | 20 Nov 02 | 110 |
| ATCH 2 | CLIMATIC BRIEF | Sep 1977 | 3 |
| ATCH 3 | MONTHLY NUMBER OF DAYS WITH PRECIP TRACE TO .5 | 23 May 00 | 1 |
| ATCH 4 | RATES OF WAGES | | |
| | Building – General Decision Number DE020009 | 10/11/2002 | 3 |
| | Residential – General Decision Number DE020003 | 03/01/2002 | 2 |
| | Heavy – General Decision Number DE020005 | 10/11/2002 | 3 |
| | Highway – General Decision Number DE010006 | 10/11/2002 | 2 |
| Atch 4A | RATES OF WAGES | | |
| | Building – General Decision Number DE030009 | 02/06/2004 | 3 |
| | Residential – General Decision Number DE030003 | 06/13/2003 | 2 |
| | Heavy – General Decision Number DE030005 | 10/31/2003 | 3 |
| | Highway – General Decision Number DE030006 | 06/13/2003 | 2 |
| ATCH 5 | Unit Price Guide | 13 December 2002 | 5 |

CONTRACT NO: F07603-03-D-0002
MODIFICATION NO. P00002

## RATES OF WAGES

## General Decision Number DE030009

```
General Decision Number: DE030009 02/06/2004  DE9
Superseded General Decision Number: DE020009
State: Delaware
Construction Type: Building
County: Kent County in Delaware.

BUILDING CONSTRUCTION PROJECTS (does not include residential
construction consisting of single family homes and apartments
up to and including 4 stories)

Modification Number        Publication Date
           0               06/13/2003
           1               10/31/2003
           2               11/21/2003
           3               02/06/2004
```

```
BRDE0001-003 05/01/2001
                                  Rates        Fringes
   Bricklayer (Including
   Caulking)......................$ 21.00        8.73
------------------------------------------------------------
CARP0626-001 05/01/2003
                                  Rates        Fringes
   Carpenter (Including
   Drywall  Hanging,
   Acoustical Ceilings,
   Formsetting and Scaffold
   Building).......................$ 27.37       10.27
   Soft Floor Layer...............$ 27.37       10.27
------------------------------------------------------------
CARP1545-001 05/01/2003
                                  Rates        Fringes
   Millwright.....................$ 29.41       15.85
------------------------------------------------------------
* ELEC0313-001 12/01/2002
                                  Rates        Fringes
   Electrician....................$ 29.54       13.72
------------------------------------------------------------
ENGI0542-018 05/01/2003
                                  Rates        Fringes
   Power equipment operators:
     Backhoes.....................$ 23.35       13.21+A
     Bulldozers...................$ 23.35       13.21+A
     Conveyor Loaders
     (Euclid-Type Wheel).........$ 23.35        13.21+A
     Forklifts....................$ 23.35       13.21+A
     Front-End Loaders...........$ 23.35        13.21+A
     High Rail/Burro Crane.......$ 23.69        13.32+A
     Rail Loader (Winch Boom
     Type).........................$ 23.69       13.32+A
     Rail/Road Loaders...........$ 23.35        13.21+A
     Tower Type Crane
     Operation, Erecting,
     Dismantling, Jumping or
     Jacking......................$ 23.35       13.21+A
```

Page 1 of 3

ATCH 4A

CSS 000201

FOOTNOTE:   A.   PAID HOLIDAYS:  New Year's Day, Memorial Day;
Independence Day; Labor Day; Thanksgiving Day; Christmas Day;
and Election Day (provided the employee works the scheduled
work day following the holiday.)

---

IRON0451-001 07/01/2003

|  | Rates | Fringes |
|---|---|---|
| Ironworker | | |
| Structural   and | | |
| Reinforcing | $ 26.10 | 15.55 |

---

PAIN0021-017 05/01/2002

|  | Rates | Fringes |
|---|---|---|
| Glazier | $ 26.80 | 13.75 |

---

PAIN0021-020 05/01/2002

|  | Rates | Fringes |
|---|---|---|
| Drywall Finisher | $ 21.93 | 8.08 |
| Painter, Brush and Roller | $ 21.43 | 8.08 |

---

SFDE0669-001 04/01/2001

|  | Rates | Fringes |
|---|---|---|
| Sprinkler Fitter | $ 26.45 | 8.00 |

---

SHEE0019-003 07/01/2002

|  | Rates | Fringes |
|---|---|---|
| Sheet metal worker | $ 26.30 | 17.94+A |

FOOTNOTE A:    PAID HOLIDAY:  Election Day.

---

SUDE2002-005 07/30/2002

|  | Rates | Fringes |
|---|---|---|
| Cement Mason/Finisher | $ 21.00 | 1.22 |
| Laborer, Unskilled | $ 13.61 | |
| Plumber/Pipefitter | | |
| (including HVAC Pipe Work) | $ 29.72 | 6.67 |

---

WELDERS - Receive rate prescribed for craft performing
operation to which welding is incidental.

=================================================================

Unlisted classifications needed for work not included within
the scope of the classifications listed may be added after
award only as provided in the labor standards contract clauses
(29CFR 5.5 (a) (1) (ii)).

---

In the listing above, the "SU" designation means that rates
listed under the identifier do not reflect collectively
bargained wage and fringe benefit rates.  Other designations
indicate unions whose rates have been determined to be
prevailing.

---

                    WAGE DETERMINATION APPEALS PROCESS
1.) Has there been an initial decision in the matter? This can
be:
*   an existing published wage determination
*   a survey underlying a wage determination
*   a Wage and Hour Division letter setting forth a position on
    a wage determination matter
*   a conformance (additional classification and rate) ruling

ATCH 4A

CSS 000202

On survey related matters, initial contact, including requests
for summaries of surveys, should be with the Wage and Hour
Regional Office for the area in which the survey was conducted
because those Regional Offices have responsibility for the
Davis-Bacon survey program. If the response from this initial
contact is not satisfactory, then the process described in 2.)
and 3.) should be followed.
With regard to any other matter not yet ripe for the formal
process described here, initial contact should be with the
Branch of Construction Wage Determinations.  Write to:
        Branch of Construction Wage Determinations
        Wage and Hour Division
        U.S. Department of Labor
        200 Constitution Avenue, N.W.
        Washington, DC 20210

2.) If the answer to the question in 1.) is yes, then an
interested party (those affected by the action) can request
review and reconsideration from the Wage and Hour Administrator
(See 29 CFR Part 1.8 and 29 CFR Part 7). Write to:
        Wage and Hour Administrator
        U.S. Department of Labor
        200 Constitution Avenue, N.W.
        Washington, DC 20210
The request should be accompanied by a full statement of the
interested party's position and by any information (wage
payment data, project description, area practice material,
etc.) that the requestor considers relevant to the issue.

3.) If the decision of the Administrator is not favorable, an
interested party may appeal directly to the Administrative
Review Board (formerly the Wage Appeals Board).  Write to:
        Administrative Review Board
        U.S. Department of Labor
        200 Constitution Avenue, N.W.
        Washington, DC 20210

4.) All decisions by the Administrative Review Board are final.
====================================================================

END OF GENERAL DECISION

ATCH 4A

CSS 000203

Content:

CONTRACT NO: F07603-03-D-0002
MODIFICATION NO. P00002

* a Wage and Hour Division letter setting forth a
  position on a wage determination matter
* a conformance (additional classification and rate)
  ruling

On survey related matters, initial contact, including requests
for summaries of surveys, should be with the Wage and Hour
Regional Office for the area in which the survey was conducted
because those Regional Offices have responsibility for the
Davis-Bacon survey program.  If the response from this initial
contact is not satisfactory, then the process described in 2.)
and 3.) should be followed.

With regard to any other matter not yet ripe for the formal
process described here, initial contact should be with the Branch
of Construction Wage Determinations.  Write to:

    Branch of Construction Wage Determinations
    Wage and Hour Division
    U. S. Department of Labor
    200 Constitution Avenue, N. W.
    Washington, D. C.   20210

2.) If the answer to the question in 1.) is yes, then an
interested party (those affected by the action) can request
review and reconsideration from the Wage and Hour Administrator
(See 29 CFR Part 1.8 and 29 CFR Part 7).  Write to:

        Wage and Hour Administrator
        U.S. Department of Labor
        200 Constitution Avenue, N. W.
        Washington, D. C.   20210

The request should be accompanied by a full statement of the
interested party's position and by any information (wage payment
data, project description, area practice material, etc.) that the
requestor considers relevant to the issue.

3.) If the decision of the Administrator is not favorable, an
interested party may appeal directly to the Administrative Review
Board (formerly the Wage Appeals Board).  Write to:

        Administrative Review Board
        U. S. Department of Labor
        200 Constitution Avenue, N. W.
        Washington, D. C.   20210

4.) All decisions by the Administrative Review Board are final.

                     END OF GENERAL DECISION

ATCH 4A

CSS 000205

CONTRACT NO: F07603-03-D-0002
MODIFICATION NO. P00002

# RATES OF WAGES

## General Decision Number DE030005

```
General Decision Number: DE030005 10/31/2003   DE5
Superseded General Decision Number: DE020005
State: Delaware
Construction Types: Heavy

Counties: Kent and New Castle Counties in Delaware.
HEAVY CONSTRUCTION PROJECTS

Modification Number        Publication Date
        0                  06/13/2003
        1                  10/31/2003
```

BOIL0013-008 08/30/2002

NEW CASTLE COUNTY:

|  | Rates | Fringes |
|---|---|---|
| Boilermaker.....................$ 31.13 | | 14.84 |

---

BOIL0193-005 10/01/2001

KENT COUNTY:

|  | Rates | Fringes |
|---|---|---|
| Boilermaker.....................$ 25.57 | | 12.76 |

---

CARP0626-002 05/01/2003

|  | Rates | Fringes |
|---|---|---|
| Carpenter (Including Formsetting and Scaffold Building).......................$ 27.37 | | 10.27 |

---

CARP1545-002 05/01/2003

|  | Rates | Fringes |
|---|---|---|
| Millwright.....................$ 29.41 | | 15.85 |

---

ENGI0542-006 05/01/2003

|  | Rates | Fringes |
|---|---|---|
| Power equipment operators: | | |
| Backhoes....................$ 23.35 | | 13.21+A |
| Bulldozers..................$ 23.35 | | 13.21+A |
| Conveyor Loaders (Euclid-Type Wheel).........$ 23.35 | | 13.21+A |
| Forklifts...................$ 23.35 | | 13.21+A |
| Front-End Loaders...........$ 23.35 | | 13.21+A |
| High Rail/Burro Crane.......$ 23.69 | | 13.32+A |
| Pavers 21E and over.........$ 23.35 | | 13.21+A |

ATCH 4A

CSS 000206

```
Rail Loaders(Winch Boom
Type)......................$ 23.69           13.32+A
Rail/Road Loaders..........$ 23.35           13.21+A
Rollers (High Grade
Finishing).................$ 23.35           13.21+A
Rollers....................$ 21.23           12.50+A
Tower Type Crane
Operation, Erecting,
Dismantling, Jumping,
or Jacking.................$ 23.35           13.21+A
```

FOOTNOTE A:   PAID HOLIDAYS: New Year's Day, Memorial Day,
Independence Day, Labor Day, Thanksgiving Day, Christmas Day,
and Election Day -- provided the employee works the scheduled
work day before and after the holiday.
-----------------------------------------------------------------
* IRON0451-002 07/01/2003

|  | Rates | Fringes |
|---|---|---|
| Ironworkers: | | |
| Structural | $ 26.10 | 15.55 |

-----------------------------------------------------------------
SUDE2002-004 07/30/2002

|  | Rates | Fringes |
|---|---|---|
| Cement Mason/Finisher | $ 18.20 | 2.88 |
| Laborer | | |
| Unskilled | $ 13.17 | 3.19 |
| Power Equipment Operator | | |
| Pavers | $ 19.61 | 4.44 |
| Truck Driver | | |
| Dump | $ 14.73 | 1.43 |

-----------------------------------------------------------------
WELDERS - Receive rate prescribed for craft performing
operation to which welding is incidental.
=================================================================
Unlisted classifications needed for work not included within
the scope of the classifications listed may be added after
award only as provided in the labor standards contract clauses
(29CFR 5.5 (a) (1) (ii)).
-----------------------------------------------------------------
In the listing above, the "SU" designation means that rates
listed under the identifier do not reflect collectively
bargained wage and fringe benefit rates.  Other designations
indicate unions whose rates have been determined to be
prevailing.
-----------------------------------------------------------------

### WAGE DETERMINATION APPEALS PROCESS

1.) Has there been an initial decision in the matter? This can
be:

* an existing published wage determination
* a survey underlying a wage determination
* a Wage and Hour Division letter setting forth a position on
  a wage determination matter
* a conformance (additional classification and rate) ruling

ATCH 4A

CSS 000207

On survey related matters, initial contact, including requests
for summaries of surveys, should be with the Wage and Hour
Regional Office for the area in which the survey was conducted
because those Regional Offices have responsibility for the Davis-
Bacon survey program. If the response from this initial
contact is not satisfactory, then the process described in 2.)
and 3.) should be followed.

With regard to any other matter not yet ripe for the formal
process described here, initial contact should be with the

Branch of Construction Wage Determinations.  Write to:

> Branch of Construction Wage Determinations
>
> Wage and Hour Division
>
> U.S. Department of Labor
>
> 200 Constitution Avenue, N.W.
>
> Washington, DC 20210

2.) If the answer to the question in 1.) is yes, then an
interested party (those affected by the action) can request
review and reconsideration from the Wage and Hour Administrator
(See 29 CFR Part 1.8 and 29 CFR Part 7). Write to:

> Wage and Hour Administrator
>
> U.S. Department of Labor
>
> 200 Constitution Avenue, N.W.
>
> Washington, DC 20210

The request should be accompanied by a full statement of the
interested party's position and by any information (wage
payment data, project description, area practice material,
etc.) that the requestor considers relevant to the issue.

3.) If the decision of the Administrator is not favorable, an
interested party may appeal directly to the Administrative
Review Board (formerly the Wage Appeals Board). Write to:

> Administrative Review Board
>
> U.S. Department of Labor
>
> 200 Constitution Avenue, N.W.
>
> Washington, DC 20210

4.) All decisions by the Administrative Review Board are final.

================================================================

END OF GENERAL DECISION

Page 3 of 3

ATCH 4A

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | | | |
|---|---|---|---|
| | | 1. CONTRACT ID CODE | PAGE OF PAGES |
| | | J | 1  2 |

ENDMENT/MODIFICATION NO.
)03 **160003**

JED BY    CODE

TRACTING SQUADRON
LANTIC ST
-d DE 19902-8838

3. EFFECTIVE DATE
01-Mar-2004

4. REQUISITION/PURCHASE REQ. NO.

6. ADMINISTERED BY (If other than Item 6)
See Item 6

CODE FA4497

5. PROJECT NO.

RECEIVED SABER
CODE
MAY 0 4 2004
BY: ............

**COPY**

JME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)
UXLICH SUPPORT SERVICES, INC.
I EAST 34TH AVENUE
CHORAGE AK 99503-4196

E   1SXDO    FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X 10A. MOD. OF CONTRACT/ORDER NO.
F07603-03-D-0002

10B. DATED (SEE ITEM 13)
X 21-Feb-2003

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

ACCOUNTING AND APPROPRIATION DATA (If required)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
pecial Contract Requirement entitled Non-prepriced Items (NPIs)

T: Contractor [ ] is not, [X] is required to sign this document and return    1    copies to the issuing office.

ESCRIPTION OF AMENDMENT/MODIFICATION
fication to apply the economic price adjustment to the Unit Price Guide.

≥ Jacqueline J. McGee, 302-677-5215, email: jacqueline.mcgee@dover.af.mil

**DUPLICATE ORIGINAL**

IAME AND TITLE OF SIGNER (Type or print)
r. Clowers, President

CONTRACTOR/OFFEROR    15C. DATE SIGNED  4/29/04

16A. NAME AND TITLE OF CONTRACTING OFFICER
JACQUELINE J. McGEE / CONTRACTING OFFICER
TEL: 302-677-5215  EMAIL: jacqueline.mcgee@dover.af.mil

16B. UNITED STATES OF AMERICA
BY (Signature of Contracting Officer)

16C. DATE SIGNED
3 May 2004
27-Apr-2004

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243



CSS 000209

F07603-03-D-0002
P00003
Page 2 of 2

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

SUMMARY OF CHANGES

This modification is issued to apply an economic price adjustment for option period one (1 March 2004 through 28 February 2005) to the Unit Price Guide in accordance with Special Contract Requirement entitled Non-prepriced Items (NPIs).

A. Pursuant to Special Contract Requirements, paragraph 18.0 entitled Non-prepriced Items, Atch 5 entitled "Unit Price Guide (UPG)" Rev 1 – 13 December 2002, is deleted in its entirety and Atch 5 entitled "Unit Price Guide (UPG)" Rev 2 – 1 March 2004, is incorporated as attached.

B. Subject contract, Part III, Section J List of Attachments, change the date of Atch 5 to read "1 March 2004".

C. As a result of the above noted changes, delete the following pages and incorporate the revised pages at attached hereto. Atch 5 is changed in its entirety. A vertical line in the right margin indicates the changed portion of Section J, List of Documents, Exhibits and Other Attachments.

Deleted Pages
- SECTION J, List of Documents, Exhibits and Other Attachments
- Atch 5, Unit Price Guide, Rev 1 dated 13 December 2003, pages 1 through 5

Incorporated Pages
- Section J, List of Documents, Exhibits and Other Attachments (Modification P00003)
- Unit Price Guide, Rev 2 dated 1 March 2004, pages 1 through 5 (Modification P00003)

D. All other terms and conditions including the performance time are unchanged.

(End of Summary of Changes)

Solicitation No. F07603-03-R-0006
Contract No. F07603-03-D-0002
Page 34 of 56
Modification P00003

SECTION J List of Documents, Exhibits and Other Attachments

Section J Table Of Contents

### PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS
### SECTION J
### LIST OF ATTACHMENTS

| ITEM NO. | TITLE | DATED | PAGES |
|---|---|---|---|
| ATCH 1 | TECHNICAL SPECIFICATIONS - GENERAL REQUIREMENTS VOLUME 1 | 20 Nov 02 | 110 |
| ATCH 2 | CLIMATIC BRIEF | Sep 1977 | 3 |
| ATCH 3 | MONTHLY NUMBER OF DAYS WITH PRECIP TRACE TO .5 | 23 May 00 | 1 |
| ATCH 4 | RATES OF WAGES | | |
| | Building – General Decision Number DE020009 | 10/11/2002 | 3 |
| | Residential – General Decision Number DE020003 | 03/01/2002 | 2 |
| | Heavy – General Decision Number DE020005 | 10/11/2002 | 3 |
| | Highway – General Decision Number DE010006 | 10/11/2002 | 2 |
| Atch 4A | RATES OF WAGES | | |
| | Building – General Decision Number DE030009 | 02/06/2004 | 3 |
| | Residential – General Decision Number DE030003 | 06/13/2003 | 2 |
| | Heavy – General Decision Number DE030005 | 10/31/2003 | 3 |
| | Highway – General Decision Number DE030006 | 06/13/2003 | 2 |
| ATCH 5 | Unit Price Guide | 1 March 2004 | 5 |

CSS 000211

SOLICITATION NO: F07603-03-R-0006
CONTRACT NO: F07603-03-D-0002
Modification No. P00003

SIMPLIFIED ACQUISITION OF BASE ENGINEER REQUIREMENTS (SABER)
UNIT PRICE GUIDE (UPG)
1 March 2004

| SUBDIV | MAJ CLASS | LINE # | DESCRIPTION | UNIT | TOTAL |
|---|---|---|---|---|---|
| 01590 | 400 | 6435 | Portable Toilets | MO | $ 89.44 |
| 02000 | 620 | 0005 | Rubbish Handling: Total process, compacted, no air | CY | $ 36.83 |
| 02000 | 830 | 0500 | Demolition of cadmium, chromium, arsenic, and/or lead contaminated brick, concrete, CMU block, sheetrock, plaster, etc. | SF | $ 9.32 |
| 02000 | 830 | 9500 | Provide type "C" breathing air equipment – rental (crew of four persons, 8 hrs per day, five day work week). | WK | $1,618.39 |
| 02000 | 850 | 0005 | Waste Packaging, Handling, & Disposal of Asbestos Material | TN | $ 468.07 |

(This includes all personnel, collecting, bagging or placing in drums, vehicles, transportation/hauling, dumpsters, loading, disposal fees, landfill fees, and off loading at the landfill, etc.)

| 02000 | 850 | 4000 | Steel drums, 55 gallon capacity | EA | $ 70.23 |

-1-

ATCH 5 – REV 2

CSS 000212

SOLICITATION NO: F07603-03-R-0006
CONTRACT NO: F07603-03-D-0002
Modification No. P00003

SIMPLIFIED ACQUISITION OF BASE ENGINEER REQUIREMENTS (SABER)
UNIT PRICE GUIDE (UPG)
1 March 2004

| SUBDIV | MAJ CLASS | LINE # | DESCRIPTION | UNIT | TOTAL |
|---|---|---|---|---|---|
| 02000 | 860 | 2700 | Wet wipe and hepa vaccum for cadmium, chromium, arsenic and/or lead. Includes environmental protection for workers (tyvec suits, gloves, half-face, respirator, etc.), cleaning material to include rags/ solvents, and equipment. | SF | $  3.95 |
| 02000 | 890 | 0100 | Industrial Hygienist (IH) | HR | $  19.31 |
| 02000 | 890 | 0300 | Certified Industrial Hygienist (CIH) | DAY | $  369.03 |
| 02000 | 890 | 1100 | Phase Contrast Microscopy (PCM) Analysis (Air, 5 day turn-a-round) | EA | $  22.20 |
| 02000 | 890 | 1105 | Phase Contrast Microscopy (PCM) Analysis (Air, 24 HR turn-a-round) | EA | $  30.83 |
| 02000 | 890 | 1150 | Polarized Light Microscopy (PLM) Analysis (Bulk, 5 day turn-a-round) | EA | $  24.68 |
| 02000 | 890 | 1155 | Polarized Light Microscopy (PLM) Analysis (Bulk, 24 HR turn-a-round) | EA | $  30.84 |

-2-

ATCH 5 – REV 2

CSS 000213

SOLICITATION NO: F07603-03-R-0006
CONTRACT NO: F07603-03-D-0002
Modification No. P00003

## SIMPLIFIED ACQUISITION OF BASE ENGINEER REQUIREMENTS (SABER)
### UNIT PRICE GUIDE (UPG)
#### 1 March 2004

| SUBDIV | MAJ CLASS | LINE # | DESCRIPTION | UNIT | TOTAL |
|--------|-----------|--------|-------------|------|-------|
| 02000 | 890 | 1200 | Transmission Electron Microscopy (TEM) Analysis (5 day turnaround) | EA | $ 154.21 |
| 02000 | 890 | 1205 | Transmission Electron Microscopy (TEM) Analysis (24 HR turnaround) | EA | $ 308.42 |
| 02000 | 890 | 1300 | Air samples-labatory analysis for airbourne cadmium, chromium, arsenic, and/or lead. | EA | $ 31.51 |
| 02000 | 890 | 1400 | Health and Safety Plan for removal of cadmium, chromium, arsenic, and/or lead. | EA | $ 900.37 |
| 02315 | 400 | 0305 | Backhoe/Crane/Forklift Operator (includes all fringe benefits, payroll taxes, insusrance, overhead, and profit) | HR | $ 55.57 |
| 06100 | 100 | 0020 | Carpenter (includes all fringe benefits, payroll taxes, insusrance, overhead, and profit) | HR | $ 57.70 |
| 07400 | 107 | 0760 | Standing seam metal roof panels, 2" seams, 24 gage steel with factory finish. Includes all installation, fastening components material, equipment, and labor. | SF | $ 6.61 |

-3-

ATCH 5 – REV 2

CSS 000214

SOLICITATION NO: F07603-03-R-0006
CONTRACT NO: F07603-03-D-0002
Modification No. P00003

SIMPLIFIED ACQUISITION OF BASE ENGINEER REQUIREMENTS (SABER)
UNIT PRICE GUIDE (UPG)
1 March 2004

| SUBDIV | MAJ CLASS | LINE # | DESCRIPTION | UNIT | TOTAL |
|---|---|---|---|---|---|
| 07410 | 700 | 0712 | Sheet Metal Roofing Mechanic (includes all fringe benefits, payroll taxes, insurance, overhead, and profit) | HR | $ 70.24 |
| 07600 | 201 | 6500 | Downspout, 4" X 5", 24 gage steel with factory finish. Includes all fastening components, material, equipment and labor. | LF | $ 8.04 |
| 07600 | 203 | 1500 | Elbows, 4" X 5", 24 gage steel with factory finish. Includes all fastening components, material, equipment and labor. | EA | $ 12.57 |
| 07600 | 205 | 2900 | Gutter, 7", 24 gage steel with factory finish. Includes all fastening components, material, equipment, and labor. | LF | $ 9.68 |
| 07720 | 875 | 0010 | Clear plastic snow guards, inclusive of all material, labor and equipment. | EA | $ 10.15 |
| 15110 | 160 | 7701 | Plumber/Pipefitter (includes all fringe benefits, payroll taxes, insurance, overhead, and profit) | HR | $ 57.70 |

-4-

ATCH 5 – REV 2

CSS 000215

SOLICITATION NO: F07603-03-R-0006
CONTRACT NO: F07603-03-D-0002
Modification No. P00003

SIMPLIFIED ACQUISITION OF BASE ENGINEER REQUIREMENTS (SABER)
UNIT PRICE GUIDE (UPG)
1 March 2004

| SUBDIV | MAJ CLASS | LINE # | DESCRIPTION | UNIT | TOTAL |
|---|---|---|---|---|---|
| 16139 | 700 | 0005 | Electrician (includes all fringe benefits, payroll taxes, insurance, overhead, and profit) | HR | $ 65.97 |
| 16800 | 120 | 4055 | Monaco Enterprises, Inc. M-2, 6 Zone, 24 VDC, Class A Integrated Fire Alarm & Radio Transciever | EA | $7,973.73 |

This item includes the following:
1 ea #227-551-00      1 ea #176-185-00      2 ea #176-186-00      2 ea #400-712-00      1 ea #190-400-00
1 ea #199-011-00      1 ea #198-007-00      1 ea #021-008-00      1 ea #625-100-00      1 ea #626-000-02
1 ea IOM Manual

| SUBDIV | MAJ CLASS | LINE # | DESCRIPTION | UNIT | TOTAL |
|---|---|---|---|---|---|
| 16800 | 120 | 4056 | Monaco Enterprises, Inc. M-2, 8 Zone, 24 VDC, Class A Integrated Fire Alarm & Radio Transciever | EA | $8,387.00 |

This item includes the following:
1 ea #227-551-00      1 ea #176-185-00      3 ea #176-186-00      2 ea #400-712-00      1 ea #190-400-00
1 ea #199-011-00      1 ea #198-007-00      1 ea #021-008-00      1 ea #625-100-00      1 ea #626-000-02
1 ea IOM Manual

| SUBDIV | MAJ CLASS | LINE # | DESCRIPTION | UNIT | TOTAL |
|---|---|---|---|---|---|
| 16800 | 120 | 4057 | Monaco Enterprises, Inc. M-2, 10 Zone, 24 VDC, Class A Integrated Fire Alarm & Radio Transciever | EA | $8,800.26 |

This item includes the following:
1 ea #227-551-00      1 ea #176-185-00      4 ea #176-186-00      2 ea #400-712-00      1 ea #190-400-00
1 ea #199-011-00      1 ea #198-007-00      1 ea #021-008-00      1 ea #625-100-00      1 ea #626-000-02
1 ea IOM Manual

ATCH 5 – REV 2

-5-