| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | | 1. CONTRACT ID CODE  J | PAGE OF PAGES  1  3 |
|---|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO.  00004 | 3. EFFECTIVE DATE  27-Apr-2004 | 4. REQUISITION/PURCHASE REQ. NO. | | 5. PROJECT NO.(If applicable)  SABER |
| 6. ISSUED BY       CODE   FA4497  436TH CONTRACTING SQUADRON  BLDG 639 ATLANTIC ST  DOVER AFB DE 19902-5639 | | 7. ADMINISTERED BY (If other than item 6)     CODE  See Item 6 | | |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)  CHUGACH SUPPORT SERVICES, INC.  560 EAST 34TH AVENUE  ANCHORAGE AK 99503-4196 | | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| | | 9B. DATED (SEE ITEM 11) |
| | X | 10A. MOD. OF CONTRACT/ORDER NO.  F07603-03-D-0002 |
| CODE   1SXD0 | FACILITY CODE | 10B. DATED (SEE ITEM 13)  X  21-Feb-2003 |

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer [ ] is extended, [ ] is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

X  C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
FAR 52.243-4 entitled Changes

D. OTHER (Specify type of modification and authority)

E. IMPORTANT:  Contractor [ ] is not, [X] is required to sign this document and return  1  copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
Modification to incorporate changes.

POC: Jacqueline J. McGee, 302-677-5215, jacqueline.mcgee@dover.af.mil

**DUPLICATE ORIGINAL**

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print)  Lori Clowers, President | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)  Jacqueline J. McGee  Contracting Officer  TEL:                        EMAIL: |
|---|---|
| 15B. CONTRACTOR/OFFEROR  /s/ Lori Clowers  (Signature of person authorized to sign) | 16B. UNITED STATES OF AMERICA  BY /s/ Jacqueline J. McGee  (Signature of Contracting Officer) |
| 15C. DATE SIGNED  6/14/04 | 16C. DATE SIGNED  14 Jun 04 |

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84          30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

CSS 000217

F07603-03-D-0002
P00004
Page 2 of 3

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

SUMMARY OF CHANGES
This modification is issued to add two additional items to the Unit Price Guide, incorporate conformed classifcations into the building wage rates for the initial contract period and option period one, delete Mr James Hutton's name from contractor's address, and revise the specifications, page 10, paragraph 2a(2) concerning contractor's use of government-furnished facilities.

SECTION A - SOLICITATION/CONTRACT FORM
    The contractor organization has changed from
        CHUGACH SUPPORT SERVICES, INC.
        JAMES HUTTON
        560 EAST 34TH AVENUE
        ANCHORAGE AK 99503-4196
    to
        CHUGACH SUPPORT SERVICES, INC.
        560 EAST 34TH AVENUE
        ANCHORAGE AK 99503-4196

A. (Changes) Pursuant to Special Contract Requirements, paragraph 18.0 entitled Non-prepriced Items, Atch 5, two items for snow bars are added to the Unit Price Guide (UPG). Therefore, Atch 5, entitled "Unit Price Guide (UPG)" Rev 2 – 1 March 2004 (pages 1 through 5) is deleted in its entirety and Atch 5, entitled "Unit Price Guide (UPG)" Rev 3, 27 April 2004 (pages 1 through 6), is incorporated as attached. Atch 5, Unit Price Guide (UPG), Rev 3, 27 April 2004 now includes the Construction Cost Index for each item.

B. (Changes) The conformed classifications are added to the Building Rates of Wages, Atch 4, General Decision Number DE 020009, pages 1 through 3 dated 10/11/2002, and Atch 4A, General Decision Number DE 030009, pages 1 through 3 dated 02/06/2004. The basic Wage Decisions for decision noted above remain unchanged.

| Title | Rates | Fringes |
|---|---|---|
| Asbestos Workers/Insulators | $ 26.82 | 9.57 |
| (Conformed 2 Apr 2004) | | |
| Elevator Mechanic/ | $ 28.89 | |
|   Elevator Installation & Repair | | |
|   (Conformed 28 Jan 2004) | | |
| Laborer, Skilled | $ 20.00 | |
| Spray Painter | $ 21.43 | 8.08 |
| (Conformed 31 Mar 2004) | | |
| Tile Setter (hard tile) | $ 26.83 | 9.98 |
| (Conformed 2 Apr 2004) | | |

C. (Changes) Addendum No. 1 (one page) dated 27 Apr 04, to the Technical Specifications – General Requirements, Volume 1 dated 20 Nov 02, clarifying the contractor's occupation at the location of Facility 447 is incorporated as attached.

D. As a result of the above noted changes, delete the following pages and incorporate the revised pages at attached hereto. A vertical line in the right margin indicates the changed portion of Section J, List of Documents, Exhibits and Other Attachments.

Deleted Pages
- SECTION J, List of Documents, Exhibits and Other Attachments (P00003)

Incorporated Pages
- Section J, List of Documents, Exhibits and Other Attachments (Modification P00004)

CSS 000218

F07603-03-D-0002
P00004
Page 3 of 3

- Atch 4, Building Rates of Wages, Decision Number DE020009, pages 1 through 3, dated 10/11/2002

- Atch 4A, Building Rates of Wages, Decision Number DE030009, pages 1 through 3, dated 02/06/2004

- Atch 5, Unit Price Guide, Rev 2 dated 1 March 2004, pages 1 through 5

- Atch 4, Building Rates of Wages, Decision Number DE 020009, pages 1 through 3, dated 10/11/2002 (Rev 1) (Modification P00004)
- Atch 4A, Building Rates of Wages, Decision Number DE 030009, pages 1 through 3, dated 02/06/2004 (Rev 1) (Modification P00004)
- Unit Price Guide, Rev 3 dated 27 April 2004, pages 1 through 6 (Modification P00004)
- Technical Specifications - General Requirements, revised page 10

E. All other terms and conditions including the performance period are unchanged.

CSS 000219

Solicitation No. F07603-03-R-0006
Contract No. F07603-03-D-0002
Page 34 of 56
Modification P00004

SECTION J List of Documents, Exhibits and Other Attachments

Section J Table Of Contents

PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS
SECTION J
LIST OF ATTACHMENTS

| ITEM NO. | TITLE | DATED | PAGES |
|---|---|---|---|
| ATCH 1 | TECHNICAL SPECIFICATIONS - GENERAL REQUIREMENTS VOLUME 1 | 20 Nov 02 | 110 |
| ATCH 2 | CLIMATIC BRIEF | Sep 1977 | 3 |
| ATCH 3 | MONTHLY NUMBER OF DAYS WITH PRECIP TRACE TO .5 | 23 May 00 | 1 |
| ATCH 4 | RATES OF WAGES | | |
| | Building – General Decision Number DE020009 (revised (Rev 1) to include conformances) | 10/11/2002 | 3 |
| | Residential – General Decision Number DE020003 | 03/01/2002 | 2 |
| | Heavy – General Decision Number DE020005 | 10/11/2002 | 3 |
| | Highway – General Decision Number DE010006 | 10/11/2002 | 2 |
| Atch 4A | RATES OF WAGES | | |
| | Building – General Decision Number DE030009 (revised (Rev 1) to include conformances) | 02/06/2004 | 3 |
| | Residential – General Decision Number DE030003 | 06/13/2003 | 2 |
| | Heavy – General Decision Number DE030005 | 10/31/2003 | 3 |
| | Highway – General Decision Number DE030006 | 06/13/2003 | 2 |
| ATCH 5 | Unit Price Guide | 27 April 2004 | 6 |

CSS 000220

SOLICITATION NO: F07603-03-R-0006
CONTRACT NO: F07603-03-D-0002
Modification No. P00004

# RATES OF WAGES
## General Decision Number DE020009

```
General Decision Number DE020009
Superseded General Decision No. DE010009
State: DELAWARE
Construction Type:
BUILDING
County(ies):
KENT
BUILDING CONSTRUCTION PROJECTS (does not include residential
construction consisting of single family homes and apartments up
to and including 4 stories)
```

| Modification Number | Publication Date |
|---|---|
| 0 | 03/01/2002 |
| 1 | 03/08/2002 |
| 2 | 03/22/2002 |
| 3 | 05/03/2002 |
| 4 | 05/24/2002 |
| 5 | 06/14/2002 |
| 6 | 06/28/2002 |
| 7 | 07/05/2002 |
| 8 | 08/30/2002 |
| 9 | 10/11/2002 |

COUNTY(ies):
KENT

* BRDE0001C  05/01/2001

| | Rates | Fringes |
|---|---|---|
| Bricklayers (Including Caulking) | 21.00 | 8.73 |

* CARP0626A  05/01/2002

| | Rates | Fringes |
|---|---|---|
| Carpenters Including Drywall Hanging, Acoustical Ceilings, Formsetting and Scaffold Building | 26.82 | 9.57 |
| Soft Floor Layers | 26.82 | 9.57 |

* CARP1545A  05/01/1998

| | Rates | Fringes |
|---|---|---|
| Millwrights | 27.41 | 7.49 |

* ELEC0313A  12/01/2001

| | Rates | Fringes |
|---|---|---|
| Electricians | 28.38 | 13.22 |

* ENGI0542S  05/01/2002

| | Rates | Fringes |
|---|---|---|
| POWER EQUIPMENT OPERATORS: | | |
| Backhoes | 23.35 | 12.39+A |
| Bulldozers | 23.35 | 12.39+A |
| Cranes | | |
| High Rail/Burro Crane | 23.69 | 12.49+A |
| Tower Type Crane Operation, Erecting, Dismantling, Jumping, or Jacking | 23.35 | 12.39+A |
| Forklifts | 23.35 | 12.39+A |
| Loaders | | |
| Rail Loader (Winch Boom Loader) | 23.69 | 12.49+A |
| Conveyor Loaders (Euclid-Type Wheel) | 23.35 | 12.39+A |

Page 1 of 3

```
                                            SOLICITATIC  IO: F07603-03-R-0006
                                            CONTRACT Nu: F07603-03-D-0002
                                            Modification No. P00004

     Front-End Loader              23.35              12.39+A
     Rail/Road Loader              23.35              12.39+A
FOOTNOTE:
     A. PAID HOLIDAYS:  New Year's Day, Memorial Day; Independence
        Day; Labor Day; Thanksgiving Day; Christmas Day; and
        Election Day (provided the employee works the scheduled
        work day following the holiday.)
----------------------------------------------------------------
 * IRON0451A  07/01/2002
                                 Rates              Fringes
Ironworkers, Structural
 and Reinforcing                 25.60               15.05
----------------------------------------------------------------
 * PAIN0021S  05/01/2002
                                 Rates              Fringes
GLAZIERS                         26.80               11.00
----------------------------------------------------------------
 * PAIN0021V  05/01/2002
                                 Rates              Fringes
Painters, Brush & Roller
 Including Drywall Finishing     21.43                8.08
----------------------------------------------------------------
 * SFDE0669A  04/01/2001
                                 Rates              Fringes
Sprinkler Fitters                26.45                8.00
----------------------------------------------------------------
 * SHEE0019C  07/01/2002
                                 Rates              Fringes
Sheet Metal Workers              26.30               17.94+A
 FOOTNOTE:
   PAID HOLIDAY: Election Day.
----------------------------------------------------------------
 * SUDE1002A  07/30/2002
                                 Rates              Fringes
Cement Masons/Finishers          21.00                1.22
Laborers, Unskilled              13.61
Plumbers/Pipefitters, including
  HVAC Pipe Work                 29.72                6.67
----------------------------------------------------------------
*CONFORMED WAGE RATES:

 *Asbestos Workers/Insulators  $ 26.82               9.57
     (Conformed 2 Apr 2004)
 *Elevator Mechanic/           $ 28.89
    Elevator Installation & Repair
     (Conformed 28 Jan 2004)
 *Laborer, Skilled             $ 20.00
 *Spray Painter                $ 21.43               8.08
     (Conformed 31 Mar 2004)
 *Tile Setter (hard tile)      $ 26.83               9.98
     (Conformed 2 Apr 2004)
----------------------------------------------------------------
WELDERS - Receive rate prescribed for craft performing operation
to which welding is incidental.
================================================================
Unlisted classifications needed for work not included within
the scope of the classifications listed may be added after award only as
provided in the labor standards contract clauses
(29 CFR 5.5(a)(1)(ii)).
----------------------------------------------------------------
```

SOLICITATION NO: F07603-03-R-0006
CONTRACT NO: F07603-03-D-0002
Modification No. P00004

In the listing above, the "SU" designation means that rates listed under that identifier do not reflect collectively bargained wage and fringe benefit rates. Other designations indicate unions whose rates have been determined to be prevailing.

WAGE DETERMINATION APPEALS PROCESS

1.) Has there been an initial decision in the matter? This can be:
* an existing published wage determination
* a survey underlying a wage determination
* a Wage and Hour Division letter setting forth a position on a wage determination matter
* a conformance (additional classification and rate) ruling

On survey related matters, initial contact, including requests for summaries of surveys, should be with the Wage and Hour Regional Office for the area in which the survey was conducted because those Regional Offices have responsibility for the Davis-Bacon survey program. If the response from this initial contact is not satisfactory, then the process described in 2.) and 3.) should be followed.

With regard to any other matter not yet ripe for the formal process described here, initial contact should be with the Branch of Construction Wage Determinations. Write to:

    Branch of Construction Wage Determinations
    Wage and Hour Division
    U. S. Department of Labor
    200 Constitution Avenue, N. W.
    Washington, D. C. 20210

2.) If the answer to the question in 1.) is yes, then an interested party (those affected by the action) can request review and reconsideration from the Wage and Hour Administrator (See 29 CFR Part 1.8 and 29 CFR Part 7). Write to:

    Wage and Hour Administrator
    U.S. Department of Labor
    200 Constitution Avenue, N. W.
    Washington, D. C. 20210

The request should be accompanied by a full statement of the interested party's position and by any information (wage payment data, project description, area practice material, etc.) that the requestor considers relevant to the issue.

3.) If the decision of the Administrator is not favorable, an interested party may appeal directly to the Administrative Review Board (formerly the Wage Appeals Board). Write to:

    Administrative Review Board
    U. S. Department of Labor
    200 Constitution Avenue, N. W.
    Washington, D. C. 20210

4.) All decisions by the Administrative Review Board are final.

END OF GENERAL DECISION

SOLICITATIC NO: F07603-03-R-0006
CONTRACT NO: F07603-03-D-0002
MODIFICATION NO. P00004

# RATES OF WAGES

## General Decision Number DE030009

General Decision Number: DE030009 02/06/2004   DE9
Superseded General Decision Number: DE020009
State: Delaware
Construction Type: Building
County: Kent County in Delaware.

BUILDING CONSTRUCTION PROJECTS (does not include residential construction consisting of single family homes and apartments up to and including 4 stories)

| Modification Number | Publication Date |
|---|---|
| 0 | 06/13/2003 |
| 1 | 10/31/2003 |
| 2 | 11/21/2003 |
| 3 | 02/06/2004 |

BRDE0001-003 05/01/2001

|  | Rates | Fringes |
|---|---|---|
| Bricklayer (Including Caulking) | $ 21.00 | 8.73 |

CARP0626-001 05/01/2003

|  | Rates | Fringes |
|---|---|---|
| Carpenter (Including Drywall Hanging, Acoustical Ceilings, Formsetting and Scaffold Building) | $ 27.37 | 10.27 |
| Soft Floor Layer | $ 27.37 | 10.27 |

CARP1545-001 05/01/2003

|  | Rates | Fringes |
|---|---|---|
| Millwright | $ 29.41 | 15.85 |

* ELEC0313-001 12/01/2002

|  | Rates | Fringes |
|---|---|---|
| Electrician | $ 29.54 | 13.72 |

ENGI0542-018 05/01/2003

|  | Rates | Fringes |
|---|---|---|
| Power equipment operators: | | |
| Backhoes | $ 23.35 | 13.21+A |
| Bulldozers | $ 23.35 | 13.21+A |
| Conveyor Loaders (Euclid-Type Wheel) | $ 23.35 | 13.21+A |
| Forklifts | $ 23.35 | 13.21+A |
| Front-End Loaders | $ 23.35 | 13.21+A |
| High Rail/Burro Crane | $ 23.69 | 13.32+A |
| Rail Loader (Winch Boom Type) | $ 23.69 | 13.32+A |
| Rail/Road Loaders | $ 23.35 | 13.21+A |
| Tower Type Crane Operation, Erecting, Dismantling, Jumping or Jacking | $ 23.35 | 13.21+A |

Page 1 of 3

ATCH 4A
Rev 1
CSS 000224

```
                                        SOLICITATION NO: F07603-03-R-0006
                                        CONTRACT         F07603-03-D-0002
                                        MODIFICATION NO. P00004

    FOOTNOTE:  A.  PAID HOLIDAYS:  New Year's Day, Memorial Day;
    Independence Day; Labor Day; Thanksgiving Day; Christmas Day;
    and Election Day (provided the employee works the scheduled
    work day following the holiday.)
----------------------------------------------------------------
 IRON0451-001 07/01/2003
                                Rates               Fringes
    Ironworker
      Structural and
        Reinforcing.................$ 26.10           15.55
----------------------------------------------------------------
 PAIN0021-017 05/01/2002
                                Rates               Fringes
    Glazier.......................$ 26.80            13.75
----------------------------------------------------------------
 PAIN0021-020 05/01/2002
                                Rates               Fringes
    Drywall Finisher..............$ 21.93             8.08
    Painter, Brush and Roller.....$ 21.43             8.08
----------------------------------------------------------------
 SFDE0669-001 04/01/2001
                                Rates               Fringes
    Sprinkler Fitter..............$ 26.45             8.00
----------------------------------------------------------------
 SHEE0019-003 07/01/2002
                                Rates               Fringes
    Sheet metal worker............$ 26.30            17.94+A
    FOOTNOTE A:   PAID HOLIDAY: Election Day.
----------------------------------------------------------------
 SUDE2002-005 07/30/2002
                                Rates               Fringes
    Cement Mason/Finisher.........$ 21.00             1.22
    Laborer, Unskilled............$ 13.61
    Plumber/Pipefitter
     (including HVAC Pipe Work)...$ 29.72             6.67
----------------------------------------------------------------
 *CONFORMED WAGE RATES:

    *Asbestos Workers/Insulators    $ 26.82           9.57
       (Conformed 2 Apr 2004)
    *Elevator Mechanic/             $ 28.89
       Elevator Installation & Repair
       (Conformed 28 Jan 2004)
    *Laborer, Skilled               $ 20.00
    *Spray Painter                  $ 21.43           8.08
       (Conformed 31 Mar 2004)
    *Tile Setter (hard tile)        $ 26.83           9.98
       (Conformed 2 Apr 2004)
----------------------------------------------------------------
WELDERS - Receive rate prescribed for craft performing
operation to which welding is incidental.
================================================================
Unlisted classifications needed for work not included within
the scope of the classifications listed may be added after
award only as provided in the labor standards contract clauses
(29CFR 5.5 (a) (1) (ii)).
----------------------------------------------------------------
In the listing above, the "SU" designation means that rates
listed under the identifier do not reflect collectively
```

SOLICITATION NO: F07603-03-R-0006
CONTRACT NO: F07603-03-D-0002
MODIFICATION No. P00002

bargained wage and fringe benefit rates. Other designations indicate unions whose rates have been determined to be prevailing.

----------------------------------------------------------------

WAGE DETERMINATION APPEALS PROCESS

1.) Has there been an initial decision in the matter? This can be:
* an existing published wage determination
* a survey underlying a wage determination
* a Wage and Hour Division letter setting forth a position on a wage determination matter
* a conformance (additional classification and rate) ruling

On survey related matters, initial contact, including requests for summaries of surveys, should be with the Wage and Hour Regional Office for the area in which the survey was conducted because those Regional Offices have responsibility for the Davis-Bacon survey program. If the response from this initial contact is not satisfactory, then the process described in 2.) and 3.) should be followed.

With regard to any other matter not yet ripe for the formal process described here, initial contact should be with the Branch of Construction Wage Determinations. Write to:
    Branch of Construction Wage Determinations
    Wage and Hour Division
    U.S. Department of Labor
    200 Constitution Avenue, N.W.
    Washington, DC 20210

2.) If the answer to the question in 1.) is yes, then an interested party (those affected by the action) can request review and reconsideration from the Wage and Hour Administrator (See 29 CFR Part 1.8 and 29 CFR Part 7). Write to:
    Wage and Hour Administrator
    U.S. Department of Labor
    200 Constitution Avenue, N.W.
    Washington, DC 20210

The request should be accompanied by a full statement of the interested party's position and by any information (wage payment data, project description, area practice material, etc.) that the requestor considers relevant to the issue.

3.) If the decision of the Administrator is not favorable, an interested party may appeal directly to the Administrative Review Board (formerly the Wage Appeals Board). Write to:
    Administrative Review Board
    U.S. Department of Labor
    200 Constitution Avenue, N.W.
    Washington, DC 20210

4.) All decisions by the Administrative Review Board are final.
================================================================
END OF GENERAL DECISION

Page 3 of 3

ATCH 4A
Rev 1

CSS 000226

SOLICITATION NO: F07603-03-R-0006
CONTRACT NO: F07603-03-D-0002
Modification No. P00004

## SIMPLIFIED ACQUISITION OF BASE ENGINEER REQUIREMENTS (SABER)
### UNIT PRICE GUIDE (UPG)
### 27 April 2004

| SUBDIV | MAJ CLASS | LINE # | DESCRIPTION | UNIT | TOTAL |
|---|---|---|---|---|---|
| 01590 CCI 4578.40 | 400 | 6435 | Portable Toilets | MO | $ 89.44 |
| 02000 CCI 4578.40 | 620 | 0005 | Rubbish Handling: Total process, compacted, no air | CY | $ 36.83 |
| 02000 CCI 4578.40 | 830 | 0500 | Demolition of cadmium, chromium, arsenic, and/or lead contaminated brick, concrete, CMU block, sheetrock, plaster, etc. | SF | $ 9.32 |
| 02000 CCI 4578.40 | 830 | 9500 | Provide type "C" breathing air equipment – rental (crew of four persons, 8 hrs per day, five day work week). | WK | $1,618.39 |
| 02000 CCI 4578.40 | 850 | 0005 | Waste Packaging, Handling, & Disposal of Asbestos Material (This includes all personnel, collecting, bagging or placing in drums, vehicles, transportation/hauling, dumpsters, loading, disposal fees, landfill fees, and off loading at the landfill, etc.) | TN | $ 468.07 |
| 02000 CCI 4578.40 | 850 | 4000 | Steel drums, 55 gallon capacity | EA | $ 70.23 |

-1-

ATCH 5 – REV 3

SOLICITATION NO: F07603-03-R-0006
CONTRACT NO: F07603-03-D-0002
Modification No. P00003

SIMPLIFIED ACQUISITION OF BASE ENGINEER REQUIREMENTS (SABER)
UNIT PRICE GUIDE (UPG)
27 April 2004

| SUBDIV | MAJ CLASS | LINE # | DESCRIPTION | UNIT | TOTAL |
|---|---|---|---|---|---|
| 02000 CCI 4578.40 | 860 | 2700 | Wet wipe and hepa vaccum for cadmium, chromium, arsenic and/or lead. Includes environmental protection for workers (tyvec suits, gloves, half-face, respirator, etc.), cleaning material to include rags/ solvents, and equipment. | SF | $ 3.95 |
| 02000 CCI 4578.40 | 890 | 0100 | Industrial Hygienist (IH) | HR | $ 19.31 |
| 02000 CCI 4578.40 | 890 | 0300 | Certified Industrial Hygienist (CIH) | DAY | $ 369.03 |
| 02000 CCI 4578.40 | 890 | 1100 | Phase Contrast Microscopy (PCM) Analysis (Air, 5 day turn-a-round) | EA | $ 22.20 |
| 02000 CCI 4578.40 | 890 | 1105 | Phase Contrast Microscopy (PCM) Analysis (Air, 24 HR turn-a-round) | EA | $ 30.83 |
| 02000 CCI 4578.40 | 890 | 1150 | Polarized Light Microscopy (PLM) Analysis (Bulk, 5 day turn-a-round) | EA | $ 24.68 |
| 02000 CCI 4578.40 | 890 | 1155 | Polarized Light Microscopy (PLM) Analysis (Bulk, 24 HR turn-a-round) | EA | $ 30.84 |

-2-

ATCH 5 – REV 3

SOLICITATION NO: F07603-03-R-0006
CONTRACT NO: F07603-03-D-0002
Modification No. P00004

SIMPLIFIED ACQUISITION OF BASE ENGINEER REQUIREMENTS (SABER)
UNIT PRICE GUIDE (UPG)
27 April 2004

| SUBDIV | MAJ CLASS | LINE # | DESCRIPTION | UNIT | TOTAL |
|---|---|---|---|---|---|
| 02000 CCI 4578.40 | 890 | 1200 | Transmission Electron Microscopy (TEM) Analysis (5 day turnaround) | EA | $ 154.21 |
| 02000 CCI 4578.40 | 890 | 1205 | Transmission Electron Microscopy (TEM) Analysis (24 HR turnaround) | EA | $ 308.42 |
| 02000 CCI 4578.40 | 890 | 1300 | Air samples-labatory analysis for airbourne cadmium, chromium, arsenic, and/or lead. | EA | $ 31.51 |
| 02000 CCI 4578.40 | 890 | 1400 | Health and Safety Plan for removal of cadmium, chromium, arsenic,and/or lead. | EA | $ 900.37 |
| 02315 CCI 4578.40 | 400 | 0305 | Backhoe/Crane/Forklift Operator (includes all fringe benefits, payroll taxes, insusrance, overhead, and profit) | HR | $ 55.57 |
| 06100 CCI 4578.40 | 100 | 0020 | Carpenter (includes all fringe benefits, payroll taxes, insusrance, overhead, and profit) | HR | $ 57.70 |
| 07400 CCI 4578.40 | 107 | 0760 | Standing seam metal roof panels, 2" seams, 24 gage steel with factory finish. Includes all installation, fastening components material, equipment, and labor. | SF | $ 6.61 |

-3-

ATCH 5 – REV 3

SOLICITATION NO: F07603-03-R-0006
CONTRACT NO: F07603-03-D-0002
Modificaiton No. P00004

SIMPLIFIED ACQUISTION OF BASE ENGINEER REQUIREMENTS (SABER)
UNIT PRICE GUIDE (UPG)
27 April 2004

| SUBDIV | MAJ CLASS | LINE # | DESCRIPTION | UNIT | TOTAL |
|---|---|---|---|---|---|
| 07410 CCI 4578.40 | 700 | 0712 | Sheet Metal Roofing Mechanic (includes all fringe benefits, payroll taxes, insurance, overhead, and profit) | HR | $ 70.24 |
| 07600 CCI 4578.40 | 201 | 6500 | Downspout, 4" X 5", 24 gage steel with factory finish. Includes all fastening components, material, equipment and labor. | LF | $ 8.04 |
| 07600 CCI 4578.40 | 203 | 1500 | Elbows, 4" X 5", 24 gage steel with factory finish. Includes all fastening components, material, equipment and labor. | EA | $ 12.57 |
| 07600 CCI 4578.40 | 205 | 2900 | Gutter, 7", 24 gage steel with factory finish. Includes all fastening components, material, equipment, and labor. | LF | $ 9.68 |
| 07720 CCI 4578.40 | 875 | 0010 | Clear plastic snow guards, inclusive of all material, labor and equipment. | EA | $ 10.15 |
| 07720 CCI 4887.70 | 875 | 0020 | Snow bar on panel lengths of 35 LF or less (clamps/versa clips to be installed 32" on center). | LF | $ 22.15 |
| 07720 CCI 4887.70 | 875 | 0030 | Snow bar on panel lengths of greater than 35 LF, or with a 6/12 pitch or greater (clamps/versa clips to be installed 16" on center). | LF | $ 27.10 |

-4-

ATCH 5 – REV 3

SOLICITATION NO: F07603-03-R-0006
CONTRACT NO: F07603-03-D-0002
Modification No. P00004

SIMPLIFIED ACQUISITION OF BASE ENGINEER REQUIREMENTS (SABER)
UNIT PRICE GUIDE (UPG)
27 April 2004

| SUBDIV | MAJ CLASS | LINE # | DESCRIPTION | UNIT | TOTAL |
|---|---|---|---|---|---|
| 15110 CCI 4578.40 | 160 | 7701 | Plumber/Pipefitter (includes all fringe benefits, payroll taxes, insurance, overhead, and profit) | HR | $ 57.70 |
| 16139 CCI 4578.40 | 700 | 0005 | Electrician (includes all fringe benefits, payroll taxes, insurance, overhead, and profit) | HR | $ 65.97 |
| 16800 CCI 4578.40 | 120 | 4055 | Monaco Enterprises, Inc. M-2, 6 Zone, 24 VDC, Class A Integrated Fire Alarm & Radio Transciever | EA | $ 7,973.73 |
| This item includes the following: 1 ea #227-551-00 1 ea #199-011-00 1 ea IOM Manual | | | 1 ea #176-185-00 1 ea #198-007-00 | 2 ea #176-186-00 1 ea #021-008-00 | 2 ea #400-712-00 1 ea #625-100-00 | 1 ea #190-400-00 1 ea #626-000-02 | | |
| 16800 CCI 4578.40 | 120 | 4056 | Monaco Enterprises, Inc. M-2, 8 Zone, 24 VDC, Class A Integrated Fire Alarm & Radio Transciever | EA | $ 8,387.00 |
| This item includes the following: 1 ea #227-551-00 1 ea #199-011-00 1 ea IOM Manual | | | 1 ea #176-185-00 1 ea #198-007-00 | 3 ea #176-186-00 1 ea #021-008-00 | 2 ea #400-712-00 1 ea #625-100-00 | 1 ea #190-400-00 1 ea #626-000-02 | | |

-5-

ATCH 5 – REV 3

SOLICITATION NO: F07603-03-R-0006
CONTRACT NO: F07603-03-D-0002
Modification No. P00004

| SUBDIV | MAJ CLASS | LINE # | DESCRIPTION | UNIT | TOTAL |
|---|---|---|---|---|---|
| 16800 CCI 4578.40 | 120 | 4057 | Monaco Enterprises, Inc. M-2, 10 Zone, 24 VDC, Class A Integrated Fire Alarm & Radio Transciever | EA | $ 8,800.26 |
| | | | This item includes the following: | | |
| | | | 1 ea #176-185-00    4 ea #176-186-00    2 ea #400-712-00    1 ea #190-400-00 | | |
| | | | 1 ea #198-007-00    1 ea #021-008-00    1 ea #625-100-00    1 ea #626-000-02 | | |
| | | | 1 ea #227-551-00 | | |
| | | | 1 ea #199-011-00 | | |
| | | | 1 ea IOM Manual | | |

-6-

ATCH 5 – REV 3

27 Apr 2004

ADDENDUM NO. 1
SIMPLIFIED ACQUISITION OF
BASE ENGINEER REQUIREMENTS
(SABER)
TECHNICAL SPECIFICATIONS – GENERAL REQUIREMENTS
STATEMENT OF WORK (SOW)
VOLUME I

SOW dated 20 Nov 02, page 10, paragraph 2a(2) is deleted in its entirety and the following is added.

"(2) From the beginning of the contract, and until directed to relocate to Facility 638, the contractor shall be located in Facility 447, second floor. This location has latrines, heat and air conditioning for the administrative area. The contractor shall also be responsible for the maintenance and repair of the temporary office site including utility lines. There is no inside or outside storage area at Facility 447. Until the contractor relocates to Facility 638, the contractor may still have an outside storage area at Facility 638. Any outside contractor storage around Facility 638 shall be in an acceptable, enclosed suitable storage container (conex box or trailer), painted Glidden "Eagle Feather Tan" or approved equal. The contracting officer will advise the contractor in writing once the area located in Facility 638 becomes available. Any costs associated with the contractor's temporary location in Facility 447 and the relocation from Facility 447 to Facility 638 shall be at the contractor's expense."

(END OF PAGE)

contractor office site including utility lines and grounds upkeep. In the event of a fire or any damage to the building, the contractor shall notify the Base Civil Engineer Fire Department immediately. The contractor is responsible for insuring his/her own contents. The government shall not be liable for any loss or damage to the contractor's property, including stock, or for expenses incidental to such loss or damage.

(2) From the beginning of the contract, and until directed to relocate to Facility 638, the contractor shall be located in Facility 447, second floor. This location has latrines, heat and air conditioning for the administrative area. The contractor shall also be responsible for the maintenance and repair of the temporary office site including utility lines. There is no inside or outside storage area at Facility 447. Until the contractor relocates to Facility 638, the contractor may still have an outside storage area at Facility 638. Any outside contractor storage around Facility 638 shall be in an acceptable, enclosed suitable storage container (conex box or trailer), painted Glidden "Eagle Feather Tan" or approved equal. The contracting officer will advise the contractor in writing once the area located in Facility 638 becomes available. Any costs associated with the contractor's temporary location in Facility 447 and the relocation from Facility 447 to Facility 638 shall be at the contractor's expense.

b. Contractor Identification Signs.

The contractor shall erect a sign for his/her office and/or storage area. The sign shall be in compliance with base requirements and color scheme and approved by the CO before being erected.

c. Government Furnished Services.

(1) Government-Furnished Utilities: The government will provide utility access at the government-furnished contractor office site for water, sewer, and electric services. The contractor shall provide an electrical meter for the purpose of reimbursing the government for the quantities consumed by the contractor. Utility services shall be charged to the contractor at the Non-federal reimbursable rate IAW AFI 32-1061, *Providing Utilities to US Air Force Installations*. The contractor shall be responsible for making all required connections for water, sewer, electric, and telephone and these costs shall be included in the contractor's coefficient. If available (i.e. existing and in service), the government will provide utility access (electricity and water) at construction sites. Utility services furnished to the contractor by the government from the government's existing system outlets and supplies will be at no cost to the contractor at construction sites only. Where utility services are not available from existing system outlets and supplies, the contractor may include the required utility services in the proposal for the individual delivery order. The contractor shall install all temporary services at the inception of each delivery order as required and shall remove said services after completion of the delivery order.

CSS 000234