**Project No. 021058**         **Delivery Order No. F07603-03-D0002/**         **21 Feb 03**

### Title: Repair Dormitory 401

#### Attachment 1

#### SUBMITTAL REGISTER

NOTE: Submittals shall be made on AF Form 3000 within the timeframe annotated on the DO. Each submittal item shall be listed separately on the form and corresponding item number on this schedule shall be listed in the "Description of Material" section of the form. Submittals required by specification and or drawing shall be made, regardless whether or not they are listed below. The type of submittal required for each item shall be identified by the following letter code:

A - Catalog Cuts/Technical Specifications  
B - Color Selection  
C - Sample  
D - Control Diagrams  
E - Certification  
F - Delivery Tickets  
G - Shop Drawings  
H - Test Results  

I - Manufacturer's Instructions/Manuals  
J - Material Safety Data Sheet  
K - Warranty  
L - Grade  
M - Mix Formula  
N - Source  
O - Other  

| ITEM NUMBER | ITEM DESCRIPTION | SUBMITTAL CODE | SPECIFICATION REFERENCE | DATE APPROVED BY C.O. |
|---|---|---|---|---|
| 1 | Estimated quantities of hazardous materials to be used | O | 01500 | |
| 2 | Actual quantities of hazardous materials used | O | 01500 | |
| 3 | As-builts on CAD | O | 01700 | |
| 4 | Real Property Accountability Checklist | O | 01700 | |
| 5 | Doors/frames/ hardware | A | 081100/08700 | |
| 6 | Lock master plan | A,I | 08700 | |
| 6 | Paint/sealants | B,J | 09000 | |
| 7 | Suspended ceiling | A,I | 09000 | |
| 8 | Vanity and cabinetry | A,I | 09000 | |
| 9 | Wood molding | A,B,C | 06000 | |
| 10 | Vinyl tile | A,B,C | 09000 | |
| 11 | Sink | A | 15000 | |
| 12 | Ceramic tile | A,B,C | 09000 | |
| 13 | Seal bathroom floor | G | 04000 | |
| 14 | Shower | A,B,I | 15000 | |
| 15 | Bathroom hardware | A,B | 08000 | |
| 16 | Toilet | A,I | 15000 | |
| 17 | Electrical materials, conduit, wire, devices, lights, covers | A,D,I | 16000 | |
| 18 | Interior/exterior lighting | A,I | 16000 | |

CSS 000893

Project No. 021058          Delivery Order No. F07603-03-D0002/          21 Feb 03

### Title: Repair Dormitory 401

#### Attachment 2

#### MANDATORY VERIFICATION SCHEDULE

The work listed herein requires mandatory verification by the SABER Project Manager before any follow-on work is allowed to start. The Contractor shall notify the SABER Project Manager at least 24 hours prior to the desired verification date unless indicated otherwise below.

| WORK DESCRIPTION | SPECIFICATION REFERENCE | NOTIFICATION REQUIRED | DATE INSPECTION COMPLETED |
|---|---|---|---|
| Plumbing Rough-in | 15000 | 24 Hrs | |
| Mechanical Rough-in | 15000 | 24 Hrs | |
| Electrical Rough-in | 16000 | 24 Hrs | |
| Electrical Fire Alarm System | 16000 | 14 Days | |

CSS 000894

Project No. 021058        Delivery Order No. F07603-03-D0002/        21 Feb 03

Title: Repair Dormitory 401

## Attachment 3

### DRAWING SCHEDULE

| Sheet Number | Sheet Title | Date | Drawing Number |
|---|---|---|---|
| 1 of 3 | First Floor Plan | 1 Nov 99 | W-4661 |
| 2 of 3 | Second Floor Plan | 1 Nov 99 | W-4661 |
| 3 of 3 | Third Floor Plan | 1 Nov 99 | W-4661 |

CSS 000895



CSS 000896



CSS 000897



CSS 000898



**Chugach Support Services, Inc.**

Revised 1/28/04

Date: November 17, 2003

Sub Name:    Jersey Shore Automation, Inc.

Sub Address: 1500 Meeting House Road
Sub Address: Sea Girt, New Jersey 08750

Subject:    **Delivery Order with Notice to Proceed**
            **Master Subcontract Agreement No.: 70-JSA-005**
            **Dover AFB SABER Contract Number: F07603-03-D0002**
            **Subcontractor's Delivery Order No.: 5018**
            **Project Title: Building 302, Repair**
            **Accounting Code: 700376.018.0925.400.4000 S.**

1. This Delivery Order with Notice to Proceed is issued in accordance with and subject to the terms and conditions of the subject Master Subcontract Agreement.

2. The subcontractor shall provide all equipment, labor, material, and transportation necessary to do the following portions of the work as shown on the Technical Description and project drawings. This shall include daily cleanup of your work area and final cleanup of your portion of the work in order to maintain a neat appearance.

The scope of work for this project is as follows: Jersey Shore Automation, Inc shall furnish all plant, labor, equipment, materials, and incidentals unless otherwise specified. No alterations, additions, or deletions shall be made unless approved by Chugach Support Services Inc. Jersey Shore Automation, Inc shall field verify all needed items and measurements. Any unusual occurrences or abnormalities encountered with the existing site will be immediately reported to Chugach Support Services Inc. Work will stop in that area until a ruling is made by the government and communicated through Chugach Support Services Inc. on how to proceed. All work shall meet or exceed acceptable BOCA standards, National Electrical Code, and the standards of the United States Air Force. Jersey Shore Automation, Inc is to provide the necessary submittal data as required by the submittal register. A set of as built drawings of all work will be required at the end of the project.

GENERAL PROJECT DESCRIPTION: The project consists of, but is not limited to the following requirements to demolish approximately 1287 square feet (35 lf) from the west end of the facility and renovate the remaining portion, approximately 6075 square feet, for office and storage areas. Renovations will also include a new exterior brick finish on the walls and a new standing seam metal roof (SSMR) system to include entrance

CSS 000900

canopies, gutters, downspouts and snow bars. Please note that provisions will have to be made for a few personnel to remain in the switch room area during construction. Please note that a construction fence shall be required on this project (see 14.e. (2)).

a. Demolition

(1) Demolish approximately 41 lf of the west end of building 302 to include all foundation slabs and footings. Fill and grade disturbed area and plant grass.

(2) Demolish all exterior single pane windows and replace with new double pane insulated security laminated glass windows. All windows in the new contractor's storeroom area shall be removed and blocked in.

(3) Demolish all flooring materials throughout the facility.

(4) Demolish all latrine fixtures and stall partitions.

(5) Demolish all existing heating and air conditioning units to include all associated piping.

(6) Demolish all interior walls as shown on the drawings.

(7) Remove and block in existing doors as annotated on drawings.

b. Renovation

(1) Construct new 20 gauge metal stud walls as shown on attached drawing and fir out all CMU block walls for new gypsum board. Finish and paint all walls.

(2) Cut out CMU block wall and install new doors as annotated on drawings.

(3) Install a wet pipe sprinkler system throughout the occupied portion of the facility to include electronic equipment areas. Install a dry pipe system in the area between the existing built up roof and the new SSMR. There is currently an addendum to delete the requirement for the dry pipe system in the attic. Final details are not available at this time. Provide automatic shutdown of electric and generator power to switch gear upon activation of an emergency shutdown switch. Provide pull stations, horn/strobes, exit and emergency lighting and fire extinguisher cabinets, as required, throughout the facility.

(4) Install new Trane HVAC system to accommodate new office layout. Trane equipment to be provided by Chugach Support Services. Jersey Shore Automation, Inc will be responsible for all associated equipment and supplies required for the installation of the Trane equipment.

(5) Install a new suspended ceiling system with recessed lighting throughout the facility.

(6) Install new ceramic tile on the walls and floors of two (2) latrines. Install all required fixtures to include mirrors, towel dispensers, and plastic partitions and grab bars for one male and one unisex handicap latrine.

(7) Install carpet in all areas except, vinyl tile in hallways, operators' area and break room and an epoxy coating to the contractor's storage area. See asbestos notice (government's SOW) on floor tile located in the switch area. This tile will remain in place, and new tile installed around it.

(8) Install new Belden Brick (or approved equal) on all exterior walls to match current base standards. Install 2" rigid foam insulation between existing CMU block and new brick.

(9) Install new SSMR system to match current base standards. Include 6" fiberglass batt insulation laid over the existing roof. Construct two (2) entrance canopies, one at the

CSS 000901

main entrance and one at the new west entrance. Include all required gutters, downspouts, splash blocks and snow guards.

## SUMMARY

Jersey Shore Automation, Inc is to demolish 41Ft of existing facility 302, west end, including footers and foundation wall, construct new CMU block wall to enclose demolished end of facility, replace 25 existing windows and block up remaining window openings, replace/install doors with all associated hardware, replace all existing flooring (combination of epoxy, VCT, and carpet) and suspended ceiling as indicated on drawings, demo designated partition walls and construct new walls as shown on drawings. Bathrooms are to receive new fixtures and a ceramic tile finish on floors and walls.

The existing HVAC systems will be demolished (as indicated on drawings and SOW) and replaced with a Trane Brand HVAC system. Chugach support Services will provide major components manufactured by Trane all associated equipment and supplies needed for installation provided by Jersey Shore Automation, Inc. Retrofit facility with new sprinkler system (combination of pre-action, wet, and dry system) with all associated horns, strobes, and detectors (a new water supply line will be brought into the existing mech. room for sprinkler system service), renovate two existing latrines and break area.

Jersey Shore Automation, Inc shall install a Standing Seam Metal Roof system complete with gutters, downspouts, roof vents, soffit and snow bars over the existing facility, and install full brick veneer to the exterior of entire facility with a 2" rigid insulation on the exterior CMU block wall.

The exterior will be landscaped with a variety of shrubs selected for this climatic region (selection will be subject to approval by gov't personnel). Specifications listed in the governments SOW are to be considered part of this Statement of Work.

(Also see attached the four page statement of work from the government for this delivery order)

3. It is agreed that the amount of the subcontractor's contract for this project is Eight Hundred thousand dollars $800,000.00 this price includes tax and all other costs required for completing the specified scope of work.

4. Please note that General Wage Decision No. DE020009. The wage scale attached is the required wage board to be used for this project and should be reflected on your weekly certified payroll submittal.

FAR Clause 52.211-12. Liquidated Damages – Construction is applicable to this delivery order.

a) If the Subcontractor fails to complete the work within the time specified in the contract, the subcontractor shall pay liquidated damages to Chugach Support Services in the amount of $223.28 for each calendar day of delay until the work is completed for accepted.

CSS 000902

b) If Chugach Support Services terminates the subcontractor's right to proceed, Liquidated damages will continue to accrue until the work is completed. These liquidated damages are in the addition to excess cost of repurchase under the termination clause.

5. Your portion of the work shall begin no later than November 17, 2003 and shall be completed by Aug 27, 2003_unless otherwise directed. Subcontractor is bound by the Contractor's Schedule of Work and Project Schedule. The contractor is advised there is a high probability that there will be at least indefinite suspension of work requirement issued during the performance of work on this project.

6. There shall be no changes to the dollar amount or completion date of this contract unless approved in writing by the undersigned. If the need arises for an addition or deletion in the scope of work that results in a cost impact, a Change Order will be issued to adjust the total contract amount in accordance with the terms set forth in the Master Subcontract Agreement.

7. Please note that delays can be experienced while working on military installations. These delays do not necessarily warrant a Change Order.

8. If you have not already done so, please complete the following actions within four days of receipt of this Delivery Order and Notice to Proceed

a) **Sign and return one copy** of this Delivery Order with Notice to Proceed to Chugach Support Services.

b) Provide a **Site Specific Safety Plan** to this office for if requested by the Safety Manager. You are reminded that **hardhats** will be worn at **all** times on job sites.

c) Submit a **Statement and Acknowledgement (Form 1413)** to this office for any lower tier subcontractors.

d) Submit a current **Certificate of Insurance** to this office naming Chugach Support Services, Inc. as additional insured in accordance with the terms of the Master Subcontract Agreement, if you do not have a current certificate already on file.

9. In order to be paid promptly, you must do the following:

a) Submit a Progress Billing for Subcontractor (Exhibit "A" of Master Subcontract Agreement) with each invoice.

b) Submit a **Partial and/or Final Release and Waiver of Lien** with each invoice.

c) During construction, submit **Certified Payroll Reports** to site office no later than 2:00 p.m. of the Tuesday following each pay period.

c) Submit **MSDS'** and quantities for **all chemicals entering or leaving the base**. These must be submitted to our office at least **seven (7) days** prior to bringing materials on the base.

CSS 000903

10. Our site office is located at Building 447 Tuckegge Street on Dover Air Force Base. Our mailing address is:

> Chugach Support Services, Inc.
> Post Office Box 02049
> DAFB, DE. 19902

Please don't hesitate to call or stop by if we can assist you in any way.

All terms and conditions in the Master Subcontract Agreement # 70-JSA-005 signed on May 20, 2003 are incorporated herein.

Receipt acknowledged
This _20_ day of _NOVEMBER_, 2003.
By: _____
Jersey Shore Automation, Inc.

Receipt acknowledged
this _18th_ day of _____, 2003.
By: _____
Robert P. Hafey
Project Manager
Chugach Support Services

CSS 000904



_ugach Support Services, Inc._

Date: November 12, 2003

Sub Name:    Jersey Shore Automation, Inc.

Sub Address: 1500 Meeting House Road
Sub Address: Sea Girt, New Jersey 08750

**Subject:    Delivery Order with Notice to Proceed**
**Master Subcontract Agreement No.: 70-JSA-005**
**Dover AFB SABER Contract Number: F07603-03-D0002**
**Subcontractor's Delivery Order No.: 5010**
**Project Title:  Command Suite Building# 300**
**Accounting Code: 700376.010.0330.400.4000 S.**

1. This Delivery Order with Notice to Proceed is issued in accordance with and subject to the terms and conditions of the subject Master Subcontract Agreement.

2. The subcontractor shall provide all equipment, labor, material, and transportation necessary to do the following portions of the work as shown on the Technical Description and project drawings. This shall include daily cleanup of your work area and final cleanup of your portion of the work in order to maintain a neat appearance.

The project consists of, but is not limited to, repairs in the Command suite to increase size of offices and correct cooling problems in the command Suite. Also, resize the laboratory and physical therapy reception office and physical therapy
Clinic. The new finishes shall match the existing finishes. Protect the carpeting before Demolition work starts and during construction.
a. Work in command suite: The contractor shall give 14 days notice before starting work in The command suite so the government can vacate the area and remove the furniture.
The contractor shall reuse ceiling tiles, air diffusers, carpet, lighting and doors within rooms when possible.
Install new metal door frames in rooms and reuse existing doors (see Rev 1 sketch 1 for Locations). Ensure all existing electrical receptacles and communication outlets are Reinstalled in the new rooms. The existing ceiling tiles are manufactured by USG, Type Sandrift 808, Size 2'x2'x3/4", color white.
(1) Remove the center wall and front walls to make one room in rooms 1B13 and 1B14. Install new front wall and door approximately 2 feet into room 1B22. After the walls Are erected install suspended ceiling grids and install old ceiling tiles (replacing any Damaged tiles). Relocate the light switches to the new door location. Insulate new walls for sound. Remove one of the HVAC thermostats and connect one thermostat to both VAV reheats.
(2) Remove walls and install new walls in rooms 1B15 and 1B16 to create one room (see 13 a (1) above).
(3) Remove the center wall between rooms 1B17 and 1B25 and front wall in room 1B23

CSS 000915

to create one room. Install new door between rooms 1B25 and 1B24 (see Rev 1 sketch 1 for location).

(4) Remove wall in hallway 1B23 to create one room in 1B24. Install cipher lock on the door in room 1B37 leading to room 1B23.

(5) Remove front wall in room 1B18 and construct new wall approximant 2' into room 1B22.

(6) Relocate door and window between rooms 1B22 and 1B23 for the 2' extension on Room 1B16.

(7) Remove center and front walls to make one room in rooms 1B21 and 1B20. Install new front wall approximately 2 foot into room 1B22 (see 13 a (1) above).

(8) Install electrical trough in room 1B22 floor to run lines to the three desks so no Communication or electric lines are run above the floor. Cut concrete floor from the Closest wall running to the desk, all trough to be below floor and covered with carpet so no cables are above the floor running to the desks (contractor may use column to run lines to desk instead of cutting out the concrete floor).

(9) After the command suite work is completed remove carpet in room 1A3 and install vinyl floor tile.

b. Work in laboratory reception area: The contractor shall give 14 days notice before starting work in the laboratory area so the government can make changes in the clinic schedule (See attachment 3, Performance Requirement Schedule). The contractor shall reuse ceiling tiles, air diffusers, lighting and doors within rooms when possible (see Rev 1 sketch 1 for locations).

(1) Install fire exit door in the window area of room 1B26 and 4' wide hallway leading to room 1B37.

(2) Install metal landing with removable metal grate system outside room 1B36 with new fire exit door and new 5' wide concrete sidewalk that intersects the existing sidewalk.

(3) Remove the door and frame in room 1B36 leading to room 1B35 and close opening.

(4) Rebuild the reception area in room 1B26 into two 7' wide rooms, remove 2 roll- up windows and part of the countertop, install new center wall with door. One existing roll- up window and part of the existing countertop shall remain as the laboratory reception room reception window.

c. Work in physical therapy clinic area: The contractor shall give 14 days notice before starting work in the physical therapy area so the government can make changes in the clinic schedule (See attachment 3, Performance Requirement Schedule). The contractor shall reuse ceiling tiles, air diffusers, lighting and doors within rooms when possible (see Rev 1 sketch 1 for locations).

(1) Install new reception counter and roll- up window (using smaller roll-up window removed from room 1B36) in the wall between room 1B33 and 1B37 with counter facing room 1B37.

(2) Construct new treatment room beside room 1B33 similar to room 1B33.

(3) Relocate one overhead curtain track by room 1B33 to the side of room 1B34.

(4) Resize 3 overhead curtain tracks to fit the remaining space between the new treatment room and the short end wall.

(5) Relocate sink and cabinetry unit located outside room 1B33 to the end of room 1B31 replacing the wall hung sink with the cabinetry.

(6) Install new metal framed opening approximately 10' wide and 7' high in room 1B32 to access room 1B1.

d. Work in the basement: Improve HVAC and prevent the heat in the basement from heating the floor in command suite (contractor may suggest method to prevent heat from heating the floor). See Rev 1 sketch 1 for locations.

(1) Increase the airflow on exhaust system or install adequate exhaust system to remove the heat in rooms 027, 027A, 028, and 028A. New equipment shall be tied into the

fire alarm system for automatic shutdown.

(2) Insulate the ceilings with spray foam insulation (meeting fire code non flammable insulation) or 4" fiberglass insulation panels in rooms 027, 027A, 028 and 028A.

(3) Repair all insulation breaks on the High Temperature Hot Water (HTHW) lines running through rooms 027, 027A, 028 and 028A (insulation contains no asbestos).

(4) Insulate and ventilate the basement area above the domestic hot water tanks to reduce the heat on the floor in command suite. New equipment shall be tied into the fire alarm system for auto shutdown.

(5) Increase the cooling capacity of air handler 111 by approximately 25% (replace cooling coil or increase water flow) and reroute outside air duct to opening beside the unit.

e. Demolition work includes the removal of the existing partition walls, ceiling grids, carpeting and electrical material associated with project. The contractor shall dispose of all construction debris in accordance with all Federal, State and local requirements.

> (Also see attached the four page statement of work from the government for this delivery order)

3. It is agreed that the amount of the subcontractor's contract for this project is Ninety Three thousand Nine hundred fifty Seven dollars $93,957.00 this price includes tax and all other costs required for completing the specified scope of work.

4. Please note that General Wage Decision No. DE020009. The wage scale attached is the required wage board to be used for this project and should be reflected on your weekly certified payroll submittal.

~~FAR Clause 52.211-12. Liquidated Damages — Construction is applicable to this delivery order.~~

~~a) If the Subcontractor fails to complete the work within the time specified in the contract, the subcontractor shall pay liquidated damages to Chugach Support Services in the amount of $223.28 for each calendar day of delay until the work is completed for accepted.~~

~~b) If Chugach Support Services terminates the subcontractor's right to proceed, Liquidated damages will continue to accrue until the work is completed. These liquidated damages are in the addition to excess cost of repurchase under the termination clause.~~

5. Your portion of the work shall begin no later than 11/10/03 and shall be completed by 01/03/03 unless otherwise directed. Subcontractor is bound by the Contractor's Schedule of Work and Project Schedule. The contractor is advised there is a high probability that there will be at least indefinite suspension of work requirement issued during the performance of work on this project.

6. There shall be no changes to the dollar amount or completion date of this contract unless approved in writing by the undersigned. If the need arises for an addition or deletion in the scope of work that results in a cost impact, a Change Order will be

issued to adjust the total contract amount in accordance with the terms set forth in the Master Subcontract Agreement.

7. Please note that delays can be experienced while working on military installations. These delays do not necessarily warrant a Change Order.

8. If you have not already done so, please complete the following actions within four days of receipt of this Delivery Order and Notice to Proceed

a) **Sign and return one copy** of this Delivery Order with Notice to Proceed to Chugach Support Services.

b) Provide a **Site Specific Safety Plan** to this office for if requested by the Safety Manager. You are reminded that **hardhats** will be worn at **all** times on job sites.

c) Submit a **Statement and Acknowledgement (Form 1413)** to this office for any lower tier subcontractors.

d) Submit a current **Certificate of Insurance** to this office naming Chugach Support Services, Inc. as additional insured in accordance with the terms of the Master Subcontract Agreement, if you do not have a current certificate already on file.

9. In order to be paid promptly, you must do the following:

   a) Submit a Progress Billing for Subcontractor (Exhibit "A" of Master Subcontract Agreement) with each invoice.

   b) Submit a **Partial and/or Final Release and Waiver of Lien** with each invoice.

   c) During construction, submit **Certified Payroll Reports** to site office no later than 2:00 p.m. of the Tuesday following each pay period.

   c) Submit **MSDS'** and quantities for **all chemicals entering or leaving the base.** These must be submitted to our office at least **seven (7) days** prior to bringing materials on the base.

10. Our site office is located at Building 447 Tuckegge Street on Dover Air Force Base. Our mailing address is:

> Chugach Support Services, Inc.
> Post Office Box 02049
> DAFB, DE. 19902

CSS 000918

11. Please don't hesitate to call or stop by if we can assist you in any way.

All terms and conditions in the Master Subcontract Agreement # 70-JSA-005 signed on May 20, 2003 are incorporated herein.


Receipt acknowledged
This _17_ day of _NOVEMBER_, 2003.
By: _____
Jersey Shore Automation, Inc.


Receipt acknowledged
this _24th_ day of _NOV._ , 2003.
By: _____
Robert P. Hafey
Project Manager
Chugach Support Services

CSS 000919



_hugach Support Services, Inc._

Revised 1/28/04

Date: November 12, 2003

Sub Name:   Jersey Shore Automation, Inc.

Sub Address: 1500 Meeting House Road

Sub Address: Sea Girt, New Jersey 08750

Subject:    **Delivery Order with Notice to Proceed**
            **Master Subcontract Agreement No.: 70-JSA-005**
            **Dover AFB SABER Contract Number: F07603-03-D0002**
            **Subcontractor's Delivery Order No.: 5019**
            **Project Title: Building 1272, Repair**
            **Accounting Code: 700376.019.0502.400.4000 S.**

1. This Delivery Order with Notice to Proceed is issued in accordance with and subject to the terms and conditions of the subject Master Subcontract Agreement.

2. The subcontractor shall provide all equipment, labor, material, and transportation necessary to do the following portions of the work as shown on the Technical Description and project drawings. This shall include daily cleanup of your work area and final cleanup of your portion of the work in order to maintain a neat appearance.

The scope of work for this project is as follows: Jersey Shore Automation shall furnish all plant, labor, equipment, materials, and incidentals unless otherwise specified. No alterations, additions, or deletions shall be made unless approved by Chugach Support Services Inc. Jersey Shore Automation shall field verify all needed items and measurements. Any unusual occurrences or abnormalities encountered with the existing site will be immediately reported to Chugach Support Services Inc. Work will stop in that area until a ruling is made by the government and communicated through Chugach Support Services Inc. on how to proceed. All work shall meet or exceed acceptable BOCA standards, National Electrical Code, and the standards of the United States Air Force. Jersey Shore Automation will provide all required submittal data and documentation required by Chugach Support Service's master contract agreement.

1. This project is in three phases. The first phase is to demo all areas needed to gain access to water pipes for asbestos abatement. This work has been accomplished. Second phase is the asbestos abatement. Currently the government has an abatement contractor in there and their completion date is set for 9 Dec 2003. Third phase is the repair work which is your work.

2. Jersey Shore Automation's work consists of all demo work required to gut the building so remodeling can proceed.

3. Chugach Support Services has provided a dumpster for the phase one work. The dumpster is not yet full. You are free to use this dumpster for your waste until it is full. Chugach Support Services will pay for this dumpster with no burden to you. After this dumpster is pulled from the site it will be your responsibility to provide means for your waste disposal.

CSS 000928

4. The project consists of, but is not limited to the following requirements to renovate the interior of building 1272, install a new Standing Seam Metal Roof (SSMR) system and provide a new lightning protection system for this facility.

a. Mechanical Room

(1) Demolish existing hot water boiler and all associated heating pipes and heaters throughout the facility.

(2) Demolish all unused electrical panels and equipment.

(3) Demolish the existing exhaust fan in its entirety and patch the roof penetration.

(4) Demolish three (3) existing louvers in the north wall of the mechanical room and patch with CMU block.

(5) Replace one (1) louver in the west wall and replace with a motor controlled louver activated by the new oil furnace.

(6) Relocate the existing hot water heater within the new mechanical room area .

(7) Demolish two (2) raised concrete slab sections and patch floor.

(8) Construct a new CMU block wall approximately twelve (12) feet from the exterior mechanical room wall.

(9) Demolish all light fixtures.

(10) Install two (2) new doorways between the existing mechanical room and the office area as shown on attached drawing.

(11) Construct a new metal stud wall to divide the old mechanical room area in half.

(12) Install new drywall, suspended ceiling with recessed lighting, receptacles, communication boxes and carpeting with base cove molding in the two new offices created in (11) above.

(13) Install new light fixtures in the mechanical room.

b. Office Area

(1) Demolish existing fixtures in the bathroom.

(2) Demolish all doors and doorframes in the office area.

(3) Demolish small communications closet in the current break room.

(4) Demolish existing suspended ceiling and light fixtures.

(5) Demolish all floor coverings.

(6) Remove existing burlap wainscoting and repair all drywall walls.

(7) Repair all damaged walls due to heating pipes demolition.

(8) Construct two (2) new metal stud walls in the current break room and cut out one (1) new doorway as annotated on attached drawing.

(9) Install new doors and frames for all offices.

(10) Install new suspended ceiling system with new recessed lighting.

(11) Install ceramic tile on the walls of the latrine and paint all other walls in the office area.

(12) Install new floor coverings and base cove molding throughout the office area: ceramic tile in the latrine, vinyl tile in the break room and carpet in the remaining areas.

(13) Install new fixtures in the latrine, to include an exhaust fan.

(14) Install new sink and counter in break room as annotated on drawing number 2. Relocate the existing receptacle wiring to accommodate the new counter and install a GFI receptacle.

(15) Replace one electrical panel in the maintenance bay.

(16) Relocate the existing twist lock receptacle used for the network equipment to the opposite wall.

(17) Relocate the existing fire alarm switch to a location near the main entrance.

c. Other Construction

(1) Replace all exterior personnel doors, frames, closers and locks. All exterior doors shall be standard 1 ¾-inch thick, hollow metal, industrial-type construction with a

CSS 000929

minimum 14- guage skin thickness, internally reinforced with continuous vertical steel stiffeners spaced 6 inches on center. The door bucks, frames, and keepers shall be rigidly anchored and provided with anti-spread filler reinforced to prevent disengagement of the lock bolt by prying or jacking of the door frame. Door frames shall be designed and installed in a manner that prevents removal of the frame facing. Door hinges shall be located on the inside and shall be of the fixed-pin security type or equivalent. The two (2) doors leading to the Maintenance Area shall have panic hardware installed on the interior with no door handles, knobs or pulls on the exterior. The four (4) personnel doors leading to the office area and mechanical room shall have panic hardware on the inside and standard heavy duty locks on the exterior. Mechanical room doors shall be keyed to match the standard mechanical room key. (2) Install new Trane HVAC system to serve entire facility with separate controls, one for the office areas and one for the maintenance and recreation areas. (3) Install new SSMR system complete with gutters, downspouts, splash blocks, snow bars and R-30 fiberglass insulation batts installed over existing roof. New roof system shall be vented. (4) Install lightning protection system as shown on attached drawings. (5) Install security hasp (government provided equipment)on the office side of the sliding explosion door separating the maintenance and office areas.

> (Also see attached the four page statement of work from the government for this delivery order)

3. It is agreed that the amount of the subcontractor's contract for this project is Two Hundred Thirty thousand dollars $230,000.00 this price includes tax and all other costs required for completing the specified scope of work.

4. Please note that General Wage Decision No. DE020009. The wage scale attached is the required wage board to be used for this project and should be reflected on your weekly certified payroll submittal.

    FAR Clause 52.211-12. Liquidated Damages – Construction is applicable to this delivery order.

    a) If the Subcontractor fails to complete the work within the time specified in the contract, the subcontractor shall pay liquidated damages to Chugach Support Services in the amount of $223.28 for each calendar day of delay until the work is completed for accepted.

    b) If Chugach Support Services terminates the subcontractor's right to proceed, Liquidated damages will continue to accrue until the work is completed. These liquidated damages are in the addition to excess cost of repurchase under the termination clause.

5. Your portion of the work shall begin no later than 11/12/03 and shall be completed by 04/26/03 unless otherwise directed. Subcontractor is bound by the Contractor's Schedule of Work and Project Schedule. The contractor is advised there is a high probability that there will be at least indefinite suspension of work requirement issued during the performance of work on this project.

CSS 000930

6. There shall be no changes to the dollar amount or completion date of this contract unless approved in writing by the undersigned. If the need arises for an addition or deletion in the scope of work that results in a cost impact, a Change Order will be issued to adjust the total contract amount in accordance with the terms set forth in the Master Subcontract Agreement.

7. Please note that delays can be experienced while working on military installations. These delays do not necessarily warrant a Change Order.

8. If you have not already done so, please complete the following actions within four days of receipt of this Delivery Order and Notice to Proceed

a) **Sign and return one copy** of this Delivery Order with Notice to Proceed to Chugach Support Services.

b) Provide a **Site Specific Safety Plan** to this office for if requested by the Safety Manager. You are reminded that **hardhats** will be worn at **all** times on job sites.

c) Submit a **Statement and Acknowledgement (Form 1413)** to this office for any lower tier subcontractors.

d) Submit a current **Certificate of Insurance** to this office naming Chugach Support Services, Inc. as additional insured in accordance with the terms of the Master Subcontract Agreement, if you do not have a current certificate already on file.

9. In order to be paid promptly, you must do the following:

a) Submit a Progress Billing for Subcontractor (Exhibit "A" of Master Subcontract Agreement) with each invoice.

b) Submit a **Partial and/or Final Release and Waiver of Lien** with each invoice.

c) During construction, submit **Certified Payroll Reports** to site office no later than 2:00 p.m. of the Tuesday following each pay period.

c) Submit MSDS' and quantities for **all chemicals entering or leaving the base**. These must be submitted to our office at least **seven (7) days** prior to bringing materials on the base.

10. Our site office is located at Building 447 Tuckegge Street on Dover Air Force Base. Our mailing address is:

> Chugach Support Services, Inc.
> Post Office Box 02049
> DAFB, DE. 19902

CSS 000931

Please don't hesitate to call or stop by if we can assist you in any way.

All terms and conditions in the Master Subcontract Agreement # 70-JSA-005 signed on May 20, 2003 are incorporated herein.

Receipt acknowledged
This 20 day of _November_, 2003.
By:
Jersey Shore Automation, Inc.

Receipt acknowledged
this 18th day of _____, 2003.
By:
Robert P. Hafey
Project Manager
Chugach Support Services

CSS 000932



**Chugach Support Services, Inc.**

Revised 1/28/04

Date: December 3, 2003

Sub Name: Jersey Shore Automation, Inc.

Sub Address: 1500 Meeting House Road
Sub Address: Sea Girt, New Jersey 08750

Subject: **Delivery Order with Notice to Proceed**
**Master Subcontract Agreement No.: 70-JSA-005**
**Dover AFB SABER Contract Number: F07603-03-D0002**
**Subcontractor's Delivery Order No.: 5021**
**Project Title: Building 781, Interior Maint. Shop**
**Accounting Code: 700376.021.0970.400.4000 S.**

1. This Delivery Order with Notice to Proceed is issued in accordance with and subject to the terms and conditions of the subject Master Subcontract Agreement.

2. The subcontractor shall provide all equipment, labor, material, and transportation necessary to do the following portions of the work as shown on the ·Technical Description and project drawings. This shall include daily cleanup of your work area and final cleanup of your portion of the work in order to maintain a neat appearance.

Structural work will consist of construction of a new second floor over existing break room. Architectural work consists of concrete floor repair, resurfacing, painting of entire maintenance shop area, installation of new walls, windows, doors, ceramic tiles and painting. Mechanical work consists of new heating, ventilation, air conditioning, new gas piping, and new compressed air line piping system. Electrical work consists of new lighting, telephone lines and receptacles. BREAK ROOM: Chugach Support Services (CSS) will construct second floor using open web joist to support the second floor. Metal stairways will be fabricated and installed for primary and emergency egress. The second floor area shall have metal door, painted drywall, 2'x2' ceiling tiles, ceramic floor tiles, recessed lighting and emergency light fixture. Rooms will have power outlets, and telephone/data outlets. A new packaged air conditioning system shall be installed to serve the second floor and the first floor. The fire sprinkler system will be extended to the second floor addition.
MAINTENANCE AREA:
(1) CSS will repair and resurface approximately 16,500 square feet concrete floor area as annotated on the floor plan provided with SOW. Once repairs are made an industrial epoxy floor coating shall be applied to all resurfaced floor

CSS 000943

areas. Work shall be done in two separate stages so the shop can remain in operation.

(2) We will demolish existing compressed air hose and piping. Then install new compressed air lines to connect the new and existing hose reels, and other air powered equipment.

(3) CSS will relocate three existing cord reels currently hanging from the ceiling of the shop to indicated locations

(4) Install new radiant gas heating type system to hanger area.

c. EXTERIOR AREA

(1) CSS will install gas line for the heating systems via a 4" main to the area, and then smaller service to the building.

> (Also see attached the four page statement of work from the government for this delivery order)

3. It is agreed that the amount of the subcontractor's contract for this project is Three hundred Twenty Eight thousand One Hundred Seventy Nine dollars (328,179.00) this price includes tax and all other costs required for completing the specified scope of work.

4. Please note that General Wage Decision No. DE020009. The wage scale attached is the required wage board to be used for this project and should be reflected on your weekly certified payroll submittal.

FAR Clause 52.211-12. Liquidated Damages – Construction is applicable to this delivery order.

a) If the Subcontractor fails to complete the work within the time specified in the contract, the subcontractor shall pay liquidated damages to Chugach Support Services in the amount of $223.28 for each calendar day of delay until the work is completed for accepted.

b) If Chugach Support Services terminates the subcontractor's right to proceed, Liquidated damages will continue to accrue until the work is completed. These liquidated damages are in the addition to excess cost of repurchase under the termination clause.

5. Your portion of the work shall begin no later than 12/3/03 and shall be completed by 03/26/04 unless otherwise directed. Subcontractor is bound by the Contractor's Schedule of Work and Project Schedule. The contractor is advised there is a high probability that there will be at least indefinite suspension of work requirement issued during the performance of work on this project.

6. There shall be no changes to the dollar amount or completion date of this contract unless approved in writing by the undersigned. If the need arises for an addition or deletion in the scope of work that results in a cost impact, a Change Order will be

CSS 000944

issued to adjust the total contract amount in accordance with the terms set forth in the Master Subcontract Agreement.

7. Please note that delays can be experienced while working on military installations. These delays do not necessarily warrant a Change Order.

8. If you have not already done so, please complete the following actions within four days of receipt of this Delivery Order and Notice to Proceed

a) **Sign and return one copy** of this Delivery Order with Notice to Proceed to Chugach Support Services.

b) Provide a **Site Specific Safety Plan** to this office for if requested by the Safety Manager. You are reminded that **hardhats** will be worn at **all** times on job sites.

c) Submit a **Statement and Acknowledgement (Form 1413)** to this office for any lower tier subcontractors.

d) Submit a current **Certificate of Insurance** to this office naming Chugach Support Services, Inc. as additional insured in accordance with the terms of the Master Subcontract Agreement, if you do not have a current certificate already on file.

9. In order to be paid promptly, you must do the following:

a) Submit a Progress Billing for Subcontractor (Exhibit "A" of Master Subcontract Agreement) with each invoice.

b) Submit a **Partial and/or Final Release and Waiver of Lien** with each invoice.

c) During construction, submit **Certified Payroll Reports** to site office no later than 2:00 p.m. of the Tuesday following each pay period.

c) Submit **MSDS'** and quantities for all **chemicals entering or leaving the base.** These must be submitted to our office at least seven (7) days prior to bringing materials on the base.

10. Our site office is located at Building 447 Tuckegge Street on Dover Air Force Base. Our mailing address is:

Chugach Support Services, Inc.
Post Office Box 02049
DAFB, DE. 19902

CSS 000945

Please don't hesitate to call or stop by if we can assist you in any way.

All terms and conditions in the Master Subcontract Agreement # 70-JSA-005 signed on May 20, 2003 are incorporated herein.

Receipt acknowledged
This _8ᵀᴴ_ day of _DECEMBER_, 2003.
By: _____
Jersey Shore Automation, Inc.

Receipt acknowledged
this _8ᵗʰ_ day of _____, 2003.
By: _____
Robert P. Hafey
Project Manager
Chugach Support Services

CSS 000946