APPENDIX TO
BRIEF OF DEFENDANTS
CHUGACH SUPPORT SERVICES, INC.
AND SAFECO INSURANCE COMPANY OF AMERICA
IN SUPPORT OF MOTION TO DISMISS IN PART,
OR IN THE ALTERNATIVE FOR PARTIAL SUMMARY JUDGMENT

EXHIBIT 4: THE JERSEY SHORE FORMS 1413

@PFDesktop\::ODMA/WORLDOX/G:/505986/4/HAL8960.WPD

| STATEMENT OF ACKNOWLEDGMENT | FORM APPROVED OMB NO. 3090-0116 |
|---|---|

### PART I - STATEMENT OF PRIME CONTRACTOR

| 1. PRIME CONTRACT NO. | 2. DATE SUBCONTRACT AWARDED | 3. SUBCONTRACT NUMBER |
|---|---|---|
| F07603-03-D-0002-5000 | 06/04/2003 | 70-JSA-005 / 5000 |

| 4. PRIME CONTRACTOR (Name, address and ZIP code) | 5. SUBCONTRACTOR NAME |
|---|---|
| Chugach Support Services, Inc.<br>Post Office Box 2049<br>Dover AFB, DE 19902 | Jersey Shore Automation, Inc.<br>1500 Meeting House Road<br>Sea Girt, NJ 08750 |

6. The prime contractor states that under the contract shown in Item 1, a subcontract was awarded on date shown in Item 2 by (Name of Awarding Firm) **Chugach Support Services, Inc.**

to the subcontractor identified in Item 5, for the following work:

**Construct Offices**

| 7. PROJECT | 8. LOCATION |
|---|---|
| Repair Offices, Building 779 | Dover AFB, Dover, DE 19902 |

| 9. NAME AND TITLE OF PERSON SIGNING | 10. BY (Signature) | 11. DATE SIGNED |
|---|---|---|
| Robert P. Hafey, Project Manager | [signed] | 6/23/03 |

### PART II - ACKNOWLEDGMENT OF SUBCONTRACTOR

12. The subcontractor acknowledges that the following clauses of the contract shown in Item 1 are included in this subcontract:

- Contract Work Hours and Safety Standards Act-Overtime
- Compensation-Construction
- Payrolls and Basic Records
- Withholding of Funds
- Davis-Bacon Act
- Apprentices and Trainees
- Compliance with Copeland Regulations
- Subcontracts
- Contract Termination-Debarment

13. NAME (S) OF ANY INTERMEDIATE SUBCONTRACTORS, IF ANY

None

| 14. NAME AND TITLE OF PERSON SIGNING | 15. BY (Signature) | 16. DATE SIGNED |
|---|---|---|
| Daryl J. Meehan, Vice President - Operations | [signed] | 06/04/03 |

NSN 7540-01-151-4297    U.S. GOVERNMENT PRINTING OFFICE: 1994 437-229/048    STANDARD FORM 1413 (10-83)

CSS 000757

FROM : Jersey Shore Automation     PHONE NO. : 7322237462     Jul. 22 2003 11:04AM P1

| | | FORM APPROVED OMB NO. 3090-0116 |
|---|---|---|
| | STATEMENT OF ACKNOWLEDGMENT | |

### PART I - STATEMENT OF PRIME CONTRACTOR

| 1. PRIME CONTRACT NO. | 2. DATE SUBCONTRACT AWARDED | 3. SUBCONTRACT NUMBER |
|---|---|---|
| F07603-03-D-0002 | 06/04/2003 | 70-JSA-005/S001 |

| 4. PRIME CONTRACTOR (Name, address and ZIP code) | 5. SUBCONTRACTOR NAME |
|---|---|
| Chugach Support Services<br>Post Office Box 02049 | Jersey Shore Automation<br>1500 Meeting House Road<br>Sea Girt, NJ. 08750 |

6. The prime contractor states that under the contract shown in Item 1, a subcontract was awarded on date shown in Item 2 by (Name of Awarding Firm) **Chugach Support Services**

to the subcontractor identified in Item 5, for the following work:

**Construct offices**

| 7. PROJECT | 8. LOCATION |
|---|---|
| Repair Dormitory, Building 401 | Dover AFB, Dover, DE 19902 |

| 9. NAME AND TITLE OF PERSON SIGNING | 10. BY (Signature) | 11. DATE SIGNED |
|---|---|---|
| Robert P. Hafey, Project Manager | [signature] | 7-24-03 |

### PART II - ACKNOWLEDGMENT OF SUBCONTRACTOR

12. The subcontractor acknowledges that the following clauses of the contract shown in Item 1 are included in this subcontract:

| | |
|---|---|
| Contract Work Hours and Safety Standards Act-Overtime | Davis-Bacon Act |
| Compensation-Construction | Apprentices and Trainees |
| Payrolls and Basic Records | Compliance with Copeland Regulations |
| Withholding of Funds | Subcontracts |
| | Contract Termination-Debarment |

13. NAME (S) OF ANY INTERMEDIATE SUBCONTRACTORS, IF ANY

| 14. NAME AND TITLE OF PERSON SIGNING | 15. BY (Signature) | 16. DATE SIGNED |
|---|---|---|
| DARYL S MEEHAN, VICE PRESIDENT | [signature] | 07/24/03 |

NSN 7540-01-181-4397     U.S. GOVERNMENT PRINTING OFFICE 1984-417-353/648     STANDARD FORM 1413 (10-83)

CSS 000758

FROM : JERSEY SHORE AUTOMATION INC    FAX NO. :17322237402    Dec. 18 2003 12:14PM P2

| STATEMENT OF ACKNOWLEDGMENT | FORM APPROVED OMB NO. 3090-0116 |
|---|---|

## PART I - STATEMENT OF PRIME CONTRACTOR

| 1. PRIME CONTRACT NO. | 2. DATE SUBCONTRACT AWARDED | 3. SUBCONTRACT NUMBER |
|---|---|---|
| F07603-03-D-0002 | 06/24/2003 | 70-JSA-005/5001 |

| 4. PRIME CONTRACTOR (Name, address and ZIP code) | 5. SUBCONTRACTOR NAME |
|---|---|
| Chugach Support Services<br>Post Office Box 02048 | Jersey Shore Automation<br>1500 Meeting House Road<br>Sea Girt, NJ. 08750 |

6. The prime contractor states that under the contract shown in Item 1, a subcontract was awarded on date shown in Item 2 by (Name of Awarding Firm) **Chugach Support Services**

to the subcontractor identified in Item 5, for the following work:

**Repair 93 dormitory rooms including, all electrical, plumbing and carpentry.**

| 7. PROJECT | 8. LOCATION |
|---|---|
| Repair Dormitory, Building 401 | Dover AFB, Dover, DE 19902 |

| 9. NAME AND TITLE OF PERSON SIGNING | 10. BY (Signature) | 11. DATE SIGNED |
|---|---|---|
| Robert P. Hafey, Project Manager | [signature] | 12-19-03 |

## PART II - ACKNOWLEDGMENT OF SUBCONTRACTOR

12. The subcontractor acknowledges that the following clauses of the contract shown in Item 1 are included in this subcontract:

- Contract Work Hours and Safety Standards Act-Overtime
- Compensation-Construction
- Payrolls and Basic Records
- Withholding of Funds
- Davis-Bacon Act
- Apprentices and Trainees
- Compliance with Copeland Regulations
- Subcontracts
- Contract Termination-Debarment

13. NAME (S) OF ANY INTERMEDIATE SUBCONTRACTORS, IF ANY

Felton Insulation & Electric 07/08/03
Price Plumbing 10/01/03

| 14. NAME AND TITLE OF PERSON SIGNING | 15. BY (Signature) | 16. DATE SIGNED |
|---|---|---|
| Daryl J. Meehan, Vice President - Operations | [signature] | 10/01/03 |

NSN 7540-01-151-4297    U.S. GOVERNMENT PRINTING OFFICE    STANDARD FORM 1413 (10-83)

19 DEC '03 PM 2:16

CSS 000759

| STATEMENT OF ACKNOWLEDGMENT | FORM APPROVED OMB NO. 3090-0116 |
|---|---|

## PART I - STATEMENT OF PRIME CONTRACTOR

| 1. PRIME CONTRACT NO. | 2. DATE SUBCONTRACT AWARDED | 3. SUBCONTRACT NUMBER |
|---|---|---|
| F07603-03-D-0002 | 06/24/2003 | 70-JSA-005/5001 |

| 4. PRIME CONTRACTOR (Name, address and ZIP code) | 5. SUBCONTRACTOR NAME |
|---|---|
| Chugach Support Services<br>Post Office Box 02049 | Jersey Shore Automation<br>1500 Meeting House Road<br>Sea Girt, NJ. 08750 |

6. The prime contractor states that under the contract shown in Item 1, a subcontract was awarded on date shown in Item 2 by (Name of Awarding Firm) **Chugach Support Services**

to the subcontractor identified in Item 5, for the following work:

**Repair 93 dormitory rooms including, all electrical, plumbing and carpentry.**

| 7. PROJECT | 8. LOCATION |
|---|---|
| Repair Dormitory, Building 401 | Dover AFB, Dover, DE 19902 |

| 9. NAME AND TITLE OF PERSON SIGNING | 10. BY (Signature) | 11. DATE SIGNED |
|---|---|---|
| Robert P. Hafey, Project Manager | [signature] | 1-5-04 |

## PART II - ACKNOWLEDGMENT OF SUBCONTRACTOR

12. The subcontractor acknowledges that the following clauses of the contract shown in Item 1 are included in this subcontract:

| | |
|---|---|
| Contract Work Hours and Safety Standards Act-Overtime | Davis-Bacon Act |
| Compensation-Construction | Apprentices and Trainees |
| Payrolls and Basic Records | Compliance with Copeland Regulations |
| Withholding of Funds | Subcontracts |
| | Contract Termination-Debarment |

13. NAME (S) OF ANY INTERMEDIATE SUBCONTRACTORS, IF ANY

Felton Insulation & Electric 07/08/03
Price Plumbing 10/01/03

| 14. NAME AND TITLE OF PERSON SIGNING | 15. BY (Signature) | 16. DATE SIGNED |
|---|---|---|
| Daryl J. Meehan, Vice President - Operations | [signature] | 10/01/03 |

NSN 7540-01-151-4297    U.S. GOVERNMENT PRINTING OFFICE: 1984 437-223/048    STANDARD FORM 1413 (10-83)

CSS 000760

# STATEMENT OF ACKNOWLEDGMENT

FORM APPROVED
OMB NO. 3090-0116

## PART I - STATEMENT OF PRIME CONTRACTOR

| 1. ME CONTRACT NO. | 2. DATE SUBCONTRACT AWARDED | 3. SUBCONTRACT NUMBER |
|---|---|---|
| F07603-03-D-0002 | 06/24/2003 | 70-JSA-005/5001 |

| 4. PRIME CONTRACTOR (Name, address and ZIP code) | 5. SUBCONTRACTOR NAME |
|---|---|
| Chugach Support Services<br>Post Office Box 02049 | Jersey Shore Automation<br>1500 Meeting House Road<br>Sea Girt, NJ. 08750 |

6. The prime contractor states that under the contract shown in Item 1, a subcontract was awarded on date shown in Item 2 by (Name of Awarding Firm) **Chugach Support Services**

to the subcontractor identified in Item 5, for the following work:

**Repair 93 dormitory rooms including, all electrical, plumbing and carpentry.**

| 7. PROJECT | 8. LOCATION |
|---|---|
| Repair Dormitory, Building 401 | Dover AFB, Dover, DE 19902 |

| 9. NAME AND TITLE OF PERSON SIGNING | 10. BY (Signature) | 11. DATE SIGNED |
|---|---|---|
| Robert P. Hafey, Project Manager | [signature] | 1-5-04 |

## PART II - ACKNOWLEDGMENT OF SUBCONTRACTOR

12. The subcontractor acknowledges that the following clauses of the contract shown in Item 1 are included in this subcontract:

- Contract Work Hours and Safety Standards Act-Overtime
- Compensation-Construction
- Payrolls and Basic Records
- Withholding of Funds
- Davis-Bacon Act
- Apprentices and Trainees
- Compliance with Copeland Regulations
- Subcontracts
- Contract Termination-Debarment

13. NAME (S) OF ANY INTERMEDIATE SUBCONTRACTORS, IF ANY

Felton Insulation & Electric 07/08/03
Price Plumbing 10/01/03

| 14. NAME AND TITLE OF PERSON SIGNING | 15. BY (Signature) | 16. DATE SIGNED |
|---|---|---|
| Dar... J. Meehan, Vice President - Operations | [signature] | 10/01/03 |

NSN 7540-01-151-4297    U.S. GOVERNMENT PRINTING OFFICE: 1994 437-32    STANDARD FORM 1413 (10-83)

CSS 000761

FROM : JERSEY SHORE AUTOMATION INC   FAX NO. :17322237402   Jan. 07 2004 02:01PM P6

# STATEMENT OF ACKNOWLEDGMENT

FORM APPROVED
OMB NO.
3090-0116

## PART I - STATEMENT OF PRIME CONTRACTOR

| 1. PRIME CONTRACT NO. | 2. DATE SUBCONTRACT AWARDED | 3. SUBCONTRACT NUMBER |
|---|---|---|
| F07603-03-D-0002 | 06/24/2003 | 70-JSA-005/S001 |

| 4. PRIME CONTRACTOR (Name, address and ZIP code) | 5. SUBCONTRACTOR NAME |
|---|---|
| Chugach Support Services<br>Post Office Box 02049 | Jersey Shore Automation<br>1500 Meeting House Road<br>Sea Girt, N.J. 08750 |

6. The prime contractor states that under the contract shown in Item 1, a subcontract was awarded on date shown in Item 2 by (Name of Awarding Firm) **Chugach Support Services**

to the subcontractor identified in Item 5, for the following work:

**Repair 93 dormitory rooms including, all electrical, plumbing and carpentry.**

| 7. PROJECT | 8. LOCATION |
|---|---|
| Repair Dormitory, Building 401 | Dover AFB, Dover, DE 19902 |

| 9. NAME AND TITLE OF PERSON SIGNING | 10. BY (Signature) | 11. DATE SIGNED |
|---|---|---|
| Robert P. Hafey, Project Manager | /s/ | 1-7-04 |

## PART II - ACKNOWLEDGMENT OF SUBCONTRACTOR

12. The subcontractor acknowledges that the following clauses of the contract shown in Item 1 are included in this subcontract:

- Contract Work Hours and Safety Standards Act-Overtime
- Compensation-Construction
- Payrolls and Basic Records
- Withholding of Funds
- Davis-Bacon Act
- Apprentices and Trainees
- Compliance with Copeland Regulations
- Subcontracts
- Contract Termination-Debarment

13. NAME (S) OF ANY INTERMEDIATE SUBCONTRACTORS, IF ANY

Felton Insulation & Electric
Price Plumbing (Contract cancelled effective 12/19/03)
East Coast Plumbing & HVAC, Inc.

| 14. NAME AND TITLE OF PERSON SIGNING | 15. BY (Signature) | 16. DATE SIGNED |
|---|---|---|
| Daryl J. Meehan, Vice President - Operations | /s/ | 01.06.04 |

NSN 7510-01-151-4207   U.S. GOVERNMENT PRINTING OFFICE   STANDARD FORM 1413 (12-83)

CSS 000762

STATEMENT OF ACKNOWLEDGMENT                                             OMB NO. 3090-0116

## PART I - STATEMENT OF PRIME CONTRACTOR

| 1. PRIME CONTRACT NO. | 2. DATE SUBCONTRACT AWARDED | 3. SUBCONTRACT NUMBER |
|---|---|---|
| F07603-03-D-0002 | 06/24/2003 | 70-JSA-005/5001 |

| 4. PRIME CONTRACTOR (Name, address and ZIP code) | 5. SUBCONTRACTOR NAME |
|---|---|
| Chugach Support Services<br>Post Office Box 02049 | Jersey Shore Automation<br>1500 Meeting House Road<br>Sea Girt, NJ. 08750 |

6. The prime contractor states that under the contract shown in Item 1, a subcontract was awarded on date shown in Item 2 by (Name of Awarding Firm) **Chugach Support Services**

to the subcontractor identified in Item 5, for the following work:

**Repair 93 dormitory rooms including, all electrical, plumbing and carpentry.**

| 7. PROJECT | 8. LOCATION |
|---|---|
| Repair Dormitory, Building 401 | Dover AFB, Dover, DE 19902 |

| 9. NAME AND TITLE OF PERSON SIGNING | 10. BY (Signature) | 11. DATE SIGNED |
|---|---|---|
| Robert P. Hafey, Project Manager | [signature] | 1-21-04 |

## PART II - ACKNOWLEDGMENT OF SUBCONTRACTOR

12. The subcontractor acknowledges that the following clauses of the contract shown in Item 1 are included in this subcontract:

- Contract Work Hours and Safety Standards Act-Overtime
- Compensation-Construction
- Payrolls and Basic Records
- Withholding of Funds
- Davis-Bacon Act
- Apprentices and Trainees
- Compliance with Copeland Regulations
- Subcontracts
- Contract Termination-Debarment

13. NAME (S) OF ANY INTERMEDIATE SUBCONTRACTORS, IF ANY

Felton Insulation & Electric
Price Plumbing (Contract cancelled effective 12/19/03)
East Coast Plumbing & HVAC, Inc.
Gene Paulino Tile, Inc.

| 14. NAME AND TITLE OF PERSON SIGNING | 15. BY (Signature) | 16. DATE SIGNED |
|---|---|---|
| Daryl J. Meehan, Vice President - Operations | [signature] | 1/16/04 |

STANDARD FORM 1413

CSS 000763

| STATEMENT OF ACKNOWLEDGMENT | | FORM APPROVED OMB NO. 3090-0116 |
|---|---|---|

### PART I - STATEMENT OF PRIME CONTRACTOR

| 1. PRIME CONTRACT NO. | 2. DATE SUBCONTRACT AWARDED | 3. SUBCONTRACT NUMBER |
|---|---|---|
| F07603-03-D-0002 | 06/04/2003 | 70-JSA-005/5006 |

| 4. PRIME CONTRACTOR (Name, address and ZIP code) | 5. SUBCONTRACTOR NAME |
|---|---|
| Chugach Support Services<br>Post Office Box 02049 | Jersey Shore Automation<br>1500 Meeting House Road<br>Sea Girt, NJ. 08750 |

6. The prime contractor states that under the contract shown in Item 1, a subcontract was awarded on date shown in Item 2 by (Name of Awarding Firm) **Chugach Support Services**

to the subcontractor identified in Item 5, for the following work:

[illegible]

| 7. PROJECT | 8. LOCATION |
|---|---|
| Repair Maint. Shop Building 712 | Dover AFB, Dover, DE 19902 |

| 9. NAME AND TITLE OF PERSON SIGNING | 10. BY (Signature) | 11. DATE SIGNED |
|---|---|---|
| Robert P. Hafey, Project Manager | [signature] | 8-26-03 |

### PART II - ACKNOWLEDGMENT OF SUBCONTRACTOR

12. The subcontractor acknowledges that the following clauses of the contract shown in Item 1 are included in this subcontract:

| | |
|---|---|
| Contract Work Hours and Safety Standards Act-Overtime Compensation-Construction | Davis-Bacon Act<br>Apprentices and Trainees<br>Compliance with Copeland Regulations |
| Payrolls and Basic Records | Subcontracts |
| Withholding of Funds | Contract Termination-Debarment |

13. NAME (S) OF ANY INTERMEDIATE SUBCONTRACTORS, IF ANY

| 14. NAME AND TITLE OF PERSON SIGNING | 15. BY (Signature) | 16. DATE SIGNED |
|---|---|---|
| DARYL S. MEEHAN, VICE PRESIDENT | [signature] | 08/22/03 |

NSN 7540-01-151-4297    U.S. GOVERNMENT PRINTING OFFICE: 1984 437-232/5348    STANDARD FORM 1413 (10-83)

CSS 000764

| STATEMENT OF ACKNOWLEDGMENT | FORM APPROVED OMB NO. 3090-0116 |
|---|---|

## PART I - STATEMENT OF PRIME CONTRACTOR

| 1. PRIME CONTRACT NO. | 2. DATE SUBCONTRACT AWARDED | 3. SUBCONTRACT NUMBER |
|---|---|---|
| F07603-03-D-0002 | 11/12/2003 | 70-JSA-005/5010 |

| 4. PRIME CONTRACTOR (Name, address and ZIP code) | 5. SUBCONTRACTOR NAME |
|---|---|
| Chugach Support Services<br>Post Office Box 02049 | Jersey Shore Automation<br>1500 Meeting House Road<br>Sea Girt, NJ. 08750 |

6. The prime contractor states that under the contract shown in Item 1, a subcontract was awarded on date shown in Item 2 by (Name of Awarding Firm) **Chugach Support Services**

to the subcontractor identified in Item 5, for the following work:

**The project consists of, but is not limited to, repairs in the Command Suite to increase size of offices and correct cooling problems in the Command Suite. Also, resize the laboratory and physical therapy reception office and physical therapy clinic.**

| 7. PROJECT | 8. LOCATION |
|---|---|
| Command Suite, Building 300 | Dover AFB, Dover, DE 19902 |

| 9. NAME AND TITLE OF PERSON SIGNING | 10. BY (Signature) | 11. DATE SIGNED |
|---|---|---|
| Robert P. Hafey, Project Manager | [signature] | 11-24-03 |

## PART II - ACKNOWLEDGMENT OF SUBCONTRACTOR

12. The subcontractor acknowledges that the following clauses of the contract shown in Item 1 are included in this subcontract:

- Contract Work Hours and Safety Standards Act-Overtime
- Compensation-Construction
- Payrolls and Basic Records
- Withholding of Funds
- Davis-Bacon Act
- Apprentices and Trainees
- Compliance with Copeland Regulations
- Subcontracts
- Contract Termination-Debarment

13. NAME (S) OF ANY INTERMEDIATE SUBCONTRACTORS, IF ANY

| 14. NAME AND TITLE OF PERSON SIGNING | 15. BY (Signature) | 16. DATE SIGNED |
|---|---|---|
| Daryl J. Meehan, Vice President - Operations | [signature] | 11/18/03 |

NSN 7540-01-151-4297    U.S. GOVERNMENT PRINTING OFFICE 1984 457-2214/344    STANDARD FORM 1413 (10-83)

CSS 000765

FROM : Jersey Shore Automation     PHONE NO. : 7322237482     Dec. 10 2003 08:32AM P3

## STATEMENT OF ACKNOWLEDGMENT

FORM APPROVED
OMB NO. 3090-0116

### PART I - STATEMENT OF PRIME CONTRACTOR

| 1. PRIME CONTRACT NO. | 2. DATE SUBCONTRACT AWARDED | 3. SUBCONTRACT NUMBER |
|---|---|---|
| F07603-03-D-0002 | 11/12/2003 | 70-JSA-005/5010 |

| 4. PRIME CONTRACTOR (Name, address and ZIP code) | 5. SUBCONTRACTOR NAME |
|---|---|
| Chugach Support Services<br>Post Office Box 02049 | Jersey Shore Automation<br>1500 Meeting House Road<br>Sea Girt, N.J. 08750 |

6. The prime contractor states that under the contract shown in Item 1, a subcontract was awarded on date shown in Item 2 by (Name of Awarding Firm) **Chugach Support Services**

to the subcontractor identified in Item 5, for the following work:

The project consists of, but is not limited to, repairs in the Command Suite to increase size of offices and correct cooling problems in the Command Suite. Also, resize the laboratory and physical therapy reception office and physical therapy clinic.

| 7. PROJECT | 8. LOCATION |
|---|---|
| Command Suite, Building 300 | Dover AFB, Dover, DE 19902 |

| 9. NAME AND TITLE OF PERSON SIGNING | 10. BY (Signature) | 11. DATE SIGNED |
|---|---|---|
| Robert P. Haley, Project Manager | [signature] | 12-17-03 |

### PART II - ACKNOWLEDGMENT OF SUBCONTRACTOR

12. The subcontractor acknowledges that the following clauses of the contract shown in Item 1 are included in this subcontract:

- Contract Work Hours and Safety Standards Act-Overtime Compensation-Construction
- Payrolls and Basic Records
- Withholding of Funds
- Davis-Bacon Act
- Apprentices and Trainees
- Compliance with Copeland Regulations
- Subcontracts
- Contract Termination-Debarment

13. NAME (S) OF ANY INTERMEDIATE SUBCONTRACTORS, IF ANY

Wallmates

| 14. NAME AND TITLE OF PERSON SIGNING | 15. BY (Signature) | 16. DATE SIGNED |
|---|---|---|
| Daryl J. Meehan, Vice President - Operations | [signature] | 12/11/03 |

NSN 7540-01-151-4797   U.S. GOVERNMENT PRINTING OFFICE   STANDARD FORM 1413 (10-83)

CSS 000766

FROM :                                    FAX NO. :                              May. 11 2003 12:51PM P1

## STATEMENT OF ACKNOWLEDGMENT

FORM APPROVED
OMB NO. 3090-0116

### PART I - STATEMENT OF PRIME CONTRACTOR

| 1. PRIME CONTRACT NO. | 2. DATE SUBCONTRACT AWARDED | 3. SUBCONTRACT NUMBER |
|---|---|---|
| F07603-03-D-0002 | 11/12/2003 | 70-JSA-005/5010 |

| 4. PRIME CONTRACTOR (Name, address and ZIP code) | 5. SUBCONTRACTOR NAME |
|---|---|
| Chugach Support Services<br>Post Office Box 02049 | Jersey Shore Automation<br>1500 Meeting House Road<br>Sea Girt, N.J. 08750 |

6. The prime contractor states that under the contract shown in Item 1, a subcontract was awarded on date shown in Item 2 by (Name of Awarding Firm) **Chugach Support Services**

to the subcontractor identified in Item 5, for the following work:

The project consists of, but is not limited to, repairs in the Command Suite to increase size of offices and correct cooling problems in the Command Suite. Also, redo the laboratory and physical therapy reception office and physical therapy clinic.

| 7. PROJECT | 8. LOCATION |
|---|---|
| Command Suite, Building 300 | Dover AFB, Dover, DE 19902 |

| 9. NAME AND TITLE OF PERSON SIGNING | 10. BY (Signature) | 11. DATE SIGNED |
|---|---|---|
| Robert P. Hafey, Project Manager | [signature] | 12-19-03 |

### PART II - ACKNOWLEDGMENT OF SUBCONTRACTOR

12. The subcontractor acknowledges that the following clauses of the contract shown in Item 1 are included in this subcontract:

- Contract Work Hours and Safety Standards Act-Overtime
- Compensation-Construction
- Payrolls and Basic Records
- Withholding of Funds
- Davis-Bacon Act
- Apprentices and Trainees
- Compliance with Copeland Regulations
- Subcontracts
- Contract Termination-Debarment

13. NAME (S) OF ANY INTERMEDIATE SUBCONTRACTORS, IF ANY

Wallmates
Pyro-Tech
Erco Ceilings & Floors

| 14. NAME AND TITLE OF PERSON SIGNING | 15. BY (Signature) | 16. DATE SIGNED |
|---|---|---|
| Daryl J. Meehan, Vice President - Operations | [signature] | 12/17/03 |

NSN 7540-01-151-4287        U.S. GOVERNMENT PRINTING OFFICE: 1984-447-233/4144        STANDARD FORM 1413 (10-83)

19 DEC '03 PM 2:16

CSS 000767

FROM : JERSEY SHORE AUTOMATION INC    FAX NO. :17322237402    Jan. 09 2004 02:46PM  P4

| STATEMENT OF ACKNOWLEDGMENT | | | FORM APPROVED OMB NO. 3090-0116 |
|---|---|---|---|

### PART I - STATEMENT OF PRIME CONTRACTOR

| 1. PRIME CONTRACT NO. | 2. DATE SUBCONTRACT AWARDED | 3. SUBCONTRACT NUMBER | |
|---|---|---|---|
| F07603-03-D-0002 | 11/12/2003 | 70-JSA-005/5010 | |

| 4. PRIME CONTRACTOR (Name, address and ZIP code) | 5. SUBCONTRACTOR NAME |
|---|---|
| Chugach Support Services<br>Post Office Box 2049<br>Dover AFB, DE 19902 | Jersey Shore Automation<br>1500 Meeting House Road<br>Sea Girt, NJ 08750 |

6. The prime contractor states that under the contract shown in Item 1, a subcontract was awarded on date shown in Item 2 by (Name of Awarding Firm) **Chugach Support Services**

to the subcontractor identified in Item 5, for the following work.

The project consists of, but is not limited to, repairs in the Command Suite to increase size of offices and correct cooling problems in the Command Suite. Also, resize the laboratory and physical therapy reception office and physical therapy clinic.

| 7. PROJECT | 8. LOCATION |
|---|---|
| Command Suite, Building 300 | Dover AFB, Dover, DE 19902 |

| 9. NAME AND TITLE OF PERSON SIGNING | 10. BY (Signature) | 11. DATE SIGNED |
|---|---|---|
| Robert P. Hafey, Project Manager | *[signature]* | 1-13-04 |

### PART II - ACKNOWLEDGMENT OF SUBCONTRACTOR

12. The subcontractor acknowledges that the following clauses of the contract shown in Item 1 are included in this subcontract:

- Contract Work Hours and Safety Standards Act-Overtime
- Compensation-Construction
- Payrolls and Basic Records
- Withholding of Funds
- Davis-Bacon Act
- Apprentices and Trainees
- Compliance with Copeland Regulations
- Subcontracts
- Contract Termination-Debarment

13. NAME (S) OF ANY INTERMEDIATE SUBCONTRACTORS, IF ANY

Wallmates
Pyro-Tech
Erco Ceilings & Floors
GBS Mechanical
Tri-State Carpet
C-N-J Contracting

| 14. NAME AND TITLE OF PERSON SIGNING | 15. BY (Signature) | 16. DATE SIGNED |
|---|---|---|
| Daryl J. Meehan, Vice President - Operations | *[signature]* | 1/9/04 |

NSN 7540-01-151-4757    U.S. GOVERNMENT PRINTING OFFICE    STANDARD FORM 1413 (10-83)

CSS 000768

| STATEMENT OF ACKNOWLEDGMENT | FORM APPROVED OMB NO. 3090-0116 |
|---|---|

### PART I - STATEMENT OF PRIME CONTRACTOR

| 1. PRIME CONTRACT NO. | 2. DATE SUBCONTRACT AWARDED | 3. SUBCONTRACT NUMBER |
|---|---|---|
| F07603-03-D-0002 | 11/12/2003 | 70-JSA-005/5010 |

| 4. PRIME CONTRACTOR (Name, address and ZIP code) | 5. SUBCONTRACTOR NAME |
|---|---|
| Chugach Support Services<br>Post Office Box 2049<br>Dover AFB, DE 19902 | Jersey Shore Automation<br>1500 Meeting House Road<br>Sea Girt, NJ. 08750 |

6. The prime contractor states that under the contract shown in Item 1, a subcontract was awarded on date shown in Item 2 by (Name of Awarding Firm) **Chugach Support Services**

to the subcontractor identified in Item 5, for the following work:

**The project consists of, but is not limited to, repairs in the Command Suite to increase size of offices and correct cooling problems in the Command Suite. Also, resize the laboratory and physical therapy reception office and physical therapy clinic.**

| 7. PROJECT | 8. LOCATION |
|---|---|
| Command Suite, Building 300 | Dover AFB, Dover, DE 19902 |

| 9. NAME AND TITLE OF PERSON SIGNING | 10. BY (Signature) | 11. DATE SIGNED |
|---|---|---|
| Robert P. Hafey, Project Manager | [signed] | 1-21-04 |

### PART II - ACKNOWLEDGMENT OF SUBCONTRACTOR

12. The subcontractor acknowledges that the following clauses of the contract shown in Item 1 are included in this subcontract:

- Contract Work Hours and Safety Standards Act-Overtime
- Compensation-Construction
- Payrolls and Basic Records
- Withholding of Funds
- Davis-Bacon Act
- Apprentices and Trainees
- Compliance with Copeland Regulations
- Subcontracts
- Contract Termination-Debarment

13. NAME (S) OF ANY INTERMEDIATE SUBCONTRACTORS, IF ANY

Wallmates
Pyro-Tech
Erco Ceilings & Floors
GBS Mechanical
Tri-State Carpet
C-N-J Contracting
Doug Cool

| 14. NAME AND TITLE OF PERSON SIGNING | 15. BY (Signature) | 16. DATE SIGNED |
|---|---|---|
| Daryl J. Meehan, Vice President - Operations | [signed] | 1/12/04 |

NSN 7540-01-151-4297   U.S. GOVERNMENT PRINTING OFFICE: 1984 437-365/548   STANDARD FORM 1413 (10-83)

CSS 000769

FROM : JERSEY SHORE AUTOMATION INC    FAX NO. :17322237402    Jan. 29 2004 03:28PM P3

## STATEMENT OF ACKNOWLEDGMENT

FORM APPROVED
OMB NO. 3090-0116

### PART I - STATEMENT OF PRIME CONTRACTOR

| 1. PRIME CONTRACT NO. | 2. DATE SUBCONTRACT AWARDED | 3. SUBCONTRACT NUMBER |
|---|---|---|
| F07603-03-D-0002 | 11/12/2003 | 70-JSA-005/5010 |

| 4. PRIME CONTRACTOR (Name, address and ZIP code) | 5. SUBCONTRACTOR NAME |
|---|---|
| Chugach Support Services<br>Post Office Box 2049<br>Dover AFB, DE 19902 | Jersey Shore Automation<br>1500 Meeting House Road<br>Sea Girt, NJ 08750 |

6. The prime contractor states that under the contract shown in Item 1, a subcontract was awarded on date shown in Item 2 by (Name of Awarding Firm) **Chugach Support Services**

to the subcontractor identified in Item 5, for the following work:

The project consists of, but is not limited to, repairs in the Command Suite to increase size of offices and correct cooling problems in the Command Suite. Also, renzo the laboratory and physical therapy reception office and physical therapy clinic.

| 7. PROJECT | 8. LOCATION |
|---|---|
| Command Suite, Building 300 | Dover AFB, Dover, DE 19902 |

| 9. NAME AND TITLE OF PERSON SIGNING | 10. BY (Signature) | 11. DATE SIGNED |
|---|---|---|
| Robert P. Hafey, Project Manager | /s/ R.P. Hafey | 7-2-04 |

### PART II - ACKNOWLEDGMENT OF SUBCONTRACTOR

12. The subcontractor acknowledges that the following clauses of the contract shown in Item 1 are included in this subcontract:

- Contract Work Hours and Safety Standards Act-Overtime
- Compensation-Construction
- Payrolls and Basic Records
- Withholding of Funds
- Davis-Bacon Act
- Apprentices and Trainees
- Compliance with Copeland Regulations
- Subcontracts
- Contract Termination-Debarment

13. NAME (S) OF ANY INTERMEDIATE SUBCONTRACTORS, IF ANY

Wallmates          S&K Insulation
Pyro-Tech
Erco Ceilings & Floors
GBS Mechanical
Tri-State Carpet
C-N-J Contracting
Doug Cool

| 14. NAME AND TITLE OF PERSON SIGNING | 15. BY (Signature) | 16. DATE SIGNED |
|---|---|---|
| Daryl J. Meehan, Vice President - Operations | /s/ Daryl J. Meehan | 1/29/04 |

NSN 7540-01-151-4297    U.S. GOVERNMENT PRINTING OFFICE    STANDARD FORM 1413 (10-83)

CSS 000770

# STATEMENT OF ACKNOWLEDGMENT

FORM APPROVED
OMB NO. 3090-0116

## PART I - STATEMENT OF PRIME CONTRACTOR

| 1. PRIME CONTRACT NO. | 2. DATE SUBCONTRACT AWARDED | 3. SUBCONTRACT NUMBER |
|---|---|---|
| F07603-03-D-0002 | 11/17/2003 | 70-JSA-005/5018 |

| 4. PRIME CONTRACTOR (Name, address and ZIP code) | 5. SUBCONTRACTOR NAME |
|---|---|
| Chugach Support Services<br>Post Office Box 02049 | Jersey Shore Automation<br>1500 Meeting House Road<br>Sea Girt, NJ. 08750 |

6. The prime contractor states that under the contract shown in Item 1, a subcontract was awarded on date shown in Item 2 by (Name of Awarding Firm) **Chugach Support Services**

to the subcontractor identified in Item 5, for the following work:

The project consists of, but is not limited to, demolition of approximately 1287 square feet from the west end of the facility and renovation of the remaining portion, approximately 6075 square feet, of office and storage areas. Renovations will also include a new exterior brick finish on the walls and a new standing seam metal roof (SSMR) system to include canopies, gutters, downspouts and snow bars.

| 7. PROJECT | 8. LOCATION |
|---|---|
| Repair Communications Facility, Building 302 | Dover AFB, Dover, DE 19902 |

| 9. NAME AND TITLE OF PERSON SIGNING | 10. BY (Signature) | 11. DATE SIGNED |
|---|---|---|
| Robert P. Hafey, Project Manager | | 12-17-03 |

## PART II - ACKNOWLEDGMENT OF SUBCONTRACTOR

12. The subcontractor acknowledges that the following clauses of the contract shown in Item 1 are included in this subcontract:

- Contract Work Hours and Safety Standards Act-Overtime Compensation-Construction
- Payrolls and Basic Records
- Withholding of Funds
- Davis-Bacon Act
- Apprentices and Trainees
- Compliance with Copeland Regulations
- Subcontracts
- Contract Termination-Debarment

13. NAME (S) OF ANY INTERMEDIATE SUBCONTRACTORS, IF ANY

| 14. NAME AND TITLE OF PERSON SIGNING | 15. BY (Signature) | 16. DATE SIGNED |
|---|---|---|
| Daryl J. Meehan, Vice President - Operations | | 11/20/03 |

NSN 7540-01-151-4297    U.S. GOVERNMENT PRINTING OFFICE: 1984 437-27/6348    STANDARD FORM 1413 (10-83)

CSS 000771

FROM :JERSEY SHORE AUTOMATION INC    FAX NO. :17322237462    Jan. 22 2004 10:34AM P3

# STATEMENT OF ACKNOWLEDGMENT

FORM APPROVED
OMB NO. 3090-0116

## PART I - STATEMENT OF PRIME CONTRACTOR

| 1. PRIME CONTRACT NO. | 2. DATE SUBCONTRACT AWARDED | 3. SUBCONTRACT NUMBER |
|---|---|---|
| F07603-03-D-0002 | 11/17/2003 | 70-JSA-005/5018 |

| 4. PRIME CONTRACTOR (name, address and ZIP code) | 5. SUBCONTRACTOR NAME |
|---|---|
| Chugach Support Services<br>Post Office Box 02049<br>Dover AFB, DE 19902 | Jersey Shore Automation<br>1600 Meeting House Road<br>Sea Girt, NJ. 08750 |

6. The prime contractor states that under the contract shown in Item 1, a subcontract was awarded on date shown in Item 2 by (Name of Awarding Firm) **Chugach Support Services**

to the subcontractor identified in Item 5, for the following work:

The project consists of, but is not limited to, demolition of approximately 1287 square feet from the west end of the facility and renovation of the remaining portion, approximately 6075 square feet, of office and storage areas. Renovations will also include a new exterior brick finish on the walls and a new standing seam metal roof (SSMR) system to include canopies, gutters, downspouts and snow bars.

| 7. PROJECT | 8. LOCATION |
|---|---|
| Repair Communications Facility, Building 302 | Dover AFB, Dover, DE 19902 |

| 9. NAME AND TITLE OF PERSON SIGNING | 10. BY (Signature) | 11. DATE SIGNED |
|---|---|---|
| Robert P. Hafey, Project Manager | [signature] | 1-23-04 |

## PART II - ACKNOWLEDGMENT OF SUBCONTRACTOR

12. The subcontractor acknowledges that the following clauses of the contract shown in Item 1 are included in this subcontract:

- Contract Work Hours and Safety Standards Act-Overtime
- Compensation-Construction
- Payrolls and Basic Records
- Withholding of Funds
- Davis-Bacon Act
- Apprentices and Trainees
- Compliance with Copeland Regulations
- Subcontracts
- Contract Termination-Debarment

13. NAME(S) OF ANY INTERMEDIATE SUBCONTRACTORS, IF ANY

Mid-Atlantic Dismantlement Corporation

| 14. NAME AND TITLE OF PERSON SIGNING | 15. BY (Signature) | 16. DATE SIGNED |
|---|---|---|
| Daryl J. Meehan, Vice President - Operations | [signature] | 1/22/04 |

NSN 7540-01-151-1797   U.S. GOVERNMENT PRINTING OFFICE:   STANDARD FORM 1413 (10-83)

CSS 000772

FROM : JERSEY SHORE AUTOMATION INC    FAX NO. :17322237402    Feb 17 2004 08:16AM P3

# STATEMENT OF ACKNOWLEDGMENT

FORM APPROVED
OMB NO. 3090-0116

## PART I - STATEMENT OF PRIME CONTRACTOR

| 1. PRIME CONTRACT NO. | 2. DATE SUBCONTRACT AWARDED | 3. SUBCONTRACT NUMBER |
|---|---|---|
| F07603-03-D-0002 | 11/17/2003 | 70-JSA-005/5018 |

| 4. PRIME CONTRACTOR (Name, address and ZIP code) | 5. SUBCONTRACTOR NAME |
|---|---|
| Chugach Support Services<br>Post Office Box 02049<br>Dover AFB, DE 19902 | Jersey Shore Automation<br>1590 Meeting House Road<br>Sea Girt, NJ. 08750 |

6. The prime contractor states that under the contract shown in Item 1, a subcontract was awarded on date shown in Item 2 by (Name of Awarding Firm) **Chugach Support Services**

to the subcontractor identified in Item 5, for the following work:

The project consists of, but is not limited to, demolition of approximately 1287 square feet from the west end of the facility and renovation of the remaining portion, approximately 6075 square feet, of office and storage areas. Renovations will also include a new exterior brick finish on the walls and a new standing seam metal roof (SSMR) system to include canopies, gutters, downspouts and snow bars.

| 7. PROJECT | 8. LOCATION |
|---|---|
| Repair Communications Facility, Building 302 | Dover AFB, Dover, DE 19902 |

| 9. NAME AND TITLE OF PERSON SIGNING | 10. BY (Signature) | 11. DATE SIGNED |
|---|---|---|
| Robert P. Hafey, Project Manager | [signature] | 2-18-04 |

## PART II - ACKNOWLEDGMENT OF SUBCONTRACTOR

12. The subcontractor acknowledges that the following clauses of the contract shown in Item 1 are included in this subcontract:

- Contract Work Hours and Safety Standards Act-Overtime
- Compensation-Construction
- Payrolls and Basic Records
- Withholding of Funds
- Davis-Bacon Act
- Apprentices and Trainees
- Compliance with Copeland Regulations
- Subcontracts
- Contract Termination-Debarment

13. NAME (S) OF ANY INTERMEDIATE SUBCONTRACTORS, IF ANY

Mid-Atlantic Dismantlement Corporation
CNJ Contracting

| 14. NAME AND TITLE OF PERSON SIGNING | 15. BY (Signature) | 16. DATE SIGNED |
|---|---|---|
| Daryl J. Meehan, Vice President - Operations | [signature] | 2/17/04 |

NSN 7540-01-151-4297    U.S. GOVERNMENT PRINTING OFFICE    STANDARD FORM 1413 (10-83)

Rec 22 Feb 04

CSS 000773

# STATEMENT OF ACKNOWLEDGMENT

FORM APPROVED
OMB NO. 3090-0116

## PART I - STATEMENT OF PRIME CONTRACTOR

| 1. PRIME CONTRACT NO. | 2. DATE SUBCONTRACT AWARDED | 3. SUBCONTRACT NUMBER |
|---|---|---|
| F07603-03-D-0002 | 11/17/2003 | 70-45A-005/5018 |

| 4. PRIME CONTRACTOR (Name, address and ZIP code) | 5. SUBCONTRACTOR NAME |
|---|---|
| Chugach Support Services<br>Post Office Box 02049<br>Dover AFB, DE 19902 | Jersey Shore Automation<br>1500 Meeting House Road<br>Sea Girt, NJ. 08750 |

6. The prime contractor states that under the contract shown in Item 1, a subcontract was awarded on date shown in Item 2 by (Name of Awarding Firm) **Chugach Support Services**

to the subcontractor identified in Item 5, for the following work:

The project consists of, but is not limited to, demolition of approximately 1287 square feet from the west end of the facility and renovation of the remaining portion, approximately 6075 square feet, of office and storage areas. Renovations will also include a new exterior brick finish on the walls and a new standing seam metal roof (SSMR) system to include canopies, gutters, downspouts and snow bars.

| 7. PROJECT | 8. LOCATION |
|---|---|
| Repair Communications Facility, Building 302 | Dover AFB, Dover, DE 19902 |

| 9. NAME AND TITLE OF PERSON SIGNING | 10. BY (Signature) | 11. DATE SIGNED |
|---|---|---|
| Robert P. Hafey, Project Manager | [signature] | 3-24-04 |

## PART II - ACKNOWLEDGMENT OF SUBCONTRACTOR

12. The subcontractor acknowledges that the following clauses of the contract shown in Item 1 are included in this subcontract:

- Contract Work Hours and Safety Standards Act-Overtime
- Compensation-Construction
- Payrolls and Basic Records
- Withholding of Funds
- Davis-Bacon Act
- Apprentices and Trainees
- Compliance with Copeland Regulations
- Subcontracts
- Contract Termination-Debarment

13. NAME (S) OF ANY INTERMEDIATE SUBCONTRACTORS, IF ANY

Mid-Atlantic Dismantlement Corporation
CNJ Contracting
Enterprise Masonry Corp. (Subcontractor to: CNJ Contracting)
Exterior Metal Systems, LLC.

| 14. NAME AND TITLE OF PERSON SIGNING | 15. BY (Signature) | 16. DATE SIGNED |
|---|---|---|
| Daryl J. Meehan, Vice President - Operations | [signature] | 03/22/04 |

NSN 7540-01-151-4297   U.S. GOVERNMENT PRINTING OFFICE: 1984 437-223/6348   STANDARD FORM 1413 (10-83)

CSS 000774

ADDENDUM TO STATEMENT OF ACKNOWLEDGEMENT

Date: March 22, 2004

Contractor: Jersey Shore Automation, Inc.
Prime Contractor: Chugach Support Services
Prime Contract No.: F07603-03-D-0002
Delivery Order No. 5018

---

13. NAME (S) OF ANY INTERMEDIATE SUBCONTRACTORS, IF ANY (Continued - Contact Information)

Mid-Atlantic Dismantlement Corporation, 109 Tuckahoe Lane, Bear, DE 19701
Tel. (302) 832-2828   Fax (302) 832-2927
Contact: Mathew E. Mitten
Scope: Exterior Demolition

CNJ Contracting, 1189 Alabam Road, Smyrna, DE 19977
Tel. (302) 659-3750   Fax (302) 659-0941
Contact: Rick Middleton
Scope: Concrete Footing, Block Wall

Enterprise Masonry Corp., 2 Colonial Avenue, Elsmere, DE 19805

Contact:
Scope: Bricklayer

Exterior Metal Systems, LLC., 142 Kirschling Drive, Swedesboro, NJ 08085
Tel. (856) 467-8148   Fax (856) 241-9743
Contact: Tim Yowler
Scope: Standing Seam Metal Roof

CSS 000775