| STATEMENT OF ACKNOWLEDGMENT | FORM APPROVED OMB NO. 3090-0116 |
|---|---|

## PART I - STATEMENT OF PRIME CONTRACTOR

| 1. PRIME CONTRACT NO. F07603-03-D-0002 | 2. DATE SUBCONTRACT AWARDED 11/17/2003 | 3. SUBCONTRACT NUMBER 70-JSA-005/ DO# 5018 |
|---|---|---|
| 4. PRIME CONTRACTOR (Name, address and ZIP code) Chugach Support Services Post Office Box 2049 Dover AFB, DE 19902 | | 5. SUBCONTRACT NAME Jersey Shore Automation 1500 Meeting House Road Sea Girt, NJ. 08750 |

6. The prime contractor states that under the contract shown in Item 1, a subcontract was awarded on date shown in Item 2 by

(Name of Awarding Firm)  **Chugach Support Services**

to the subcontractor identified in Item 5, for the following work:

**The project consists of, but is not limited to, demolition of approximately 1287 square feet from the west end of the facility and renovation of the remaining portion, approximately 6075 square feet, of office and storage areas. Renovations will also include a new exterior brick finish on the walls and a new standing seam metal roof (SSMR) system to include canopies, gutters, downspouts and snow bars.**

| 7. PROJECT Repair Communications Facility, Building 302 | 8. LOCATION Dover AFB, Dover, DE 19902 | |
|---|---|---|
| 9. NAME AND TITLE OF PERSON SIGNING Jamie K. Taylor, Interim Project Manager Robert P. Haley, Project Manager | 10. BY (Signature) James K. Taylor | 11. DATE SIGNED 4/2/04 |

## PART II - ACKNOWLEDGMENT OF SUBCONTRACTOR

12. The subcontractor acknowledges that the following clauses of the contract shown in Item 1 are included in this subcontract:

| | |
|---|---|
| Contract Work Hours and Safety | Davis-Bacon Act |
| Standards Act-Overtime | Apprentices and Trainees |
| Compensation-Construction | Compliance with Copeland Regulations |
| Payrolls and Basic Records | Subcontracts |
| Withholding of Funds | Contract Termination-Debarment |

13. NAME (S) OF ANY INTERMEDIATE SUBCONTRACTORS, IF ANY

Mid-Atlantic Dismantlement Corporation
CNJ Contracting
Enterprise Masonry Corp. (Subcontractor to CNJ Contracting)
Exterior Metal Systems, LLC.
Gene Paulino Tile, Inc.
Walker & Laberge Co., Inc.
East Coast Plumbing & HVAC, Inc.

ERCO Ceilings, Blinds & Floors, Inc.

| 14. NAME AND TITLE OF PERSON SIGNING Daryl J. Meehan, Vice President - Operations | 15. BY (Signature) | 16. DATE SIGNED 03/30/04 |
|---|---|---|

NSN 7540-01-151-4297        U.S. GOVERNMENT PRINTING OFFICE 1994 437-2285/4        STANDARD FORM 1413 (10-83)

CSS 000776

## ADDENDUM TO STATEMENT OF ACKNOWLEDGEMENT

**Date:**                March 30, 2004

**Contractor:**          Jersey Shore Automation, Inc.
**Prime Contractor:**    Chugach Support Services
**Prime Contract No.:**  F07603-03-D-0002
**Delivery Order No.**   5018

*(vertical stamp at right: 2 APR '04 AM 8:37)*

13. NAME (S) OF ANY INTERMEDIATE SUBCONTRACTORS, IF ANY (Continued - Contact Information)

**Mid-Atlantic Dismantlement Corporation, 109 Tuckahoe Lane, Bear, DE 19701**
Tel. (302) 832-2828    Fax (302) 832-2927
Contact:   Mathew E. Mitten
Scope:     Exterior Demolition

**CNJ Contracting, 1189 Alabam Road, Smyrna, DE 19977**
Tel. (302) 659-3750    Fax (302) 659-0941
Contact:   Rick Middleton
Scope:     Concrete Footing, Block Wall

**Enterprise Masonry Corp., 2 Colonial Avenue, Elsmere, DE 19805**
Scope:     Bricklayer

**Exterior Metal Systems, LLC., 142 Kirschling Drive, Swedesboro, NJ 08085**
Tel. (856) 467-8148    Fax (856) 241-9743
Contact:   Tim Yowler
Scope:     Standing Seam Metal Roof

**Gene Paulino Tile, Inc., 31 Meadow Drive, Middletown, DE 19709**
Tel. (302) 376-8524    Fax (302) 376-8525
Contact:   Gene Paulino
Scope:     Ceramic Tile

**Walker & Laberge Co., Inc., 30235 Foskey Lane, Delmar, MD 21875**
Tel. (410) 749-9400    Fax (410) 749-8591
Contact:   Paul A. Thomas
Scope:     Doors & Windows

**East Coast Plumbing & HVAC, Inc., 26A Brookhill Drive, Newark, DE 19702**
Tel. (302) 266-0530    Fax (302) 266-0532
Contact:   Lawrence Shub
Scope:     HVAC

**ERCO Ceilings, Blinds & Floors, Inc., 512 Shaw Avenue, Harrington, DE 19952**
Tel. (302) 398-3200    Fax (302) 398-8264
Contact:   Frank Castiglione
Scope:     Lay-in Ceiling Tile & Grid

| STATEMENT OF ACKNOWLEDGMENT | | FORM APPROVED OMB NO. 3090-0116 |
|---|---|---|

## PART I - STATEMENT OF PRIME CONTRACTOR

| 1. PRIME CONTRACT NO.  F07603-03-D-0002 | 2. DATE SUBCONTRACT AWARDED  11/12/2003 | 3. SUBCONTRACT NUMBER  70-JSA-005/5019 |
|---|---|---|
| 4. PRIME CONTRACTOR *(Name, address and ZIP code)*  **Chugach Support Services**  **Post Office Box 02049** | | 5. SUBCONTRACTOR NAME  **Jersey Shore Automation**  **1500 Meeting House Road**  **Sea Girt, NJ. 08750** |

6. The prime contractor states that under the contract shown in Item 1, a subcontract was awarded on date shown in Item 2 by

(Name of Awarding Firm)  **Chugach Support Services**

to the subcontractor identified in Item 5, for the following work:

**The project consists of, but is not limited to, the renovation of the interior of building 1272, installation of a new standing seam metal roof (SSMR) system, and the provision of a new lightning protection system.**

| 7. PROJECT  **Repair Munitions Maintenance Facility, Building 1272** | 8. LOCATION  **Dover AFB, Dover, DE 19902** | |
|---|---|---|
| 9. NAME AND TITLE OF PERSON SIGNING  **Robert P. Hafey, Project Manager** | 10. BY (Signature) | 11. DATE SIGNED  12-17-03 |

## PART II - ACKNOWLEDGMENT OF SUBCONTRACTOR

12. The subcontractor acknowledges that the following clauses of the contract shown in Item 1 are included in this subcontract:

| Contract Work Hours and Safety | Davis-Bacon Act |
|---|---|
| Standards Act-Overtime | Apprentices and Trainees |
| Compensation-Construction | Compliance with Copeland Regulations |
| Payrolls and Basic Records | Subcontracts |
| Withholding of Funds | Contract Termination-Debarment |

13. NAME (S) OF ANY INTERMEDIATE SUBCONTRACTORS, IF ANY

| 14. NAME AND TITLE OF PERSON SIGNING  Daryl J. Meehan, Vice President - Operations | 15. BY (Signature) | 16. DATE SIGNED  11/20/03 |
|---|---|---|

NSN 7540-01-151-4297    U.S. GOVERNMENT PRINTING OFFICE: 1984 457-246/3-4    STANDARD FORM 1413 (10-83)

CSS 000778

FROM :JERSEY SHORE NUTRITION INC        FAX NO. :17322237402        Jan. 09 2004 02:45PM  P2

| STATEMENT OF ACKNOWLEDGMENT | FORM APPROVED OMB NO. 3090-0116 |
|---|---|

## PART I - STATEMENT OF PRIME CONTRACTOR

| 1. PRIME CONTRACT NO. | 2. DATE SUBCONTRACT AWARDED | 3. SUBCONTRACT NUMBER |
|---|---|---|
| F07603-03-D-0002 | 11/12/2003 | 70-JSA-005/5019 |

| 4. PRIME CONTRACTOR (Name, address and ZIP code) | 5. SUBCONTRACTOR NAME |
|---|---|
| Chugach Support Services<br>Post Office Box 02049 | Jersey Shore Automation<br>1500 Meeting House Road<br>Sea Girt, NJ. 08750 |

6. The prime contractor states that under the contract shown in Item 1, a subcontract was awarded on date shown in Item 2 by (Name of Awarding Firm) **Chugach Support Services**

to the subcontractor identified in Item 5, for the following work:

The project consists of, but is not limited to, the renovation of the interior of building 1272, installation of a new standing seam metal roof (SSMR) system, and the provision of a new lightning protection system.

| 7. PROJECT | 8. LOCATION |
|---|---|
| Repair Munitions Maintenance Facility, Building 1272 | Dover AFB, Dover, DE 19902 |

| 9. NAME AND TITLE OF PERSON SIGNING | 10. BY (Signature) | 11. DATE SIGNED |
|---|---|---|
| Robert P. Hafey, Project Manager | | 1-13-04 |

## PART II - ACKNOWLEDGMENT OF SUBCONTRACTOR

12. The subcontractor acknowledges that the following clauses of the contract shown in Item 1 are included in this subcontract:

| | |
|---|---|
| Contract Work Hours and Safety | Davis-Bacon Act |
| Standards Act-Overtime | Apprentices and Trainees |
| Compensation-Construction | Compliance with Copeland Regulations |
| Payrolls and Basic Records | Subcontracts |
| Withholding of Funds | Contract Termination-Debarment |

13. NAME (S) OF ANY INTERMEDIATE SUBCONTRACTORS, IF ANY

C-N-J Contracting

| 14. NAME AND TITLE OF PERSON SIGNING | 15. BY (Signature) | 16. DATE SIGNED |
|---|---|---|
| Daryl J. Meehan, Vice President - Operations | | 1/9/04 |

NSN 7540-01-151-4297        U.S. GOVERNMENT PRINTING OFFICE: 1984 417-114/9144        STANDARD FORM 1413 (10-83)

CSS 000779

FROM : JERSEY SHORE AUTOMATION IN.    FAX NO. :17322237402    . 27 2004 01:54PM  P2

| STATEMENT OF ACKNOWLEDGMENT | FORM APPROVED OMB NO. 3090-0116 |
|---|---|

## PART I - STATEMENT OF PRIME CONTRACTOR

| 1. PRIME CONTRACT NO. | 2. DATE SUBCONTRACT AWARDED | 3. SUBCONTRACT NUMBER |
|---|---|---|
| F07603-03-D-0002 | 11/12/2003 | 70-JSA-005/ DO# 5019 |

| 4. PRIME CONTRACTOR (name, address and ZIP code) | 5. SUBCONTRACTOR NAME |
|---|---|
| **Chugach Support Services** Post Office Box 2049 Dover AFB, DE 19902 | **Jersey Shore Automation, Inc.** 1500 Meeting House Road Sea Girt, NJ. 08750 |

6. The prime contractor states that under the contract shown in item 1, a subcontract was awarded on date shown in item 2 by

(Name of Awarding Firm) **Chugach Support Services**

to the subcontractor identified in item 5, for the following work:

**The project consists of, but is not limited to, the renovation of the interior of building 1272, installation of a new standing seam metal roof (SSMR) system, and the provision of a new lightning protection system.**

| 7. PROJECT | 8. LOCATION |
|---|---|
| **Repair Munitions Maintenance Facility, Building 1272** | **Dover AFB, Dover, DE 19902** |

| 9. NAME AND TITLE OF PERSON SIGNING | 10. BY (Signature) | 11. DATE SIGNED |
|---|---|---|
| **Robert P. Hafey, Project Manager** | | 3-9-04 |

## PART II - ACKNOWLEDGMENT OF SUBCONTRACTOR

12. The subcontractor acknowledges that the following clauses of the contract shown in item 1 are included in this subcontract:

Contract Work Hours and Safety
Standards Act-Overtime
Compensation-Construction
Payrolls and Basic Records
Withholding of Funds

Davis-Bacon Act
Apprentices and Trainees
Compliance with Copeland Regulations
Subcontracts
Contract Termination-Debarment

13. NAME (S) OF ANY INTERMEDIATE SUBCONTRACTORS, IF ANY

Interstate Panel
C-N-J Contracting
East Coast Plumbing & HVAC, Inc.
ERCO Ceilings, Blinds, & Floors, Inc.
Hurd's Painting

| 14. NAME AND TITLE OF PERSON SIGNING | 15. BY (Signature) | 16. DATE SIGNED |
|---|---|---|
| Daryl J. Meehan, Vice President - Operations | | 02/27/04 |

NSN 7540-01-151-4207    U.S. GOVERNMENT PRINTING OFFICE: 1984 437-123/024    STANDARD FORM 1413 (10-83)

CSS 000780

FROM :JERSEY SHORE AUTOMATION IN    FAX NO. :17322237402    '. 24 2004 01:22PM  P4

| STATEMENT OF ACKNOWLEDGMENT | FORM APPROVED OMB NO. 3090-0116 |
|---|---|

## PART I - STATEMENT OF PRIME CONTRACTOR

| 1. PRIME CONTRACT NO. | 2. DATE SUBCONTRACT AWARDED | 3. SUBCONTRACT NUMBER |
|---|---|---|
| F07603-03-D-0002 | 11/12/2003 | 70-JSA-005/ DO# 5019 |

| 4. PRIME CONTRACTOR *(Name, address and ZIP code)* | 5. SUBCONTRACTOR NAME |
|---|---|
| **Chugach Support Services**<br>**Post Office Box 2049**<br>**Dover AFB, DE 19902** | **Jersey Shore Automation, Inc.**<br>**1500 Meeting House Road**<br>**Sea Girt, N.J. 08750** |

6. The prime contractor states that under the contract shown in Item 1, a subcontract was awarded on date shown in Item 2 by

(Name of Awarding Firm) **Chugach Support Services**

to the subcontractor identified in Item 5, for the following work:                    26 MAR '04 PM 2:06

**The project consists of, but is not limited to, the renovation of the interior of building 1272, installation of a new standing seam metal roof (SSMR) system, and the provision of a new lightning protection system.**

| 7. PROJECT | 8. LOCATION |
|---|---|
| **Repair Munitions Maintenance Facility, Building 1272** | **Dover AFB, Dover, DE 19902** |

| 9. NAME AND TITLE OF PERSON SIGNING | 10. BY (Signature) | 11. DATE SIGNED |
|---|---|---|
| **Robert P. Hafey, Project Manager** | | 3-24-04 |

## PART II - ACKNOWLEDGMENT OF SUBCONTRACTOR

12. The subcontractor acknowledges that the following clauses of the contract shown in Item 1 are included in this subcontract:

| | |
|---|---|
| Contract Work Hours and Safety | Davis-Bacon Act |
| Standards Act-Overtime | Apprentices and Trainees |
| Compensation-Construction | Compliance with Copeland Regulations |
| Payrolls and Basic Records | Subcontracts |
| Withholding of Funds | Contract Termination-Debarment |

13. NAME (S) OF ANY INTERMEDIATE SUBCONTRACTORS, IF ANY

Interstate Panel
C-N-J Contracting
East Coast Plumbing & HVAC, Inc.
ERCO Ceilings, Blinds, & Floors, Inc.
Hurd's Painting
Tri-State Carpet, Inc.

| 14. NAME AND TITLE OF PERSON SIGNING | 15. BY (Signature) | 16. DATE SIGNED |
|---|---|---|
| Daryl J. Meehan, Vice President - Operations | | 03/24/04 |

NSN 7540-01-151-4297       U.S. GOVERNMENT PRINTING OFFICE: 1991 447-025-24       STANDARD FORM 1413 (10-83)

## ADDENDUM TO STATEMENT OF ACKNOWLEDGEMENT

Date:                    March 24, 2004

Contractor:              Jersey Shore Automation. Inc.
Prime Contractor:        Chugach Support Services
Prime Contract No.:      F07603-03-D-0002
Delivery Order No.       5019

---

13. NAME (S) OF ANY INTERMEDIATE SUBCONTRACTORS, IF ANY (Continued - Contact Information)

**Interstate Panel**
67 Benson Avenue, Hamilton, NJ 08610
Tel. (609) 586-4411    Fax (609) 586-4422
Contact: Jerry Turner
Scope:     Standing Seam Metal Roof

**CNJ Contracting**
1189 Alabam Road, Smyrna, DE 19977
Tel. (302) 659-3750    Fax (302) 659-0941
Contact: Rick Middleton
Scope:     Concrete / Block Wall

**East Coast Plumbing & HVAC, Inc., 26A Brookhill Drive, Newark, DE 19702**
Tel. (302) 266-0530    Fax (302) 266-0532
Contact: Lawrence Shub
Scope:     Plumbing

**ERCO Ceilings, Blinds, & Floors, Inc.**
512 Shaw Avenue, Harrington, DE 19952
Tel. (302) 398-3200    Fax (302) 398-8264
Contact:   Frank Castiglione
Scope:     Acoustical Ceiling Tile

**Hurd's Painting**
459 Winding Creek Road, Dover, DE 19904
Tel. (302) 730-9129
Conatct:   Steven Hurd
Scope:     Interior Painting

**Tri-State Carpet, Inc.**
2 South Poplar Street, Wilmington, DE 19801
Tel. (302) 654-8193    Fax (302) 654-8818
Contact:   Richard Byerly
Scope:     Interior Carpeting

CSS 000782

| STATEMENT OF ACKNOWLEDGMENT | FORM APPROVED OMB NO. 3090-0116 |
|---|---|

## PART I - STATEMENT OF PRIME CONTRACTOR

| 1. PRIME CONTRACT NO. | 2. DATE SUBCONTRACT AWARDED | 3. SUBCONTRACT NUMBER |
|---|---|---|
| **F07603-03-D-0002** | **11/12/2003** | **70-JSA-005/ DO# 5019** |

| 4. PRIME CONTRACTOR *(Name, address and ZIP code)* | 5. SUBCONTRACTOR NAME |
|---|---|
| **Chugach Support Services** <br> **Post Office Box 2049** <br> **Dover AFB, DE 19902** | **Jersey Shore Automation, Inc.** <br> **1500 Meeting House Road** <br> **Sea Girt, NJ. 08750** |

6. The prime contractor states that under the contract shown in Item 1, a subcontract was awarded on date shown in Item 2 by

(Name of Awarding Firm) **Chugach Support Services**

to the subcontractor identified in Item 5, for the following work:

**The project consists of, but is not limited to, the renovation of the interior of building 1272, installation of a new standing seam metal roof (SSMR) system, and the provision of a new lightning protection system.**

2 APR '04 AM 8:38

| 7. PROJECT | 8. LOCATION |
|---|---|
| **Repair Munitions Maintenance Facility, Building 1272** | **Dover AFB, Dover, DE 19902** |

| 9. NAME AND TITLE OF PERSON SIGNING | 10. BY (Signature) | 11. DATE SIGNED |
|---|---|---|
| Jamie R. Taylor  Interim ~~Program Delivery~~/Project Manager | Jamie R. Taylor | 4/6/04 |

## PART II - ACKNOWLEDGMENT OF SUBCONTRACTOR

12. The subcontractor acknowledges that the following clauses of the contract shown in Item 1 are included in this subcontract:

| | |
|---|---|
| Contract Work Hours and Safety | Davis-Bacon Act |
| Standards Act-Overtime | Apprentices and Trainees |
| Compensation-Construction | Compliance with Copeland Regulations |
| Payrolls and Basic Records | Subcontracts |
| Withholding of Funds | Contract Termination-Debarment |

13. NAME (S) OF ANY INTERMEDIATE SUBCONTRACTORS, IF ANY

Interstate Panel
C-N-J Contracting
East Coast Plumbing & HVAC, Inc.
ERCO Ceilings, Blinds, & Floors, Inc.
Hurd's Painting
Tri-State Carpet, Inc.

8 APR '04 AM 11:28

| 14. NAME AND TITLE OF PERSON SIGNING | 15. BY (Signature) | 16. DATE SIGNED |
|---|---|---|
| Daryl J. Meehan, Vice President - Operations | | 03/24/04 |

NSN 7540-01-151-4297          U.S. GOVERNMENT PRINTING OFFICE: 1984 437-235/024          STANDARD FORM 1413 (10-83)

CSS 000783

# STATEMENT OF ACKNOWLEDGMENT

3090-0116

## PART I - STATEMENT OF PRIME CONTRACTOR

| 1. PRIME CONTRACT NO. | 2. DATE SUBCONTRACT AWARDED | 3. SUBCONTRACT NUMBER |
|---|---|---|
| F07603-03-D-0002 | 11/12/2003 | 70-JSA-005/ DO# 5019 |

| 4. PRIME CONTRACTOR (Name, address and ZIP code) | 5. SUBCONTRACTOR NAME |
|---|---|
| Chugach Support Services<br>Post Office Box 2049<br>Dover AFB, DE 19902 | Jersey Shore Automation, Inc.<br>1500 Meeting House Road<br>Sea Girt, NJ. 08750 |

6. The prime contractor states that under the contract shown in Item 1, a subcontract was awarded on date shown in Item 2 by (Name of Awarding Firm) **Chugach Support Services**

to the subcontractor identified in Item 5, for the following work:

The project consists of, but is not limited to, the renovation of the interior of building 1272, installation of a new standing seam metal roof (SSMR) system, and the provision of a new lightning protection system.

| 7. PROJECT | 8. LOCATION |
|---|---|
| Repair Munitions Maintenance Facility, Building 1272 | Dover AFB, Dover, DE 19902 |

| 9. NAME AND TITLE OF PERSON SIGNING | 10. BY (Signature) | 11. DATE SIGNED |
|---|---|---|
| George Molina, Assistant Project Manager | | 28 Apr 04 |

## PART II - ACKNOWLEDGMENT OF SUBCONTRACTOR

12. The subcontractor acknowledges that the following clauses of the contract shown in Item 1 are included in this subcontract:

Contract Work Hours and Safety Standards Act-Overtime
Compensation-Construction
Payrolls and Basic Records
Withholding of Funds

Davis-Bacon Act
Apprentices and Trainees
Compliance with Copeland Regulations
Subcontracts
Contract Termination-Debarment

13. NAME (S) OF ANY INTERMEDIATE SUBCONTRACTORS, IF ANY

Interstate Panel
C-N-J Contracting
East Coast Plumbing & HVAC, Inc.
ERCO Ceilings, Blinds, & Floors, Inc.
Hurd's Painting
Tri-State Carpet, Inc.
G.B.S Mechanical, Inc.

| 14. NAME AND TITLE OF PERSON SIGNING | 15. BY (Signature) | 16. DATE SIGNED |
|---|---|---|
| Daryl J. Meehan, Vice President - Operations | | 04/26/04 |

NSN 7540-01-151-4297    U.S. GOVERNMENT PRINTING OFFICE: 1984 417-239/348    STANDARD FORM 1413 (10-83)

CSS 000784

JM : JERSEY SHORE AUTOMATION :   :    FAX NO. :17322237402           ir. 26 2004 09:54AM P3

## ADDENDUM TO STATEMENT OF ACKNOWLEDGEMENT

Date:           April 26, 2004

Contractor:          Jersey Shore Automation, Inc.
Prime Contractor:    Chugach Support Services
Prime Contract No.:  F07603-03-D-0002
Delivery Order No.   5019

---

13. NAME (S) OF ANY INTERMEDIATE SUBCONTRACTORS, IF ANY (Continued - Contact Information)

**Interstate Panel**
67 Benson Avenue, Hamilton, NJ 08610
Tel. (609) 586-4411    Fax (609) 586-4422
Contact: Jerry Turner
Scope:     Standing Seam Metal Roof

**CNJ Contracting**
1189 Alabam Road, Smyrna, DE 19977
Tel. (302) 659-3750    Fax (302) 659-0941
Contact: Rick Middleton
Scope:     Concrete / Block Wall

**East Coast Plumbing & HVAC, Inc.**, 26A Brookhill Drive, Newark, DE 19702
Tel. (302) 266-0530    Fax (302) 266-0532
Contact:   Lawrence Shub
Scope:     Plumbing

**ERCO Ceilings, Blinds, & Floors, Inc.**
512 Shaw Avenue, Harrington, DE 19952
Tel. (302) 398-3200    Fax (302) 398-8264
Contact:   Frank Castiglione
Scope:     Acoustical Ceiling Tile

**Hurd's Painting**
459 Winding Creek Road, Dover, DE 19904
Tel. (302) 730-9129
Conatct:   Steven Hurd
Scope:     Interior Painting

**Tri-State Carpet, Inc.**
2 South Poplar Street, Wilmington, DE 19801
Tel. (302) 654-8193    Fax (302) 654-6818
Contact:   Richard Byerly
Scope:     Interior Carpeting

**G.B.S. Mechanical, Inc.**
P.O. Box 1294, Wall, NJ 07719
Tel. (732) 681-5329
Contact: Sean Spearer
Scope:     HVAC / Mechanical

30 APR '04 PM2:26

| STATEMENT OF ACKNOWLEDGMENT | FORM APPROVED<br>OMB NO.<br>3090-0116 |
| --- | --- |

### PART I - STATEMENT OF PRIME CONTRACTOR

| 1. PRIME CONTRACT NO.<br><br>F07603-03-D-0002 | 2. DATE<br>SUBCONTRACT<br>AWARDED<br>11/12/2003 | 3. SUBCONTRACT NUMBER<br><br>70-JSA-005/ DO# 5019 |
| --- | --- | --- |
| 4. PRIME CONTRACTOR (Name, address and ZIP code)<br><br>**Chugach Support Services**<br>**Post Office Box 2049**<br>**Dover AFB, DE 19902** | | 5. SUBCONTRACT NAME<br><br>**Jersey Shore Automation, Inc.**<br>**1500 Meeting House Road**<br>**Sea Girt, NJ. 08750** |

6. The prime contractor states that under the contract shown in Item 1, a subcontract was awarded on date shown in Item 2 by
(Name of Awarding Firm) **Chugach Support Services**

to the subcontractor identified in Item 5, for the following work:

**The project consists of, but is not limited to, the renovation of the interior of building 1272, installation of a new standing seam metal roof (SSMR) system, and the provision of a new lightning protection system.**

| 7. PROJECT<br>**Repair Munitions Maintenance Facility, Building 1272** | 8. LOCATION<br>**Dover AFB, Dover, DE 19902** | |
| --- | --- | --- |
| 9. NAME AND TITLE OF PERSON SIGNING<br><br>**George Molina, Assistant Project Manager** | 10. BY (Signature) | 11. DATE SIGNED<br><br>18 May 04 |

### PART II - ACKNOWLEDGMENT OF SUBCONTRACTOR

12. The subcontractor acknowledges that the following clauses of the contract shown in Item 1 are included in this subcontract:

Contract Work Hours and Safety
Standards Act-Overtime
Compensation-Construction
Payrolls and Basic Records
Withholding of Funds

Davis-Bacon Act
Apprentices and Trainees
Compliance with Copeland Regulations
Subcontracts
Contract Termination-Debarment

13. NAME (S) OF ANY INTERMEDIATE SUBCONTRACTORS, IF ANY

Interstate Panel                           MW Carpet Service
C-N-J Contracting
East Coast Plumbing & HVAC, Inc.
ERCO Ceilings, Blinds, & Floors, Inc.
Hurd's Painting
Tri-State Carpet, Inc.
G.B.S Mechanical, Inc.

| 14. NAME AND TITLE OF PERSON SIGNING<br><br>Daryl J. Meehan, Vice President - Operations | 15. BY (Signature) | 16. DATE SIGNED<br><br>05/17/04 |
| --- | --- | --- |
| NSN 7540-01-151-4297 | U.S. GOVERNMENT PRINTING OFFICE: 1984 437-375/9344 | STANDARD FORM 1413 (10-83) |

CSS 000786

## ADDENDUM TO STATEMENT OF ACKNOWLEDGEMENT

Date:               May 17, 2004

Contractor:          Jersey Shore Automation, Inc.
Prime Contractor:    Chugach Support Services
Prime Contract No.:  F07603-03-D-0002
Delivery Order No.   5019

---

13. NAME (S) OF ANY INTERMEDIATE SUBCONTRACTORS, IF ANY (Continued - Contact Information)

Interstate Panel
67 Benson Avenue, Hamilton, NJ 08610
Tel. (609) 586-4411    Fax (609) 586-4422
Contact: Jerry Turner
Scope:     Standing Seam Metal Roof

CNJ Contracting
1189 Alabam Road, Smyrna, DE 19977
Tel. (302) 659-3750    Fax (302) 659-0941
Contact: Rick Middleton
Scope:     Concrete / Block Wall

East Coast Plumbing & HVAC, Inc., 26A Brookhill Drive, Newark, DE 19702
Tel. (302) 266-0530    Fax (302) 266-0532
Contact:  Lawrence Shub
Scope:     Plumbing

ERCO Ceilings, Blinds, & Floors, Inc.
512 Shaw Avenue, Harrington, DE 19952
Tel. (302) 398-3200    Fax (302) 398-8264
Contact:  Frank Castiglione
Scope:     Acoustical Ceiling Tile

Hurd's Painting
459 Winding Creek Road, Dover, DE 19904
Tel. (302) 730-9129
Contact   Steven Hurd
Scope:     Interior Painting

Tri-State Carpet, Inc.
2 South Poplar Street, Wilmington, DE 19801
Tel. (302) 654-8193    Fax (302) 654-6818
Contact:  Richard Byerly
Scope:     Interior Carpeting

G.B.S. Mechanical, Inc.
P.O. Box 1294, Wall, NJ 07719
Tel. (732) 681-5329
Contact: Sean Spearer
Scope:     HVAC / Mechanical

MW Carpet Service (Subcontractor to Tri-State Carpet, Inc.)
99 Lynhave Drive, Dover, DE 19904
Tel. (302) 654-8193
Contact:  Michael Weaver
Scope:     Interior Carpeting

## ADDENDUM TO STATEMENT OF ACKNOWLEDGEMENT

**Date:**                March 24, 2004

**Contractor:**          Jersey Shore Automation, Inc.
**Prime Contractor:**    Chugach Support Services
**Prime Contract No.:**  F07603-03-D-0002
**Delivery Order No.**   5019

---

13. NAME (S) OF ANY INTERMEDIATE SUBCONTRACTORS, IF ANY (Continued - Contact Information)

**Interstate Panel**
67 Benson Avenue, Hamilton, NJ 08610
Tel. (609) 586-4411    Fax (609) 586-4422
Contact: Jerry Turner
Scope:    Standing Seam Metal Roof

**CNJ Contracting**
1189 Alabam Road, Smyrna, DE 19977
Tel. (302) 659-3750    Fax (302) 659-0941
Contact: Rick Middleton
Scope:    Concrete / Block Wall

**East Coast Plumbing & HVAC, Inc., 26A Brookhill Drive, Newark, DE 19702**
Tel. (302) 266-0530    Fax (302) 266-0532
Contact:  Lawrence Shub
Scope:    Plumbing

**ERCO Ceilings, Blinds, & Floors, Inc.**
512 Shaw Avenue, Harrington, DE 19952
Tel. (302) 398-3200    Fax (302) 398-8264
Contact:  Frank Castiglione
Scope:    Acoustical Ceiling Tile

**Hurd's Painting**
459 Winding Creek Road, Dover, DE 19904
Tel. (302) 730-9129
Conatct:  Steven Hurd
Scope:    Interior Painting

**Tri-State Carpet, Inc.**
2 South Poplar Street, Wilmington, DE 19801
Tel. (302) 654-8193    Fax (302) 654-6818
Contact:  Richard Byerly
Scope:    Interior Carpeting

2 APR '04 AM 8:38

CSS 000788

| STATEMENT OF ACKNOWLEDGMENT | | | FORM APPROVED OMB NO. 3090-0116 |
|---|---|---|---|

**PART I - STATEMENT OF PRIME CONTRACTOR**

| 1. PRIME CONTRACT NO. <br><br> F07603-03-D-0002 | 2. DATE SUBCONTRACT AWARDED <br> 12/03/2003 | 3. SUBCONTRACT NUMBER <br><br> 70-JSA-005/5021 |
|---|---|---|
| 4. PRIME CONTRACTOR *(Name, address and ZIP code)* <br> **Chugach Support Services** <br> **Post Office Box 02049** | | 5. SUBCONTRACTOR NAME <br> **Jersey Shore Automation** <br> **1500 Meeting House Road** <br> **Sea Girt, NJ. 08750** |

6. The prime contractor states that under the contract shown in Item 1, a subcontract was awarded on date shown in Item 2 by
(Name of Awarding Firm)  **Chugach Support Services**

to the subcontractor identified in Item 5, for the following work:

**The project consists of, but is not limited to modifications and repairs to the existing facility, building 781, Dover Air Force Base, DE. Structural work consists of construction of a new second floor over existing break room, Architectural work consists of concrete floor repair, resurfacing, painting of entire maintenance shop area, installation of new walls, windows, doors, ceramic tiles and painting. Mechanical work consists of new heating, ventilation, air conditioning, new gas piping and new compressed air line piping system. Electrical work consists of new lighting, telephone lines and receptacles.**

| 7. PROJECT <br> **Repair Interior Maintenance Shop,, Building 781** | 8. LOCATION <br> **Dover AFB, Dover, DE 19902** | |
|---|---|---|
| 9. NAME AND TITLE OF PERSON SIGNING <br><br> **Robert P. Hafey, Project Manager** | 10. BY (Signature) | 11. DATE SIGNED <br> *12-18-03* |

**PART II - ACKNOWLEDGMENT OF SUBCONTRACTOR**

12. The subcontractor acknowledges that the following clauses of the contract shown in Item 1 are included in this subcontract:

| | |
|---|---|
| Contract Work Hours and Safety | Davis-Bacon Act |
| Standards Act-Overtime | Apprentices and Trainees |
| Compensation-Construction | Compliance with Copeland Regulations |
| Payrolls and Basic Records | Subcontracts |
| Withholding of Funds | Contract Termination-Debarment |

13.  NAME (S) OF ANY INTERMEDIATE SUBCONTRACTORS, IF ANY

| 14. NAME AND TITLE OF PERSON SIGNING <br> Daryl J. Meehan, Vice President - Operations | 15. BY (Signature) | 16. DATE SIGNED <br> *12/4/3* |
|---|---|---|

NSN 7540-01-151-4297      U.S. GOVERNMENT PRINTING OFFICE: 1984 437-223/4348      STANDARD FORM 1413 (10-83)

CSS 000789

FROM :JERSEY SHORE AUTOMATION INC    FAX NO. :17322237482    Jan  07 2004 02:03PM  P8

| STATEMENT OF ACKNOWLEDGMENT | FORM APPROVED OMB NO. 3090-0116 |
|---|---|

## PART I - STATEMENT OF PRIME CONTRACTOR

| 1. PRIME CONTRACT NO.<br><br>F07603-03-D-0002 | 2. DATE SUBCONTRACT AWARDED<br>12/03/2003 | 3. SUBCONTRACT NUMBER<br><br>70-J8A-00625821 |
|---|---|---|
| 4. PRIME CONTRACTOR (Name, address and ZIP code)<br><br>Chugach Support Services<br>Post Office Box 02049 | | 5. SUBCONTRACTOR NAME<br><br>Jersey Shore Automation<br>1500 Meeting House Road<br>Sea Girt, NJ, 08750 |

6. The prime contractor states that under the contract shown in item 1, a subcontract was awarded on date shown in item 2 by (Name of Awarding Firm) **Chugach Support Services**

to the subcontractor identified in item 5, for the following work:

**The project consists of, but is not limited to modifications and repairs to the existing facility, building 781, Dover Air Force Base, DE. Structural work consists of construction of a new second floor over existing break room, Architectural work consists of concrete floor repair, resurfacing, painting of entire maintenance shop area, installation of new walls, windows, doors, ceramic tiles and painting. Mechanical work consists of new heating, ventilation, air conditioning, new gas piping and new compressed air line piping system. Electrical work consists of new lighting, telephone lines and receptacles.**

| 7. PROJECT<br>Repair Interior Maintenance Shop,, Building 781 | 8. LOCATION<br>Dover AFB, Dover, DE 19902 | |
|---|---|---|
| 9. NAME AND TITLE OF PERSON SIGNING<br><br>Robert P. Hafey, Project Manager | 10. BY (Signature) | 11. DATE SIGNED<br>1-7-04 |

## PART II - ACKNOWLEDGMENT OF SUBCONTRACTOR

12. The subcontractor acknowledges that the following clauses of the contract shown in item 1 are included in this subcontract:

| | |
|---|---|
| Contract Work Hours and Safety | Davis-Bacon Act |
| Standards Act-Overtime | Apprentices and Trainees |
| Compensation-Construction | Compliance with Copeland Regulations |
| Payrolls and Basic Records | Subcontracts |
| Withholding of Funds | Contract Termination-Debarment |

13. NAME (S) OF ANY INTERMEDIATE SUBCONTRACTORS, IF ANY

Floor Pro, Inc.

| 14. NAME AND TITLE OF PERSON SIGNING<br>Daryl J. Meehan, Vice President - Operations | 15. BY (Signature) | 16. DATE SIGNED<br>01-06-04 |
|---|---|---|

NSN 7510-01-151-4297    U.S. GOVERNMENT PRINTING OFFICE 1984 451-833/018    STANDARD FORM 1413 (10-83)

CSS 000790

FROM :JERSEY SHORE AUTOMATION I    FAX NO. :17322237482    . 27 2004 01:55PM  P5

| STATEMENT OF ACKNOWLEDGMENT | FORM APPROVED OMB NO. 3090-0116 |
|---|---|

### PART I - STATEMENT OF PRIME CONTRACTOR

| 1. PRIME CONTRACT NO.  F07603-03-D-0002 | 2. DATE SUBCONTRACT AWARDED  12/03/2003 | 3. SUBCONTRACT NUMBER  70-J&A-005/ DO# 5021 |
|---|---|---|
| 4. PRIME CONTRACTOR *(Name, address and ZIP code)*  **Chugach Support Services**  **Post Office Box 2049**  **Dover AFB, DE 19902** | | 5. SUBCONTRACTOR NAME  **Jersey Shore Automation, Inc.**  **1500 Meeting House Road**  **Sea Girt, N.J. 08750** |

6. The prime contractor states that under the contract shown in item 1, a subcontract was awarded on date shown in item 2 by

(Name of Awarding Firm) **Chugach Support Services / Jersey Shore Automation, Inc.**

to the subcontractor identified in item 5, for the following work:

**The project consists of, but is not limited to modifications and repairs to the existing facility, building 781, Dover Air Force Base, DE. Structural work consists of construction of a new second floor over existing break room. Architectural work consists of concrete floor repair, resurfacing, painting of entire maintenance shop area, installation of new walls, windows, doors, ceramic tiles and painting. Mechanical work consists of new heating, ventilation, air conditioning, new gas piping and new compressed air line piping system. Electrical work consists of new lighting, telephone lines and receptacles.**

| 7. PROJECT  **Repair Interior Maintenance Shop, Building 781** | 8. LOCATION  **Dover AFB, Dover, DE 19902** |
|---|---|
| 9. NAME AND TITLE OF PERSON SIGNING  **Robert P. Hafey, Project Manager** | 10. BY (Signature) | 11. DATE SIGNED  *3-9-04* |

### PART II - ACKNOWLEDGMENT OF SUBCONTRACTOR

12. The subcontractor acknowledges that the following clauses of the contract shown in item 1 are included in this subcontract:

| | |
|---|---|
| Contract Work Hours and Safety | Davis-Bacon Act |
| Standards Act-Overtime | Apprentices and Trainees |
| Compensation-Construction | Compliance with Copeland Regulations |
| Payrolls and Basic Records | Subcontracts |
| Withholding of Funds | Contract Termination-Debarment |

13. NAME (S) OF ANY INTERMEDIATE SUBCONTRACTORS, IF ANY

Floor Pro, Inc.
Rollins Metalworks, Ltd.
East Coast Plumbing & HVAC, Inc.

| 14. NAME AND TITLE OF PERSON SIGNING  Daryl J. Meehan, Vice President - Operations | 15. BY (Signature) | 16. DATE SIGNED  02/27/04 |
|---|---|---|

NSN 7540 01-151-4207    U.S. GOVERNMENT PRINTING OFFICE: 1044 457-243/344    STANDARD FORM 1413 (10-83)

CSS 000791

| STATEMENT OF ACKNOWLEDGMENT | FORM APPROVED OMB NO. 3090-0116 |
|---|---|

**PART I - STATEMENT OF PRIME CONTRACTOR**

| 1. PRIME CONTRACT NO. F07603-03-D-0002 | 2. DATE SUBCONTRACT AWARDED 12/03/2003 | 3. SUBCONTRACT NUMBER 70-JSA-005/ DO# 5021 |
|---|---|---|

| 4. PRIME CONTRACTOR *(Name, address and ZIP code)* **Chugach Support Services** Post Office Box 2049 Dover AFB, DE 19902 | 5. SUBCONTRACTOR NAME **Jersey Shore Automation, Inc.** 1500 Meeting House Road Sea Girt, NJ. 08750 |
|---|---|

6. The prime contractor states that under the contract shown in Item 1, a subcontract was awarded on date shown in Item 2 by (Name of Awarding Firm) **Chugach Support Services / Jersey Shore Automation, Inc.**

to the subcontractor identified in Item 5, for the following work:

The project consists of, but is not limited to modifications and repairs to the existing facility, building 781, Dover Air Force Base, DE. Structural work consists of construction of a new second floor over existing break room, Architectural work consists of concrete floor repair, resurfacing, painting of entire maintenance shop area, Installation of new walls, windows, doors, ceramic tiles and painting. Mechanical work consists of new heating, ventilation, air conditioning, new gas piping and new compressed air line piping system. Electrical work consists of new lighting, telephone lines and receptacles.

| 7. PROJECT **Repair Interior Maintenance Shop, Building 781** | 8. LOCATION **Dover AFB, Dover, DE 19902** |
|---|---|

| 9. NAME AND TITLE OF PERSON SIGNING **Robert P. Hafey, Project Manager** | 10. BY (Signature) | 11. DATE SIGNED 3-24-04 |
|---|---|---|

**PART II - ACKNOWLEDGMENT OF SUBCONTRACTOR**

12. The subcontractor acknowledges that the following clauses of the contract shown in Item 1 are included in this subcontract:

Contract Work Hours and Safety
Standards Act-Overtime
Compensation-Construction
Payrolls and Basic Records
Withholding of Funds

Davis-Bacon Act
Apprentices and Trainees
Compliance with Copeland Regulations
Subcontracts
Contract Termination-Debarment

13. NAME (S) OF ANY INTERMEDIATE SUBCONTRACTORS, IF ANY

Floor Pro, Inc.
Rollins Metalworks, Ltd.
East Coast Plumbing & HVAC, Inc.
Voshell Bros. Welding, Inc.

| 14. NAME AND TITLE OF PERSON SIGNING Daryl J. Meehan, Vice President - Operations | 15. BY (Signature) | 16. DATE SIGNED 03/22/04 |
|---|---|---|

NSN 7540-01-151-4297    U.S. GOVERNMENT PRINTING OFFICE: 1984 437-223/9268    STANDARD FORM 1413 (10-83)

CSS 000792

## ADDENDUM TO STATEMENT OF ACKNOWLEDGEMENT

**Date:**          March 22, 2004

**Contractor:**          Jersey Shore Automation, Inc.
**Prime Contractor:**     Chugach Support Services
**Prime Contract No.:**   F07603-03-D-0002
**Delivery Order No.**    5021

13. NAME (S) OF ANY INTERMEDIATE SUBCONTRACTORS, IF ANY (Continued - Contact Information)

**Floor Pro, Inc., P.O. Box 11999, Louisville, KY 40251-0999**
**Tel. (502) 774-4711     Fax (502) 776-7022**
**Contact:    Tom Head**
**Scope:      Epoxy Floorcoating**

**Rollins Metalworks, Ltd., 1372 Shallcross Lake Road, Middletown, DE 19709**
**Tel. (302) 376-1150     Fax (302) 376-1151**
**Contact:    Jeffrey C. Argoe**
**Scope:      Structural Steel Framing**

**East Coast Plumbing & HVAC, Inc., 26A Brookhill Drive, Newark, DE 19702**
**Tel. (302) 266-0530     Fax (302) 266-0532**
**Contact:    Lawrence Shub**
**Scope:      Plumbing / Heating**

Voshell Bros. Welding, Inc., 1769 Kenton Road, Dover, DE 19904
**Tel. (302) 674-1414     Fax (302) 674-1742**
**Contact:    Rick Coker**
**Scope:      Gas Line**

CSS 000793

FROM :JERSEY SHORE AUTOMATION IN'IN   FAX NO. :17322237402   ( , 14 2004 12:50PM P2

| STATEMENT OF ACKNOWLEDGMENT | FORM APPROVED OMB NO. 3090-0116 |
|---|---|

## PART I - STATEMENT OF PRIME CONTRACTOR

| 1. PRIME CONTRACT NO.<br><br>F07603-03-D-0002 | 2. DATE SUBCONTRACT AWARDED<br>12/03/2003 | 3. SUBCONTRACT NUMBER<br><br>70-JSA-006/ DO# 5021 |
|---|---|---|
| 4. PRIME CONTRACTOR (name, address and ZIP code)<br>Chugach Support Services<br>Post Office Box 2048<br>Dover AFB, DE 19902 | | 5. SUBCONTRACT NAME<br>Jersey Shore Automation, Inc.<br>1500 Meeting House Road<br>Sea Girt, N.J. 08750 |

6. The prime contractor states that under the contract shown in Item 1, a subcontract was awarded on date shown in Item 2 by (Name of Awarding Firm) Chugach Support Services / Jersey Shore Automation, Inc.

to the subcontractor identified in Item 5, for the following work:

The project consists of, but is not limited to modifications and repairs to the existing facility, building 7I1, Dover Air Force Base, DE. Structural work consists of construction of a new second floor over existing break room, Architectural work consists of concrete floor repair, resurfacing, painting of entire maintenance shop area, installation of new walls, windows, doors, ceramic tiles and painting. Mechanical work consists of new heating, ventilation, air conditioning, new gas piping and new compressed air line piping system. Electrical work consists of new lighting, telephone lines and receptacles.

| 7. PROJECT<br>Repair Interior Maintenance Shop, Building 781 | 8. LOCATION<br>Dover AFB, Dover, DE 19902 | |
|---|---|---|
| 9. NAME AND TITLE OF PERSON SIGNING<br>DAVID A. NEAL, Q.C. MANAGER<br>Robert P. Haley, Project Manager | 10. BY (Signature) | 11. DATE SIGNED<br>4/16/2004 |

## PART II - ACKNOWLEDGMENT OF SUBCONTRACTOR

12. The subcontractor acknowledges that the following clauses of the contract shown in Item 1 are included in this subcontract:

| | |
|---|---|
| Contract Work Hours and Safety | Davis-Bacon Act |
| Standards Act-Overtime | Apprentices and Trainees |
| Compensation-Construction | Compliance with Copeland Regulations |
| Payrolls and Basic Records | Subcontracts |
| Withholding of Funds | Contract Termination-Debarment |

13. NAME (S) OF ANY INTERMEDIATE SUBCONTRACTORS, IF ANY

Floor Pro, Inc.
Rollins Metalworks, Ltd.
East Coast Plumbing & HVAC, Inc.
Voshell Bros. Welding, Inc.
CNJ Contracting

| 14. NAME AND TITLE OF PERSON SIGNING<br>Daryl J. Meehan, Vice President - Operations | 15. BY (Signature) | 16. DATE SIGNED<br>03/26/04 |
|---|---|---|

NSN 7540-01-151-4257   U.S. GOVERNMENT PRINTING OFFICE: 1994 467-323/03424   STANDARD FORM 1413 (10-83)

CSS 000794

FROM : JERSEY SHORE AUTOMATION IN    FAX NO. :17322237402        . 14 2004 12:58PM  P3

## ADDENDUM TO STATEMENT OF ACKNOWLEDGEMENT

**Date:**               March 26, 2004

**Contractor:**         Jersey Shore Automation, Inc.
**Prime Contractor:**   Chugach Support Services
**Prime Contract No.:** F07603-03-D-0002
**Delivery Order No.**  5021

---

13. NAME (S) OF ANY INTERMEDIATE SUBCONTRACTORS, IF ANY (Continued - Contact Information)

**Floor Pro, Inc., P.O. Box 11999, Louisville, KY 40251-0999**
Tel. (502) 774-4711    Fax (502) 776-7022
Contact:   Tom Head
Scope:     Epoxy Floorcoating

**Rollins Metalworks, Ltd., 1372 Shallcross Lake Road, Middletown, DE 19709**
Tel. (302) 376-1150    Fax (302) 376-1151
Contact:   Jeffrey C. Argoe
Scope:     Structural Steel Framing

**East Coast Plumbing & HVAC, Inc., 26A Brookhill Drive, Newark, DE 19702**
Tel. (302) 266-0530    Fax (302) 266-0532
Contact:   Lawrence Shub
Scope:     Plumbing / Heating

**Voshell Bros. Welding, Inc., 1769 Kenton Road, Dover, DE 19904**
Tel. (302) 674-1414    Fax (302) 674-1742
Contact:   Rick Coker
Scope:     Gas Line

**CNJ Contracting**
1189 Alabam Road, Smyrna, DE 19977
Tel. (302) 659-3750    Fax (302) 659-0941
Contact: Rick Middleton
Scope:     Concrete / Block Wall

CSS 000795

FROM :JERSEY SHORE AUTOMATION IN      FAX NO. :17322237402       :. 26 2004 09:55AM  P4

| STATEMENT OF ACKNOWLEDGMENT | FORM APPROVED OMB NO. 3090-0116 |
|---|---|

## PART I - STATEMENT OF PRIME CONTRACTOR

| 1. PRIME CONTRACT NO. F07603-03-D-0002 | 2. DATE SUBCONTRACT AWARDED 12/03/2003 | 3. SUBCONTRACT NUMBER 70-JSA-005/ DO# 5021 |
|---|---|---|
| 4. PRIME CONTRACTOR (Name, address and ZIP code) **Chugach Support Services** Post Office Box 2048 Dover AFB, DE 19902 | | 5. SUBCONTRACT NAME **Jersey Shore Automation, Inc.** 1500 Meeting House Road Sea Girt, N.J. 08750 |

6. The prime contractor states that under the contract shown in Item 1, a subcontract was awarded on date shown in Item 2 by (Name of Awarding Firm)  **Chugach Support Services**

to the subcontractor identified in Item 5, for the following work:

The project consists of, but is not limited to modifications and repairs to the existing facility, building 781, Dover Air Force Base, DE. Structural work consists of construction of a new second floor over existing break room, Architectural work consists of concrete floor repair, resurfacing, painting of entire maintenance shop area, installation of new walls, windows, doors, ceramic tiles and painting. Mechanical work consists of new heating, ventilation, air conditioning, new gas piping and new compressed air line piping system. Electrical work consists of new lighting, telephone lines and receptacles.

| 7. PROJECT Repair Interior Maintenance Shop, Building 781 | 8. LOCATION Dover AFB, Dover, DE 19902 | |
|---|---|---|
| 9. NAME AND TITLE OF PERSON SIGNING George Molina, Assistant Project Manager | 10. BY (Signature) *Ancée Molina* | 11. DATE SIGNED 28 Apr 54 |

## PART II - ACKNOWLEDGMENT OF SUBCONTRACTOR

12. The subcontractor acknowledges that the following clauses of the contract shown in Item 1 are included in this subcontract:

| | |
|---|---|
| Contract Work Hours and Safety | Davis-Bacon Act |
| Standards Act-Overtime | Apprentices and Trainees |
| Compensation-Construction | Compliance with Copeland Regulations |
| Payrolls and Basic Records | Subcontracts |
| Withholding of Funds | Contract Termination-Debarment |

13. NAME (S) OF ANY INTERMEDIATE SUBCONTRACTORS, IF ANY

Floor Pro, Inc.
Rollins Metalworks, Ltd.
East Coast Plumbing & HVAC, Inc.
Voshell Bros. Welding, Inc.
CNJ Contracting
G.B.S. Mechanical, Inc.

APR '04 PM2:26

| 14. NAME AND TITLE OF PERSON SIGNING Daryl J. Meehan, Vice President - Operations | 15. BY (Signature) | 16. DATE SIGNED 04/26/04 |
|---|---|---|

NSN 7540-01-151-4297       U.S. GOVERNMENT PRINTING OFFICE: 1984 451-222/4104       STANDARD FORM 1413 (10-83)

CSS 000796

FROM : JERSEY SHORE AUTOMATION IN    :    FAX NO. :17322237402    25 2004 09:55AM  P5

## ADDENDUM TO STATEMENT OF ACKNOWLEDGEMENT

**Date:**    April 26, 2004

**Contractor:**    Jersey Shore Automation, Inc.
**Prime Contractor:**    Chugach Support Services
**Prime Contract No.:**    F07603-03-D-0002
**Delivery Order No.**    5021

13. NAME (S) OF ANY INTERMEDIATE SUBCONTRACTORS, IF ANY (Continued - Contact Information)

Floor Pro, Inc., P.O. Box 11999, Louisville, KY 40251-0999
Tel. (502) 774-4711    Fax (502) 776-7022
Contact:    Tom Head
Scope:    Epoxy Floorcoating

Rollins Metalworks, Ltd., 1372 Shallcross Lake Road, Middletown, DE 19709
Tel. (302) 376-1150    Fax (302) 376-1151
Contact:    Jeffrey C. Argoe
Scope:    Structural Steel Framing

East Coast Plumbing & HVAC, Inc., 26A Brookhill Drive, Newark, DE 19702
Tel. (302) 266-0530    Fax (302) 266-0532
Contact:    Lawrence Shub
Scope:    Plumbing / Heating

Voshell Bros. Welding, Inc., 1769 Kenton Road, Dover, DE 19904
Tel. (302) 674-1414    Fax (302) 674-1742
Contact:    Rick Coker
Scope:    Gas Line

CNJ Contracting
1189 Alabam Road, Smyrna, DE 19977
Tel. (302) 659-3750    Fax (302) 659-0941
Contact: Rick Middleton
Scope:    Concrete / Block Wall

G.B.S. Mechanical, Inc.
P.O. Box 1294, Wall, NJ 07719
Tel. (732) 681-5329    Fax (732) 681-1820
Contact: Sean Spearer
Scope:    HVAC / Mechanical

CSS 000797

| STATEMENT OF ACKNOWLEDGMENT | FORM APPROVED OMB NO. 3090-0116 |
|---|---|

## PART I - STATEMENT OF PRIME CONTRACTOR

| 1. PRIME CONTRACT NO.<br><br>F07603-03-D-0002 | 2. DATE SUBCONTRACT AWARDED<br>12/03/2003 | 3. SUBCONTRACT NUMBER<br><br>70-JSA-005/ DO# 5021 |
|---|---|---|
| 4. PRIME CONTRACTOR (Name, address and ZIP code)<br><br>**Chugach Support Services**<br>**Post Office Box 2049**<br>**Dover AFB, DE 19902** | | 5. SUBCONTRACTOR NAME<br><br>**Jersey Shore Automation, Inc.**<br>**1500 Meeting House Road**<br>**Sea Girt, NJ. 08750** |

6. The prime contractor states that under the contract shown in Item 1, a subcontract was awarded on date shown in Item 2 by (Name of Awarding Firm) **Chugach Support Services**

to the subcontractor identified in Item 5, for the following work:

The project consists of, but is not limited to modifications and repairs to the existing facility, building 781, Dover Air Force Base, DE. Structural work consists of construction of a new second floor over existing break room, Architectural work consists of concrete floor repair, resurfacing, painting of entire maintenance shop area, installation of new walls, windows, doors, ceramic tiles and painting. Mechanical work consists of new heating, ventilation, air conditioning, new gas piping and new compressed air line piping system. Electrical work consists of new lighting, telephone lines and receptacles.

| 7. PROJECT<br>**Repair Interior Maintenance Shop, Building 781** | 8. LOCATION<br>**Dover AFB, Dover, DE 19902** |
|---|---|
| 9. NAME AND TITLE OF PERSON SIGNING<br><br>**George Molina, Assistant Project Manager** | 10. BY (Signature)<br>*George Molina* | 11. DATE SIGNED<br>*18 May 04* |

## PART II - ACKNOWLEDGMENT OF SUBCONTRACTOR

12. The subcontractor acknowledges that the following clauses of the contract shown in Item 1 are included in this subcontract:

| | |
|---|---|
| Contract Work Hours and Safety | Davis-Bacon Act |
| Standards Act-Overtime | Apprentices and Trainees |
| Compensation-Construction | Compliance with Copeland Regulations |
| Payrolls and Basic Records | Subcontracts |
| Withholding of Funds | Contract Termination-Debarment |

13. NAME (S) OF ANY INTERMEDIATE SUBCONTRACTORS, IF ANY

Floor Pro, Inc.
Rollins Metalworks, Ltd.
East Coast Plumbing & HVAC, Inc.
Voshell Bros. Welding, Inc.
CNJ Contracting
G.B.S. Mechanical, Inc.
Hurd's Painting

ERCO Ceilings, Blinds & Floors, Inc.
Pyro-Tech

| 14. NAME AND TITLE OF PERSON SIGNING<br><br>Daryl J. Meehan, Vice President - Operations | 15. BY (Signature) | 16. DATE SIGNED<br>05/17/04 |
|---|---|---|

NSN 7540-01-151-4297      U.S. GOVERNMENT PRINTING OFFICE: 1944 437-223/0048      STANDARD FORM 1413 (10-83)

## ADDENDUM TO STATEMENT OF ACKNOWLEDGEMENT

Date:               May 17, 2004

Contractor:          Jersey Shore Automation, Inc.
Prime Contractor:    Chugach Support Services
Prime Contract No.:  F07603-03-D-0002
Delivery Order No.   5021

---

13. NAME (S) OF ANY INTERMEDIATE SUBCONTRACTORS, IF ANY (Continued - Contact Information)

Floor Pro, Inc.
P.O. Box 11999, Louisville, KY 40251-0999
Tel. (502) 774-4711    Fax (502) 776-7022
Contact:   Tom Head
Scope:     Epoxy Floorcoating

Rollins Metalworks, Ltd.
1372 Shallcross Lake Road, Middletown, DE 19709
Tel. (302) 376-1150    Fax (302) 376-1151
Contact:   Jeffrey C. Argoe
Scope:     Structural Steel Framing

East Coast Plumbing & HVAC, Inc.
26A Brookhill Drive, Newark, DE 19702
Tel. (302) 266-0530    Fax (302) 266-0532
Contact:   Lawrence Shub
Scope:     Plumbing / Heating

Voshell Bros. Welding, Inc.
1769 Kenton Road, Dover, DE 19904
Tel. (302) 674-1414    Fax (302) 674-1742
Contact:   Rick Coker
Scope:     Gas Line

CNJ Contracting
1189 Alabam Road, Smyrna, DE 19977
Tel. (302) 659-3750    Fax (302) 659-0941
Contact: Rick Middleton
Scope:     Concrete / Block Wall

G.B.S. Mechanical, Inc.
P.O. Box 1294, Wall, NJ 07719
Tel. (732) 681-5329    Fax (732) 681-1820
Contact: Sean Spearer
Scope:     HVAC / Mechanical

Hurd's Painting
459 Winding Creek Road, Dover, DE 19904
Tel. (302) 730-9129
Contact   Steven Hurd
Scope:     Interior Painting

ERCO Ceilings, Blinds & Floors, Inc.
512 Shaw Avenue, Harrington, DE 19952
Tel. (302) 398-3200    Fax (302) 398-8264
Contact:   Frank Castiglione
Scope:     Lay-in Ceiling Tile & Grid

Pyro-Tech
29 W. Loockerman Street, Dover, DE 19904
Tel. (302) 735-1500    Fax (302) 736-1252
Contact:   Malissa Foster
Scope:     Wet Pipe Sprinkler

CSS 000799

| | STATEMENT OF ACKNOWLEDGMENT | FORM APPROVED<br>OMB NO.<br>3090-0116 |
|---|---|---|

## PART I - STATEMENT OF PRIME CONTRACTOR

| 1. PRIME CONTRACT NO.<br><br>F07603-03-D-0002 | 2. DATE<br>SUBCONTRACT<br>AWARDED<br>12/03/2003 | 3. SUBCONTRACT NUMBER<br><br>70-JSA-005/ DO# 5021 |
|---|---|---|
| 4. PRIME CONTRACTOR *(Name, address and ZIP code)*<br><br>**Chugach Support Services**<br>**Post Office Box 2049**<br>**Dover AFB, DE 19902** | | 5. SUBCONTRACTOR NAME<br><br>**Jersey Shore Automation, Inc.**<br>**1500 Meeting House Road**<br>**Sea Girt, N.J. 08750** |

6. The prime contractor states that under the contract shown in item 1, a subcontract was awarded on date shown in item 2 by

(Name of Awarding Firm)  **Chugach Support Services**

to the subcontractor identified in item 5, for the following work:          27 MAY 04 PM 12:22

The project consists of, but is not limited to modifications and repairs to the existing facility, building 781, Dover Air Force Base, DE. Structural work consists of construction of a new second floor over existing break room, Architectural work consists of concrete floor repair, resurfacing, painting of entire maintenance shop area, installation of new walls, windows, doors, ceramic tiles and painting. Mechanical work consists of new heating, ventilation, air conditioning, new gas piping and new compressed air line piping system. Electrical work consists of new lighting, telephone lines and receptacles.

| 7. PROJECT<br><br>Repair Interior Maintenance Shop, Building 781 | 8. LOCATION<br><br>Dover AFB, Dover, DE 19902 | |
|---|---|---|
| 9. NAME AND TITLE OF PERSON SIGNING<br><br>George Molina, Assistant Project Manager | 10. BY (Signature)<br><br>*George Molina* | 11. DATE SIGNED<br><br>27 May 04 |

## PART II - ACKNOWLEDGMENT OF SUBCONTRACTOR

12. The subcontractor acknowledges that the following clauses of the contract shown in item 1 are included in this subcontract:

| | |
|---|---|
| Contract Work Hours and Safety | Davis-Bacon Act |
| Standards Act-Overtime | Apprentices and Trainees |
| Compensation-Construction | Compliance with Copeland Regulations |
| Payrolls and Basic Records | Subcontracts |
| Withholding of Funds | Contract Termination-Debarment |

13. NAME (S) OF ANY INTERMEDIATE SUBCONTRACTORS, IF ANY

Floor Pro, Inc.
Rollins Metalworks, Ltd.
East Coast Plumbing & HVAC, Inc.
Voshell Bros. Welding, Inc.
CNJ Contracting
G.B.S. Mechanical, Inc.
Hurd's Painting

ERCO Ceilings, Blinds & Floors, Inc.
Pyro-Tech

| 14. NAME AND TITLE OF PERSON SIGNING<br><br>Daryl J. Meehan, Vice President - Operations | 15. BY (Signature) | 16. DATE SIGNED<br><br>05/17/04 |
|---|---|---|

NSN 7540-01-151-4297          U.S. GOVERNMENT PRINTING OFFICE: 1994 437-233/044          STANDARD FORM 1413 (10-83)

CSS 000800

## ADDENDUM TO STATEMENT OF ACKNOWLEDGEMENT

**Date:**                May 17, 2004

**Contractor:**          Jersey Shore Automation, Inc.
**Prime Contractor:**    Chugach Support Services
**Prime Contract No.:**  F07603-03-D-0002
**Delivery Order No.**   5021

---

13. NAME (S) OF ANY INTERMEDIATE SUBCONTRACTORS, IF ANY (Continued - Contact Information)

Floor Pro, Inc.
P.O. Box 11999, Louisville, KY 40251-0999
Tel. (502) 774-4711   Fax (502) 776-7022
Contact:   Tom Head
Scope:     Epoxy Floorcoating

Rollins Metalworks, Ltd.
1372 Shallcross Lake Road, Middletown, DE 19709
Tel. (302) 376-1150   Fax (302) 376-1151
Contact:   Jeffrey C. Argoe
Scope:     Structural Steel Framing

East Coast Plumbing & HVAC, Inc.
26A Brookhill Drive, Newark, DE 19702
Tel. (302) 266-0530   Fax (302) 266-0532
Contact:   Lawrence Shub
Scope:     Plumbing / Heating

Voshell Bros. Welding, Inc.
1769 Kenton Road, Dover, DE 19904
Tel. (302) 674-1414   Fax (302) 674-1742
Contact:   Rick Coker
Scope:     Gas Line

CNJ Contracting
1189 Alabam Road, Smyrna, DE 19977
Tel. (302) 659-3750   Fax (302) 659-0941
Contact: Rick Middleton
Scope:     Concrete / Block Wall

G.B.S. Mechanical, Inc.
P.O. Box 1294, Wall, NJ 07719
Tel. (732) 681-5329   Fax (732) 681-1820
Contact: Sean Spearer
Scope:     HVAC / Mechanical

Hurd's Painting
459 Winding Creek Road, Dover, DE 19904
Tel. (302) 730-9129
Contact   Steven Hurd
Scope:     Interior Painting

ERCO Ceilings, Blinds & Floors, Inc.
512 Shaw Avenue, Harrington, DE 19952
Tel. (302) 398-3200   Fax (302) 398-8264
Contact:   Frank Castiglione
Scope:     Lay-In Ceiling Tile & Grid

Pyro-Tech
29 W. Loockerman Street, Dover, DE 19904
Tel. (302) 735-1500   Fax (302) 736-1252
Contact:   Malissa Foster
Scope:     Wet Pipe Sprinkler

CSS 000801

| STATEMENT OF ACKNOWLEDGMENT | | FORM APPROVED OMB NO. 3090-0116 |
| --- | --- | --- |

**PART I - STATEMENT OF PRIME CONTRACTOR**

| 1. PRIME CONTRACT NO. F07603-03-D-0002 | 2. DATE SUBCONTRACT AWARDED 12/05/2003 | 3. SUBCONTRACT NUMBER 70-JSA-005/5023 |
| --- | --- | --- |

| 4. PRIME CONTRACTOR (Name, address and ZIP code) Chugach Support Services Post Office Box 02049 | 5. SUBCONTRACTOR NAME Jersey Shore Automation 1500 Meeting House Road Sea Girt, N.J. 08750 |
| --- | --- |

6. The prime contractor states that under the contract shown in Item 1, a subcontract was awarded on date shown in Item 2 by (Name of Awarding Firm)  **Chugach Support Services**

to the subcontractor identified in Item 5, for the following work:

**The project consists of, but is not limited to the modifications and repairs to the existing facility, building 778, at Dover AFB, DE. Structural work consists of construction of new storage room and addition of a second floor. Architectural work consists of installing new walls, windows, doors ceramic tiles and painting. Mechanical work consists of new heating, ventilation, air conditioning and new plumbing. Electrical work consists of new lihghting, communications and power throughout the building.**

| 7. PROJECT  Repair Offices, Building 778 | 8. LOCATION  Dover AFB, Dover, DE 19902 | |
| --- | --- | --- |
| 9. NAME AND TITLE OF PERSON SIGNING  Robert P. Hafey, Project Manager | 10. BY (Signature) | 11. DATE SIGNED 12-17-03 |

**PART II - ACKNOWLEDGMENT OF SUBCONTRACTOR**

12. The subcontractor acknowledges that the following clauses of the contract shown in Item 1 are included in this subcontract:

Contract Work Hours and Safety
Standards Act-Overtime
Compensation-Construction
Payrolls and Basic Records
Withholding of Funds

Davis-Bacon Act
Apprentices and Trainees
Compliance with Copeland Regulations
Subcontracts
Contract Termination-Debarment

13. NAME (S) OF ANY INTERMEDIATE SUBCONTRACTORS, IF ANY

| 14. NAME AND TITLE OF PERSON SIGNING  Daryl J. Meehan, Vice President - Operations | 15. BY (Signature) | 16. DATE SIGNED 12/8/03 |
| --- | --- | --- |

NSN 7540-01-151-4297          U.S. GOVERNMENT PRINTING OFFICE: 1984 437-232/1348          STANDARD FORM 1413 (10-83)

CSS 000802