IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA<br>for the Use and Benefit of<br>JERSEY SHORE AUTOMATION, INC.<br><br>    Plaintiff and Counter-Defendant<br><br>vs.<br><br>CHUGACH SUPPORT SERVICES, INC., *et al.*<br><br>    Defendants and Counter-Plaintiffs | C. A. No. 04-1416 (JJF) |

## NOTICE OF SERVICE

I, Harvey A. Levin, hereby certify that on the 3rd day of May, 2005, I caused a true and correct copy of the First Set of Continuing Document Production Requests from Chugach Support Services, Inc. To Jersey Shore Automation, Inc. to be served upon the following individuals in the manner indicated below:

*Via first class mail*
James D. Heisman, Esquire
M. Edward Danberg, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

BIRCH, HORTON, BITTNER AND CHEROT

\_\_\_\_/s/ Harvey A. Levin_____
Harvey A. Levin
1155 Connecticut Avenue, N.W., Suite 1200
Washington, DC 20036
Phone (202) 659-5800
Fax (202) 659-1027
Email: hlevin@dc.bhb.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice was served by first class mail, postage prepaid this 3rd day of May 2005 on:

>James D. Heisman, Esquire
>M. Edward Danberg, Esquire
>Connolly Bove Lodge & Hutz LLP
>The Nemours Building
>1007 North Orange Street
>P.O. Box 2207
>Wilmington, DE 19899

_____/s/ Harvey A. Levin_____