IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **UNITED STATES OF AMERICA**, for the Use and Benefit of **JERSEY SHORE AUTOMATION, INC.**, a New Jersey corporation,<br><br>*Plaintiff,*<br><br>v.<br><br>**CHUGACH SUPPORT SERVICES, INC.**, an Alaska corporation, and **SAFECO INSURANCE COMPANY OF AMERICA**, a Washington corporation,<br><br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>) C.A. NO. 04-1416 (JJF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

I, James D. Heisman, hereby certify that on the 4th day of May, 2005, I caused a true and correct copy of **Plaintiff's First Request for Production of Documents and Things Directed to Defendant Chugach Support Services, Inc.** and **Plaintiff's First Set of Interrogatories Directed to Defendant Chugach Support Services, Inc.** to be served upon the following individuals in the manner indicated below:

*Via Hand-Delivery*
Edmund D. Lyons, Jr., Esq.
The Lyons Law Firm
1526 Gilpin Avenue
Wilmington, DE 19806

*Via Email*
Harvey A. Levin, Esq.
Birch, Horton, Bittner and Cherot
115 Connecticut Ave., N.W.
Washington, DC 20036

CONNOLLY BOVE LODGE & HUTZ LLP

_____
James D. Heisman (# 2746)
M. Edward Danberg (# 2245)
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899
(302) 658-9141
*Attorneys for Jersey Shore Automation, Inc*

Dated: May 4, 2005

**CERTIFICATE OF SERVICE**

I, James D. Heisman, hereby certify that on the 4th day of May, 2005, I caused a true and correct copy of the foregoing **Notice of Service** of Plaintiff Jersey Shore's First Request for Production of Documents and Things Directed to Defendant Chugach Support Services, Inc. and Plaintiff Jersey Shore's First Set of Interrogatories Directed to Defendant Chugach Support Services, Inc. to be served on the following individuals in the manner indicated below:

*Via ECF*
Edmund D. Lyons, Jr., Esq.
The Lyons Law Firm
1526 Gilpin Avenue
Wilmington, DE 19806

*Via Email*
Harvey A. Levin, Esq.
Birch, Horton, Bittner and Cherot
115 Connecticut Ave., N.W.
Suite 1200
Washington, DC 20036

James D. Heisman (# 2746)

391094