

**CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

James D. Heisman
Partner
TEL (302) 888-6216
FAX (302) 252-4209
EMAIL jheisman@cblh.com
REPLY TO Wilmington Office

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

May 17, 2005

WEB www.cblh.com

*Via E-File and Hand Delivery*
The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, Delaware 19801

Re:   *Jersey Shore Automation, Inc. v. Chugach Support Services, Inc., et al.*
      C.A. No. 04-1416 (JJF)

Dear Judge Farnan:

We write on behalf of Plaintiff, Jersey Shore Automation, Inc. ("JSA") in the above-captioned Miller Act/breach of contract action. On May 3, 2004, Defendants Chugach Support Services, Inc. and Safeco Insurance Company of America (hereinafter collectively "CSS") filed a Motion to Dismiss in Part or Alternatively for Summary Judgment. (D.I. 21) While JSA took no position on CSS's motion requesting leave to file the motion to dismiss, the motion to dismiss is inappropriate and premature at this stage of the proceedings for several reasons. First, the Scheduling Order provides that the deadline for seeking leave to amend the pleadings is June 30, 2005. (D.I. 12) JSA intends to seek leave to file an Amended Complaint. As Your Honor is aware, leave "shall be freely given when justice so requires." F.R.C.P. 15. JSA's amendment will likely have a material impact upon CSS's motion. Thus, the Court's and the parties resources will be conserved if consideration of Defendants' motion is deferred at least until the pleadings are formally closed, i.e., after the Court's disposition of requests to amend the pleadings. Second, JSA will require discovery before a full, informed response to the motion can be made. For these reasons, CSS's motion is not ripe for adjudication at this time.

We are available should Your Honor have any questions or concerns.

Respectfully,

James D. Heisman (# 2746)

cc:   Edmond D. Lyons, Esquire (via e-file)
      Harvey Levin, Esquire (via facsimile)
      Jersey Shore Automation, Inc. (via facsimile)
      396591/12866*1