IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, for the Use and Benefit of JERSEY SHORE AUTOMATION, INC., a New Jersey corporation, | : : : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 04-1416 JJF |
| CHUGACH SUPPORT SERVICES, INC. an Alaska corporation, and SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation, | : : : : : : | |
| Defendants. | : | |

### ORDER

WHEREAS, the parties have submitted letters (D.I. 28, 29) addressing the procedural status of the case;

WHEREAS, the Plaintiff wrote that it intends to seek leave to file an Amended Complaint before June 30, 2005;

WHEREAS, Defendants requested the Court address the legal issues raised by their pending motion to dismiss;

IT IS HEREBY ORDERED that:

1) Plaintiff shall file its Amended Complaint by **June 10, 2005.**

2) Defendants shall file a supplemental memorandum addressing the Plaintiff's Amended Complaint no later than June 22, 2005. Plaintiff shall file a Response no later than **June 29, 2005.** Plaintiff shall file any Reply no later than **July 8, 2005.**

May 23, 2005
DATE

*Joseph J. Farnan Jr.*
UNITED STATES DISTRICT JUDGE