IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA<br>for the Use and Benefit of<br>JERSEY SHORE AUTOMATION, INC.<br><br>    Plaintiff and Counter-Defendant<br><br>vs.<br><br>CHUGACH SUPPORT SERVICES, INC., *et al.*<br><br>    Defendants and Counter-Plaintiffs | )<br>)<br>)<br>)<br>)<br>)<br>)   C. A. No. 04-1416 (JJF)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

I, Harvey A. Levin, hereby certify that on the 26th day of May, 2005, I caused a true and correct copy of Defendants and Counter-Plaintiffs Chugach Support Services, Inc.'s and Safeco Insurance Company of America's Second Supplemental Initial Disclosures to be served upon the following individual in the manner indicated below:

*Via first class mail*
James D. Heisman, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

                  BIRCH, HORTON, BITTNER AND CHEROT

                  _____/s/ Harvey A. Levin_____
                  Harvey A. Levin
                  1155 Connecticut Avenue, N.W., Suite 1200
                  Washington, DC 20036
                  Phone (202) 659-5800
                  Fax (202) 659-1027
                  Email: hlevin@dc.bhb.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Second Supplemental Initial Disclosures with

documents CSS 000959 through CSS 001105 was served by first class mail, postage prepaid this 26th

day of May 2005 on:

> James D. Heisman, Esquire
> M. Edward Danberg, Esquire
> Connolly Bove Lodge & Hutz LLP
> The Nemours Building
> 1007 North Orange Street
> P.O. Box 2207
> Wilmington, DE 19899

> ____/s/ Harvey A. Levin_____

> Harvey A. Levin
> 1155 Connecticut Avenue, N.W., Suite 1200
> Washington, DC 20036
> Phone (202) 659-5800
> Fax (202) 659-1027
> Email: hlevin@dc.bhb.com