IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, for the Use and Benefit of **JERSEY SHORE AUTOMATION, INC.**, a New Jersey corporation, | ) ) ) ) ) | |
| *Plaintiff,* | ) ) | C.A. NO. 04-1416 (JJF) |
| v. | ) ) | |
| **CHUGACH SUPPORT SERVICES, INC.**, an Alaska corporation, and **SAFECO INSURANCE COMPANY OF AMERICA**, a Washington corporation, | ) ) ) ) ) | |
| *Defendants.* | ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by the undersigned parties, Plaintiff Jersey Shore Automation, Inc. ("JSA") and Defendants Chugach Support Services, Inc. ("Chugach") and Safeco Insurance Company of America ("Safeco"), through their respective counsel, subject to the approval of the Court, that:

1. The time within which Plaintiff shall file its Amended Complaint shall be extended to Friday, June 17, 2005;

2. The time within which Defendants shall file their Supplemental Memorandum addressing Plaintiff's Amended Complaint shall be extended to July 1, 2005;

3. The time within which Plaintiff shall file a Response to Defendants' Supplemental Memorandum shall be extended to July 15, 2005, and;

4. The time within which Defendants' shall file a Reply to Plaintiff's Response shall be extended to July 22, 2005.

- 2 -

| | |
|---|---|
| **Connolly Bove Lodge & Hutz LLP** | **OF COUNSEL:**<br>**Birch, Horton, Bittner and Cherot** |
| /s/ James D. Heisman | /s/ Harvey A. Levin |
| James D. Heisman (# 2746)<br>M. Edward Danberg (# 2245)<br>1007 N. Orange Street<br>P. O. Box 2207<br>Wilmington, DE 19899<br>(302) 658-9141<br>*Attorneys for Plaintiff Jersey Shore Automation, Inc.* | Harvey A. Levin, Esquire<br>115 Connecticut Ave., N.W.<br>Suite 1200<br>Washington, DC 20036<br>(202) 659-5800 |
| | **The Lyons Law Firm**<br>Edmund D. Lyons, Jr. (# 881)<br>1526 Gilpin Avenue<br>Wilmington, DE 19806<br>(302) 777-5698<br>*Attorneys for Defendants Chugach Support Services, Inc.* and *Safeco Insurance Company of America* |
| Dated: June 6, 2005 | Date: June 6, 2005 |

**IT IS SO ORDERED this ___ day of June, 2005.**

_____
U.S. District Court Judge

399623