IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, for the Use and Benefit of **JERSEY SHORE AUTOMATION, INC.**, a New Jersey corporation, | ) ) ) ) ) | |
| *Plaintiff,* | ) ) | C.A. NO. 04-1416 (JJF) |
| v. | ) ) | |
| **CHUGACH SUPPORT SERVICES, INC.**, an Alaska corporation, and **SAFECO INSURANCE COMPANY OF AMERICA**, a Washington corporation, | ) ) ) ) ) | |
| *Defendants.* | ) | |

## NOTICE OF SERVICE

I, James D. Heisman, hereby certify that on the 16th day of June, 2005, I caused a true and correct copy of **Plaintiff's Responses and Objections to Defendants' First Set of Continuing Document Production Requests (1-32)** and **Plaintiff's Responses and Objections to Defendants' First Set of Continuing Interrogatories and Second Set of Continuing Document Production Requests** to be served upon the following individuals in the manner indicated below:

*Via Hand-Delivery*
Edmund D. Lyons, Jr., Esq.
The Lyons Law Firm
1526 Gilpin Avenue
Wilmington, DE 19806

*Via Email and U.S. Mail*
Harvey A. Levin, Esq.
Birch, Horton, Bittner and Cherot
115 Connecticut Ave., N.W.
Washington, DC 20036

CONNOLLY BOVE LODGE & HUTZ LLP

*/s/ James D. Heisman*
James D. Heisman (# 2746)
M. Edward Danberg (# 2245)
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899
(302) 658-9141
*Attorneys for Jersey Shore Automation, Inc*

Dated: June 16, 2005

## CERTIFICATE OF SERVICE

I, James D. Heisman, hereby certify that on the 16th day of June, 2005, I caused a true and correct copy of the foregoing **Notice of Service** of Plaintiff's Responses and Objections to Defendants' First Set of Continuing Document Production Requests (1-32) and Plaintiff's Responses and Objections to Defendants' First Set of Continuing Interrogatories and Second Set of Continuing Document Production Requests to be served on the following individuals in the manner indicated below:

*Via ECF and Hand-Delivery*
Edmund D. Lyons, Jr., Esq.
The Lyons Law Firm
1526 Gilpin Avenue
Wilmington, DE 19806

*Via Email and U.S. Mail*
Harvey A. Levin, Esq.
Birch, Horton, Bittner and Cherot
115 Connecticut Ave., N.W.
Suite 1200
Washington, DC 20036

/s/ *James D. Heisman*
James D. Heisman (# 2746)