

FROM : JERSEY SHORE AUTOMATION INC    FAX NO. :17322237402    Sep. 28 2004 12:25PM P2

# PAYMENT BOND
(See instructions on reverse)

**Bond No. 6186489**

**DATE BOND EXECUTED** (Must be same or later than date of contract)
February 21 2003

OMB No.: 9000-0045

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, D.C. 20405.

**PRINCIPAL** (Legal name and business address)
Chugach Support Services, Inc.
560 E. 34th Avenue, Suite 300
Anchorage, AK 99503

**TYPE OF ORGANIZATION** ("X" one)
☐ INDIVIDUAL    ☐ PARTNERSHIP
☐ JOINT VENTURE    ☒ CORPORATION

**STATE OF INCORPORATION**
Alaska

**SURETY (IES)** (Name(s) and business address(es))
Safeco Insurance Company of America
Safeco Plaza
Seattle, WA 98185

**PENAL SUM OF BOND**

| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
|---|---|---|---|
| 2 | 000 | 000 | 00 |

**CONTRACT DATE**: 02/21/03
**CONTRACT NO.**: F07603-03-D-0002

**OBLIGATION:**

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

**CONDITIONS:**

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

**WITNESS:**

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

**PRINCIPAL**: Chugach Support Services, Inc.

SIGNATURE(S): 1. [signature] (Seal)    2. (Seal)    3. (Seal)

NAME(S) & TITLE(S) (Typed): 1. JAMES H. HUTTON, CONSTRUCTION DIV. MGR    2.    3.

**INDIVIDUAL SURETY(IES)**

SIGNATURE(S): 1. (Seal)    2. (Seal)

NAME(S) (Typed): 1.    2.

**CORPORATE SURETY(IES)**

NAME & ADDRESS: Safeco Insurance Company of America, Safeco Plaza, Seattle, WA 98185
STATE OF INC.: Washington
LIABILITY LIMIT: $ 100%

SIGNATURE(S): 1. [signature]    2.

NAME(S) & TITLE(S) (Typed): 1. Betty A. Cox, Attorney-in-Fact    2.

AUTHORIZED FOR LOCAL PRODUCTION
Previous edition is usable

STANDARD FORM 25A (REV. 10-98)
Prescribed by GSA-FAR (48 CFR)

FROM : JERSEY SHORE AUTOMATION INC    FAX NO. :17322237402    Sep. 28 2004 12:25PM P3

| | | CORPORATE SURETY(IES) (Continued) | | | |
|---|---|---|---|---|---|
| S U R E T Y  B | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | CORPORATE SEAL |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| S U R E T Y  C | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | CORPORATE SEAL |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| S U R E T Y  D | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | CORPORATE SEAL |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| S U R E T Y  E | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | CORPORATE SEAL |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| S U R E T Y  F | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | CORPORATE SEAL |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| S U R E T Y  G | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | CORPORATE SEAL |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

INSTRUCTIONS

1. This form, for the protection of persons supplying labor and material, is used when a payment bond is required under the Act of August 24, 1935, 49 Stat. 793 (40 U.S.C. 270a-270e). Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

(b) Where individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning its financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisidiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

FROM : JERSEY SHORE AUTOMATION INC    FAX NO. :17322237402    Sep. 28 2004 12:25PM  P4



**SAFECO**   POWER OF ATTORNEY   SAFECO Insurance Company
Box 34526
Seattle, WA 98124-1526

No. 5465 _____

**KNOW ALL BY THESE PRESENTS:**

That SAFECO INSURANCE COMPANY OF AMERICA and GENERAL INSURANCE COMPANY OF AMERICA, each a Washington corporation, does hereby appoint
**********CARL F. BRADY, JR.; BETTY A. COX; SUSAN SPINDLER; JAMES K. BRADY; JOHN WHEATLEY; KENT ECKHOFF; CHARLES G. ANDERSON; BRANDON B. ALLEN; LORI RUDE;** Anchorage, Alaska************************************************************
its true and lawful attorney(s)-in-fact, with full authority to execute on its behalf fidelity and surety bonds or undertakings and other documents of a similar character issued in the course of its business, and to bind the respective company thereby.

IN WITNESS WHEREOF, SAFECO INSURANCE COMPANY OF AMERICA and GENERAL INSURANCE COMPANY OF AMERICA have each executed and attested these presents

this 18th day of February, 2003

William J. Carron, Vice President

**ACKNOWLEDGEMENT**

State of Washington
County of King

On the 18th day of February, 2003, before me personally came William J. Carron, Vice President, to me known, who being duly sworn, did depose and say that he/she resides in Seattle, Washington, that he/she is a Vice President of SAFECO INSURANCE COMPANY OF AMERICA and GENERAL INSURANCE COMPANY OF AMERICA, the Corporations described in and which executed the above instrument; that he/she knows the seals of each Corporation; that the seals affixed to said instrument are such corporate seals; that they were so affixed by order of the Board of Directors of each Corporation, and that he/she signed his/her name thereto by like order.

Teri Lind

My commission expires   February 14 2006

**CERTIFICATE**

Extract from the By-Laws of SAFECO INSURANCE COMPANY OF AMERICA
and of GENERAL INSURANCE COMPANY OF AMERICA

"Article V, Section 13. - FIDELITY AND SURETY BONDS ... the President, any Vice President, the Secretary, and any Assistant Vice President appointed for that purpose by the officer in charge of surety operations, shall each have authority to appoint individuals as attorneys-in-fact or under other appropriate title with authority to execute on behalf of the company fidelity and surety bonds and other documents of similar character issued by the company in the course of its business... On any instrument making or evidencing such appointment, the signatures may be affixed by facsimile. On any instrument conferring such authority or on any bond or undertaking of the company, the seal, or a facsimile thereof, may be impressed or affixed or in any other manner reproduced; provided, however, that the seal shall not be necessary to the validity of any such instrument or undertaking."

I, James A. Schrader, Vice President _____ of SAFECO INSURANCE COMPANY OF AMERICA and GENERAL INSURANCE COMPANY OF AMERICA, do hereby certify that the foregoing is a true and correct copy of Article V, Section 13 of the By-Laws of each corporation and of powers of attorney executed pursuant thereto and that both said By-Laws and said Powers of Attorney are still in full force and effect.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the facsimile seal of each corporation

this 21st day of February, 2003

James A. Schrader, Assistant Vice President

S-1274/SAEF 7/98    © A registered trademark of SAFECO Corporation