**Jersey Shore Automation, Inc.**
*"Providing Engineering and Installation Solutions Nationwide"*

# MEMORANDUM

To:         Robert P. Hafey, Project Manager – Chugach Support Services

From:       Daryl J. Meehan

CC:         George Wehrhahn, Terence Wright, Michael Sparandera

Date:       October 3, 2003

Reference:  Estimating and Pricing Procedures for Dover AFB, DE

---

Bob:

It is our understanding, based on prior conversations between yourself and members of our management team, that the following procedures will be used to develop estimates and final pricing for all work subcontracted to our firm by Chugach Support Services at Dover AFB, DE:

1. Jersey Shore Automation will assist in the creation of line item pricing for electrical and general construction estimates based on the then current RSMeans data and will supply these to estimates to Chugach Support Services at no charge.

2. If required, Jersey Shore Automation will review the line item pricing with Chugach Support Services prior to negotiation with Dover AFB Contracting to ensure consistency in estimating methods.

3. If required, Jersey Shore Automation will provide supporting documentation to assist in the negotiation of estimates between Chugach Support Services and Dover AFB Contracting.

4. Upon issuance of a Delivery Order to Chugach Support Services from Dover AFB Contracting, Jersey Shore Automation will review the final line item estimate with Chugach Support Services to determine the scope of work to be awarded to Jersey Shore Automation based on that final line item estimate.

5. Jersey Shore Automation will perform the required services for a 1.02 coefficient of the final line item estimate; this is based on a .21 deduction from Chugach Support Services' 1.23 co-efficient. These co-efficients will be based on the then current RSMeans data and adjusted for items included in the Dover AFB Unit Price Book when applicable.

1500 Meeting House Road, Sea Girt, NJ 08750
Telephone (732) 223-7401 • Facsimile (732) 223-7402
www.jerseyshoreautomation.com

**JSA1940**

## Jersey Shore Automation, Inc.
*"Providing Engineering and Installation Solutions Nationwide"*

6. Should Chugach Support Services' co-efficient change, Jersey Shore Automation will adjust our co-efficient accordingly to maintain the .21 differential

7. Required change orders will be handled in the same manner as Delivery Orders, with estimates completed in partnership and co-efficients handled as stated above.

It is our intention to work with Chugach Support Services to ensure a profitable experience for both companies. All information regarding Chugach Support Services and our work at Dover AFB will be treated as confidential.

Please let us know as soon as possible if we have misinterpreted our discussions on the above issues.

Daryl

1500 Meeting House Road, Sea Girt, NJ 08750
Telephone (732) 223-7401 • Facsimile (732) 223-7402
www.jerseyshoreautomation.com

**JSA1941**