IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, for the Use and Benefit of **JERSEY SHORE AUTOMATION, INC.**, a New Jersey corporation,<br><br>    *Plaintiff,*<br><br>v.<br><br>**CHUGACH SUPPORT SERVICES, INC.**, an Alaska corporation, and **SAFECO INSURANCE COMPANY OF AMERICA**, a Washington corporation,<br><br>    *Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. NO. 04-1416 (JJF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

I, James D. Heisman, hereby certify that on the 17th day of June, 2005, I caused a true and correct copy of the **First Amended Complaint** to be served upon the following individuals in the manner indicated below:

*Via Hand-Delivery*
Edmund D. Lyons, Jr., Esq.
The Lyons Law Firm
1526 Gilpin Avenue
Wilmington, DE 19806

*Via Email and U.S. Mail*
Harvey A. Levin, Esq.
Birch, Horton, Bittner and Cherot
115 Connecticut Ave., N.W.
Washington, DC 20036

         CONNOLLY BOVE LODGE & HUTZ LLP

         */s/ James D. Heisman*
         James D. Heisman (# 2746)
         M. Edward Danberg (# 2245)
         1007 N. Orange Street
         P. O. Box 2207
         Wilmington, DE 19899
         (302) 658-9141
         *Attorneys for Jersey Shore Automation, Inc*

Dated: June 17, 2005

## CERTIFICATE OF SERVICE

I, James D. Heisman, hereby certify that on the 17th day of June, 2005, I caused a true and correct copy of the foregoing **Notice of Service** of the First Amended Complaint to be served on the following individuals in the manner indicated below:

*Via ECF and Hand-Delivery*
Edmund D. Lyons, Jr., Esq.
The Lyons Law Firm
1526 Gilpin Avenue
Wilmington, DE 19806

*Via Email and U.S. Mail*
Harvey A. Levin, Esq.
Birch, Horton, Bittner and Cherot
115 Connecticut Ave., N.W.
Suite 1200
Washington, DC 20036

*/s/ James D. Heisman*
James D. Heisman (# 2746)

391094