IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>for the Use and Benefit of )<br>JERSEY SHORE AUTOMATION, INC. )<br>)<br>Plaintiff and Counter-Defendant )<br>)<br>vs. )<br>)<br>CHUGACH SUPPORT SERVICES, INC., *et al.* )<br>)<br>Defendants and Counter-Plaintiffs ) | C. A. No. 04-1416 (JJF) |

## NOTICE OF SERVICE OF DISCOVERY MATERIALS

I, Harvey A. Levin, hereby certify that on the 16th day of June, 2005, I caused true and correct copies of Defendants'(i) Responses to Plaintiff's First Request for Production of Documents and Things and (ii) Responses to Plaintiff's First Set of Interrogatories to be served upon the following individual in the manner indicated below:

*Electronic mail*
James D. Heisman, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

BIRCH, HORTON, BITTNER AND CHEROT

____/s/ Harvey A. Levin_____
Harvey A. Levin
1155 Connecticut Avenue, N.W., Suite 1200
Washington, DC 20036
Phone (202) 659-5800
Fax (202) 659-1027
Email: hlevin@dc.bhb.com

G:\505986\4\CJ0319.WPD

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Service was served by electronic mail, this 16th day of June 2005 on:

> James D. Heisman, Esquire
> M. Edward Danberg, Esquire
> Connolly Bove Lodge & Hutz LLP
> The Nemours Building
> 1007 North Orange Street
> P.O. Box 2207
> Wilmington, DE 19899

_____/s/ Harvey A. Levin_____