**CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
(302) 658 9141
(302) 658 5614

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

www.cblh.com

James D. Heisman
Partner
Tel 658-9141
Fax 252-4209
Email jheisman@cblh.com
Reply to Wilmington Office

June 27, 2005

*RECEIVED JUN — — U.S. DISTRICT COURT DISTRICT OF DELAWARE*

The Honorable Joseph J. Farnan, Jr.
Delaware District Court
844 N. King Street
Wilmington, DE 19801

RE: *Jersey Shore Automation, Inc. v. Chugach Support Services, Inc., et al.*
C.A. No. 04-1416 (JJF)

Dear Judge Farnan:

Attached please find a proposed Protective Order pursuant to Rule 26(c) submitted by the parties for your consideration. Should Your Honor have any questions, counsel stand at the call of the Court.

Respectfully,

James D. Heisman

Enclosure
xc: Clerk of the Court (w/ enclosure, via hand-delivery)
Edmund D. Lyons, Jr., Esq. (w/ enclosure, via email)
Harvey A. Levin, Esq. (w/ enclosure, via email)
403625/12866*1