IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA<br>for the Use and Benefit of<br>JERSEY SHORE AUTOMATION, INC.<br><br>　　　Plaintiff,<br><br>vs.<br><br>CHUGACH SUPPORT SERVICES, INC., *et al.*<br><br>　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)　　C. A. No. 04-1416 (JJF)<br>)<br>)<br>)<br>)<br>)<br>) |

**SUPPLEMENTAL APPENDIX TO
SUPPLEMENTAL BRIEF OF DEFENDANTS
CHUGACH SUPPORT SERVICES, INC.
AND SAFECO INSURANCE COMPANY OF AMERICA
IN SUPPORT OF MOTION TO DISMISS IN PART,
OR IN THE ALTERNATIVE FOR PARTIAL SUMMARY JUDGMENT ON,
THE FIRST AMENDED COMPLAINT**

THE LYONS LAW FIRM

Edmund Daniel Lyons (No. 0881)
1526 Gilpin Avenue
P.O. Box 579
Wilmington, DE 19806
Phone (302) 777-5698
Fax (302) 777-5051
Email: elyons@lyonslaw.com

Dated: July 6, 2005

BIRCH, HORTON, BITTNER AND CHEROT

Harvey A. Levin
1155 Connecticut Avenue, N.W., Suite 1200
Washington, DC 20036
Phone (202) 659-5800
Fax (202) 659-1027
Email: hlevin@dc.bhb.com

Counsel for Chugach Support Services, Inc. and
Safeco Insurance Company of America

APPENDIX TABLE OF CONTENTS

Exhibit 6: September 24, 2002 Minutes
of the Preproposal Conference held by
the Air Force at DAFB...................................................................JSA 349



# DEPARTMENT OF THE AIR FORCE
HEADQUARTERS 436TH AIRLIFT WING (AMC)

FROM: LGCA (302-677-5012)

SUBJECT: Minutes of the Preproposal Conference

CONTRACT NUMBER: F07603-02-R-0009

PROJECT NUMBER AND TITLE: Simplified Acquisition of Base Engineer Requirements (SABER)

DATE/TIME: 24 September 2002, 1300 hrs

LOCATION: Bldg 639, Base Supply Training Room, Room No. 224,
           Building 639

ATTENDEES: See the attached attendance sheet.

A. Office Meeting.

1. Ms McGee started the meeting by introducing herself and noting that the meeting would be recorded. She asked if anyone had an objection to this. No one noted any objection to the recording of the meeting.

2. Ms McGee asked that everyone introduce themselves. Ms McGee added if anyone does not choose to share his or her name and company representation, to please "pass" on the introduction.

3. Ms McGee covered the data sheet with specifics regarding the SABER solicitation. Ms McGee specifically covered the two amendments that have been issued, emphasizing the Past Performance Surveys that were included in Amendment 0001. Ms McGee informed the firms that it is each of their responsibility to get the surveys to their points of contact (POCs) for completion, follow-up if necessary, and have their POCs return the completed surveys to her not later than 1600 hrs on 7 October 2002.

4. Ms McGee noted that she had only received three questions regarding the SABER solicitation. The three questions and the responses thereto are as follows:

   a. Question: Will the contractor be required to provide a Professional Engineer on site, full time, or on site, available for prompt response?

Response: Reference (Request for Proposal) RFP, Page 9, para 3.0, you are required to employ, on site an individual holding a professional engineer's license. This individual(s) shall have director oversight of all project design and planning activities and must be promptly available to provide engineering support and Professional Engineering certification when necessary. As an offeror, you must detail in your technical proposal how you will accomplish this, reference RFP, Section M, paragraph 5.1.4 and all sub-paragraphs.

   b. Question: In the proposal submission, what is the proper location for the Past Performance documentation. Shall it be submitted in Volume II, as subfactor 1?

Response: Yes.

JSA 349


EXHIBIT
6

c. Question: Is it possible for a firm that is an 8(a) contractor, certified in Region 3, to partner or joint venture with another firm that is a HUBZone contractor in Small Business Administration (SBA) Region 3, in order to qualify for the requirements of the SABER RFP in that firms must be both 8(a) and HUBZone firms certified in SBA Region 3?

Response: This office has been advised by SBA-Philadelphia, that if firms are partnering or entering into a joint venture to compete for this requirement, both firms must be an 8(a) certified firm and both firms must be a HUBZone certified firm in SBA Region 3 in order to qualify. If you have questions regarding this, please direct your questions to Mr Howard Harding, SBA-Philadelphia, 215-580-2711. Ms McGee added that any arrangement involving another firm must be sanctioned through SBA.

5. Ms McGee invited everyone's attention to the RFP, Section B. Ms McGee noted that the contract periods in Section B are undefined in order for Dover AFB Delaware to get the maximum from the award resulting from the RFP. The contract periods will be defined at award. Ms McGee further noted the award would be for an initial period and four 12 month option periods to be exercised unilaterally by the Government.

6. Section B - Pricing Schedule. Pricing schedule consists of five coefficients, four for actual work and one for project estimating. These will remain in effect throughout the life of the contract. With the use of the R. S. Means® database (Means), you do not include overhead or profit, bare costs only. You coefficient includes all overhead and profit. See pages 3 and 4 of the solicitation.

7. Ms McGee asked if everyone is aware of the additional security at the gate when they arrived today. Ms McGee noted that at the present time Dover AFB, Delaware, is in Force Protection Condition (FPCON) Bravo. (Note: Right after the meeting started, the FPCON was downgraded to FPCON Alpha.) Ms McGee noted that the status of force protection could change at any time. When the PFCON is upgraded contractors, subcontractors, suppliers, etc., will experience difficulty in gaining access to the base. **For the record, contractors must take this into consideration when delivering their proposals on or before 7 October 2002.** Ms McGee noted since the tragedy of 9-11-2001, contractors, subcontractors, suppliers, etc., have been delayed gaining access to the base. Should you be awarded the SABER contract, and you, subcontractors, suppliers, etc., are delayed you may receive additional time if justified by you and agreed to by the contracting officer. However, there will be no monetary consideration for any delays due to heightened security and resulting delays. Ms McGee added that firms should consider this when offering their coefficients.

8. Ms McGee directed everyone's attention to the RFP, page 7, liquidated damages (LDs). Ms McGee explained that the LD rate of $223.28 is not punitive. LDs are based on administrative costs for the time it takes various persons (contracting officer, contract specialist, inspectors, legal, etc.) on a daily basis for the administration, inspection, etc., of a delivery order. Ms McGee noted that the LD rate might change for a particular delivery order if additional government expense is involved. Two examples given were the loss of revenue for a Military Family Housing unit or if the government has to rent portable toilets while a latrine is being renovated.

9. Ms McGee briefly covered portions of Section H as follows.

a. Paragraph 1.4. If an agreement between the contractor and government cannot be reached, negotiations will be terminated without cost to the government.

b. Paragraph 1.5. If proposals are not submitted in a timely manner, the government has no obligation to pay the contractor for project estimating or issue a delivery order for the actual construction.

c. Paragraph 2.0, Project Distribution. The percentage of project distribution for each coefficient was briefly addressed.

JSA 350

d. Paragraph 3.0, Professional Engineering Requirements.  The requirements of the solicitation are clear.  It is up to the offerors to provide a technical proposal of how they will meet the requirements.

e. Paragraph 4.0, Delivery Order Historical Data.  Delivery order historical data is located in the solicitation on page 10.  The information provided is historical data only and does not necessarily represent future volume under the future contract.

f. Paragraph 6.0, Bonding.  Ms McGee noted that the initial bonding is only based on the contract minimum.  As delivery orders are issued, the contractor must provide Consent of Surety or additional bonding for delivery orders in progress based on the unpaid balances.  Ms McGee noted if she makes a request for consent of surety or additional bonding and the contractor is unable or unwilling to provide them, this is unacceptable.  As the contracting officer she will take appropriate action in accordance with the terms and conditions of the contract.  Ms McGee added she will not tolerate Dover being placed in a position where the SABER contractor causes the base to lose projects due to lack of adequate bonding. Ms McGee added if this should ever happen, it will only happen once.  Ms McGee stated that a bid bond will only be requested from the apparent successful offeror; however, each offeror, with his proposal, shall provide verifiable evidence that he/she can obtain the required bonding.

g. Paragraph 7.0, ADP Support Requirements.  Ms McGee asked if anyone had questions regarding the ADP support requirements or the recommended hardware and software for the contractor's PCs.  There were none.  Ms McGee noted that the RFP specifies the Pulsar® software, or approved equal.  Ms McGee stated that Dover has used the Pulsar® estimating system, likes the software, and is very familiar with it; however, this does not prohibit offerors from offering on an "equal" that utilizes Means.

h. Ms McGee briefly mentioned the contents of paragraphs 8.0 through 16.0 and asked if there were any questions.  There were none.

i. Paragraph 16.0, Wage Rates – Exercise of Options.  There are four wage decisions included in the solicitation; building, heavy, highway, and residential.  With the issuance of a SOW for an individual requirement, the contractor will be made aware of the applicable wage decision for that project.  Ms McGee added it is the contractor's responsibility to ensure payment is made to workers on a weekly basis, in accordance with all the applicable clauses, and the applicable wage decision.  Ms McGee also noted that with the exercise of any option, the current Davis-Bacon wage decisions will be incorporated and there will be no adjustment to the coefficients as a result of the incorporation of the current wage decisions.  Ms McGee stated the only price adjustments to the contract will occur with the updates of Means or in accordance with the Economic Price Adjustment provision (see page 14 and 15) of the contract that only applies to the Unit Price Guide (UPG) at Atch 6.  Ms McGee added that the wage decisions in effect at contract award would be applicable to all delivery orders issued during the initial contract period until their completion.  The same will apply for option periods, in that the wage decisions incorporated with the exercise of the 1st option period will apply to delivery orders issued during the 1st option period until their completion, and so on.  On the subject of wage decisions, Ms McGee added that the contract specialist would not do the contractor's payroll administration.  The contractor must ensure all payrolls are correct prior to submitting them to the Contracting Office.  Ms McGee added that the contractor will do his own administration on payrolls ensuring weekly submission or payments on delivery orders will not be made.  Ms McGee also stated that the contractor must ensure his subcontractors, suppliers, etc., are paid, adding that she does not want the burden of being inundated with calls from people indicating the SABER contractor has not paid his subcontractors, supplies, etc.

The following is provided for general information.

(1) Building construction is generally the construction of sheltered enclosures with walk-in access, for housing persons, machinery, equipment, or supplies.  It typically includes all construction of such structures, installation of utilities and equipment (both above and below grade level), as well as incidental grading, utilities and paving, unless there is an established are practice to the contrary.

(2) <u>Residential</u> construction is generally the construction, alteration, or repair of single family houses or apartment buildings of no more than four stores in height, and typically includes incidental items such as site work, parking areas, utilities, streets and sidewalks unless there is an established area practice to the contrary.

(3) <u>Highway</u> construction is generally the construction, alteration, or repair of roads, streets, highways, runways, taxiways, alleys, parking areas, and other similar projects that are not incidental to "building", "residential", or "heavy" construction.

(4) <u>Heavy</u> construction includes those projects that are not properly classified as either "building", "residential", or "highway", and is of a catchall nature. Such heavy projects may sometimes be distinguished on the basis of their individual characteristics, and separate schedules issued (e.g., "dredging", "water and sewer line", "dams", "flood control", etc.)

j. Paragraph 17.0, Work by the Government. It was noted that SABER is not a "requirements" contract. If the government wants to undertake similar projects with other government forces or other contractors, they will do so and this will not breach or otherwise violate the terms of the SABER contract.

k. Paragraph 18.0, Non-prepriced Items (NPIs). This is addressed on page 14 of the RFP.

l. Paragraph 19.0, Contract Phase-In/Phase Out. Contract phase-in/phase out was addressed. When the contract ends, the contractor must vacate the government furnished offices and storage areas in and around building 638. The contractor must complete all ongoing delivery orders from an approved field office or off-base location. Ms McGee also noted that during the first few months of the contract, the contractor will be located in a temporary location at Bldg 447. These associated costs must be included in the offeror's coefficients.

m. Paragraph 20.0, Quality Control. It was stressed that the contractor must do his own quality control. It is not up to the government to do a contractor's quality control. Ms McGee noted that the quality control plan is due from the contractor within 20 calendar days of contract award.

n. Paragraph 22.0, Notice to Proceed. The notice to proceed for written delivery orders shall be the date the contractor receives the order. Ms McGee noted there would be no notice to proceed issued for the contract. The requirements are clear for contract phase-in after award.

o. Paragraph 23.0, Safety. Prior to commencing work, the contractor shall submit a written proposed safety plan for implementing FAR 52.236-13 and its Alt I. The plan shall include an analysis of the significant hazards to life, limb, and property inherent in contract work performance, and a plan for controlling these hazards. Prior to any performance of work, the contractor shall meet with the contracting officer to discuss and develop a mutual understanding relative to administration of the contractor's overall safety program.

p. Paragraph 24.0, Key Personnel. Note the requirements for "key" personnel. Offerors may identify other additional positions he/she considers "key".

q. Paragraph 25.0, Rubbish Hauling/Handling. This includes the total process of collecting and disposal of rubbish/debris which may result from construction projects including, but not limited to collection, compaction, dumpsters, landfill fees, and transportation to and from landfill, etc. Payment for construction rubbish/debris will only be made in accordance with the single line item included in the UPG item number 02000 620 0005.    The unit of issue for this line item is cubic yard.

r. Paragraph H-101, Required Insurance. Note the required insurance on page 17. This is standard for all government contracts. If the contractor does not or cannot provide proof of insurance, the contractor shall not be allowed to work on Dover AFB, Delaware.

JSA 352

s. Paragraph H-102, Government Furnished Property (GFP). Government furnished property will be identified on the individual Statement of Work (SOW) for a particular project. Ms McGee and Mr Shore both stated that GFP is only used on a project when absolutely necessary.

10. Ms McGee briefly covered Section I as follows.

a. Clauses may be accessed via the website referenced in the RFP. Some clauses in Section I require fill-ins and these must be included with the proposal under Contract Forms, Volume III.

b. Contractors must note the contents of the clause on page 32 entitled "Contractor Access to Air Force Installations".

11. Ms McGee reminded the contractors to complete Section K and include this with their proposal under Contract Forms, Volume III.

12. Section L and M –

a. Be sure to follow the instructions found under Part IV – Representations and Instruction; Section L; Instructions, Conditions and Notices to Bidders under the headings of General Proposal Preparation Instructions and Specific Proposal Preparation Instructions. Three separate volumes are to be submitted.

(1) Volume I – Mission Capability. Submit an original and five copies.
Includes subfactors of Project Management Ability, Project Development/Planning and Minimal Design, Subcontracting Support Capability, Project Execution and Technical Capability – Demonstration Project. See RFP, pages 45, 46, 51-57.

(2) Volume II - Past Performance. Submit and original and five copies.
Includes subfactors Multi-Project/Multi Discipline Construction Management Experience within the Last Three Years and Quality and Satisfaction Rating for Contracts Completed in the Past Three years. See pages 46, 58, and 59.

(3) Volume III – Cost and Contract Forms. Submit an original and two copies.
Includes Cost, Bonds, Financial Resources, and Contract forms. See RFP, pages 46, 47, and 59.

b. Evaluation will be accomplished on four factors:
Factor 1 – Mission Capability
Factor 2 – Proposal Risk
Factor 3 – Past Performance
Factor 4 – Cost

c. Ms McGee read directly from Section M, page 50, paragraph 2.0, General Basis for Award.

d. There is no guarantee this office will open discussions and ask for a final proposal revision. Ms McGee stated offerors must ensure they submit a thorough, complete, and timely proposal. It is highly suggested that you offer your best overall proposal initially.

e. Ms McGee noted that during evaluation if an offeror is issued an evaluation clarification notice (ECN) or evaluation deficiency notice (EDN), that offeror would only have a short period of time to respond, probably by the next day. Ensure someone is available to receive any notices and respond accordingly.

JSA 353

13. Ms McGee asked everyone to refer to the RFP, page 49, Fascimile (fax) Proposals, noting that this is not for the initial proposal, but only for proposal revisions or modification of a proposal, or a withdrawal of a proposal. Ms McGee noted the fax numbers listed stating these are our local fax number. When we are doing off-site evaluation, other fax numbers will be provided to offerors in writing as necessary.

14. Ms McGee stated that Mr Shore would cover Attachment 1, Technical Specifications – General Requirements SOW.

15. Attachments 2 and 3 entitled Operational Climatic Data Summary and Monthly Mean Number of Days with Precip Trace to .5 Inches are provided for information purposes. This is to give you an ideal of expected weather in the area. These might be used to justify a time extension for a delivery order, should unexpected, severe weather occur.

16. Attachment 4 includes all four wage decisions.

17. Attachment 5 is the SOW for the demonstration project, Title Repair Offices, Facility 779. See solicitation, Sections L and M. Note the Submittal Register, page 2 that states "Do not submit any "Samples" (item C above). All facets must be submitted with your proposal for evaluation. Offerors must provide at least one alternative to the government's proposed method of construction. Note: Offerors must provide a complete cost estimate from the Means® Computerized Database, and any non-priced items, to demonstrate a complete proposal for the given project. Cost estimate should flow in a logical order and clearly address all areas of the design.

18. Attachment 6 is the Unit Price Guide (UPG). These are the items Dover AFB utilizes that are not included in Means. With the exception of the line item for rubbish hauling/handling, if items are found in Means, they should use that item in lieu of the item listed in Attachment 6. Ms McGee added that contractor must review the pricing included in Attachment 6 and should they consider any of them to be inadequate, she must received notification with justification within the next few days. Ms McGee she will not entertain any complaints of inadequacies after award.

19. Attachment 7 is the SABER demonstration project drawings (issued in Auto Cad Lite 2000).

20. Attachment 8 is the sample past performance survey cover letter for use by offerors for forwarding surveys to their POCs.

21. Attachment 9 is the survey. Surveys must be forwarded to POCs for completion and then returned to 436 CONS/LGCA not later than 1600 hrs on 7 October 2002.

22. Central Contractor Registration. After 31 May 1998, prospective contractors must be registered in the Central Contractor Registration (CCR) database prior to award of a contract. You may register by going to the Internet at www.ccr2000.com. You will need to know your Duns number. If you don't know it, you may call1-800-333-0505.

23. State of Delaware, Division of Revenue.

   a. By State law, contractors with Government contracts over $20,000 must obtain a Delaware business license, post bond to insure payment of taxes, supply a list of subcontractors, and if employees are working in Delaware the contractor must withhold Delaware taxes.

   b. If you have any questions, please contact Mr Robert O'Hara, a representative from the State of Delaware, Division of Revenue, at 302-739-5251, extension 7105, or you may write him at the following address: Field Operations Bureau, Attn: Robert O'Hara, Division of Revenue, 540 S DuPont Hwy, Thomas Collins Building, Ste 2, Dover DE  19901-4523. Or, you may e-mail him at rohara@state.de.us.

JSA 354

24. Permits and Responsibilities.

a. You are reminded that it is your responsibility to investigate, determine, and comply with all Federal, State, municipal laws, codes and regulations applicable to the performance of the work and obtain any required licenses and permits. Contractors who do not comply with these provisions are subject to sanction under the terms of such contracts. Sanctions may include cure notice, government claim for damages, partial/total termination for default and suspension/debarment.

b. You are reminded to be sure to comply with all safety standards/requirements set forth in the contract. You are reminded OSHA representatives have access to the base at any time and often come unannounced.

25. Superintendence by the Contractor. The prime contractor is required to <u>directly superintend</u> the work. The superintendent is required to be at the site at all times when work is in progress and have the authority to act for the prime contractor.

26. Performance of Work by the Contractor. **Added for general information.** In accordance with FAR 52.219-14 entitled Limitations on Subcontracting, by submission of an offer and execution of a contract, the offeror/contractor agrees that in performance of a contract for general construction, the concern (prime contractor) will perform at least 15 percent of the cost of the contract, not including the cost of materials, with its own employees

27. Receipt of Proposal.

a. Offerors shall ensure their proposal is submitted prior to the date and time referenced on the SF 1442 unless changed by an amendment thereto. Proposals received after this date and time shall be handled in strict accordance with FAR 15.208 – Submission, Modification, Revision, and Withdrawal of Proposals.

b. No formal public bid opening will be held. In accordance with Federal Acquisition Regulation (FAR) 24.202(a) and 10 U.S.C. 2305(g), a proposal in the possession or control of the government, submitted in response to a competitive solicitation, shall not be made available to any person under the Freedom of Information Action. FAR 15.505 states the offeror may request a preaward debriefing by submitting a written request for debriefing to the contracting officer within 3 days after receipt of the notice of exclusion from the competition. FAR 15.506 further indicates an offeror, upon its written request received by the agency within 3 days after the date on which that offeror has received notification of contract award in accordance with 15.503(b), shall be debriefed and furnished the basis for the selection decision and contract award.

c. Award of this solicitation shall be made using median source selection procedures considering the evaluation factors for award, reference Request For Proposal Section M.

28. Subcontracting. **Added for general information.** In accordance with FAR 52.219-17 entitled Section 8(a) Award, the offeror agrees that it will not subcontract the performance of any of the requirements of this subcontract to any lower tier subcontractor without the prior written approved of the SBA and the cognizant Contracting Officer of the 436th Contracting Squadron.

29. Hazardous Material Removal. **Added for reference general information.** Some of the projects issued under SABER may require the removal of hazardous material; i.e., asbestos, lead, etc. All hazardous material shall be handled and disposed of in strict accordance with all Stated, Federal, local requirements and in accordance with the requirements of the Technical Specifications – General Requirements, RFP ATCH 1.
Note: The Certified Industrial Hygienist and the abatement firm must be independent of each other; both are to be hired by the prime contractor.

30. Employment Reports on Disabled Veterans and Veterans of the Vietnam Era.

   a. The U.S. Department of Labor has amended the regulations so that now contractors and subcontractors with a contract of $25,000 or more with the Federal Government must take affirmative action to hire and promote qualified special disabled veterans, Vietnam-era veterans and any other veteran who served on active duty during a war on a campaign or expedition for which a campaign badge has been authorized. Contracting Officers will have to confirm (where applicable, i.e.: if you've held a contract over $25,000 in the past year) that the contractor VETS-100 report was submittal before this contract award is made. If you have any questions about the VETS-100 reporting requirements, call the VETS-100 Processing Center, 703-461-2460.

   b. The Employment Reports on Disabled Veterans and Veterans of the Vietnam Era, FAR 52.222-37, is apart of this solicitation because the resulting contract of this solicitation is estimated to be awarded over $25,000. The report may be electronically submitted by visiting http://vets100.cudenver.edu/on the Internet. Reports shall be submitted no later than 30 September of each year. You are also reminded the terms of this clause is required in every subcontract or purchase order of $25,000 or more unless exempted by rules, regulations, or orders of the Secretary.

31. Mr Shore covered the Technical Specifications – General Requirements SOW

   a. Page 5, Description. This was briefly covered.

   b. Page 6, Site Validation. For every project there is a site validation. There will be one for Fac 779 (demonstration project) today.

   c. For simple, straightforward projects that require very little design, the proposals are due in 10 days from the issuance of the project RFP. For projects that are more in depth, require drawings, calculations, etc., the proposals are due in 30 days from issuance of the RFP.

   d. Proposals submitted by the contractor that are unacceptable, or that require changes, will be submitted within three (3) working days after written request by the contracting officer.

   e. As a minimum, the on site staff shall include a permanent project manager and a permanent assistant project manager at all times during the performance of the contract. Also, the contractor shall employ, on site, an individual holding a professional engineer's license. Experience for the project manager position and the assistant project manager position is delineated on pages 8 and 9 of the SOW.

   f. Page 9, paragraph 2.1, Government Furnished Facilities. The facility at Bldg 638 will not be immediately available. The contractor will be temporarily located in Bldg 447 for a period not to exceed 150 days. The contractor will move from Bldg 447 to Bldg 638 upon written notification by the contracting officer. The contractor will vacate Bldg 638 on the last day of the contract and will locate to an approved field office or off-base location to complete any on-going delivery orders. Storage at Bldg 638 will be in a trailer or Conex box, painted Eagle Feather Tan. There is no exterior fenced in area at Bldg 638 for storage and there are no plans to add it.

   g. Grounds Maintenance – There was some discussion regarding the contractor's responsibility for grounds maintenance. This is clarified in the SOW, page 11, top of page, last two sentences, which state "The cost of grounds maintenance at the contractor's office will be included in the coefficient. Grounds maintenance at individual construction sites will be priced on each delivery order." (CORRECTION)

h. Affirmative Procurement Guidelines was briefly mentioned. Read and adhere. Mr Shore referenced the bottom of page 13 and noted the contractor may obtain a waiver.

i. Mandatory Verification was covered. If there is a requirement for mandatory verifications for a project, this will appear in the project SOW. The contractor must adhere to these requirements or run the risk of rejection of work and re-accomplishment.

j. Mr Shore covered record drawings. Mr Shore noted there is a good possibility that record drawings are not correct. The contractor will verify all conditions and shall not depend on the record drawings.

k. Permits. Mr Shore noted that there are a lot of underground utilities at Dover AFB, Delaware. The contractor must adhere to the requirements of the SOW for obtaining excavation permits and burn permits.

l. Source for Reference Publications. Refer to SOW, page 26, paragraph 1.

m. Design. Refer to SOW, page 27, top of page.

n. Statement of Work. SOW, page 27, the government will provide the contractor with a SOW that includes specific requirements, a description of the project and what is required. After the SOW is provided to the contractor, a site visit will be scheduled. Scope development will occur during the development of the contractor's proposal through discussions with the government SABER project manager. Mr Shore emphasized that scope development is a team effort. The contractor will submit a proposal and negotiations will occur.

o. Mr Shore referred to the SOW, page 33 regarding shop drawings and calculations. Mr Shore indicated for smaller, simple projects, drawings and calculations may not be required. However, for larger, less simple projects, such as roofing, foundations, and HVAC, shop drawings, calculations, etc., will be required. The requirement for drawings, calculations, etc., will be specified on each project SOW.

p. Mr Shore noted that people may be wondering why Dover is requiring an on-site engineer. Mr Shore noted that when an A & E firm accomplishes a design, they have the responsibility of coordinating all of the disciplines to ensure the project progresses smoothly and logically. Since a SABER project may have multiple disciplines, we feel having an engineer on-site will more likely result in better coordination of all of the work for a smoother and more logical workflow. An attendee asked if the engineer would have to be on-site at all times to meet this requirement. Mr Shore and Ms McGee stated the requirements of the solicitation must be met. It is up to the offeror to submit a proposal meeting the requirements of the RFP. We are not going to tell contractors what to include in their proposals. At that point in time Ms McGee noted that what an offeror proposes could result in additional cost to the government; however, if an offeror proposes something additional that results in increased costs, this must be of benefit to the government. It should not be something frivolous and unnecessary.

q. Quality Control Plan. It was again emphasized by Mr Shore that the government would not do the contractor's quality control for the contractor. The contractor must have a quality control program in place that works. Mr Shore noted that sometimes a contractor's quality control program falls by the wayside or becomes non-existent. This is unacceptable. A quality control plan is required to be submitted within 20 calendar days of contract award.

r. Ground Safety/OSHA/EPA. The contractor must comply with all Federal, state and local requirements. Ms McGee added if the contractor is fined, it would be his/her responsibility to pay the fine.

JSA 357

s. Environmental Compliance. SOW, page 46-49, Mr Shore briefly covered these requirements.

t. Equipment Rental. SOW, page 50, paragraph 1.2, Mr Shore briefly covered this section.

u. Contractor Storage. SOW, page 51, paragraph 2.2, Mr Shore briefly covered this section.

v. Salvageable Materials. SOW, page 55, paragraph 4, Mr Shore briefly covered this section. Contractor can anticipate taking items to DRMO on about 85% of the delivery orders issued.

w. Special Construction. SOW, page 89, intrusion detection equipment shall be a product of ADT. The requirement for ADT equipment is seldom. However, when there is a requirement it would be non-prepriced with the contractor obtaining pricing from ADT.

x. Mechanical. SOW, page 91, mechanical equipment shall be a product of The Trane Company when specified. The reasons for this are quality, maintenance, replacement parts, technicians are trained on Trane, etc. Trane items are priced through line items in Means with an adjustment for the material costs only, based on a quote from Trane. Ms McGee noted Trane equipment is on GSA contract and Trane will extend the GSA pricing to the contractor.

y. Fire Detection and Alarm Systems. SOW, page 93, contractors must provide off-site annunciation by means of a Monaco Enterprises, Inc., transceiver. The Monaco items Dover AFB, Delaware, requires are in the UPG. These include all overhead and profit.

B. Ms McGee noted that offerors will have to do their own analysis to determine how Means compares to the actual cost of a task. This will have to accomplished in order for a contractor to offer coefficients.

C. Ms McGee stated just because something has not been particularly targeted and covered in the preproposal conference doesn't mean it doesn't apply, or negate the importance of anything not specifically covered. Offerors are responsible for complete review of the solicitation and all attachments thereto.

D. Ms McGee covered the general submittal process. For submittals submitted after award, contractor must submit an original and four copies. (CORRECTION)

E. Site Visit and Bus Tour.

1. The meeting continued with firms being transported by bus to the contractor's temporary facility at Bldg 447. Attendees were given the opportunity to look at the facility and were advised there would be some minor repair prior to the contractor moving into the facility. There is no outside storage area provided at Bldg 447. However, the contractor may store items in front of Bldg 638 in an acceptable trailer or Conex box.

2. Bldg 638 was visited and contractors were given the opportunity to go through the facility. Mr Shore stated while the contractor is located in Bldg 447, there may be a SABER project to do some minor repair to Bldg 638. Ms McGee added a delivery order issued for minor repair would not include anything the SABER contractor is responsible for in accordance with the requirements of the resulting contract.

3. The tour then continued with a bus ride through the base and on into the housing area with the meeting ending at approximately 1610 hrs.

F. QUESTIONS/ANSWERS: Everyone is highly encouraged to submit questions in writing to ensure complete understanding of the question. Email your questions to nancy.chronister@dover.af.mil or

JSA 358

fax them to 302-677-2905/2907, Attn: Nancy Chronister. Questions and responses thereto will be posted to the contract file on www.eps.gov. The questions asked and responses provided during the preproposal conference and site visit are listed below:

1. Question: With regard to the one inch margins required for proposals, can titles appear in that margin?

Response: Nothing can be in the margins.

2. Question: Is there a limit to the number of references an offeror can provide.

Response: No. Offerors may provide as many as they wish, taking into consideration the relevancy of the information, the source of the information, and the context of the data, predecessor companies, key personnel, or subcontractors, etc.

3. Question: An attendee stated that he had been unable to open the drawings and asked for recommendations.

Response: It was suggested that he download the drawings to his hard drive first, and then see if he has access to the drawings. Ms McGee stated if he continues to have difficulty to call her and she will try to assist.

4. Question: An attendee requested further explanation of the line item to be used for construction debris.

Response: Ms McGee re-emphasized her previous explanation of the line item.

5. Question: When will an offeror hear something?

Response: Ms McGee stated there would possibly be an initial competitive range determination, and offerors would be notified if they were eliminated from the competitive range. If discussions occur resulting in the issuance of ECNs and EDNs, the offerors will know he/she has been included in the initial competitive range. However, for the record it is noted, award may be made without discussion. See Section L, paragraphs 4.0 through 4.5.

6. Question: What about debriefings?

Response: Offerors will be eligible for both pre-award and post award debriefings in accordance with FAR, Part 15.

7. Question: How much work, percentage wise, is in family housing?

Response: Minimal SABER work is done in the housing area; i.e., some fire damage.

8. Question: How much of the anticipated design work is above the 35%, adding that this is for the purpose of offering on the contract line item for project estimating?

Response: We require shop drawings on roofing and HVAC/mechanical. We never require a full or extensive design package on any project. Mr Shore noted that any amount paid for project estimating under a delivery order would be subtracted from the total cost of the delivery order when it is issued for actual construction. Therefore, project estimating is not an additional cost. Ms McGee added Dover rarely issues a delivery order for project estimating. Ms McGee advised the government is prohibited from giving the SABER contractor a project that has been designed over 35% unless it is out of date and requires revalidation or updating. Ms McGee added that the government is permitted to execute a project through SABER that has not been designed beyond 35%.

JSA 359

9.  Question:  When will the preproposal minutes be posted?

Response:  Ms McGee stated they would be posted as soon as she can accomplish them.

10.  Question:  What is the relationship between the R. S. Means® computerized pricing guide and the UPG at Attachment 6.

Response:  The coefficients (your overhead and profit) are applied to the R. S. Means® computerized pricing guide - bare costs.  Coefficients are not applied to the UPG, Attachment 6.  The items in Attachment 6 are locally developed and include overhead and profit.  The items in Attachment 6 are only adjusted in accordance with the economic price adjustment in Section H, pages 14 and 15.  Non-prepriced Items (NPIs).  Mr Shore added that the items in the UPG are items that are either not included in the Means, or are not covered adequately in the database; i.e., what Dover AFB, Delaware, requires specifically.

11.  Question:  If an item appears in both the R. S. Means computerized database and the UPG, does the contractor have an option of which to use.

Response:  Mr Shore stated he does not feel the items, as specified, in the UPG are included in Means, and if they are in Means as we specify, we would like to know.  With the exception of the rubbish handling/hauling, if items are in both Means and the UPG, the contractor should use Means.

12.  Question:  With the arrival of the C-17s, how much of the new construction will flow to SABER?

Response:  Mr Sclesky stated at the present time very little is planned for SABER.

13.  What other IDC are on-going at Dover AFB, Delaware?

Response:  There are IDCs for pavement (streets and sidewalks), airfield pavement, fencing, exterior painting, asbestos abatement, and A & E services.  There is also a Military Family Housing Maintenance contract.

14.  What is an execution narrative?

Response:  See SOW, page 38, paragraph 1. General.

G.  Changes:  You are reminded that "NO CHANGES" are authorized in the solicitation, specifications, or drawings unless directed by the contracting officer.  Other than the two amendments issued, this solicitation remains unchanged at this time, regardless of what has been said during the preproposal meeting and site visit.  If the solicitation is changed further, another amendment will be posted to the www.eps.gov.

H.  If you have properly registered, the EPS system should notify you when changes are posted to the Internet; however, that has not always been the case.  The email notification system is not guaranteed, and it is the contractor's responsibility to check EPS for the latest information ... even if you do not receive an email directing you to do so.  This position is backed up by the following disclaimer on the "E-Mail Notification Registration Page" located within EPS.  Disclaimer: "This service is provided for convenience only and does not serve as a guarantee of notification.  Subscribers to this list service are ultimately responsible for reviewing the EPS Business Opportunities site for all information relevant to desired acquisitions."

JSA 360

I.  The foregoing is believed to be an accurate summary of discussions held during subject meeting. Those present should advise the undersigned of any additional information, clarifications, or corrections that they feel should be made to the minutes within 3 days of posting on www.eps.gov. Failing notification to the contrary, these minutes will stand for the record.

*Jacqueline J. McGee*

JACQUELINE J. MCGEE
Contracting Officer

Attachments:
1.  General Data Sheet
2.  Attendance Sheet

cc: www.eps.gov
    CECC

JSA 361

F07603-02-R-0009
SIMPLIFIED ACQUISITION OF BASE ENGINEER REQUIREMENTS
(SABER)
PREPROPOSAL CONFERENCE
24 SEPTEMBER 2002

SOLICITATION NO:  F07603-02-R-0009

PROJECT NO:  N/A

PROJECT TITLE:  SIMPLIFIED ACQUISITION OF BASE ENGINEER REQUIREMENTS
(SABER)

DOLLAR THRESHOLDS OF CONTRACT:

    MINIMUM OVER LIFE OF CONTRACT $300,000.00
    MAXIMUM OVER LIFE OF CONTRACT $30,000,000.00

CLOSING DATE:  7 OCTOBER 2002 AT 4:00PM (LOCAL TIME)

PERFORMANCE PERIOD:      INITIAL CONTRACT PERIOD (12 MONTHS)
                         1ST OPTION PERIOD (12 MONTHS)
                         2ND OPTION YEAR TWO (12 MONTHS)
                         3RD OPTION YEAR THREE (12 MONTHS)
                         4TH OPTION YEAR FOUR (12 MONTHS)

NUMBER OF AMENDMENTS AS OF THIS MEETING:    0001 issued 19 Sep 02
                                            0002 issued 23 Sep 02

NUMBER OF ADDENDA AS OF THIS MEETING:       Addendum 1 issued 19 Sep 02
                                            Addendum 2 issued 23 Sep 02

 CONTRACTING OFFICER:  JACQUELINE J. MCGEE

CONTRACT SPECIALIST:  NANCY J. CHRONISTER

SCOPE OF WORK:  This solicitation will result in an indefinite delivery, indefinite quantity (IDIQ) contract for construction efforts at Dover Air Force Base, Delaware.  The government will award construction projects by individual delivery orders on an as-needed basis.  The contractor shall furnish all personnel, equipment, tools, materials, supervision, and other items and services necessary to design, manage, and accomplish a broad range of maintenance, repair, alteration, and/or new construction work.  During the contract period, the Base Civil Engineer (BCE) will identify construction tasks and the Contracting Officer, henceforth referred to as CO, will issue individual delivery orders to the contractor to complete the work. The contractor shall maintain an office on Dover Air Force Base in order to receive work requests and other related requirements to accomplish each individual delivery order.  Projects will include tasks in a variety of trades, including, but not limited to the following:
    a.  Site Work, Concrete, Masonry, Metals, Wood and Plastics, Thermal and Moisture Protection, Doors and Windows, Finishes, Specialties, Equipment, Special Construction, Conveying Systems, Mechanical, and Electrical.
    b.  Residential/Commercial Repair and Remodeling.
    c.  Abatement of Hazardous Material.

cc:  Attendees
     436 CONS/LGC

JSA 362

PREPROPOSAL CONFERENCE ATTENDANCE SHEET
SIMPLIFIED ACQUISITION OF BASE ENGINEER REQUIREMENTS (SABER)
F07603-02-R-0009
24 SEPTEMBER 2002

| NAME WITH RANK TITLE/POSITION | ORGANIZATION/ OFFICE SYMBOL/ COMPANY NAME | IF CONTRACTOR – PROVIDE COMPLETE ADDRESS | PHONE NO. |
|---|---|---|---|
| Jacqueline J. McGee, GS-11 Contracting Officer | 436 CONS/LGCA | | 302-677-5012 |
| Kim Shore, GS-12 Chief, SABER Mgt Element | 435 MSG/CECS | | 302-677-6828 |
| Guy Smith, GS-11 SABER Project Manager | 436 MSG/CECS | | 302-677-6831 |
| Tracy Smith, VP | USA Environmental Management, Inc. | 8600 West Chester Pike Suite 3 Upper Darby PA 19082 | 610-449-9903 |
| Michael Kinder, B.D. Specialist | Strategic Design Collaborative, Inc. | 800 E. Leigh Street Suite 16 Richmond VA 23219 | 804-377-0141 |
| Gregory Zimpel | ESA Environmental, Inc. | 924 Professional Place Suite A Chesapeake VA 23320 | 757-436-3933 |
| Nancy Chronister, GS-09 Contract Specialist | 436 CONS/LGCA | | 302-677-4671 |
| Glen Lambert Contract Specialist | 436 CONS/LGCA | | 302-677-5038 |
| Mario Zacharjasz, President | Puenta Construction | 48-50 Newton Avenue Newberry NJ 08096 | 856-848-0919 |
| Frank Guarini | Puenta Construction | 48-50 Newton Avenue Newberry NJ 08096 | 856-848-0919 |
| Mike Parker | M. L. Parker Const. | 2918 W. 9th Street Chester PA 19013 | 610-485-9175 |
| A. L. Renner | M. L. Parker Const. | 2918 W. 9th Street Chester PA 19013 | 610-485-9175 |
| Sammy Dixon | All-Pro Ind | 4015 Killiam Ave. Norfolk VA 23508 | 757-440-9007 |
| Rick Laird | S. W. Day Construction Corp. | Bldg 639, Door 19 Dover AFB DE 19902 | 302-730-3873 |
| Rick Sieminski | S. W. Day Construction Corp. | Bldg 639, Door 19 Dover AFB DE 19902 | 302-730-3873 |
| Angelo Perryman | Perryman Building and Construction Services | 4548 Market Street Philadelphia PA 19139 | 215-243-4109 |
| Ralph C. McCafferty | Nason Construction Inc | 200 Foulk Road Suite F Wilmington DE 19803 | 302-529-2800 |
| Frank McLaughlin | Fullard Environmental Controls | 2004 Short Street Ford City PA 16226 | 724-736-8654 |
| George Graves | Fullard Environmental Controls | 2004 Short Street Ford City PA 16226 | 724-763-8654 |

JSA 363

| NAME WITH RANK TITLE/POSITION | ORGANIZATION/ OFFICE SYMBOL/ COMPANY NAME | IF CONTRACTOR — PROVIDE COMPLETE ADDRESS | PHONE NO. |
|---|---|---|---|
| John E. Gillen, Project Manager | Earth Savers, Inc. | P. O. Box 33569 Oakdale PA 15071 | 937-313-4723 |
| Jeff Khoo | Blacksmith MG/AC | P. O. Box 33569 Wright Patterson AFB OH 45433-0569 | 937-313-4723 |
| Richard DiMambro Manager, Engineering | Construction and Consulting Associates, Inc. | 495 Highlands Blvd. Coatesville PA 19320 | 610-383-1040 |
| Ed O'Brien, VP | THR Enterprises, Inc. | 1215 St. Julian Ave. Norfolk VA 23504 | 757-625-4592 |
| Michael Stonebraker, Program Manager | THR Enterprises, Inc. | 1215 St. Julian Ave. Norfolk VA 23504 | 757-625-4592 |
| Craig Williams, President | Pride Enterprises, Inc. | 310 DeKalb St., 2-F Norristown PA 19401 | 484-322-0022 |
| Chidi VUzoije Manager/ Estimator | Pride Enterprises, Inc. | 310 DeKalb St., 2-F Norristown PA 19401 | 484-322-0022 |
| Ennio Brugnolo, Project Manager/Estimator | Anvi & Associates | 1300 W. Rockland Street Philadelphia PA 19141 | 215-324-1243 |
| Kaitlin Do/President | Anvi & Associates | 1300 W. Rockland Street Philadelphia PA 19141 | 215-324-1243 |
| Jason Malin/Project Manager | Barclay Whte Skanska | 56 West Main Street Suite 102 Christiana DE | 302-731-7300 |
| John Sclesky, GS-13 Chief, Engineering Flight | 436 MSG/CEC | | 302-677-6466 |

JSA 364