- 8 -

## CERTIFICATE OF SERVICE

    I, James D. Heisman, hereby certify that on this 23rd day of August, 2005, I caused a true and correct copy of the foregoing **Plaintiff's Answer to Defendants' Counterclaim** to be served upon the following individuals in the manner indicated below:

| *Via e-file* | *Via email and U.S. mail* |
|---|---|
| Edmund D. Lyons, Jr., Esquire | Harvey A. Levin, Esquire |
| The Lyons Law Firm | Birch, Horton, Bittner and Cherot |
| 1526 Gilpin Avenue | 115 Connecticut Ave., N.W. |
| Wilmington, DE 19806 | Suite 1200 |
| | Washington, DC 20036 |

                                                  */s/ James D. Heisman*
                                                James D. Heisman (# 2746)