IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, for the Use and Benefit of **JERSEY SHORE AUTOMATION, INC.**, a New Jersey corporation,<br><br>    *Plaintiff,*<br><br>  v.<br><br>**CHUGACH SUPPORT SERVICES, INC.**, an Alaska corporation, and **SAFECO INSURANCE COMPANY OF AMERICA**, a Washington corporation,<br><br>    *Defendants.* | C.A. NO. 04-1416 (JJF) |

**PLAINTIFF JERSEY SHORE AUTOMATION INC.'S
MOTION PURSUANT TO FED. R. CIV. P. 56(f) TO OBTAIN
DISCOVERY AND EVIDENCE NECESSARY TO RESPOND TO
DEFENDANTS' MOTION TO DISMISS IN PART, OR IN THE
ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff Jersey Shore Automation, Inc, ("Jersey Shore") respectfully moves the Court to issue an Order pursuant to Fed. R. Civ. P.56(f) to permit Jersey Shore to obtain discovery necessary to respond to Defendants' Motion to Dismiss in Part, or in the Alternative for Partial Summary Judgment, on Jersey Shore's claims arising out of (i) Chugach's mistakes in calculating, and incorrect calculations of, wage rates, (ii) Chugach's failing to process invoices in a timely fashion and failing to issue change orders and (iii) Chugach's breach of the contract as supplemented by the parties, issues upon which Plaintiff bears the ultimate burden of proof. As demonstrated more fully in the Declaration of James D. Heisman, Esquire and Plaintiff's Brief in Opposition to Defendants' Motion to Dismiss in Part, or in the Alternative for Partial Summary

Judgment, Plaintiff satisfies the established requirements for obtaining additional discovery under Rule 56(f).

WHEREFORE, pursuant to Fed. R. Civ. P. 56(f), Plaintiff respectfully requests that this Court grant its motion to obtain discovery on claims arising out of (i) Chugach's mistakes in calculating, and incorrect calculations of, wage rates, (ii) Chugach's failing to process invoices in a timely fashion and failing to issue change orders and (iii) Chugach's breach of the contract as supplemented by the parties.

A proposed Order is attached.

Respectfully submitted,

CONNOLLY BOVE LODGE & HUTZ LLP

*/s/ James D. Heisman*
James D. Heisman (# 2746)
M. Edward Danberg (# 2245)
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899
(302) 658-9141
*Attorneys for Plaintiff Jersey Shore Automation, Inc.*

DATED: August 24, 2005

2