IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **UNITED STATES OF AMERICA**, for the Use and Benefit of **JERSEY SHORE AUTOMATION, INC.**, a New Jersey corporation,<br><br>    *Plaintiff*,<br><br> v.<br><br>**CHUGACH SUPPORT SERVICES, INC.**, an Alaska corporation, and **SAFECO INSURANCE COMPANY OF AMERICA**, a Washington corporation,<br><br>    *Defendants*. | )<br>)<br>)<br>)<br>)<br>)  C.A. NO. 04-1416 (JJF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING PLAINTIFF JERSEY SHORE AUTOMATION INC'S MOTION PURSUANT TO FED. R. CIV. P. 56(f) TO OBTAIN DISCOVERY AND EVIDENCE NECESSARY TO RESPOND TO DEFENDANTS MOTION TO DISMISS IN PART, OR IN THE ALTERNATIVE FOR PARIAL SUMMARY JUDGMENT**

  WHEREAS, on August 24, 2005, Plaintiffs filed their Motion Pursuant to Fed. R. Civ. P. 567(f) to Obtain Discovery and Evidence Necessary to Respond to Defendants Motion to Dismiss in Part, or in the Alternative for Partial Summary Judgment (the "Motion"); and

  WHEREAS, the Court having considered the arguments of the parties, and determined that the Motion should be granted.

  IT IS HEREBY ORDERED, this ____ day of _____, 2005, that Plaintiff's Motion is GRANTED.

_____<br>
The Honorable Joseph J. Farnan, Jr.<br>
United States District Court Judge

1