## CERTIFICATE OF SERVICE

I, James D. Heisman, hereby certify that on this 24th day of August, 2005, I caused a true and correct copy of the foregoing **Plaintiff's Motion Pursuant to Fed. R. Civ. P. 56(f) to Obtain Discovery and Evidence Necessary to Respond to Defendants' Motion to Dismiss in part, or in the Alternative for Partial Summary Judgment** to served upon the following individuals in the manner indicated below:

*Via efile and hand-delivery*
Edmund D. Lyons, Jr., Esquire
The Lyons Law Firm
1526 Gilpin Avenue
Wilmington, DE 19806

*Via efile*
Harvey A. Levin, Esquire
Birch, Horton, Bittner and Cherot
115 Connecticut Ave., N.W.
Suite 1200
Washington, DC 20036


                                    */s/ James D. Heisman*
                                    James D. Heisman (# 2746)