IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, for the Use and Benefit of **JERSEY SHORE AUTOMATION, INC.**, a New Jersey corporation,<br><br>        *Plaintiff,*<br><br>v.<br><br>**CHUGACH SUPPORT SERVICES, INC.**, an Alaska corporation, and **SAFECO INSURANCE COMPANY OF AMERICA**, a Washington corporation,<br><br>        *Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)   C.A. NO. 04-1416 (JJF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

I, James D. Heisman, hereby certify that on the 25th day of August, 2005, I caused a true and correct copy of **Plaintiff Jersey Shore's Rule 26(a)(1) First Supplemental Initial Disclosures** to be served upon the following individuals in the manner indicated below:

*Via Hand-Delivery*
Edmund D. Lyons, Jr., Esq.
The Lyons Law Firm
1526 Gilpin Avenue
Wilmington, DE 19806

*Via Facsimile & Email*
Harvey A. Levin, Esq.
Birch, Horton, Bittner and Cherot
115 Connecticut Ave., N.W.
Washington, DC 20036

**Connolly Bove Lodge & Hutz LLP**

    */s/ James D. Heisman*
James D. Heisman (# 2746)
M. Edward Danberg (# 2245)
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899
(302) 658-9141
*Attorneys for Jersey Shore Automation, Inc*

Dated: August 25, 2005

- 2 -

## CERTIFICATE OF SERVICE

    I, James D. Heisman, hereby certify that on the 25th day of August, 2005, I caused a true and correct copy of the foregoing **Notice of Service** of Plaintiff Jersey Shore's Rule 26(a)(1) First Supplemental Initial Disclosures to be served on the following individuals in the manner indicated below:

*Via E-Filing*  
Edmund D. Lyons, Jr., Esq.  
The Lyons Law Firm  
1526 Gilpin Avenue  
Wilmington, DE 19806

*Via E-Filing*  
Harvey A. Levin, Esq.  
Birch, Horton, Bittner and Cherot  
115 Connecticut Ave., N.W.  
Suite 1200  
Washington, DC 20036

/s/ *James D. Heisman*  
James D. Heisman (# 2746)