IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, for the Use and Benefit of **JERSEY SHORE AUTOMATION, INC.**, a New Jersey corporation, | ) ) ) ) ) | |
| Plaintiff, | ) ) | C.A. NO. C.A. No. 04-1416 (JJF) |
| v. | ) ) | |
| **CHUGACH SUPPORT SERVICES, INC.**, an Alaska corporation, and **SAFECO INSURANCE COMPANY OF AMERICA**, a Washington corporation, | ) ) ) ) ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

I, James D. Heisman, hereby certify that on the 25th day of August, 2005, I caused a true and correct copy of **Exhibit B** to Plaintiff's Answering Brief in Opposition to Defendants' Motion and Supplemental Brief to Dismiss in Part, or in the Alternative for Partial Summary Judgment (DI 49) to be served on the following via CM/ECF:

Edmund D. Lyons, Jr., Esq.
The Lyons Law Firm
1526 Gilpin Avenue
Wilmington, DE 19806

Harvey A. Levin, Esq.
Birch, Horton, Bittner and Cherot
115 Connecticut Ave., N.W.
Suite 1200
Washington, DC 20036

CONNOLLY BOVE LODGE & HUTZ LLP

  /s/ *James D. Heisman*  
James D. Heisman (# 2746)
M. Edward Danberg (# 2245)
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899
(302) 658-9141
*Attorneys for Plaintiff Counterclaim-Defendant Jersey Shore Automation, Inc.*

Dated: August 29, 2005