EXHIBIT 1


REPLY BRIEF OF DEFENDANTS
CHUGACH SUPPORT SERVICES, INC.
AND SAFECO INSURANCE COMPANY OF AMERICA
IN SUPPORT OF MOTION TO DISMISS IN PART,
OR IN THE ALTERNATIVE FOR PARTIAL SUMMARY JUDGMENT ON,
THE FIRST AMENDED COMPLAINT

LAW OFFICES
# BIRCH, HORTON, BITTNER AND CHEROT    A PROFESSIONAL CORPORATION
1155 CONNECTICUT AVENUE, N.W. • SUITE 1200 • WASHINGTON, D.C. 20036 • TELEPHONE (202) 659-5800 • FACSIMILE (202) 659-1027

HAL R. HORTON (1944 - 1998)

| | | | | |
|---|---|---|---|---|
| YULIYA B. ANDRESYUK‡ | DOUGLAS S. FULLER* | DANIEL C. KENT | OF COUNSEL: | 1127 WEST SEVENTH AVENUE |
| RONALD G. BIRCH** | MAX D. GARNER | THOMAS F. KLINKNER | JENNIFER C. ALEXANDER | ANCHORAGE, ALASKA 99501-3399 |
| WILLIAM H. BITTNER | GRETCHEN L. GASTON*† | HARVEY A. LEVIN*† | JON M. DEVORE | (907) 276-1550 |
| KATHRYN A. BLACK | DAVID KARL GROSS | STANLEY T. LEWIS | SHELLEY D. EBENAL | FACSIMILE (907) 276-3680 |
| SUZANNE CHEROT | TINA M. GROVIER | GREGORY A. MILLER | KENNETH E. VASSAR | |
| KIMBERLY A. DOYLE | PATRICIA M. HARDINA | MICHAEL J. PARISE | | * D.C. BAR |
| KATHLEEN TOBIN ERB | WILLIAM P. HORN* | TIMOTHY J. PETUMENOS | | ** D.C. AND ALASKA BAR |
| MARK E. FINEMAN, P.E. | STEPHEN H. HUTCHINGS | ELISABETH H. ROSS** | | † MARYLAND BAR |
| GREGORY S. FISHER | ROY S. JONES, JR.* | | | ‡ NEW YORK BAR |
| | | | | ALL OTHERS ALASKA BAR |

August 22, 2005

By Electronic Mail: cook.harold@dol.gov

Harold Cook
United States Department of Labor
Wage and Hour Division
Salisbury Field Station
Post Office Building, Room 230
P.O. Box 627
Salisbury, MD 21803

  Re: Jersey Shore Automation, Inc., Subcontractor
     Chugach Support Services, Inc., Contractor
     Dover Air Force Base, Delaware

Dear Mr. Cook:

  On behalf of Chugach Support Services, Inc. ("Chugach"), prime contractor at Dover Air Force Base, Delaware ("DAFB"), enclosed is Chugach's executed WH 56 regarding DOL's claim for unpaid wages due employees of Jersey Shore Automation, Inc. as subcontractor to Chugach at DAFB. You may expect a check for the amount stated in the WH 56 to follow shortly, but in any event prior to the September 16, 2005 date in the WH 56.

  You have advised that upon receipt of the money from Chugach, DOL will advise Jersey Shore as the employer of its rights to appeal and/or otherwise challenge DOL's determinations. Please keep Chugach informed of any notices and other communications to, from or otherwise with Jersey Shore regarding this matter.

  Please inform the contracting officer at DAFB, Ms. Jacqueline J. McGee, that Chugach has agreed to make full payment on behalf of Jersey Shore so that Ms. McGee can release funds due Chugach currently being withheld from the subject contract. Chugach also would appreciate your informing others in the chain of command at DOL of Chugach's agreement to pay Jersey Shore's obligations to its employees.

BIRCH, HORTON, BITTNER AND CHEROT
A PROFESSIONAL CORPORATION

Harold Cook
United States Department of Labor
August 22, 2005
Page 2 of 2

      On behalf of Chugach, thank you for your courtesy in getting this matter concluded. Should you need anything further, please do not hesitate to contact me.

                        Very truly yours,

                        BIRCH, HORTON, BITTNER AND CHEROT

                        /s/ Harvey A. Levin
                        Harvey A. Levin

cc:    Elizabeth Hansen
        Chugach Support Services, Inc.

G:\505986\4\hal9186.doc

08/19/05 FRI 16:50 FAX 202 466 4042     BIRCH HORTON BITTNER     ☒002

## Summary of Unpaid Wages

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division



| (Office Address) | Baltimore MD District Office<br>207 Appraisers Stores Building<br>103 South Gay Street<br>Baltimore, MD 21202<br>410-962-2240 | Investigator:<br>*Harold Cook* | Date:<br>08/19/2005 |
|---|---|---|---|
| | | Employer Fed Tax ID Number  22-3324163 | |

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. Gross Amounts Due |
|---|---|---|---|---|
| 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<br>Adams, Jeff | 358 Chicago Avenue<br>Valparaiso, FL 32580 | 12/13/2003<br>to 05/15/2004 | | $7,695.96 |
| 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<br>Amador, Jesse | 558 Shimmering Lane<br>Mary Esther, FL 32569 | 01/17/2004<br>to 01/31/2004 | | $1,471.86 |
| 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<br>Bedwell, Richard | 7615 Willow Grove Road<br>Camden Wyoming, DE 19934 | 09/27/2003<br>to 06/05/2004 | | $9,915.80 |
| 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<br>Griffith, Charles D | 4006 13th Street<br>Niceville, FL 32578 | 01/17/2004<br>to 05/29/2004 | | $5,314.74 |
| 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<br>Mahan, Robert | 101 East View Ave.<br>Kathleen, GA 31047 | 09/27/2003<br>to 02/28/2004 | | $5,390.52 |
| 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<br>Mahrenholz, Todd | 4 Emerson Drive<br>Dover, DE 19901 | 12/27/2003<br>to 06/05/2004 | | $8,237.66 |
| 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<br>Mitchell, Barry | 226 Terri Cove<br>Niceville, FL 32578 | 12/13/2003<br>to 05/15/2004 | | $6,889.25 |
| 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<br>Russell, Jeffrey | 7609 Willowgrove Road<br>Camden Wyoming, DE 19934 | 11/22/2003<br>to 05/22/2004 | | $12,539.36 |
| 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<br>Vadala, John | 611 S. Dupont Highway, Apt. B<br>New Castle, DE 19720 | 12/27/2003<br>to 06/05/2004 | | $10,198.45 |
| 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<br>Witten, Russel L | 2435 Roberts Drive<br>Niceville, FL 32578 | 01/17/2004<br>to 05/29/2004 | | $4,395.56 |

I agree to pay the listed employees the back wages shown due and to mail proof of payment to the Wage and Hour District Office shown above by
09/16/2005
Signed: _____
President

Employer Name and Address:
*Jersey Shore Automation, Inc.*
*Jersey Shore Automation, Inc.*
*2510 Delmar Blvd, Suite I24*
*Site: Dover AFB*
*Belmar, NJ 07719*

TOTAL  $72,049.15

* Column 4-Code
FLSA   1
PCA    2
SCA    3
DBRA   4
CWHSSA 5
CCPA   6
FMLA   7

Chugach Support Services, Inc.
Date: 08/19/2005 2:54:24 PM     Case ID: 1374231

Form-WH-56
Page 1

LAW OFFICES
## BIRCH, HORTON, BITTNER AND CHEROT
A PROFESSIONAL CORPORATION

1155 CONNECTICUT AVENUE, N.W. • SUITE 1200 • WASHINGTON, D.C. 20036 • TELEPHONE (202) 659-5800 • FACSIMILE (202) 659-1027

HAL R. HORTON (1944 - 1998)

| | | | | |
|---|---|---|---|---|
| YULIYA B. ANDRESYUK‡ | DOUGLAS S. FULLER* | DANIEL C. KENT | OF COUNSEL: | 1127 WEST SEVENTH AVENUE |
| RONALD G. BIRCH** | MAX D. GARNER | THOMAS F. KLINKNER | JENNIFER C. ALEXANDER | ANCHORAGE, ALASKA 99501-3399 |
| WILLIAM H. BITTNER | GRETCHEN L. GASTON*† | HARVEY A. LEVIN*† | JON M. DEVORE | (907) 276-1550 |
| KATHRYN A. BLACK | DAVID KARL GROSS | STANLEY T. LEWIS | SHELLEY D. EBENAL | FACSIMILE (907) 276-3680 |
| SUZANNE CHEROT | TINA M. GROVIER | GREGORY A. MILLER | KENNETH E. VASSAR | |
| KIMBERLY A. DOYLE | PATRICIA M. HARDINA | MICHAEL J. PARISE | | * D.C. BAR |
| KATHLEEN TOBIN ERB | WILLIAM P. HORN* | TIMOTHY J. PETUMENOS | | ** D.C. AND ALASKA BAR |
| MARK E. FINEMAN, P.E. | STEPHEN H. HUTCHINGS | ELISABETH H. ROSS** | | † MARYLAND BAR |
| GREGORY S. FISHER | ROY S. JONES, JR.* | | | ‡ NEW YORK BAR |
| | | | | ALL OTHERS ALASKA BAR |

August 23, 2005

By Overnight Service

Harold Cook
United States Department of Labor
Wage and Hour Division
Salisbury Field Station
Post Office Building, Room 230
Salisbury, MD 21803

Re:  Jersey Shore Automation, Inc., Subcontractor
     Chugach Support Services, Inc., Contractor
     Dover Air Force Base, Delaware

Dear Mr. Cook:

Further to my letter of August 22, 2005 accompanied by the executed Form WH 56, on behalf of Chugach Support Services, Inc. ("Chugach"), prime contractor at Dover Air Force Base, Delaware ("DAFB"), enclosed is a certified check in the amount of $72,049.15 is satisfaction of the DOL claim against Jersey Shore Automation, Inc. for unpaid wages due employees of Jersey Shore as subcontractor to Chugach at DAFB.

Please inform the contracting officer at DAFB, Ms. Jacqueline J. McGee, that Chugach has made full payment on behalf of Jersey Shore so that Ms. McGee can release funds due Chugach currently being withheld from the subject contract, and please keep me apprised contemporaneously of any communications to, from or otherwise with Jersey Shore regarding this matter.

On behalf of Chugach, thank you for your courtesy in getting this matter concluded. Should you need anything further, please do not hesitate to contact me.

Very truly yours,

BIRCH, HORTON, BITTNER AND CHEROT

Harvey A. Levin

BIRCH, HORTON, BITTNER AND CHEROT
A PROFESSIONAL CORPORATION

Harold Cook
United States Department of Labor
August 23, 2005
Page 2 of 2


cc:   Elizabeth Hansen
      Chugach Support Services, Inc.


G:\505986\4\hal9192.doc



EXHIBIT 2

REPLY BRIEF OF DEFENDANTS
CHUGACH SUPPORT SERVICES, INC.
AND SAFECO INSURANCE COMPANY OF AMERICA
IN SUPPORT OF MOTION TO DISMISS IN PART,
OR IN THE ALTERNATIVE FOR PARTIAL SUMMARY JUDGMENT ON,
THE FIRST AMENDED COMPLAINT



# RSMeans
# Building Construction Cost Data
### 61st Annual Edition
## 2003

Also available on CD-ROM! (See inside for details)

$104.95 per copy, (In United States).
Price subject to change without prior notice.



RSMeans
Construction Publishers & Consultants
Construction Plaza
63 Smiths Lane
Kingston, MA 02364-0800
(781) 585-7880

Copyright © 2002 by R.S. Means Co., Inc.
All rights reserved.

Printed in the United States of America

ISSN 0068-3531
ISBN 0-87629-665-7

 This book is recyclable.

 This book is printed on recycled stock.



# Related Means Products and Services

Phillip R. Waier, P.E., Senior Editor of this cost data book, suggests the following Means products and services as **companion** information resources to *Building Construction Cost Data*:

## Construction Cost Data Books
Assemblies Cost Data 2003
Square Foot Costs 2003

## Reference Books
Unit Price Estimating Methods, 3rd Edition
Managing Construction Purchasing
Successful Estimating Methods: From Concept to Bid
Estimating Handbook
Project Scheduling and Management for Construction
Cyberplaces 2nd Ed.: The Internet Guide for Architects, Engineers, Contractors & Facility Managers
The ADA in Practice
ADA Compliance Pricing Guide
Cost Planning & Estimating for Facilities Maintenance

## Seminars and In-House Training
Unit Price Estimating
Scheduling & Project Management
Advanced Project Management
Facilities Maintenance & Repair Estimating
Plan Reading & Material Takeoff

## Means Data for Computer Estimating
Construction costs for software applications.
Over 25 unit price and assemblies cost databases are available through a number of leading estimating and facilities management software providers (listed below). For more information see the "yellow" pages at the back of this publication.

- 3D International
- 4Clicks-Solutions, LLC
- AEPCO, Inc.
- Applied Flow Technology
- ArenaSoft Estimating
- ARES Corporation
- Benchmark, Inc.
- Beneco Enterprises, Inc.
- BSD - Building Systems Design, Inc.
- Cadafis, Inc.
- Caelix, Inc.
- CMS - Computerized Micro Solutions
- Estimating Systems, Inc.
- G2 Estimator, A Divi. of Valli Info. Systems, Inc.
- G/C EMUNI Inc.
- Geac Computer Corp., Ltd.

- Hard Dollar
- LUQS International
- Magellan K-12
- $MC^2$ - Management Computer Controls
- Maximus Asset Solutions
- Prism Computer Corp.
- Quest Solutions, Inc.
- Sanders Software, Inc.
- Timberline Software Corp.
- TMA Systems LLC
- US Cost, Inc.
- Vanderweil Facility Advisors
- Vertigraph, Inc.
- WendlWare
- WinEstimator, Inc.

## Means on the Internet
Visit Means at http://www.rsmeans.com. The site contains useful *interactive* cost and reference material. Request or download *FREE* estimating software demos. Visit our bookstore for convenient ordering, plus learn more about new publications and companion products.

## Means Data on CD-ROM
Get the information found in Means traditional cost books on Means new, easy to use CD-ROM, Means CostWorks 2003. Means CostWorks users can now enhance their Costlist with the *NEW* Means CostWorks Estimator. For more information see the special full color brochure inserted in this book.

## Means Consulting Services
Means Consulting Group provides a number of construction cost-related services including: Cost Estimates, Customized Databases, Benchmark Studies, Estimating Audits, Feasibility Studies, Litigation Support, Staff Assessments and Customized Training.

# RSMeans

# Building Construction Cost Data

## 61st Annual Edition


2003

**Senior Editor**
Phillip R. Waier, PE

**Contributing Editors**
Barbara Balboni
Robert A. Bastoni
John H. Chiang, PE
J. Robert Lang
Robert C. McNichols
Robert W. Mewis, CCC
Melville J. Mossman, PE
John J. Moylan
Jeannene D. Murphy
Peter T. Nightingale
Stephen C. Plotner
Michael J. Regan
Marshall J. Stetson

**Senior Engineering Operations Manager**
John H. Ferguson, PE

**Senior Vice President**
Charles Spahr

**Vice President, Product Management**
Roger J. Grant

**Sales Director**
John M. Shea

**Production Manager**
Michael Kokernak

**Production Coordinator**
Marion E. Schofield

**Technical Support**
Thomas J. Dion
Jonathan Forgit
Mary Lou Geary
Gary L. Hoitt
Karen Moran
Paula Reale-Camelio
Robin Richardson
Kathryn S. Rodriguez
Sheryl A. Rose
Elizabeth Testa

**Book & Cover Design**
Norman R. Forgit

**Editorial Advisory Board**
James E. Armstrong, CPE, CEM
Program Manager,
Energy Conservation
NSTAR

William R. Barry, CCC
Cost Consultant

Robert F. Cox, PhD
Assistant Professor
ME Rinker Sr. School of Bldg. Constr.
University of Florida

Roy F. Gilley, AIA
Principal
Gilley-Hinkel Architects

Kenneth K. Humphreys, PhD,
  PE, CCE
Secretary-Treasurer
International Cost
Engineering Council

Patricia L. Jackson, PE
President
Jackson A&E Assoc., Inc.

Martin F. Joyce
Executive Vice President
Bond Brothers, Inc.

...Means Company, Inc. ("R.S. Means"), its ...rs, editors and engineers, apply ...nce and judgment in locating and using ...le sources for the information ...shed. However, R.S. Means makes no ...ess or implied warranty or ...antee in connection with the ...ent of the information contained ...in, including the accuracy, ...ectness, value, sufficiency, or ...pleteness of the data, methods and ...r information contained herein. R.S. ...is makes no express or implied ...anty of merchantability or fitness ... particular purpose. R.S. Means shall ...no liability to any customer or third ...for any loss, expense, or damage ...ding consequential, incidental, special or ...ive damages, including lost profits or ...evenue, caused directly or indirectly by ...rror or omission, or arising out of, or in ...ection with, the information contained ...n.

...art of this publication may be ...oduced, stored in a retrieval system, ...ansmitted in any form or by any ...ns without prior written permission ...S. Means Company, Inc.

First Printing

# How the Book Is Built: An Overview

## A Powerful Construction Tool

You have in your hands one of the most powerful construction tools available today. A successful project is built on the foundation of an accurate and dependable estimate. This book will enable you to construct just such an estimate.

For the casual user the book is designed to be:
- quickly and easily understood so you can get right to your estimate
- filled with valuable information so you can understand the necessary factors that go into the cost estimate

For the regular user, the book is designed to be:
- a handy desk reference that can be quickly referred to for key costs
- a comprehensive, fully reliable source of current construction costs and productivity rates, so you'll be prepared to estimate any project
- a source book for preliminary project cost, product selections, and alternate materials and methods

To meet all of these requirements we have organized the book into the following clearly defined sections.

## Quick Start
This one-page section (see following page) can quickly get you started on your estimate.

## How To Use the Book: The Details
This section contains an in-depth explanation of how the book is arranged ... and how you can use it to determine a reliable construction cost estimate. It includes information about how we develop our cost figures and how to completely prepare your estimate.

## Unit Price Section
All cost data has been divided into the 16 divisions according to the MasterFormat system of classification and numbering as developed by the Construction Specifications Institute (CSI) and Construction Specifications Canada (CSC). For a listing of these divisions and an outline of their subdivisions, see the Unit Price Section Table of Contents.

*Estimating tips are included at the beginning of each division.*

**Division 17: Quick Project Estimates:**
In addition to the 16 Unit Price Divisions there is a S.F. (Square Foot) and C.F. (Cubic Foot) Cost Division, Division 17. It contains costs for 58 different building types that allow you to make a rough estimate for the overall cost of a project or its major components.

## Reference Section
This section includes information on Reference Numbers, Change Orders, Crew Listings, Historical Cost Indexes, City Cost Indexes, Location Factors and a listing of Abbreviations. It is visually identified by a vertical gray bar on the edge of pages.

**Reference Numbers:** At the beginning of selected major classifications in the Unit Price Section are "reference numbers" shown in bold squares. These numbers refer you to related information in the Reference Section.

In this section, you'll find reference tables, explanations, and estimating information that support how we develop the unit price data. Also included are alternate pricing methods, technical data, and estimating procedures, along with information on design and economy in construction. You'll also find helpful tips on what to expect and what to avoid when estimating and constructing your project.

**It is recommended that you refer to the Reference Section if a "reference number" appears within the section you are estimating.**

**Change Orders:** This section includes information on the factors that influence the pricing of change orders.

**Crew Listings:** This section lists all the crews referenced in the book. For the purposes of this book, a crew is composed of more than one trade classification and/or the addition of power equipment to any trade classification. Power equipment is included in the cost of the crew. Costs are shown both with bare labor rates and with the installing contractor's overhead and profit added. For each, the total crew cost per eight-hour day and the composite cost per labor-hour are listed.

**Historical Cost Indexes:** These indexes provide you with data to adjust construction costs over time. If you know costs for a project completed in the past, you can use these indexes to calculate a rough estimate of what it would cost to construct the same project today.

**City Cost Indexes:** Obviously, costs vary depending on the regional economy. You can adjust the "national average" costs in this book to over 930 locations throughout the U.S. and Canada by using the data in this section. How to use information is included.

*Location Factors, to quickly adjust the data to over 930 zip code areas, are included.*

**Abbreviations:** A listing of abbreviations used throughout this book, along with the terms they represent, is included.

## Index
A comprehensive listing of all terms and subjects in this book to help you find what you need quickly when you are not sure where it falls in MasterFormat.

## The Scope of This Book
This book is designed to be as comprehensive and as easy to use as possible. To that end we have made certain assumptions and limited its scope in three key ways:
1. We have established material prices based on a "national average."
2. We have computed labor costs based on a 30-city "national average" of union wage rates.
3. We have targeted the data for projects of a certain size range.

For a more detailed explanation of how the cost data is developed, see "How To Use the Book: The Details."

## Project Size
This book is aimed primarily at commercial and industrial projects costing $1,000,000 and up, or large multi-family housing projects. Costs are primarily for new construction or major renovation of buildings rather than repairs or minor alterations.

**With reasonable exercise of judgment the figures can be used for any building work.** *For civil engineering structures such as bridges, dams, highways, or the like, please refer to Means Heavy Construction Cost Data.*

# Quick Start

you feel you are ready to use this book and don't think you need the detailed instructions that begin on the following page, this Quick Start section is for you.

These steps will allow you to get started estimating in a matter of minutes.

**1** Find each cost data section you need in the Unit Price Section Table of Contents.

The cost data has been divided into 16 divisions according to the CSI MasterFormat.

**2** Turn to the indicated section and locate the line item you need for your estimate. Portions of a sample page layout appear here.
- If there is a reference number listed at the beginning of a section, for example, R03310-010, it refers to additional information you may find useful. See the Reference Section for detailed information.
- Note the crew code designation. You'll find full descriptions of crews in the Crews Section, including labor-hour and equipment costs.

**3** Determine the total number of units your job will require. Note that the unit of measure for the material you're using is listed under "UNIT."

- Bare Costs: These figures show unit costs for materials and installation. Labor and equipment costs are calculated according to crew costs and average daily output. Bare costs do not contain allowances for overhead, profit, or taxes.
- "Labor-hours" allows you to calculate the total labor-hours to complete that task. Just multiply the quantity of work by this figure for an estimate of activity duration.

**4** Then multiply the total units by the "Total Incl. O&P," which stands for the total cost including the installing contractor's overhead and profit. (See the next pages for a complete explanation.)
- If the work is to be subcontracted, add the general contractor's markup, approximately 10%.

**5** The price you calculate will be an estimate for a completed item of work.

**6** Compile a list of all items included in the total project. Summarize cost information, and add project overhead.

Localize costs by using the City Cost Indexes or Location Factors found in the Reference Section.

For a more complete explanation of the way costs are derived, please see the following section.

## Commonly Used Abbreviations

R.S. Means utilizes standard industry abbreviations. There is a complete glossary of abbreviations in the reference section. The following are a few of the most commonly used abbreviations you'll find in the book:

| | |
|---|---|
| B.F. | Board Feet |
| C | Hundred; Centigrade |
| C.Y. | Cubic Yard (27 Cubic Feet) |
| Cwt | 100 Pounds |
| Ea. | Each |
| Flr. | Floor |
| L.F. | Linear Foot |
| Lb. | Pound |
| MBF | Thousand Board Feet |
| Opng. | Opening |
| S.F. | Square Foot |
| SFCA | Square Foot Contact Area |
| S.Y. | Square Yard |
| Sq. | Square; 100 Square Feet |
| Sty. | Story |
| Surf. | Surface |
| V.L.F. | Vertical Linear Foot |

*Editors' Note: We urge you to spend time reading and understanding the supporting material. An accurate estimate requires experience, knowledge, and careful calculation. The more you know about how we at R.S. Means developed the data, the more accurate your estimate will be. In addition, it's important to take into consideration some of the reference material such as Crews Listing and the "reference numbers."*

## 03300 | Cast-In-Place Concrete

### 03310 | Structural Concrete

| | | | | Daily Output | Labor Hours | Unit | Mat. | Labor | Equip. | Total | Total Incl. O&P |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 240 | 0010 | CONCRETE IN PLACE Including forms (4 uses), reinforcing | R03310-010 | | | | | | | | | 240 |
| | 0050 | steel, including finishing unless otherwise indicated | | | | | | | | | | |
| | 0300 | Beams, 5 kip per L.F., 10' span | R03310-100 | C-14A | 15.62 | 12.804 | C.Y. | 227 | 405 | 49.50 | 681.50 | 945 |
| | 0350 | 25' span | | | 18.55 | 10.782 | | 210 | 340 | 41.50 | 591.50 | 815 |
| | 3800 | Footings, spread under 1 C.Y. | | C-14C | 38.07 | 2.942 | C.Y. | 102 | 89 | .85 | 191.85 | 253 |
| | 3850 | Over 5 C.Y. | | | 81.04 | 1.382 | | 93.50 | 41.50 | .40 | 135.40 | 169 |
| | 3900 | Footings, strip, 18" x 9", plain | | | 41.04 | 2.729 | | 92 | 82.50 | .79 | 175.29 | 232 |
| | 3950 | 36" x 12", reinforced | | | 61.55 | 1.820 | | 93.50 | 55 | .53 | 149.03 | 190 |
| | 4000 | Foundation mat, under 10 C.Y. | | | 38.67 | 2.896 | | 125 | 87.50 | .84 | 213.34 | 276 |
| | 4050 | Over 20 C.Y. | | | 56.40 | 1.986 | | 111 | 60 | .58 | 171.58 | 217 |
| | 4200 | Grade walls, 8" thick, 8' high | | C-14D | 45.83 | 4.364 | | 128 | 137 | 16.80 | 281.80 | 375 |
| | 4250 | 14' high | | | 27.26 | 7.337 | | 152 | 230 | 28.50 | 410.50 | 560 |
| | 4260 | 12" thick, 8' high | | | 64.32 | 3.109 | | 113 | 97.50 | 11.95 | 222.45 | 290 |

v

# How to Use the Book: The Details

## What's Behind the Numbers? The Development of Cost Data

The staff at R.S. Means continuously monitors developments in the construction industry in order to ensure reliable, thorough and up-to-date cost information.

While *overall* construction costs may vary relative to general economic conditions, price fluctuations within the industry are dependent upon many factors. Individual price variations may, in fact, be opposite to overall economic trends. Therefore, costs are continually monitored and complete updates are published yearly. Also, new items are frequently added in response to changes in materials and methods.

## Costs—$ (U.S.)

All costs represent U.S. national averages and are given in U.S. dollars. The Means City Cost Indexes can be used to adjust costs to a particular location. The City Cost Indexes for Canada can be used to adjust U.S. national averages to local costs in Canadian dollars.

## Material Costs

The R.S. Means staff contacts manufacturers, dealers, distributors, and contractors all across the U.S. and Canada to determine national average material costs. If you have access to current material costs for your specific location, you may wish to make adjustments to reflect differences from the national average. Included within material costs are fasteners for a normal installation. R.S. Means engineers use manufacturers' recommendations, written specifications and/or standard construction practice for size and spacing of fasteners. Adjustments to material costs may be required for your specific application or location. Material costs do not include sales tax.

## Labor Costs

Labor costs are based on the average of wage rates from 30 major U.S. cities. Rates are determined from labor union agreements or prevailing wages for construction trades for the current year. Rates along with overhead and profit markups are listed on the inside back cover of this book.

- If wage rates in your area vary from those used in this book, or if rate increases are expected within a given year, labor costs should be adjusted accordingly.

Labor costs reflect productivity based on actual working conditions. These figures include time spent during a normal workday on tasks other than actual installation, such as material receiving and handling, mobilization at site, site movement, breaks, and cleanup.

Productivity data is developed over an extended period so as not to be influenced by abnormal variations and reflects a typical average.

## Equipment Costs

Equipment costs include not only rental, but also operating costs for equipment under normal use. The operating costs include parts and labor for routine servicing such as repair and replacement of pumps, filters and worn lines. Normal operating expendables such as fuel, lubricants, tires and electricity (where applicable) are also included. Extraordinary operating expendables with highly variable wear patterns such as diamond bits and blades are excluded. These costs are included under materials. Equipment rental rates are obtained from industry sources throughout North America—contractors, suppliers, dealers, manufacturers, and distributors.

**Crew Equipment Cost/Day**—The power equipment required for each crew is included in the crew cost. The daily cost for crew equipment is based on dividing the weekly bare rental rate by 5 (number of working days per week), and then adding the hourly operating cost times 8 (hours per day). This "Crew Equipment Cost/Day" is listed in Subdivision 01590.

**Mobilization/Demobilization**—The cost to move construction equipment from an equipment yard or rental company to the job site and back again is not included in equipment costs. Mobilization (to the site) and demobilization (from the site) costs can be found in Section 02305-250. If a piece of equipment is already at the job site, it is not appropriate to utilize mob/demob costs again ; an estimate.

## General Conditions

Cost data in this book is presented in two way Bare Costs and Total Cost including O&P (Overhead and Profit). General Conditions, when applicable, should also be added to the Total Cost including O&P. The costs for Genei Conditions are listed in Division 1 and the Reference Section of this book. General Conditions for the *Installing Contractor* may range from 0% to 10% of the Total Cost including O&P. For the *General* or *Prime Contractor*, costs for General Conditions may range from 5% to 15% of the Total Cost including O&P, with a figure of 10% as the most typical allowance.

## Overhead and Profit

Total Cost including O&P for the *Installing Contractor* is shown in the last column on the Unit Price pages of this book. This figure is the sum of the bare material cost plus 10% for profit, the base labor cost plus total overhead and profit, and the bare equipment cost plus 10% for profit. Details for the calculation of Overhead and Profit on labor are shown on the inside back cover and in the Reference Section of this book. (See the "How To Use the Unit Price Pages" for an example of this calculation.)

## Factors Affecting Costs

Costs can vary depending upon a number of variables. Here's how we have handled the main factors affecting costs.

**Quality**—The prices for materials and the workmanship upon which productivity is based represent sound construction work. They are also in line with U.S. government specifications.

Overtime—We have made no allowance for overtime. If you anticipate premium time or work beyond normal working hours, be sure to make an appropriate adjustment to your labor costs.

Productivity—The productivity, daily output, and labor-hour figures for each line item are based on working an eight-hour day in daylight hours in moderate temperatures. For work that extends beyond normal work hours or is performed under adverse conditions, productivity may decrease. (See the section in "How To Use the Unit Price Pages" for more on productivity.)

Size of Project—The size, scope of work, and type of construction project will have a significant impact on cost. Economies of scale can reduce costs for large projects. Unit costs can often run higher for small projects. Costs in this book are intended for the size and type of project as previously described in "How the Book Is Built: An Overview." Costs for projects of a significantly different size or type should be adjusted accordingly.

Location—Material prices in this book are for metropolitan areas. However, in dense urban areas, traffic and site storage limitations may increase costs. Beyond a 20-mile radius of large cities, extra trucking or transportation charges may also increase the material costs slightly. On the other hand, lower wage rates may be in effect. Be sure to consider both these factors when preparing an estimate, particularly if the job site is located in a central city or remote rural location.

In addition, highly specialized subcontract items may require travel and per diem expenses for mechanics.

Other factors—
- season of year
- contractor management
- weather conditions
- local union restrictions
- building code requirements
- availability of:
  - adequate energy
  - skilled labor
  - building materials
- owner's special requirements/restrictions
- safety requirements
- environmental considerations

Unpredictable Factors—General business conditions influence "in-place" costs of all items. Substitute materials and construction methods may have to be employed. These may affect the installed cost and/or life cycle costs. Such factors may be difficult to evaluate and cannot necessarily be predicted on the basis of the job's location in a particular section of the country. Thus, where these factors apply, you may find significant, but unavoidable cost variations for which you will have to apply a measure of judgment to your estimate.

## Rounding of Costs

In general, all unit prices in excess of $5.00 have been rounded to make them easier to use and still maintain adequate precision of the results. The rounding rules we have chosen are in the following table.

| Prices from . . . | Rounded to the nearest . . . |
|---|---|
| $.01 to $5.00 | $.01 |
| $5.01 to $20.00 | $.05 |
| $20.01 to $100.00 | $.50 |
| $100.01 to $300.00 | $1.00 |
| $300.01 to $1,000.00 | $5.00 |
| $1,000.01 to $10,000.00 | $25.00 |
| $10,000.01 to $50,000.00 | $100.00 |
| $50,000.01 and above | $500.00 |

## Final Checklist

Estimating can be a straightforward process provided you remember the basics. Here's a checklist of some of the items you should remember to do before completing your estimate.

Did you remember to . . .
- factor in the City Cost Index for your locale
- take into consideration which items have been marked up and by how much
- mark up the entire estimate sufficiently for your purposes
- read the background information on techniques and technical matters that could impact your project time span and cost
- include all components of your project in the final estimate
- double check your figures to be sure of your accuracy
- call R.S. Means if you have any questions about your estimate or the data you've found in our publications

Remember, R.S. Means stands behind its publications. If you have any questions about your estimate . . . about the costs you've used from our books . . . or even about the technical aspects of the job that may affect your estimate, feel free to call the R.S. Means editors at 1-800-334-3509.

# Unit Price Section

## Table of Contents

| Div No. | | Page |
|---|---|---|
| | **General Requirements** | 5 |
| 01100 | Summary | 6 |
| 01200 | Price & Payment Procedures | 7 |
| 01300 | Administrative Requirements | 8 |
| 01400 | Quality Requirements | 10 |
| 01500 | Temporary Facilities & Controls | 12 |
| 01590 | Equipment Rental | 28 |
| 01700 | Execution Requirements | 29 |
| 01800 | Facility Operation | 29 |
| | **Site Construction** | 31 |
| 02050 | Basic Site Materials & Methods | 32 |
| 02100 | Site Remediation | 32 |
| 02200 | Site Preparation | 34 |
| 02300 | Earthwork | 48 |
| 02400 | Tunneling, Boring & Jacking | 57 |
| 02450 | Foundation & L. B. Elements | 58 |
| 02500 | Utility Services | 63 |
| 02600 | Drainage & Containment | 69 |
| 02700 | Bases, Ballasts, Pavements, & Appurtenances | 72 |
| 02800 | Site Improvements & Amenities | 77 |
| 02900 | Planting | 87 |
| 02950 | Site Restoration & Rehab | 91 |
| | **Concrete** | 93 |
| 03050 | Basic Conc. Mat. & Methods | 94 |
| 03100 | Concrete Forms & Accessories | 95 |
| 03200 | Concrete Reinforcement | 107 |
| 03300 | Cast-In-Place Concrete | 113 |
| 03400 | Precast Concrete | 118 |
| 03500 | Cementitious Decks & Underlay | 121 |
| 03600 | Grouts | 122 |
| 03900 | Concrete Restor. & Cleaning | 122 |
| | **Masonry** | 123 |
| 04050 | Basic Masonry Mat. & Methods | 124 |
| 04200 | Masonry Units | 126 |
| 04400 | Stone | 134 |
| 04500 | Refractories | 137 |
| 04700 | Simulated Masonry | 138 |
| 04800 | Masonry Assemblies | 138 |
| 04900 | Masonry Restoration & Cleaning | 140 |
| | **Metals** | 143 |
| 05050 | Basic Materials & Methods | 144 |
| 05100 | Structural Metal Framing | 151 |
| 05200 | Metal Joists | 158 |
| 05300 | Metal Decking | 161 |
| 05400 | Cold Formed Metal Framing | 162 |
| 05500 | Metal Fabrications | 171 |
| 05650 | Railroad Track & Accessories | 178 |
| 05700 | Ornamental Metals | 178 |
| 05800 | Expansion Control | 179 |
| 05900 | Cleaning & Restoration | 179 |
| | **Wood & Plastics** | 181 |
| 06050 | Basic Wd. & Plastic Mat. & Meth. | 182 |
| 06100 | Rough Carpentry | 186 |
| 06200 | Finish Carpentry | 195 |
| 06400 | Architectural Woodwork | 198 |
| 06500 | Structural Plastics | 204 |
| 06600 | Plastic Fabrications | 205 |
| | **Thermal & Moisture Protection** | 209 |
| 07100 | Dampproofing & Waterproofing | 210 |
| 07200 | Thermal Protection | 211 |

| Div No. | | Page |
|---|---|---|
| 07300 | Shingles, Roof Tiles & Roof Cov. | 216 |
| 07400 | Roofing & Siding Panels | 219 |
| 07500 | Membrane Roofing | 223 |
| 07600 | Flashing & Sheet Metal | 227 |
| 07700 | Roof Specialties & Accessories | 229 |
| 07800 | Fire & Smoke Protection | 233 |
| 07900 | Joint Sealers | 235 |
| | **Doors & Windows** | 237 |
| 08100 | Metal Doors & Frames | 238 |
| 08200 | Wood & Plastic Doors | 240 |
| 08300 | Specialty Doors | 248 |
| 08400 | Entrances & Storefronts | 254 |
| 08500 | Windows | 256 |
| 08600 | Skylights | 263 |
| 08700 | Hardware | 264 |
| 08800 | Glazing | 271 |
| 08900 | Glazed Curtain Wall | 274 |
| | **Finishes** | 277 |
| 09100 | Metal Support Assemblies | 278 |
| 09200 | Plaster & Gypsum Board | 279 |
| 09300 | Tile | 287 |
| 09400 | Terrazzo | 290 |
| 09500 | Ceilings | 290 |
| 09600 | Flooring | 291 |
| 09700 | Wall Finishes | 297 |
| 09800 | Acoustical Treatment | 299 |
| 09900 | Paints & Coatings | 300 |
| | **Specialties** | 311 |
| 10100 | Visual Display Boards | 312 |
| 10150 | Compartments & Cubicles | 314 |
| 10200 | Louvers & Vents | 316 |
| 10260 | Wall & Corner Guards | 317 |
| 10270 | Access Flooring | 318 |
| 10300 | Fireplaces & Stoves | 319 |
| 10340 | Manufactured Exterior Specialties | 320 |
| 10350 | Flagpoles | 320 |
| 10400 | Identification Devices | 321 |
| 10450 | Pedestrian Control Devices | 322 |
| 10500 | Lockers | 323 |
| 10520 | Fire Protection Specialties | 323 |
| 10530 | Protective Covers | 324 |
| 10550 | Postal Specialties | 325 |
| 10600 | Partitions | 326 |
| 10670 | Storage Shelving | 329 |
| 10750 | Telephone Specialties | 330 |
| 10800 | Toilet, Bath, & Laundry Access. | 330 |
| 10880 | Scales | 331 |
| 10900 | Wardrobe & Closet Specialties | 332 |
| | **Equipment** | 333 |
| 11010 | Maintenance Equipment | 334 |
| 11020 | Security & Vault Equipment | 334 |
| 11030 | Teller & Service Equipment | 334 |
| 11040 | Ecclesiastical Equipment | 335 |
| 11050 | Library Equipment | 336 |
| 11060 | Theater & Stage Equipment | 337 |
| 11100 | Mercantile Equipment | 338 |
| 11110 | Coml. Laun. & Dry Cln. Eq. | 338 |
| 11130 | Audio-Visual Equip. | 339 |
| 11140 | Vehicle Service Equip. | 340 |
| 11150 | Parking Control Equip. | 341 |
| 11160 | Loading Dock Equip. | 342 |
| 11170 | Solid Waste Handling Equip. | 342 |
| 11190 | Detention Equipment | 343 |

| Div No. | | Page |
|---|---|---|
| 11300 | Fluid Waste Treat. & Disp. Equip. | 344 |
| 11400 | Food Service Equipment | 344 |
| 11450 | Residential Equipment | 348 |
| 11470 | Darkroom Equipment | 350 |
| 11480 | Athletic Rec. & Thera. Equip. | 350 |
| 11500 | Industrial & Process Equipment | 352 |
| 11600 | Laboratory Equipment | 355 |
| 11700 | Medical Equipment | 355 |
| | **Furnishings** | 359 |
| 12300 | Manufactured Casework | 360 |
| 12400 | Furnishings & Access. | 361 |
| 12500 | Furniture | 363 |
| 12600 | Multiple Seating | 366 |
| 12800 | Interior Plants & Planters | 366 |
| | **Special Construction** | 367 |
| 13010 | Air Supported Structures | 368 |
| 13030 | Special Purpose Rooms | 369 |
| 13080 | Sound, Vib. & Seismic Control | 371 |
| 13090 | Radiation Protection | 372 |
| 13120 | Pre-Engineered Structures | 373 |
| 13150 | Swimming Pools | 379 |
| 13170 | Tubs & Pools | 380 |
| 13175 | Ice Rinks | 380 |
| 13200 | Storage Tanks | 381 |
| 13280 | Hazardous Mat. Remediation | 383 |
| 13600 | Solar & Wind Energy Equipment | 388 |
| 13700 | Security Access & Surveillance | 389 |
| 13800 | Building Automation & Control | 389 |
| 13850 | Detection & Alarm | 390 |
| 13900 | Fire Suppression | 392 |
| | **Conveying Systems** | 395 |
| 14100 | Dumbwaiters | 396 |
| 14200 | Elevators | 396 |
| 14300 | Escalators & Moving Walks | 400 |
| 14400 | Lifts | 400 |
| 14500 | Material Handling | 401 |
| 14600 | Hoists & Cranes | 402 |
| | **Mechanical** | 405 |
| 15050 | Basic Materials & Methods | 406 |
| 15100 | Building Services Piping | 408 |
| 15200 | Process Piping | 425 |
| 15400 | Plumbing Fixtures & Equipment | 425 |
| 15500 | Heat Generation Equipment | 434 |
| 15600 | Refrigeration Equipment | 439 |
| 15700 | Heating, Ventilation, & A/C Equip. | 441 |
| 15800 | Air Distribution | 445 |
| 15950 | Testing/Adjusting/Balancing | 452 |
| | **Electrical** | 453 |
| 16050 | Basic Elect. Mat. & Methods | 454 |
| 16100 | Wiring Methods | 456 |
| 16200 | Electrical Power | 471 |
| 16400 | Low-Voltage Distribution | 472 |
| 16500 | Lighting | 477 |
| 16700 | Communications | 480 |
| 16800 | Sound & Video | 480 |
| | **Square Foot** | 483 |
| 17100 | S.F., C.F. & % of Total Costs | 484 |

# How to Use the Unit Price Pages

*The following is a detailed explanation of a sample entry in the Unit Price Section. Next to each bold number below is the item being described with appropriate component of the sample entry following in parenthesis. Some prices are listed as bare costs, others as costs that include overhead and profit of the installing contractor. In most cases, if the work is to be subcontracted, the general contractor will need to add an additional markup (R.S. Means suggests using 10%) to the figures in the column "Total Incl. O&P."*



### Division Number/Title
### (03300/Cast-In-Place Concrete)

Use the Unit Price Section Table of Contents to locate specific items. The sections are classified according to the CSI MasterFormat (1995 Edition).



### Line Numbers
### (03310 240 3900)

Each unit price line item has been assigned a unique 12-digit code based on the CSI MasterFormat classification.

```
                    ┌── Level One - CSI-MasterFormat Division
                    │  ┌── Level Two - CSI
   03300
   03310-240-3900
   │         │   └── Means 12-digit Line Number
   │         └── Level Four - Means
   └── Level Three - CSI
```



### Description
### (Concrete-In-Place, etc.)

Each line item is described in detail. Sub-items and additional sizes are indented beneath the appropriate line items. The first line or two after the main item (in boldface) may contain descriptive information that pertains to all line items beneath this boldface listing.

Items which include the symbol **CN** are updated in the Key Material Price Section of *The Change Notice* quarterly publication.



### Reference Number Information

| R03310 |
| -010 |

You'll see reference numbers shown in bold rectangles at the beginning of some sections. These refer to related items in the Reference Section, visually identified by a vertical gray bar on the edge of pages.

The relation may be: (1) an estimating procedure that should be read before estimating, (2) an alternate pricing method, or (3) technical information.

The "R" designates the Reference Section. The numbers refer to the MasterFormat classification system.

It is strongly recommended that you review all reference numbers that appear within the section in which you are working.

Note: Not all reference numbers appear in all Means publications.



| | | | 03300 | Cast-In-Place Concrete | | | | DAILY | LABOR- | | 2003 BARE COSTS | | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 03310 | Structural Concrete | | | | | CREW | OUTPUT | HOURS | UNIT | MAT. | LABOR | EQUIP. | TOTAL | INCL O&P | |
| 240 | 0010 | CONCRETE IN PLACE including forms/4 uses, reinforcing | | | | | | | | | | | | | | 240 |
| | 0050 | steel, including finishing unless otherwise indicated | | | | | | | | | | | | | | |
| | 0300 | Beams, 5 kip per L.F., 10' span | | | | | C-14A | 15 | 9.804 | C.Y. | 227 | 405 | 50 | 681.50 | | |
| | 0350 | 25' span | | | | | | 18 | 8.182 | | 210 | 340 | 41.50 | 591.50 | 815 | |
| | 3800 | Footings, spread under 1 C.Y. | | | | | C-14C | 38.07 | 2.942 | C.Y. | 102 | 89 | .85 | 191.85 | | |
| | 3850 | Over 5 C.Y. | | | | | | 81.04 | 1.382 | | 93.50 | 41.50 | .40 | 135.40 | 169 | |
| | 3900 | Footings, strip, 18" x 9", plain | | | | | | 41.04 | 2.729 | | 92 | 82.50 | .79 | 175.29 | 232 | |
| | 3950 | 36" x 12", reinforced | | | | | | 61.55 | 1.820 | | 93.50 | 55 | .53 | 149.03 | 190 | |
| | 4000 | Foundation mat, under 10 C.Y. | | | | | | 38.67 | 2.896 | | 125 | 87.50 | .84 | 213.34 | 276 | |
| | 4050 | Over 20 C.Y. | | | | | | 56.40 | 1.986 | | 111 | 60 | .58 | 171.58 | 217 | |
| | 4200 | Grade walls, 8" thick, 8' high | | | | | C-14D | 45.83 | 4.364 | | 128 | 137 | 16.80 | 281.80 | 375 | |
| | 4250 | 14' high | | | | | | 27.26 | 7.337 | | 152 | 230 | 28.50 | 410.50 | 560 | |
| | 4260 | 12" thick, 8' high | | | | | | 64.32 | 3.109 | | 113 | 97.50 | 11.95 | 222.45 | 290 | |



## Crew (C-14C)

The "Crew" column designates the typical trade or crew used to install the item. If an installation can be accomplished by one trade and requires no power equipment, that trade and the number of workers are listed (for example, "2 Carpenters"). If an installation requires a composite crew, a crew code designation is listed (for example, "C-14C"). You'll find full details on all composite crews in the Crew Listings.
* For a complete list of all trades utilized in this book and their abbreviations, see the inside back cover.

### Crews

| Crew No. | Bare Costs | | Incl. Subs O & P | | Cost Per Labor-Hour | |
|---|---|---|---|---|---|---|
| Crew C-14C | Hr. | Daily | Hr. | Daily | Bare Costs | Incl. O&P |
| 1 Carpenter Foreman (out) | $33.55 | $268.40 | $52.40 | $419.20 | $30.20 | $47.60 |
| 6 Carpenters | 31.55 | 1514.40 | 49.30 | 2366.40 | | |
| 2 Rodmen (reinf.) | 35.55 | 568.80 | 59.70 | 955.20 | | |
| 4 Laborers | 24.65 | 788.80 | 38.50 | 1232.00 | | |
| 1 Cement Finisher | 30.20 | 241.60 | 44.75 | 358.00 | | |
| 1 Gas Engine Vibrator | | 32.60 | | 35.85 | .29 | .32 |
| 112 L.H., Daily Totals | | $3414.60 | | $5366.65 | $30.49 | $47.92 |



## Productivity: Daily Output (41.04)/Labor-Hours (2.729)

The "Daily Output" represents the typical number of units the designated crew will install in a normal 8-hour day. To find out the number of days the given crew would require to complete the installation, divide your quantity by the daily output. For example:

| Quantity | ÷ | Daily Output | = | Duration |
|---|---|---|---|---|
| 100 C.Y. | ÷ | 41.04/ Crew Day | = | 2.44 Crew Days |

The "Labor-Hours" figure represents the number of labor-hours required to install one unit of work. To find out the number of labor-hours required for your particular task, multiply the quantity of the item times the number of labor-hours shown. For example:

| Quantity | x | Productivity Rate | = | Duration |
|---|---|---|---|---|
| 100 C.Y. | x | 2.729 Labor-Hours/ C.Y. | = | 272.9 Labor-Hours |



## Unit (C.Y.)

The abbreviated designation indicates the unit of measure upon which the price, production, and crew are based (C.Y. = Cubic Yard). For a complete listing of abbreviations refer to the Abbreviations Listing in the Reference Section of this book.



## Bare Costs:

### Mat. (Bare Material Cost) (92)

The unit material cost is the "bare" material cost with no overhead and profit included. *Costs shown reflect national average material prices for January of the current year and include delivery to the job site. No sales taxes are included.*

### Labor (82.50)

The unit labor cost is derived by multiplying bare labor-hour costs for Crew C-14C by labor-hour units. The bare labor-hour cost is found in the Crew Section under C-14C. (If a trade is listed, the hourly labor cost—the wage rate—is found on the inside back cover.)

| Labor-Hour Cost Crew C-14C | x | Labor-Hour Units | = | Labor |
|---|---|---|---|---|
| $30.20 | x | 2.729 | = | $82.50 |

### Equip. (Equipment) (.79)

Equipment costs for each crew are listed in the description of each crew. Tools or equipment whose value justifies purchase or ownership by a contractor are considered overhead as shown on the inside back cover. The unit equipment cost is derived by multiplying the bare equipment hourly cost by the labor-hour units.

| Equipment Cost Crew C-14C | x | Labor-Hour Units | = | Equip. |
|---|---|---|---|---|
| .29 | x | 2.729 | = | $.79 |

### Total (175.29)

The total of the bare costs is the arithmetic total of the three previous columns: mat., labor, and equip.

| Material | + | Labor | + | Equip. | = | Total |
|---|---|---|---|---|---|---|
| $92 | + | $82.50 | + | $.79 | = | $175.29 |



## Total Costs Including O&P

This figure is the sum of the bare material cost plus 10% for profit; the bare labor cost plus total overhead and profit (per the inside back cover or, if a crew is listed, from the crew listings); and the bare equipment cost plus 10% for profit.

| Material is Bare Material Cost + 10% = 92 + 9.20 | = | $101.20 |
|---|---|---|
| Labor for Crew C-14C = Labor-Hour Cost (47.60) x Labor-Hour Units (2.729) | = | $129.90 |
| Equip. is Bare Equip. Cost + 10% = .79 + .08 | = | $ .87 |
| Total (Rounded) | = | $232 |