IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA<br>for the Use and Benefit of<br>JERSEY SHORE AUTOMATION, INC.<br><br>    Plaintiff and Counter-Defendant<br><br>vs.<br><br>CHUGACH SUPPORT SERVICES, INC., *et al.*<br><br>    Defendants and Counter-Plaintiffs | C. A. No. 04-1416 (JJF) |

**NOTICE OF SERVICE OF DISCOVERY MATERIALS**

I, Harvey A. Levin, hereby certify that on the 19th day of October, 2005, I caused true and correct copies of Defendants' documents, bates-stamped CSS 001421 through CSS 002003, to be served upon the following individual in the manner indicated below:

*Overnight Delivery*
James D. Heisman, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

BIRCH, HORTON, BITTNER AND CHEROT

/s/ Harvey A. Levin
Harvey A. Levin
1155 Connecticut Avenue, N.W., Suite 1200
Washington, DC 20036
Phone (202) 659-5800
Fax (202) 659-1027
Email: hlevin@dc.bhb.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice was served by Overnight Delivery, this 19th day of October 2005 on:

> James D. Heisman, Esquire
> M. Edward Danberg, Esquire
> Connolly Bove Lodge & Hutz LLP
> The Nemours Building
> 1007 North Orange Street
> P.O. Box 2207
> Wilmington, DE 19899

/s/ Harvey A. Levin