IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, for the Use and Benefit of JERSEY SHORE AUTOMATION, INC., a New Jersey corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHUGACH SUPPORT SERVICES, INC. an Alaska corporation, and SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,<br><br>　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No. 04-1416 JJF<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**O R D E R**

WHEREAS, due to a scheduling conflict, the Pretrial Conference in the above-captioned matter which is set for Thursday, March 9, 2006 at 10:30 a.m., shall be rescheduled;

NOW THEREFORE, IT IS HEREBY ORDERED that a Pretrial Conference will be held on **Wednesday, March 8, 2006 at 2:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.5 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995) shall govern the pretrial conference.

October 24, 2005　　　　　　　　　　　　／s／ Joseph J. Farnan
　　DATE　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE