IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>for the Use and Benefit of )<br>JERSEY SHORE AUTOMATION, INC. )<br>)<br>    Plaintiff and Counter-Defendant )<br>)<br>vs. )<br>)<br>CHUGACH SUPPORT SERVICES, INC., *et al.* )<br>)<br>    Defendants and Counter-Plaintiffs )<br>) | C. A. No. 04-1416 (JJF) |

### NOTICE OF SERVICE OF DISCOVERY MATERIALS

I, Harvey A. Levin, hereby certify that on the 26th day of October, 2005, I caused true and correct copies of Defendants' documents CSS 002006 through CSS 002335 to be served upon the following individual in the manner indicated below:

*Overnight delivery*
James D. Heisman, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

BIRCH, HORTON, BITTNER AND CHEROT

/s/ Harvey A. Levin
Harvey A. Levin
1155 Connecticut Avenue, N.W., Suite 1200
Washington, DC 20036
Phone (202) 659-5800
Fax (202) 659-1027
Email: hlevin@dc.bhb.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice was served by electronic filing, this 27th day of October 2005 on:

>James D. Heisman, Esquire
>M. Edward Danberg, Esquire
>Connolly Bove Lodge & Hutz LLP
>The Nemours Building
>1007 North Orange Street
>P.O. Box 2207
>Wilmington, DE 19899

>/s/ Harvey A. Levin