## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **UNITED STATES OF AMERICA**, for the Use and Benefit of **JERSEY SHORE AUTOMATION, INC.**, a New Jersey corporation, and **JERSEY SHORE AUTOMATION, INC.**, a New Jersey corporation, )<br>)<br>)<br>)<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**CHUGACH SUPPORT SERVICES, INC.**, an Alaska corporation, and **SAFECO INSURANCE COMPANY OF AMERICA**, a Washington corporation, )<br>)<br>)<br>)<br>)<br>Defendants. ) | C.A. NO. 04-1416 (JJF) |

### NOTICE OF SERVICE FOR SUBPOENA TO ROBERT HAFEY

I, James D. Heisman, Esquire, hereby certify that on the 4th day of November, 2005, counsel for Plaintiff Jersey Shore Automation, Inc., caused one true and correct copy of **Notice of Service for Subpoena to Robert Hafey** to be served upon the below-listed counsel of record in the manner indicated:

*Via hand-delivery*
Edmund D. Lyons, Jr., Esquire
The Lyons Law Firm
1526 Gilpin Avenue
Wilmington, DE 19806

*Via email and fax*
Harvey A. Levin, Esquire
Birch, Horton, Bittner and Cherot
115 Connecticut Ave., N.W.
Suite 1200
Washington, DC 20036

　　　　　　　　　　　　　　　　　　　　*/s/ James D. Heisman*
　　　　　　　　　　　　　　　　　　　　James D. Heisman (# 2746)

**CERTIFICATE OF SERVICE**

I hereby certify on this 4th day of November, 2005 I electronically filed the foregoing Notice of Service with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

> Edmund D. Lyons, Jr., Esquire
> The Lyons Law Firm
> 1526 Gilpin Avenue
> Wilmington, DE 19086

I further hereby certify that on this 4th day of November, 2005, I have mailed via email and fax, the document to the following non-registered participant:

| Harvey A. Levin, Esquire<br>Birch, Horton, Bittner and Cherot<br>115 Connecticut Ave., N.W.<br>Suite 1200<br>Washington, DC 20036 | |
|---|---|

        */s/ James D. Heisman*
James D. Heisman (# 2746)
M. Edward Danberg (# 2245)
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899
(302) 658-9141
jheisman@cblh.com
edanberg@cblh.com
*Attorneys for Plaintiff Jersey Shore*