IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA<br>for the Use and Benefit of<br>JERSEY SHORE AUTOMATION, INC.<br><br>    Plaintiff and Counter-Defendant<br><br>vs.<br><br>CHUGACH SUPPORT SERVICES, INC., *et al.*<br><br>    Defendants and Counter-Plaintiffs | )<br>)<br>)<br>)<br>)<br>)<br>)    C. A. No. 04-1416 (JJF)<br>)<br>)<br>)<br>)<br>)<br>) |

## **NOTICE OF SERVICE**

I, Harvey A. Levin, hereby certify that on the 8th day of November, 2005, I caused a true and

correct copy of Defendants and Counter-Plaintiffs Chugach Support Services, Inc.'s and Safeco

Insurance Company of America's Fourth Supplemental Initial Disclosures and Supplemental

Interrogatory Responses to be served upon the following individual in the manner indicated below:

> *Via electronic mail*
> James D. Heisman, Esquire
> Connolly Bove Lodge & Hutz LLP
> The Nemours Building
> 1007 North Orange Street
> P.O. Box 2207
> Wilmington, DE 19899

BIRCH, HORTON, BITTNER AND CHEROT

/s/ Harvey A. Levin
Harvey A. Levin
1155 Connecticut Avenue, N.W., Suite 1200
Washington, DC 20036
Phone (202) 659-5800
Fax (202) 659-1027
Email: hlevin@dc.bhb.com

G:\S05986\4\CJ0716.WPD

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice was served by electronic filing this 8th day of November 2005 on:

James D. Heisman, Esquire
M. Edward Danberg, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

/s/ Harvey A. Levin

Harvey A. Levin
1155 Connecticut Avenue, N.W., Suite 1200
Washington, DC 20036
Phone (202) 659-5800
Fax (202) 659-1027
Email: hlevin@dc.bhb.com