IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, for the Use and Benefit of JERSEY SHORE AUTOMATION, INC., a New Jersey corporation,<br><br>                Plaintiff,<br><br>    v.<br><br>CHUGACH SUPPORT SERVICES, INC., an Alaska corporation, and SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,<br><br>                Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:   Civil Action No. 04-1416-JJF<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

At Wilmington this **9th** day of **November, 2005**,

IT IS ORDERED that a teleconference has been scheduled for **Monday, January 9, 2006 at 8:00 a.m.** with Judge Thynge to discuss the status of the case and how that would affect further negotiations with the Court's assistance. **Harvey A. Levin, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

                                                  /s/ Mary Pat Thynge<br>
                                                  UNITED STATES MAGISTRATE JUDGE