IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA<br>for the Use and Benefit of<br>JERSEY SHORE AUTOMATION, INC.<br><br>　　　Plaintiff and Counter-Defendant<br><br>vs.<br><br>CHUGACH SUPPORT SERVICES, INC., *et al.*<br><br>　　　Defendants and Counter-Plaintiffs | )<br>)<br>)<br>)<br>)<br>)<br>)  C. A. No. 04-1416 (JJF)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SERVICE OF DISCOVERY MATERIALS**

I, Harvey A. Levin, hereby certify that on the 22nd day of November, 2005, I caused true and correct copies of Defendants' First Set of Requests for Admission to Plaintiff Jersey Shore Automation, Inc. to be served upon the following individual in the manner indicated below:

*First-class mail*
James D. Heisman, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

　　　　　　　　　　　　　　　　BIRCH, HORTON, BITTNER AND CHEROT


　　　　　　　　　　　　　　　　/s/ Harvey A. Levin
　　　　　　　　　　　　　　　　Harvey A. Levin
　　　　　　　　　　　　　　　　1155 Connecticut Avenue, N.W., Suite 1200
　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　Phone (202) 659-5800
　　　　　　　　　　　　　　　　Fax (202) 659-1027
　　　　　　　　　　　　　　　　Email: hlevin@dc.bhb.com

G:\505986\4\CJ0762.WPD

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice was served by electronic filing, this 22nd day of November 2005 on:

>James D. Heisman, Esquire
>M. Edward Danberg, Esquire
>Connolly Bove Lodge & Hutz LLP
>The Nemours Building
>1007 North Orange Street
>P.O. Box 2207
>Wilmington, DE 19899

>/s/ Harvey A. Levin