## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, for the Use and Benefit of **JERSEY SHORE AUTOMATION, INC.**, a New Jersey corporation, | ) ) ) ) | |
| Plaintiff, | ) | C.A. NO. 04-1416 (JJF) |
| v. | ) ) | |
| **CHUGACH SUPPORT SERVICES, INC.**, an Alaska corporation, and **SAFECO INSURANCE COMPANY OF AMERICA**, a Washington corporation, | ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that counsel for Plaintiff Jersey Shore Automation, Inc. will present the attached Motion to Withdraw as Counsel for Plaintiff at the earliest convenience of the Court and counsel.

**CONNOLLY BOVE LODGE & HUTZ LLP**

_/s/ James D. Heisman_

James D. Heisman (# 2746)
M. Edward Danberg (# 2245)
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899
(302) 658-9141
_Attorneys for Plaintiff Jersey Shore Automation, Inc._

Dated:   December 6, 2005

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, for the Use and Benefit of **JERSEY SHORE AUTOMATION, INC.**, a New Jersey corporation,<br><br>Plaintiff,<br><br>v.<br><br>**CHUGACH SUPPORT SERVICES, INC.**, an Alaska corporation, and **SAFECO INSURANCE COMPANY OF AMERICA**, a Washington corporation,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. NO.  04-1416 (JJF) |

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Pursuant to the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, Rule 83.7, Connolly Bove Lodge & Hutz LLP and James D. Heisman and M. Edward Danberg (collectively "Connolly Bove") hereby move to withdraw as counsel in this action for Plaintiff, Jersey Shore Automation, Inc.

Withdrawal is appropriate under the Model Rules of Professional Conduct of the American Bar Association (the "Model Rules")[1] for any of at least three reasons applicable here. Specifically, an attorney may withdraw from representing a client if: (1) under Rule 1.16 (b)(1), withdrawal can be accomplished without material adverse effect on the interests of the client; (2) under Rule 1.16 (b)(5), conduct on the part of the client has rendered the representation unreasonably difficult; or (3) under Rule 1.16(b)(5), continued representation will result in an unreasonable financial burden on the attorney.

---

[1]  D.Del.L.R. 83.6 (d)(2) adopts the Model Rules to govern the conduct of attorneys practicing in the District of Delaware.  The Delaware Lawyers' Rules of Professional Conduct and the Model Rules are substantially the same concerning withdrawal from representation.

Discovery is currently underway, however, due to scheduling issues only one deposition to date has been taken. Counsel for both sides have previously agreed that a modification of the current discovery schedule is desirable in this case. No trial date has been set although a pretrial conference has been scheduled for March 8, 2006. Connolly Bove's withdrawal at this juncture will not have any adverse effect on the interests of Plaintiff, who consents to Connolly Bove's withdrawal in any case. Nor will the withdrawal prejudice Defendants at this juncture.

Second, Plaintiff and Connolly Bove have suffered a permanent break-down in the attorney-client relationship. Because of this break-down, it would be impractical and unreasonably difficult for Connolly Bove to continue representing Plaintiff in this action.

Finally, Plaintiff is in breach of its written fee agreement with Connolly Bove because it is unable to meet its financial obligations to the firm. Substantial attorneys fees are currently due to Connolly Bove and continued representation will result in a continuing unreasonable financial burden to Connolly Bove.

WHEREFORE, Connolly Bove respectfully requests that the Court grant this Motion to Withdraw as Counsel for Plaintiff.

**CONNOLLY BOVE LODGE & HUTZ LLP**

_____*/s/ James D. Heisman*_____
James D. Heisman (# 2746)
M. Edward Danberg (# 2245)
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899
(302) 658-9141
*Attorneys for Plaintiff Jersey Shore Automation, Inc.*

Dated:   December 6, 2005

## STATEMENT PURSUANT TO LR 7.1.1

Counsel for Plaintiff have made a reasonable effort to reach agreement with opposing counsel on the matters set forth in the motion. Counsel for Plaintiff contacted counsel for Defendants on several occasions and requested that Defendants consent to Connolly Bove's withdraw from the case. As of the date of the instant Motion, Defendants have not agreed to the Motion to Withdraw.

_____
James D. Heisman (# 2746)

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, for the Use and Benefit of **JERSEY SHORE AUTOMATION, INC.**, a New Jersey corporation, | ) ) ) ) ) | |
| Plaintiff, | ) ) | C.A. NO.  04-1416 (JJF) |
| v. | ) ) | |
| **CHUGACH SUPPORT SERVICES, INC.**, an Alaska corporation, and **SAFECO INSURANCE COMPANY OF AMERICA**, a Washington corporation, | ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

This _____ day of December, 2005, Connolly Bove Lodge & Hutz LLP, James D. Heisman and M. Edward Danberg (collectively "Connolly Bove") having filed a Motion to Withdraw as Counsel for Plaintiff Jersey Shore Automation, Inc., the Court having considered the Motion, and it appearing to the Court that there is good cause for granting the Motion,

It is hereby ORDERED that Connolly Bove's Motion to Withdraw as Counsel for Plaintiff is GRANTED.

_____

U.S. District Court Judge

## CERTIFICATE OF SERVICE

I, James D. Heisman, hereby certify that on this 6th day of December, 2005, I caused a true and correct copy of the foregoing **Motion to Withdraw as Counsel for Plaintiff** to be served as follows:

***Via E-File & Hand-Delivery***
Edmund D. Lyons, Jr., Esquire
The Lyons Law Firm
1526 Gilpin Avenue
Wilmington, DE 19806

***Via Email Only***
Harvey A. Levin, Esquire
Birch, Horton, Bittner and Cherot
115 Connecticut Ave., N.W.
Suite 1200
Washington, DC 20036

***Via Certified Mail***
Jersey Shore Automation, Inc.
1500 Meeting House Road
Sea Girt, New Jersey 08750

*/s/ James D. Heisman*
James D. Heisman (# 2746)