

**Pamela A. Nagle**
___

**From:** Harvey Levin [hlevin@dc.bhb.com]
**Sent:** Friday, November 11, 2005 11:41 AM
**To:** James Heisman
**Subject:** Pretrial Scheduling

Jim,

I just took a look at the Scheduling Order. Expert reports for the party bearing the burden of proof are due 11/30, answering expert reports 12/30 and expert depositions within 30 days of receipt of the reports. Dispositive motions are due Jan. 30. How about if we push everything initially five weeks, so that opening expert reports would be due the end of the first week in January (the 6th). That would allow us a couple weeks in December for depositions before opening expert reports. Answering expert reports would be due 30 days after the opening reports, Feb. 6. We could have January and February for expert and other depositions, finishing them by Feb. 24 (or earlier), and have a dispositive motions deadline of Mar. 6 or two weeks after depositions end, whichever is later, so at least the motions (though obviously not opps and replies) would be filed by the Mar. 8 pretrial conference. For your consideration.

Harvey

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * This transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is strictly prohibited. If you have received this communication in error, please notify us immediately by reply or by telephone (collect at (907) 276-1550) and immediately delete this message and all its attachments.
Thank you.

1