

# CONNOLLY BOVE LODGE & HUTZ LLP
### ATTORNEYS AT LAW

**James D. Heisman**
Partner
Tel 658-9141
Fax 252-4209
Email jheisman@cblh.com
Reply to Wilmington Office

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

WEB www.cblh.com

January 13, 2006

*Via e-file and hand-delivery*
The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

RE: ***Jersey Shore Automation v. Chugach Support Services***
C.A. No. 04-1416 (JJF)

Dear Judge Farnan:

This letter is responsive to Chugach's letter dated January 6, 2006 (D.I. 66), wherein Chugach requests the Court to defer ruling on Connolly Bove's Motion to Withdraw (the "Motion"). Connolly Bove respectfully requests that Your Honor consider the Motion in light of the parties' inability to agree on a proposed stipulation and form of order which would allow Connolly Bove to withdraw while protecting Chugach's and Jersey Shore's interests. As Your Honor may recall, Chugach's opposition to Connolly Bove's Motion suggested that Connolly Bove be permitted to withdraw provided that judgment be entered against Jersey Shore if it did not obtain counsel within 30 days from the date of withdraw (D.I. 62).[1] Connolly Bove has offered Chugach a stipulation consistent with its opposition papers, yet Chugach has not been agreeable and has been demanding additional concessions. Consequently, the parties have been unable to reach agreement on this issue.

Respectfully,

James D. Heisman

xc: Harvey A. Levin, Esq. (via facsimile & U.S. mail)
Jersey Shore Automation (via certified and U.S. mail)
439408/12866*1

---

[1] Jersey Shore is agreeable to the entry of such an Order.