LAW OFFICES

BIRCH, HORTON, BITTNER AND CHEROT    A PROFESSIONAL CORPORATION

1155 CONNECTICUT AVENUE, N.W.   •   SUITE 1200   •   WASHINGTON, D.C.  20036   •   TELEPHONE  (202) 659-5800   •   FACSIMILE  (202) 659-1027

HAL R. HORTON (1944 - 1998)

| | | | | |
|---|---|---|---|---|
| YULIYA B. ANDRESYUK‡ | MAX D. GARNER | THOMAS F. KLINKNER | OF COUNSEL: | 1127 WEST SEVENTH AVENUE |
| RONALD G. BIRCH∗∗ | DAVID KARL GROSS | HARVEY A. LEVIN∗† | JENNIFER C. ALEXANDER | ANCHORAGE, ALASKA 99501-3399 |
| WILLIAM H. BITTNER | TINA M. GROVIER | STANLEY T. LEWIS | JON M. DEVORE∗∗ | (907) 276-1550 |
| KATHRYN A. BLACK | PATRICIA M. HARDINA | JAMES H. LISTER∗†◊ | SHELLEY D. EBENAL | FACSIMILE (907) 276-3680 |
| SUZANNE CHEROT | WILLIAM P. HORN∗ | GREGORY A. MILLER | KENNETH E. VASSAR | |
| KATHLEEN TOBIN ERB | STEPHEN H. HUTCHINGS | MICHAEL J. PARISE | | ∗   D.C. BAR |
| MARK F. FINEMAN, P.E. | ROY S. JONES, JR.∗ | TIMOTHY J. PETUMENOS | | ∗∗  D.C. AND ALASKA BAR |
| GREGORY S. FISHER | SCOTT M. KENDALL | ELISABETH H. ROSS∗∗ | | †   MARYLAND BAR |
| DOUGLAS S. FULLER∗ | DANIEL C. KENT | | | ◊   VIRGINIA BAR |
| | | | | ‡   NEW YORK BAR |
| | | | | ALL OTHERS ALASKA BAR |

January 23, 2006

By Electronic Filing and Overnight Service

The Honorable Joseph J. Farnan, Jr.
United States District Judge
United States District Court for the District of Delaware
844 King Street
Wilmington, DE 19801

Re:    Jersey Shore Automation, Inc. v. Chugach Support Services, Inc., et al.
       C.A. No. 04-1416 (JJF) (D. Del.)

Dear Judge Farnan:

We write as counsel, with Edmund D. Lyons, Jr., for Defendants and Counter-Plaintiffs Chugach Support Services, Inc. and Safeco Insurance Company of America in this matter, in response to Mr. Heisman's letter of January 13, 2006.  While we take issue with material representations in Mr. Heisman's letter, we do not wish to argue and litigate these issues.

Rather, we write to inform the Court that we as Defendants' counsel and Connolly Bove Lodge & Hutz, LLP ("CBLH") as Plaintiffs' counsel continue to engage in negotiations to attempt to resolve this suit, and we respectfully request that the Court further defer ruling on CBLH's motion to withdraw until either we or CBLH inform the Court that our efforts to conclude the action have ended.

Respectfully,

BIRCH, HORTON, BITTNER AND CHEROT

Harvey A. Levin

cc:    James D. Heisman, Esquire (By electronic mail)
       M. Edward Danberg, Esquire (By electronic mail)
       Edmund D. Lyons, Jr., Esquire (By electronic mail)

G:/505986/4/HAL9394.doc