# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
JOSEPH J. FARNAN, JR.
JUDGE

LOCKBOX 27
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6155

January 25, 2006

James D. Heisman, Esquire
Connolly, Bove, Lodge & Hutz
P. O. Box 2207
Wilmington, DE 19899

Edmund D. Lyons, Jr., Esquire
The Lyons Law Firm
P. O. Box 579
Wilmington, DE 19899

        RE:    Jersey Shore Automation, Inc. v. Chugach Support Services, Inc., et al.
                  Civil Action No. 04-1416 JJF

Dear Counsel:

      In response to the recent letters received by the Court, I have determined that a decision on Connolly Bove Lodge & Hutz, LLP's motion to withdraw should be deferred as requested in Mr. Levin's January 23, 2006 letter (D.I. 68).

      If the matter is not concluded by March 1, 2006, counsel shall submit a status report regarding settlement discussions.

Very truly yours,

*[signature]*
JOSEPH J. FARNAN, JR.

JJFjr:dk

cc: Clerk, U.S. District Court