IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA<br>for the Use and Benefit of<br>JERSEY SHORE AUTOMATION, INC.<br><br>Plaintiff and Counter-Defendant<br><br>vs.<br><br>CHUGACH SUPPORT SERVICES, INC., *et al.*<br><br>Defendants and Counter-Plaintiffs | )<br>)<br>)<br>)<br>)<br>)<br>)  C. A. No. 04-1416 (JJF)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**SUPPLEMENTAL MOTION OF DEFENDANTS
CHUGACH SUPPORT SERVICES, INC.
AND SAFECO INSURANCE COMPANY OF AMERICA
FOR SUMMARY JUDGMENT ON THE COMPLAINT
AND FOR SUMMARY JUDGMENT ON THE COUNTERCLAIM**

Pursuant to Federal Rule of Civil Procedure 56 and Local Rules 7.1.2 and 7.1.3, Defendants Chugach Support Services, Inc. and Safeco Insurance Company of America, by counsel, respectfully supplement their pending motion to dismiss or in the alternative for partial summary judgment, again move for summary judgment on the First Amended Complaint and move for summary judgment on Defendants' Counterclaim, on the grounds that there are no genuine disputes of material fact and Defendants are entitled to judgment as a matter of law.

In addition to the grounds set forth in the accompanying Brief, Defendants incorporate herein by reference their pending (i) Motion of Defendants Chugach Support Services, Inc. and Safeco Insurance Company of America to Dismiss in Part or in the Alternative for Partial Summary Judgment (May 3, 2005), (ii) accompanying Brief in Support of Motion of Defendants Chugach

1

Support Services, Inc. and Safeco Insurance Company of America to Dismiss in Part or in the Alternative for Partial Summary Judgment (May 3, 2005) and Appendix, (iii) Supplemental Brief of Defendants Chugach Support Services, Inc. and Safeco Insurance Company of America to Dismiss in Part or in the Alternative for Partial Summary Judgment (July 6, 2005) and accompanying Supplemental Appendix and (iv) Reply Brief of Defendants Chugach Support Services, Inc. and Safeco Insurance Company of America to Dismiss in Part or in the Alternative for Partial Summary Judgment (Sept. 12, 2005).

        Respectfully submitted,

        BIRCH, HORTON, BITTNER AND CHEROT


        /s/ Harvey A. Levin
        Harvey A. Levin
        1155 Connecticut Avenue, N.W., Suite 1200
        Washington, DC 20036
        Phone (202) 659-5800
        Fax (202) 659-1027
        Email: hlevin@dc.bhb.com

        and


        THE LYONS LAW FIRM

        Edmund Daniel Lyons (No. 0881)
        1526 Gilpin Avenue
        P.O. Box 579
        Wilmington, DE 19806
        Phone (302) 777-5698
        Fax (302) 777-5051
        Email: elyons@lyonslaw.com


        Counsel for Chugach Support Services, Inc. and
        Safeco Insurance Company of America

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by electronic filing and by first class mail, postage prepaid this 30th day of January 2006 on:

>James D. Heisman, Esquire
>M. Edward Danberg, Esquire
>Connolly Bove Lodge & Hutz LLP
>The Nemours Building
>1007 North Orange Street
>P.O. Box 2207
>Wilmington, DE 19899

/s/ Harvey A. Levin

g:\505986\4\hal9441.doc