CONTRACT CLAUSES (CONT.)

| | |
|---|---|
| 252.209-7000 | ACQUISITION FROM SUBCONTRACTORS SUBJECT TO ON-SITE INSPECTION UNDER THE INTERMEDIATE RANGE NUCLEAR FORCES (INF) TREATY (NOV 1995) |
| 252.223-7006 | PROHIBITION ON STORAGE AND DISPOSAL OF TOXIC AND HAZARDOUS MATERIALS (APR 1993) |
| 252.225-7012 | PREFERENCE FOR CERTAIN DOMESTIC COMMODITIES (AUG 2000) |
| 252.225-7031 | SECONDARY ARAB BOYCOTT OF ISRAEL (JUN 1992) |
| 252.225-7036 | BUY AMERICAN ACT—NORTH AMERICAN FREE TRADE AGREEMENT IMPLEMENTATION ACT-BALANCE OF PAYMENTS PROGRAM (JUN 1997) |
| 252.227-7033 | RIGHTS IN SHOP DRAWINGS (APR 1966) |
| 252.228-7004 | BONDS OR OTHER SECURITY (DEC 1991) |
| 252.232-7005 | REIMBURSEMENT OF SUBCONTRACTOR ADVANCE PAYMENTS— DoD PILOT MENTOR-PROTÉGÉ PROGRAM (DEC 1991) |
| 252.236-7000 | MODIFICATION PROPOSALS—PRICE BREAKDOWN (DEC 1991) |
| 252.236-7001 | CONTRACT DRAWINGS, MAPS, AND SPECIFICATIONS (AUG 2000) |
| 252.236-7003 | PAYMENT FOR MOBILIZATION AND PREPARATORY WORK (JAN 1997) |
| 252.243-7001 | PRICING OF CONTRACT MODIFICATIONS (DEC 1991) |
| 252.247-7023 | TRANSPORTATION OF SUPPLIES BY SEA (MAR 2000) |
| 252.247-7024 | NOTIFICATION OF TRANSPORTATION OF SUPPLIES BY SEA (MAR 2000) |
| 252.249-7002 | NOTIFICATION OF ANTICIPATED PROGRAM TERMINATION OR REDUCTION (DEC 1996) |

CSS 001433

CSS 001434

CONTRACT CLAUSES (CONT.)

CLAUSES INCORPORATED BY FULL TEXT

52.225-11.1    BUY AMERICAN ACT—BALANCE OF PAYMENTS PROGRAM—CONSTRUCTION MATERIALS UNDER TRADE AGREEMENTS (FEB 2000)

(a) Definitions. As used in this clause—

"Component" means any article, material, or supply incorporated directly into construction materials.

"Construction material" means an article, material, or supply brought to the construction site by the Contractor or subcontractor for incorporation into the building or work. The term also includes an item brought to the site preassembled from articles, materials, or supplies. However, emergency life safety systems, such as emergency lighting, fire alarm, and audio evacuation systems, that are discrete systems incorporated into a public building or work and that are produced as complete systems, are evaluated as a single and distinct construction material regardless of when or how the individual parts or components of those systems are delivered to the construction site. Materials purchased directly by the Government are supplies, not construction materials.

Cost of components means—

(1) For components purchased by the Contractor, the acquisition cost, including transportation costs to the place of incorporation into the end product (whether or not such costs are paid to a domestic firm), and any applicable duty (whether or not a duty-free certificate is issued): or

(2) For components manufactured by the Contractor, all costs associated with the manufacture of the component, including transportation costs as described in paragraph (1) of this definition, plus allocable overhead costs, but excluding profit. Cost of components does not include any costs associated with the manufacture of the end product.

Designated country means any of the following countries: Aruba, Austria, Bangladesh, Belgium, Benin, Bhutan, Botswana, Burkina Faso, Burundi, Canada, Cape Verde, Central African Republic, Chad, Comoros, Denmark.

Djibouti, Equatorial Guinea, Finland, France, Gambia, Germany, Greece, Guinea, Guinea-Bissau, Haiti, Hong Kong, Ireland, Israel, Italy, Japan.

Kiribati, Korea, Republic of Lesotho, Liechtenstein, Luxembourg, Malawi, Maldives, Mali, Mozambique, Nepal, Netherlands, Niger, Norway Portugal, Rwanda.

Sao Tome and Principe, Sierra Leone, Singapore, Somalia, Spain, Sweden, Switzerland, Tanzania U.R., Togo, Tuvalu, Uganda, United Kingdom, Vanuatu, Western Samoa, Yemen.

"Designated country construction material" means a construction material that—

(1) Is wholly the growth, product, or manufacture of a designated country; or

(2) In the case of a construction material that consists in whole or in part of materials from another country, has been substantially transformed in a designated country into a new and different construction material distinct from the materials from which it was transformed.

"Domestic construction material" means—

(1) An unmanufactured construction material mined or produced in the United States; or

CSS 001435

CONTRACT CLAUSES (CONT.)

(2) A construction material manufactured in the United States, if the cost of its components mined, produced, or manufactured in the United States exceeds 50 percent of the cost of all its components. Components of foreign origin of the same class or kind for which nonavailability determinations have been made are treated as domestic.

Foreign construction material means a construction material other than a domestic construction material.

North American Free Trade Agreement (NAFTA) country means Canada or Mexico.

"North American Free Trade Agreement (NAFTA) country construction material" means a construction material that—

(1) Is wholly the growth, product, or manufacture of a NAFTA country; or

(2) In the case of a construction material that consists in whole or in part of materials from another country, has been substantially transformed in a NAFTA country into a new and different construction material distinct from the materials from which it was transformed.

United States means the 50 states and the District of Columbia, U.S. territories and possessions, Puerto Rico, the Northern Mariana Islands, and any other place subject to U.S. jurisdiction, but does not include leased bases.

(b)  Construction materials:

(1) This clause implements the Buy American Act (41 U.S.C. 10a-10d) and the Balance of Payments Program by providing a preference for domestic construction material. In addition, the Contracting Officer has determined that the Trade Agreements Act and the North American Free Trade Agreement (NAFTA) apply to this acquisition. Therefore, the Buy American Act and Balance of Payments Program restrictions are waived for designated country and NAFTA country construction materials.

(2) The Contractor shall use only domestic, designated country , or NAFTA country construction material in performing this contract, except as provided in paragraphs (b)(3) and (b)(4) of this clause.

(3) The requirement in paragraph (b)(2) of this clause does not apply to the construction materials or components listed by the Government as follows: None

(4) The Contracting Officer may add other foreign construction material to the list in paragraph (b)(3) of this clause if the Government determines that—

(i)     The cost of domestic construction material would be unreasonable. The cost of a particular domestic construction material subject to the restrictions of the Buy American Act is unreasonable when the cost of such material exceeds the cost of foreign material by more than 6 percent. For determination of unreasonable cost under the Balance of Payments Program, the Contracting Officer will use a factor of 50 percent.

(ii)    The application of the restriction of the Buy American Act or Balance of Payments Program to a particular construction material would be impracticable or inconsistent with the public interest; or

(iii)   The construction material is not mined, produced, or manufactured in the United States in sufficient and reasonably available commercial quantities of a satisfactory quality.

CONTRACT CLAUSES (CONT.)

(c). Request for determination of inapplicability of the Buy American Act or Balance of Payments Program.

   (1)(i) Any contractor requesting to use foreign construction material in accordance with paragraph (b)(4) of this clause shall include adequate information for Government evaluation of the request, including—

   (A) A description of the foreign and domestic construction materials;

   (B) Unit of measure;

   (C) Quantity;

   (D) Price;

   (E) Time of delivery or availability;

   (F) Location of the construction project;

   (G) Name and address of the proposed supplier, and

   (H) A detailed justification of the reason for use of foreign construction materials cited in accordance with paragraph (b)(3) of this clause.

   (ii) A request based on unreasonable cost shall include a reasonable survey of the market and a completed price comparison table in the format in paragraph (d) of this clause.

   (iii) The price of construction material shall include all delivery costs to the construction site and any applicable duty (whether or not a duty-free certificate may be issued).

   (iv) Any Contractor request for a determination submitted after contract award shall explain why the Contractor could not reasonably foresee the need for such determination and could not have requested the determination before contract award. If the Contractor does not submit a satisfactory explanation, the Contracting Officer need not make a determination.

   (2) If the Government determines after contract award that an exception to the Buy American Act or Balance of Payments Program applies and the Contracting Officer and the Contractor negotiate adequate consideration, the Contracting Officer will modify the contract to allow use of the foreign construction material. However, when the basis for the exception is the unreasonable price of a domestic construction material, adequate consideration is not be less than the differential established in paragraph (b)(4)(i) of this clause.

   (3) If the Government determines that an exception to the Buy American Act or Balance of Payments Program applies, use of foreign construction material is noncompliant with the Buy American Act or Balance of Payments Program.

(d) Data. To permit evaluation of requests under paragraph (c) of this clause based on unreasonable cost, the Contractor shall include following information and any applicable supporting data based on the survey of suppliers:

CSS 001437

CONTRACT CLAUSES (CONT.)

### Foreign and Domestic Construction Materials Price Comparison

| Construction material description | Unit of measure | Quantity | Price (dollars) + |
|---|---|---|---|
| Item 1: | | | |
|    Foreign construction material.............. | ..................... | ..................... | ..................... |
|    Domestic construction material............ | ..................... | ..................... | ..................... |
| Item 2: | | | |
|    Foreign construction material.............. | ..................... | ..................... | ..................... |
|    Domestic construction material............ | ..................... | ..................... | ..................... |

List name, address, telephone number, and contact for suppliers surveyed.  Attach copy of response; If oral, attach summary.  Include other applicable supporting information.

+ Include all delivery costs to the construction site and any applicable duty (whether or not a duty-free entry certificate is issued),

(End of clause)

**52.244-6 SUBCONTRACTOR FOR COMMERCIAL ITEMS AND COMMERCIAL COMPONENTS (MAY 2001)**

(a) Definitions.  As used in this clause—

"Commercial Item" has the meaning contained in the clause at 52.202-1, Definitions.

"Subcontract", includes a transfer of commercial items between divisions, subsidiaries, or affiliates of the Contractor or subcontractor at any tier.

(b) To the maximum extent practicable, the Contractor shall incorporate, and require its subcontractors at all tiers to incorporate, commercial items or nondevelopmental items as components of items to be supplied under this contract.

(c)(1) The following clauses shall be flowed down to subcontracts for commercial items:

(I)   52.219-8, Utilization of Small Business Concerns (OCT 2000) (15 U.S.C. 637(d)(2) and (3)), in all subcontracts that offer further subcontracting opportunities.  If the subcontract (except subcontracts to small business concerns) exceeds $500,000 ($1,000,000 for construction of any public facility), the subcontractor must include 52.219-9 in lower tier subcontracts that offer subcontracting opportunities.

(ii)   52.222-26, Equal Opportunity (FEB 1999) (E.O. 11246).

(iii)   52.222-35, Affirmative Action for Disable Veterans and Veterans of the Vietnam Era (APR 1998) (38 U.S.C. 4212(a)).

(iv)   52.222-36, Affirmative Action for Workers with Disabilities (JUN 1998) (29 U.S.C. 793).

CSS 001438

CONTRACT CLAUSES (CONT.)

(v)   52.247-64, Preference for Privately Owned U.S.-Flagged Commercial Vessels (JUN 2000) (46 U.S.C. Appx 1241) (flowdown not required for subcontracts awarded beginning May 1, 1996).

(3)   While not required, the Contractor may flow down to subcontracts for commercial items a minimal number of additional clauses necessary to satisfy its contractual obligations.

(d)   The Contractor shall include the terms of this clause, including this paragraph (d), in subcontracts awarded under this contract.

52.252-2 CLAUSES INCORPORATED BY REFERENCE (FEB1998)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these·addresses:

52.252-6 AUTHORIZED DEVIATIONS IN CLAUSES (APR 1984)

(a)   The use in this solicitation or contract of any Federal Acquisition Regulation (48 CFR Chapter 1) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the date of the clause.

(b)   The use in this solicitation of any _____ (48 CFR_____ _____) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the name of the regulation.

252.219-7009 SECTION 8(A) DIRECT AWARD (JUN 1998)

(a)   This contract is issued as a direct award between the contracting office and the 8(a) Contractor pursuant to the Memorandum of Understanding dated May 6, 1998, between the Small Business Administration (SBA) and the Department of Defense. Accordingly, the SBA is not a party to this contract. SBA does retain responsibility for 8(a) certification, for 8(a) eligibility determinations and related issues, and for providing counseling and assistance to the 8(a) Contractor under the 8(a) Program. The cognizant SBA district office is:

(b)   The contracting office is responsible for administering the contract and for taking any action on behalf of the Government under the terms and conditions of the contract; provided that the contracting office shall give advance notice to the SBA before it issues a final notice terminating performance, either in whole or in part, under the contract. The contracting office also shall coordinate with the SBA prior to processing any novation agreement. The contracting office may assign contract administration functions to a contract administration office.

(c)   The Contractor agrees that—

(1)   It will notify the Contracting Officer, simultaneous with its notification to the SBA (as required by SBA's 8(a) regulations at 13 CFR 124.308), when the owner or owners upon whom 8(a) eligibility is based plan to relinquish ownership or control of the concern. Consistent with Section 407 of Pub. L. 100-656, transfer of ownership or control shall result in termination of the contract for convenience, unless the SBA waives the requirement for termination prior to the actual relinquishing of ownership and control; and

(2)   It will not subcontract the performance of any of the requirements of this contract without the prior written approval of the SBA and the Contracting Officer.

(End of Clause)

PART IV

## SPECIAL CONTRACT REQUIREMENTS

### TABLE OF CONTENTS

1.   SUBCONTRACTOR STAFF AND EMPLOYEES.............................................28

2.   REQUIRED DATE FOR MATERIAL SUBMITTAL/SHOP DRAWINGS...................28

3.   AF FAR SUP  MATERIAL APPROVAL SUBMITTAL FORM  (AF FORM 3000)..........28

4.   AF FAR SUP  CONTRACT PROGRESS SCHEDULES AND REPORTS FOR CONSTRUCTION
     CONTRACTS  5336.292   (OMB APPROVAL NO.: 21-R0129)...................28

5.   RECORD DRAWINGS..............................................................29

6.   VERIFICATION OF DIMENSIONS ..................................................29

7.   CONSTRUCTION REQUIREMENTS....................................................29

8.   CLEANUP AND DISPOSAL OF DEBRIS AND FILL MATERIALS...........................29

9.   SCHEDULING WORK.............................................................30

10.  POLLUTION ABATEMENT........................................................30

11.  SUBCONTRACTOR QUALITY CONTROL..............................................31

12.  SAFETY AND HEALTH..........................................................31

13.  SAFETY ASSURANCE ..........................................................32

14.  NOTICE OF COMPLETION OF DELIVERY ORDER/PRE-FINAL AND FINAL INSPECTION.32

15.  TRANSPORTATION, HANDLING AND STORAGE.......................................32

16.  SECURITY REQUIREMENTS......................................................32

17.  HAZARDOUS MATERIALS........................................................33

18.  ENVIRONMENTAL PROTECTION...................................................33

19.  ENVIRONMENTAL AND HAZARDOUS MATERIAL HANDLING.............................33

20.  ORDERING...................................................................33

21.  PRE-CONSTRUCTION CONFERENCE................................................34

22.  COMMENCEMENT, PROSECUTION, AND COMPLETION OF WORK........................34

23.  SUBCONTRACTOR PERSONNEL....................................................34

24.  RESERVED ..................................................................34

25.  CONSTRUCTION SITE MAINTENANCE..............................................34

26.  NOISE CONTROL..............................................................34

CSS 001440

27.  CERTIFICATES OF COMPLIANCE.........................................34

28.  OPERATION AND MAINTENANCE .........................................34

29.  PERFORMANCE AND PAYMENT BONDS......................................35

30.  SITE VISIT ........................................................35

31.  DATA AND CORRESPONDENCE............................................35

32.  RELEASE OF NEWS INFORMATION........................................35

33.  ADVANCE EQUITABLE ADJUSTMENT AGREEMENT.............................35

34.  GIFTS AND GRATUITIES TO CONTRACTOR'S PERSONNEL.....................35

35.  ANTI-KICKBACK COVENANTS............................................35

36.  IMPORTANT NOTICE...................................................36

37.  INDEMNIFICATION FROM INJURIES AND DAMAGE...........................36

38.  COMPLIANCE WITH LAWS AND REGULATIONS...............................36

39.  INDEMNIFICATION....................................................36

40.  DISPUTES...........................................................36

41.  WAGE DETERMINATIONS OF THE SECRETARY OF LABOR......................37

42.  PERFORMANCE OF WORK BY THE SUBCONTRACTOR...........................37

43.  LIENS..............................................................37

44.  WAIVER OF PERFORMANCE..............................................37

45.  DATA FOR WARRANTY/GUARANTEE ITEMS..................................37

46.  HAZARDOUS MATERIAL REPORTING.......................................38

47.  5352.210-9000  ELIMINATION OF USE OF CLASS I OZONE DEPLETING SUBSTANCES
     (ODS) IN ARMY PROCUREMENTS OCT 1994 (IAW AFFARS 5310.9006(A)).........38

48.  STATE REQUIREMENTS.................................................38

49.  RECORDING & PRESERVING HISTORICAL AND ARCHEOLOGICAL FINDS..........38

CSS 001441

## PART IV

## SPECIAL CONTRACT REQUIREMENTS

1.     SUBCONTRACTOR STAFF AND EMPLOYEES

   a.   Prior to issuance of the first delivery order, the subcontractor shall provide the Site Manager with a telephone number at which the subcontractor or his representative may be contacted at any time during regular working hours and an emergency number at which the contractor may be contacted in situations requiring immediate attention.

   b.   Supervision.  The Contractor shall not exercise any supervision or control over the subcontractor employees performing services under this subcontract; such employees shall be accountable not to the Contractor but solely to the subcontractor, who in turn, is responsible to the Contractor.

   c.   Subcontractor's Employees.  All work under this subcontractor shall be performed in a skillful and workmanlike manner. The Government Contracting Officer or Contractor's Site Manager may, in writing, require the subcontractor to remove from the job site, any employee that is deemed incompetent, careless, or otherwise objectionable.

2.     REQUIRED DATE FOR MATERIAL SUBMITTAL/SHOP DRAWINGS

   a.   Material submittals as required by Part III, entitled "Material and Workmanship", and shop drawings as required by Part III, entitled "Specifications and Drawings for Construction".

   b.   Subcontractor shall submit shop drawings and material submittals as directed by the Contractor.

   c.   All shop drawings and material submittals shall be prepared and submitted in accordance with Special Contract. . Requirements  entitled "Material Approval Submittal Form".

   d.   In the event the Subcontractor cannot meet the established dates for submission of material submittals or shop drawings, he will advise the Contractor verbally and in writing and arrange a mutually acceptable date that will not delay progress of the work.

3.     AF FAR SUP          MATERIAL APPROVAL SUBMITTAL FORM  (AF FORM 3000)
       5336.290

   a.   As established by the Contractor, all materials and articles requiring approval, as contemplated by the Materials and Workmanship clause, shall be submitted by the Subcontractor, by means of AF Form 3000.  The Contractor shall establish a suspense date on action to be taken on submittals and retain a copy for necessary follow-up action.

   b.   In so far as practical and before commencement of work, the Contractor shall inform the Subcontractor of the materials or articles requiring approval.

4.     AF FAR SUP          CONTRACT PROGRESS SCHEDULES AND REPORTS FOR CONSTRUCTION CONTRACTS
       5336.292          (OMB APPROVAL NO.: 21-R0129)

   a.   AF Form 3064, Subcontract Progress Schedule, shall be used to satisfy the requirements of the Schedules for Construction Contracts clause (FAR 52.236-15).  Use of the form is optional and shall be as determined by the Contractor, except that it shall be used to support each delivery order which establishes a continuous performance period of 60 days or more. Additional copies of the form may be used to provide for a performance period in excess of the time frame available on the form. Upon submission of the initial AF Form 3064, the Contractor shall carefully evaluate the percentage of the effort to preclude overstatement that would result in an imbalance in payments and exceed the value of work performed.  Work elements shall be limited to those tasks which will indicate the progress of the work which may be readily identified and measured by personnel monitoring the Subcontractor's progress.  Normally the percentage factors of each work element should be related to the total value of the Subcontract.  This may vary, however, depending on the percentage factor the Contractor chooses to assign for materials stored on-site.  Consideration for materials stored on-site should be limited to major high cost items.  It is not the policy of the Contractor to pay the Subcontractor for miscellaneous low dollar value items prior to installation.  Payment of materials stored off-site is generally discouraged, and is prohibited unless sound procedures are established for their accountability and control.  Payments for materials in advance of installation will be substantiated with paid invoices.

28

CSS 001442

PART IV - SPECIAL CONTRACT REQUIREMENTS

b. AF Form 3065, Contract Progress Report, shall be used to satisfy the requirement of periodic progress reporting by one of the following methods, at the discretion of the Contractor.

1. The Subcontractor shall prepare the report and route it through civil engineering. The Contractor shall review the report and make necessary comments, if any.

2. Appropriate action shall be taken to resolve any significant variances of five percent or more in the percent of progress reported by the Subcontractor and the Contractor.

c. Appropriate revisions shall be made to the existing AF Form 3064, or a revised form obtained, whenever a Subcontract modification causes a change in the original progress schedule. A revised AF Form 3064 shall be obtained whenever the performance period is extended for 60 days or more. Upon completion of the subcontract, the actual completion date shall be entered on the AF Form 3064 and the form, together with all supporting copies of AF Form 3065, shall be filed as permanent records.

d. Work elements entered in column B of the AF Form 3064 shall be limited to those tasks which will indicate the progress of the work under the subcontract, and Subcontractor's progress. Such elements as preparatory work, supervision, administration, mobilization, demobilization, and cleanup may be considered as appropriate entries when they represent actual progress upon which the Contractor may make a decision regarding approval or disapproval of the Subcontractor's payment estimates.

5.    RECORD DRAWINGS

During construction of a project and on the job site, the subcontractor shall maintain a complete record of all changes and corrections from the layouts shown on the drawings, if applicable.

The subcontractor shall enter such changes and corrections on contractor record drawings promptly, and submit the "red-line" drawings to the contractor upon completion of the project. The record drawings shall indicate, in addition to all changes and corrections, the actual location of all sub-surface utility lines. In order for the location of these lines and appurtenances to be determined in the event the surface openings or indicators become covered or obscured, the record drawings shall show, by offset dimensions to two permanently fixed surface features, the end of each run including each change in direction. Valves, splice boxes, and similar appurtenances shall be located by dimensioning along the utility run from a reference point. The average depth below the surface of each run shall also be recorded. The Contractor does not guarantee the accuracy or adequacy of existing record drawings; it is the subcontractor's responsibility to verify all as-built conditions prior to the issuance of each delivery order (see paragraph 9 below).

6.    VERIFICATION OF DIMENSIONS

The subcontractor shall be responsible for the coordination and proper relation of the work. He shall field verify all dimensions and advise the contractor of any discrepancies prior to proceeding with that phase of the work. Where exact locations are not given the positioning of equipment and devises, they shall be positioned to permit easy access for maintenance and for removal and replacement component parts. Failure to field verify the dimensions and locations will be at the subcontractor's risk and shall not relieve the subcontractor from accomplishing the work required by the subcontract at the price awarded by the Contractor.

7.    CONSTRUCTION REQUIREMENTS:

The most current editions of the following Codes shall be used as guidelines for all work performed under this subcontract:

A.    Uniform Building Code
B.    Uniform Mechanical Code
C.    Uniform Plumbing Code
D.    Uniform Electrical Code
E.    Life Safety Code (NFPA 101)
F.    National Fire Code
G.    State of Alabama and Madison County Building Codes

The contractor shall have a copy of each of the above documents available for use during the term of the subcontract.

8.    CLEANUP AND DISPOSAL OF DEBRIS AND FILL MATERIALS

a. At the end of each work day, the subcontractor shall clean up the work and storage areas and stack all materials in a manner approved by contractor. Upon completion of a project the subcontractor shall ensure that all dirt, trash, and debris resulting from the construction operations is removed from the work area. Unless directed otherwise in the delivery order or by the Site Manager, disposal of debris shall be made at the subcontractor's expense and shall be delivered to approved disposal site. Debris shall not be left in such a manner that wind or other weather conditions can cause the debris to be scattered outside the work area, i.e. on nearby runways, ramps or taxiways.

29

PART IV - SPECIAL CONTRACT REQUIREMENTS

b. The hauling and disposal of excess fill material including rock, gravel, sod, broken concrete or asphalt, plaster, etc. shall be the responsibility of the subcontractor. Disposal shall be in accordance with applicable state and local regulations.

c. Burning of waste material on site will not be permitted.

d. Upon completion of the work, remove temporary buildings and structures, fences, scaffolding, surplus materials, and rubbish of every kind from the site of the work.

9.     SCHEDULING WORK

a. Before any of the work is initiated under an individual delivery order, the Subcontractor shall confer with the Contractor and agree on a sequence of procedures; means of access to premises and facilities; space for storage of materials and equipment; delivery of materials and use of approaches; use of corridors, stairways, elevators, spaces, and restrooms for the subcontractor's employees.

b. The Subcontractor shall submit a schedule of work on all delivery orders for approval not later than 8 calendar days after the notice to proceed.

c. Prior to any work being initiated on each delivery order, the Subcontractor shall complete and coordinate a Work Clearance Request, AF Form 103, in its entirety. The Subcontractor shall not, under any circumstances, enter an "N/A" into any blocks on the form. The Subcontractor shall not begin the project without a signed, approved Work Clearance Request. A copy of the approved form shall be submitted to the Contractor and JOC Project Manager prior to work beginning.

d. Furniture and portable office equipment in the immediate area shall be moved by the Subcontractor and replaced to original position upon completion of work. If the work required by the delivery order will not allow furniture and portable office equipment to be replaced to its original position, new locations will be designated by the Contractor for replacement by the Subcontractor.

e. Delivery of materials and equipment shall be made with a minimum of interference to Government operations and personnel.

f. The work shall, so far as practicable, be done in definite section or divisions and confined to limited areas that shall be completed before work in another section or division is begun.

g. The Subcontractor shall obtain a welding permit from the base fire chief each time prior to performing any welding job.

h. The Subcontractor shall store all supplies, materials, and equipment on the project site so as to preclude theft or damage. The site shall be maintained in a neat and orderly manner in compliance with all applicable safety and environmental regulations.

10.     POLLUTION ABATEMENT

a. All work shall be performed in a manner minimizing pollution of air, water, and land as required.

b. Transporting materials to or from the site shall be accomplished in a manner preventing materials or particles from becoming airborne. Earth materials shall be wetted or otherwise protected. Gravel, sand and concrete shall be contained within vehicles to prevent spillage. Tarpaulins must be fastened over load before entering surrounding streets. Removal of any materials dropped or blown off vehicles shall be responsibility of the subcontractor.

c. Burning of any material is strictly prohibited.

d. Stream beds, lakes, drainage ways, sanitary and storm sewers, etc., shall not be polluted by fuels, oils, bitumens acids or other harmful materials. Grading shall be accomplished to prevent surface drainage from the construction site containing harmful amounts of sediment from draining onto adjacent areas.

e. Flushing on concrete trucks is restricted to the location specifically designed for this purpose by the contracting officer's representative.

11.     SUBCONTRACTOR QUALITY CONTROL

a. General. In addition to the subcontract clause entitled "Inspection of Construction", the subcontractor shall comply with the quality control provisions as specified by the contractor. The subcontractor shall perform all quality control inspection and/or testing required by this subcontract unless specifically designated to be performed by the Contractor or Government. The quality control system consists of plans, workmanship, fabrication, construction, and operations which comply with subcontract requirements. The system shall cover construction operations, including fabrication both on-site and off-site, and shall be keyed to the proposed

30

CSS 001444

PART IV - SPECIAL CONTRACT REQUIREMENTS

construction sequence.

12.     SAFETY AND HEALTH

a.  General.
(1) Applicable Publications: The publications listed below form a part of this specification to the extent referenced.  The publications are referred to in the text by basic designation only.  Whenever referenced, the reference is understood to be the MOST CURRENT PUBLICATION.
(2) Code of Federal Regulations (CFR).
(a) OSHA General Industry Safety and Health standards (29 CFR 1910) Publication V2206; OSHA Construction Industry Standards (29 CFR 1926).
(b) National Emission Standards for Hazardous Air Pollutants (40 CFR, Part 61)
(3) Federal Standard (Fed. Std.)
(a) 313A material Safety Data Sheets, Preparation and the Submission of; Safety and Health Requirements Manual, EM 385-1-1.
(b) Use of Asbestos Containing Material, ETL 1110-1-118; Policy & Guidelines for Asbestos Management, DA Circular 40-83-4.

b.  Definition of Hazardous Materials.  Refer to hazardous and toxic materials/substances included in Subparts H and Z of 29 CFR 1910, and to others as additionally defined in Fed. Std. 313.  Those most commonly encountered include asbestos, polychlorinated biphenyl's (PCBs), explosives, and radioactive material, but may include others.  The most likely products to contain asbestos is sprayed on fire proofing, insulation, boiler lagging, and pipe covering.

c.  Asbestos.
(1) THE SUBCONTRACTOR IS WARNED THAT EXPOSURE TO AIRBORNE ASBESTOS HAS BEEN ASSOCIATED WITH FOUR DISEASES; LUNG CANCER, CERTAIN GASTROINTESTINAL CANCERS, PLEURAL OR PERITONEAL MESOTHELIOMA, AND ASBESTOSIS.
(2) Studies indicate there are significantly increased health dangers to persons exposed to asbestos who smoke, and further to family members and other persons who become indirectly exposed as a result of the exposed worker bringing asbestos laden work clothing home to be laundered.
(3) The Subcontractor is advised that friable and/or nonfriable asbestos containing material may be encountered in areas where contract work is to be performed.  Friable asbestos containing materials are any materials that contain more than one percent asbestos by weight that hand pressure can crumble, pulverize, or reduce to powder when dry.  Nonfriable asbestos containing materials are materials in which asbestos fibers are bound by a matrix material, saturant, impregnate or coating.  Nonfriable asbestos containing materials do not normally release airborne asbestos fiber during routine handling and end use.  However, excessive fiber concentrations may be produced during controlled abrading, sanding, drilling, cutting, machining, removing, demolishing, or other similar activities.
(4) Care must be taken to avoid releasing, or causing to be released, asbestos fiber into the atmosphere where they may be inhaled or ingested.
(5) OSHA has set standards at 29 CFR 1926.58 for exposure to airborne concentrations of asbestos fibers, methods of compliance, medical surveillance, housekeeping procedures and measures that must be taken when working with or around asbestos containing materials.  29 CFR 1926 has been identified as applicable to construction.  The Environmental Protection Agency (EPA) has established standards at 40 CFR 61.140-156 for the control of asbestos emissions to the environment and the handling and disposal of asbestos wastes.
(6) Friable asbestos containing materials are not permitted by current criteria and shall not be used in new and modification projects (ETL 110-1-118, 27 May 83).  Plans and specifications for all new construction and modification projects will be reviewed to ensure that friable asbestos containing materials are not used.
(7) Maintenance, modification, or demolition activities where exposure to asbestos dust may occur from previously installed friable or nonfriable asbestos containing materials will be identified.  All precautions, to include proper work practices, medical surveillance, respiratory protection, industrial hygiene, and environmental protection requirements of OSHA, EPA, and DA Circular 40k-83-4, as applicable, shall be strictly adhered to.

d.  For additional safety instructions, see Volume II, Technical Specifications, Section 01011.

13.     SAFETY ASSURANCE

a.  Compliance with Regulations.  All work, including the handling of hazardous materials or the disturbance or dismantling of structures containing hazardous materials shall comply with the applicable requirements of 29 CFR 1910/1926.  Work involving the disturbance or dismantling of asbestos or asbestos-containing materials; the demolition of structures containing asbestos; and/or disposal and removal of asbestos, shall also comply with the requirement of 40 CFR, Part 61, Subparts A and B, ETL 1110-1- 118 and DA Circular 40-83-4.  All work shall comply with applicable state and municipal safety and health requirements.  Where there is a conflict between applicable regulations, the most stringent shall apply.  The subcontractor or any of his lower tier subcontractors responsible for handling hazardous or toxic materials shall have all necessary certifications before doing so.

31

CSS 001445

PART IV - SPECIAL CONTRACT REQUIREMENTS

b. Subcontractor Responsibility. The subcontractor shall assume full responsibility and liability for compliance with all applicable regulations pertaining to the health and safety of personnel during the execution of work. The Government nor Contractor shall not be held liable for any action on the part of the subcontractor, his employees or lower tier subcontractors, which result in illness, injury or death.

c. Inspections, Tests and Reports. The required inspections, tests and reports made by subcontractor, specially trained technicians, equipment manufacturers and others as required, shall be at the subcontractor's expense.

d. Materials and Equipment. Special facilities, devices, equipment, clothing and similar items used by the subcontractor in the execution of work shall comply with the applicable regulations.

14.     NOTICE OF COMPLETION OF DELIVERY ORDER/PRE-FINAL AND FINAL INSPECTION

a. For each project, the contractor and subcontractor will conduct a pre-final inspection prior to the date scheduled for Final Inspection. Any discrepancies noted shall be corrected prior to the Final Inspection.

b. The subcontractor shall request scheduling of a pre-final inspection in writing to the contractor at least 6 working days prior to the desired date and the final inspection must be at least 7 calendar days prior to the negotiated project delivery date.

c. The Final Inspection shall be performed by civil engineering personnel in the presence of the contractor and subcontractor, and any discrepancies noted shall be corrected within the time specified.

15.     TRANSPORTATION, HANDLING AND STORAGE

a. The subcontractor shall coordinate with suppliers and shippers to ensure incoming materials are properly identified with the subcontractor's name, contract number and project title. The subcontractor shall designate an authorized individual to be available to receive shipment.

b. Storage of supplies, materials and equipment on the project site shall be accomplished in such a manner so as to prevent mechanical and climatic damage and loss due to vandalism or theft. Equipment temporarily removed in the performance of work and stored on the job site shall be stored and protected in accordance with previous paragraphs, and shall be replaced in a condition compatible with its original state. Security for equipment and material removed from the job site for temporary storage until reuse shall be responsibility of the subcontractor.

c. All materials, trucks, workmen, etc., shall use main gate only.

d. Construction materials shall be stored immediately adjacent to the project site, unless otherwise directed by the Contractor.

e. Parking of cars shall be in the immediate area of the project site and confined to the area designated by the Contractor.

f. Neither Government equipment nor personnel shall assist in the movement or delivery of materials.

g. The Subcontractor shall be responsible for cleaning up any materials that fall from vehicles associated with a work site operating under this subcontract. The Subcontractor shall be solely responsible for any damage caused by debris falling from Subcontractor operated vehicles, equipment, and machinery.

16.     SECURITY REQUIREMENTS

a. The Subcontractor shall comply with security regulations imposed by the Installation Commander and the agency occupying the space where work is to be performed, including any necessary security clearances. Prior to mobilization the Subcontractor shall provide the Contractor a list of personnel requiring authority to work on Redstone Arsenal, AL. The list shall be kept current and the Contractor shall be notified as to any changes in the list. The Subcontractor's employees will be required to obtain and display employee identification as prescribed by Army directives. These requirements will be provided upon request.

b. Whenever facility security is breached to perform work required under this subcontract, the subcontractor will be responsible for providing temporary measures in order to assure security is maintained at the level existing prior to construction. This may include such security items as fencing around a facility or closing all openings in a structure during non work hours.

17.     HAZARDOUS MATERIALS

a. Any material suspected of being hazardous encountered during performance of a project shall immediately be brought to the attention of the contractor, at which time a determination will be made as to whether the hazardous material testing shall be performed. If the contractor directs the subcontractor to perform tests, and/or the material is found to be of a hazardous nature

32

CSS 001446

PART IV - SPECIAL CONTRACT REQUIREMENTS

requiring additional protective measures, a delivery order modification may be required, subject to equitable adjustment under the terms of the subcontract.

b. The subcontractor is advised that friable and/or non-friable asbestos-containing material may be encountered in project areas. Friable asbestos-containing material is any material that contains more than one percent asbestos by weight, that hand pressure can crumb, pulverize or reduce to powder when dry. Non-friable asbestos-containing materials are materials in which asbestos fibers are bound by a matrix material, saturant, impregnant or coating. Non-friable asbestos-containing materials do not normally release airborne asbestos fiber during routine handling and end-use. However, excessive fiber concentrations may be produced during uncontrolled abrading, sanding, drilling, cutting, machining, removal, demolition or other similar activities. 29 CFRs 1910.1001, 1910.1009 and 2916-55 shall be referenced in the event asbestos-containing materials are encountered. Friable asbestos containing materials are not authorized for use in new construction or maintenance projects.

18.    ENVIRONMENTAL AND HAZARDOUS MATERIAL HANDLING.

The subcontractor shall be required to maintain Material Safety Data Sheets (MSDS) for all hazardous materials in accordance with base and federal guidelines. The subcontractor shall submit to the Contractor prior to of the performance period for each Delivery Order a list of the hazardous materials he is bringing on base for performance of the Delivery Order. This list shall include all materials to be used by all subcontractors. The list will include estimated quantities of each hazardous material that is contemplated to be used during the course of the Delivery Order. The subcontractor will also provide a copy of the Material Safety Data Sheets for each product identified on the list. At the end of the performance period of the Delivery Order the subcontractor shall submit to the Contractor a list of products and the quantity of each that the contractor is taking off base. Any questions concerning hazardous material can be directed to Chugach Support Service, Inc.

19.    ENVIRONMENTAL PROTECTION:

(a) Solid, Liquid, and Gaseous Contaminants. The Subcontractor shall be responsible for the proper disposal of all solid, liquid, and gaseous contaminants, including asbestos, in accordance with all applicable Federal, State, and local codes and regulations.

(b) Disposal of Refuse. The Subcontractor shall be required to remove all refuse from Redstone Arsenal, AL for negotiated delivery orders. Separate asbestos disposal sites will be provided in accordance with specifications for delivery orders requiring asbestos removal.

(c) Covered Chutes. All chutes for refuse or other materials disposed of during execution of a delivery order shall be covered or of such design as to fully confine the material to prevent dissemination of dust.

20.    ORDERING

(a) As the need exists for performance under the terms of this contract, the Site Manager or his authorized representative will notify the subcontractor, of an existing requirement.

(b) Upon receipt of this notification, the subcontractor shall respond to the needs of the Contractor within two (2) working days by visiting the proposed work site in the company of the Planner/Estimator or his authorized representative or establish verbal contact with either to define the scope of the requirement. If the subcontractor does not wish to provide the services requested, the subcontractor shall notify the Contractor within 2 working days of receipt of notification with an explanation of non-intent.

(c) Upon establishment of the scope of the each requirement between Contractor and the Government, the subcontractor will be requested in writing by the Site Manager to prepare a proposal to accomplish the task.

21.    PRE-CONSTRUCTION CONFERENCE

Individual Delivery Order Conferences. At the discretion of the Site Manager or Government, a pre-construction conference may be conducted prior to the commencement of work on individual delivery orders.

22.    COMMENCEMENT, PROSECUTION, AND COMPLETION OF WORK

The subcontractor shall be required to commence work required by a delivery order at the time specified on the delivery order, and complete the work not later than the completion time specified on the delivery order. The time stated for completion shall include final cleanup of the premises.

23.    SUBCONTRACTOR PERSONNEL

The subcontractor shall provide personnel who are legal residents of the United States to accomplish all work and services specified in the contract. Personnel employed by the subcontractor or any representative or agent of the subcontractor entering the

33

CSS 001447

PART IV - SPECIAL CONTRACT REQUIREMENTS

Installation shall conform to installation security regulations. Each subcontractor's employee(s) and their property are subject to search and seizure upon entering, while on and leaving the installation. Employees shall be subject to a federal agency check for personal security clearance. No subcontractor employee shall be permitted on the installation when such check reveals that their presence would be detrimental to the security of the installation or detrimental to the mission of the installation.

24.    RESERVED

25.    CONSTRUCTION SITE MAINTENANCE

a. Store all supplies and equipment for each delivery order on project site as practicable so as to preclude theft or damage. Storage areas shall be identified by the Contractor. All supplies and equipment on the project site shall be stored so as to preclude mechanical and climatic damage. The site shall be maintained in a neat and orderly manner in compliance with all applicable safety and environmental regulations. Visual screening shall be required for outside construction sites to maintain a neat appearance. The Subcontractor shall not leave equipment or materials on any roof or tower unless prior approval has been obtained from the Contractor.

b. The Subcontractor shall dispose of all trash, debris, refuse, garbage, etc., which is generated by Subcontractor work in an off-base location. Unauthorized use of Government trash receptacles by Subcontractor employees or lower tier Subcontractors shall result in the Subcontractor disposing of the entire contents of the receptacle at no cost to the Government or Contractor.

26.    NOISE CONTROL

The Subcontractor shall comply with all applicable state, local, and installation laws, ordinances, and regulations relative to noise control.

27.    CERTIFICATES OF COMPLIANCE

Any certificates required for demonstrating proof of compliance of materials with specification requirements shall be executed in five copies. Each certificate shall be signed by an official authorized to certify in behalf of the manufacturing company and shall contain the name and address of the subcontractor, the project name and location, and the quantity and date or dates of shipment or delivery to which the certificates apply. Copies of laboratory test reports submitted with certificates shall contain the name and address of the testing laboratory and the date or dates of the tests to which the report applies. Certification shall be construed as relieving the subcontractor from furnishing satisfactory material, if, after tests are performed on selected samples, the material is found not to meet the specific requirements.

28.    OPERATION AND MAINTENANCE

Prior to final acceptance and payment of each Delivery Order, the subcontractor shall submit three copies of all operation and maintenance manuals to the Contractor for HVAC systems, electrical controls, etc. The subcontractor shall conduct a training session, at no additional cost, to brief Contractor and Government personnel on the operation and maintenance procedures of such systems. The subcontractor is required to provide three complete tear down/overhaul/repair manuals for any chillers provided. The subcontractor is required to provide two complete service literature catalogs for the chiller manufacturer's engineered machinery products.

29.    PERFORMANCE AND PAYMENT BONDS

Within five days after the receipt of Notice of Award of a Delivery Order, the offeror may be required to furnish two bonds each with good and sufficient surety or sureties acceptable to Chugach Support Services, Inc. Type bonds and penal sums of these bonds will be as follows:

(a)    Performance Bond. The penal sum of the performance bond shall equal 100 percent of the contract price.

(b)    Payment Bond. The penal sum of the payment bond will be 50 percent of the contract price.

Any bonds furnished will be furnished by the subcontractor to Chugach Support Services, Inc. prior to commencement of contract performance.

30.    SITE VISIT

Subcontractor is urged and expected to inspect the site where services are to be performed and to satisfy themselves regarding all general and local conditions that may affect the cost of Delivery Order performance to the extent that the information is reasonably obtainable. In no event shall failure to inspect the site constitute grounds for a claim after Delivery Order award. Prior coordination of a site visit will be made with the Contractor.

34

CSS 001448

PART IV - SPECIAL CONTRACT REQUIREMENTS

31.    DATA AND CORRESPONDENCE

All data and/or correspondence submitted by the subcontractor under this Master Agreement will have the Master Agreement and Delivery Order number, if applicable, annotated thereon.

32.    RELEASE OF NEWS INFORMATION

No news release (including photographs and films, public announcements, or denial or confirmation of same) on any part of the subject matter of this subcontract or any phase of any program hereunder shall be made without the prior written approval of the Government Contracting Officer. Requests for approval of new releases will be submitted in writing to the Site Manager.

33.    ADVANCE EQUITABLE ADJUSTMENT AGREEMENT

Budget constraints may require the Contractor at the direction of the Government to reduce services or supplies called for under the subcontract. In the event such reductions are necessary, the subcontractor agrees: (a) to respond to the Contractor's request for recommendations of services or supplies that can be reduced or eliminated and to evaluate the impact of such reductions on overall services provided under the subcontract, (b) to respond to Contractor's Request for Proposal, and (c) to reduce services or supplies as directed by the Contractor.

34.    GIFTS AND GRATUITIES TO CONTRACTOR'S PERSONNEL

Subcontractor is hereby on notice that it is the Contractor's policy that Contractor's personnel owe complete loyalty to Contractor and are forbidden to accept money or things of value from any supplier of goods or services to the Contractor. Subcontractor for itself and its principal owner, stockholder, and officers accordingly warrants and covenants that no employee of Contractor has any financial interest in subcontractor (except such as has been disclosed in writing to the Contractor's Contracts Manager) and that subcontractor has not and will not directly or indirectly give anything of value to any employee of the Contractor. The only exception to the foregoing shall be promotional or commemorative items having a value of less than $5.00. Breach of the foregoing warranty and covenant shall entitle the Contractor, in addition to any other rights and remedies, immediately to terminate for default any and all orders to subcontractor outstanding at the time that the Contractor learns of any such breach, regardless when such breach may have occurred. Subcontractor is also on notice that any gift or gratuity to Contractor personnel or any solicitation or offer of such a gift could constitute a violation of the Anti-Kickback Act of 1966 (41 U.S.C. Sections 51-58). Subcontractor agrees to report promptly to Site Manager any such gift and any solicitation of such a gift.

35.    ANTI-KICKBACK COVENANTS

This contract is subject to the terms of the Anti-Kickback Act of 1966 (41 U.S.C. Sections 51-58) and implementing regulations and prime contract clauses. Subcontractor agrees that subcontractor shall be strictly prohibited from providing or attempting to provide or offering to provide any money, fee, commission, credit, gift, gratuity, thing of value, or compensation of any kind directly or indirectly to the Contractor, to any Contractor employee, or to any other subcontractor of the Contractor or any employee of any such Subcontractor for the purpose of improperly obtaining this or any other contract or order from the Contractor or for regarding favorable treatment in connection with this or any other contract or order between the Contractor and subcontractor. Subcontractor also agrees that it shall promptly report to the Contractor's Corporate Office any solicitation or request for a kickback as previously defined. Subcontractor's breach of the foregoing prohibition or of the foregoing obligation to report shall be considered a material breach of this subcontract and of any and all contracts between the Contractor and subcontractor.

36.    IMPORTANT NOTICE

        (a) The subcontractor will not accept any instructions by any person other than the Site Manager or his designated representative.

        (b) No information, other than that which may be contained in an authorized modification of this subcontract issued by the Site Manager, will be considered as grounds for deviation from any stipulation of this subcontract or reference drawings and/or specifications.

37.    INDEMNIFICATION FROM INJURIES AND DAMAGE

Except as provided elsewhere in this subcontract, the subcontractor shall indemnify and hold the Contractor and Government harmless from any and all claims, liabilities, and causes of action for injury to or death of any person, or for damages to or destruction of property resulting from any and all acts or omissions to act on the part of the subcontractor or subcontractor's employees in the performance of this subcontract.

38.    COMPLIANCE WITH LAWS AND REGULATIONS

Items supplied or services rendered by the subcontractor under this subcontract must comply with the Occupational Safety and

35

CSS 001449

PART IV - SPECIAL CONTRACT REQUIREMENTS

Health Act and the standards promulgated thereunder, to include applicable federal, state, and local laws and regulations. Subcontractor agrees to indemnify and hold the Contractor harmless from all expense by reason of subcontractor's failures to comply therewith.

39.     INDEMNIFICATION

As to any claim or cost proposal submitted by the Contractor which is submitted to the Government for resolution pursuant to the disputes clause of this subcontract, subcontractor shall indemnify, defend, and hold harmless from any claim or action brought by the Government resulting from the subcontractor submitting such claim or cost proposal and/or certifications thereto, including any liability under the False Claims Act or the Contract Disputes Act.

40.     DISPUTES

(a) As determined by the Contractor, claims or cost proposals submitted by the subcontractor will be submitted by the Contractor to the Government under the disputes clause of the Prime Contract. Prosecution of these claims at the Government Contracting Officer level, through administrative procedures and/or the courts, as determined by the Contractor, shall be on behalf of and in full cooperation with the subcontractor.

(b) Concurrent with the submission of any claims or cost proposals, and if requested at a later date, the subcontractor agrees to provide any and all certifications and cost justifications of the claim or cost proposal as required by the Contract Disputes Act of 1978 or any other Government act or regulation requiring certification or justification of claims or costs proposals. Subcontractor agrees to comply with any and all requests by the Contractor or the Government to perform audits of the claim or costs and further agrees to promptly provide all documentation requested by the Contractor or Government to support the claims made, costs incurred, or cost proposal submitted.

(c) At the election of the Contractor, and under conditions determined by the Contractor, the subcontractor shall be responsible for preparation and active prosecution of any claim it submits. Subcontractor agrees to furnish at its own expense all documents, statements, witnesses, and other information required by the Contractor and to pay or reimburse the Contractor for all costs incurred in connection with the submittal and prosecution of the subcontractor's claims.

(d) Subcontractor agrees that the liability of the Contractor to the subcontractor for any matter relating to the performance of the subcontract, which is properly the subject of a claim against the Government under the disputes clause of the Prime Contract and for which the claim has been submitted to the Government by the Contractor on the subcontractor's behalf, will be the amount awarded by the Contracting Officer, court or board on the subcontractor's behalf, less whatever Contractor markup is specifically allowed and the appropriate allocation of costs incurred by the Contractor to prosecute the claim. Subcontractor further agrees that payment by the Contractor to the subcontractor of the amount it receives from the Government on the subcontractor's behalf, less markup and allocation of costs as described above, acts as complete accord and satisfaction for any and all costs and claims which the subcontractor has against the Contractor for the matters and claims submitted against the Government by the Contractor on the subcontractor's behalf. Subcontractor further agrees to be bound to the Contractor to the same extent that Contractor is bound to the Government, by the terms of the prime contract, and by any and all preliminary and final decisions or determinations made thereunder by the Contracting Officer, board, or court as authorized by the Prime Contract documents or by law whether or not the subcontractor is a party to such proceedings.

(e) In the event that there are acts, liabilities, or responsibilities not the proper subject matter of a claim against the Government under the disputes clause of the Prime Contract and which are the subject of a Miller Act suit, or other litigation between parties hereto, then it is agreed that nothing said or written by the Contractor in the prosecution of the subcontractor's claims against the Government will be used against the Contractor as an admission or declaration against interest. Any such dispute arising between the Contractor and subcontractor shall be construed and interpreted in accordance with the federal common law of Government contracts as enunciated and applied by federal judicial bodies, boards of contract appeals, and quasi-judicial agencies of the Federal Government. To the extent the federal common law of Government contracts is not dispositive, the laws of the State of Alabama shall apply.

(f) Final determination by the appropriate appeals board or courts of the claims against the Government as to whether the subject matter in dispute is properly that of a claim under the Disputes clause of the Prime Contract shall be binding on the parties hereto. Subcontractor agrees to join with the Contractor in a Motion to Stay any Miller Act suit or other litigation pending resolution by the Contracting Officer, Federal Board of Contract Appeals, or Federal Courts of matters which have been submitted by the Contractor for resolution on behalf of the subcontractor.

(g) Pending resolution of any dispute arising hereunder by settlement or by final judgment, the parties shall proceed diligently with performance.

41·     WAGE DETERMINATIONS OF THE SECRETARY OF LABOR

Set forth as Attachment 1 are the Davis Bacon Act Wage Determinations of the Secretary of Labor applicable to performance of this Subcontract Agreement. Said wage determinations may be updated or superseded by incorporation into individual Delivery Order.

CSS 001450

PART IV - SPECIAL CONTRACT REQUIREMENTS

42      PERFORMANCE OF WORK BY THE SUBCONTRACTOR

The subcontractor shall perform on the site and with its own organization, work equivalent to at least one hundred percent of the total amount of work to be performed under this Master Subcontract Agreement unless the subcontractor has received prior approval from the Contractor to subcontract, to lower-tier subcontractors, specific tasks of the site work.

Subcontractor shall submit proposed lower-tier subcontractors, if any, for site work with its proposal for a Delivery Order. The information to include with the proposed lower-tier subcontractors will be name and address of proposed subcontractor(s), site tasks to be accomplished and percentage of work said tasks represent.

In addition to the right of approval or disapproval the Contractor reserves the right to perform or have performed the proposed lower-tier subcontract tasks if determined to be in its best interest.

43      LIENS

It is agreed that no lien shall at any time be filed against the premises upon which the work is performed, or any part thereof, by Subcontractor or any of its subcontractors or other person employed by or furnished labor, services, equipment, or materials to Subcontractor or any of its Subcontractors for, in or about the performance of the work. This clause will be inserted in all of Subcontractor's purchase orders and lower-tier subcontractor agreements.

44      WAIVER OF PERFORMANCE

The failure of either party to insist on performance of any provision of this subcontract shall not be construed as a waiver of that provision in any later instance.

45      DATA FOR WARRANTY/GUARANTEE ITEMS

        a.  Equipment. The Subcontractor shall provide a list of all equipment furnished and installed for each delivery order. This list shall include, but not limited to, each piece of equipment that has a serial number and can be identified individually. Each listing shall positively identify the piece of property installed and shall include such information as: date installed/replaced, warranty/guarantee expiration date, item installed, type, model, serial number, style, voltage, cycles, horsepower, size , quantity, frame, item cost, item replacement cost, and location of equipment. This list shall be provided to the Contractor in two (2) reproducible original and four (4) copies.

        b.  Contractor facilities, Appurtenances, Structures. The Subcontractor shall provide any and all necessary information to the Contractor regarding warranties/guarantees for work performed on real property assets, such as roofs, pavements and infrastructure.

        c.  Operation and Maintenance Manuals. The Subcontractor shall provide, at the completion of each delivery order, all applicable operations and maintenance manuals for all equipment installed under the delivery order. These shall be provided to the Contractor in four copies prior to final payment.

46      HAZARDOUS MATERIAL REPORTING

The Subcontractor shall submit an initial hazardous materials report within 12 calendar days after the issuance of the Notice to Proceed for each delivery order. A hazardous material is defined as any material that requires a Material Safety Data Sheet (MSDS) in accordance with 29 CFR 1910.1200 and Federal Standard 313C, paragraph 3.3. The list will be reviewed by the government and annotated to show which hazardous materials shall have to be tracked and reported by the Subcontractor in a hazardous material usage report. This list will be returned to the Subcontractor within 32 calendar days after submission. The initial report shall include the following information and be in the following format:

| Product Name | MSDS Serial # | Estimated quantity stored on | Estimated quantity used on |
|---|---|---|---|
| | | Redstone Arsenal during calendar yr. | Redstone Arsenal, AL for calendar year |

The subcontractor shall submit an annual hazardous materials usage report for hazardous materials while working on Redstone Arsenal, AL. The report shall show the maximum quantity of product stored on Redstone Arsenal, AL; quantity used on Redstone Arsenal, AL, and quantity removed from Redstone Arsenal, AL. This report is due within 15 calendar days after the completion of the subcontract or within 15 calendar days after 31 December of each calendar year, whichever comes first. The report shall include the following information and be in the following format:

CSS 001451

PART IV - SPECIAL CONTRACT REQUIREMENTS

| Product Name | MSDS Serial # | Maximum quantity stored on | Total used on | Total Removed at completion of contract year |
|---|---|---|---|---|
| | | Redstone Arsenal during calendar yr. | Redstone Arsenal, AL | Redstone Arsenal, AL |

47    5352.210-9000    ELIMINATION OF USE OF CLASS I OZONE DEPLETING SUBSTANCES (ODS) IN ARMY PROCUREMENTS OCT 1994
(IAW AFFARS 5310.9006(A))

(a) It is the Army policy to preserve mission readiness while minimizing dependency on Class I Ozone Depleting Substances (ODS), and their release into the environment, to help protect the Earth's stratospheric ozone layer.

(b) Unless a specific waiver has been approved, Army Procurements:
(1) May not include any specification, standard, drawing or other document that requires the use of a Class I ODS in the Design, manufacture, test, operation, or maintenance of any system, subsystem, item, component or process; and
(2) May not include any specification, standard, drawing or other document that establishes a requirement that can only be met by use of a Class I ODS.

(c) For the purpose of this Army policy, the following are Class I ODS:
(1) Halons: 1011, 1202, 1211, 1301 and 2402
(2) Chlorofluorocarbons (CFCs): CFC-11, CFC-12, CFC-13, CFC-111, CFC-112, CFC-113, CFC-114, CFC-115, CFC-211, CFC-212, CFC-213, CFC-214, CFC-215, CFC-216, and CFC-217, and the blends R-500, R-501, R-502, and R-503.
(3) Other controlled substances: carbon Tetrachloride, Methyl Chloroform, and Methyl Bromide.

48    STATE REQUIREMENTS

Bidders are cautioned to note the following State Requirement concerning motor vehicles: Within 15 days of becoming employed in the State of Alabama, an out of state vehicle must be registered in Alabama and bear Alabama license plates.

49    RECORDING & PRESERVING HISTORICAL AND ARCHEOLOGICAL FINDS:

All items having any apparent historical or archeological interest that is discovered in the course of any subcontract activities shall be carefully preserved. The Subcontractor shall leave archeological finds undisturbed and shall immediately report the find to the Subcontractor so that proper authorities may be notified.

CSS 001452

# PART V
## TECHNICAL SPECIFICATIONS

### TABLE OF CONTENTS

| Paragraph # | | Page # |
|---|---|---|
| 1. | Working Hours | 39 |
| 2. | Legal Holidays | 39 |
| 3. | Working Conditions | 39 |
| 4. | Emergencies | 39 |
| 5. | Interruption of Utility Services | 40 |
| 6. | Work in Secure Areas | 40 |
| 7. | Government Furnished Services | 40 |
| 7.1 | Government-Furnished Utilities | 40 |
| 7.2 | Telephone Services | 40 |
| 7.3 | Interruption of Work | 40 |
| 7.4 | Paving, Fencing and Painting | 40 |
| 7.5 | Temporary construction | 40 |
| 8. | Special Projects | 41 |
| 8.1 | Medical Facilities | 41 |
| 8.2 | Military Family Housing Projects | 41 |
| 8.3 | Projects In or Around the Base | 41 |
| 10. | Utilities Coordination | 41 |
| 10.1 | Utility Outages | 41 |
| 10.2 | Communications Utilities | 42 |

CSS 001453

| | 10.3 | Excavating Around or Locating Existing Utilities | | 42 |
|---|---|---|---|---|
| | 10.4 | Existing Facilities/Job Site Verification | | 42 |
| 11 | Permits | | | 42 |
| | 11.1 | Excavation Permits | | 42 |
| 12 | Burn Permit | | | 43 |
| 13 | Sources for Reference Publications | | | 43 |
| 14 | Special Provisions for Working On or Near the Base | | | 58 |
| | 14.1 | Definitions | | 58 |
| | | 14.1.1 | Approach-Departure Clearance Surface | 58 |
| | | 14.1.2 | Approach-Departure Clearance Zone | 58 |
| | | 14.1.3 | Clear Zone | 58 |
| | | 14.1.4 | Landing Areas | 58 |
| | | 14.1.5 | Safety Precaution Areas | 58 |
| | | 14.1.6 | Transitional Surface | 58 |
| | | 14.1.6.1 | Inner Horizontal Surface | 58 |
| | | 14.1.6.2 | Outer Horizontal Surface | 58 |
| | | 14.1.7 | Transitional Zone | 58 |
| | 14.2 | Coordination of Work | | 59 |
| | 14.3 | Closures | | 59 |
| | 14.4 | Personnel Safety Precautions | | 59 |
| | 14.5 | Restrictions | | 59 |
| | 14.6 | Cleanliness of Work Area | | 60 |
| | 14.7 | Emergencies | | 60 |

CSS 001454