14.8   Security Restrictions                                                      60

14.9   Restricted Areas                                                           60

15     Work in Controlled Areas (Weapons Storage Area (WSA) and
       Conventional Storage Area (CSA))                                           60

   15.1   General                                                                 60

        15.1.1  Flame and Spark Producing Devices                                 60

   15.2   Restrictions within WSA in Addition to All Other Requirements           61

   15.3   Entry Procedures                                                        61

   15.4   Work Area Restrictions During Army Inspections,
          Exercises and Investigations                                            61

   15.5   Entry Authorization Lists (EALs)                                        61

   15.6   The Following Forms of Identification are acceptable for
          Entrance into the Restricted Areas                                      62

   15.7   Equipment and Material Stockpiles                                       62

   15.8   Motorized Equipment                                                     62

   15.9   Fire Extinguisher                                                       62

   15.10  Coordination of Work                                                    62

16     Construction Facilities                                                    62

   16.1   Temporary Utilities                                                     62

   16.2   Construction Aids                                                       63

        16.2.1  Elevators                                                         63

        16.2.2  Explosive Operated Handtools                                      63

17     Safety                                                                     63

   17.1   Fire Protection                                                         64

CSS 001455

17.2    Severe Weather                                                      65

17.3    Barriers and Enclosures                                             65

        17.3.1  Site Plan                                                   65

        17.3.2  Indoor Barricades                                           65

        17.3.3  Outdoor Barricades                                          65

        17.3.4  Fencing                                                     65

17.4    Security                                                            65

17.5    Access Roads                                                        66

17.6    Temporary Controls                                                  66

        17.6.1  Construction Signs                                          66

        17.6.2  Construction Site Maintenance                               66

        17.6.3  Environmental Protection                                    67

        17.6.4  Noise Control                                               69

        17.6.5  Dust Control                                                69

        17.6.6  Recording and Preserving Historical and Archaeological
                Finds                                                       69

        17.6.7  Vehicle Control                                             69

18.     Equipment                                                          69

        18.1    Equipment Condition                                        69

        18.2    Government Furnished Equipment/Materials                    69

        18.3    Contractor Storage                                         70

        18.4    Hazardous Material                                         70

                18.4.1  Asbestos                                           70

CSS 001456

18.4.2  Use of Radioactive Devices                         71

SECTION 02000    Site Work                                 76

    1         General                                76

SECTION 02063
POLYCHLORINATED BIPHENYL (PCB) FLUORESCENT BALLAST
REMOVAL

PART 1 -    GENERAL                                        76

    1.1    DESCRIPTION OF WORK                         76

    1.2    COMPLIANCE WITH REGULATIONS                76

    1.3    MANIFESTS                                  77

    1.4    DISPOSAL                                   77

    1.5    SUBMITTAL                                  77

PART 2 -    PRODUCTS                                       78

PART 3 -    EXECUTION                                      78

    3.1    GENERAL                                    78

    3.2    CONTAINMENT                                78

    3.3    RECORDS                                    78

SECTION 02064
FLUORESCENT LIGHT BULB REMOVAL

    1.1    DESCRIPTION OF WORK                         79

    1.2    COMPLIANCE WITH REGULATIONS                79

    1.3    PACKAGING                                  79

    1.4    DELIVERY                                   79

SECTION 03000    CONCRETE                                  80

CSS 001457

SECTION 04000     MASONRY                                    81

SECTION 05000     METALS                                     82

SECTION 06000     WOOD AND PLASTICS                          83

SECTION 07000     THERMAL AND MOISTURE PROTECTION            84

SECTION 08000     DOORS AND WINDOWS                          86

SECTION 09000     FINISHES                                   87

SECTION 10000     SPECIALTIES                                88

SECTION 11000     EQUIPMENT                                  89

SECTION 12000     FURNISHINGS                                90

SECTION 13000     SPECIAL CONSTRUCTION                       91

SECTION 14000     CONVEYING SYSTEMS                          92

SECTION 15000     MECHANICAL                                 93

SECTION 16000     ELECTRICAL                                 94

PHYSICAL DATA - WEATHER CONDITIONS                           95

CSS 001458

PART V
TECHNICAL SPECIFICATIONS

1     Working Hours

The standard hours of work on Redstone Arsenal are from 7:00 AM to 3:30 PM (local time), Monday through Friday, excluding Federal holidays. The government may restrict access to work sites to these hours and days. In the technical/cost proposal submitted for each delivery order, the subcontractor shall clearly identify those items of work scheduled for accomplishment during non-standard time. All subcontractor requests to work non-standard hours on a delivery order that is awarded at standard hours shall be submitted in writing at least 72 hours in advance.

2     Legal Holidays

Redstone Arsenal recognizes the following legal holidays:

| | |
|---|---|
| New Year's Day | 1 January |
| Martin Luther King's Birthday | Third Monday in January |
| President's Day | Third Monday in February |
| Memorial Day | Last Monday in May |
| Independence Day | 4 July |
| Labor Day | First Monday in September |
| Columbus Day | Second Monday in October |
| Veteran's Day | 11 November |
| Thanksgiving Day | Fourth Thursday in November |
| Christmas Day | 25 December |

NOTE: If any of the above holidays fall on a Saturday, observe them on the preceding Friday. For those holidays falling on a Sunday, observe them on the following Monday.

3     Working Conditions

The work performed under this subcontract will be in occupied and unoccupied facilities. In occupied facilities, the subcontractor shall accomplish all work in a manner that minimizes inconvenience to the using agencies. The subcontractor shall perform all work with continuous daily progress. The contractor/government will not accept or permit days of no work except for drying or curing of previous work or as directed by the contractor. In some cases, the subcontractor will be required to work around or move furniture or other government equipment within the work area. The subcontractor must protect all government furniture and equipment within the work area from dust, debris, and damage. The contractor will hold the subcontractor responsible for any damages. The subcontractor shall maintain the work site, hallways, and emergency exits free of debris and safe at all times. Subcontractor personnel shall strictly adhere to Safety standards and practices at all times during the term of the subcontract.

4     Emergencies

In case of emergency, the Contractor, CO, base fire chief, and base operations officer, or their representative(s), have the authority to order the subcontractor to terminate work and clear the area of personnel and equipment. The subcontractor shall comply to such an order with all possible speed.

5     Interruption of Utility Services

The subcontractor shall not hold the contractor or government responsible for interruptions of utility service nor liable for subcontractor delays, damages, or increased costs occasioned by any such interruption of service. All temporary outages of utility services required for the performance of work must be scheduled with the contracting

CSS 001459

PART V
Technical Specifications

officer or his designated representative no less than 48 hours in advance of such outages. The subcontractor will notify the contractor when this is necessary, and the contractor will schedule this with the contracting officer.

6        Work in Secure Areas

The subcontractor shall comply with security regulations imposed by the installation commander and/or the agency responsible for the project location. Projects in a secured area may require a local agency check of the subcontractor, his/her employees, and all sub-tier contractors through the base security police prior to commencement of on-site work. The subcontractor should allow approximately thirty (30) calendar days to accomplish this check. Subcontractor personnel must provide two forms of identification (at least one picture I.D.) for access to controlled/restricted areas. The government will provide an escort that must accompany subcontractor personnel when working in a controlled/restricted area. The government will provide these escorts only during normal working hours as specified in paragraph 1.3, *Working Hours*, of this section. The subcontractor shall schedule work requiring escorts, fifteen (15) calendar days prior to starting work unless the CO waives this requirement. Due to specific mission requirements inherent in the nature of these restricted areas, the government may direct the subcontractor to leave the restricted area at any given time. Neither the contractor nor the government will be liable for subcontractor delays, or increased costs caused by this interruption of service.

7        Government Furnished Services

7.1      Government-Furnished Utilities: When available, water and electrical services may be used at project sites at no cost to the subcontractor. The subcontractor shall be responsible for extending existing water, sewage, and electrical utilities to its on-site office trailer, including furnishing and installing metering for water and electricity. The Government will bill for these services based on prevailing commercial rates.

7.2      Telephone Services: The government will not provide telephone service to the subcontractor. All communications equipment, connections, and services shall be at the subcontractor's expense.

8        Project Coordination

8.1      Interruption of Work. If it becomes necessary to interrupt work activities in buildings and/or areas for construction purposes (except as otherwise described in the delivery order), the subcontractor shall request permission, in writing, from the Contractor six (6) working days in advance. The subcontractor shall submit written requests for approved street closings six (6) working days prior to closing of the street.

8.2      Paving, Fencing, and Painting. Prior to start of any paving, fencing, or painting under this subcontract, the subcontractor shall coordinate start and completion dates in writing with the Contractor six (6) working days prior to the scheduled start date.

8.3      Temporary construction. Any subcontractor installed temporary construction intended to prevent interruption of normal work activity or loss of utility services is subject to approval of the Department of Public Works through the Contractor.

9        Special Projects

9.1      Medical Facilities. The subcontractor shall coordinate all work in medical facilities through the Contractor with hospital staff liaisons to minimize interruption of service.

40

PART V
Technical Specifications

9.2    Military Family Housing Projects.  The subcontractor shall coordinate all work in family housing units through the Contractor with family housing office staff liaisons to minimize inconvenience to family housing occupants.  When working in housing areas the Subcontractor shall provide written notification to each resident. This notification will be a minimum of seven (7) calendar days prior to the commencement of construction at each unit.  Subcontractor notification shall include:

> Street and unit number.
> Demolition and construction designation.
> Construction commencement date.
> Work hours, expected noise and vibration levels.
> Utility interruptions, date and hours of interruptions.
> Construction completion date.
>
> Instructions for each resident to remove all personal items from the immediate area so as to allow work to proceed.
>
> Notification to resident that during the duration of work, the resident must be present.
>
> Inspector's name and duty phone number.

10    Utilities Coordination

10.1    Utility Outages.

The subcontractor shall perform the work under this subcontract with a minimum of outage time for all utilities.  The subcontractor shall schedule any work that requires utility outages (electrical, water, gas, etc.), which will close down or limit normal activities in the building, construction area, or other affected areas (as determined by the CO) at a time other than regular work periods of the organization occupying the facility.  All temporary outages of utility services required for the performance of work shall be scheduled with the contracting officer or the designated representative no less than 48 hours in advance of such outages.  The subcontractor will notify the contractor when this is necessary, and the contractor will schedule this with the contracting officer.

10.2    Communications Utilities.

The subcontractor will not disturb communication wiring to facilities.  Where such facilities require removal of communication equipment and wiring to accomplish the work involved, the subcontractor shall notify the contractor at least six (6) work days in advance of the requirement, for scheduling such removals by the government.  The subcontractor shall allow for the accomplishment of such removals by the telephone company or communications personnel for the systems they service.  If construction activities damage any communication equipment or wiring, the subcontractor shall restore services as soon as possible, but no later than 24-hours, and at no cost to the contractor or government.

10.3    Excavating Around or Locating Existing Utilities.

Prior to the start of work, the subcontractor shall identify and locate all valve or utility shut-off locations for use in the event of accidental damage.  To preclude accidental damage, the subcontractor shall locate the exact location of all known utilities (i.e. communication, natural gas, fuel supply, etc.) by hand digging prior to any excavation with power equipment.  The subcontractor shall note any utilities discovered during excavations that are missing or

41

CSS 001461

PART V
Technical Specifications

incorrect on the contract drawings (including any erroneous dimensions on government record drawings), or those utilities staked by the user, and clearly identify those discoveries on the as-built drawings.

10.4    Existing Facilities/Job Site Verification.

Record drawings, showing existing facilities and underground utilities, are available to the subcontractor through the Chugach Support Services, Inc. office at Redstone Arsenal. The contractor/government does not guarantee the accuracy or adequacy of existing as-built/record drawings. The subcontractor is responsible to verify all dimensions and actual conditions when developing individual delivery order proposals. Failure to verify the dimensions and locations will be at the subcontractor's risk and shall not relieve the subcontractor from accomplishing the work required by the subcontract at the price awarded by the Contractor. The subcontractor shall immediately repair any utility line shown on a record drawing (or made known to the contractor) and damaged during construction work, at no cost to the contractor.

11    Permits

░░░░    Fire Prevention and Protection.

The subcontractor shall comply with all fire prevention measures prescribed in the installation regulation, MICOMR 210-2.

A Hot Work Permit or Flame Permit, as applicable, shall be obtained by the contractor prior to performing any work requiring open flame devices in, on, or within 25 feet of buildings. A Hot Work Permit is issued by the DPW Fire Prevention-Protection Division on DA Form 5383-R. The subcontractor will notify the contractor of the need for the permit, and the contractor will obtain this permit by calling the dispatcher at 876-5974. Open flame devices include, but are not limited to, blow torches, portable furnaces, tar kettles, and gas or electric welding and cutting equipment. A Flame Permit is identical to a Hot Work Permit with the exception that this permit is issued by the Army Missile Command (MICOM) Safety Office for work in explosive and/or hazardous areas. Requests for Flame Permits must be submitted to the MICOM Safety Office 24 hours in advance. The subcontractor will notify the contractor of the need for the permit, and the contractor will obtain this permit by calling the MICOM Safety Office at 842-8635.

The subcontractor shall be liable for any fire damage to Government property attributable to negligence on the part of the subcontractor.

░░░░    Excavation.

The subcontractor shall not begin excavation for construction or repairs without obtaining a completed and approved excavation permit showing the location of all underground utilities. An excavation permit is issued by the Base Operations Contractor. The subcontractor will notify the contractor of the need for the permit, and the contractor shall obtain this permit by calling the service order desk at 876-2801. The service desk must be notified a minimum of 24 hours in advance.

42

CSS 001462

# PART V
## Technical Specifications

12    Abbreviations

| | | |
|---|---|---|
| (1) | BF: | Board feet |
| (2) | CF: | Cubic feet |
| (3) | CSF: | 100 square feet |
| (4) | CY: | Cubic yard |
| (5) | DU: | Dwelling unit |
| (6) | EA: | Each |
| (7) | HLF: | Horizontal feet |
| (8) | LF: | Linear feet |
| (9) | MLF: | 1000 linear feet |
| (10) | OPN: | Door or window opening |
| (12) | SF: | Square feet |
| (13) | SY: | Square yard |
| (14) | UPB: | Unit price book |
| (15) | VLF: | Vertical linear feet |

13    The following forms of identification are acceptable for entrance into the restricted areas Military identification card, DoD or federal agency identification card, Department of Energy credentials, state driver's license, contractor identification cards, locally issued Army identification card (AF Form 75). At least one of these forms of identification must be pictured.

14    Equipment and Material Stockpiles
Subcontractor shall not stockpile equipment or material within 30 feet of interior perimeter fence. Storage shall be limited to the equipment and material necessary for completion of the work. Storage areas will be indicated on the project drawings and shall be subject to approval by the 92d Security Police Squadron security personnel.

Photography and videotaping is not permitted inside of the Base security area.

11    Fire Extinguisher
Motorized equipment operated within the restricted areas shall be equipped with fire extinguishers. Pickup trucks and other light passenger vehicles: One (1) extinguisher per vehicle, rating 4 BC or equivalent. All other trucks or heavy motorized equipment: Two (2) extinguishers per vehicle, rating 8 BC or equivalent.

16    Coordination of Work: The Subcontractor shall coordinate all work with the Contractor, Contracting Officer's technical representative, Base Communications, Munitions Control, and the Security Police before any work begins and throughout the course of the work.

Beginning coordination work shall be done during the Pre-Construction Conference. A second coordination meeting may be scheduled later if found to be necessary.

Throughout the course of the project, weekly coordination meetings shall be held as scheduled by the Contractor. Coordination meetings may be scheduled more often if it is found necessary.

All power outages shall be coordinated a minimum of 48 hours in advance with the offices listed in Paragraph e above.

The Subcontractor will ensure that all of his/her lower tier subcontractor's contracts include the above stated security requirements. The Subcontractor shall provide the Contractor with a list of personnel authorized to pre-announce lower tier subcontractor employees and vehicles into the restricted areas.

CSS 001463

**PART V**
**Technical Specifications**

 Construction Facilities.

 Temporary Utilities.

When available, water and electrical services may be used at project sites at no cost to the subcontractor. The subcontractor shall be responsible for extending existing water, sewage, and electrical utilities to any on-site office trailers, including furnishing and installing metering for water and electricity. The Contractor/Government will bill for these services based on prevailing commercial rates.

The subcontractor's personnel will be permitted to use toilet facilities on the premises subject to regulation and control of the Contracting Officer or the designated representative.

Construction Aids.

Elevators: The subcontractor may use existing elevators. Use of elevators shall be coordinated with building custodians. The subcontractor shall provide and maintain adequate protective covering for elevator machinery, the hatchway entrance, and the interior of the elevator during the period of use. Loads in excess of the rated capacity of the elevator will not be permitted. After completion of work, the subcontractor shall remove protective coverings and clean the elevator and entrance areas.

Explosive Operated Handtools: The subcontractor shall comply with the OSHA Standard 1910.215(c) when utilizing explosive operated handtools. On the installation, the subcontractor shall store explosive cartridges in metal containers and limit the quantity to one day's supply. The subcontractor shall provide adequate controls to prevent loss/theft of cartridges used and stored on the installation.

Safety

The subcontractor shall ensure the education and training of employees and subcontractors' personnel in the recognition, avoidance, and prevention of unsafe conditions.

The subcontractor shall organize and maintain a safety program tailored for each project. The subcontractor's management organization shall include administrative, liaison, and technical functions to implement, direct, monitor, control, and allocate resources for the tasks associated with the safety program and allied safety efforts within other tasks of the project.

The subcontractor shall document his/her approach to satisfy safety requirements. The contractor and/or government may review the subcontractor's files containing safety and safety related data as deemed necessary by the CO.

The subcontractor is responsible for ensuring lower tier subcontractors provide necessary support to satisfy requirements. The subcontractor shall include a stipulation in all lower tier subcontracts to require subcontractors to comply with the safety provisions as applicable.

The subcontractor shall comply with all applicable Army mishap prevention requirements while operating through or at such installation or facility.

The subcontractor shall integrate system safety into the overall contractual effort satisfying the requirements of MIL-STD-882.

The subcontractor shall ensure that any person on a construction site, including workers, superintendents, suppliers, quality control personnel, government inspectors, and contracting personnel wear hard hats and all other required safety equipment (i.e., face shields, welding leathers, ear protection, gloves, safety toed shoes/boots, etc.). Personnel shall wear hard hats at all times unless other safety equipment takes precedence (e.g., equipment required for asbestos abatement).

44

# PART V
## Technical Specifications

The subcontractor assumes full responsibility and liability for compliance with the applicable instruction for the health and safety of personnel during the execution of work, and shall hold the contractor and government harmless for any action on his/her part or that of his/her employees or lower tier subcontractors, which results in illness, injury, or death.

The subcontractor shall report, within one hour by telephoning the Contractor, all available data relating to each instance of a mishap involving government property. During weekends, holidays or after normal duty hours, the subcontractor shall notify the security police desk sergeant. The subcontractor shall immediately secure and impound the mishap scene, wreckage, and mishap documentation until released by the investigation safety officer. The safety officer will accomplish this release through the CO. The contractor, and all related subcontractors within his/her control, shall support the government, as it requires, in any mishap or hazard investigation. This support shall include technical assistance as well as access to undelivered internal contractor data. The contractor shall also submit a report to the CO in letter form that includes the following:

Date and time of occurrence
Place of occurrence
List of personnel directly involved
Narrative description of the accident that includes a chronological order of the accident and circumstances.

### Fire Protection.

It is the inherent responsibility of the Subcontractor to practice good fire prevention measures while working on Redstone Arsenal, AL. The following criteria shall be adhered to at all times during the contract work.

Flammable paints, oils, etc., must be stored in containers within a controlled area.

Temporary wiring must be in compliance with Article 305 of the National Electrical Code.

No welding/cutting and open flame operations are allowed in facilities when automatic detection and suppression systems are out of service. Welding, cutting or brazing shall only be done under approval of the DPW Fire Prevention-Protection Division.

Automatic fire detection and suppression systems shall be returned to service during construction and renovation projects (if possible) when facility is unoccupied.

Subcontractor posts a fire guard for twenty-four (24) hours (or certifies the facility fire safe) after welding/cutting and open flame operations in facilities when:

Fire detection/sprinkler systems cannot be returned to service.

Fire detection/sprinkler systems do not exist.

Fire extinguishers required during construction shall be supplied by the Subcontractor.

The Fire Department must be notified of and approve any access or street blockage prior to the actual action.

Access must be available for Fire Department response at all times.

The DPW Prevention-Protection Division must approve any water main shut off, or use of water from fire hydrants. The DPW Fire Prevention-Protection Division shall be notified twenty-four (24) hours prior to actual shut-off of any water mains.

### Severe Weather.

The subcontractor shall develop and be prepared to implement procedures to evacuate and/or protect people and facilities under his/her control in the event of severe weather. These procedures will include provisions for securing or repositioning of

CSS 001465

**PART V**
**Technical Specifications**

equipment. The subcontractor shall notify the Contractor of any evacuation procedures. Upon receipt by the Contractor of a severe weather warning, the following sequence of actions will occur:

The Contractor will instruct the subcontractor of the severe weather warning.

The subcontractor shall take immediate action to tie down, remove, protect, or secure his/her materials and equipment to the satisfaction of the DPW inspector providing reasonable assurance that the severe weather will not damage government property. If the subcontractor fails or refuses to secure materials and equipment to the satisfaction of the Contractor or DPW inspector, Contractor personnel will accomplish the work and will charge the subcontractor the cost thereof.

### Barriers and Enclosures

The subcontractor shall isolate all work sites using barriers, cording off, or other appropriate measures from mobilization to completion of construction.

### Site Plan

As requested by the Contractor, the subcontractor shall prepare a site plan indicating the proposed location and dimensions of any area to be fenced and used by the subcontractor, the number of trailers to be used, avenues of ingress/egress to the fenced area and details of the fence installation. Any areas which may have to be graveled to prevent the tracking of mud shall also be identified. The contractor shall also indicate if the use of a supplemental or other staging area is desired.

### Indoor Barricades:

The subcontractor shall furnish, install, and maintain adequate barricades and warning signs to isolate the construction area from other occupied building areas, and to block direct access to open floor areas, areas with tripping hazards, and/or areas with overhead construction hazards.

### Outdoor Barricades

The subcontractor shall furnish, install, and maintain adequate barricades, warning signs, and flares to isolate outdoor construction areas. The subcontractor shall identify and barricade all open trenches and excavations at the end of each work day. In the vicinity of traveled ways (pedestrian and vehicular), the subcontractor shall use flashing barricades with spacing not to exceed 25 feet. In other areas, the subcontractor may use unlit barricades, fences or other suitable means. The subcontractor shall comply with all pertinent provisions of the Corps of Engineers EM 385-1-1, *Safety and Health Requirements Manual,* including any revisions.

### Fencing

Fences will be used to isolate construction sites as per instructions by the Contracting Officer per recommendations of the Base Safety Office during the pre-construction conference. Provide 0.120-inch- (3-mm-) thick, galvanized 2-inch (50-mm) chain-link fabric fencing 6-feet (2m) high with galvanized steel pipe posts, 1-1/2 inches (38 mm) ID for line posts and 2-1/2 inches (64 mm) ID for corner posts.

### Security

The subcontractor shall comply with any and all security regulations imposed by the installation commander and/or the agency occupying the space where the subcontractor will perform the work, including adhering to or obtaining any security clearance.

To prevent outside intrusion, at the end of each day the subcontractor shall close up each and every exterior wall and roof opening resulting from work in buildings. Closure(s) shall remain in place when the contractor is not actively working on the site(s), including each and every day, night, weekends, and holidays to reduce wind and weather intrusion. Closure(s) shall be constructed of 3/4" minimum thickness plywood anchored in place to stud framing if necessary, or similar construction as approved by the Government.

46

PART V
Technical Specifications

**1908**          Trucking.

Trucks leaving job sites with loose debris shall be loaded in a manner that will prevent spillage on the streets. The subcontractor shall be responsible for cleaning up any material that falls from trucks. At the end of each day, the subcontractor shall inspect for and clear all mud, dirt, debris, foreign objects, or spills of any kind from the subcontractor's operations (including lower tier subcontractors and suppliers) on streets and parking lots used as access to the work or staging areas. The subcontractor shall ensure all taxiways, runways, parking aprons and hard used to access the work or staging areas, remain clean at all times. The subcontractor will be liable for any damage to lawns caused by movement or parking of equipment or vehicles.

**20**          Temporary Controls.

**2001**          Construction Signs.

All construction sites shall have signs posted that say, "Construction Area--Authorized Personnel Only", "Hard-hat Area--Construction in Progress", and "Detour" (with an arrow), as applicable.

**2002**          Construction Site Maintenance.

All materials and equipment at the project site shall be stored in a manner to prevent mechanical and climatic change.

Daily clean-up shall be performed at each project site. A thorough final clean-up shall be performed prior to the final inspection.

The subcontractor shall at all times, keep the construction area, including storage areas used by him/her, free from accumulation of waste materials or rubbish and in a neat and orderly manner. Upon completion of the construction, the subcontractor shall leave the work premises in a clean, neat, and professional condition satisfactory to the CO. The Contractor will require this condition before final acceptance of all work under this subcontract.

Subcontractor Generated Refuse: Prior to completion of the work each day, the subcontractor shall handle, transport, store, and dispose of all waste materials and rubbish generated by any work under this subcontract. If the subcontractor temporarily stores waste material or rubbish in a dumpster controlled by the subcontractor, the subcontractor shall secure the dumpster in such a manner that prevents unauthorized use. The subcontractor shall post signs on the dumpster(s) noting it as a SUBCONTRACTOR DUMPSTER and NOT FOR PUBLIC USE. On a minimum weekly basis, the subcontractor shall remove and dispose of any waste or excess material, resulting from any contract requirement, off base at no expense to the government. The subcontractor shall dispose of such materials in accordance with applicable federal, state, or local laws, ordinance or regulations. Trucks for hauling refuse and waste materials shall have tight fitting covers to prevent spillage on roadways. The subcontractor shall use designated haul routes as agreed upon in pre-delivery order discussions for each project. The subcontractor shall submit the proposed disposal site to the CO for approval. The subcontractor shall provide dump receipts for each load of waste material. The dump receipts shall have the permitted landfill owner's or operator's signature and include the time, date, amount of material, type of material, and delivery order number.

Excavations: The subcontractor may spread the spoils from excavation evenly around the work area. The government will NOT allow piles of soil in the work area at any time. The subcontractor shall backfill all excavations, for whatever purpose, within one week. The subcontractor shall temporarily repair road cuts with cold patch asphalt to assure a smooth transition until accomplishing final patching. For all disturbances to grounds, the subcontractor shall complete final grading within one week of the disturbance/backfilling. The subcontractor shall complete final landscaping or seeding within three (3) weeks of the beginning of a planting season to all areas available for such work.

47

CSS 001467

**PART V**
**Technical Specifications**

Screening: Upon the CO's request, the subcontractor shall install visual screening outside the construction site to maintain a neat appearance. During interior construction of occupied buildings, the subcontractor shall provide and install non-combustible or self-extinguishing material drop-cloths to isolate areas exposed to debris or noise, or to cover material storage.

**Environmental Protection**

The subcontractor shall furnish all labor, materials, and equipment; and perform all work required to prevent environmental pollution during and as the result of construction operations under this subcontract except for those measures set forth in other technical provisions of these specifications. For the purpose of this specification, the government defines environmental pollution as the presence of chemical, physical, or biological elements or agents that adversely affect human life; affect other species of importance to people; or degrade the ability of the environment for aesthetic and recreational purposes. The control of environmental pollution requires consideration of air, water, and land, and involves noise, solid waste-management, and management of radiant energy and radioactive materials, as well as other pollutants.

All work performed under the contract on a government installation shall comply with all applicable Federal, state, county, and/or city laws, ordinances, regulations, court orders, or other types of rules or rulings having the effect of law regarding environmental issues. The subcontractor shall obtain all required environmental permits and file all required notifications to regulatory agencies in accordance with Federal, state, and local regulations. The subcontractor shall correct, solely at his/her expense and to the satisfaction of the appropriate regulatory agency, all violations which he/she has caused. This includes any fines, penalties, or related actions.

The subcontractor shall handle, transport, store, and dispose of all waste materials generated by any work under the subcontract by the subcontractor and his/her lower tier subcontractors at any time in accordance with all applicable Federal, state, or local laws, ordinances, regulations, court orders, or other types of rules or rulings having the effect of law, including,

Executive Order 12088, 13 October 1978,

the Federal Water Pollution Control Act, as amended (33 USC Sec 1251 ET SEQ);

the Clean Air Act, as amended (42 USC SBC 1857 ET SEQ):

the Endangered Species Act, as amended (16 USC Sec 470 ET SEQ);

the Toxic Substances Control Act, as amended (15 USC Sec 2601, ET SEQ);

the National Historic Preservation Act, as amended (16 USC Sec 470 ET SEQ);

the Solid Waste Disposal Act, as amended (42 USC 6901 ET SEQ); and

the Archaeological and Historic Preservation Act, as amended (16 USC Sec 469, ET SEQ).

The subcontractor shall dispose of all solid, liquid, and gaseous contaminants, including asbestos, in accordance with all applicable Federal, State, and local codes and regulations, together with the following requirements:

1)      Discharge gaseous contaminants so that they will be sufficiently diluted with fresh air to reduce the toxicity to an acceptable level.
2)      Liquid contaminants may, subject to local utility standards, be diluted with water to a level of quality acceptable in the local sewer system, or shall be disposed of in approved vessels at approved sites.
3)      Removal of refuse resulting from construction operations shall be accomplished as described in this contract.
4)      All chutes for refuse shall be covered or of such a design to fully confine the material to prevent the dissemination of dust.

CSS 001468

# PART V
## Technical Specifications

The subcontractor shall follow the Notification of Hazard/Contaminants in accordance with 40 CFR, Parts 109, 110, 112, 114, and all EPA standards for reporting spillage. Work under this contract is subject to compliance with OSHA, EPA, and state asbestos regulations and inspection of asbestos abatement. Subcontractors must perform asbestos response actions in accordance with base specifications as incorporated in individual delivery orders, specifications, and EPA National Emission Standards for Hazardous Air Pollutants (NESHAPs) for asbestos and any subsequent updates thereof.

Disposal of Refuse: Subcontractor shall remove all refuse from the installation for work performed under delivery orders. The subcontractor shall take positive action to prevent work-generated refuse and/or wastewater from entering the sewer system.

On all projects requiring excavations, the subcontractor will provide protective barriers to prevent soil erosion. This requirement includes environmental protection measures to prevent sedimentation drainage of silts into storm drains. The subcontractor shall grade all surface drainage from cuts and fills within the construction limits, whether or not completed, and from borrow and waste disposal areas to control erosion within acceptable limits. The subcontractor shall provide and maintain temporary control measures until permanent drainage facilities are completed and operative. During construction, the subcontractor shall minimize the area of bare soil exposed at any one time by construction activities. All construction activities shall follow erosion and sediment control practices in accordance with EPA 832-R-92-005, Chapter 3, *Storm Water Management for Construction Activities.*

Work requested of the subcontractor may include removal and/or dumping of contaminated soils. Contaminated soils are defined as "soils that contain non-hazardous materials such as JP-5/5 aircraft fuel, heating fuel oil, solvents, and other materials as identified by the base environmental coordinator." The subcontractor shall report any material suspected of containing contaminants to the Contractor/Government. If contaminated soils are discovered, the subcontractor shall NOT use the contaminated soil/debris for backfill or removed from the base without written approval from the Government through the Contractor. The subcontractor shall store this soil on an impervious liner, compatible with the contaminant, and covered with the same impervious material. These contaminants will be tested by the subcontractor and coordinated with local state environmental protection agencies as necessary. After determining the soil status, the subcontractor may move the soil as directed by the Contractor or the appropriate agency.

Excavation in areas designated as "wet lands" is strictly prohibited. Should this type of excavation be required, the subcontractor shall obtain the proper "wet land" digging permit through the proper agencies.

The subcontractor shall handle and store hazardous liquid materials only in areas approved by the agency responsible for the specific material (i.e., fire department, environmental flight, etc.), and comply with the base Spill Prevention and Countermeasures Plan. The subcontractor shall report any spill of oil or hazardous material to the civil engineer service call desk, and take every reasonable precaution to prevent/contain the spillage of oil or other hazardous substances.

The subcontractor shall control the disposal of fuels, oils, bitumen's, calcium chloride, acids, or harmful materials, both on and off government premises and shall comply with applicable federal, state, county, and municipal laws concerning pollution of rivers and streams while performing work under this subcontract. The subcontractor shall NOT dispose of any waste or residual material on the ground or in any storm sewer or drainage system. Coordinate with the civil engineer environmental flight for their approval through the Contractor the discharge of any materiel or diluted material into sanitary or storm water sewer systems. The subcontractor shall take special measures to prevent chemicals, fuels, oils, greases, bituminous materials, herbicides, and insecticides from entering public waters. Do not allow water used in on-site material processing, concrete curing, foundation and concrete clean-up, and other waste waters to reenter a stream if an increase in the turbidity of the stream could result.

The subcontractor shall limit emissions of organic solvents into the atmosphere. This rule applies to use, clean-up, and disposal of organic, photo chemically reactive, and non-photochemically reactive solvents and materials containing these solvents.

The subcontractor shall limit the quantity of volatile organic compounds in architectural coatings. This applies to any coatings applied to stationary structures and their appurtenances, mobile homes, pavements, and curbs.

CSS 001469

## PART V
## Technical Specifications

The subcontractor shall NOT use paints or coatings containing lead in excess of 0.06 percent by weight of total non-volatile content in accordance with Title 16 of the Code of Federal Regulations, Part 1303. Paints or coatings within reach of children in housing, recreation, and public areas shall have zero lead content. The subcontractor shall ensure that lead based paint debris is transported, treated, stored, and disposed of as a hazardous waste under the Resource Conservation and Recovery Act (RCRA) (40 CFR 240-280), Department of Transportation (DOT), and Environmental Protection Agency (EPA) regulations.

The subcontractor shall deliver all items indicated on the drawings or in the specifications containing PCBs and all oil-cooled transformers removed from service for disposal to a storage area on base as directed by the environmental coordinator through the Contractor. If equipment labels or catalog data does not specify composition, the subcontractor shall have all electrical equipment cooling liquid tested by a certified laboratory to determine if PCB is present. Drain and properly contain oil from transformers, and flush the system to the required level. Clean, seal, and label all drums. Include an original of the certified report to the environmental coordinator. New electric equipment shall not contain PCBs, shall be certified to this effect, and shall be stamped or labeled "NO PCB."

22      Noise Control

The subcontractor shall operate in compliance with all applicable state and local laws, ordinances, and regulations.

23      Dust Control

The subcontractor shall furnish and install temporary framework covered by polyethylene sheeting around work areas requiring protection. Framework shall be of sturdy wood or metal composition. Polyethylene film shall comply with ASTM D 2103, shall have a minimum density of 0.910, and impact strength greater than 70. Adhesive tape for sealing seams and edges shall meet the polyethylene manufacturer's recommendations. Sealing compound shall comply with recommended practices for use of latex compounds as prescribed by ASTM C 790. Install dust protection enclosures according to the manufacturer's recommendations. The subcontractor shall repair any accidental penetrations of the enclosures swiftly and adequately to prevent dust intrusion.

24      Recording and Preserving Historical and Archaeological Finds.

All items having any apparent historical or archeological interests which are discovered in the course of any construction activities shall be carefully preserved. The subcontractor shall leave the archeological find undisturbed and shall immediately report the find to the Contracting Officer so that the proper authorities may be notified.

MATERIAL AND EQUIPMENT

25      Equipment

The contractor expects the subcontractor to provide his/her own equipment and/or hire lower tier subcontractors who have their own equipment common to the trade in which they are employed.

26      Equipment Condition.

Equipment and vehicles used on base shall be safe and in good operating condition. The Contractor or Government, reserves the right to inspect any on-base equipment and reject such equipment if he/she considers it unsafe, in poor operating condition, or inappropriate for work. The subcontractor must notify the Contractor of any equipment broken down on any base road. Every effort should be made to move broken down equipment to the nearest parking lot before leaving it.

Equipment that is to remain in place within the area of contract operations must be covered and protected against damage or loss. All materials and equipment at the project site shall be stored in a manner to prevent mechanical and climatic damage.

50

CSS 001470

PART V
Technical Specifications

Equipment that is to be temporarily removed and reinstalled shall be stored. Storage and protection of this equipment shall be the sole responsibility of the subcontractor.

### Government Furnished Equipment/Materials.

The subcontractor shall transport all GFE/GFM, if any, described on each delivery order from the government storage area to the work site indicated on the delivery order at no cost to the contractor. Once GFE/GFM is released to the subcontractor for transportation to the project site, the subcontractor shall assume the risk and responsibility for the loss or damage to GFE/GFM. The subcontractor shall follow the instructions of the Contractor regarding the disposition of GFE/GFM not consumed in performance of a delivery order.

### Contractor Storage.

The subcontractor is responsible for storing and securing equipment and/or materials used in the performance of this contract and stored on base. The subcontractor assumes the risk and responsibility for loss or damage to government-furnished property. Equipment that is to remain in place within the area of contract operations shall be covered and protected against damage or loss. Equipment that is to be temporarily removed and reinstalled shall be stored. The subcontractor may NOT leave equipment or materials on any roof (or tower) without prior approval from the Contractor and Government. Store equipment removed in performance of work where directed by the Contractor, and re-use in work as required by drawings and specifications. Equipment temporarily removed shall be protected, cleaned and replaced equal or better than its condition prior to starting work. Tie down all materials stored in an open area to prevent damage to government property particularly during unusual weather conditions, e.g., hurricanes, tornadoes, high winds. If the subcontractor cannot be notified of impending severe weather conditions or does not take appropriate action to secure materials and/or equipment, the contractor or government may secure the equipment and/or materials and bill the subcontractor for the incurred cost. The subcontractor shall repair or replace, at his/her expense, any damage to government property that occurs as a result of negligence. Do not store construction debris in the outside storage area or hold in this area for resale. On all storage trailers and buildings, clearly post a notice of who to contact in case of emergency. The subcontractor must remove all materials, equipment, and temporary buildings prior to termination of contract and final payment. Any materials, equipment, or temporary buildings discovered after contract final acceptance shall become the property of the government and disposed of as abandoned property.

### Hazardous Material

The subcontractor shall take all action necessary to eliminate and minimize the use of hazardous materials and hazardous waste at all work sites. Materials classified as hazardous by Federal or state environmental rules, regulations, or laws, shall be handled and processed for disposal in accordance with those environmental statutes, regulations, and/or laws. The subcontractor shall dispose of hazardous waste as follows:

1) PCB ballasts shall be removed from demolished fluorescent light fixtures, placed in performance oriented packaging (POP) 55 gallon barrels, and turned in to the Defense Reutilization and Marketing Office (DRMO), Building 7408. Any ballast that is not marked non-PCB shall be considered to contain PCBs. A turn-in slip and three copies of a hazardous material/hazardous waste profile form shall be submitted to Ms. Linda Smith, at Building 7108, prior to turn-in of barrels. DRMO will notify the contractor of the date and time that the barrels may be delivered to building 7408.

2) Paint cans, aerosol cans, and fluorescent lighting lamps shall be turned in to the Consolidation, Recycling, and Reuse Center (CRRC), Building 3512. A Manifest of Material Delivered to the Redstone Arsenal CRRC Facility shall be completed and provided to the Government personnel at Building 3512 when items are turned in.

3) Asbestos containing materials shall be removed and disposed of by a certified asbestos removal contractor. Asbestos containing materials shall be properly bagged and disposed of in the designated area at the RSA inert landfill.

The subcontractor shall submit Material Safety Data Sheets (MSDS) for those materials considered hazardous in accordance with the requirements of AFOSH Standard 161-21. The subcontractor is responsible for all such materials that are residue from subcontractor furnished supplies and materials brought to the job site by the subcontractor, and for any such materials identified

CSS 001471

PART V
Technical Specifications

herein or by the drawings. The subcontractor shall report any spill of oil or hazardous material to the Contractor and to the civil engineer service call desk immediately (24 hours a day, 7 days a week).

The subcontractor shall bring to the attention of the Contractor any previously unknown material suspected of being hazardous that he/she encounters during execution of the work. The Government will make a determination whether the subcontractor shall perform tests to determine if the material is hazardous. If the Contractor directs the subcontractor to perform the tests, and/or if the material is hazardous and require additional protective measures, a contract change may be required, subject to equitable adjustment under the terms of the contract. The subcontractor shall remove from the base any unused or not to be used hazardous products.

2%     Asbestos

Friable and/or non-friable asbestos containing materials may be encountered at job sites. Asbestos containing materials that must be disturbed during the performance of a task order shall be removed by a certified asbestos removal subcontractor. Work involving the disturbance or dismantling of asbestos or asbestos containing materials; the demolition of structures containing asbestos; and the disposal and removal of asbestos, shall comply with the requirements of 40 CFR, Part 61, Subparts A and M, ETL 1110-1-118 and DA circular 40-83-4. All work shall comply with applicable Federal, state, and local safety and health requirements. Where there is a conflict between applicable regulations, the most stringent shall apply. The subcontractor or any of his lower tier subcontractors responsible for handling hazardous and toxic materials shall have the necessary certification before doing so.

*** WARNINGS ***

CSS 001472

PART V
Technical Specifications

EXPOSURE TO AIRBORNE ASBESTOS HAS BEEN ASSOCIATED WITH FOUR DISEASES: LUNG CANCER, CERTAIN GASTROINTESTINAL CANCERS, PLEURAL OR PERITONEAL MESOTHELIOMA, AND ASBESTOSIS.

STUDIES INDICATE THERE ARE SIGNIFICANTLY INCREASED HEALTH DANGERS TO PERSONS EXPOSED TO ASBESTOS WHO SMOKE, AND FURTHER, TO FAMILY MEMBERS AND THEIR PERSONS WHO BECOME INDIRECTLY EXPOSED AS A RESULT OF THE EXPOSED WORKER BRINGING ASBESTOS LADEN WORK CLOTHING HOME TO BE LAUNDERED.

Subcontractor employees and lower tier subcontractors shall take extra precautions to avoid releasing, or causing release of, asbestos fiber into the atmosphere where they may be inhaled or ingested.

The Occupational Safety and Health Administration (OSHA) has set standards at 29 CFR 1926.58 for exposure to airborne concentrations of asbestos fibers, methods of compliance, medical surveillance, housekeeping procedures and measures to take when working with or around materials containing asbestos. 29 CFR 1926.58 has is applicable to construction (29 CFR 1926.55 gases, vapors, fumes, dusts, and mists). The Environmental Protection Agency (EPA) has established standards at 40 CFR 61.140-156 for the control of asbestos emissions to the environment and the handling and disposal of asbestos wastes.

The subcontractor may encounter friable and/or non friable asbestos containing material in the area(s) where he/she must perform contract work. Friable asbestos containing materials means any material that contains more than one percent asbestos by weight that hand pressure can crumble, pulverize, or reduce to powder when dry. Non friable asbestos containing materials are impregnated or coated. Non friable asbestos containing materials do not normally release airborne asbestos fiber during routine handling and end use. However, excessive fiber concentrations may be produced during controlled abrading, sanding, drilling, cutting, machining, removal, demolition, or other similar activities.

Friable asbestos containing materials are NOT permitted by current criteria and shall NOT be used in new construction or modification projects. The subcontractor shall review all plans and specifications for all new construction and modification projects to insure that friable asbestos containing materials are not used.

The subcontractor may engage in maintenance, modification, or demolition activities and identify a potential for exposure to asbestos dust from previously installed friable or non friable asbestos-containing material. In these circumstances, the subcontractor shall strictly adhere to all precautions, to include proper work practices, medical surveillance, respiratory protection, industrial hygiene, and environmental protection requirements of OSHA (29 CFR 1926.58) and EPA (40 CFR 61.140-156), as applicable.

CSS 001473

PART V
Technical Specifications

SECTION 01300

Codes, Standards, and Instructions.

All design documentation and subsequent construction practices shall comply with Federal, State, and Local codes, Building Officials and Code Administrators (BOCA) International, Inc. has established the basic building code standards for construction, renovation, repair, and maintenance. These standards, commonly referred to as BOCA National Codes, shall constitute the minimum acceptable levels of design, function, and safety for all projects.

All designs, material selections, construction, renovation, repair, and maintenance shall comply with the base and architectural standards. The government documents these standards in Redstone's Architectural Compatibility Guide and Base Design Standards, and in a series of pamphlets published by the command, including the Commander's Guide to Facility Excellence. These documents will be provided to the contractor upon request. During the course of the contract, the contractor shall comply with any additions or revisions to these standards upon official notification by the government. To correct errors in compliance, the contractor shall accomplish any additional work at no cost to the government.

Manufacturer's instructions pertaining to the use or installation of products, materials, or equipment used or installed in the execution of work under this contract form a part of these specifications as though specifically set forth herein. These instructions apply whether furnished as a normal, usual, or customary practice of the manufacturer or if furnished in response to a requirement stipulated herein. In the event of conflict between the specification of drawings and manufacturers' instructions, the subcontractor shall bring such conflict to the attention of the Contractor for resolution before proceeding with the work involved.

All designs for new facilities shall include features that comply with the energy management directives outlined in Executive Order 12902, 10 March 1994, Part XIII.

CSS 001474

PART V
Technical Specifications

# SECTION 06000

## WOOD AND PLASTICS

General.

All standard specifications, pertaining to wood and plastics, in the most recent version (as of the award date of this contract) of the U.S. Army Corps of Engineer Guide Specifications are incorporated into this specification by reference. The subcontractor may download a copy of these specifications from a public bulletin board. For instructions on how to download the specifications, contact the local district office of the U.S. Army Corps of Engineers. The requirements described within Section 01300, paragraph 3.4.2., are local modifications or addendums to the Corps specifications. If there is a conflict between these requirements, and those contained in the Corps specifications, the specifications contained in Section 01300 will take precedence.

CSS 001475

PART V
Technical Specifications

## SECTION 07000

### THERMAL AND MOISTURE PROTECTION

General.

All standard specifications, pertaining to thermal and moisture protection, in the most recent version (as of the award date of this contract) of the U.S. Army Corps of Engineer Guide Specifications are incorporated into this specification by reference. The subcontractor may download a copy of these specifications from a public bulletin board. For instructions on how to download the specifications, contact the local district office of the U.S. Army Corps of Engineers. The requirements described within Section 01300, paragraph 3.4.2., are local modifications or addendum's to the Corps specifications. If there is a conflict between these requirements, and those contained in the Corps specifications, the specifications contained in Section 01300 will take precedence.

2. SPECIAL REQUIREMENTS FOR PREFORMED METAL ROOFING:

2.1 For all metal roofing projects, the subcontractor shall furnish and install complete, a preformed, prefinished, metal roofing system. System shall include panels, concealed fasteners, brackets, clips, anchoring devices, structurals, spacers and trim, caps, flashing, closures, joint sealer, and other components needed for a complete, permanently weatherproof installation.

2.2 Guarantee: Prior to acceptance of work, the subcontractor shall furnish a manufacturer's commercial 20-year material performance warranty. Limit to ordinary wear and tear by the elements or defects due to faulty materials and workmanship. In addition, the subcontractor shall provide a warranty of construction in accordance with Contract Clause No. 1-75 (FAR 52.246-21) and the "Performance Agreement" requirements below.

2.3 Performance Agreement: The requirements of the performance agreement are in addition to the requirement which provides that the work performed is warranted for a period of one (1) year from the date of final acceptance against any defect in equipment, material, or design furnished, or workmanship performed by the subcontractor or any subcontractor or supplier at any tier. In addition to this one (1) year warranty, the subcontractor shall provide a performance agreement which shall remain in effect for four (4) additional years. If the Subcontractor fails to make required repairs during the performance period, the Government may have the work done by others and charge the cost to the Subcontractor. The warranty provisions of the contract apply notwithstanding Government inspection and acceptance.

NOTE: The Subcontractor shall provide the following performance agreement upon completion of preformed metal roofing projects.

### PERFORMANCE AGREEMENT

For five (5) years from the date of final acceptance, the Subcontractor agrees to inspect, locate and make emergency repairs to defects and leaks in the roof system within 24 hours of receipt of notice from the Contracting Officer. Thereafter, as soon as weather permits, the Subcontractor agrees to permanently repair the affected areas by restoring them to the standard of the subcontract, without cost to the Government. However, the Subcontractor will not be required to make any repairs if it is determined that these leaks or defects were caused by abuse, or lightning, hurricane, tornado, hail storm, or other unusual natural phenomena or failure of related work installed by others. Receipt of notice from the Contracting Officer is evidence that the Contracting Officer has had the roof examined and determined that none of the above causes apply and the Subcontractor is

CSS 001476

PART V
Technical Specifications

obligated to make repairs. The Contracting Officer's decision is conclusive. However, the performance agreement does not operate to obligate the surety after completion of work and final payment, except as provided for in FAR 52.246-21—WARRANTY OF CONSTRUCTION, and the Miller Act as amended.

METAL ROOFING
PERFORMANCE AGREEMENT

PROJECT NO. _____    CONTRACT NO. _____


FINAL ACCEPTANCE DATE:

END OF PERFORMANCE AGREEMENT DATE:

NAME OF FIRM:

ADDRESS:

TELEPHONE NUMBER:

CONTRACTOR'S SIGNATURE:

PRINTED OR TYPED NAME AND DATE:

CONTRACTING OFFICER'S SIGNATURE:

PRINTED OR TYPED NAME AND DATE:

CSS 001477

PART V
Technical Specifications

SECTION 08000

DOORS AND WINDOWS

General.

All standard specifications, pertaining to doors and windows, in the most recent version (as of the award date of this contract) of the U.S. Army Corps of Engineer Guide Specifications are incorporated into this specification by reference. The subcontractor may download a copy of these specifications from a public bulletin board. For instructions on how to download the specifications, contact the local district office of the U.S. Army Corps of Engineers. The requirements described within Section 01300, paragraph 3.4.2., are local modifications or addendum's to the Corps specifications. If there is a conflict between these requirements, and those contained in the Corps specifications, the specifications contained in Section 01300 will take precedence.

CSS 001478

PART V
Technical Specifications

## SECTION 09000

### FINISHES

General.

All standard specifications, pertaining to finishes, in the most recent version (as of the award date of this contract) of the U.S. Army Corps of Engineer Guide Specifications are incorporated into this specification by reference. The subcontractor may download a copy of these specifications from a public bulletin board. For instructions on how to download the specifications, contact the local district office of the U.S. Army Corps of Engineers. The requirements described within Section 01300, paragraph 3.4.2., are local modifications or addendum's to the Corps specifications. If there is a conflict between these requirements, and those contained in the Corps specifications, the specifications contained in Section 01300 will take precedence.

CSS 001479

PART V
Technical Specifications

## SECTION 10000

### SPECIALTIES

General.

All standard specifications, pertaining to specialties, in the most recent version (as of the award date of this contract) of the U.S. Army Corps of Engineer Guide Specifications are incorporated into this specification by reference. The subcontractor may download a copy of these specifications from a public bulletin board. For instructions on how to download the specifications, contact the local district office of the U.S. Army Corps of Engineers. The requirements described within Section 01300, paragraph 3.4.2., are local modifications or addendum's to the Corps specifications. If there is a conflict between these requirements, and those contained in the Corps specifications, the specifications contained in Section 01300 will take precedence.

60

CSS 001480

PART V
Technical Specifications

## SECTION 11000

### EQUIPMENT

General.

All standard specifications, pertaining to equipment, in the most recent version (as of the award date of this contract) of the U.S. Army Corps of Engineer Guide Specifications are incorporated into this specification by reference. The subcontractor may download a copy of these specifications from a public bulletin board. For instructions on how to download the specifications, contact the local district office of the U.S. Army Corps of Engineers. The requirements described within Section 01300, paragraph 3.4.2., are local modifications or addendum's to the Corps specifications. If there is a conflict between these requirements, and those contained in the Corps specifications, the specifications contained in Section 01300 will take precedence.

61

CSS 001481

PART V
Technical Specifications

SECTION 12000

FURNISHINGS

General.

All standard specifications, pertaining to furnishings, in the most recent version (as of the award date of this contract) of the U.S. Army Corps of Engineer Guide Specifications are incorporated into this specification by reference. The subcontractor may download a copy of these specifications from a public bulletin board. For instructions on how to download the specifications, contact the local district office of the U.S. Army Corps of Engineers. The requirements described within Section 01300, paragraph 3.4.2., are local modifications or addendum's to the Corps specifications. If there is a conflict between these requirements, and those contained in the Corps specifications, the specifications contained in Section 01300 will take precedence.

CSS 001482

PART V
Technical Specifications

## SECTION 13000

### SPECIAL CONSTRUCTION

General.

All standard specifications, pertaining to special construction, in the most recent version (as of the award date of this contract) of the U.S. Army Corps of Engineer Guide Specifications are incorporated into this specification by reference. The subcontractor may download a copy of these specifications from a public bulletin board. For instructions on how to download the specifications, contact the local district office of the U.S. Army Corps of Engineers. The requirements described within Section 01300, paragraph 3.4.2., are local modifications or addendum's to the Corps specifications. If there is a conflict between these requirements, and those contained in the Corps specifications, the specifications contained in Section 01300 will take precedence.

CSS 001483

PART V
Technical Specifications

## SECTION 14000

### CONVEYING SYSTEMS

General.

All standard specifications, pertaining to conveying systems, in the most recent version (as of the award date of this contract) of the U.S. Army Corps of Engineer Guide Specifications are incorporated into this specification by reference. The subcontractor may download a copy of these specifications from a public bulletin board. For instructions on how to download the specifications, contact the local district office of the U.S. Army Corps of Engineers. The requirements described within Section 01300, paragraph 3.4.2., are local modifications or addendum's to the Corps specifications. If there is a conflict between these requirements, and those contained in the Corps specifications, the specifications contained in Section 01300 will take precedence.

CSS 001484

PART V
Technical Specifications

## SECTION 15000

### MECHANICAL

General.

All standard specifications, pertaining to mechanical, in the most recent version (as of the award date of this contract) of the U.S. Army Corps of Engineer Guide Specifications are incorporated into this specification by reference. The subcontractor may download a copy of these specifications from a public bulletin board. For instructions on how to download the specifications, contact the local district office of the U.S. Army Corps of Engineers. The requirements described within Section 01300, paragraph 3.4.2., are local modifications or addendum's to the Corps specifications. If there is a conflict between these requirements, and those contained in the Corps specifications, the specifications contained in Section 01300 will take precedence.

65

CSS 001485

PART V
Technical Specifications

## SECTION 16000

ELECTRICAL

General.

All standard specifications, pertaining to electrical, in the most recent version (as of the award date of this contract) of the U.S. Army Corps of Engineer Guide Specifications are incorporated into this specification by reference. The subcontractor may download a copy of these specifications from a public bulletin board. For instructions on how to download the specifications, contact the local district office of the U.S. Army Corps of Engineers. The requirements described within Section 01300, paragraph 3.4.2., are local modifications or addendum's to the Corps specifications. If there is a conflict between these requirements, and those contained in the Corps specifications, the specifications contained in Section 01300 will take precedence.

### PHYSICAL DATA - WEATHER CONDITIONS

Data and information furnished or referred to below is for the subcontractor's information. The Government shall not be responsible for any interpretation of or conclusion drawn from the data or information given to the Contractor.

In order for the Contractor to award a time extension or suspension of work due to weather conditions under this contract, the following conditions must be satisfied:

(1)  The weather experienced at the project site during the contract period must be found to be unusually severe, that is, more severe than the adverse weather anticipated for the project location during any given month.

(2)  The unusually severe weather must actually cause a delay to the completion of the project. The delay must be beyond the control and without the fault or negligence of the subcontractor.

(3)  The subcontractor must make a written request for a time extension due to unusually severe weather.

Upon acknowledgment of the notice to proceed and continuing throughout the subcontract, the subcontractor will record the occurrence of adverse weather and resultant impact to normally scheduled work (actual adverse weather delays must prevent work on critical activities for 50 percent or more of the subcontractor's scheduled work day). This documentation shall be provided to the Contractor upon request and as an attachment to any requests for time extensions due to unusually severe weather.

The number of actual adverse weather delay days shall be calculated as full days from the first to the last day of each month. If the number of actual adverse weather delay days exceeds the number of days anticipated in paragraph (2), above, the Contractor will convert any qualifying days to calendar days, giving full consideration for equivalent fair weather work days, and issue a modification for unusually severe weather in accordance with the contract clause entitled "Default (Fixed Price Construction)".

CSS 001486