Project No. 021058        Delivery Order No. F07603-03-D0002/        21 Feb 03

### Title: Repair Dormitory 401

### STATEMENT OF WORK (SOW)

1. The scope of work for this project is as follows in this Statement of Work (SOW). Any codes referenced shall constitute a part of these specifications along with commercial industry standards unless otherwise specified herein. The contractor shall furnish all plant, labor, equipment, materials, and incidentals unless otherwise specified. No alterations, additions, or deletions shall be made unless prior approval is given in writing by the Contracting Officer (CO). The contractor shall thoroughly review the scope of work for constructability and advise of possible problem areas prior to Delivery Order (DO) negotiations. The contractor shall field verify all needed items and measurements. Under no circumstances is the contractor to begin any work until a DO is issued by the CO. All work must be in accordance with SABER Technical Specifications. Any discrepancies shall be immediately brought to the attention of the CO. All material shall match existing in color, size, shape, texture, content, etc. unless otherwise approved in writing by the CO. All work shall meet or exceed acceptable BOCA standards, National Electrical Code and the standards of the United States Air Force. The contractor shall provide a minimum of two working days notification prior to initially starting on-site work and prior to restarting on-site work following any discontinuance lasting more than five days. Upon completion of work, the project shall be suitable for its intended use.

2. The contractor's proposal must be supported by necessary documentation to indicate that engineering and planning to accomplish the delivery order requirements have been done. Documentation that shall be submitted with the proposal includes, but is not limited to, a detailed cost estimate, and a technical narrative. The documentation shall be used to support and verify the contractor's cost estimate and proposed construction methods.

3. Submittal Register: See Attachment 1

4. Mandatory Verification Schedule: See Attachment 2

5. Schedule of Drawings, Sketches and/or Pictures: See Attachment 3

6. Performance Requirements Schedule: N/A

7. Government Furnished Property Schedule: N/A

8. USAF Welding, Cutting and Brazing Permit, AF Form 592, if required shall be obtained before any welding, cutting, or brazing is performed on site.

9. Applicable Wage Rates: Building

10. SABER Project Managers:

   a. Primary - Mr. Baines, 677-6827

   b. Alternate - Mr. Shore, 677-6828

11. AF Form 103, Work Clearance Request is not required for this project.

12. As-Builts drawings on CAD are required upon final inspection and acceptance of the project. The as-builts shall include all previously approved shop drawings and any changes which may have occurred. Detail where existing and new utility lines, controls, equipment and new or modified structures are installed.

Project No. 021058          Delivery Order No. F07603-03-D0002/          21 Feb 03

### Title: Repair Dormitory 401

13. PROJECT DESCRIPTION:  The project consists of, but is not limited to the items listed in this section.  Note that this dormitory has recently undergone mold abatement and is currently undergoing a project to replace the heating ventilation and air conditioning (HVAC) system.  Also note that the contractor shall dispose of all construction debris in accordance with all Federal, State and Local requirements.

   a.  Work in Dormitory rooms (93 each).

     (1) Install metal studs as required for framing.  Construct metal framing storage closet and refrigerator enclosure in the vanity area of the rooms similar to that in adjacent dormitory 402.

     (2) Install insulation on all exterior walls with vapor barrier beneath new drywall.

     (3) Install drywall on all walls complete with joint finish and painting.  Also paint the ceiling using a texture finish.

     (4) Replace existing entrance doors with new 18 gage, insulated metal entrance door and 16 gage frame complete with all hardware including but not limited to lockset, hinges (patterns factory punched), lever handles (no knob), keyed-through deadbolts and view ports.  Doors and frames shall be primed and painted.  The contractor shall submit a master keying plan for approval.

     (5) Install new interior oak doors complete with lever handle lockset, deadbolt and door stop for the closet and bathroom.

     (6) Install new vanity cabinets with countertop and vitreous china sink.  Install bathroom accessories including toilet tissue holder and towel bars.  All accessories shall match in color and style.

     (7) Install new medicine cabinet with light above vanity base cabinet.

     (8) Remove all existing floor vinyl composition tile (VCT).  Install new VCT floor in 3' by 3' entrance at the entrance door area and in the vanity area.

     (9) Install carpet in the living area of the rooms.

     (10) Install oak base molding throughout the room and oak crown molding in the living area ceiling.

     (11) Repair the ceramic tile on the bathroom walls (or simply clean the existing wall tile if this can be done to yield a "like new" condition).

     (12) Seal floor beneath the ceramic floor tile in the bathroom areas on the second and third floors by installing a vinyl membrane (or approved equal) which covers floor and extends up the wall at least one inch.  Method of sealing this area of the floor shall be submitted for approval.  This floor seal shall prevent water from seeping through the floor to the bathroom beneath it.

     (13) Install new suspended ceiling system in the vanity and bathroom areas.  The bathroom area shall have a light intergraded in the ceiling.  The system shall have 2' by 2' square cut tegular lay-in tiles with exposed tee grid.

     (14) Remove and dispose of existing fiberglass shower units.  Replace shower with new ceramic tile shower walls and non-slip ceramic tile floor, concealed Moen (or

Project No. 021058        Delivery Order No. F07603-03-D0002/                    21 Feb 03

### Title: Repair Dormitory 401

approved equal) single-handle water control and shower door. (Contractor may substitute a fiberglass shower).

(15) Remove and dispose of the existing toilets and replace them with new units complete with all appurtenances. Repair the existing waste line and install new attachment flange on the wall.

(16) Replace existing exhaust fan in the bathroom and connect it to existing metal ductwork above the ceiling. Reuse electric supply wiring if possible.

(17) All plumbing lines shall be insulated to prevent heat loss and condensation.

(18) Install new electrical boxes for both phone and cable TV lines while reusing the existing lines.

(19) Install new lights in living area and vanity area and repair wiring, switches and receptacles as necessary. Replace all switch and receptacles covers.

(20) Install new smoke detectors in the existing fire detection system. All components shall be compatible with the existing Monico fire alarm panel located in the storage room on the second floor. All work shall comply with NFPA 72.

b. Work in Day Rooms (3 each) and Laundry Room (one each).

(1) Install metal framing as required to support drywall and other finish work.

(2) Install drywall on all walls complete with joint finishing and painting.

(3) Install suspended ceiling system (see 13.a.13. above).

(4) Install carpeting in all dayrooms.

(5) Replace lighting, switch and receptacle plates and any other items required in support of project.

(6) Trim and finish's to match that in the dormitory rooms (see 13.a.10. above).

(7) Replace metal door and frame in the laundry room (see 13.a.4. above).

(8) Install lighting and repair wiring (see 13.a.19. above).

c. Work in First Floor Kitchen (one each).

(1) Install metal studs as required for framing.

(2) Install insulation on exterior walls with vapor barrier beneath new drywall.

(3) Install drywall on all walls complete with joint finish and painting. Also paint the ceiling using a texture finish.

(4) Replace metal door and frame (see 13.a.4. above).

(5) Remove old and install new suspended ceiling system in the back kitchen area (see 13.a.13. above).

(6) Install base and wall cabinets. Install countertop extending from the base cabinet to the end wall (see print 1 of 3 first floor plan).

(7) Install exhaust fan over stove area. (The government will install a government-supplied stove at no cost to the contractor at project completion.)

Project No. 021058        Delivery Order No. F07603-03-D0002/        21 Feb 03

### Title: Repair Dormitory 401

    (8) Replace lighting, switch and receptacle plates and any other items required in support of project.

  d. Work in Janitor Closets (three each) and Storage Room (one each on second floor).

    (1) Replace doors and frames with metal door and frames, use keyed leaver handle lockset.

    (2) The doors and frames shall be primed and painted.

  e. Work in Exterior Areas and Mechanical Room.

    (1) Replace the exterior lights with new 70 watt, sodium vapor light units.

    (2) Install new Trane Tracer Summit control panel in the mechanical room and connect the existing fan coil units and HVAC system to this panel and make all adjustments and perform all programming necessary to produce a complete and functioning control system. Supply a phone modem for this controller.

14. SPECIFICATION REQUIREMENTS: SABER Technical Specifications are supplemented as follows for this specific delivery order. All work accomplished will be in accordance with the specifications and the appropriate standards, national and local codes.

  a. 01000, General Requirements: Power outages and limited utility interruptions for hookups will be permitted in accordance with an arranged schedule. The contractor is responsible for notifying and coordinating all outages with the Base Civil Engineer SABER Management Section at least 10 working days in advance of the intended outage.

  b. 01001 Site Management: The appearance of construction sites at Dover Air Force Base is of paramount importance to the Commander of Dover Air Force Base. A clean and well-kept construction site is required to be maintained at all times.

    (1) Contractor's office and storage trailers (if used) shall meet all requirements of the SABER contract. The contractor shall arrange the office trailers, storage trailers, sanitation facilities, and trash dumpsters to effectively use the construction area at 401.

    (2) The contractor shall provide portable sanitation facilities. Portable sanitation facilities shall be self-contained units with both urinals and stool capabilities. Units shall be adequately ventilated, cleaned and emptied at least once a week or more if determined necessary and directed by the CO. The doors shall be self-closing and securable. The exterior of the unit shall match Glidden color Eagle Feather Tan or approved equal. Locate these facilities out of the view of the public, within the construction area.

    (3) The contractor shall make special effort to prevent the generation of dirt, debris, or dust as a result of activities related to the work under this contract.

    (4) Except as otherwise required by the contract, all disturbed or damaged landscaping, paved areas, curbs or sidewalks shall be restored to the original condition. This condition will be as documented in the photographs of the undisturbed site submitted with the site layout plan.

  c. 01500, Hazardous Materials: Materials classified as hazardous by federal or state

Project No. 021058          Delivery Order No. F07603-03-D0002/          21 Feb 03

### Title: Repair Dormitory 401

environmental rules, regulations or laws shall be handled and processed in accordance with those rules, regulations or laws. The contractor shall submit a list of all hazardous materials to be used during the project including estimated quantities at the beginning of the project. At the completion of the project, the contractor shall submit a list of actual quantities of hazardous materials used during the project

d. 01700, Delivery Order Close Out: The contractor shall turn over as-builts and real property accountability checklist upon final inspection and acceptance of the project. The contractor shall dispose of all other construction debris as appropriate and in accordance with all Federal, State and local requirements.

e. 01900, Color Schedule: This section covers only the color of the exterior and interior materials and products that are exposed view in the finished construction. The word "color" as used herein includes surface color and pattern. Requirements for quality and method of installation are covered in other appropriate sections of the specifications. Items not designated for color in this section may be specified in other sections. When color is not designated for items, the Contractor shall propose a color for approval.

(1) The Contractor may request modifications to the approved schemes in order to utilize products of other manufacturers. However, such alternate material must coordinate with the approved schemes, to the satisfaction of the Government.

(2) Where color is shown as being specific to one manufacturer, an equivalent color by another manufacturer may be submitted for approval. Manufacturers and materials specified are not intended to limit the selection of equal colors from other manufacturers.

(3) The color schedule lists the colors, patterns and textures required for exterior and interior finishes, including both factory applied and field applied colors.

(a) Exterior: Match standard existing colors used on base. (Glidden Colors)

    i.   Wall – Match exterior wall
    ii.  Door Frames - Bald Eagle Brown
    iii. Doors (Painted) – Bald Eagle Brown exterior side
    iv. Caulking & Sealants - Match adjacent surface
    v.  EIFS - Dryvit - Prairie Clay

(b) Interior: Refer to color schedule and color key at end of this section for all floor, base, wall, and ceiling finish colors. Miscellaneous interior finish colors shall be as listed:

    i.  Paint: ICI Devoe:

        -Footprint

        -January Frost

        -Tranquil

    ii.  Carpet: Patcraft Legends Retold # Q8472-0076 "Woodstock".

    iii. Vinyl Tile: Congoleum PE46

    iv. Ceramic Tile: Match existing

Project No. 021058          Delivery Order No. F07603-03-D0002/          21 Feb 03

### Title: Repair Dormitory 401

  v.  Oak Base and Crown Molding:  Oak natural finish

  vi.  Casework Vanity, Closet Cabinet:  Oak natural finish

  vii.  Sink:  Vitreous china, self rimming single bowl

  viii.  Wood Doors:  Wood doors oak with natural oak finish

  ix.  Steel Doors:  Match door frame color (listed in schedule above)

  x.  Ceiling Tile:  Armstrong Fissured #756 "White"

  xi.  Ceiling Paint:  White

  xii.  Electrical Covers Switch and Receptacles:  Ivory

f.  02080, Asbestos Advisory:  To the best of the Government knowledge and records, all known asbestos has been removed from the facility.  The Government cannot determine the status of areas which are hidden.  Should suspicious material be encountered during the construction effort, report immediately to the SABER Manager and the CO.  The Government will accomplish testing and advise the contractor how to proceed.  The contractor shall do cutouts in built up roof when required for the new heat piping.

g.  02090, Lead Advisory of Lead Containing Paint:  To the best of the Government's knowledge and records, the building is free of lead containing paint; however, the Government cannot determine the status of areas which are hidden.  Should suspicious material be encountered during the construction effort, report immediately to the SABER Manager and CO.  The Government will accomplish testing and advise the contractor how to proceed.

h.  08110, Steel Doors and Frames:  Doors and frames shall use standard door type nomenclature in accordance with SDOI SDI-106.

 (1)  Doors and frames shall be factory fabricated in accordance with SDOI SDI-100.  Door grade shall be heavy duty (Grade II).  Exterior doors and frames shall be designation G60 galvanized.  Doors and frames shall be prepared to receive hardware conforming to the templates and information provided under Section 08700 BUILDERS' HARDWARE.  Doors and frames shall be reinforced, drilled, and tapped to receive mortised hinges, locks, latches, and flush bolts as required.  Doors and frames shall be reinforced for surface applied hardware.  Door frames shall be furnished with a minimum of three jamb anchors and one floor anchor per jamb.  Anchors shall be not less than 18 gauge steel or 7-gauge diameter wire.  For wall conditions that do not allow the use of a floor anchor, an additional jamb anchor shall be provided.  Rubber silencers shall be furnished for installation into factory predrilled holes in door frames; adhesively applied silencers are not acceptable.  Where frames are installed in plaster or masonry walls, plaster guards shall be provided on door frames at hinges and strikes.

 (2)  Reinforcing of door assemblies for closers and other required hardware shall be in accordance with SDOI SDI-100 and the conditions of the fire door assembly listing when applicable.  Exterior doors shall have top edges closed flush and sealed against water penetration.

Project No. 021058          Delivery Order No. F07603-03-D0002/          21 Feb 03

### Title: Repair Dormitory 401

(a) The interior of thermal insulated doors shall be completely filled with rigid plastic foam permanently bonded to each face panel. The thermal conductance (U-value) through the door shall not exceed 2.33 W/sq m times K (0.41 Btu/hr times sq. f times f) when tested as an operational assembly in accordance with ASTM C 236 or ASTM C 976. Doors with cellular plastic cores shall have a minimum oxygen index rating of 22 percent when tested in accordance with ASTM D 2863.

(b) Unless otherwise specified in Section 08700 BUILDERS' HARDWARE, weather-stripping shall be as follows: Weather-stripping for head and jamb shall be manufacturer's standard elastomeric type of synthetic rubber, vinyl, or neoprene and shall be installed at the factory or on the jobsite in accordance with the door frame manufacturer's recommendations. Air leakage rate of weather-stripping shall not exceed 0.31 l/s per linear meter (0.20 cfm per linear foot) of crack when tested in accordance with ASTM E 283 at standard test conditions.

    i. Doors and frames shall be phosphatized and primed with standard factory primer system. Color shall be in accordance with Section 01900 COLOR SCHEDULE.

    ii. Installation shall be in accordance with DHI-A115.IG. Preparation for surface-applied hardware shall be in accordance with SDOI SDI-107. Rubber silencers shall be installed in door frames after finish painting has been completed; adhesively applied silencers are not acceptable. Weather-stripping shall be installed at exterior door openings to provide a weathertight installation.

    iii. Hardware and perimeter seals shall be adjusted for proper operation. Doors shall be sealed weathertight after installation of hardware.

    iv. Steel doors and frames shall be field painted. Weather-strips shall be protected from paint. Finish shall be free of scratches or other blemishes.

i. 08700, Builders' Hardware: Hardware shall conform to the requirements specified herein. All hardware shall comply with the requirements of the Americans with Disabilities Act.

(1) Requirements for hardware to be mounted on metal doors or metal frames shall be coordinated between hardware manufacturer and door or frame manufacturer by use of templates and other information to establish location, reinforcement required, size of holes, and similar details. Templates of hinges shall conform to BHMA A156.7.

(2) Hinges shall conform to BHMA A156.1 and shall be full mortise type, A5111. Hinges used on metal doors and frames shall also conform to BHMA A156.7.

(3) To the maximum extent possible, locksets, latchsets and deadlocks shall be the products of a single manufacturer. Strikes for pairs of wood doors shall be furnished with wrought boxes.

(4) Bored lock, latchsets, and strikes shall be series 4000 and shall conform to BHMA A156.2. Bored type locks and latches for doors 1-3/8 inches thick and over shall have adjustable bevel fronts or otherwise conform to the shape of the door.

Project No. 021058        Delivery Order No. F07603-03-D0002/        21 Feb 03

### Title: Repair Dormitory 401

(5) Lock cylinders shall comply with BHMA A156.5. All cylinders shall be furnished with a Schlage "type C" compatible keyway with six (6) pins and a removable type core.

(6) Lock trim shall meet the test requirement of BHMA A156.2 or BHMA A156.13, lever handles, and escutcheons shall be 1.27 mm (0.050 inch) thick, if unreinforced. If reinforced, the outer shell shall be 0.89 mm (0.035 inch) thick and the combined thickness shall be 1.78 mm (0.070 inch). Lever handles shall be used.

(7) Surface closers for outswinging exterior doors shall have parallel arms or shall be top jamb mounted. Closers for doors close to a wall shall be of narrow projection so as not to strike the wall at the 90-degree open position.

(8) Thresholds shall conform to BHMA A156.21, J32130. Thresholds for exterior doors shall be extruded aluminum of the type indicated and shall provide proper clearance and an effective seal with specified weather stripping. Thresholds for doors accessible to the handicapped shall be beveled with slopes not exceeding 1:2 and with heights not exceeding 1/2 inch. Air leakage rate of weather-stripping shall not exceed 0.775 liters per second per lineal meter (0.5 cubic feet per minute per lineal foot) of crack when tested in accordance with ASTM E 283.

(9) Weatherseals of the type indicated shall consist of extruded aluminum retainers not less than 1.78 mm wall thickness with vinyl, neoprene, silicone rubber, polyurethane or vinyl brush inserts. Aluminum shall be dark bronze finish. Weather seal material shall be of an industrial/commercial grade. Seals shall remain functional through all weather and temperature conditions. Air leakage rate of weather-stripping shall not exceed 0.775 liters per second per lineal meter (0.5 cubic feet per minute per lineal foot) of crack when tested in accordance with ASTM E 283 at standard test conditions.

(10) Wall stops shall conform to BHMA A156.16, L52101.

(11) Keying for locks shall be furnished with 3 change keys, master keyed set of 4 keys each set, grand master total 4 keys.

j. 09260, Gypsum Board Assemblies: Gypsum wallboard shall be tested at the manufacturing plant in accordance with ASTM C 473 for flexural strength, thickness and weight of paper and predecorated board surfacing, and thickness of edge of recessed or tapered-edge gypsum wallboard. Single-layer drywall partitions shall be gypsum wallboard, thickness as indicated:

(1) Type X gypsum wallboard shall provide at least 1 hour fire-retardant rating for 1/2-inch thick. When applied in single-layer, screwed on each face framing and when tested in accordance with ASTM E 119.

(2) When tested in accordance with ASTM E 84, gypsum wallboard shall have a maximum flame-spread rating of 15, fuel contributed 15, and smoke developed 15.

(3) Permeance Requirements: Back gypsum wallboard shall meet the permeance requirements specified in ASTM C 36.

(4) Materials shall be protected from weather, soil, and damage during delivery, while stored, and during construction. Materials shall be delivered in the manufacturer's

Project No. 021058          Delivery Order No. F07603-03-D0002/          21 Feb 03

### Title: Repair Dormitory 401

original packages; containers or bundles shall bear the brand name and the name of the manufacturer. Materials shall be stored in dry, weathertight, and properly ventilated areas. Gypsum wallboard shall be neatly stacked flat, with care taken to avoid sagging or damage to edges, ends, and surfaces. Wallboard delivered to the building shall be kept protected and banded with midpoint slat spaces of 2 by 1/2-inch material extended full width between each layer of gypsum wallboard.

(a) Temperature of not less than 55 degrees F shall be provided in areas of work during the application of the materials and shall be maintained until the joint treatment compounds are dry.

(b) Gypsum wallboard installation and joint treatment shall be accomplished in a uniform temperature with sufficient ventilation to ensure that throughout the application period the wallboard moisture does not exceed 8 percent.

    i. Regular gypsum wallboard shall conform to ASTM C 36, 48-inches wide and at least 1/2 inch thick, and shall have tapered edges.

    ii. Moisture-resistant gypsum backing board for use with ceramic tile shall conform to ASTM C 630. Products shall have water-repellent-treated core with Class 2 water-repellent surface, tapered edge, at least 1/2-inch thick.

    iii. Joint tape shall be plain or perforated material conforming to ASTM C 475, Type II, Styles 1 and 2.

k. 09900, Painting General: Unless otherwise recommended by the paint manufacturer, the ambient temperature shall be between 45 and 95 degrees F when applying coatings other than water-thinned, epoxy, and moisture-curing polyurethane coatings. Water-thinned coatings shall be applied only when ambient temperature is between 50 and 90 degrees F. Epoxy, and moisture-curing polyurethane coatings shall be applied only within the minimum and maximum temperatures recommended by the coating manufacturer.

(1) Work shall comply with applicable Federal, State, and local laws and regulations. The Activity Hazard Analysis shall include analyses of the potential impact of painting operations on painting personnel and on others involved in and adjacent to the work zone. Exposure of workers to chemical substances shall not exceed limits as established by ACGIH-02.

(2) Surfaces to be painted shall be clean and free of foreign matter before application of paint or surface treatments. Oil and grease shall be removed with clean cloths and cleaning solvents prior to mechanical cleaning. Cleaning solvents shall be of low toxicity with a flashpoint in excess of 100 degrees F. Cleaning shall be programmed so that dust and other contaminants will not fall on wet, newly painted surfaces.

(3) Protection of areas not to be painted all items not to be painted which are in contact with or adjacent to painted surfaces shall be protected prior to surface preparation and painting operations.

(4) Gypsum board surfaces shall be dry and shall have all loose dirt and dust removed by brushing with a soft brush, rubbing with a cloth, or vacuum cleaning prior to application of the first-coat material.

Project No. 021058         Delivery Order No. F07603-03-D0002/         21 Feb 03

## Title: Repair Dormitory 401

I. 12320, Casework: Cabinets shall be wood, factory-fabricated and finished in the manufacturer's standard sizes and finishes of the type, design, and configuration. Cabinets shall be constructed as specified and shall meet the requirements of KCMA ANSI/KCMA A161.1. Wall and base cabinet assemblies shall consist of individual units joined into continuous sections. Fastenings shall be accomplished to permit removal and replacement of individual units without affecting the remainder of the installation. Counters shall be provided with watertight sink rim. Drawers shall be removable and shall be equipped with position stops to avoid accidental complete withdrawals. Shelves shall be fixed or adjustable.

(1) Cabinets Kitchen: Wall and base cabinets shall be of the same construction and same outside appearance. Door design shall be solid flush face from vendors standard styles. Shelves shall be fixed or fully adjustable as indicated. Adjustable shelves shall be capable of adjusting on approximately 3 inch increments. Shelves shall be supported by self-locking clips. Shelves shall be minimum 1/2 inch thick plywood or minimum 1/2 inch thick 20 kg (45 pound) density particle board. Drawer fronts shall be 20 kg (45 pound) density particle board or hardwood plywood to match cabinet door construction.

(2) Frame Type Cabinets: The cabinets shall be constructed with frame fronts and solid ends, or frame construction throughout. Frame members shall be 3/4 inch thick by 1-1/2 inch wide; kiln-dried hardwood, glued together, and shall be either mortised and tenoned, dovetailed or doweled, nailed, stapled or screwed. Top and bottom corners shall be braced with either hardwood blocks that are glued together with water resistant glue and nailed in place, or metal or plastic corner braces. Backs of wall cabinets shall be 1/8 inch thick plywood, tempered hardboard or 3/8 inch thick, 20 kg (45 pound) density particle board. Backs of base and tall cabinets shall be 3/8 inch thick hardwood or 3/8 inch thick, 20 kg (45 pound) density particle board. Bottoms of cabinets shall be minimum 3/8 inch thick plywood 20 kg 45 pound density particle board or good grade plywood and shall be braced with wood members glued in place. Cabinet ends shall be 5/8 inch thick hardwood plywood or 5/8 inch thick, 20 kg (45 pound) density particle board core.

(3) Cabinet Finish: Cabinets shall be provided with a factory-applied durable finish in accordance with KCMA ANSI/KCMA A161.1 requirements and of a type standard with the manufacturer. Exposed exterior surfaces shall be melamine plastic finish. Melamine Laminated Interior Cabinet Finish Plywood, particle board or tempered hardboard cabinet backs shall be finished with a melamine laminate on the exposed side. Particle board shelves shall be covered on both sides with a laminated melamine finish. Melamine laminate shall conform to the requirements of NEMA LD 3 and laminate adhesive shall be contact type applied to both surfaces.

(4) Hardware shall conform to BHMA A156.9, shall be suitable for kitchen cabinet use, and shall include all miscellaneous hardware for a complete installation. Door hinges shall be self-closing type. Drawer runners shall have nylon rollers standard with the manufacturer. Hardware and fastenings for doors and drawers with particle board cores shall be of the through-bolt type. The hardware shall be BHMA types chromium number 652 with finish US36D.

Project No. 021058        Delivery Order No. F07603-03-D0002/        21 Feb 03

## Title: Repair Dormitory 401

(5) Countertop and Backsplash: Countertops and backsplash shall be constructed of sheet material for sink cutout with ¾ inch thickness, cast, and filled nonporous solid surfacing composed of acrylic polymer, mineral fillers, and pigments. Superficial damage to a depth of 0.25 mm 0.010 inch shall be repairable by sanding or polishing. Material shall comply with the following performance requirements. Tensile strength; 18.3 N/mm$^2$ (4100 psi), when tested in accordance with ASTM D 638. Hardness; Barcol Impressor 50 when tested in accordance with ASTM D 2583. Flammability; rated Class I with a flame spread of 25 maximum and a smoke developed of 100 maximum when tested in accordance with ASTM E 84. Boiling water resistance; no effect when tested in accordance with NEMA LD 3. High temperature; no effect when tested in accordance with NEMA LD 3. Liquid absorption; 0.06% maximum (24 hours) when tested in accordance with ASTM D 570. Sanitation; National Sanitation Foundation approval for food contact in accordance with Standard 51 and approval for food area applications. Impact resistance; no failure for ball drop when tested in accordance with NEMA LD 3.

m. 15400, Plumbing General Purpose: Specified materials and equipment shall be standard products of a manufacturer regularly engaged in the manufacture of such products. Specified equipment shall essentially duplicate equipment that has performed satisfactorily at least two years. Piping shall be welded in accordance with qualified procedures using performance-qualified welders and welding operators. Procedures and welders shall be qualified in accordance with ASME BPV IX. Welding procedures qualified by others, and welders and welding operators qualified by another employer, may be accepted as permitted by ASME B31.1.

(1) Product Materials. The type of tubing or pipe required will be as determined by local experience. In the absence of actual experience with water characteristics, the selection of materials for pipe, tubing, and tanks will be made by reference to the classification of water into categories as listed in TM 5-810-5/AFM 88-8. Plastic traps used in DWV plumbing should be same material as the plumbing. Materials for various services shall be in accordance with National Standard Plumbing Code by National Association of Plumbing-Heating-Cooling Contractors (NAPHCC). Pipe schedules shall be selected based on service requirements. Pipe fittings shall be compatible with the applicable pipe materials. Plastic pipe, fittings, and solvent cement shall meet NSF Std 14 and shall be NSF listed for the service intended. Plastic pipe, fittings, and solvent cement used for potable hot and cold water service shall bear the NSF seal "NSF-PW." Polypropylene pipe and fittings shall conform to dimensional requirements of Schedule 40, iron pipe size. Pipe threads (except dry seal) shall conform to ASME B1.20.1. Grooved pipe couplings and fittings shall be from the same manufacturer. Material or equipment containing lead shall not be used in any potable water system.

(2) Plumbing Fixture Setting Compound: A preformed flexible ring seal molded from hydrocarbon wax material. The seal material shall be nonvolatile nonasphaltic and contain germicide and provide watertight, gas tight, odorproof and verminproof properties.

Project No. 021058        Delivery Order No. F07603-03-D0002/        21 Feb 03

### Title: Repair Dormitory 401

(3) Pipe Insulation Material: Insulation shall be installed on all water lines. Pipe hangers, inserts and supports: Pipe hangers, inserts, and supports shall conform to MSS SP-58 and MSS SP-69.

(4) Valves will be provided so that system maintenance can be performed without complete system shutdown. In general, valves should be provided in the following locations:

(5) Fixtures shall be water conservation type, in accordance with NAPHCC-0. Fixtures for use by the physically handicapped shall be in accordance with CABO A117.1. Vitreous china, nonabsorbent, hard-burned, and vitrified throughout the body shall be provided. No fixture will be accepted that shows cracks, crazes, blisters, thin spots, or other flaws. Fixtures shall be equipped with appurtenances such as traps, faucets, stop valves, and drain fittings. Each fixture and piece of equipment requiring connections to the drainage system shall be equipped with a trap.

(6) Backflow preventers shall be approves and listed by the Foundation For Cross-Connection Control & Hydraulic Research. Backflow preventers with intermediate atmospheric vent shall conform to ASSE 1012. Air gaps in plumbing systems shall conform to ASME A112.1.2.

(7) Floor drains shall consist of a galvanized body, integral seepage pan, and adjustable perforated or slotted chromium-plated bronze, nickel-bronze, or nickel-brass strainer, consisting of grate and threaded collar. Floor drains shall be cast iron except where metallic waterproofing membrane is installed. Drains shall be of double drainage pattern for embedding in the floor construction. The strainer shall be adjustable to floor thickness. Drains shall be provided with threaded or caulked connection. In lieu of a caulked joint between the drain outlet and waste pipe, a neoprene rubber gasket conforming to ASTM C 564 may be installed, provided that the drain is specifically designed for the rubber gasket compression type joint. Floor and shower drains shall conform to ASME A112.21.1M.

(8) General Installation Requirements: Installation of plastic pipe where in compliance with NFPA may be installed in accordance with PPFA-01. The plumbing system shall be installed complete with necessary fixtures, fittings, traps, valves, and accessories. Valves shall be installed with control no lower than the valve body.

(a) Water Pipe, Fittings, and Connections: The piping shall be extended to fixtures, outlets, and equipment. The hot-water and cold-water piping system shall be arranged and installed to permit draining. The supply line to each item of equipment or fixture, except faucets, flush valves, or other control valves which are supplied with integral stops, shall be equipped with a shutoff valve to enable isolation of the item for repair and maintenance without interfering with operation of other equipment or fixtures. Supply piping to fixtures, faucets, hydrants, and flushing devices shall be anchored to prevent movement.

(b) Protection of Fixtures, Materials and Equipment: Pipe openings shall be closed with caps or plugs during installation. Fixtures and equipment shall be tightly covered and protected against dirt, water, chemicals, and mechanical injury. Upon completion of the work, the fixtures, materials, and equipment shall be

### Title: Repair Dormitory 401

thoroughly cleaned, adjusted, and operated. Safety guards shall be provided for exposed rotating equipment.

(c) Threaded joints shall have American Standard taper pipe threads conforming to ASME B1.20.1. Only male pipe threads shall be coated with graphite or with an approved graphite compound, or with an inert filler and oil, or shall have a polytetrafluoroethylene tape applied.

(d) Mechanical Couplings: Grooved mechanical joints shall be prepared according to the coupling manufacturer's instructions. Pipe and groove dimensions shall comply with the tolerances specified by the coupling manufacturer. The diameter of grooves made in the field shall be measured using a "go/no-go" gauge, venires or dial caliper, or narrow-land micrometer. Groove width and dimension of groove from end of the pipe shall be measured and recorded for each change in grooving tool setup to verify compliance with coupling manufacturer's tolerances. Grooved joints shall not be used in concealed locations.

(e) Cast Iron Soil, Waste and Vent Pipe: Bell and spigot compression and hubless gasketed clamp joints for soil, waste and vent piping shall be installed per the manufacturer's recommendations.

(9) Copper Tube and Pipe: The tube or fittings shall not be annealed when making connections. Connections shall be made with a multiflame torch.

(a) Soldered joints shall be made with flux and are only acceptable for lines 50 mm (2 inches) and smaller. Soldered joints shall conform to ASME B31.5 and CDA-02.

(b) Plastic pipe PVC and CPVC pipe shall have joints made with solvent cement elastomeric, threading, (threading of Schedule 80 Pipe is allowed only where required for disconnection and inspection; threading of Schedule 40 Pipe is not allowed), or mated flanged.

(c) Dissimilar pipe materials connections between ferrous and non-ferrous copper pipe shall be made with dielectric unions. Connecting joints between plastic and metallic pipe shall be made with transition fitting for the specific purpose.

(d) Fixtures and Fixture Trimmings: Angle stops, straight stops, stops integral with the faucets, or concealed type of lock-shield, and loose-key pattern stops for supplies with threaded, sweat or solvent weld inlets shall be furnished and installed with fixtures. Where connections between copper tubing and faucets are made by rubber compression fittings, a beading tool shall be used to mechanically deform the tubing above the compression fitting.

(e) Fixture connections where space limitations prohibit standard fittings in conjunction with the cast-iron floor flange, special short-radius fittings shall be provided. Connections between earthenware fixtures and flanges on soil pipe shall be made gastight and watertight with a closet-setting compound or neoprene gasket and seal. Use of natural rubber gaskets or putty will not be permitted. Fixtures with outlet flanges shall be set the proper distance from floor or wall to make a first-class joint with the closet-setting compound or gasket and fixture used.

Project No. 021058          Delivery Order No. F07603-03-D0002/          21 Feb 03

Title: Repair Dormitory 401

(10) Tests Flushing and Sterilization: After tests are completed, potable water piping shall be flushed. In general, sufficient water shall be used to produce a minimum water velocity of 0.762 meters per second (2.5 feet per second) through piping being flushed. Flushing shall be continued until discharge water shows no discoloration. System shall be drained at low points. After flushing and cleaning, systems shall be prepared for service by immediately filling water piping with clean, fresh potable water. Any stoppage, discoloration, or other damage to the finish, furnishings, or parts of the building due to the Contractor's failure to properly clean the piping system shall be repaired by the Contractor. When the work is complete, the hot-water and cold-water distribution system shall be adjusted for proper operation. After operation tests have been made, the entire domestic hot- and cold-water distribution system shall be sterilized. Water chlorination procedure shall be in accordance with AWWA M20. The Contractor shall provide a minimum 24 hour notification before disinfection procedures start to the CO. The chlorinating material shall be injected into the main using a hypochlorite solution concentration of at least 50 parts per million (ppm) with hypochlorinator, or liquid chlorine injected to fill the domestic water system. The chlorine residual shall be checked at intervals to ensure that the proper level is maintained. Chlorine application shall continue until the entire system is filled. The water shall remain in the system for a minimum of 24 hours. Following the 24-hour period, no less than 25 ppm chlorine residual shall remain in the system. The system shall then be flushed with clean water until the residual chlorine is reduced to less than one part per million. During the flushing period each valve and faucet shall be opened and closed several times. Bio-Environmental will take samples of water for bacterial examination. The samples of water shall be tested for total coliform organisms (coliform bacteria, fecal coliform, streptococcal, and other bacteria). The sterilizing shall be repeated until tests indicate the absence of coliform organisms (zero mean coliform density per 100 milliliters) in the samples for at least 2 full days. The system will not be accepted until satisfactory bacteriological results have been obtained.

n. 15950, Heating, Ventilation and Air Conditioning (HVAC) Control System: The Contractor shall perform testing of the Tracer control system. After the system is operating properly the Contractor shall provide pamphlets and projection equipment for the presentation that shall last a minimum of 4 hours between the hours of 7 AM and 4 PM. The contractor shall schedule training two weeks prior to training. The contractor shall turn in report covering the commissioning of HVAC in accordance with ETL-90-10 at the completion of the project for the controls.

o. 16000, Electrical: All electrical work shall meet the National Electric Codes and ~~National Fire Protection Codes.~~

p. 16721, Fire Detection and Alarm System: The contractor shall connect ~~to the existing Monaco panel and connect~~ fire alarm system to new smoke detectors in all rooms. ~~The smoke detectors and fire detectors shall be installed with separate zones on facility's Monaco panel. In accordance with SOW, Section 16721, paragraph 3.d, the final test shall be scheduled in writing through the Contracting Officer 30 days in advance to allow fire department and shop maintenance personal to be present for a complete demonstration of the operation of the fire alarm system.~~

Project No. 021058          Delivery Order No. F07603-03-D0002/                21 Feb 03

Title: Repair Dormitory 401

NOTE: The manufacturer's installation instructions, pertaining to the use or installation of materials and/or equipment, used in the execution of work under this SOW forms a part of these specifications as though specifically set forth herein. In the event of conflict, the contractor shall bring the inconsistency to the attention of the CO for resolution, prior to proceeding with work required.

Project No. 021058          Delivery Order No. F07603-03-D0002/          21 Feb 03

### Title: Repair Dormitory 401

Attachment 1

SUBMITTAL REGISTER

NOTE: Submittals shall be made on AF Form 3000 within the timeframe annotated on the DO. Each submittal item shall be listed separately on the form and corresponding item number on this schedule shall be listed in the "Description of Material" section of the form. Submittals required by specification and or drawing shall be made, regardless whether or not they are listed below.. The type of submittal required for each item shall be identified by the following letter code:

A - Catalog Cuts/Technical Specifications
B - Color Selection
C - Sample
D - Control Diagrams
E - Certification
F - Delivery Tickets
G - Shop Drawings
H - Test Results

I - Manufacturer's Instructions/Manuals
J - Material Safety Data Sheet
K - Warranty
L - Grade
M - Mix Formula
N - Source
O - Other

| ITEM NUMBER | ITEM DESCRIPTION | SUBMITTAL CODE | SPECIFICATION REFERENCE | DATE APPROVED BY C.O. |
|---|---|---|---|---|
| 1 | Estimated quantities of hazardous materials to be used | O | 01500 | |
| 2 | Actual quantities of hazardous materials used | O | 01500 | |
| 3 | As-builts on CAD | O | 01700 | |
| 4 | Real Property Accountability Checklist | O | 01700 | |
| 5 | Doors/frames/ hardware | A | 081100/08700 | |
| 6 | Lock master plan | A,I | 08700 | |
| 6 | Paint/sealants | B,J | 09000 | |
| 7 | Suspended ceiling | A,I | 09000 | |
| 8 | Vanity and cabinetry | A,I | 09000 | |
| 9 | Wood molding | A,B,C | 06000 | |
| 10 | Vinyl tile | A,B,C | 09000 | |
| 11 | Sink | A | 15000 | |
| 12 | Ceramic tile | A,B,C | 09000 | |
| 13 | Seal bathroom floor | G | 04000 | |
| 14 | Shower | A,B,I | 15000 | |
| 15 | Bathroom hardware | A,B | 08000 | |
| 16 | Toilet | A,I | 15000 | |
| 17 | Electrical materials, conduit, wire, devices, lights, covers | A,D,I | 16000 | |
| 18 | Interior/exterior lighting | A,I | 16000 | |

Project No. 021058          Delivery Order No. F07603-03-D0002/          21 Feb 03

### Title: Repair Dormitory 401

### Attachment 2

### MANDATORY VERIFICATION SCHEDULE

The work listed herein requires mandatory verification by the SABER Project Manager before any follow-on work is allowed to start. The Contractor shall notify the SABER Project Manager at least 24 hours prior to the desired verification date unless indicated otherwise below.

| WORK DESCRIPTION | SPECIFICATION REFERENCE | NOTIFICATION REQUIRED | DATE INSPECTION COMPLETED |
|---|---|---|---|
| Plumbing Rough-in | 15000 | 24 Hrs | |
| Mechanical Rough-in | 15000 | 24 Hrs | |
| Electrical Rough-in | 16000 | 24 Hrs | |
| Electrical Fire Alarm System | 16000 | 14 Days | |

Project No. 021058          Delivery Order No. F07603-03-D0002/          21 Feb 03

Title: Repair Dormitory 401

**Attachment 3**

DRAWING SCHEDULE

| Sheet Number | Sheet Title | Date | Drawing Number |
|---|---|---|---|
| 1 of 3 | First Floor Plan | 1 Nov 99 | W-4661 |
| 2 of 3 | Second Floor Plan | 1 Nov 99 | W-4661 |
| 3 of 3 | Third Floor Plan | 1 Nov 99 | W-4661 |

FIRST FLOOR PLAN
SCALE 1/4"=1'-0"

WING "A"

WING "C"

WING "B"

LAUNDRY

Day Room

Mechanical Room

Area for New HVAC Work

TYPICAL "A" UNIT
SCALE 1/4"=1'-0"

TYPICAL "B" UNIT
SCALE 1/4"=1'-0"

Install Plumbing Wall Access Panel

Typical Grid

BALCONY

Scale accurate on full size print

FOR REFERENCE ONLY
CONTRACTOR SHALL
FIELD VERIFY ALL ITEMS

AIR MOBILITY COMMAND
DOVER AIR FORCE BASE, DELAWARE

REPAIR
DORMITORY 401

FIRST FLOOR PLAN



THIRD FLOOR PLAN
SCALE 1/4"=1'-0"

WING "A"

WING "C"

WING "B"

EIFS End Wall

EIFS End Wall

EIFS End Wall

301 302 303 304 305 306 307 308

309 310 311 312 313 314 315 316 317 318 319 320

321 322 323 324 325 326 327 328 329 330 331 332

COURT BELOW

Dry Panels Access to End

FOR REFERENCE ONLY
CONTRACTOR SHALL
FIELD VERIFY
ALL ITEMS

Scale
accurate on
full size print

AIR MOBILITY COMMAND
DOVER AIR FORCE BASE DELAWARE
REPAIR
DORMITORY 401
THIRD FLOOR PLAN