# CSS



RECEIVED
APR 14 2004
BY:------------------



### Chugach Support Services, Inc.

April 6, 2004

**Jersey Shore Automation**
1500 Meeting House Rd
Seagirt, NJ 08750

**Change Order 1**
Project Name: Repair Dormitory 401
Project Number: 021058/ 5001
Accounting Code: 700376- 001- 0995-400-4000-S

Gentlemen, this is to confirm a change to the above referenced Delivery Order.

Change in Scope:
1. Delete carpet installation from project
2. Demo and repair bathroom floors on 2nd & 3rd floor for waterproofing
3. Upgrade quality of vanity cabinets to plywood veneer with cherry finish
4. Upgrade finish on faucets (shower & vanity) and bathroom accessories from chrome to polished brass.
5. Provide and install temporary heating ( 100 portable heaters ea) for all rooms
6. Install additional framing for shower stall installation.
7. Inspect all existing plumbing, repair leaks, re-insulate pipes, repair wall damage andreplacement of one hydrant (hose bib) on the exterior end of "B" wing.

All work shall be performed IAW respective building code.

Amount of this Change Order is **$32,665.00**

| | |
|---|---|
| Original Amount of Contract: | $ 1,109,000.00 |
| Amount of Previous Change Order(s) | |
| Amount of Change Order # 1 | $ 32,665.00 |
| Adjusted Contract Amount | $ 1,141,665.00 |

Respectfully yours;

George Molina
Asst. Program Manager
Chugach Support Services

Receipt acknowledged this _12 TH_ day of _APRIL_ _2004_

Signed _____
VICE PRESIDENT, OPERATIONS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA<br>for the Use and Benefit of<br>JERSEY SHORE AUTOMATION, INC.<br><br>      Plaintiff,<br><br>vs.<br><br>CHUGACH SUPPORT SERVICES, INC., *et al.*<br><br>      Defendants | )<br>)<br>)<br>)<br>)<br>)    C. A. No. 04-1416 (JJF)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' FIRST SET OF REQUESTS FOR ADMISSIONS
## TO PLAINTIFF JERSEY SHORE AUTOMATION, INC.

### EXHIBIT 2



...gach Support Services, Inc.

Date: November 12, 2003

Sub Name:   Jersey Shore Automation, Inc.

Sub Address: 1500 Meeting House Road
Sub Address: Sea Girt, New Jersey 08750

**Subject:**    **Delivery Order with Notice to Proceed**
          **Master Subcontract Agreement No.: 70-JSA-005**
          **Dover AFB SABER Contract Number: F07603-03-D0002**
          **Subcontractor's Delivery Order No.: 5010**
          **Project Title:  Command Suite Building# 300**
          **Accounting Code: 700376.010.0330.400.4000 S.**

1.  This Delivery Order with Notice to Proceed is issued in accordance with and subject to the terms and conditions of the subject Master Subcontract Agreement.

2.  The subcontractor shall provide all equipment, labor, material, and transportation necessary to do the following portions of the work as shown on the Technical Description and project drawings. This shall include daily cleanup of your work area and final cleanup of your portion of the work in order to maintain a neat appearance.

   The project consists of, but is not limited to, repairs in the Command suite to increase size of offices and correct cooling problems in the command Suite. Also, resize the laboratory and physical therapy reception office and physical therapy
Clinic. The new finishes shall match the existing finishes. Protect the carpeting before Demolition work starts and during construction.
a. Work in command suite: The contractor shall give 14 days notice before starting work in The command suite so the government can vacate the area and remove the furniture. The contractor shall reuse ceiling tiles, air diffusers, carpet, lighting and doors within rooms when possible.
Install new metal door frames in rooms and reuse existing doors (see Rev 1 sketch 1 for Locations). Ensure all existing electrical receptacles and communication outlets are Reinstalled in the new rooms. The existing ceiling tiles are manufactured by USG, Type Sandrift 808, Size 2'x2'x3/4", color white.
(1) Remove the center wall and front walls to make one room in rooms 1B13 and 1B14. Install new front wall and door approximately 2 feet into room 1B22. After the walls Are erected install suspended ceiling grids and install old ceiling tiles (replacing any Damaged tiles). Relocate the light switches to the new door location. Insulate new walls for sound. Remove one of the HVAC thermostats and connect one thermostat to both VAV reheats.
(2) Remove walls and install new walls in rooms 1B15 and 1B16 to create one room (see 13 a (1) above).
(3) Remove the center wall between rooms 1B17 and 1B25 and front wall in room 1B23

to create one room. Install new door between rooms 1B25 and 1B24 (see Rev 1 sketch 1 for location).

(4) Remove wall in hallway 1B23 to create one room in 1B24. Install cipher lock on the door in room 1B37 leading to room 1B23.

(5) Remove front wall in room 1B18 and construct new wall approximant 2' into room 1B22.

(6) Relocate door and window between rooms 1B22 and 1B23 for the 2' extension on Room 1B16.

(7) Remove center and front walls to make one room in rooms 1B21 and 1B20. Install new front wall approximately 2 foot into room 1B22 (see 13 a (1) above).

(8) Install electrical trough in room 1B22 floor to run lines to the three desks so no Communication or electric lines are run above the floor. Cut concrete floor from the Closest wall running to the desk, all trough to be below floor and covered with carpet so no cables are above the floor running to the desks (contractor may use column to run lines to desk instead of cutting out the concrete floor).

(9) After the command suite work is completed remove carpet in room 1A3 and install vinyl floor tile.

b. Work in laboratory reception area: The contractor shall give 14 days notice before starting work in the laboratory area so the government can make changes in the clinic schedule (See attachment 3, Performance Requirement Schedule). The contractor shall reuse ceiling tiles, air diffusers, lighting and doors within rooms when possible (see Rev 1 sketch 1 for locations).

(1) Install fire exit door in the window area of room 1B26 and 4' wide hallway leading to room 1B37.

(2) Install metal landing with removable metal grate system outside room 1B36 with new fire exit door and new 5' wide concrete sidewalk that intersects the existing sidewalk.

(3) Remove the door and frame in room 1B36 leading to room 1B35 and close opening.

(4) Rebuild the reception area in room 1B26 into two 7' wide rooms, remove 2 roll-up windows and part of the countertop, install new center wall with door. One existing roll-up window and part of the existing countertop shall remain as the laboratory reception room reception window.

c. Work in physical therapy clinic area: The contractor shall give 14 days notice before starting work in the physical therapy area so the government can make changes in the clinic schedule (See attachment 3, Performance Requirement Schedule). The contractor shall reuse ceiling tiles, air diffusers, lighting and doors within rooms when possible (see Rev 1 sketch 1 for locations).

(1) Install new reception counter and roll-up window (using smaller roll-up window removed from room 1B36) in the wall between room 1B33 and 1B37 with counter facing 1B37.

(2) Construct new treatment room beside room 1B33 similar to room 1B33.

(3) Relocate one overhead curtain track by room 1B33 to the side of room 1B34.

(4) Resize 3 overhead curtain tracks to fit the remaining space between the new treatment room and the short end wall.

(5) Relocate sink and cabinetry unit located outside room 1B33 to the end of room 1B31 replacing the wall hung sink with the cabinetry.

(6) Install new metal framed opening approximately 10' wide and 7' high in room 1B32 to access room 1B1.

d. Work in the basement: Improve HVAC and prevent the heat in the basement from heating the floor in command suite (contractor may suggest method to prevent heat from heating the floor). See Rev 1 sketch 1 for locations.

(1) Increase the airflow on exhaust system or install adequate exhaust system to remove the heat in rooms 027, 027A, 028, and 028A. New equipment shall be tied into the

fire alarm system for automatic shutdown.

(2) Insulate the ceilings with spray foam insulation (meeting fire code non flammable insulation) or 4" fiberglass insulation panels in rooms 027, 027A, 028 and 028A.

(3) Repair all insulation breaks on the High Temperature Hot Water (HTHW) lines running through rooms 027, 027A, 028 and 028A (insulation contains no asbestos).

(4) Insulate and ventilate the basement area above the domestic hot water tanks to reduce the heat on the floor in command suite. New equipment shall be tied into the fire alarm system for auto shutdown.

(5) Increase the cooling capacity of air handler 111 by approximately 25% (replace cooling coil or increase water flow) and reroute outside air duct to opening beside the unit.

e. Demolition work includes the removal of the existing partition walls, ceiling grids, carpeting and electrical material associated with project. The contractor shall dispose of all construction debris in accordance with all Federal, State and local requirements.

> (Also see attached the four page statement of work from the government for this delivery order)

3. It is agreed that the amount of the subcontractor's contract for this project is Ninety Three thousand Nine hundred fifty Seven dollars $93,957.00 this price includes tax and all other costs required for completing the specified scope of work.

4. Please note that General Wage Decision No. DE020009. The wage scale attached is the required wage board to be used for this project and should be reflected on your weekly certified payroll submittal.

   ~~FAR Clause 52.211-12. Liquidated Damages — Construction is applicable to this delivery order.~~

   ~~a) If the Subcontractor fails to complete the work within the time specified in the contract, the subcontractor shall pay liquidated damages to Chugach Support Services in the amount of $223.28 for each calendar day of delay until the work is completed for accepted.~~

   ~~b) If Chugach Support Services terminates the subcontractor's right to proceed, Liquidated damages will continue to accrue until the work is completed. These liquidated damages are in the addition to excess cost of repurchase under the termination clause.~~

5. Your portion of the work shall begin no later than 11/10/03 and shall be completed by 01/03/03 unless otherwise directed. Subcontractor is bound by the Contractor's Schedule of Work and Project Schedule. The contractor is advised there is a high probability that there will be at least indefinite suspension of work requirement issued during the performance of work on this project.

6. There shall be no changes to the dollar amount or completion date of this contract unless approved in writing by the undersigned. If the need arises for an addition or deletion in the scope of work that results in a cost impact, a Change Order will be

issued to adjust the total contract amount in accordance with the terms set forth in the Master Subcontract Agreement.

7. Please note that delays can be experienced while working on military installations. These delays do not necessarily warrant a Change Order.

8. If you have not already done so, please complete the following actions within four days of receipt of this Delivery Order and Notice to Proceed

a) **Sign and return one copy** of this Delivery Order with Notice to Proceed to Chugach Support Services.

b) Provide a **Site Specific Safety Plan** to this office for if requested by the Safety Manager. You are reminded that **hardhats** will be worn at **all** times on job sites.

c) Submit a **Statement and Acknowledgement (Form 1413)** to this office for any lower tier subcontractors.

d) Submit a current **Certificate of Insurance** to this office naming Chugach Support Services, Inc. as additional insured in accordance with the terms of the Master Subcontract Agreement, if you do not have a current certificate already on file.

9. In order to be paid promptly, you must do the following:

a) Submit a Progress Billing for Subcontractor (Exhibit "A" of Master Subcontract Agreement) with each invoice.

b) Submit a **Partial and/or Final Release and Waiver of Lien** with each invoice.

c) During construction, submit **Certified Payroll Reports** to site office no later than 2:00 p.m. of the Tuesday following each pay period.

c) Submit **MSDS'** and quantities for **all chemicals entering or leaving the base.** These must be submitted to our office at least **seven (7) days** prior to bringing materials on the base.

10. Our site office is located at Building 447 Tuckegge Street on Dover Air Force Base. Our mailing address is:

Chugach Support Services, Inc.
Post Office Box 02049
DAFB, DE. 19902

11. Please don't hesitate to call or stop by if we can assist you in any way.

All terms and conditions in the Master Subcontract Agreement # 70-JSA-005 signed on May 20, 2003 are incorporated herein.

Receipt acknowledged
This _17_ day of _NoVemBeR_, 2003.
By: _____
Jersey Shore Automation, Inc.

Receipt acknowledged
this _____ day of ____, 2003.
By: _____
Robert P. Hafey
Project Manager
Chugach Support Services



*Chugach Support Services, Inc.*

Date: November 12, 2003

Sub Name:   Jersey Shore Automation, Inc.
Sub Address: 1500 Meeting House Road
Sub Address: Sea Girt, New Jersey 08750

**Subject:   Delivery Order with Notice to Proceed**
   Master Subcontract Agreement No.: 70-JSA-005
   Dover AFB SABER Contract Number: F07603-03-D0002
   Subcontractor's Delivery Order No.: 5010
   Project Title:  **Command Suite Building# 300**
   Accounting Code:  700376.010.0330.400.4000 S.

1. This Delivery Order with Notice to Proceed is issued in accordance with and subject to the terms and conditions of the subject Master Subcontract Agreement.

2. The subcontractor shall provide all equipment, labor, material, and transportation necessary to do the following portions of the work as shown on the Technical Description and project drawings. This shall include daily cleanup of your work area and final cleanup of your portion of the work in order to maintain a neat appearance.

   The project consists of, but is not limited to, repairs in the Command suite to increase size of offices and correct cooling problems in the command Suite. Also, resize the laboratory and physical therapy reception office and physical therapy

   Clinic. The new finishes shall match the existing finishes. Protect the carpeting before Demolition work starts and during construction.
   a. Work in command suite: The contractor shall give 14 days notice before starting work in The command suite so the government can vacate the area and remove the furniture. The contractor shall reuse ceiling tiles, air diffusers, carpet, lighting and doors within rooms when possible.
   Install new metal door frames in rooms and reuse existing doors (see Rev 1 sketch 1 for Locations). Ensure all existing electrical receptacles and communication outlets are Reinstalled in the new rooms. The existing ceiling tiles are manufactured by USG, Type Sandrift 808, Size 2'x2'x3/4", color white.
   (1) Remove the center wall and front walls to make one room in rooms 1B13 and 1B14. Install new front wall and door approximately 2 feet into room 1B22. After the walls Are erected install suspended ceiling grids and install old ceiling tiles (replacing any Damaged tiles). Relocate the light switches to the new door location. Insulate new walls for sound. Remove one of the HVAC thermostats and connect one thermostat to both VAV reheats.
   (2) Remove walls and install new walls in rooms 1B15 and 1B16 to create one room (see 13 a (1) above).
   (3) Remove the center wall between rooms 1B17 and 1B25 and front wall in room 1B23

to create one room. Install new door between rooms 1B25 and 1B24 (see Rev 1 sketch 1 for location).

(4) Remove wall in hallway 1B23 to create one room in 1B24. Install cipher lock on the door in room 1B37 leading to room 1B23.

(5) Remove front wall in room 1B18 and construct new wall approximant 2' into room 1B22.

(6) Relocate door and window between rooms 1B22 and 1B23 for the 2' extension on Room 1B16.

(7) Remove center and front walls to make one room in rooms 1B21 and 1B20. Install new front wall approximately 2 foot into room 1B22 (see 13 a (1) above).

(8) Install electrical trough in room 1B22 floor to run lines to the three desks so no Communication or electric lines are run above the floor. Cut concrete floor from the Closest wall running to the desk, all trough to be below floor and covered with carpet so no cables are above the floor running to the desks (contractor may use column to run lines to desk instead of cutting out the concrete floor).

(9) After the command suite work is completed remove carpet in room 1A3 and install vinyl floor tile.

b. Work in laboratory reception area: The contractor shall give 14 days notice before starting work in the laboratory area so the government can make changes in the clinic schedule (See attachment 3, Performance Requirement Schedule). The contractor shall reuse ceiling tiles, air diffusers, lighting and doors within rooms when possible (see Rev 1 sketch 1 for locations).

(1) Install fire exit door in the window area of room 1B26 and 4' wide hallway leading to room 1B37.

(2) Install metal landing with removable metal grate system outside room 1B36 with new fire exit door and new 5' wide concrete sidewalk that intersects the existing sidewalk.

(3) Remove the door and frame in room 1B36 leading to room 1B35 and close opening.

(4) Rebuild the reception area in room 1B26 into two 7' wide rooms, remove 2 roll- up windows and part of the countertop, install new center wall with door. One existing roll- up window and part of the existing countertop shall remain as the laboratory reception room reception window.

c. Work in physical therapy clinic area: The contractor shall give 14 days notice before starting work in the physical therapy area so the government can make changes in the clinic schedule (See attachment 3, Performance Requirement Schedule). The contractor shall reuse ceiling tiles, air diffusers, lighting and doors within rooms when possible (see Rev 1 sketch 1 for locations).

(1) Install new reception counter and roll- up window (using smaller roll-up window removed from room 1B36) in the wall between room 1B33 and 1B37 with counter facing room 1B37.

(2) Construct new treatment room beside room 1B33 similar to room 1B33.

(3) Relocate one overhead curtain track by room 1B33 to the side of room 1B34.

(4) Resize 3 overhead curtain tracks to fit the remaining space between the new treatment room and the short end wall.

(5) Relocate sink and cabinetry unit located outside room 1B33 to the end of room 1B31 replacing the wall hung sink with the cabinetry.

(6) Install new metal framed opening approximately 10' wide and 7' high in room 1B32 to access room 1B1.

d. Work in the basement: Improve HVAC and prevent the heat in the basement from heating the floor in command suite (contractor may suggest method to prevent heat from heating the floor). See Rev 1 sketch 1 for locations.

(1) Increase the airflow on exhaust system or install adequate exhaust system to remove the heat in rooms 027, 027A, 028, and 028A. New equipment shall be tied into the

fire alarm system for automatic shutdown.
(2) Insulate the ceilings with spray foam insulation (meeting fire code non flammable insulation) or 4" fiberglass insulation panels in rooms 027, 027A, 028 and 028A.
(3) Repair all insulation breaks on the High Temperature Hot Water (HTHW) lines running through rooms 027, 027A, 028 and 028A (insulation contains no asbestos).
(4) Insulate and ventilate the basement area above the domestic hot water tanks to reduce the heat on the floor in command suite. New equipment shall be tied into the fire alarm system for auto shutdown.
(5) Increase the cooling capacity of air handler 111 by approximately 25% (replace cooling coil or increase water flow) and reroute outside air duct to opening beside the unit.
e. Demolition work includes the removal of the existing partition walls, ceiling grids, carpeting and electrical material associated with project. The contractor shall dispose of all construction debris in accordance with all Federal, State and local requirements.
         (Also see attached the four page statement of work from the government for this delivery order)

3. It is agreed that the amount of the subcontractor's contract for this project is Ninety Three thousand Nine hundred fifty Seven dollars $93,957.00 this price includes tax and all other costs required for completing the specified scope of work.

4. Please note that General Wage Decision No. DE020009. The wage scale attached is the required wage board to be used for this project and should be reflected on your weekly certified payroll submittal.

   ~~FAR Clause 52.211-12. Liquidated Damages — Construction is applicable to this delivery order.~~

   ~~a) If the Subcontractor fails to complete the work within the time specified in the contract, the subcontractor shall pay liquidated damages to Chugach Support Services in the amount of $223.23 for each calendar day of delay until the work is completed for accepted.~~

   ~~b) If Chugach Support Services terminates the subcontractor's right to proceed, Liquidated damages will continue to accrue until the work is completed. These liquidated damages are in the addition to excess cost of repurchase under the termination clause.~~

5. Your portion of the work shall begin no later than 11/10/03 and shall be completed by 01/03/03 unless otherwise directed. Subcontractor is bound by the Contractor's Schedule of Work and Project Schedule. The contractor is advised there is a high probability that there will be at least indefinite suspension of work requirement issued during the performance of work on this project.

6. There shall be no changes to the dollar amount or completion date of this contract unless approved in writing by the undersigned. If the need arises for an addition or deletion in the scope of work that results in a cost impact, a Change Order will be

issued to adjust the total contract amount in accordance with the terms set forth in the Master Subcontract Agreement.

7. Please note that delays can be experienced while working on military installations. These delays do not necessarily warrant a Change Order.

8. If you have not already done so, please complete the following actions within four days of receipt of this Delivery Order and Notice to Proceed

   a) **Sign and return one copy of this Delivery Order with Notice to Proceed to Chugach Support Services.**

   b) Provide a **Site Specific Safety Plan** to this office for if requested by the Safety Manager. You are reminded that **hardhats will be worn at all times on job sites.**

   c) Submit a **Statement and Acknowledgement (Form 1413)** to this office for any lower tier subcontractors.

   d) Submit a current **Certificate of Insurance** to this office naming Chugach Support Services, Inc. as additional insured in accordance with the terms of the Master Subcontract Agreement, if you do not have a current certificate already on file.

9. In order to be paid promptly, you must do the following:

   a) Submit a Progress Billing for Subcontractor (Exhibit "A" of Master Subcontract Agreement) with each invoice.

   b) Submit a **Partial and/or Final Release and Waiver of Lien** with each invoice.

   c) During construction, submit **Certified Payroll Reports** to site office no later than 2:00 p.m. of the Tuesday following each pay period.

   c) Submit **MSDS'** and quantities for **all chemicals entering or leaving the base.** These must be submitted to our office at least **seven (7) days** prior to bringing materials on the base.

10. Our site office is located at Building 447 Tuckegge Street on Dover Air Force Base. Our mailing address is:

    Chugach Support Services, Inc.
    Post Office Box 02049
    DAFB, DE. 19902

11. Please don't hesitate to call or stop by if we can assist you in any way.

All terms and conditions in the Master Subcontract Agreement # 70-JSA-005 signed on May 20, 2003 are incorporated herein.

Receipt acknowledged
This _17_ day of _NOVEMBER_, 2003.
By: _____
Jersey Shore Automation, Inc.

Receipt acknowledged
this _____ day of _____, 2003.
By: _____
Robert P. Hafey
Project Manager
Chugach Support Services

Project No. 038000    Delivery Order No. F07603-03-D0002/    Rev 1, 11 Jul 03
Title: Repair Command Suite Facility 300

## STATEMENT OF WORK (SOW)

1. The scope of work for this project is as follows in this Statement of Work (SOW). Any codes referenced shall constitute a part of these specifications along with commercial industry standards unless otherwise specified herein. The contractor shall furnish all plant, labor, equipment, materials, and incidentals unless otherwise specified. No alterations, additions, or deletions shall be made unless prior approval is given in writing by the Contracting Officer (CO). The contractor shall thoroughly review the scope of work for constructability and advise of possible problem areas prior to Delivery Order (DO) negotiations. The contractor shall field verify all needed items and measurements. Under no circumstances is the contractor to begin any work until a DO is issued by the CO. All work must be in accordance with SABER Technical Specifications. Any discrepancies shall be immediately brought to the attention of the CO. All material shall match existing in color, size, shape, texture, content, etc. unless otherwise approved in writing by the CO. All work shall meet or exceed acceptable BOCA standards, National Electrical Code and the standards of the United States Air Force. The contractor shall provide a minimum of two working days notification prior to restarting on-site work following any discontinuance lasting more than five days (see paragraphs 13.a, 13.b and 13.c for additional notifications). Upon completion of work, the project shall be suitable for its intended use.

2. The contractor's proposal must be supported by necessary documentation to indicate that engineering and planning to accomplish the delivery order requirements have been done. Documentation that shall be submitted with the proposal includes, but is not limited to, a detailed cost estimate and an execution narrative. The documentation shall be used to support and verify the contractor's cost estimate and proposed construction methods.

3. Submittal Register: See Attachment 1

4. Mandatory Verification Schedule: N/A

5. Schedule of Drawings, Sketches and/or Pictures: See Attachment 2. Existing drawings are available at building 600. Review must be coordinated through the SABER Project Manager.

6. Performance Requirements Schedule: See Attachment 3

7. Government Furnished Property Schedule: N/A

8. USAF Welding, Cutting and Brazing Permit, AF Form 592, if required shall be obtained before any welding, cutting, or brazing is performed on site.

9. Applicable Wage Rates: Building

10. SABER Project Managers:
    a. Primary - Mr. Baines, 677-6827
    b. Alternate - Mr. Shore, 677-6828

11. AF Form 103, Work Clearance Request is not required for this project.

12. CAD drawings are required for as-builts. Detail where existing and new utility lines, controls, equipment and new or modified structures are installed.

JSA 678

Project No. 038000          Delivery Order No. F07603-03-D0002/          Rev 1, 11 Jul 03
                            Title: Repair Command Suite Facility 300

13. PROJECT DESCRIPTION:  The project consists of, but is not limited to, repairs in the command suite to increase size of offices and correct cooling problems in the command suite.  Also, resize the laboratory and physical therapy reception office and physical therapy clinic.  The new finishes shall match the existing finishes.  Protect the carpeting before demolition work starts and during construction.

a.  Work in command suite:  The contractor shall give 14 days notice before starting work in the command suite so the government can vacate the area and remove the furniture.  The point of contact is the facility manager, Mr. Robbins at 677-2528.  The contractor shall reuse ceiling tiles, air diffusers, carpet, lighting and doors within rooms when possible.  Install new metal door frames in rooms and reuse existing doors (see Rev 1 sketch 1 for locations).  Ensure all existing electrical receptacles and communication outlets are reinstalled in the new rooms.  The existing ceiling tiles are manufactured by USG, Type Sandrift 808, Size 2'x2'x3/4", color white.

(1) Remove the center wall and front walls to make one room in rooms 1B13 and 1B14.  Install new front wall and door approximately 2 feet into room 1B22.  After the walls are erected install suspended ceiling grid and install old ceiling tiles (replacing any damaged tiles).  Relocate the light switches to the new door location.  Insulate new walls for sound.  Remove one of the HVAC thermostats and connect one thermostat to both VAV reheats.

(2) Remove walls and install new walls in rooms 1B15 and 1B16 to create one room (see 13 a (1) above).

(3) Remove the center wall between rooms 1B17 and 1B25 and front wall in room 1B23 to create one room.  Install new door between rooms 1B25 and 1B24 (see Rev 1 sketch 1 for location).

(4) Remove wall in hallway 1B23 to create one room in 1B24.  Install cipher lock on the door in room 1B37 leading to room 1B23.

(5) Remove front wall in room 1B18 and construct new wall approxiamenty 2' into room 1B22.

(6) Relocate door and window between rooms 1B22 and 1B23 for the 2' extension on room 1B16.

(7) Remove center and front walls to make one room in rooms 1B21 and 1B20.  Install new front wall approximately 2 foot into room 1B22 (see 13 a (1) above).

(8) Install electrical trough in room 1B22 floor to run lines to the three desks so no communication or electric lines are run above the floor.  Cut concrete floor from the closest wall running to the desk, all trough to be below floor and covered with carpet so no cables are above the floor running to the desks (contractor may use column to run lines to desk instead of cutting out the concrete floor).

(9) After the command suite work is completed remove carpet in room 1A3 and install vinyl floor tile.

b.  Work in laboratory reception area:  The contractor shall give 14 days notice before starting work in the laboratory area so the government can make changes in the clinic schedule (See attachment 3, Performance Requirement Schedule).  The contractor shall reuse ceiling tiles, air diffusers, lighting and doors within rooms when possible (see Rev 1 sketch 1 for locations).

JSA 679

   (1) Install fire exit door in the window area of room 1B26 and 4' wide hallway leading to room 1B37.

   (2) Install metal landing with removable metal grate system outside room 1B36 with new fire exit door and new 5' wide concrete sidewalk that intersects the existing sidewalk.

   (3) Remove the door and frame in room 1B36 leading to room 1B35 and close opening.

   (4) Rebuild the reception area in room 1B26 into two 7' wide rooms, remove 2 roll-up windows and part of the countertop, install new center wall with door. One existing roll-up window and part of the existing countertop shall remain as the laboratory reception room reception window.

c.  Work in physical therapy clinic area: The contractor shall give 14 days notice before starting work in the physical therapy area so the government can make changes in the clinic schedule (See attachment 3, Performance Requirement Schedule). The contractor shall reuse ceiling tiles, air diffusers, lighting and doors within rooms when possible (see Rev 1 sketch 1 for locations).

   (1) Install new reception counter and roll-up window (using smaller roll-up window removed from room 1B36) in the wall between room 1B33 and 1B37 with counter facing room 1B37.

   (2) Construct new treatment room beside room 1B33 similar to room 1B33.

   (3) Relocate one overhead curtain track by room 1B33 to the side of room 1B34.

   (4) Resize 3 overhead curtain tracks to fit the remaining space between the new treatment room and the short end wall.

   (5) Relocate sink and cabinetry unit located outside room 1B33 to the end of room 1B31 replacing the wall hung sink with the cabinetry.

   (6) Install new metal framed opening approximately 10' wide and 7' high in room 1B32 to access room 1B1.

d.  Work in the basement: Improve HVAC and prevent the heat in the basement from heating the floor in command suite (contractor may suggest method to prevent heat from heating the floor). See Rev 1 sketch 1 for locations.

   (1) Increase the airflow on exhaust system or install adequate exhaust system to remove the heat in rooms 027, 027A, 028, and 028A. New equipment shall be tied into the fire alarm system for automatic shutdown.

   (2) Insulate the ceilings with spray foam insulation (meeting fire code non flammable insulation) or 4" fiberglass insulation panels in rooms 027, 027A, 028 and 028A.

   (3) Repair all insulation breaks on the High Temperature Hot Water (HTHW) lines running through rooms 027, 027A, 028 and 028A (insulation contains no asbestos).

   (4) Insulate and ventilate the basement area above the domestic hot water tanks to reduce the heat on the floor in command suite. New equipment shall be tied into the fire alarm system for auto shutdown.

   (5) Increase the cooling capacity of air handler 111 by approximately 25% (replace cooling coil or increase water flow) and reroute outside air duct to opening beside the unit.

JSA 680

e. Demolition work includes the removal of the existing partition walls, ceiling grids, carpeting and electrical material associated with project. The contractor shall dispose of all construction debris in accordance with all Federal, State and local requirements.

14. SPECIFICATION REQUIREMENTS: SABER Technical Specifications are supplemented as follows for this specific delivery order. All work accomplished will be in accordance with the specifications and the appropriate standards, national and local codes.

a. 01000, General Requirements: Power outages and limited utility interruptions for hookups will be permitted in accordance with an arranged schedule. The contractor is responsible for notifying and coordinating all outages with the Base Civil Engineer SABER Management Section at least 10 working days in advance of the intended outage (in accordance with SABER Technical Specifications, Section 01040 coordination, Page 26, paragraph 2.a).

b. 01001 Site Management: The appearance of construction sites at Dover Air Force Base is of paramount importance to the Commander of Dover Air Force Base. The contractor shall make special effort to prevent the generation of dirt, debris, or dust as a result of activities related to the work under this contract. A clean and well-kept construction site is required to be maintained at all times.

c. 01500, Hazardous Materials: Materials classified as hazardous by federal or state environmental rules, regulations or laws shall be handled and processed in accordance with those rules, regulations or laws. The contractor shall submit a list of all hazardous materials to be used during the project including estimated quantities at the beginning of the project. At the completion of the project, the contractor shall submit a list of actual quantities of hazardous materials used during the project.

d. 01700, Close Out Of Project: The contractor shall turn over as-builts and real property accountability checklist upon final inspection and acceptance of the project. The contractor shall dispose of all other construction debris as appropriate and in accordance with all Federal, State and local requirements.

e. 02080, Asbestos Advisory: To the best of the Government's knowledge and records, all known asbestos has been removed from the facility, however, the Government cannot determine the status of areas which are hidden. Should suspicious material be encountered during the construction effort, report immediately to the SABER Manager and the CO. The Government will accomplish testing and advise the contractor how to proceed.

f. 02090, Lead advisory of Lead Containing Paint: To the best of the Government's knowledge and records, the area contains no lead; however, the government cannot determine the status of areas which are hidden. Should suspicious material be encountered during the construction effort, report immediately to the SABER Manager and the CO. The Government will accomplish testing and advise the contractor how to proceed.

JSA 681

g. 15653, Air-Conditioning System:  Metal ductwork shall comply with SMACNA-6.  Pipe insulation shall meet ASHRAE Handbook of Fundamentals Chapter 20 for thickness to prevent condensation and heat loss.

h. 16000, Electrical:  All electrical work shall meet the National Electric Codes and National Fire Protection Codes.

NOTE:  The manufacturer's installation instructions, pertaining to the use or installation of materials and/or equipment, used in the execution of work under this SOW forms a part of these specifications as though specifically set forth herein.  In the event of conflict, the contractor shall bring the inconsistency to the attention of the CO for resolution, prior to proceeding with work required.

JSA 682
—

Project No. 038000          Delivery Order No. F07603-03-D0002/          Rev 1, 11 Jul 03
                            Title: Repair Command Suite Facility 300

## Attachment 1

## SUBMITTAL REGISTER

NOTE: Submittals shall be made on AF Form 3000 within the timeframe annotated on the DO. Each submittal item shall be listed separately on the form and corresponding item number on this schedule shall be listed in the "Description of Material" section of the form. Submittals required by specification and or drawing shall be made, regardless whether or not they are listed below. The type of submittal required for each item shall be identified by the following letter code:

A - Catalog Cuts/Technical Specifications          I - Manufacturer's Instructions/Manuals
B - Color Selection                           J - Material Safety Data Sheet
C - Sample                                    K - Warranty
D - Control Diagrams                      L - Grade
E - Certification                           M - Mix Formula
F - Delivery Tickets                       N - Source
G - Shop Drawings                     O - Other
H - Test Results

| ITEM NUMBER | ITEM DESCRIPTION | SUBMITTAL CODE | SPECIFICATION REFERENCE | DATE APPROVED BY C.O. |
|---|---|---|---|---|
| 1 | Estimated Quantities of Hazardous Materials to be Used | O,J | 01500 | |
| 2 | Actual Quantities of Hazardous Materials Used | O | 01500 | |
| 3 | As-Builts on CAD | O | 01700 | |
| 4 | Real Property Accountability Checklist | O | 01700 | |
| 5 | Metal Landing System | G | 05000 | |
| 6 | Insulation | A,I | 07000 | |
| 7 | Wall Covering | A,C,B | 09000 | |
| 8 | Paint | A,B | 09000 | |
| 9 | Carpet | A,B | 09000 | |
| 10 | A/H 111 Coil | G | 15000 | |
| 11 | Exhaust System | A, D,G,I | 15000 | |

**JSA 683**

Project No. 038000          Delivery Order No. F07603-03-D0002/          Rev 1, 11 Jul 03
                            Title: Repair Command Suite Facility 300

## Attachment 2

### SKETCH SCHEDULE

| Sheet Number | Sheet Title | Date | Drawing Number |
|---|---|---|---|
| Rev 1 Sketch 1 | Repair Hospital Suite Facility 300 | 10 Jul 03 | Rev 1 Sketch 1 |

JSA 684

Project No. 038000

Delivery Order No. F07603-03-D0002/
Title: Repair Command Suite Facility 300

Rev 1, 11 Jul 03

## Attachment 3
## PERFORMANCE REQUIREMENTS SCHEDULE

This project requires that work be performed during two separate time periods:

Time Period 1 (Standard working hours in areas not requiring escorts)

1.  Command suite work

2.  Basement work

3.  Fire exit door landing and sidewalk

Time Period 2 (Non-standard working hours in areas not requiring escorts)

1.  Installation of fire exit door, removal of roll-up windows and installation of partition walls in laboratory reception room 1B36

2.  Installation of roll-up window in room 1B33

3.  Physical therapy clinic work

The contractor is required to give the Contracting Officer 14 days written notice prior to working non-standard hours.

**JSA 685**



*Chugach Support Services, Inc.*    P.O. Box 02049 • Dover AFB, DE 19902 • Ph (302) 735-5570 • Fax (302) 735-5570

File # 5010

RECEIVED
FEB 09 2004
BY:

January 29, 2004
Jersey Shore

COPY

**Subject:** **Change Order # 01**
Master Subcontract Agreement No.: 70-JSA-005
Dover AFB SABER Contract Number: F07603-03-D-0002
Subcontractor's Delivery Order No.: 5010
Project Title: #038000 300 com site
Accounting Code: **700376-010-0330-400-4000-S**

Dear Mr. Wehrhahn:

This is to confirm a change to the above referenced Delivery Order.

<u>Scope of work:</u>

<u>Basement insulation pricing</u>

1) Spray on Insulation in 3 rooms and below the Command Suite    $16.307.00
2) Repair existing pipe insulation and provide an additional 2" insulation for
   Approximately 700' of existing pipe    $12,960.00
3) Provide HVAC exhaust duct above the storage tanks, increase flow from exhaust
   fan, provide HVAC ducting in each of the four smaller rooms, and reroute the
   HVAC intake to the existing louver    $21,160.00
4) R11 HVAC Coil    $4,750.00

<u>Command Suite and PT room additions</u>

1) Rework of two PT countertops    $3,070.00
2) Difference from base contract and actual cost to include complete ceiling
   installation, carpet installation, VCT installation, sprinkler, HVAC installation,
   new wall and finishes    <u>$6,270.00</u>
                            $64,517.00

Start date for work is November 10, 2003 and completion date is no later than March 1, 2004. Total Change Order Amount equals

| | |
|---|---|
| Original Contract Amount | $93,957.00 |
| Change Order Amount | $64,517.00 |
| Subtotal | $158,474.00 |
| Previous Change Orders | N/A |
| Total Adjusted Contract | $158,474.00 |

Change Order
Page 2 of 2

Respectfully yours,

Robert P. Hafey/ Project Manager
Chugach Support Services, Inc.

Receipt acknowledged this 5th day of February 2004.

Signed

Name and Title  DARYL S. MEEHAN, VICE PRESIDENT.
Jersey Shore Automation