**Jersey Shore Automation, Inc.**
*"Providing Engineering and Installation Solutions Nationwide"*

# MEMORANDUM

| | |
|---|---|
| To: | Bob Hafey |
| From: | George Wehrhahn |
| CC: | Michael Sparandera, Terry Wright |
| Date: | February 5, 2004 |
| Reference: | Bldg 300 – Change Order #1A |

---

Please find below the change order information for the basement and PT room. We have already exceeded our contract amount on the Command Suite and PT area. We feel the scope development on this project was inadequate for the work to be performed, and may provide you with documentation, if required.

<u>Basement insulation pricing</u>
1) Spray on Insulation in 3 rooms and below the Command Suite-   $16,307.00
2) Repair existing pipe insulation and provide an additional 2" insulation for approximately 700' of existing pipe-   $12,960.00
3) Provide HVAC exhaust duct above the storage tanks, increase flow from exhaust fan, provide HVAC ducting in each of the four smaller rooms, and reroute the HVAC intake to the existing louver.-   $21,160.00
4) R11 HVAC Coil-   $4,750.00

<u>Command Suite and PT room additions</u>
1) Rework of two PT countertops-   $3,070.00
2) Difference from base contract and actual cost to include complete ceiling installation, carpet installation, VCT installation, sprinkler installation, HVAC installation, new walls and finishes-   $6,270.00


                                            Total-   $64,517.00

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA )
for the Use and Benefit of )
JERSEY SHORE AUTOMATION, INC. )
)
    Plaintiff, )
) C. A. No. 04-1416 (JJF)
vs. )
)
CHUGACH SUPPORT SERVICES, INC., *et al.* )
)
    Defendants )

**DEFENDANTS' FIRST SET OF REQUESTS FOR ADMISSIONS
TO PLAINTIFF JERSEY SHORE AUTOMATION, INC.**

**EXHIBIT 3**



Chugach Support Services, Inc.

Revised 1/28/04

Date: November 17, 2003

Sub Name: Jersey Shore Automation, Inc.

Sub Address: 1500 Meeting House Road
Sub Address: Sea Girt, New Jersey 08750

Subject: Delivery Order with Notice to Proceed
Master Subcontract Agreement No.: 70-JSA-005
Dover AFB SABER Contract Number: F07603-03-D0002
Subcontractor's Delivery Order No.: 5018
Project Title: **Building 302, Repair**
Accounting Code: 700376.018.0925.400.4000 S.

1. This Delivery Order with Notice to Proceed is issued in accordance with and subject to the terms and conditions of the subject Master Subcontract Agreement.

2. The subcontractor shall provide all equipment, labor, material, and transportation necessary to do the following portions of the work as shown on the Technical Description and project drawings. This shall include daily cleanup of your work area and final cleanup of your portion of the work in order to maintain a neat appearance.

The scope of work for this project is as follows: Jersey Shore Automation, Inc shall furnish all plant, labor, equipment, materials, and incidentals unless otherwise specified. No alterations, additions, or deletions shall be made unless approved by Chugach Support Services Inc. Jersey Shore Automation, Inc shall field verify all needed items and measurements. Any unusual occurrences or abnormalities encountered with the existing site will be immediately reported to Chugach Support Services Inc. Work will stop in that area until a ruling is made by the government and communicated through Chugach Support Services Inc. on how to proceed. All work shall meet or exceed acceptable BOCA standards, National Electrical Code, and the standards of the United States Air Force. Jersey Shore Automation, Inc is to provide the necessary submittal data as required by the submittal register. A set of as built drawings of all work will be required at the end of the project.

GENERAL PROJECT DESCRIPTION: The project consists of, but is not limited to the following requirements to demolish approximately 1287 square feet (35 lf) from the west end of the facility and renovate the remaining portion, approximately 6075 square feet, for office and storage areas. Renovations will also include a new exterior brick finish on the walls and a new standing seam metal roof (SSMR) system to include entrance

canopies, gutters, downspouts and snow bars. Please note that provisions will have to be made for a few personnel to remain in the switch room area during construction. Please note that a construction fence shall be required on this project (see 14.e. (2)).

a. Demolition

(1) Demolish approximately 41 lf of the west end of building 302 to include all foundation slabs and footings. Fill and grade disturbed area and plant grass.

(2) Demolish all exterior single pane windows and replace with new double pane insulated security laminated glass windows. All windows in the new contractor's storeroom area shall be removed and blocked in.

(3) Demolish all flooring materials throughout the facility.

(4) Demolish all latrine fixtures and stall partitions.

(5) Demolish all existing heating and air conditioning units to include all associated piping.

(6) Demolish all interior walls as shown on the drawings.

(7) Remove and block in existing doors as annotated on drawings.

b. Renovation

(1) Construct new 20 gauge metal stud walls as shown on attached drawing and fir out all CMU block walls for new gypsum board. Finish and paint all walls.

(2) Cut out CMU block wall and install new doors as annotated on drawings.

(3) Install a wet pipe sprinkler system throughout the occupied portion of the facility to include electronic equipment areas. Install a dry pipe system in the area between the existing built up roof and the new SSMR. There is currently an addendum to delete the requirement for the dry pipe system in the attic. Final details are not available at this time. Provide automatic shutdown of electric and generator power to switch gear upon activation of an emergency shutdown switch. Provide pull stations, horn/strobes, exit and emergency lighting and fire extinguisher cabinets, as required, throughout the facility.

(4) Install new Trane HVAC system to accommodate new office layout. Trane equipment to be provided by Chugach Support Services. Jersey Shore Automation, Inc will be responsible for all associated equipment and supplies required for the installation of the Trane equipment.

(5) Install a new suspended ceiling system with recessed lighting throughout the facility.

(6) Install new ceramic tile on the walls and floors of two (2) latrines. Install all required fixtures to include mirrors, towel dispensers, and plastic partitions and grab bars for one male and one unisex handicap latrine.

(7) Install carpet in all areas except, vinyl tile in hallways, operators' area and break room and an epoxy coating to the contractor's storage area. See asbestos notice (government's SOW) on floor tile located in the switch area. This tile will remain in place, and new tile installed around it.

(8) Install new Belden Brick (or approved equal) on all exterior walls to match current base standards. Install 2" rigid foam insulation between existing CMU block and new brick.

(9) Install new SSMR system to match current base standards. Include 6" fiberglass batt insulation laid over the existing roof. Construct two (2) entrance canopies, one at the

main entrance and one at the new west entrance. Include all required gutters, downspouts, splash blocks and snow guards.

## SUMMARY

Jersey Shore Automation, Inc is to demolish 41Ft of existing facility 302, west end, including footers and foundation wall, construct new CMU block wall to enclose demolished end of facility, replace 25 existing windows and block up remaining window openings, replace/install doors with all associated hardware, replace all existing flooring (combination of epoxy, VCT, and carpet) and suspended ceiling as indicated on drawings, demo designated partition walls and construct new walls as shown on drawings. Bathrooms are to receive new fixtures and a ceramic tile finish on floors and walls.

The existing HVAC systems will be demolished (as indicated on drawings and SOW) and replaced with a Trane Brand HVAC system. Chugach support Services will provide major components manufactured by Trane all associated equipment and supplies needed for installation provided by Jersey Shore Automation, Inc. Retrofit facility with new sprinkler system (combination of pre-action, wet, and dry system) with all associated horns, strobes, and detectors (a new water supply line will be brought into the existing mech. room for sprinkler system service), renovate two existing latrines and break area.

Jersey Shore Automation, Inc shall install a Standing Seam Metal Roof system complete with gutters, downspouts, roof vents, soffit and snow bars over the existing facility, and install full brick veneer to the exterior of entire facility with a 2" rigid insulation on the exterior CMU block wall.

The exterior will be landscaped with a variety of shrubs selected for this climatic region (selection will be subject to approval by gov't personnel). Specifications listed in the governments SOW are to be considered part of this Statement of Work.

(Also see attached the four page statement of work from the government for this delivery order)

3. It is agreed that the amount of the subcontractor's contract for this project is Eight Hundred thousand dollars $800,000.00 this price includes tax and all other costs required for completing the specified scope of work.

4. Please note that General Wage Decision No. DE020009. The wage scale attached is the required wage board to be used for this project and should be reflected on your weekly certified payroll submittal.

FAR Clause 52.211-12. Liquidated Damages – Construction is applicable to this delivery order.

   a) If the Subcontractor fails to complete the work within the time specified in the contract, the subcontractor shall pay liquidated damages to Chugach Support Services in the amount of $223.28 for each calendar day of delay until the work is completed for accepted.

   b) If Chugach Support Services terminates the subcontractor's right to proceed, Liquidated damages will continue to accrue until the work is completed. These liquidated damages are in the addition to excess cost of repurchase under the termination clause.

5. Your portion of the work shall begin no later than November 17, 2003 and shall be completed by Aug 27, 2003_unless otherwise directed. Subcontractor is bound by the Contractor's Schedule of Work and Project Schedule. The contractor is advised there is a high probability that there will be at least indefinite suspension of work requirement issued during the performance of work on this project.

6. There shall be no changes to the dollar amount or completion date of this contract unless approved in writing by the undersigned. If the need arises for an addition or deletion in the scope of work that results in a cost impact, a Change Order will be issued to adjust the total contract amount in accordance with the terms set forth in the Master Subcontract Agreement.

7. Please note that delays can be experienced while working on military installations. These delays do not necessarily warrant a Change Order.

8. If you have not already done so, please complete the following actions within four days of receipt of this Delivery Order and Notice to Proceed

   a) **Sign and return one copy** of this Delivery Order with Notice to Proceed to Chugach Support Services.

   b) Provide a **Site Specific Safety Plan** to this office for if requested by the Safety Manager. You are reminded that **hardhats** will be worn at **all times on job sites**.

   c) Submit a **Statement and Acknowledgement (Form 1413)** to this office for any lower tier subcontractors.

   d) Submit a current **Certificate of Insurance** to this office naming Chugach Support Services, Inc. as additional insured in accordance with the terms of the Master Subcontract Agreement, if you do not have a current certificate already on file.

9. In order to be paid promptly, you must do the following:

   a) Submit a Progress Billing for Subcontractor (Exhibit "A" of Master Subcontract Agreement) with each invoice.

   b) Submit a **Partial and/or Final Release and Waiver of Lien** with each invoice.

   c) During construction, submit **Certified Payroll Reports** to site office no later than 2:00 p.m. of the Tuesday following each pay period.

   c) Submit MSDS' and quantities for **all chemicals entering or leaving the base.** These must be submitted to our office at least **seven (7) days** prior to bringing materials on the base.

10. Our site office is located at Building 447 Tuckegge Street on Dover Air Force Base. Our mailing address is:

>Chugach Support Services, Inc.
>Post Office Box 02049
>DAFB, DE. 19902

Please don't hesitate to call or stop by if we can assist you in any way.

All terms and conditions in the Master Subcontract Agreement # 70-JSA-005 signed on May 20, 2003 are incorporated herein.

Receipt acknowledged
This  20  day of  NOVEMBER , 2003.
By: _____
Jersey Shore Automation, Inc.


Receipt acknowledged
this  10th  day of  DEC , 2003.
By: _____
Robert P. Hafey
Project Manager
Chugach Support Services


Chugach Support Services, Inc.

Date: November 17, 2003

Sub Name:    Jersey Shore Automation, Inc.

Sub Address: 1500 Meeting House Road
Sub Address: Sea Girt, New Jersey 08750

Subject:    Delivery Order with Notice to Proceed
Master Subcontract Agreement No.: 70-JSA-005
Dover AFB SABER Contract Number: F07603-03-D0002
Subcontractor's Delivery Order No.: 5018
Project Title: **Building 302, Repair**
Accounting Code: 700376.018.0925.400.4000 S.

1. This Delivery Order with Notice to Proceed is issued in accordance with and subject to the terms and conditions of the subject Master Subcontract Agreement.

2. The subcontractor shall provide all equipment, labor, material, and transportation necessary to do the following portions of the work as shown on the Technical Description and project drawings. This shall include daily cleanup of your work area and final cleanup of your portion of the work in order to maintain a neat appearance.

The scope of work for this project is as follows: Jersey Shore Automation, Inc shall furnish all plant, labor, equipment, materials, and incidentals unless otherwise specified. No alterations, additions, or deletions shall be made unless approved by Chugach Support Services Inc. Jersey Shore Automation, Inc shall field verify all needed items and measurements. Any unusual occurrences or abnormalities encountered with the existing site will be immediately reported to Chugach Support Services Inc. Work will stop in that area until a ruling is made by the government and communicated through Chugach Support Services Inc. on how to proceed. All work shall meet or exceed acceptable BOCA standards, National Electrical Code, and the standards of the United States Air Force. Jersey Shore Automation, Inc is to provide the necessary submittal data as required by the submittal register. A set of as built drawings of all work will be required at the end of the project.

GENERAL PROJECT DESCRIPTION: The project consists of, but is not limited to the following requirements to demolish approximately 1287 square feet (35 lf) from the west end of the facility and renovate the remaining portion, approximately 6075 square feet, for office and storage areas. Renovations will also include a new exterior brick finish on the walls and a new standing seam metal roof (SSMR) system to include entrance

canopies, gutters, downspouts and snow bars. Please note that provisions will have to be made for a few personnel to remain in the switch room area during construction. Please note that a construction fence shall be required on this project (see 14.e. (2)).

a. Demolition
(1) Demolish approximately 41 lf of the west end of building 302 to include all foundation slabs and footings. Fill and grade disturbed area and plant grass.
(2) Demolish all exterior single pane windows and replace with new double pane insulated security laminated glass windows. All windows in the new contractor's storeroom area shall be removed and blocked in.
(3) Demolish all flooring materials throughout the facility.
(4) Demolish all latrine fixtures and stall partitions.
(5) Demolish all existing heating and air conditioning units to include all associated piping.
(6) Demolish all interior walls as shown on the drawings.
(7) Remove and block in existing doors as annotated on drawings.

b. Renovation
(1) Construct new 20 gauge metal stud walls as shown on attached drawing and fir out all CMU block walls for new gypsum board. Finish and paint all walls.
(2) Cut out CMU block wall and install new doors as annotated on drawings.
(3) Install a wet pipe sprinkler system throughout the occupied portion of the facility to include electronic equipment areas. Install a dry pipe system in the area between the existing built up roof and the new SSMR. There is currently an addendum to delete the requirement for the dry pipe system in the attic. Final details are not available at this time. Provide automatic shutdown of electric and generator power to switch gear upon activation of an emergency shutdown switch. Provide pull stations, horn/strobes, exit and emergency lighting and fire extinguisher cabinets, as required, throughout the facility.
(4) Install new Trane HVAC system to accommodate new office layout. Trane equipment to be provided by Chugach Support Services. Jersey Shore Automation, Inc will be responsible for all associated equipment and supplies required for the installation of the Trane equipment.
(5) Install a new suspended ceiling system with recessed lighting throughout the facility.
(6) Install new ceramic tile on the walls and floors of two (2) latrines. Install all required fixtures to include mirrors, towel dispensers, and plastic partitions and grab bars for one male and one unisex handicap latrine.
(7) Install carpet in all areas except, vinyl tile in hallways, operators' area and break room and an epoxy coating to the contractor's storage area. See asbestos notice (government's SOW) on floor tile located in the switch area. This tile will remain in place, and new tile installed around it.
(8) Install new Belden Brick (or approved equal) on all exterior walls to match current base standards. Install 2" rigid foam insulation between existing CMU block and new brick.
(9) Install new SSMR system to match current base standards. Include 6" fiberglass batt insulation laid over the existing roof. Construct two (2) entrance canopies, one at the

main entrance and one at the new west entrance. Include all required gutters, downspouts, splash blocks and snow guards.

## SUMMARY

Jersey Shore Automation, Inc is to demolish 41Ft of existing facility 302, west end, including footers and foundation wall, construct new CMU block wall to enclose demolished end of facility, replace 25 existing windows and block up remaining window openings, replace/install doors with all associated hardware, replace all existing flooring (combination of epoxy, VCT, and carpet) and suspended ceiling as indicated on drawings, demo designated partition walls and construct new walls as shown on drawings. Bathrooms are to receive new fixtures and a ceramic tile finish on floors and walls.

The existing HVAC systems will be demolished (as indicated on drawings and SOW) and replaced with a Trane Brand HVAC system. Chugach support Services will provide major components manufactured by Trane all associated equipment and supplies needed for installation provided by Jersey Shore Automation, Inc. Retrofit facility with new sprinkler system (combination of pre-action, wet, and dry system) with all associated horns, strobes, and detectors (a new water supply line will be brought into the existing mech. room for sprinkler system service), renovate two existing latrines and break area.

Jersey Shore Automation, Inc shall install a Standing Seam Metal Roof system complete with gutters, downspouts, roof vents, soffit and snow bars over the existing facility, and install full brick veneer to the exterior of entire facility with a 2" rigid insulation on the exterior CMU block wall.

The exterior will be landscaped with a variety of shrubs selected for this climatic region (selection will be subject to approval by gov't personnel). Specifications listed in the governments SOW are to be considered part of this Statement of Work.

(Also see attached the four page statement of work from the government for this delivery order)

3. It is agreed that the amount of the subcontractor's contract for this project is Eight Hundred thousand dollars $800,000.00 this price includes tax and all other costs required for completing the specified scope of work.

4. Please note that General Wage Decision No. DE020009. The wage scale attached is the required wage board to be used for this project and should be reflected on your weekly certified payroll submittal.

FAR Clause 52.211-12. Liquidated Damages – Construction is applicable to this delivery order.

a) If the Subcontractor fails to complete the work within the time specified in the contract, the subcontractor shall pay liquidated damages to Chugach Support Services in the amount of $223.28 for each calendar day of delay until the work is completed for accepted.

  b) If Chugach Support Services terminates the subcontractor's right to proceed, Liquidated damages will continue to accrue until the work is completed. These liquidated damages are in the addition to excess cost of repurchase under the termination clause.

5. Your portion of the work shall begin no later than November 17, 2003 and shall be completed by Aug 27, 2003 unless otherwise directed. Subcontractor is bound by the Contractor's Schedule of Work and Project Schedule. The contractor is advised there is a high probability that there will be at least indefinite suspension of work requirement issued during the performance of work on this project.

6. There shall be no changes to the dollar amount or completion date of this contract unless approved in writing by the undersigned. If the need arises for an addition or deletion in the scope of work that results in a cost impact, a Change Order will be issued to adjust the total contract amount in accordance with the terms set forth in the Master Subcontract Agreement.

7. Please note that delays can be experienced while working on military installations. These delays do not necessarily warrant a Change Order.

8. If you have not already done so, please complete the following actions within four days of receipt of this Delivery Order and Notice to Proceed

   a) **Sign and return one copy** of this Delivery Order with Notice to Proceed to Chugach Support Services.

   b) Provide a **Site Specific Safety Plan** to this office for if requested by the Safety Manager. You are reminded that **hardhats** will be worn at **all** times on job sites.

   c) Submit a **Statement and Acknowledgement (Form 1413)** to this office for any lower tier subcontractors.

   d) Submit a current **Certificate of Insurance** to this office naming Chugach Support Services, Inc. as additional insured in accordance with the terms of the Master Subcontract Agreement, if you do not have a current certificate already on file.

9. In order to be paid promptly, you must do the following:

   a) Submit a Progress Billing for Subcontractor (Exhibit "A" of Master Subcontract Agreement) with each invoice.

   b) Submit a Partial and/or Final Release and Waiver of Lien with each invoice.

   c) During construction, submit **Certified Payroll Reports** to site office no later than 2:00 p.m. of the Tuesday following each pay period.

   c) Submit **MSDS'** and quantities for **all chemicals entering or leaving the base.** These must be submitted to our office at least **seven (7) days** prior to bringing materials on the base.

10. Our site office is located at Building 447 Tuckegge Street on Dover Air Force Base. Our mailing address is:

> Chugach Support Services, Inc.
> Post Office Box 02049
> DAFB, DE. 19902

Please don't hesitate to call or stop by if we can assist you in any way.

All terms and conditions in the Master Subcontract Agreement # 70-JSA-005 signed on May 20, 2003 are incorporated herein.

Receipt acknowledged
This 20 day of NOVEMBER, 2003.
By: _____
Jersey Shore Automation, Inc.


Receipt acknowledged
this 10th day of DEC, 2003.
By: _____
Robert P. Hafey
Project Manager
Chugach Support Services

Project No. 031025A/B     Delivery Order No. F07603-03-D0002/5018     8 Sep 03

Title: Demolish Communications Facility/Repair Telephone Switch Facility 302

## STATEMENT OF WORK (SOW)

1. The scope of work for this project is as follows in this Statement of Work (SOW). Any codes referenced shall constitute a part of these specifications along with commercial industry standards unless otherwise specified herein. The contractor shall furnish all plant, labor, equipment, materials, and incidentals unless otherwise specified. No alterations, additions, or deletions shall be made unless prior approval is given in writing by the Contracting Officer (CO). The contractor shall thoroughly review the scope of work for constructability and advise of possible problem areas prior to Delivery Order (DO) negotiations. The contractor shall field verify all needed items and measurements. Under no circumstances is the contractor to begin any work until a DO is issued by the CO. All work must be in accordance with SABER Technical Specifications. Any discrepancies shall be immediately brought to the attention of the CO. All material shall match existing in color, size, shape, texture, content, etc. unless otherwise approved in writing by the CO. All work shall meet or exceed acceptable BOCA standards, National Electrical Code and the standards of the United States Air Force. The contractor shall provide a minimum of two working days notification prior to initially starting on-site work and prior to restarting on-site work following any discontinuance lasting more than five days. Upon completion of work, the project shall be suitable for its intended use.

2. The contractor's proposal must be supported by necessary documentation to indicate that engineering and planning to accomplish the delivery order requirements have been done. Documentation that shall be submitted with the proposal includes, but is not limited to, a detailed cost estimate, and an execution narrative. The documentation shall be used to support and verify the contractor's cost estimate and proposed construction methods.

3. Submittal Register: See Attachment 1

4. Mandatory Verification Schedule: See Attachment 2

5. Schedule of Drawings, Sketches and/or Pictures: See Attachment 3. Existing drawings are available at building 600. Review must be coordinated through the SABER Project Manager.

6. Performance Requirements Schedule: N/A

7. Government Furnished Property Schedule: N/A

8. USAF Welding, Cutting and Brazing Permit, AF Form 592, if required shall be obtained before any welding, cutting, or brazing is performed on site.

9. Applicable Wage Rates: Building

10. SABER Project Managers:

    a. Primary - Mr. Smith, 677-6831

    b. Alternate - Mr. Shore, 677-6828

11. AF Form 103, Work Clearance Request is required for this project.

12. CAD drawings are required for as-builts. Detail where existing and new utility lines, controls, equipment and new or modified structures are installed.

Project No. 031025A/B           Delivery Order No. F07603-03-D0002/5018           8 Sep 03

Title: Demolish Communications Facility/Repair Telephone Switch Facility 302

## STATEMENT OF WORK (SOW)

13. PROJECT DESCRIPTION: The project consists of, but is not limited to the following requirements to demolish approximately 1287 square feet (35 lf) from the west end of the facility and renovate the remaining portion, approximately 6075 square feet, for office and storage areas. Renovations will also include a new exterior brick finish on the walls and a new standing seam metal roof (SSMR) system to include entrance canopies, gutters, downspouts and snow bars. Please note that provisions will have to be made for a few personnel to remain in the switch room area during construction. Please note that a construction fence shall be required on this project (see 14.e.(2)).

   a. Demolition

      (1) Demolish approximately ~~35~~ 41 LF lf of the west end of building 302 to include all foundation slabs and footings. Fill and grade disturbed area and plant grass.

      (2) Demolish all exterior single pane windows and replace with new double pane insulated security laminated glass windows. All windows in the new contractor's storeroom area shall be removed and blocked in.

      (3) Demolish all flooring materials throughout the facility.

      (4) Demolish all latrine fixtures and stall partitions.

      (5) Demolish all existing heating and air conditioning units to include all associated piping.

      (6) Demolish all interior walls as shown on the attached drawing.

      (7) Remove and block in existing doors as annotated on drawing.

   b. Renovation

      (1) Construct new 20 gauge metal stud walls as shown on attached drawing and fir out all CMU block walls for new gypsum board. Finish and paint all walls.

      (2) Cut out CMU block wall and install new doors as annotated on drawing.

      (3) Install a wet pipe sprinkler system throughout the occupied portion of the facility to include electronic equipment areas. Install a dry pipe system in the area between the existing built up roof and the new SSMR. Provide automatic shutdown of electric and generator power upon activation of the fire protection system. Provide pull stations, horn/strobes, exit and emergency lighting and fire extinguisher cabinets, as required, throughout the facility.

      (4) Install new Trane HVAC system to accommodate new office layout.

      (5) Install a new suspended ceiling system with recessed lighting throughout the facility.

      (6) Install new ceramic tile on the walls and floors of two (2) latrines. Install all required fixtures to include mirrors, towel dispensers, plastic partitions and grab bars for one male and one unisex handicap latrine.

      (7) Install carpet in all areas except, vinyl tile in hallways, operators' area and break room and an epoxy coating to the contractor's storage area. See asbestos notice on

Project No. U31025A/B   Delivery Order No. F07603-03-D0002/5018   8 Sep 03

Title: Demolish Communications Facility/Repair Telephone Switch Facility 302

STATEMENT OF WORK (SOW)

floor tile located in the switch area. This tile will remain in place, and new tile installed around it.

(8) Install new Belden Brick (or approved equal) on all exterior walls to match current base standards. Install 2" rigid foam insulation between existing CMU block and new brick.

(9) Install new SSMR system to match current base standards. Include 6" fiberglass batt insulation laid over the existing roof. Construct two (2) entrance canopies, one at the main entrance and one at the new west entrance. Include all required gutters, downspouts, splash blocks and snow guards.

14. SPECIFICATION REQUIREMENTS: SABER Technical Specifications are supplemented as follows for this specific delivery order. All work accomplished will be in accordance with the specifications and the appropriate standards, national and local codes.

   a. 01500, Hazardous Materials: Materials classified as hazardous by federal or state environmental rules, regulations or laws shall be handled and processed in accordance with those rules, regulations or laws. The contractor shall submit a list of all hazardous materials to be used during the project including estimated quantities at the beginning of the project. At the completion of the project, the contractor shall submit a list of actual quantities of hazardous materials used during the project.

   b. 01700, Close Out Of Project: The contractor shall turn over as-builts and the Real Property Accountability Checklist upon final inspection and acceptance of the project. The contractor shall turn in pumps, piping, scrap metal, and electrical materials in at DRMO, in accordance with DRMO procedures in the contract. The contractor shall dispose of all other construction debris as appropriate and in accordance with all Federal, State and local requirements.

   c. 02080, Asbestos Advisory: To the best of the Government's knowledge and records, all known asbestos shall be removed from the facility prior to any demolition or repair work under this contract except for a small area of floor tile under Verizon's phone switch and some roofing material (3% chrysotile) underneath the roofing tar. The portion of the building that is being demolished will have the tar and asbestos material removed prior to demolition. The asbestos shall remain under the tar on the portion of the facility having the SSMR installed. However, the Government cannot determine the status of areas which are hidden. Should suspicious material be encountered during the construction effort, report immediately to the SABER Manager and the CO. The Government will accomplish testing and advise the contractor how to proceed.

   d. 02090, Lead Advisory of Lead Based Paint: To the best of the Government's knowledge and records, the facility is free of lead based paint; however, the Government cannot determine the status of areas that are hidden. Should suspicious material be encountered during the construction effort, report immediately to the SABER Manager and the CO. The Government will accomplish testing and advise the contractor how to proceed.

JSA 208

Project No. 031025A/B    Delivery Order No. F07603-03-D0002/5018    8 Sep 03

Title: Demolish Communications Facility/Repair Telephone Switch Facility 302

## STATEMENT OF WORK (SOW)

e. 01001 Site Management: The appearance of construction sites at Dover Air Force Base is of paramount importance to the Commander of Dover Air Force Base. A clean and well-kept construction site is required to be maintained at all times.

   (1) Contractor's office and storage trailers (if used) shall meet all requirements of the SABER contract. The contractor shall arrange the office trailers, storage trailers, sanitation facilities, and trash dumpsters to effectively use the construction area.

   (2) The Contractor shall construct a shadow box fence around the construction site for the duration of the project. The Contractor shall disassemble fence at completion of the contract and return fence panel sections to the Government at a location on base. Maximum travel distance will be five (5) miles each way. Fence panel sections shall remain the property of the Government at completion of the contract. The fence panels sections are constructed of red or white cedar. They are board on board style, 2 x 4 top and bottom rails, and 1 x 6 boards extending to six feet above grade. The Contractor shall furnish and install 4 x 4 posts that extend three feet into the ground and attach the fence panel sections. Posts shall not be installed into existing paved areas. In these locations, the Contractor shall erect the posts such that they are self-supported from the pavement surface by means of baseboards and bracing. The shadow box fence shall be carefully dissembled in panel sections and posts in a manner to minimize damage, stacked, delivered and unloaded at a site on Dover Air Force Base as directed by the CO.

   (3) The contractor shall provide portable sanitation facilities. Portable sanitation facilities shall be self-contained units with both urinals and stool capabilities. Units shall be adequately ventilated, cleaned and emptied at least once a week or more if determined necessary and directed by the CO. The doors shall be self-closing and securable. The exterior of the unit shall match Glidden color Eagle Feather Tan or approved equal. Locate these facilities out of the view of the public, within the construction area.

   (4) The contractor shall make special effort to prevent the generation of dirt, debris, or dust as a result of activities related to the work under this contract.

   (5) Except as otherwise required by the contract, all disturbed or damaged landscaping, paved areas, curbs or sidewalks shall be restored to the original condition. This condition will be as documented in the photographs of the undisturbed site submitted with the site layout plan.

f  05000, Cold-Formed Steel Framing: Contractor shall provide shop drawings of fabricated steel framing indicating materials, fabrication and field erection details, including method of fastening to be installed under this DO to the CO for review and approval prior to installation. Metal frame structure shall be designed as space frames using three-dimensional structural analysis to determine member loads and forces. Calculate structural characteristics of cold-formed metal framing according to AISI's "Load and Resistance Factor Design Specification for Cold-Formed Steel Structural Members" and the following:

Project No. 031025A/B     Delivery Order No. F07603-03-D0002/5018                    8 Sep 03

Title: Demolish Communications Facility/Repair Telephone Switch Facility 302

STATEMENT OF WORK (SOW)

(1) Center for Cold-Formed Steel Structures (CCFSS) Technical Bulletin, Vol.2, No.1, February 1993 "AISI Specification Provisions for Screw Connections."

(2) Structural Performance: Engineer, fabricate, and erect cold-formed metal framing to withstand design loads within limits and under conditions required. Design roof with a live load of 30 PSF, wind load of 100 MPH and Seismic performance category A.

(3) Design framing systems to withstand design loads without vertical deflections greater than 1/360 of the span on roof rafters.

(4) Design framing systems to provide for movement of framing members without damage or overstressing, sheathing failure, connection failure, undue strain on fasteners and anchors, or other detrimental effects when subject to a maximum ambient temperature change (range) of 120 degrees F (67 degrees C).

(5) Design framing system to accommodate deflection of primary building structure and construction tolerances, and to maintain clearances at openings.

(6) Engage a fabricator who assumes undivided responsibility for engineering cold-formed metal framing by employing a qualified professional engineer to prepare design calculations, shop drawings, and other structural data.

(7) Engage an experienced Installer who has completed cold-formed metal framing similar in material, design, and extent to that indicated for this Project and with a record of successful in-service performance.

(8) Comply with applicable provisions of AWS D1.1 "Structural Welding Code--Steel" and AWS D1.3 "Structural Welding Code--Sheet Steel." Certify that each welder has satisfactorily passed AWS qualification tests for welding processes involved.

(9) Cold-formed metal framing may be shop or field fabricated for installation and assembly. Install cold-formed metal framing and accessories plumb, square, true to line, and with connections securely fastened, according to manufacturer's recommendations. Fasten cold-formed metal framing members by welding or screw fastening, as standard with fabricator. Comply with AWS requirements and procedures for welding, appearance and quality of welds, and methods used in correcting welding work. Locate mechanical fasteners and install according to cold-framed metal framing manufacturer's instructions with screw penetrating joined members by not less than 3 exposed screw threads. Install framing members in one-piece lengths, unless splice connections are indicated for track or tension members. Provide temporary bracing and leave in place until framing is permanently stabilized. Install insulation in built-up exterior framing members, such as headers, sills, boxed joists, and double studs, inaccessible upon completion of framing work. Fasten reinforcement plate over web penetrations that exceed size of manufacturer's standard punched openings.

(10) Erection tolerances of metal framing are maximum allowable tolerance variation from plumb, level, and true to line of 1/8 inch in 10 feet (1:960) and as follows: Space individual framing members no more than plus or minus 1/8 inch (3 mm) from plan

Page 5 of 8

JSA 210

STATEMENT OF WORK (SOW)

location. Cumulative error shall not exceed minimum fastening requirements of sheathing or other finishing materials.

(11) Rafter Installation: Install perimeter rafter track sized to match rafters. Align and securely anchor or fasten track to supporting structure at corners, ends, and spacing indicated or as recommended by the manufacturer. Install rafters bearing on supporting framing, level, straight, and plumb, adjust to final position, brace, and reinforce. Fasten joists to both flanges of rafter track. Install rafters over supporting framing with a minimum end bearing of 1-1/2 inches (38 mm). Reinforce ends of rafters with web stiffeners, end clips, joist hangers, steel clip angles, steel-stud sections, as recommended by manufacturer.

g. 07000, Thermal and Moisture Protection: The installer shall have a minimum of 2 years experience in projects of this nature and shall have been involved in installing at least 3 roofing projects that are of comparable size, scope, and complexity as this particular roofing project.

(1) Roof panels, components, transitions, and assemblies shall be the products of the same manufacturer.

(2) Steel panels shall be designed in accordance with AISI SG-673. The panels shall be capable of resisting a 300-pound concentrated load at midspan of a 24-inch wide section of deck. The panels shall support the combined dead load, concentrated load and/or wind load without buckling or permanent distortions; and the panel deflection shall not exceed 1/180th of the span between supports. Deflections shall be based on panels being continuous across two or more supports, the specified fastener spacing, and the ability of the panel to rotate freely on the support.

(3) Roof panels shall be free to move in response to the expansion and contraction forces resulting from a total 200-degree temperature range during the life of the structure.

(4) Accessories shall be capable of resisting the specified design wind uplift loads and shall allow for movement of the roof panel system. Exposed fasteners shall not restrict free movement of the roof panel system resulting from thermal forces.

(5) Roof panels shall be steel and shall have a factory color finish. Roof deck assemblies shall be class 90 as defined in UL 580. Length of sheets shall be sufficient to cover the entire length of any unbroken roof slope. Width of sheets shall provide not more than 18 inches of coverage in place. SSMR with roofing panels greater than 12 inches in width shall have standing seams rolled during installation by an electrically driven seaming machine. Height of standing seams shall be not less than 2 inches. All sheets shall be either square-cut or miter-cut.

(6) Steel panels shall be aluminum-zinc alloy coated steel conforming to ASTM A-792. Panels shall be 24-gauge minimum. Roof panels shall have a factory-applied finish on the exposed side. Color shall be the manufacturer's standard color most nearly matching the color indicated in Section 09000 of this SOW. The exterior coating shall be a nominal 1 mil thick consisting of a polyvinylidene fluoride topcoat or a baked-on fluoropolymer enamel topcoat of not less than 0.7 mil dry film thickness

Project No. 031025A/B        Delivery Order No. F07603-03-D0002/5018        8 Sep 03

Title: Demolish Communications Facility/Repair Telephone Switch Facility 302

## STATEMENT OF WORK (SOW)

and the paint manufacturer's recommended primer of not less than 0.2 mil thick. The interior color finish shall consist of a backer coat with a dry film thickness of 0.5 mil.

(7) Bolts shall be at minimum 1/4-inch diameter, shouldered or plain shank as required, with locking washers and nuts. Blind screw-type expandable fasteners shall be not less than 1/4-inch diameter. Blind (pop) rivets shall be not less than 9/32-inch diameter.

(8) Except as stated below, sealant shall be elastomeric type containing no oil or asphalt. Exposed sealant shall cure to a rubber-like consistency. All sealant shall be the nonhardening type. Roof panel standing seam ribs shall have a continuous sealant that is factory installed. Gaskets and insulating compounds shall be non-absorptive and suitable for insulating contact points of incompatible materials. Insulating compounds shall be non-running after drying.

(9) Dissimilar materials that are not compatible when contacting each other shall be insulated from each other by means of gaskets or insulating compounds. Improper or misallocated drill holes shall be plugged with an oversize screw fastener and gasketed washer. Sheets with an excess of such holes or with such holes in critical locations shall not be used. Exposed surfaces and edges shall be kept clean and free from sealant, metal cuttings, hazardous burrs, and other foreign material. Stained, discolored, or damaged sheets shall be removed from the site.

(10) Roof panels shall be installed with the standing seams in the direction of the roof slope. The side seam connections for installed panels shall be completed at the end of each day's work. Method of applying joint sealant shall conform to the manufacturer's recommendation as needed to achieve a complete weather-tight installation. End laps, when approved by the Contracting Officer, shall be made over framing members. Closures, flashing, EPDM rubber boots and related accessories shall be installed according to the manufacturer's installation instructions. Fasteners shall not puncture covering sheets except as approved for flashing, closures, and trim.

(11) Exposed fasteners shall be installed in straight lines and shall be permitted only at the rakes, eaves, panel splices, and where required for the attachment of flashing, gutter and other similar accessories. Roofing panels may not be formed at the project site.

(12) Exposed SSMR shall be cleaned at completion of installation. Debris that could cause discoloration and harm to the panels, flashing, closures and other accessories shall be removed. Grease and oil films, excess sealant, and handling marks shall be removed and the work shall be scrubbed clean. Exposed metal surfaces shall be free of dents, creases, waves, scratch marks, and solder or weld marks. Upon detection, abraded or corroded spots on shop-painted surfaces shall be wire brushed and touched up with the same material used for the shop coat. Factory color finished surfaces shall be touched up as necessary with the manufacturer's recommended touch up paint.

(13) Warranty: As a minimum, the contractor shall provide manufacturer's 10-year written warranty for the roofing system to include the roofing finish. The roofing

Page 7 of 8

JSA 212

Project No. 031025A/B     Delivery Order No. F07603-03-D0002/5018     8 Sep 03

Title: Demolish Communications Facility/Repair Telephone Switch Facility 302

## STATEMENT OF WORK (SOW)

system shall be guaranteed against leaks arising out of or caused by ordinary wear and tear by the elements for a period of not less than 10 years. Such guarantee shall start upon final acceptance of this work or the date the Government takes possession, whichever is earlier.

(14) Incorporate provisions in the roof design and construction to comply with AFOSH safety standards for fall protection of maintenance crews.

h. 09000, Finishes: The following color schemes have been carefully selected and approved for use on this delivery order. Listed manufacturer's are for identification purposes only products by another manufacturer that meet the specified standards of color, pattern, and texture, will be considered. ICI, Glidden semi gloss ultra hide finish coat colors are:

(1) Trim/Roof/Gutters: ICI, Glidden, "Bald Eagle Brown"

(2) Siding/Downspouts/Doors: ICI, Gliddens, "Eagle Feather Tan"

i. 15950, Heating, Ventilation and Air Conditioning (HVAC): The contractor shall perform testing and balance of system. After the system is operating properly the contractor shall conduct a 4 hour training class for shop personal. This training shall be accomplished between the hours of 7 AM and 4 PM and scheduled two weeks in advance.

j. 15995, Commissioning of HVAC System: The contractor shall turn in a report covering the commissioning of HVAC in accordance with ETL-90-10 at the completion of the project.

k. 15000/16000 Mechanical and Electrical Nameplate Lettering: Lettering shall be cut or stamped into the nameplate to a depth of not less than 1/64 inch, and shall show a contrasting color, produced by filling with enamel or lacquer or by the use of a laminated material. Painting of lettering directly on surface is not permitted.

l. 16000, Electrical: All electrical work shall meet the National Electrical Codes and National Fire Protection Codes.

NOTE: The manufacturer's installation instructions, pertaining to the use or installation of materials and/or equipment, used in the execution of work under this SOW forms a part of these specifications as though specifically set forth herein. In the event of conflict, the contractor shall bring the inconsistency to the attention of the CO for resolution, prior to proceeding with work required.