Project No. 031025A/B          Delivery Order No. F07603-03-D0002/5018                    8 Sep 03

Title: Demolish Communications Facility/Repair Telephone Switch Facility 302

Attachment 1

SUBMITTAL REGISTER

NOTE: Submittals shall be made on AF Form 3000 within the timeframe annotated on the DO. Each submittal item shall be listed separately on the form and corresponding item number on this schedule shall be listed in the "Description of Material" section of the form. Submittals required by specification and or drawing shall be made, regardless whether or not they are listed below. The type of submittal required for each item shall be identified by the following letter code:

A - Catalog Cuts/Technical Specifications
B - Color Selection
C - Sample
D - Control Diagrams
E - Certification
F - Delivery Tickets
G - Shop Drawings
H - Test Results

I - Manufacturer's Instructions/Manuals
J - Material Safety Data Sheet
K - Warranty
L - Grade
M - Mix Formula
N - Source
O - Other

| ITEM NUMBER | ITEM DESCRIPTION | SUBMITTAL CODE | SPECIFICATION REFERENCE | DATE APPROVED BY C.O. |
|---|---|---|---|---|
| 1<br>To Be Submitted At Start Of Project. | Estimated Quantities of Hazardous Materials to be Used. | O, J | 01500 | |
| 2<br>To Be Submitted At Project Completion. | Actual Quantities of Hazardous Materials Used. | O | 01500 | |
| 3 | CAD Drawings for As-Builts | O | 01700 | |
| 4 | Real Property Accountability Checklist | O | 01700 | |
| 5<br>To Be Submitted Prior To Construction | Reflected Ceiling Plan, HVAC Plan, Electrical Plan | G<br>Code G On CAD | 01300 | |
| 6 | SSMR System | A, B, E, K | 05000 | |
| 7 | Steel Framing | A, E, G | 05000 | |
| 8 | Gutter System | A, B | 05000 | |
| 9 | Snow Bars | A, B | 05000 | |
| 10 | Base Molding | B | 06000 | |

JSA 214

Project No. 031025A/B        Delivery Order No. F07603-03-D0002/5018            8 Sep 03

Title: Demolish Communications Facility/Repair Telephone Switch Facility 302

Attachment 1

SUBMITTAL REGISTER

NOTE:  Submittals shall be made on AF Form 3000 within the timeframe annotated on the DO. Each submittal item shall be listed separately on the form and corresponding item number on this schedule shall be listed in the "Description of Material" section of the form.  Submittals required by specification and or drawing shall be made, regardless whether or not they are listed below. The type of submittal required for each item shall be identified by the following letter code:

A - Catalog Cuts/Technical Specifications
B - Color Selection
C - Sample
D - Control Diagrams
E - Certification
F - Delivery Tickets
G - Shop Drawings
H - Test Results

I - Manufacturer's Instructions/Manuals
J - Material Safety Data Sheet
K - Warranty
L - Grade
M - Mix Formula
N - Source
O - Other

| 11 | Brick | B, C | 04000 | |
|----|-------|------|-------|--|
| 12 | Wall and Ceiling Insulation | A | 07000 | |
| 13 | Windows | A | 08000 | |
| 14 | Personnel Doors, Frame and Hardware | A | 08000 | |
| 15 | Paint/Sealant | B | 09000 | |
| 16 | Ceramic Tile (Floor and Wall) | A, B | 09000 | |
| 17 | Carpet | A, B | 09000 | |
| 18 | Vinyl Tile | A, B | 09000 | |
| 19 | Epoxy Flooring | A, B | 09000 | |
| 20 | Suspended Ceiling System | A, B | 09000 | |
| 21 | HVAC System (O – Calculations) | A, D, H, I, O | 15000 | |
| 22 | Latrine Fixtures and Accessories | A, B, I | 15000 | |
| 23 | Latrine Exhaust Fan/Light | A | 15000 | |
| 24 | Electric Panel | A | 16000 | |
| 25 | Light Fixtures | A | 16000 | |

JSA 215

Project No. 031025A/B        Delivery Order No. F07603-03-D0002/5018        8 Sep 03

Title: Demolish Communications Facility/Repair Telephone Switch Facility 302

Attachment 2

MANDATORY VERIFICATION SCHEDULE

The work listed herein requires mandatory verification by the SABER Project Manager before any follow-on work is allowed to start. The Contractor shall notify the SABER Project Manager at least 24 hours prior to the desired verification date unless indicated otherwise below.

| WORK DESCRIPTION | SPECIFICATION REFERENCE | NOTIFICATION REQUIRED | DATE INSPECTION COMPLETED |
|---|---|---|---|
| Plumbing Rough-in | 15000 | 24 hrs | |
| Mechanical Rough-in | 15000 | 24 hrs | |
| Electrical Rough-in | 16000 | 24 hrs | |

JSA 216

Project No. 031025A/B          Delivery Order No. F07603-03-D0002/5018          .8 Sep 03

Title: Demolish Communications Facility/Repair Telephone Switch Facility 302

Attachment 3

SCHEDULE OF DRAWINGS, SKETCHES AND/OR PICTURES

| SHEET NUMBER | SHEET TITLE | DATE | DRAWING NUMBER |
|---|---|---|---|
| 1 | Existing Floor Plan | 3 Sep 03 | SK-1 |
| 2 | Proposed Floor Plan | 3 Sep 03 | SK-2 |

The above drawings are issued to the contractor on CAD.

JSA 217

FROM :JERSEY SHORE AUTOMATI. INC      FAX NO. :17322237402       Apr. 07 2004 10:42AM  P2

# CSS


Chugach Support Services, Inc.

*Dorinda*

March 31, 2004

**Jersey Shore Automation**
1500 Meeting House Rd
Seagirt, NJ 08750

**Change Order 1**
Project Name: Demo Communication Fac/RepairTelephone Switch Fac 302
Project Number: 031025A/B/ 5018
**Accounting Code: 700376- 018- 0925-400-4000-S**

Gentlemen, this is to confirm a change to the above referenced Delivery Order.

Change in Scope: Install 3rd 2"x4" rail in construction fence .

Amount of this Change Order is <u>**$ 3,323.91**</u>

| | |
|---|---|
| Original Amount of Contract: | $800,000.00 |
| Amount of Previous Change Order(s) | $        .00 |
| Amount of Change Order # 1 | $    3,323.91 |
| Adjusted Contract Amount | $ 803,323.91 |

Respectfully yours;

*George Molina*

George Molina
Assistant Program Manager
Chugach Support Services

Receipt acknowledged this ___7TH___ day of ___APRIL___ , ___2004___ .

Signed _____

*VICE PRESIDENT, OPERATIONS*

PO Box 02049 · Dover AFB, Delaware 19902-5639 · Phone: (302) 735-5570

Fax: (302) 735-9737· Website: www.chugach-ak.com

05/04/2004 14:25   3027359   CHUGACH SUPPORT   PAGE  05/07

# CSS

Chugach Support Services, Inc.



**RECEIVED**
APR 1 4 2004

BY:_____

April 5, 2004

**Jersey Shore Automation**
1500 Meeting House Rd
Seagirt, NJ 08750

**Change Order 2**
Project Name: Demo Communication Fac/RepairTelephone Switch Fac 302
Project Number: 031025A/B/ 5018
**Accounting Code: 700376- 018- 0925-400-4000-S**

Gentlemen, this is to confirm a change to the above referenced Delivery Order.

Change in Scope:
Delete installation of 400 Amp shunt trip breaker panel and associated devices.
Change installation of Pre-action sprinkler system to wet pipe system with ultra sensitive smoke detections in the Switch room area.
Install power shut off switch after the UPS equipment in the switch room.
Relocate water supply line for feed to switch room and insulate,install hot and cold watersupply line for handicapp bathroom, furnish and install wall mount water cooler in hall area , and bathroom fixtures in two bathrooms:
    Handicapp room: One toilet w/seat and flushometer, one sink.  ADA compliant.
    Mens room: One toilet w/seat and flushometer, two wall mount sinks, one urinal
    w/ associated hardware.
Relocate 3 way light switchs for lights in the communications switch room
Repair electrical branch circuit (conduit and conductors) for parking area lights.
Water cooler and bathroom fixtures will require an approved submittal prior to installation. All plumbing and electrical work shall be performed IAW appropriate building codes.

Amount of this Change Order is **$ 00000.00**

| | |
|---|---|
| Original Amount of Contract: | $ 800,000.00 |
| Amount of Previous Change Order(s) | $     3,323.91 |
| Amount of Change Order # 2 | $          0.00 |
| Adjusted Contract Amount | $ 803,323.91 |

PO Box 02049 · Dover AFB, Delaware 19902-5639 · Phone: (302) 735-5570
Fax: (302) 735-9737· Website: www.chugach-ak.com

05/04/2004  14:26  3027359...        CHUCACH SUPPORT              PAGE  06/07

# CSS

Chugach Support Services, Inc.



Respectfully yours;

*George Molina*

George Molina
Asst. Program Manager
Chugach Support Services

Receipt acknowledged this ___12 TH___ day of ___APRIL___, ___2004___.

Signed _____
             VICE PRESIDENT, OPERATIONS

PO Box 02049 · Dover AFB, Delaware 19902-5639 · Phone: (302) 735-5570
Fax: (302) 735-9737 · Website: www.chugach-ak.com

# CSS 

Chugach Support Services, Inc.

May 10, 2004

**Jersey Shore Automation**
1500 Meeting House Rd
Seagirt, NJ 08750

**Change Order Change Order # 3**
**Project Title: Demo Comm Facility/Rpr Tele Switch 302**
**Project Number: Project #/ DO# 5018**
**Accounting Code: CY Code- Last 3 TO#- PI 1 -400-4000-S**

Gentlemen, this is to confirm a change to the above referenced Delivery Order.

**Change in Scope:** This change order is intended to compensate for additional cost associated with installation of brick veneer and foundation work. All building codes and technical standard for concrete and masonry construction must be strictly adhered to.
This work consists of but not limited to the following:
Excavate and install additional footer to support brick veneer finish, cavity behind below grade masonry shall be grouted, weep holes, base flashing, brick ties, rigid insulation, steel Lintels above doors and window ( STEEL LINTELS SHALL BE FACTORY PRIMED) shall be fastened to wall with anchors, flashing above doors and window shall be fastened to wall behind the insulation, a polyethylene foam expansion joints filler shall be installed at all expansion joint during construction, cold applied joint sealant shall be installed as required. Approved brick to be used is Beldon brick # 8521A , mortar shall be Keystone type S standard color.

Amount of this Change Order is **$ 25,500.00**

| | |
|---|---|
| Original Amount of Contract: | $ 803,323.91 |
| Amount of Change Order # 1&2 | $ 25,500.00 |
| Adjusted Contract Amount | $ 828,823.91 |

Respectfully yours;

George Molina
Assistant Project Manager
Chugach Support Services

Receipt acknowledged this _11_ day of _MAY_, _2004_.

Signed _____    VICE PRESIDENT, OPERATIONS
Sub Rep's Name, Sub Rep's Title

PO Box 02049 · Dover AFB, Delaware 19902-5639 · Phone: (302) 735-5570

Fax: (302) 735-9737 · Website: www.chugach-ak.com

# CSS



Chugach Support Services, Inc.

July 13, 2004

**Jersey Shore Automation**
1500 Meeting House Rd
Seagirt, NJ 08750

**Change Order # 4**
Project Title: **Demo Comm Facility/Rpr Tele Switch 302**
Project Number:  Project #/ DO# **5018**
Accounting Code: 700376- 018- 0925 -400-4000-S

Gentlemen, this is to confirm a change to the above referenced Delivery Order.

**Change in Scope:** This change order is intended to reduce the scope of work contracted to be performed by Jersey Shore Automation:

Funish all materials, equipment, labor and supervision to perform the following work:
1. Install a Standing Seam Metal Roof system to include vented ridge and  soffits, gutters, downspouts, and snow bars on bldg 302 as per approved drawings and material submittals. An adjustment of minus $ 122,950.00 (One hundred, twenty-two thousand, nine hundred, fifty dollars) will be made to your previously adjusted contract amount.
2. Excavate and install additional footer to support brick veneer finish, cavity behind below grade masonry shall be grouted, weep holes, base flashing,  brick ties, rigid insulation, steel Lintels above doors and window ( STEEL LINTELS SHALL BE FACTORY PRIMED) shall be fastened to wall with anchors, flashing above doors and window shall be fastened to wall behind the insulation, a polyethylene foam expansion joints filler shall be installed at all expansion joint during construction, cold applied joint sealant shall be installed as required.  Demolish and remove two existing sidewalks and two existing concrete HVAC pads. An adjustment of minus $ 156,200.00 (One hundred, fifty-six thousand, two hundred dollars and no cents) will be made to your previously adjusted contract amount.

Amount of this Change Order is minus - **$ 279,150.00**

| | |
|---|---|
| Original Amount of Contract: | $ 803,323.91 |
| Amount of Change Order # 1&2 | $ 25,500.00 |
| Amount of Change Order # 3 | $ 00.00 |
| **Amount of Change Order # 4** | **- $ 279,150.00** |
| Adjusted Contract Amount | $ 549,673.91 |

V/R,

*George Molina*

George Molina
CSS, Project Manager

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA<br>for the Use and Benefit of<br>JERSEY SHORE AUTOMATION, INC.<br><br>Plaintiff,<br><br>vs.<br><br>CHUGACH SUPPORT SERVICES, INC., *et al.*<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C. A. No. 04-1416 (JJF) |

## DEFENDANTS' FIRST SET OF REQUESTS FOR ADMISSIONS TO PLAINTIFF JERSEY SHORE AUTOMATION, INC.


**EXHIBIT 4**



Chugach Support Services, Inc.

*Revised 1/28/04*

Date: November 12, 2003

Sub Name:    Jersey Shore Automation, Inc.

Sub Address: 1500 Meeting House Road
Sub Address: Sea Girt, New Jersey 08750

Subject:    **Delivery Order with Notice to Proceed**
            **Master Subcontract Agreement No.: 70-JSA-005**
            **Dover AFB SABER Contract Number: F07603-03-D0002**
            **Subcontractor's Delivery Order No.: 5019**
            **Project Title: Building 1272, Repair**
            **Accounting Code: 700376.019.0502.400.4000 S.**

1.  This Delivery Order with Notice to Proceed is issued in accordance with and subject to the terms and conditions of the subject Master Subcontract Agreement.

2.  The subcontractor shall provide all equipment, labor, material, and transportation necessary to do the following portions of the work as shown on the Technical Description and project drawings. This shall include daily cleanup of your work area and final cleanup of your portion of the work in order to maintain a neat appearance.

The scope of work for this project is as follows: Jersey Shore Automation shall furnish all plant, labor, equipment, materials, and incidentals unless otherwise specified. No alterations, additions, or deletions shall be made unless approved by Chugach Support Services Inc. Jersey Shore Automation shall field verify all needed items and measurements. Any unusual occurrences or abnormalities encountered with the existing site will be immediately reported to Chugach Support Services Inc. Work will stop in that area until a ruling is made by the government and communicated through Chugach Support Services Inc. on how to proceed. All work shall meet or exceed acceptable BOCA standards, National Electrical Code, and the standards of the United States Air Force. Jersey Shore Automation will provide all required submittal data and documentation required by Chugach Support Service's master contract agreement.

1. This project is in three phases. The first phase is to demo all areas needed to gain access to water pipes for asbestos abatement. This work has been accomplished. Second phase is the asbestos abatement. Currently the government has an abatement contractor in there and their completion date is set for 9 Dec 2003. Third phase is the repair work which is your work.
2. Jersey Shore Automation's work consists of all demo work required to gut the building so remodeling can proceed.
3. Chugach Support Services has provided a dumpster for the phase one work. The dumpster is not yet full. You are free to use this dumpster for your waste until it is full. Chugach Support Services will pay for this dumpster with no burden to you. After this dumpster is pulled from the site it will be your responsibility to provide means for your waste disposal.

4. The project consists of, but is not limited to the following requirements to renovate the interior of building 1272, install a new Standing Seam Metal Roof (SSMR) system and provide a new lightning protection system for this facility.

a. Mechanical Room

(1) Demolish existing hot water boiler and all associated heating pipes and heaters throughout the facility.

(2) Demolish all unused electrical panels and equipment.

(3) Demolish the existing exhaust fan in its entirety and patch the roof penetration.

(4) Demolish three (3) existing louvers in the north wall of the mechanical room and patch with CMU block.

(5) Replace one (1) louver in the west wall and replace with a motor controlled louver activated by the new oil furnace.

(6) Relocate the existing hot water heater within the new mechanical room area.

(7) Demolish two (2) raised concrete slab sections and patch floor.

(8) Construct a new CMU block wall approximately twelve (12) feet from the exterior mechanical room wall.

(9) Demolish all light fixtures.

(10) Install two (2) new doorways between the existing mechanical room and the office area as shown on attached drawing.

(11) Construct a new metal stud wall to divide the old mechanical room area in half.

(12) Install new drywall, suspended ceiling with recessed lighting, receptacles, communication boxes and carpeting with base cove molding in the two new offices created in (11) above.

(13) Install new light fixtures in the mechanical room.

b. Office Area

(1) Demolish existing fixtures in the bathroom.

(2) Demolish all doors and doorframes in the office area.

(3) Demolish small communications closet in the current break room.

(4) Demolish existing suspended ceiling and light fixtures.

(5) Demolish all floor coverings.

(6) Remove existing burlap wainscoting and repair all drywall walls.

(7) Repair all damaged walls due to heating pipes demolition.

(8) Construct two (2) new metal stud walls in the current break room and cut out one (1) new doorway as annotated on attached drawing.

(9) Install new doors and frames for all offices.

(10) Install new suspended ceiling system with new recessed lighting.

(11) Install ceramic tile on the walls of the latrine and paint all other walls in the office area.

(12) Install new floor coverings and base cove molding throughout the office area: ceramic tile in the latrine, vinyl tile in the break room and carpet in the remaining areas.

(13) Install new fixtures in the latrine, to include an exhaust fan.

(14) Install new sink and counter in break room as annotated on drawing number 2. Relocate the existing receptacle wiring to accommodate the new counter and install a GFI receptacle.

(15) Replace one electrical panel in the maintenance bay.

(16) Relocate the existing twist lock receptacle used for the network equipment to the opposite wall.

(17) Relocate the existing fire alarm switch to a location near the main entrance.

c. Other Construction

(1) Replace all exterior personnel doors, frames, closers and locks. All exterior doors shall be standard 1 ¾-inch thick, hollow metal, industrial-type construction with a

minimum 14- guage skin thickness, internally reinforced with continuous vertical steel stiffeners spaced 6 inches on center. The door bucks, frames, and keepers shall be rigidly anchored and provided with anti-spread filler reinforced to prevent disengagement of the lock bolt by prying or jacking of the door frame. Door frames shall be designed and installed in a manner that prevents removal of the frame facing. Door hinges shall be located on the inside and shall be of the fixed-pin security type or equivalent. The two (2) doors leading to the Maintenance Area shall have panic hardware installed on the interior with no door handles, knobs or pulls on the exterior. The four (4) personnel doors leading to the office area and mechanical room shall have panic hardware on the inside and standard heavy duty locks on the exterior. Mechanical room doors shall be keyed to match the standard mechanical room key.
(2) Install new Trane HVAC system to serve entire facility with separate controls, one for the office areas and one for the maintenance and recreation areas.
(3) Install new SSMR system complete with gutters, downspouts, splash blocks, snow bars and R-30 fiberglass insulation batts installed over existing roof. New roof system shall be vented.
(4) Install lightning protection system as shown on attached drawings.
(5) Install security hasp (government provided equipment)on the office side of the sliding explosion door separating the maintenance and office areas.

> (Also see attached the four page statement of work from the government for this delivery order)

3. It is agreed that the amount of the subcontractor's contract for this project is Two Hundred Thirty thousand dollars $230,000.00 this price includes tax and all other costs required for completing the specified scope of work.

4. Please note that General Wage Decision No. DE020009. The wage scale attached is the required wage board to be used for this project and should be reflected on your weekly certified payroll submittal.

   FAR Clause 52.211-12. Liquidated Damages – Construction is applicable to this delivery order.

   a) If the Subcontractor fails to complete the work within the time specified in the contract, the subcontractor shall pay liquidated damages to Chugach Support Services in the amount of $223.28 for each calendar day of delay until the work is completed for accepted.

   b) If Chugach Support Services terminates the subcontractor's right to proceed, Liquidated damages will continue to accrue until the work is completed. These liquidated damages are in the addition to excess cost of repurchase under the termination clause.

5. Your portion of the work shall begin no later than 11/12/03 and shall be completed by 04/26/03_unless otherwise directed. Subcontractor is bound by the Contractor's Schedule of Work and Project Schedule. The contractor is advised there is a high probability that there will be at least indefinite suspension of work requirement issued during the performance of work on this project.

6. There shall be no changes to the dollar amount or completion date of this contract unless approved in writing by the undersigned. If the need arises for an addition or deletion in the scope of work that results in a cost impact, a Change Order will be issued to adjust the total contract amount in accordance with the terms set forth in the Master Subcontract Agreement.

7. Please note that delays can be experienced while working on military installations. These delays do not necessarily warrant a Change Order.

8. If you have not already done so, please complete the following actions within four days of receipt of this Delivery Order and Notice to Proceed

   a) **Sign and return one copy** of this Delivery Order with Notice to Proceed to Chugach Support Services.

   b) Provide a **Site Specific Safety Plan** to this office for if requested by the Safety Manager. You are reminded that **hardhats** will be worn at **all** times on job sites.

   c) Submit a **Statement and Acknowledgement (Form 1413)** to this office for any lower tier subcontractors.

   d) Submit a current **Certificate of Insurance** to this office naming Chugach Support Services, Inc. as additional insured in accordance with the terms of the Master Subcontract Agreement, if you do not have a current certificate already on file.

9. In order to be paid promptly, you must do the following:

   a) Submit a Progress Billing for Subcontractor (Exhibit "A" of Master Subcontract Agreement) with each invoice.

   b) Submit a **Partial and/or Final Release and Waiver of Lien** with each invoice.

   c) During construction, submit **Certified Payroll Reports** to site office no later than 2:00 p.m. of the Tuesday following each pay period.

   c) Submit MSDS' and quantities for **all chemicals entering or leaving the base.** These must be submitted to our office at least **seven (7) days** prior to bringing materials on the base.

10. Our site office is located at Building 447 Tuckegge Street on Dover Air Force Base. Our mailing address is:

    Chugach Support Services, Inc.
    Post Office Box 02049
    DAFB, DE. 19902

Please don't hesitate to call or stop by if we can assist you in any way.

All terms and conditions in the Master Subcontract Agreement # 70-JSA-005 signed on May 20, 2003 are incorporated herein.

Receipt acknowledged
This _20_ day of _NOVEMBER_, 2003.
By: _____
Jersey Shore Automation, Inc.


Receipt acknowledged
this _18th_ day of _____, 2003.
By: _____
Robert P. Hafey,
Project Manager
Chugach Support Services



Chugach Support Services, Inc.

Revised 1/28/04

Date: November 12, 2003

Sub Name:    Jersey Shore Automation, Inc.

Sub Address: 1500 Meeting House Road
Sub Address: Sea Girt, New Jersey 08750

Subject:    **Delivery Order with Notice to Proceed**
**Master Subcontract Agreement No.: 70-JSA-005**
**Dover AFB SABER Contract Number: F07603-03-D0002**
**Subcontractor's Delivery Order No.: 5019**
**Project Title:  Building 1272, Repair**
**Accounting Code:  700376.019.0502.400.4000 S.**

1. This Delivery Order with Notice to Proceed is issued in accordance with and subject to the terms and conditions of the subject Master Subcontract Agreement.

2. The subcontractor shall provide all equipment, labor, material, and transportation necessary to do the following portions of the work as shown on the Technical Description and project drawings. This shall include daily cleanup of your work area and final cleanup of your portion of the work in order to maintain a neat appearance.

The scope of work for this project is as follows: Jersey Shore Automation shall furnish all plant, labor, equipment, materials, and incidentals unless otherwise specified. No alterations, additions, or deletions shall be made unless approved by Chugach Support Services Inc. Jersey Shore Automation shall field verify all needed items and measurements. Any unusual occurrences or abnormalities encountered with the existing site will be immediately reported to Chugach Support Services Inc. Work will stop in that area until a ruling is made by the government and communicated through Chugach Support Services Inc. on how to proceed. All work shall meet or exceed acceptable BOCA standards, National Electrical Code, and the standards of the United States Air Force. Jersey Shore Automation will provide all required submittal data and documentation required by Chugach Support Service's master contract agreement.

1. This project is in three phases. The first phase is to demo all areas needed to gain access to water pipes for asbestos abatement. This work has been accomplished. Second phase is the asbestos abatement. Currently the government has an abatement contractor in there and their completion date is set for 9 Dec 2003. Third phase is the repair work which is your work.
2. Jersey Shore Automation's work consists of all demo work required to gut the building so remodeling can proceed.
3. Chugach Support Services has provided a dumpster for the phase one work. The dumpster is not yet full. You are free to use this dumpster for your waste until it is full. Chugach Support Services will pay for this dumpster with no burden to you. After this dumpster is pulled from the site it will be your responsibility to provide means for your waste disposal.

4. The project consists of, but is not limited to the following requirements to renovate the interior of building 1272, install a new Standing Seam Metal Roof (SSMR) system and provide a new lightning protection system for this facility.

a. Mechanical Room

(1) Demolish existing hot water boiler and all associated heating pipes and heaters throughout the facility.

(2) Demolish all unused electrical panels and equipment.

(3) Demolish the existing exhaust fan in its entirety and patch the roof penetration.

(4) Demolish three (3) existing louvers in the north wall of the mechanical room and patch with CMU block.

(5) Replace one (1) louver in the west wall and replace with a motor controlled louver activated by the new oil furnace.

(6) Relocate the existing hot water heater within the new mechanical room area .

(7) Demolish two (2) raised concrete slab sections and patch floor.

(8) Construct a new CMU block wall approximately twelve (12) feet from the exterior mechanical room wall.

(9) Demolish all light fixtures.

(10) Install two (2) new doorways between the existing mechanical room and the office area as shown on attached drawing.

(11) Construct a new metal stud wall to divide the old mechanical room area in half.

(12) Install new drywall, suspended ceiling with recessed lighting, receptacles, communication boxes and carpeting with base cove molding in the two new offices created in (11) above.

(13) Install new light fixtures in the mechanical room.

b. Office Area

(1) Demolish existing fixtures in the bathroom.

(2) Demolish all doors and doorframes in the office area.

(3) Demolish small communications closet in the current break room.

(4) Demolish existing suspended ceiling and light fixtures.

(5) Demolish all floor coverings.

(6) Remove existing burlap wainscoting and repair all drywall walls.

(7) Repair all damaged walls due to heating pipes demolition.

(8) Construct two (2) new metal stud walls in the current break room and cut out one (1) new doorway as annotated on attached drawing.

(9) Install new doors and frames for all offices.

(10) Install new suspended ceiling system with new recessed lighting.

(11) Install ceramic tile on the walls of the latrine and paint all other walls in the office area.

(12) Install new floor coverings and base cove molding throughout the office area: ceramic tile in the latrine, vinyl tile in the break room and carpet in the remaining areas.

(13) Install new fixtures in the latrine, to include an exhaust fan.

(14) Install new sink and counter in break room as annotated on drawing number 2. Relocate the existing receptacle wiring to accommodate the new counter and install a GFI receptacle.

(15) Replace one electrical panel in the maintenance bay.

(16) Relocate the existing twist lock receptacle used for the network equipment to the opposite wall.

(17) Relocate the existing fire alarm switch to a location near the main entrance.

c. Other Construction

(1) Replace all exterior personnel doors, frames, closers and locks. All exterior doors shall be standard 1 ¾-inch thick, hollow metal, industrial-type construction with a

minimum 14- guage skin thickness, internally reinforced with continuous vertical steel stiffeners spaced 6 inches on center. The door bucks, frames, and keepers shall be rigidly anchored and provided with anti-spread filler reinforced to prevent disengagement of the lock bolt by prying or jacking of the door frame. Door frames shall be designed and installed in a manner that prevents removal of the frame facing. Door hinges shall be located on the inside and shall be of the fixed-pin security type or equivalent. The two (2) doors leading to the Maintenance Area shall have panic hardware installed on the interior with no door handles, knobs or pulls on the exterior. The four (4) personnel doors leading to the office area and mechanical room shall have panic hardware on the inside and standard heavy duty locks on the exterior. Mechanical room doors shall be keyed to match the standard mechanical room key.
(2) Install new Trane HVAC system to serve entire facility with separate controls, one f[...] the office areas and one for the maintenance and recreation areas.
(3) Install new SSMR system complete with gutters, downspouts, splash blocks, snow bars and R-30 fiberglass insulation batts installed over existing roof. New roof system shall be vented.
(4) Install lightning protection system as shown on attached drawings.
(5) Install security hasp (government provided equipment) on the office side of the sliding explosion door separating the maintenance and office areas.



(Also see attached the four page statement of work from the government for this delivery order)

3.  It is agreed that the amount of the subcontractor's contract for this project is Two Hundred Thirty thousand dollars $230,000.00 this price includes tax and all other costs required for completing the specified scope of work.

4.  Please note that General Wage Decision No. DE020009. The wage scale attached is the required wage board to be used for this project and should be reflected on your weekly certified payroll submittal.

FAR Clause 52.211-12. Liquidated Damages – Construction is applicable to this delivery order.

a)  If the Subcontractor fails to complete the work within the time specified in the contract, the subcontractor shall pay liquidated damages to Chugach Support Services in the amount of $223.28 for each calendar day of delay until the work is completed for accepted.

b)  If Chugach Support Services terminates the subcontractor's right to proceed, Liquidated damages will continue to accrue until the work is completed. These liquidated damages are in the addition to excess cost of repurchase under the termination clause.

5.  Your portion of the work shall begin no later than 11/12/03 and shall be completed by 04/26/03 unless otherwise directed. Subcontractor is bound by the Contractor's Schedule of Work and Project Schedule. The contractor is advised there is a high probability that there will be at least indefinite suspension of work requirement issued during the performance of work on this project.

6. There shall be no changes to the dollar amount or completion date of this contract unless approved in writing by the undersigned. If the need arises for an addition or deletion in the scope of work that results in a cost impact, a Change Order will be issued to adjust the total contract amount in accordance with the terms set forth in the Master Subcontract Agreement.

7. Please note that delays can be experienced while working on military installations. These delays do not necessarily warrant a Change Order.

8. If you have not already done so, please complete the following actions within four days of receipt of this Delivery Order and Notice to Proceed

a) **Sign and return one copy** of this Delivery Order with Notice to Proceed to Chugach Support Services.

b) Provide a **Site Specific Safety Plan** to this office for if requested by the Safety Manager. You are reminded that **hardhats will be worn at all times on job sites.**

c) Submit a **Statement and Acknowledgement (Form 1413)** to this office for any lower tier subcontractors.

d) Submit a current **Certificate of Insurance** to this office naming Chugach Support Services, Inc. as additional insured in accordance with the terms of the Master Subcontract Agreement, if you do not have a current certificate already on file.

9. In order to be paid promptly, you must do the following:

a) Submit a **Progress Billing for Subcontractor (Exhibit "A"** of Master Subcontract Agreement) with each invoice.

b) Submit a **Partial and/or Final Release and Waiver of Lien** with each invoice.

c) During construction, submit **Certified Payroll Reports** to site office no later than 2:00 p.m. of the Tuesday following each pay period.

c) Submit **MSDS'** and quantities for **all chemicals entering or leaving the base.** These must be submitted to our office at least seven (7) days prior to bringing materials on the base.

10. Our site office is located at Building 447 Tuckegge Street on Dover Air Force Base. Our mailing address is:

> Chugach Support Services, Inc.
> Post Office Box 02049
> DAFB, DE. 19902

Please don't hesitate to call or stop by if we can assist you in any way.

All terms and conditions in the Master Subcontract Agreement # 70-JSA-005 signed on May 20, 2003 are incorporated herein.


Receipt acknowledged
This 20 day of NOVEMBER, 2003.
By: _____
Jersey Shore Automation, Inc.


Receipt acknowledged
this 18th day of July, 2003.
By: _____
Robert P. Hafey
Project Manager
Chugach Support Services