

ugach Support Services, Inc.

Date: November 12, 2003

Sub Name:    Jersey Shore Automation, Inc.

Sub Address: 1500 Meeting House Road
Sub Address: Sea Girt, New Jersey 08750

**Subject:    Delivery Order with Notice to Proceed**
**Master Subcontract Agreement No.: 70-JSA-005**
**Dover AFB SABER Contract Number: F07603-03-D0002**
**Subcontractor's Delivery Order No.: 5019**
**Project Title: Building 1272, Repair**
**Accounting Code: 700376.019.0502.400.4000 S.**

1.  This Delivery Order with Notice to Proceed is issued in accordance with and subject to the terms and conditions of the subject Master Subcontract Agreement.

2.  The subcontractor shall provide all equipment, labor, material, and transportation necessary to do the following portions of the work as shown on the Technical Description and project drawings. This shall include daily cleanup of your work area and final cleanup of your portion of the work in order to maintain a neat appearance.

The scope of work for this project is as follows: Jersey Shore Automation shall furnish all plant, labor, equipment, materials, and incidentals unless otherwise specified. No alterations, additions, or deletions shall be made unless approved by Chugach Support Services Inc. Jersey Shore Automation shall field verify all needed items and measurements. Any unusual occurrences or abnormalities encountered with the existing site will be immediately reported to Chugach Support Services Inc. Work will stop in that area until a ruling is made by the government and communicated through Chugach Support Services Inc. on how to proceed. All work shall meet or exceed acceptable BOCA standards, National Electrical Code, and the standards of the United States Air Force. Jersey Shore Automation will provide all required submittal data and documentation required by Chugach Support Service's master contract agreement.

1. This project is in three phases. The first phase is to demo all areas needed to gain access to water pipes for asbestos abatement. This work has been accomplished. Second phase is the asbestos abatement. Currently the government has an abatement contractor in there and their completion date is set for 9 Dec 2003. Third phase is the repair work which is your work.
2. Jersey Shore Automation's work consists of all demo work required to gut the building so remodeling can proceed.
3. Chugach Support Services has provided a dumpster for the phase one work. The dumpster is not yet full. You are free to use this dumpster for your waste until it is full. Chugach Support Services will pay for this dumpster with no burden to you. After this dumpster is pulled from the site it will be your responsibility to provide means for your waste disposal.

4. The project consists of, but is not limited to the following requirements to renovate the interior of building 1272, install a new Standing Seam Metal Roof (SSMR) system and provide a new lightning protection system for this facility.

a. Mechanical Room

(1) Demolish existing hot water boiler and all associated heating pipes and heaters throughout the facility.

(2) Demolish all unused electrical panels and equipment.

(3) Demolish the existing exhaust fan in its entirety and patch the roof penetration.

(4) Demolish three (3) existing louvers in the north wall of the mechanical room and patch with CMU block.

(5) Replace one (1) louver in the west wall and replace with a motor controlled louver activated by the new oil furnace.

(6) Relocate the existing hot water heater within the new mechanical room area.

(7) Demolish two (2) raised concrete slab sections and patch floor.

(8) Construct a new CMU block wall approximately twelve (12) feet from the exterior mechanical room wall.

(9) Demolish all light fixtures.

(10) Install two (2) new doorways between the existing mechanical room and the office area as shown on attached drawing.

(11) Construct a new metal stud wall to divide the old mechanical room area in half.

(12) Install new drywall, suspended ceiling with recessed lighting, receptacles, communication boxes and carpeting with base cove molding in the two new offices created in (11) above.

(13) Install new light fixtures in the mechanical room.

b. Office Area

(1) Demolish existing fixtures in the bathroom.

(2) Demolish all doors and doorframes in the office area.

(3) Demolish small communications closet in the current break room.

(4) Demolish existing suspended ceiling and light fixtures.

(5) Demolish all floor coverings.

(6) Remove existing burlap wainscoting and repair all drywall walls.

(7) Repair all damaged walls due to heating pipes demolition.

(8) Construct two (2) new metal stud walls in the current break room and cut out one (1) new doorway as annotated on attached drawing.

(9) Install new doors and frames for all offices.

(10) Install new suspended ceiling system with new recessed lighting.

(11) Install ceramic tile on the walls of the latrine and paint all other walls in the office area.

(12) Install new floor coverings and base cove molding throughout the office area: ceramic tile in the latrine, vinyl tile in the break room and carpet in the remaining areas.

(13) Install new fixtures in the latrine, to include an exhaust fan.

(14) Install new sink and counter in break room as annotated on drawing number 2. Relocate the existing receptacle wiring to accommodate the new counter and install a GFI receptacle.

(15) Replace one electrical panel in the maintenance bay.

(16) Relocate the existing twist lock receptacle used for the network equipment to the opposite wall.

(17) Relocate the existing fire alarm switch to a location near the main entrance.

c. Other Construction

(1) Replace all exterior personnel doors, frames, closers and locks. All exterior doors shall be standard 1 ¾-inch thick, hollow metal, industrial-type construction with a

minimum 14- guage skin thickness, internally reinforced with continuous vertical steel stiffeners spaced 6 inches on center. The door bucks, frames, and keepers shall be rigidly anchored and provided with anti-spread filler reinforced to prevent disengagement of the lock bolt by prying or jacking of the door frame. Door frames shall be designed and installed in a manner that prevents removal of the frame facing. Door hinges shall be located on the inside and shall be of the fixed-pin security type or equivalent. The two (2) doors leading to the Maintenance Area shall have panic hardware installed on the interior with no door handles, knobs or pulls on the exterior. The four (4) personnel doors leading to the office area and mechanical room shall have panic hardware on the inside and standard heavy duty locks on the exterior. Mechanical room doors shall be keyed to match the standard mechanical room key.
(2) Install new Trane HVAC system to serve entire facility with separate controls, one for the office areas and one for the maintenance and recreation areas.
(3) Install new SSMR system complete with gutters, downspouts, splash blocks, snow bars and R-30 fiberglass insulation batts installed over existing roof. New roof system shall be vented.
(4) Install lightning protection system as shown on attached drawings.
(5) Install security hasp (government provided equipment)on the office side of the sliding explosion door separating the maintenance and office areas.

      (Also see attached the four page statement of work from the government for this delivery order)

3. It is agreed that the amount of the subcontractor's contract for this project is Two Hundred Thirty thousand dollars $230,000.00 this price includes tax and all other costs required for completing the specified scope of work.

4. Please note that General Wage Decision No. DE020009. The wage scale attached is the required wage board to be used for this project and should be reflected on your weekly certified payroll submittal.

   FAR Clause 52.211-12. Liquidated Damages – Construction is applicable to this delivery order.

  a) If the Subcontractor fails to complete the work within the time specified in the contract, the subcontractor shall pay liquidated damages to Chugach Support Services in the amount of $223.28 for each calendar day of delay until the work is completed for accepted.

  b) If Chugach Support Services terminates the subcontractor's right to proceed, Liquidated damages will continue to accrue until the work is completed. These liquidated damages are in the addition to excess cost of repurchase under the termination clause.

5. Your portion of the work shall begin no later than 11/12/03 and shall be completed by 04/26/0 unless otherwise directed. Subcontractor is bound by the Contractor's Schedule of Work and Project Schedule. The contractor is advised there is a high probability that there will be at least indefinite suspension of work requirement issued during the performance of work on this project.

6. There shall be no changes to the dollar amount or completion date of this contract unless approved in writing by the undersigned. If the need arises for an addition or deletion in the scope of work that results in a cost impact, a Change Order will be issued to adjust the total contract amount in accordance with the terms set forth in the Master Subcontract Agreement.

7. Please note that delays can be experienced while working on military installations. These delays do not necessarily warrant a Change Order.

8. If you have not already done so, please complete the following actions within four days of receipt of this Delivery Order and Notice to Proceed

a) **Sign and return one copy** of this Delivery Order with Notice to Proceed to Chugach Support Services.

b) Provide a **Site Specific Safety Plan** to this office for if requested by the Safety Manager. You are reminded that **hardhats** will be worn at all times on job sites.

c) Submit a **Statement and Acknowledgement (Form 1413)** to this office for any lower tier subcontractors.

d) Submit a current **Certificate of Insurance** to this office naming Chugach Support Services, Inc. as additional insured in accordance with the terms of the Master Subcontract Agreement, if you do not have a current certificate already on file.

9. In order to be paid promptly, you must do the following:

   a) Submit a Progress Billing for Subcontractor (Exhibit "A" of Master Subcontract Agreement) with each invoice.

   b) Submit a **Partial and/or Final Release and Waiver of Lien** with each invoice.

   c) During construction, submit **Certified Payroll Reports** to site office no later than 2:00 p.m. of the Tuesday following each pay period.

   c) Submit MSDS' and quantities for **all chemicals entering or leaving the base**. These must be submitted to our office at least seven (7) days prior to bringing materials on the base.

10. Our site office is located at Building 447 Tuckegge Street on Dover Air Force Base. Our mailing address is:

    Chugach Support Services, Inc.
    Post Office Box 02049
    DAFB, DE. 19902.

Please don't hesitate to call or stop by if we can assist you in any way.

All terms and conditions in the Master Subcontract Agreement # 70-JSA-005 signed on May 20, 2003 are incorporated herein.


Receipt acknowledged
This _20_ day of _NOVEMBER_, 2003.
By: _____
Jersey Shore Automation, Inc.


Receipt acknowledged
this _18th_ day of _____, 2003.
By: _____
Robert P. Hafey
Project Manager
Chugach Support Services

Project No. 041013                Delivery Order No. F07603-03-D0002/                26 Aug 03

Title: Repair Munitions Maintenance Facility 1272

## STATEMENT OF WORK (SOW)

1. The scope of work for this project is as follows in this Statement of Work (SOW). Any codes referenced shall constitute a part of these specifications along with commercial industry standards unless otherwise specified herein. The contractor shall furnish all plant, labor, equipment, materials, and incidentals unless otherwise specified. No alterations, additions, or deletions shall be made unless prior approval is given in writing by the Contracting Officer (CO). The contractor shall thoroughly review the scope of work for constructability and advise of possible problem areas prior to Delivery Order (DO) negotiations. The contractor shall field verify all needed items and measurements. Under no circumstances is the contractor to begin any work until a DO is issued by the CO. All work must be in accordance with SABER Technical Specifications. Any discrepancies shall be immediately brought to the attention of the CO. All material shall match existing in color, size, shape, texture, content, etc. unless otherwise approved in writing by the CO. All work shall meet or exceed acceptable BOCA standards, National Electrical Code and the standards of the United States Air Force. The contractor shall provide a minimum of two working days notification prior to initially starting on-site work and prior to restarting on-site work following any discontinuance lasting more than five days. Upon completion of work, the project shall be suitable for its intended use.

2. The contractor's proposal must be supported by necessary documentation to indicate that engineering and planning to accomplish the delivery order requirements have been done. Documentation that shall be submitted with the proposal includes, but is not limited to, a detailed cost estimate, and an execution narrative. The documentation shall be used to support and verify the contractor's cost estimate and proposed construction methods.

3. Submittal Register: See Attachment 1.

4. Mandatory Verification Schedule: See Attachment 2.

5. Schedule of Drawings, Sketches and/or Pictures: See Attachment 3. Existing drawings are available at building 600. Review must be coordinated through the SABER Project Manager.

6. Performance Requirements Schedule: See Attachment 4.

7. Government Furnished Property Schedule: See Attachment 5.

8. USAF Welding, Cutting and Brazing Permit, AF Form 592, if required shall be obtained before any welding, cutting, or brazing is performed on site.

9. Applicable Wage Rates: Building

10. SABER Project Managers:

    a. Primary - Mr. Smith, 677-6831

    b. Alternate - Mr. Shore, 677-6828

11. AF Form 103, Work Clearance Request is not required for this project.

12. CAD drawings are required for as-builts. Detail where existing and new utility lines, controls, equipment and new or modified structures are installed.

Project No. 041013                Delivery Order No. F07603-03-D0002/                26 Aug 03

Title: Repair Munitions Maintenance Facility 1272

## STATEMENT OF WORK (SOW)

13. PROJECT DESCRIPTION: The project consists of, but is not limited to the following requirements to renovate the interior of building 1272, install a new Standing Seam Metal Roof (SSMR) system and provide a new lightning protection system for this facility.

   a. Mechanical Room

   (1) Demolish existing hot water boiler and all associated heating pipes and heaters throughout the facility.

   (2) Demolish all unused electrical panels and equipment.

   (3) Demolish the existing exhaust fan in its entirety and patch the roof penetration.

   (4) Demolish three (3) existing louvers in the north wall of the mechanical room and patch with CMU block.

   (5) Replace one (1) louver in the west wall and replace with a motor controlled louver activated by the new oil furnace.

   (6) Relocate the existing hot water heater within the new mechanical room area (see SK-1).

   (7) Demolish two (2) raised concrete slab sections and patch floor.

   (8) Construct a new CMU block wall approximately twelve (12) feet from the exterior mechanical room wall.

   (9) Demolish all light fixtures.

   (10) Install two (2) new doorways between the existing mechanical room and the office area as shown on attached drawing.

   (11) Construct a new metal stud wall to divide the old mechanical room area in half.

   (12) Install new drywall, suspended ceiling with recessed lighting, receptacles, communication boxes and carpeting with base cove molding in the two new offices created in (11) above.

   (13) Install new light fixtures in the mechanical room.

   b. Office Area

   (1) Demolish existing fixtures in the bathroom.

   (2) Demolish all doors and doorframes in the office area.

   (3) Demolish small communications closet in the current break room.

   (4) Demolish existing suspended ceiling and light fixtures.

   (5) Demolish all floor coverings.

   (6) Remove existing burlap wainscoting and repair all drywall walls.

   (7) Repair all damaged walls due to heating pipes demolition.

   (8) Construct two (2) new metal stud walls in the current break room and cut out one (1) new doorway as annotated on attached drawing.

JSA 009

Project No. 041013          Delivery Order No. F07603-03-D0002/          26 Aug 03

Title: Repair Munitions Maintenance Facility 1272

## STATEMENT OF WORK (SOW)

(9) Install new doors and frames for all offices.

(10) Install new suspended ceiling system with new recessed lighting.

(11) Install ceramic tile on the walls of the latrine and paint all other walls in the office area.

(12) Install new floor coverings and base cove molding throughout the office area: ceramic tile in the latrine, vinyl tile in the break room and carpet in the remaining areas.

(13) Install new fixtures in the latrine, to include an exhaust fan.

(14) Install new sink and counter in break room as annotated on drawing number 2. Relocate the existing receptacle wiring to accommodate the new counter and install a GFI receptacle.

(15) Replace one electrical panel in the maintenance bay.

(16) Relocate the existing twist lock receptacle used for the network equipment to the opposite wall.

(17) Relocate the existing fire alarm switch to a location near the main entrance.

c.  Other Construction

(1) Replace all exterior personnel doors, frames, closers and locks. All exterior doors shall be standard 1 ¾-inch thick, hollow metal, industrial-type construction with a minimum 14-guage skin thickness, internally reinforced with continuous vertical steel stiffeners spaced 6 inches on center. The door bucks, frames, and keepers shall be rigidly anchored and provided with anti-spread filler reinforced to prevent disengagement of the lock bolt by prying or jacking of the door frame. Door frames shall be designed and installed in a manner that prevents removal of the frame facing. Door hinges shall be located on the inside and shall be of the fixed-pin security type or equivalent. The two (2) doors leading to the Maintenance Area shall have panic hardware installed on the interior with no door handles, knobs or pulls on the exterior. The four (4) personnel doors leading to the office area and mechanical room shall have panic hardware on the inside and standard heavy duty locks on the exterior. Mechanical room doors shall be keyed to match the standard mechanical room key.

(2) Install new Trane HVAC system to serve entire facility with separate controls, one for the office areas and one for the maintenance and recreation areas.

(3) Install new SSMR system complete with gutters, downspouts, splash blocks, snow bars and R-30 fiberglass insulation batts installed over existing roof. New roof system shall be vented.

(4) Install lightning protection system as shown on attached drawings.

(5) Install security hasp on the office side of the sliding explosion door separating the maintenance and office areas.

gov't will provide

JSA 010

Project No. 041013                 Delivery Order No. F07603-03-D0002/                 26 Aug 03

Title: Repair Munitions Maintenance Facility 1272

## STATEMENT OF WORK (SOW)

14. SPECIFICATION REQUIREMENTS: SABER Technical Specifications are supplemented as follows for this specific delivery order. All work accomplished will be in accordance with the specifications and the appropriate standards, national and local codes.

   a. 01500, Hazardous Materials: Materials classified as hazardous by federal or state environmental rules, regulations or laws shall be handled and processed in accordance with those rules, regulations or laws. The contractor shall submit a list of all hazardous materials to be used during the project including estimated quantities at the beginning of the project. At the completion of the project, the contractor shall submit a list of actual quantities of hazardous materials used during the project.

   b. 01700, Close Out Of Project: The contractor shall turn over as-builts and the Real Property Accountability Checklist upon final inspection and acceptance of the project. The contractor shall turn in pumps, piping, scrap metal, and electrical materials in at DRMO, in accordance with DRMO procedures in the contract. The contractor shall dispose of all other construction debris as appropriate and in accordance with all Federal, State and local requirements.

   c. 02080, Asbestos Advisory: To the best of the Government's knowledge and records, all known asbestos will be removed from the facility (see attch 4, Performance Requirements Schedule); however, the Government cannot determine the status of areas which are hidden. Should suspicious material be encountered during the construction effort, report immediately to the SABER Manager and the CO. The Government will accomplish testing and advise the contractor how to proceed.

   d. 02090, Lead Advisory of Lead Based Paint: To the best of the Government's knowledge and records, the facility is free of lead based paint; however, the Government cannot determine the status of areas that are hidden. Should suspicious material be encountered during the construction effort, report immediately to the SABER Manager and the CO. The Government will accomplish testing and advise the contractor how to proceed.

   e. 07000, Thermal and Moisture Protection: The installer shall have a minimum of 2 years experience in projects of this nature and shall have been involved in installing at least 3 roofing projects that are of comparable size, scope, and complexity as this particular roofing project.

      (1) Roof panels, components, transitions, and assemblies shall be the products of the same manufacturer.

      (2) Steel panels shall be designed in accordance with AISI SG-673. The panels shall be capable of resisting a 300-pound concentrated load at midspan on a 24-inch wide section of deck. The panels shall support the combined dead load, concentrated load and/or wind load without buckling or permanent distortions; and the panel deflection shall not exceed 1/180th of the span between supports. Deflections shall be based on panels being continuous across two or more supports, the specified fastener spacing, and the ability of the panel to rotate freely on the support.

      (3) Roof panels shall be free to move in response to the expansion and contraction forces resulting from a total 200-degree temperature range during the life of the structure.

JSA 011

Project No. 041013                    Delivery Order No. F07603-03-D0002/                    26 Aug 03

Title: Repair Munitions Maintenance Facility 1272

STATEMENT OF WORK (SOW)

(4) Accessories shall be capable of resisting the specified design wind uplift loads and shall allow for movement of the roof panel system. Exposed fasteners shall not restrict free movement of the roof panel system resulting from thermal forces.

(5) Roof panels shall be steel and shall have a factory color finish. Roof deck assemblies shall be class 90 as defined in UL 580. Length of sheets shall be sufficient to cover the entire length of any unbroken roof slope. Width of sheets shall provide not more than 18 inches of coverage in place. SSMR with roofing panels greater than 12 inches in width shall have standing seams rolled during installation by an electrically driven seaming machine. Height of standing seams shall be not less than 2 inches. All sheets shall be either square-cut or miter-cut.

(6) Steel panels shall be aluminum-zinc alloy coated steel conforming to ASTM A- 792. Panels shall be 24-gauge minimum. Roof panels shall have a factory-applied finish on the exposed side. Color shall be the manufacturer's standard color most nearly matching the color indicated in Section 09000 of this SOW. The exterior coating shall be a nominal 1 mil thick consisting of a polyvinylidene fluoride topcoat or a baked-on fluoropolymer enamel topcoat of not less than 0.7 mil dry film thickness and the paint manufacturer's recommended primer of not less than 0.2 mil thick. The interior color finish shall consist of a backer coat with a dry film thickness of 0.5 mil.

(7) Bolts shall be at minimum 1/4-inch diameter, shouldered or plain shank as required, with locking washers and nuts. Blind screw-type expandable fasteners shall be not less than 1/4-inch diameter. Blind (pop) rivets shall be not less than 9/32-inch diameter.

(8) Except as stated below, sealant shall be elastomeric type containing no oil or asphalt. Exposed sealant shall cure to a rubber-like consistency. All sealant shall be the nonhardening type. Roof panel standing seam ribs shall have a continuous sealant that is factory installed. Gaskets and insulating compounds shall be non-absorptive and suitable for insulating contact points of incompatible materials. Insulating compounds shall be non-running after drying.

(9) Dissimilar materials that are not compatible when contacting each other shall be insulated from each other by means of gaskets or insulating compounds. Improper or misallocated drill holes shall be plugged with an oversize screw fastener and gasketed washer. Sheets with an excess of such holes or with such holes in critical locations shall not be used. Exposed surfaces and edges shall be kept clean and free from sealant, metal cuttings, hazardous burrs, and other foreign material. Stained, discolored, or damaged sheets shall be removed from the site.

(10) Roof panels shall be installed with the standing seams in the direction of the roof slope. The side seam connections for installed panels shall be completed at the end of each day's work. Method of applying joint sealant shall conform to the manufacturer's recommendation as needed to achieve a complete weather-tight installation. End laps, when approved by the Contracting Officer, shall be made over framing members. Closures, flashing, EPDM rubber boots and related accessories

JSA 012

Project No. 041013                  Delivery Order No. F07603-03-D0002/                  26 Aug 03

Title: Repair Munitions Maintenance Facility 1272

## STATEMENT OF WORK (SOW)

shall be installed according to the manufacturer's installation instructions. Fasteners shall not puncture covering sheets except as approved for flashing, closures, and trim.

(11) Exposed fasteners shall be installed in straight lines and shall be permitted only at the rakes, eaves, panel splices, and where required for the attachment of flashing, gutter and other similar accessories. Roofing panels may not be formed at the project site.

(12) Exposed SSMR shall be cleaned at completion of installation. Debris that could cause discoloration and harm to the panels, flashing, closures and other accessories shall be removed. Grease and oil films, excess sealant, and handling marks shall be removed and the work shall be scrubbed clean. Exposed metal surfaces shall be free of dents, creases, waves, scratch marks, and solder or weld marks. Immediately upon detection, abraded or corroded spots on shop-painted surfaces shall be wire brushed and touched up with the same material used for the shop coat. Factory color finished surfaces shall be touched up as necessary with the manufacturer's recommended touch up paint.

(13) Warranty: As a minimum, the contractor shall provide manufacturer's 10 year written warranty for the roofing system to include the roofing finish. The roofing system shall be guaranteed against leaks arising out of or caused by ordinary wear and tear by the elements for a period of not less than 10 years. Such guarantee shall start upon final acceptance of this work or the date the Government takes possession, whichever is earlier.

(14) Incorporate anchor bolt in the roof design and construction to comply with AFOSH safety standards for fall protection of maintenance crews.

f. 09000, Finishes: The following color schemes have been carefully selected and approved for use on this delivery order. Listed manufacturer's are for identification purposes only products by another manufacturer that meet the specified standards of color, pattern, and texture, will be considered. ICI, Glidden semi gloss ultra hide finish coat colors are:

(1) Trim/Roof/Gutters: ICI, Glidden, "Bald Eagle Brown"

(2) Siding/Downspouts/Doors: ICI, Gliddens, "Eagle Feather Tan"

g. 15950, Heating, Ventilation and Air Conditioning (HVAC): The contractor shall perform testing and balance of system. After the system is operating properly the contractor shall conduct a 4 hour training class for shop personal. This training shall be accomplished between the hours of 7 AM and 4 PM and scheduled two weeks in advance.

h. 15995, Commissioning of HVAC System: The contractor shall turn in a report covering the commissioning of HVAC in accordance with ETL-90-10 at the completion of the project.

i. 15000/16000 Mechanical and Electrical Nameplate Lettering: Lettering shall be cut or stamped into the nameplate to a depth of not less than 1/64 inch, and shall show a contrasting color, produced by filling with enamel or lacquer or by the use of a laminated material. Painting of lettering directly on surface is not permitted.

Project No. 041013                  Delivery Order No. F07603-03-D0002/                  26 Aug 03

Title: Repair Munitions Maintenance Facility 1272

## STATEMENT OF WORK (SOW)

    j.  16000, Electrical: All electrical work shall meet the National Electrical Codes and National Fire Protection Codes.

NOTE:   The manufacturer's installation instructions, pertaining to the use or installation of materials and/or equipment, used in the execution of work under this SOW forms a part of these specifications as though specifically set forth herein. In the event of conflict, the contractor shall bring the inconsistency to the attention of the CO for resolution, prior to proceeding with work required.

JSA 014

Project No. 041013          Delivery Order No. F07603-03-D0002/          26 Aug 03

Title: Repair Munitions Maintenance Facility 1272

Attachment 1

SUBMITTAL REGISTER

NOTE: Submittals shall be made on AF Form 3000 within the timeframe annotated on the DO. Each submittal item shall be listed separately on the form and corresponding item number on this schedule shall be listed in the "Description of Material" section of the form. Submittals required by specification and or drawing shall be made, regardless whether or not they are listed below. The type of submittal required for each item shall be identified by the following letter code:

A - Catalog Cuts/Technical Specifications     I - Manufacturer's Instructions/Manuals
B - Color Selection                           J - Material Safety Data Sheet
C - Sample                                    K - Warranty
D - Control Diagrams                          L - Grade
E - Certification                             M - Mix Formula
F - Delivery Tickets                          N - Source
G - Shop Drawings                             O - Other
H - Test Results

| ITEM NUMBER | ITEM DESCRIPTION | SUBMITTAL CODE | SPECIFICATION REFERENCE | DATE APPROVED BY C.O. |
|---|---|---|---|---|
| 1 To Be Submitted At Start Of Project. | Estimated Quantities of Hazardous Materials to be Used. | O, J | 01500 | |
| 2 To Be Submitted At Project Completion. | Actual Quantities of Hazardous Materials Used. | O | 01500 | |
| 3 | CAD Drawings for As-Builts | O | 01700 | |
| 4 | Real Property Accountability Checklist | O | 01700 | |
| 5 To Be Submitted Prior To Construction | Reflected Ceiling Plan, HVAC Plan, Electrical/Communications Plan | G Code G On CAD | 01300 | |
| 6 | SSMR System | A, B, E, K | 05000 | |
| 7 | Steel Framing | A, E, G | 05000 | |
| 8 | Gutter System | A, B | 05000 | |
| 9 | Snow Bars | A, B | 05000 | |

JSA 015

Project No. 041013            Delivery Order No. F07603-03-D0002/            26 Aug 03

Title: Repair Munitions Maintenance Facility 1272

Attachment 1

SUBMITTAL REGISTER

NOTE:  Submittals shall be made on AF Form 3000 within the timeframe annotated on the DO.
Each submittal item shall be listed separately on the form and corresponding item number on this
schedule shall be listed in the "Description of Material" section of the form.  Submittals required
by specification and or drawing shall be made, regardless whether or not they are listed below.
The type of submittal required for each item shall be identified by the following letter code:

A - Catalog Cuts/Technical Specifications
B - Color Selection
C - Sample
D - Control Diagrams
E - Certification
F - Delivery Tickets
G - Shop Drawings
H - Test Results

I - Manufacturer's Instructions/Manuals
J - Material Safety Data Sheet
K - Warranty
L - Grade
M - Mix Formula
N - Source
O - Other

| 10 | Base Molding | B | 06000 | |
| 11 | Wall and Ceiling Insulation | A, I | 07000 | |
| 12 | Personnel Doors, Frame and Hardware | A | 08000 | |
| 13 | Paint/Sealant | B | 09000 | |
| 14 | Ceramic Tile (Floor and Wall) | A, B | 09000 | |
| 15 | Carpet | A, B | 09000 | |
| 16 | Suspended Ceiling System | A, B | 09000 | |
| 17 | HVAC System (O – Calculations) | A, D, H, I, O | 15000 | |
| 18 | Latrine Fixtures and Accessories | A, B, I | 15000 | |
| 19 | Latrine Exhaust Fan/Light | A | 15000 | |
| 20 | Electric Panel | A | 16000 | |
| 21 | Light Fixtures | A | 16000 | |

JSA 016

Project No. 041013          Delivery Order No. F07603-03-D0002/                    26 Aug 03

Title: Repair Munitions Maintenance Facility 1272

Attachment 2

MANDATORY VERIFICATION SCHEDULE

The work listed herein requires mandatory verification by the SABER Project Manager before
any follow-on work is allowed to start.  The Contractor shall notify the SABER Project Manager
at least 24 hours prior to the desired verification date unless indicated otherwise below.

| WORK DESCRIPTION | SPECIFICATION REFERENCE | NOTIFICATION REQUIRED | DATE INSPECTION COMPLETED |
|---|---|---|---|
| Plumbing Rough-in | 15000 | 24 hrs | |
| Mechanical Rough-in | 15000 | 24 hrs | |
| Electrical Rough-in | 16000 | 24 hrs | |

JSA 017

Project No. 041013             Delivery Order No. F07603-03-D0002/                    26 Aug 03

Title: Repair Munitions Maintenance Facility 1272

Attachment 3

## SCHEDULE OF DRAWINGS, SKETCHES AND/OR PICTURES

| SHEET NUMBER | SHEET TITLE | DATE | DRAWING NUMBER |
|---|---|---|---|
| 1 | Floor Plans Building 1272 | 21 Aug 03 | SK-1 |
| 2 | Lightning Protection and Grounding Plan | 10 Jun 03 | SK-2 |
| 3 | Lightning Protection System Details | 10 Jun 03 | SK-3 |

The above drawings are not issued to the contractor on CAD.

JSA 018

Project No. 041013        Delivery Order No. F07603-03-D0002/        26 Aug 03

Title: Repair Munitions Maintenance Facility 1272

Attachment 4

### PERFORMANCE REQUIREMENTS SCHEDULE

Work is required to proceed in phases. Each phase must be completed, inspected and accepted for beneficial occupancy before the contractor proceeds to the next phase. The phases shall be completed as follows:

Phase 1 – Chugach will demolish all ceiling tiles and drywall to expose all hot water heating pipes throughout the facility.

Phase 2 – Asbestos abatement contractor will then abate all asbestos pipe insulation in the facility.

Phase 3 – Chugach will complete all required work on this contract.

JSA 019

Project No. 041013                Delivery Order No. F07603-03-D0002/                    26 Aug 03

Title: Repair Munitions Maintenance Facility 1272

Attachment 5

GOVERNMENT FURNISHED PROPERTY (GFP) SCHEDULE

| ITEM # | DESCRIPTION | CONDITION | QUANTITY | UNIT |
|--------|-------------|-----------|----------|------|
| 1 | Security Hasp | New | 1 | Pair |

Location of GFP is at the SABER Office, building 639.

The contractor shall complete a DD Form 1342, DOD Property Record, and return to the contracting officer prior to start of work.

Note: The contractor is responsible for the installation of the above item. At the time of delivery the contractor and SABER Project Manager will inspect all above items for damages, annotate damages and/or missing items, and provide documentation to the Contracting Officer and the Chief SABER Management

JSA 020