

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA<br>for the Use and Benefit of<br>JERSEY SHORE AUTOMATION, INC.<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CHUGACH SUPPORT SERVICES, INC., *et al.*<br><br>　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

C. A. No. 04-1416 (JJF)

**DEFENDANTS' FIRST SET OF REQUESTS FOR ADMISSIONS
TO PLAINTIFF JERSEY SHORE AUTOMATION, INC.**

**EXHIBIT 5**



*Chugach Support Services, Inc.*

Revised 1/20/04

Date: December 3, 2003

Sub Name:    Jersey Shore Automation, Inc.

Sub Address: 1500 Meeting House Road
Sub Address: Sea Girt, New Jersey 08750

**Subject:** **Delivery Order with Notice to Proceed**
**Master Subcontract Agreement No.: 70-JSA-005**
**Dover AFB SABER Contract Number: F07603-03-D0002**
**Subcontractor's Delivery Order No.: 5021**
**Project Title: Building 781, Interior Maint. Shop**
**Accounting Code: 700376.021.0970.400.4000 S.**

1. This Delivery Order with Notice to Proceed is issued in accordance with and subject to the terms and conditions of the subject Master Subcontract Agreement.

2. The subcontractor shall provide all equipment, labor, material, and transportation necessary to do the following portions of the work as shown on the Technical Description and project drawings. This shall include daily cleanup of your work area and final cleanup of your portion of the work in order to maintain a neat appearance.

Structural work will consist of construction of a new second floor over existing break room. Architectural work consists of concrete floor repair, resurfacing, painting of entire maintenance shop area, installation of new walls, windows, doors, ceramic tiles and painting. Mechanical work consists of new heating, ventilation, air conditioning; new gas piping, and new compressed air line piping system. Electrical work consists of new lighting, telephone lines and receptacles. BREAK ROOM: Chugach Support Services (CSS) will construct second floor using open web joist to support the second floor. Metal stairways will be fabricated and installed for primary and emergency egress. The second floor area shall have metal door, painted drywall, 2'x2' ceiling tiles, ceramic floor tiles, recessed lighting and emergency light fixture. Rooms will have power outlets, and telephone/data outlets. A new packaged air conditioning system shall be installed to serve the second floor and the first floor. The fire sprinkler system will be extended to the second floor addition.
MAINTENANCE AREA:
(1) CSS will repair and resurface approximately 16,500 square feet concrete floor area as annotated on the floor plan provided with SOW. Once repairs are made an industrial epoxy floor coating shall be applied to all resurfaced floor

areas. Work shall be done in two separate stages so the shop can remain in operation.

(2) We will demolish existing compressed air hose and piping. Then install new compressed air lines to connect the new and existing hose reels, and other air powered equipment.

(3) CSS will relocate three existing cord reels currently hanging from the ceiling of the shop to indicated locations

(4) Install new radiant gas heating type system to hanger area.

c. EXTERIOR AREA

(1) CSS will install gas line for the heating systems via a 4" main to the area, and then smaller service to the building.

> (Also see attached the four page statement of work from the government for this delivery order)

3. It is agreed that the amount of the subcontractor's contract for this project is Three hundred Twenty Eight thousand One Hundred Seventy Nine dollars (328,179.00) this price includes tax and all other costs required for completing the specified scope of work.

4. Please note that General Wage Decision No. DE020009. The wage scale attached is the required wage board to be used for this project and should be reflected on your weekly certified payroll submittal.

FAR Clause 52.211-12. Liquidated Damages – Construction is applicable to this delivery order.

a) If the Subcontractor fails to complete the work within the time specified in the contract, the subcontractor shall pay liquidated damages to Chugach Support Services in the amount of $223.28 for each calendar day of delay until the work is completed for accepted.

b) If Chugach Support Services terminates the subcontractor's right to proceed, Liquidated damages will continue to accrue until the work is completed. These liquidated damages are in the addition to excess cost of repurchase under the termination clause.

5. Your portion of the work shall begin no later than 12/3/03 and shall be completed by 03/26/04 unless otherwise directed. Subcontractor is bound by the Contractor's Schedule of Work and Project Schedule. The contractor is advised there is a high probability that there will be at least indefinite suspension of work requirement issued during the performance of work on this project.

6. There shall be no changes to the dollar amount or completion date of this contract unless approved in writing by the undersigned. If the need arises for an addition or deletion in the scope of work that results in a cost impact, a Change Order will be

issued to adjust the total contract amount in accordance with the terms set forth in the Master Subcontract Agreement.

7. Please note that delays can be experienced while working on military installations. These delays do not necessarily warrant a Change Order.

8. If you have not already done so, please complete the following actions within four days of receipt of this Delivery Order and Notice to Proceed

a) **Sign and return one copy** of this Delivery Order with Notice to Proceed to Chugach Support Services.

b) Provide a **Site Specific Safety Plan** to this office for if requested by the Safety Manager. You are reminded that hardhats will be worn at all times on job sites.

c) Submit a **Statement and Acknowledgement (Form 1413)** to this office for any lower tier subcontractors.

d) Submit a current **Certificate of Insurance** to this office naming Chugach Support Services, Inc. as additional insured in accordance with the terms of the Master Subcontract Agreement, if you do not have a current certificate already on file.

9. In order to be paid promptly, you must do the following:

a) Submit a Progress Billing for Subcontractor (Exhibit "A" of Master Subcontract Agreement) with each invoice.

b) Submit a **Partial and/or Final Release and Waiver of Lien** with each invoice.

c) During construction, submit **Certified Payroll Reports** to site office no later than 2:00 p.m. of the Tuesday following each pay period.

c) Submit **MSDS'** and quantities for **all chemicals entering or leaving the base.** These must be submitted to our office at least seven (7) **days** prior to bringing materials on the base.

10. Our site office is located at Building 447 Tuckegge Street on Dover Air Force Base. Our mailing address is:

> Chugach Support Services, Inc.
> Post Office Box 02049
> DAFB, DE. 19902

Please don't hesitate to call or stop by if we can assist you in any way.

All terms and conditions in the Master Subcontract Agreement # 70-JSA-005 signed on May 20, 2003 are incorporated herein.

Receipt acknowledged
This _8ᵀᴴ_ day of _DECEMBER_, 2003.
By: _____
Jersey Shore Automation, Inc.


Receipt acknowledged
this _18ᵀᴴ_ day of _APRIL_, 2003.
By: _____
Robert P. Hafer
Project Manager
Chugach Support Services



**Chugach Support Services, Inc.**

Date: December 3, 2003

Sub Name:   Jersey Shore Automation, Inc.

Sub Address: 1500 Meeting House Road
Sub Address: Sea Girt, New Jersey 08750

Subject:    **Delivery Order with Notice to Proceed**
**Master Subcontract Agreement No.: 70-JSA-005**
**Dover AFB SABER Contract Number: F07603-03-D0002**
**Subcontractor's Delivery Order No.: 5021**
**Project Title: Building 781, Interior Maint. Shop**
**Accounting Code: 700376.021.0970.400.4000 S.**

1. This Delivery Order with Notice to Proceed is issued in accordance with and subject to the terms and conditions of the subject Master Subcontract Agreement.

2. The subcontractor shall provide all equipment, labor, material, and transportation necessary to do the following portions of the work as shown on the Technical Description and project drawings. This shall include daily cleanup of your work area and final cleanup of your portion of the work in order to maintain a neat appearance.

Structural work will consist of construction of a new second floor over existing break room. Architectural work consists of concrete floor repair, resurfacing, painting of entire maintenance shop area, installation of new walls, windows, doors, ceramic tiles and painting. Mechanical work consists of new heating, ventilation, air conditioning, new gas piping, and new compressed air line piping system. Electrical work consists of new lighting, telephone lines and receptacles. BREAK ROOM: Chugach Support Services (CSS) will construct second floor using open web joist to support the second floor. Metal stairways will be fabricated and installed for primary and emergency egress. The second floor area shall have metal door, painted drywall, 2'x2' ceiling tiles, ceramic floor tiles, recessed lighting and emergency light fixture. Rooms will have power outlets, and telephone/data outlets. A new packaged air conditioning system shall be installed to serve the second floor and the first floor. The fire sprinkler system will be extended to the second floor addition.
MAINTENANCE AREA:
(1) CSS will repair and resurface approximately 16,500 square feet concrete floor area as annotated on the floor plan provided with SOW. Once repairs are made an industrial epoxy floor coating shall be applied to all resurfaced floor

JSA 107

areas. Work shall be done in two separate stages so the shop can remain in operation.

(2) We will demolish existing compressed air hose and piping. Then install new compressed air lines to connect the new and existing hose reels, and other air powered equipment.

(3) CSS will relocate three existing cord reels currently hanging from the ceiling of the shop to indicated locations

(4) Install new radiant gas heating type system to hanger area.

c. EXTERIOR AREA

(1) CSS will install gas line for the heating systems via a 4" main to the area, and then smaller service to the building.

>    (Also see attached the four page statement of work from the government for this delivery order)

3.  It is agreed that the amount of the subcontractor's contract for this project is Three hundred Twenty Eight thousand One Hundred Seventy Nine dollars (328,179.00) this price includes tax and all other costs required for completing the specified scope of work.

4.  Please note that General Wage Decision No. DE020009. The wage scale attached is the required wage board to be used for this project and should be reflected on your weekly certified payroll submittal.

    FAR Clause 52.211-12. Liquidated Damages – Construction is applicable to this delivery order.

    a)  If the Subcontractor fails to complete the work within the time specified in the contract, the subcontractor shall pay liquidated damages to Chugach Support Services in the amount of $223.28 for each calendar day of delay until the work is completed for accepted.

    b)  If Chugach Support Services terminates the subcontractor's right to proceed, Liquidated damages will continue to accrue until the work is completed. These liquidated damages are in the addition to excess cost of repurchase under the termination clause.

5.  Your portion of the work shall begin no later than 12/3/03 and shall be completed by 03/26/04 unless otherwise directed.   Subcontractor is bound by the Contractor's Schedule of Work and Project Schedule. The contractor is advised there is a high probability that there will be at least indefinite suspension of work requirement issued during the performance of work on this project.

JSA 108

6.  There shall be no changes to the dollar amount or completion date of this contract unless approved in writing by the undersigned.  If the need arises for an addition or deletion in the scope of work that results in a cost impact, a Change Order will be

issued to adjust the total contract amount in accordance with the terms set forth in the Master Subcontract Agreement.

7. Please note that delays can be experienced while working on military installations. These delays do not necessarily warrant a Change Order.

8. If you have not already done so, please complete the following actions within four days of receipt of this Delivery Order and Notice to Proceed

   a) **Sign and return one copy** of this Delivery Order with Notice to Proceed to Chugach Support Services.

   b) Provide a **Site Specific Safety Plan** to this office for if requested by the Safety Manager. You are reminded that **hardhats** will be worn at **all** times on job sites.

   c) Submit a **Statement and Acknowledgement (Form 1413)** to this office for any lower tier subcontractors.

   d) Submit a current **Certificate of Insurance** to this office naming Chugach Support Services, Inc. as additional insured in accordance with the terms of the Master Subcontract Agreement, if you do not have a current certificate already on file.

9. In order to be paid promptly, you must do the following:

   a) Submit a Progress Billing for Subcontractor (Exhibit "A" of Master Subcontract Agreement) with each invoice.

   b) Submit a **Partial and/or Final Release and Waiver of Lien** with each invoice.

   c) During construction, submit **Certified Payroll Reports** to site office no later than 2:00 p.m. of the Tuesday following each pay period.

   c) Submit **MSDS'** and quantities for **all chemicals entering or leaving the base.** These must be submitted to our office at least **seven (7) days** prior to bringing materials on the base.

10. Our site office is located at Building 447 Tuckegge Street on Dover Air Force Base. Our mailing address is:

    Chugach Support Services, Inc.
    Post Office Box 02049
    DAFB, DE. 19902

Please don't hesitate to call or stop by if we can assist you in any way.

All terms and conditions in the Master Subcontract Agreement # 70-JSA-005 signed on May 20, 2003 are incorporated herein.


Receipt acknowledged
This _8.ᵀᴴ_ day of _DECEMBER_, 2003.
By: _____
Jersey Shore Automation, Inc.


Receipt acknowledged
this _____ day of _____, 2003.
By: _____
Robert P. Hafey
Project Manager
Chugach Support Services

Project No. 041028              Delivery Order No. F07603-03-D0002/                 15 Aug 03

Title: Repair Interior Maintenance Shop, Building 781

STATEMENT OF WORK (SOW)

1. The scope of work for this project is as follows in this Statement of Work (SOW). Any codes referenced shall constitute a part of these specifications along with commercial industry standards unless otherwise specified herein. The contractor shall furnish all plant, labor, equipment, materials, and incidentals unless otherwise specified. No alterations, additions, or deletions shall be made unless prior approval is given in writing by the Contracting Officer (CO). The contractor shall thoroughly review the scope of work for constructability and advise of possible problem areas prior to Delivery Order (DO) negotiations. The contractor shall field verify all needed items and measurements. Under no circumstances is the contractor to begin any work until a DO is issued by the CO. All work must be in accordance with SABER Technical Specifications. Any discrepancies shall be immediately brought to the attention of the CO. All material shall match existing in color, size, shape, texture, content, etc. unless otherwise approved in writing by the CO. All work shall meet or exceed acceptable BOCA standards, National Electrical Code and the standards of the United States Air Force. The contractor shall provide a minimum of two working days notification prior to initially starting on-site work and prior to restarting on-site work following any discontinuance lasting more than five days. Upon completion of work, the project shall be suitable for its intended use.

2. The contractor's proposal must be supported by necessary documentation to indicate that engineering and planning to accomplish the delivery order requirements have been done. Documentation that shall be submitted with the proposal includes, but is not limited to, drawings, a detailed cost estimate, and an execution narrative. The documentation shall be used to support and verify the contractor's cost estimate and proposed construction methods.

3. Submittal Register: See Attachment 1

4. Mandatory Verification Schedule: See Attachment 2

5. Schedule of Drawings, Sketches and/or Pictures: See Attachment 3. Existing drawings are available at building 600. Review must be coordinated through the SABER Project Manager.

6. Performance Requirements Schedule: See Attachment 4

7. Government Furnished Property Schedule: N/A

8. USAF Welding, Cutting and Brazing Permit, AF Form 592, if required shall be obtained before any welding, cutting, or brazing is performed on site.

9. Applicable Wage Rates: Building

10. SABER Project Managers:

    a. Primary – Mr. Madlangbayan, 677-2757

    b. Alternate – Mr. Shore, 677-2757

11. AF Form 103, Work Clearance Request is not required for this project.

12. CAD drawings are required for as-builts. Detail where existing and new utility lines, controls, equipment and new or modified structures are installed.

JSA 111

Project No. 041028          Delivery Order No. F07603-03-D0002/          15 Aug 03

Title: Repair Interior Maintenance Shop, Building 781

## STATEMENT OF WORK (SOW)

13. PROJECT DESCRIPTION: The project consists of, but is not limited to the modifications and repairs to the existing facility, building 781, at Dover Air Force Base, Delaware. Structural work consists of construction of a new second floor over existing break room. Architectural work consists of concrete floor repair, resurfacing, painting of entire maintenance shop area, installation of new walls, windows, doors, ceramic tiles and painting. Mechanical work consists of new heating, ventilation, air conditioning, new gas piping, and new compressed air line piping system. Electrical work consists of new lighting, telephone lines and receptacles.

   a. BREAK ROOM: Construct second floor, stairways, interior and exterior door, and windows. The first and second floor areas shall have painted drywall, 2'x2' ceiling tiles, ceramic floor tiles, recessed lighting with emergency light fixture, and power outlets. Remove existing hot water unit heater in the way of the new second floor. Install hot water baseboard heaters. A new packaged air conditioning system with hot water duct heater coil shall be installed to serve the first floor and second floor. Extend the fire sprinkler system to the second floor addition.

   b. MAINTENANCE AREA:

      (1) Repair and resurface approximately 16,500 square feet concrete floor area as annotated on the floor plan. Apply an industrial epoxy floor coating to all resurfaced floor areas. Work shall be done in two separate stages so the shop can remain in operation.

      (2) Demolish existing compressed air hose and piping. Install new compressed air lines. Install drop and connect the new and existing hose reels, and other air powered equipment.

      (3) Remove three existing cord reels currently hanging from the ceiling of the shop and reinstall at new locations as shown on SK-2.

      (4) Install new radiant gas heating type system.

   c. EXTERIOR AREA

      (1) Install gas service for the heating systems via a 4" main to the area, and then smaller service to the building. Tie new main gas piping to 6" main located at Atlantic Street. Install provision for future connection to adjacent facilities.

14. SPECIFICATION REQUIREMENTS: SABER Technical Specifications are supplemented as follows for this specific delivery order. All work accomplished will be in accordance with the specifications and the appropriate standards, national and local codes.

   a. 01500, Hazardous Materials: Materials classified as hazardous by federal or state environmental rules, regulations or laws shall be handled and processed in accordance with those rules, regulations or laws. The contractor shall submit a list of all hazardous materials to be used during the project including estimated quantities at the beginning of the project. At the completion of the project, the contractor shall submit a list of actual quantities of hazardous materials used during the project.

JSA 112

Project No. 041028                Delivery Order No. F07603-03-D0002/                15 Aug 03

Title: Repair Interior Maintenance Shop, Building 781

### STATEMENT OF WORK (SOW)

b. 01700, Close Out Of Project: The contractor shall turn over as-builts and the Real Property Accountability Checklist upon final inspection and acceptance of the project. The contractor shall turn in pumps, piping, scrap metal, and electrical materials in at DRMO, in accordance with DRMO procedures in the contract. The contractor shall dispose of all other construction debris as appropriate and in accordance with all Federal, State and local requirements.

c. 02080, Asbestos Advisory: To the best of the Government's knowledge and records, all known asbestos has been removed from the facility; however, the Government cannot determine the status of areas which are hidden. Should suspicious material be encountered during the construction effort, report immediately to the SABER Manager and the CO. The Government will accomplish testing and advise the contractor how to proceed.

d. 02090, Lead Advisory of Lead Based Paint: To the best of the Government's knowledge and records, the facility is free of lead based paint; however, the Government cannot determine the status of areas that are hidden. Should suspicious material be encountered during the construction effort, report immediately to the SABER Manager and the CO. The Government will accomplish testing and advise the contractor how to proceed.

e. 09900 Color Scheme Requirements: The following color schemes have been carefully selected and approved for use on this delivery order. Listed manufacturer's are for identification purposes only, products by another manufacturer that meet the specified standards of color, pattern, and texture, will be considered.

(1) Exterior Doors and Trim: "Bald Eagle Brown" Devoe # 42087460.

(2) Interior Walls: Glidden # 30YY 71073 "Prism White".

(3) Vinyl base cove, interior doors and other trim work colors will be selected from color samples provided with the submittal package (see attach. 1).

f. 15950, Heating, Ventilation and Air Conditioning (HVAC): The contractor shall provide sizing calculations and detailed layout of proposed HVAC system to include controls. The contractor shall perform testing and balance of the new system. After the system is operating properly the contractor shall conduct 4 hour training for shop personnel.

g. 15995, Commissioning of HVAC System: The contractor shall turn in a report covering the commissioning of HVAC at the completion of the project, which contains information, standard in the industry for such reports.

h. 16000, Electrical: All electrical work shall meet the National Electrical Codes and National Fire Protection Codes.

---

NOTE: The manufacturer's installation instructions, pertaining to the use or installation of materials and/or equipment, used in the execution of work under this SOW forms a part of these specifications as though specifically set forth herein. In the event of conflict, the contractor shall bring the inconsistency to the attention of the CO for resolution, prior to proceeding with work required.

Project No. 041028          Delivery Order No. F07603-03-D0002/          15 Aug 03

Title: Repair Interior Maintenance Shop, Building 781

Attachment 1

SUBMITTAL REGISTER

NOTE:  Submittals shall be made on AF Form 3000 within the timeframe annotated on the DO. Each submittal item shall be listed separately on the form and corresponding item number on this schedule shall be listed in the "Description of Material" section of the form.  Submittals required by specification and or drawing shall be made, regardless whether or not they are listed below. The type of submittal required for each item shall be identified by the following letter code:

A – Catalog Cuts/Technical Specifications
B – Color Selection
C – Sample
D – Control Diagrams
E – Certification
F – Delivery Tickets
G – Shop Drawings
H – Test Results

I – Manufacturer's Instructions/Manuals
J – Material Safety Data Sheet
K – Warranty
L – Grade
M – Mix Formula
N – Source
O – Other

| ITEM NUMBER | ITEM DESCRIPTION | SUBMITTAL CODE | SPECIFICATION REFERENCE | DATE APPROVED BY C.O. |
|---|---|---|---|---|
| 1 | Estimated Quantities of Hazardous Materials to be Used. | O, J | 01500 | |
| 2 | Actual Quantities of Hazardous Materials Used. | O | 01500 | |
| 3 | CAD Drawings for As-Builts | O | 01700 | |
| 4 | Real Property Accountability Checklist | O | 01700 | |
| 5 To Be Submitted With Proposal Prior To Award | Floor Plan, New Elevations, HVAC and Electrical Drawings | G | 01040 | |
| 6 | Windows | A, B,G | 08000 | |
| 7 | Doors/Frames/Hardware. | A,B | 08000 | |
| 8 | Paint | A,B | 09000 | |
| 9 | Ceiling Tile | A,B | 09000 | |
| 10 | Ceramic Tile | A,B | 09000 | |

_JSA 114

Project No. 041028          Delivery Order No. F07603-03-D0002/          15 Aug 03

Title: Repair Interior Maintenance Shop, Building 781

Attachment 1

SUBMITTAL REGISTER

NOTE:  Submittals shall be made on AF Form 3000 within the timeframe annotated on the DO. Each submittal item shall be listed separately on the form and corresponding item number on this schedule shall be listed in the "Description of Material" section of the form.  Submittals required by specification and or drawing shall be made, regardless whether or not they are listed below. The type of submittal required for each item shall be identified by the following letter code:

A - Catalog Cuts/Technical Specifications          I - Manufacturer's Instructions/Manuals
B - Color Selection                               J - Material Safety Data Sheet
C - Sample                                        K - Warranty
D - Control Diagrams                              L - Grade
E - Certification                                 M - Mix Formula
F - Delivery Tickets                              N - Source
G - Shop Drawings                                 O - Other
H - Test Results

| 11 | Epoxy Floor System | A,B | 09000 | |
| 12 | HVAC Equipment | A,D,G,I | 15000 | |
| 13 | Radiant Gas Heating System | A,D,G,I | 15000 | |
| 14 | Fluorescent Lights | A | 16000 | |

JSA 115

Project No. 041028          Delivery Order No. F07603-03-D0002/          15. Aug 03

Title: Repair Interior Maintenance Shop, Building 781

Attachment 2

MANDATORY VERIFICATION SCHEDULE

The work listed herein requires mandatory verification by the SABER Project Manager before any follow-on work is allowed to start. The Contractor shall notify the SABER Project Manager at least 24 hours prior to the desired verification date unless indicated otherwise below.

| WORK DESCRIPTION | SPECIFICATION REFERENCE | NOTIFICATION REQUIRED | DATE INSPECTION COMPLETED |
|---|---|---|---|
| Mechanical Rough-in | 15000 | 24 hrs | |
| Electrical Rough-in | 16000 | 24 hrs | |
| | | | |

JSA 116

Project No. 041028               Delivery Order No. F07603-03-D0002/               15 Aug 03

Title: Repair Interior Maintenance Shop, Building 781

Attachment 3

SCHEDULE OF DRAWINGS, SKETCHES AND/OR PICTURES

| SHEET NUMBER | SHEET TITLE | DATE | DRAWING NUMBER |
|---|---|---|---|
| 1 | Existing Floor Plan | | SK-1 |
| 2 | Renovation Floor Plan | | SK-2 |
| | | | |

The above drawings are not issued to the contractor on CAD.

JSA 117

Project No. 041028          Delivery Order No. F07603-03-D0002/          15 Aug 03

Title: Repair Interior Maintenance Shop, Building 781

Attachment 4

PERFORMANCE REQUIREMENTS SCHEDULE

The Contractor shall prepare and submit, for approval, the Contract Progress Schedule, AF Form 3065, to reflect the following criteria:

Work is required to proceed in phases. Each phase must be completed, inspected and accepted for beneficial occupancy before the contractor proceeds to the next phase. The phases shall be completed as follows:

Phase 1 – Work on epoxy flooring at maintenance area shall be completed at west half of the area.

Phase 2 – East half of maintenance floor area.

All other work can be done at any time during the contract period.

**JSA 118**

# CSS



Chugach Support Services, Inc.

April 20, 2004

Jersey Shore Automation
1500 Meeting House Road
Sea Girt, NJ  08750

**Change Order Change Order #1**
**Project Name: Repair Interior Maintenance Shop Bldg. 781**
**Project Number:  041028/ DO#5021**
**Accounting Code: 700376-021-0970-400-4000-S**

Gentlemen, this is to confirm a change to the above referenced Delivery Order.

Change in Scope: All work must be preformed as per the following scope and in accordance with the following:

1.  Add two (2) cement block pillars to support existing cement block wall
2.  Paint cement block wall and pillars to match new upstairs mezzanine sheetrock wall
3.  Relocate approximately forty (40) feet of fire alarm conduit and cabling, including associated fittings
4.  Relocate existing electric conduit to accommodate the second floor sheetrock wall.

Amount of this Change Order is **$2,780.00**

| | |
|---|---|
| Original Amount of Contract: | $328,179.00 |
| Amount of Change Order # 1 | **$2,780.00** |
| Adjusted Contract Amount | **$330,959.00** |

Respectfully yours;

*George Molina, 30 apr 04*
George Molina
Assistant Program Manager
Chugach Support Services

Receipt acknowledged this ___28 TH___ day of ___APRIL___, ___2004___

Signed _____
Jersey Shore Automation

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA<br>for the Use and Benefit of.<br>JERSEY SHORE AUTOMATION, INC.<br><br>      Plaintiff,<br><br>vs.<br><br>CHUGACH SUPPORT SERVICES, INC., *et al.*<br><br>      Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   C. A. No. 04-1416 (JJF) |

**DEFENDANTS' FIRST SET OF REQUESTS FOR ADMISSIONS
TO PLAINTIFF JERSEY SHORE AUTOMATION, INC.**

**EXHIBIT 6**

*Jersey shore File*

**George Molina**

| | | |
|---|---|---|
| **From:** | Terry Wright [twright@jerseyshoreautomation.com] | **Sent:** Fri 6/11/2004 12:02 PM |
| **To:** | George Molina | |
| **Cc:** | Daryl J Meehan; Michael Sparandera | |
| **Subject:** | Building #302 | |
| **Attachments:** | | |

George,

Confirming our conversation on sub contracts pending at #302, I would like to transfer back to you the SSMR roof, and the brick-face project. Currently, the roof is contracted to Tim Yowler at EMS, for $122,950, and Rick at CNJ has the brick for $156,200.

I have spoken briefly to Rick about the proposed change, but I have not yet been able to contact Tim. Please confirm that this is a go, and I will complete the paperwork.

Regards, Terry Wright.

CSS 001778

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA )
for the Use and Benefit of )
JERSEY SHORE AUTOMATION, INC. )
)
      Plaintiff, )
)    C. A. No. 04-1416 (JJF)
vs. )
)
CHUGACH SUPPORT SERVICES, INC., *et al.* )
)
      Defendants )

**DEFENDANTS' FIRST SET OF REQUESTS FOR ADMISSIONS
TO PLAINTIFF JERSEY SHORE AUTOMATION, INC.**

**EXHIBIT 7**

# Jersey Shore Automation, Inc.
*"Providing Engineering and Installation Solutions Nationwide"*

Invoice 2408-001                                July 23, 2004

Chugach Support Services
Attention: John Manion
Building 447 Tuskegee Street
P.O. Box 2049
Dover AFB, DE 19902

SABER Contract Number:    F07603-03-D-0002
Subcontractor Number:     70-JSA-0005

Please remit to Jersey Shore Automation, Inc. the following amount for services rendered at Dover AFB on behalf of Chugach Support Services SABER contract.

| | | |
|---|---|---|
| 1 | Delivery Order 5001 – Labor per certified payrolls | $60,865.17 |
| 2 | Delivery Order 5010 – Labor per certified payrolls | $3,544.72 |
| 3 | Delivery Order 5018 – Labor per certified payrolls | $99,030.14 |
| 4 | Delivery Order 5019 – Labor per certified payrolls | $33,559.14 |
| 5 | Delivery Order 5021 – Labor per certified payrolls | $79,901.12 |
| | Labor Sub-Total | $276,900.29 |
| 6 | Various Delivery Orders : Prepaid Materials | $19,585.91 |
| 7 | Overhead & Profit @ 15% | 2,937.89 |
| | Materials Sub-Total | $22,523.80 |
| | **Invoice Total** | **$299,424.09** |

Terms:
Due on receipt
2% monthly service charge on all unpaid invoices

CSS 001673

Ms. Lori Clowers
Chugach Support Services, Inc.
Re: Suspension of operations at Dover AFB
July 14, 2004
Page 3 of 3


It is unfortunate that during your last visit to Dover AFB you did not reach out to us to resolve these issues. It is also worth mentioning that numerous calls to your office this year have not been returned.

I trust that this situation can be resolved quickly without requiring legal action.


Sincerely,


Daryl J. Meehan
Vice President, Operations

DJM: djm

c: Robert F. DiStefano, Law offices of Clark and DiStefano, P.C.