IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA<br>for the Use and Benefit of<br>JERSEY SHORE AUTOMATION, INC.<br><br>　　　Plaintiff,<br><br>vs.<br><br>CHUGACH SUPPORT SERVICES, INC., *et al.*<br><br>　　　Defendants | C. A. No. 04-1416 (JJF) |

EXHIBIT 6

TO

**BRIEF OF DEFENDANTS
CHUGACH SUPPORT SERVICES, INC.
AND SAFECO INSURANCE COMPANY OF AMERICA
IN SUPPORT OF SUPPLEMENTAL MOTION
FOR SUMMARY JUDGMENT ON THE COMPLAINT AND THE
COUNTERCLAIM**

**DEPARTMENT OF THE AIR FORCE**
436th Contracting Squadron (AMC)
639 Atlantic Street
Dover AFB, Delaware 19902-5639

16 March 2004

MEMORANDUM FOR: Mr Dean Clowers
Chugach Support Services, Inc.
560 East 34th Ave.
Anchorage, AK 99503-4196

FROM: 436 CONS/LGCA
639 Atlantic Street
Dover AFB DE 19902-5639

SUBJECT: Contract No. F07603-03-D-0002, Sheet Metal Workers Classification/Email From Jersey Shore Automation Dated March 10, 2004 Forwarded By Chugach Support Services, Inc., and Received on 12 March 2004

1. This office is in receipt of an email which was forwarded to Mr Harold Shaw by Jersey Shore Automation, Inc., regarding certified payrolls from Interstate Panel, DO 5019, Repair Munitions Maintenance Facility 1272. This email, from a subcontractor, was forwarded to this office in regular distribution without a Chugach Support Services, Inc., (CSS) cover letter or accompanying explanation. However, this office has made a decision to respond to Jersey Shore's email without documentation from CSS in hope that this will result in less confusion and further better communications between all parties.

2. It appears Jersey Shore is attempting to justify its utilization, and that of its subcontractor, Interstate Panel, of specific mechanics (carpenters, skilled laborers, plumbers, electricians, sheet metal workers, ironworkers, etc.) based on the RS Means® Facilities Construction Cost Data Guide. The Pulsar Estimating System®, which utilizes the R S Means database, serves as the basis for the SABER contract's unit pricing. Pulsar® shall be utilized as the software program for estimating purposes. Pulsar is not the basis for any wages paid under the prevailing labor rates, applicable standards, laws and regulations.

3. The contract clauses, to include Davis-Bacon Act, Payrolls and Basic Records, Contract Work Hours and Safety Standards Act, etc., are all requirements under the terms and conditions of your contract. Given the requirements of your contract, you shall properly classify and pay all employees working on subject contract. Consequently, the Pulsar Estimating System has no bearing on classifications of mechanics to be used and/or the wages to be properly and promptly paid under the SABER contract.

4. The Government could have specified any number of estimating systems for the SABER contract. In fact, CSS had an opportunity to offer on an "equal" estimating system. CSS participated in intensive negotiations prior to award of the SABER contract opting to use the Pulsar Estimating System.

5. It appears Jersey Shore questions local practice and requires evidence to support the same. Be advised the wage rates included in the SABER contract, in some instances, are based on union wages. For example, the wage rate for a carpenter is based on Carpenter's Union Local 626 and the wage rate for a sheet metal worker is based on Sheet Metal Workers' International Association Local Union 19. Since the wage rates published and included in your contract are based on union wages, these, in turn, become area practice. To further substantiate area practice, according to Ms Keri Williams/Administrator, State of Delaware, Office of Labor Law Enforcement, all contractors working standing seam metal roofing on Delaware State work are required to pay sheet metal worker's rate. This is further supported in Delaware Department of Labor "classifications" document.

6. This office has been in contact with Mr Don Clagg with Local Union 19, Sheet Metal Workers International Association. In a letter dated 16 March 2004, Mr Clagg references the collective

JSA 391

bargaining agreement and the installation of metal roofs, stating it is clearly defined in our "Scope of Work". Furthermore, Mr Clagg notes any other architectural sheet metal work associated with metal roofing such as the framing, insulation, flashing, coping, facia, soffits, gutters and downspouts shall be the work of sheet metal workers. In closing, Mr Clagg references a conversation with Mr Joe Durham, Business Representative of the Carpenter's Union, Local 626, noting that Mr Durham is in total agreement with his position regarding standing seam metal roofing.

7. In the above referenced email, Jersey Shore notes. "If it is Contracting's assertion that iron workers, sheet metal workers, and/or millwrights are required due to prevailing area practice, then we would expect 1) evidence of such practices prior to the payment of any additional wages and 2) an adjustment to the contract price based on the differences in labor rates requested by Contracting after-the-fact." In response to this, area practice has been clearly established, not just over the past few months, but over a period of years. If personnel are using the tools of the trade for the installation of standing seam metal roofing, framing, flashing, coping, facia, soffits, gutters downspouts, etc., the proper classification is sheet metal worker, not an unskilled laborer, skilled laborer, or carpenter. They must be paid sheet metal worker's rate. Additionally, there will be absolutely no adjustment in the contract price. The solicitation and resulting contract clearly indicates the basis for estimating and final pricing and the wage rates and classifications to be used. Taking this into consideration, all coefficients were negotiated to the mutual agreement of all parties.

8. In the attached email Jersey Shore notes Interstate Panel was engaged in the fabrication and erection of cold-formed metal roofing framing, bracing and trusses during the time frame the Contracting Officer questioned. Based on this, along with documented and supported area practice, Interstate Panel must make restitution to those employees working on the roof for the difference between what they were paid to the sheet metal workers rate of $44.24, inclusive of fringe benefits.

9. If you have questions regarding this letter, please contact the undersigned at 302-677-5215.

//original signed//
JACQUELINE J. MCGEE
Contracting Officer

Attachment:
Email from Jersey Shore Dated March 10, 2004

cc: Chugach Support Services, Inc. (local office)

JSA 392