### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, for the Use and Benefit of **JERSEY SHORE AUTOMATION, INC.**, a New Jersey corporation, <br><br> *Plaintiff*, <br><br> v. <br><br> **CHUGACH SUPPORT SERVICES, INC.**, an Alaska corporation, and **SAFECO INSURANCE COMPANY OF AMERICA**, a Washington corporation, <br><br> *Defendants*. | C.A. NO. 04-1416 (JJF) |

## STIPULATION

**WHEREAS,** Plaintiff, Jersey Shore Automation, Inc. (hereinafter "Jersey Shore") filed this action seeking damages against Defendants Chugach Support Services, Inc. (hereinafter "Chugach") and Safeco Insurance Company of America (hereinafter "Safeco"); and,

**WHEREAS,** Chugach answered and brought counterclaims against Jersey Shore; and,

**WHEREAS,** this Court has jurisdiction over this matter pursuant to the Miller Act, 40 U.S.C. § 271 *et. seq.* and over the State and common law claims and counterclaims pursuant to 18 U.S.C. § 1332, the doctrine of pendent jurisdiction and Rule 13 of the Federal Rules of Civil Procedure; and,

**WHEREAS,** Pursuant to the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, Rule 83.7, Connolly Bove Lodge & Hutz LLP and James D. Heisman and M. Edward Danberg (collectively "Connolly Bove") have moved to withdraw as counsel in this action for Plaintiff, Jersey Shore Automation, Inc; and,

**WHEREAS,** Jersey Shore has consented to the withdrawal of Connolly Bove; and,

WHEREAS, Withdrawal is appropriate under the Model Rules of Professional Conduct of the American Bar Association (the "Model Rules"); and,

WHEREAS, Defendants Chugach and Safeco consent to the withdrawal of Connolly Bove provided the parties and Connolly Bove agree to the judgments and entry of judgments as set forth below.

WHEREFORE, subject to the immediately foregoing recital, the parties stipulate and request the Court to order as follows:

1. The Motion to Withdraw of Connolly Bove Lodge & Hutz, James D. Heisman and M. Edward Danberg as counsel for Jersey Shore Automation, Inc. in this matter is granted.

2. Jersey Shore Automation, Inc. shall have thirty (30) days from the date of the parties' execution of this Stipulation within which to obtain substitute counsel in this action.

3. In the event new counsel for Jersey Shore has not entered an appearance within thirty (30) days of the parties' execution of this Stipulation, the Court hereby grants and shall enter final judgment in favor of Defendant/Counterclaim Plaintiff Chugach Support Services, Inc. and against Plaintiff/Counterclaim Defendant Jersey Shore Automation, Inc. on Chugach's Counterclaim Count 1 for breach of contract in the amount of two million five hundred fifty-two thousand five hundred thirty-three dollars ($2,552,533), said judgment to bear interest at the legal judgment rate(s) from the date of the entry of judgment, and the Court hereby grants and shall enter final judgment in favor of Defendant/Counterclaim Plaintiff Chugach Support Services, Inc. and Defendant

Safeco Insurance Company of America and against Plaintiff/Counterclaim Defendant Jersey Shore Automation, Inc. dismissing with prejudice all of Jersey Shore's claims against Chugach and Safeco. All of Chugach and Safeco's remaining claims against Jersey Shore shall be dismissed with prejudice; subject, however, to Chugach and Safeco's right to proceed with these claims should the Court grant relief from the judgment pursuant to F.R.Civ.P. 59 or 60.

4. Nothing herein shall operate as a waiver of, limitation on or forbearance with respect to the rights and remedies of Chugach and Safeco. All such rights and remedies, and the exercise thereof, are expressly and fully preserved.

Stipulated and Agreed to this 20th day of February, 2006.

| **Connolly Bove Lodge & Hutz LLP** | **The Lyons Law Firm** |
|---|---|
| /s/ James D. Heisman | /s/ Edmund D. Lyons, Jr. |
| James D. Heisman (# 2746) | Edmund D. Lyons, Jr. (# 881) |
| M. Edward Danberg (# 2245) | 1526 Gilpin Avenue |
| 1007 N. Orange Street | Wilmington, DE 19806 |
| P. O. Box 2207 | (302) 777-5698 |
| Wilmington, DE 19899 | |
| (302) 658-9414 | OF COUNSEL: |
| *Attorneys for Plaintiff* | **Birch, Horton, Bittner and Cherot** |
| | Harvey A. Levin, Esquire |
| | 115 Connecticut Ave., N.W. |
| | Suite 1200 |
| | Washington, DC 20036 |
| | *Attorneys for Defendants* |

SO ORDERED, THIS 22 DAY OF FEBRUARY, 2006.

_____
Joseph J. Farnan, Jr.
United States District Judge

3