IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, for the Use and Benefit of JERSEY SHORE AUTOMATION, INC., a New Jersey corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>CHUGACH SUPPORT SERVICES, INC., an Alaskan corporation, and SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:  Civil Action No. 04-1416-JJF<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### ORDER

WHEREAS, the Court signed a Stipulation (D.I. 72), which provides that Plaintiff is to have new counsel enter an appearance within 30 days;

WHEREAS, the Stipulation also provides that if new counsel does not enter an appearance within 30 days, the Court shall <u>inter alia</u> grant and enter final judgment in favor of Defendants;

WHEREAS, there are several motions pending before the Court;

NOW THEREFORE IT IS HEREBY ORDERED that:

1. The Motion Of Defendants Chugach Support Services, Inc. And Safeco Insurance Company Of America For Leave To File Accompanying Motion To Dismiss In Part, Or In The Alternative For Partial Summary Judgment (D.I. 19) is **DENIED WITH LEAVE TO RENEW**.

2.  The Motion Of Defendants Chugach Support Services, Inc. And Safeco Insurance Company Of America To Dismiss In Part, Or In The Alternative For Partial Summary Judgment (D.I. 21) is **DENIED WITH LEAVE TO RENEW**.

3.  Plaintiff Jersey Shore Automation, Inc.'s Motion Pursuant To Fed. R. Civ. P 56(f) To Obtain Discovery And Evidence Necessary To Respond To Defendants' Motion To Dismiss, Or In The Alternative, For Partial Summary Judgment (D.I 47) is **DENIED WITH LEAVE TO RENEW**.

4.  The Supplemental Motion Of Defendants Chugach Support Services, Inc. And Safeco Insurance Company Of America For Summary Judgment On The Complaint And For Summary Judgment On The Counterclaim (D.I. 70) is **DENIED WITH LEAVE TO RENEW**.

February 24, 2006

_____
UNITED STATES DISTRICT JUDGE