LAW OFFICES

**BIRCH, HORTON, BITTNER AND CHEROT**   A PROFESSIONAL CORPORATION

1155 CONNECTICUT AVENUE, N.W.  •  SUITE 1200  •  WASHINGTON, D.C. 20036  •  TELEPHONE (202) 659-5800  •  FACSIMILE (202) 659-1027

| | | | | | |
|---|---|---|---|---|---|
| YULIYA B. ANDRESYUK‡ | DOUGLAS S. FULLER* | DANIEL C. KENT | OF COUNSEL: | | 1127 WEST SEVENTH AVENUE |
| RONALD G. BIRCH** | MAX D. GARNER | THOMAS F. KLINKNER | JENNIFER C. ALEXANDER | | **ANCHORAGE, ALASKA 99501-3399** |
| WILLIAM H. BITTNER | DAVID KARL GROSS | HARVEY A. LEVIN*† | SHELLEY D. EBENAL | | (907) 276-1550 |
| KATHRYN A. BLACK | TINA M. GROVIER | STANLEY T. LEWIS | KENNETH E. VASSAR | | FACSIMILE (907) 276-3680 |
| SUZANNE CHEROT | PATRICIA M. HARDINA | GREGORY A. MILLER | | | |
| JON M. DEVORE | WILLIAM P. HORN* | MICHAEL J. PARISE | | | *   D.C. BAR |
| GREGORY S. FISHER | STEPHEN H. HUTCHINGS | TIMOTHY J. PETUMENOS | | | ** D.C. AND ALASKA BAR |
| KATHLEEN TOBIN ERB | JAMES H. LISTER*†# | ELISABETH H. ROSS** | HAL R. HORTON (1944 - 1998) | | †   MARYLAND BAR |
| MARK E. FINEMAN, P.E. | | | | | #  VIRGINIA BAR |
| | | | | | ‡   NEW YORK BAR |
| | | | | | ALL OTHERS ALASKA BAR |

March 27, 2006

By Electronic Filing

The Honorable Joseph J. Farnan, Jr.
United States District Judge
United States District Court for the District of Delaware
844 King Street
Wilmington, DE 19801

    Re:    Jersey Shore Automation, Inc. v. Chugach Support Services, Inc., *et al.*
            C.A. No. 04-1416 (JJF) (D. Del.)

Dear Judge Farnan:

    We write as counsel, with Edmund D. Lyons, Jr., for Defendants and Counter-Plaintiffs Chugach Support Services, Inc. and Safeco Insurance Company of America in this matter. On February 22, 2006, Your Honor entered the parties' stipulation that provided, in part, as follows:

> 3. In the event new counsel for Jersey Shore has not entered an appearance within thirty (30) days of the parties' execution of this Stipulation, the Court hereby grants and shall enter final judgment in favor of Defendant/Counterclaim Plaintiff Chugach Support Services, Inc. and against Plaintiff/Counterclaim Defendant Jersey Shore Automation, Inc. on Chugach's Counterclaim Count 1 for breach of contract in the amount of two million five hundred fifty-two thousand five hundred thirty-three dollars ($2,552,533), said judgment to bear interest at the legal judgment rate(s) from the date of the entry of judgment, and the Court hereby grants and shall enter final judgment in favor of Defendant/Counterclaim Plaintiff Chugach Support Services, Inc. and Defendant Safeco Insurance Company of America and against Plaintiff/Counterclaim Defendant Jersey Shore Automation, Inc. dismissing with prejudice all of Jersey Shore's claims against Chugach and Safeco. ….

BIRCH, HORTON, BITTNER AND CHEROT
A PROFESSIONAL CORPORATION

The Honorable Joseph J. Farnan, Jr.
United States District Judge
March 27, 2006
Page 2

    The time period in the Stipulation has passed without the entry of new counsel for Jersey Shore Automation, Inc. Accordingly, Defendants and Counter-Plaintiffs Chugach Support Services, Inc. and Safeco Insurance Company of America respectfully request entry of judgment per the Stipulation.

    Respectfully,

    BIRCH, HORTON, BITTNER AND CHEROT

    /s/ Harvey A. Levin
    Harvey A. Levin

cc:     Jersey Shore Automation, Inc
    P.O. Box 1291
    Wall, NJ  07719

    Registered Agent:
    Clark & Distefano, P.C.
    1500 Meeting House Road
    Sea Girt, NJ  08750

    Edmund D. Lyons, Jr., Esquire

G:\505986\4\hal9530.doc