IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, for the Use and Benefit of JERSEY SHORE AUTOMATION, INC., a New Jersey corporation, | : : : : : |
| Plaintiff, | : : |
| v. | : Civil Action No. 04-1416-JJF |
| CHUGACH SUPPORT SERVICES, INC., an Alaskan corporation, and SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation, | : : : : : : |
| Defendants. | : |

## FINAL JUDGMENT ORDER

WHEREAS, on February 20, 2006, the parties entered a stipulation (D.I. 72), which provided that Plaintiff Jersey Shore Automation, Inc. ("Jersey Shore") was to have new counsel enter an appearance within 30 days of the execution of the stipulation;

WHEREAS, the stipulation provided that if new counsel did not enter an appearance within 30 days, the Court would, inter alia, grant and enter final judgment in favor of Defendants;

WHEREAS, new counsel for Plaintiff has not entered an appearance;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Judgment is entered in favor of Defendant/Counterclaim Plaintiff Chugach Support Services, Inc. ("Chugach") and against Jersey Shore on Chugach's Counterclaim Count 1 for breach of contract. Jersey Shore shall immediately remit to

    Chugach **$2,552,533**. This judgment bears interest at the rate of **4.77%** annually from the date of the entry of judgment.

2. Judgment is entered in favor of Chugach and Defendant Safeco Insurance Company of America ("Safeco") and against Jersey Shore, dismissing with prejudice all of Jersey Shore's claims against Chugach and Safeco.

3. All of Chugach's and Safeco's remaining claims against Jersey Shore are dismissed with prejudice, subject, however, to Chugach's and Safeco's right to proceed with these claims should the Court grant relief from judgment pursuant to Federal Rules of Civil Procedure 59 or 60.

March 29, 2006

_____
UNITED STATES DISTRICT JUDGE